DEFENDANT: GEORGE THOMAS BROKAW

DOB: 1945

ADDRESS: Colorado Springs, CO 80918

COMPLAINT FILED? _____ YES  X  NO

OFFENSE:  **Count 1:** 18 U.S.C. § 286 - Conspiracy to File False Claims for Refund

**Counts 2 – 7:** 18 U.S.C. § 287 – False Claim for Refund (Form 1099-OID)

**Count 14:** 18 U.S.C. § 371 – Conspiracy to Corruptly Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws

**Count 15:** 26 U.S.C. § 7212(a) and 18 U.S.C. § 2 – Corrupt Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws and Aiding and Abetting

LOCATION OF OFFENSE: El Paso County, Colorado

PENALTY:  **Count 1:** NMT 10 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

**Counts 2 – 7:** NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

**Count 14:** NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

**Count 15:** NMT 3 years imprisonment; NMT $5,000 fine, or both; NMT 1 year supervised release; and $100 Special Assessment

AGENT: Special Agent Adam Rutkowski, IRS CI
Special Agent Klaton Knabb, TIGTA

AUTHORIZED BY:  Matthew T. Kirsch Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
\_\_\_\_ five days or less
__X__ over five days
\_\_\_\_ other

THE GOVERNMENT
\_\_\_\_ will seek detention in this case
__X__ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:  \_\_\_\_  Yes   __X__ No