<u>DEFENDANT</u>: JOHN J. PAWELSKI

<u>DOB:</u>	1948

<u>ADDRESS:</u>

Colorado Springs, CO 80923

<u>COMPLAINT FILED?</u>	_____ YES   X   NO

| | | |
|---|---|---|
| <u>OFFENSE:</u> | **Count 1:** | 18 U.S.C. § 286 - Conspiracy to File False Claims for Refund |
| | **Counts 8-11:** | 18 U.S.C. § 287 – False Claim for Refund (Form 1099-OID) |
| | **Count 14:** | 18 U.S.C. § 371 – Conspiracy to Corruptly Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws |
| | **Count 16:** | 26 U.S.C. § 7212(a) and 18 U.S.C. § 2 – Corrupt Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws and Aiding and Abetting |

<u>LOCATION OF OFFENSE:</u>   El Paso County, Colorado

| | | |
|---|---|---|
| <u>PENALTY:</u> | **Count 1:** | NMT 10 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment |
| | **Counts 8-11:** | NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment |
| | **Count 14:** | NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment |
| | **Count 16:** | NMT 3 years imprisonment; NMT $5,000 fine, or both; NMT 1 year supervised release; and $100 Special Assessment |

<u>AGENT:</u>	Special Agent Adam Rutkowski, IRS CI
	Special Agent Klaton Knabb, TIGTA

AUTHORIZED BY:  Matthew T. Kirsch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
\_\_\_\_\_ five days or less
__X__ over five days
\_\_\_\_\_ other


THE GOVERNMENT
_____ will seek detention in this case
__X__ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   _____    Yes          __X__ No