DEFENDANT: CLARA M. MUELLER

DOB: 1950

ADDRESS:

Colorado Springs, CO 80920

COMPLAINT FILED?  _____ YES  X  NO

| | | |
|---|---|---|
| OFFENSE: | Count 1: | 18 U.S.C. § 286 - Conspiracy to File False Claims for Refund |
| | Count 13: | 18 U.S.C. § 287 – False Claim for Refund (Form 1099-OID) |
| | Count 14: | 18 U.S.C. § 371 – Conspiracy to Corruptly Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws |
| | Count 18: | 26 U.S.C. § 7212(a) and 18 U.S.C. § 2 – Corrupt Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws and Aiding and Abetting |
| LOCATION OF OFFENSE: | | El Paso County, Colorado |
| PENALTY: | Count 1: | NMT 10 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment |
| | Count 13: | NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment |
| | Count 14: | NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment |
| | Count 18: | NMT 3 years imprisonment; NMT $5,000 fine, or both; NMT 1 year supervised release; and $100 Special Assessment |
| AGENT: | | Special Agent Adam Rutkowski, IRS CI<br>Special Agent Klaton Knabb, TIGTA |

AUTHORIZED BY:  Matthew T. Kirsch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
____ five days or less
__X_ over five days
____ other

THE GOVERNMENT
____ will seek detention in this case
__X_ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE: ____   Yes   __X__ No