IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-392-CMA

United States of America,

    Plaintiff,

v.

1. George Thomas Brokaw,
2. John J. Pawelski,
3. Mimi M. Vigil, and
4. Clara M. Mueller,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 23 2013

JEFFREY P. COLWELL
CLERK

## MOTION TO RESTRICT CASE

The United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado, and Matthew T. Kirsch, Assistant United States Attorney, moves for an Order restricting this case. This motion is necessary to maintain secrecy based on concerns of flight from prosecution and other obstructive conduct.

WHEREFORE, the Government respectfully requests the entry of an Order restricting this case as to all parties with the exception of the United States Attorney's Office and members of law enforcement.

Respectfully submitted this 23rd day of September, 2013.

Respectfully submitted,

John F. Walsh
UNITED STATES ATTORNEY

s/ Matthew T. Kirsch
Matthew T. Kirsch
Assistant U.S. Attorney
U.S. Attorney's Office
1225 17th St., Ste. 700
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0402
E-mail: matthew.kirsch@usdoj.gov
Attorney for Government