IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 23 2013

JEFFREY P. COLWELL
CLERK

Criminal Case No. 13-cr-392-CMA

United States of America,

    Plaintiff,

v.

1. George Thomas Brokaw,
2. John J. Pawelski,
3. Mimi M. Vigil, and
4. Clara M. Mueller,

    Defendants.

---

### ORDER TO RESTRICT CASE

---

Upon the motion of the United States of America, and for good cause shown,

IT IS ORDERED that this case is restricted as to all parties with the exception of the United States Attorney's Office and members of law enforcement until further order.

DATED this 23rd day of September, 2013.

_____
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO