IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:13-CR-00392-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **George Thomas Brokaw,**
2. John J. Pawelski,
3. Mimi M. Vigil, and
4. Clara M. Mueller,

    Defendants.

---

### ENTRY OF APPEARANCE OF COUNSEL
### FOR DEFENDANT GEORGE THOMAS BROKAW

---

    COMES NOW, Eric K. Klein of Johnson, Brennan & Klein, PLLC, a member of the bar of this Court, and hereby enters his appearance as court-appointed counsel for the above named Defendant, George Thomas Brokaw.

    DATED this 4th day of October, 2013.

                             Respectfully submitted,

                             JOHNSON, BRENNAN & KLEIN, PLLC

                             _s/ Eric K. Klein_
                             Eric K. Klein, #42185
                             1470 Walnut Street, Suite 101
                             Boulder, CO  80302
                             Telephone: (303) 444-1885
                             Facsimile:   (866) 340-8286
                             eklein@jbk-law.com
                             *Attorney for George Thomas Brokaw*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2013, I electronically filed the foregoing ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT GEORGE THOMAS BROKAW with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Martha A Paluch  
Assistant United States Attorney  
Office of the United States Attorney  
1225 17th Street, Suite 700  
Denver, CO 80202  
martha.paluch@usdoj.gov

Matthew T. Kirsch  
Assistant United States Attorney  
Office of the United States Attorney  
1225 17th Street, Suite 700  
Denver, CO 80202  
matthew.kirsch@usdoj.gov

    *s/ Philip Lieder*  
Philip Lieder