# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-000392-CMA

UNITED STATES OF AMERICA,
Plaintiff,
v.


4.  CLARA M. MUELLER
Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT

---

COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as counsel for the above-named Defendant.

DATED at Denver, Colorado this, <u>7th</u> day of OCTOBER, 2013.

<u>/s/Miller Leonard</u>
Attorney for Defendant
CO Reg. # 41029
14143 Denver West Pkwy, Suite 100
Golden, CO 80401
303-907-9516
milller@themillerleonardlawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that this Entry of Appearance was delivered, via the ECF system for the District of Colorado to all parties, this 7th day of OCTOBER, 2013.

/s/ Miller Leonard