AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>GEORGE THOMAS BROKAW<br><br>*Defendant* | )<br>)<br>)  Case No.  13-cr-00392-CMA<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   GEORGE THOMAS BROKAW,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 286 - Conspiracy to File False Claims for Refund
18 U.S.C. § 287 - False Claim for Refund (Form 1099-OID)
18 U.S.C. § 371 - Conspiracy to Corruptly Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws
26 U.S.C. § 7212(a) - Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws
18 U.S.C. § 2 - Aiding and Abetting

Date: 09/23/2013

s/D. Kalsow, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/2/13 9/26/13, and the person was arrested on *(date)* 10/2/13
at *(city and state)* Colorado Springs, CO

Date: 10/2/13

Alan Rutkowski
*Arresting officer's signature*

Special Agent IRS-CI
*Printed name and title*