AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>JOHN J. PAWELSKI<br>_Defendant_ | )<br>)<br>) Case No. 13-cr-00392-CMA<br>)<br>)<br>) |

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2013 OCT -7 AM 8:42
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   JOHN J. PAWELSKI
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 286 - Conspiracy to File False Claims for Refund
18 U.S.C. § 287 - False Claim for Refund (Form 1099-OID)
18 U.S.C. § 371 - Conspiracy to Corruptly Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws
26 U.S.C. §7212(a) - Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws
18 U.S.C. § 2 - Aiding and Abetting

Date: 09/23/2013

s/D. Kalsow, Deputy Clerk
_Issuing officer's signature_

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
_Printed name and title_

---

**Return**

This warrant was received on (date) 9/26/2013, and the person was arrested on (date) 10/2/2013
at (city and state) Colorado Springs, CO.

Date: 10/2/2013

_Arresting officer's signature_

KEATON KNABB SPECIAL AGENT
_Printed name and title_