AO 442 (Rev. 01/09) Arrest Warrant

39967-013

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

United States of America
v.

MIMI M. VIGIL

*Defendant*

Case No. 13-cr-00392-CMA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MIMI M. VIGIL,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 286 - Conspiracy to File False Claims for Refund
18 U.S.C. § 287 - False Claim for Refund (Form 1099-OID)
18 U.S.C. § 371 - Conspiracy to Corruptly Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws
26 U.S.C. §7212(a) - Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws
18 U.S.C. § 2 - Aiding and Abetting

Date: 09/23/2013

s/D. Kalsow, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 9/26/2013, and the person was arrested on *(date)* 10/2/2013
at *(city and state)* Colorado Springs, CO

Date: 10/2/2013

*Arresting officer's signature*

KEATON KNABB SPECIAL AGENT
*Printed name and title*