PS 40  (Rev. 09/10) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| TO: | FROM: |
|---|---|
| United States Department of State<br>Office of Passport Services<br>Legal Affairs Division<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, DC 20037 | United States District Court<br>District of Colorado<br>901 19th Street, Room A105<br>Denver, CO  80294 |

☑ **Original Notice**
Date:  10/07/2013
By:  Joanna Fox

☐ **Notice of Disposition**
Date: _____
By: _____

---

Defendant:  Clara Mae Mueller
Date of Birth:  02/09/1950
SSN: _____

Case Number:  13-cr-00392-CMA
Place of Birth:  Indiana, USA

---

**Notice of Court Order** (Order Date: _____ )

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☑ The above-named defendant surrendered passport number  491810299  and/or passport card number _____ to the custody of the U.S. District Court on  10/07/2013 .

---

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

---

**Distribution**:
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court