IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

  Plaintiff,

v.

3. MIMI M. VIGIL,

  Defendant.

## NOTICE OF APPEARANCE AS COURT-APPOINTED COUNSEL ON BEHALF OF MIMI M. VIGIL

  COMES NOW the law office of John S. Tatum, P.C., and its associate, John S. Tatum, Esq., and hereby enters its appearance as court-appointed counsel of record for the above-named Defendant Mimi M. Vigil pursuant to court appointment under CJA.

  Respectfully submitted this 8th day of October, 2013.

            Respectfully submitted,

            JOHN S. TATUM, P.C.

            s/ John S. Tatum
            John S. Tatum
            12351 East Cornell Avenue
            Aurora, Colorado 80014
            Telephone: (303) 750-6888
            Facsimile: (303) 750-8279
            Email: john@johntatumlaw.com

## CERTIFICATE OF SERVICE

   I hereby certify that on this 8th day of October, 2013, a true and correct copy of the foregoing *Notice of Appearance as Court-Appointed Counsel on Behalf of Mimi M. Vigil* was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew T. Kirsch, Esq.
Assistant United States Attorney
Email:  matthew.kirsch@usdoj.gov

                  s/ Mary Unrein

2