<u>DEFENDANT</u>: JOHN J. PAWELSKI

<u>DOB:</u>  1948

<u>ADDRESS:</u>
    Colorado Springs, CO 80923

<u>COMPLAINT FILED?</u>　　_____ YES　　X___ NO

<u>OFFENSE:</u>　**Count 1:**　　18 U.S.C. § 286 - Conspiracy to File False Claims for Refund

　　　　　**Counts 8-11:**　18 U.S.C. § 287 – False Claim for Refund (Form 1099-OID)

　　　　　**Count 14:**　18 U.S.C. § 371 – Conspiracy to Corruptly Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws

　　　　　**Count 16:**　26 U.S.C. § 7212(a) – Corrupt Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws

<u>LOCATION OF OFFENSE:</u>　El Paso County, Colorado

<u>PENALTY:</u>　**Count 1:**　NMT 10 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

　　　　　**Counts 8-11:**　NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

　　　　　**Count 14:**　NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

　　　　　**Count 16:**　NMT 3 years imprisonment; NMT $250,000 fine, or both; NMT 1 year supervised release; and $100 Special Assessment

<u>AGENT:</u>　　Special Agent Adam Rutkowski, IRS CI
　　　　　Special Agent Klaton Knabb, TIGTA

AUTHORIZED BY:  Matthew T. Kirsch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
_____ five days or less
\_\_\_X\_ over five days
_____ other

THE GOVERNMENT
_____ will seek detention in this case
\_\_\_\_\_X\_\_ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   _____   Yes         \_\_X\_\_\_ No