<u>DEFENDANT</u>: MIMI M. VIGIL

<u>DOB</u>: 1951

<u>ADDRESS</u>:
Colorado Springs, CO 80916

<u>COMPLAINT FILED?</u>    _____ YES   X___ NO

<u>OFFENSE</u>: **Count 1:** 18 U.S.C. § 286 - Conspiracy to File False Claims for Refund

**Count 12:** 18 U.S.C. § 287 – False Claim for Refund (Form 1099-OID)

**Count 14:** 18 U.S.C. § 371 – Conspiracy to Corruptly Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws

**Count 17:** 26 U.S.C. § 7212(a) – Corrupt Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws

<u>LOCATION OF OFFENSE</u>:   El Paso County, Colorado

<u>PENALTY</u>: **Count 1:** NMT 10 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

**Count 12:** NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

**Count 14:** NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

**Count 17:** NMT 3 years imprisonment; NMT $250,000 fine, or both; NMT 1 year supervised release; and $100 Special Assessment

<u>AGENT</u>:   Special Agent Adam Rutkowski, IRS CI
Special Agent Klaton Knabb, TIGTA

AUTHORIZED BY:  Matthew T. Kirsch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
_____ five days or less
\_\_\_X\_ over five days
_____ other


THE GOVERNMENT
_____ will seek detention in this case
\_\_\_\_\_X\_\_ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   _____  Yes   \_\_\_X\_\_\_ No