DEFENDANT: CLARA M. MUELLER

DOB: 1950

ADDRESS:
    Colorado Springs, CO 80920

COMPLAINT FILED?   _____ YES   X___ NO

OFFENSE:  **Count 1:**     18 U.S.C. § 286 - Conspiracy to File False Claims for Refund

        **Count 13:**    18 U.S.C. § 287 – False Claim for Refund (Form 1099-OID)

        **Count 14:**    18 U.S.C. § 371 – Conspiracy to Corruptly Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws

        **Count 18:**    26 U.S.C. § 7212(a) – Corrupt Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws

LOCATION OF OFFENSE:   El Paso County, Colorado

PENALTY:  **Count 1:**     NMT 10 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

        **Count 13:**    NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

        **Count 14:**    NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

        **Count 18:**    NMT 3 years imprisonment; NMT $250,000 fine, or both; NMT 1 year supervised release; and $100 Special Assessment

AGENT:     Special Agent Adam Rutkowski, IRS CI
          Special Agent Klaton Knabb, TIGTA

AUTHORIZED BY:  Matthew T. Kirsch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
_____ five days or less
\_\_X\_\_ over five days
_____ other

THE GOVERNMENT
_____ will seek detention in this case
\_\_\_\_X\_\_\_ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   _____  Yes        \_\_\_X\_\_\_ No