IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     GEORGE THOMAS BROKAW,
2.     JOHN J. PAWELSKI,
3.     MIMI M. VIGIL, and
4.     CLARA M. MUELLER,

      Defendants.

---

**ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT
AND CONTINUE TRIAL DATES**

---

      This matter is before the Court on Defendant Mimi M. Vigil's Unopposed Motion to exclude 180 days from speedy trial, to continue trial dates and extend motions deadlines (Doc. # 51).  The Court has reviewed this motion and the case file, and the reasons set forth in the motion, specifically:

      1.     This is a multi-defendant case concerning a multi-count Indictment with serious offenses of the nature of conspiracy to defraud the United States Department of the Treasury through the Internal Revenue Service and a further conspiracy to obstruct and impede the administration of Internal Revenue laws;

      2.     Defense counsel was only recently appointed to represent Ms. Vigil, who was arraigned on October 7, 2013, and a multi-week jury is set for December 2, 2013;

3. Defense counsel's initial review indicates "we are dealing with multiple defendants in multiple conspiracies with thousands of pages of materials and terabytes of digital data, there are significant legal issues to be researched and analyzed in order to properly prepare to defend the allegations against our client[s]."

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(B)(i), (ii), and (iv) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendants in a speedy trial. It is, therefore,

ORDERED that Defendant Vigil's Unopposed Motion (Doc. # 51) is GRANTED and the Court hereby grants an ends of justice continuance in this case of <u>180 days, to be excluded from the speedy trial clock, which currently stands at December 15, 2013</u>. It is

FURTHER ORDERED that the Final Trial Preparation Conference set for November 25, 2013, and the ten-day Jury Trial set to commence December 2, 2013, are VACATED. It is

FURTHER ORDERED that counsel for all the parties shall confer and call Chambers on a conference call (303-335-2174) **no later than October 30, 2013** to reset motions deadlines and new trial dates in this matter.

DATED: October __22__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge