UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Numbers: 11-sw-05438-MJW, 11-sw-05439-MJW

In the Matter of the Search of:
513 Shady Crest Circle, Colorado Springs,
Colorado home of Mimi Michelle Vigil and John Joseph Pawelski, including the garage

2260 Palm Drive, Colorado Springs, Colorado
home of George Thomas and Debra Sue Brokaw,
including the garage

**RESPONSE TO ORDER**
**ARREST OF ORDER**
**CRIMINAL COMPLAINT**
**RIGHT TO CURE**

# RESPONSE TO ORDER DATED SEPTEMBER 13, 2011

The undersigned, Mimi Michelle Vigil, John Joseph Pawelski and George Thomas Brokaw, three of the sovereign powers on the land at and near Colorado Springs, Colorado, who had their private records ***stolen*** on September 20, 2010, hereby responds to WARRANTS FOR SEARCH AND SEIZURE dated September 13, 2011, as follows:

The ORDER refers to "***a search and seizure warrant issued by Michael J Watanabe, District Court Magistrate Judge allegedly based upon an application and supporting affidavit.***" An application, taken under oath to create an affidavit of truth concerning probable cause, by a federal law enforcement officer or attorney for the government must precede search and seizure warrant. No copy of said affidavit has ever been publicly provided. Nor was proof provided, that the agents were acting within the law as written by Congress, Territorially Applied according to law and by Definition of the term "***United States***" or "***State***". In fact, the six different definitions of the Terms in Title 26 were totally evaded in the ORDERS. This constitutes evasion of law.






1

The ORDER does not discuss the validity of the affidavit, its claim, or its truthfulness as to the tax claimed to be owed, the application of any tax law, or whether agents of the U.S. government and supporting agencies have made a determination in compliance with Section 83 of Title 26 Code.

Under the common law, the thief is supposed to prove his right to steal, and a victim does not have to prove that he is aggrieved. But the provision that one "***may move for the property's return***" does not limit any other options. These aggrieved do not beg with criminals. This is like "***Terrorists***", NO NEGOTIATIONS. There is only the demand to return the property before October 6, 2011, or the Complaint will be filed.

Our legal status is well known by Mr. Frankel, Mr. Petroskey and their F.B.I. and Treasury cohorts, by all of these men and women who executed the order. Their jurisdiction is limited to the ten square mile parcel of land known as Washington, D.C. and any forts, enclaves or other property which may fall under their limited jurisdiction. We are neither on a U.S. government parcel of land or are "other property" or employees of the federal government. Our character in regards to citizenship is well documented on the public record, with U.S. Treasury, I.R.S. and F.B.I.

The Definitions of the Terms "***United States***" and "***State***" are ignored when the agents assume jurisdiction. There is no disagreement with the interpretation that Definitions of those terms "***Territorially Apply***" any tax law legislated by Congress.

Making any statement, when it was known that the Definitions of the terms "***United States***" and "***State***" Territorially Applied any tax law, with which the Definitions associate, **is evasion and off point**. "***They also ignore contrary precedent about their territorial jurisdiction argument***".

The victims refuse to accept citation of any "***precedent***" other than Supreme Court where the court had disputed the interpretation, those Definitions of the term "***United States***" and "***State***" Territorially Apply to any tax law legislation, with which the Definition is associated.

Apparently, proving and showing that the acts were done outside the tax law's Territorial Application, does not support return of the property. ***HOGWASH.*** Apparently, that the theft was done, outside the "District of Columbia", without proof that a particular tax was determined to be owed in compliance with Section

83, also does not support return of the property. ***HOGWASH***. Apparently, the thief does not have to prove that he has a right to the property and the right to take it (***without due process of law***), where the burden of proof transfers to the victim and any victim claim must have its own burden of proof. ***HOGWASH.***

The assaulting agents of FBI, TREASURY, IRS ***have not shown they are aggrieved parties***. Apparently, the property (***the stolen records and books***), that identify the "***owner***" of the property belongs to them to keep and do with as they please for as long as they please. ***HOGWASH***.

***They have not shown their search and seizure warrants were valid***. Apparently, acts done under 7201 and 7202, territorially Applied in 7701(9) (10) only to the District of Columbia, does not show and prove the search and seizure invalid. ***HOGWASH***. Apparently, the thieves have proven that search and seizure can be executed and enforced in Colorado, with impunity, by simple will. ***HOGWASH***. Any bank robber CAN MAKE THE SAME CLAIM, BUT TO NO AVAIL.

Before a seizure can take place, one must first address this jurisdictional argument. Since, not one reference is made to the Definitions of the Terms "***United States***" and "***State***" in Section 7701 or 4612 or any of the others (***with 6 different definitions in Title 26),*** it should be obvious that the specific jurisdictional matter and related tax is being evaded and the specific tax that is alleged to be owed is purposely hidden, so that the Applied Territory of the tax does not have to be revealed and identified.

Knowledge of the Territorial Application is proof positive of a criminal act that is protecting a den of thieves. THEREFORE:

# ARREST OF ORDER

The ORDER dated September 13, 2011, is arrested, along with its Bond and all associated bonds provided by any acting agents, said ORDER is placed into confinement, pending administrative review and review of the Criminal Complaint made part of this arrest. The ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS, and overseer, of the UNITED STATES DISTRICT COURT FOR COLORADO, is located at One Columbus Circle, NE, Washington, D.C. 20544, and the Office of Inspector General in the Department of the Treasury, is located at 1500 Pennsylvania Avenue, NW, Washington, D.C. 20220. Both are responsible to investigate criminal and unlawful activity.

# CRIMINAL COMPLAINT

***CRIME NUMBER ONE***: Congress legislated certain tax law in Title 26, officially stated in specific Enactments and always made and declared the ***Territorial Application*** of those Enactments, by the use of the Definitions, "***United States***" and "***State***". But Congress is criminally liable for failing to properly and lawfully requiring the Judicial and Executive Departments of Government to apply and enforce each of those specific tax Enactments, WITHIN THE LAW AS WRITTEN.

***CRIME NUMBER TWO***: Congress knew that the legislation of the specific "***income tax***" identified in SUBTITLE A, Section 1 and 11, is ***Territorially Applie***d by Section 7701(9) (10), **only** to the District of Columbia. But Congress is criminally liable for failing to properly and lawfully require the Judicial and Executive Department of Government to apply and enforce the income tax collection within the bounds of the Section 7701 ***Territorial Application***, WITHIN THE LAW AS WRITTEN.

***CRIME NUMBER THREE***: William Frankel, T.I.G.T.A., William Petrosky, Ben Hopping, David Toboluski of the F.B.I., Adam Rutkowski and Clayton ?? of the Department of the Treasury-C.I.D, hereby known as agents. The other identities are unknown by the victims. Requests for business cards were refused by all members of the raiding party, hereby known as agents.
Without having made such determination as required in Section 83 and outside the ***Territorial Application*** of taxes legislated in Section 1 and 11. Thus making of a false and fraudulent claim was knowingly done, and was the basis of claiming authority to steal property at the seizure site, under the color of law, stealing personal property belonging to anyone, listing all names and their property.

***CRIME NUMBER FOUR***: Michael J. Watanabe, as a magistrate, apparently accepted the affidavit of, at this time, unknown person(s) on September 13, 2011, ***without*** requiring that unknown person was to have determined and calculated some "***income***" tax due and owing by victims, as required in Section 83 and ***without*** verifying the ***Territorial Application*** of taxes legislated in Section 1 and 11, and issued SEARCH AND SEIZURE WARRANT dated September 13, 2011, outside the law. This making of a false and fraudulent WARRANT was knowingly done, and was the basis of claiming authority to steal property at the seizure sites,

under the color of law, stealing personal property belonging to anyone, listing all names and their property, unknown person could think of.

***CRIME NUMBER FIVE***: William Frankel, T.I.G.T.A., William Petrosky, Ben Hopping, David Toboluski of the F.B.I., Adam Rutkowski and Clayton ?? of the Department of the Treasury-C.I.D., accompanied by numerous other officers of CID-IRS and FBI and certain El Paso County Sheriff Deputies and certain Colorado Springs Police, stole the books and records of Crystal Waters, Tiger Trading Group, Bafongoo Trust, under the color of law, acting as if the act of theft was done under some right or authority, when they knew it was unlawful and outside of the law, as Congress had legislated the law they were claiming to be acting under.

***CRIME NUMBER SIX***: Agents and Watanabe should know the meaning of the six different definitions of the terms "***United States***" and "***State***" in Title 26. They also should have been informed of the various taxes legislated by Congress. They should know that Section 7701 contained the definitions that were applied to Title 26, as a whole, and know that the terms "***United States***" and "***State***", as defined there meant the ***Territorial Application*** of the various tax legislations in Title 26, with the exception as specifically noted by a different definition, such as shown by the tax on petroleum in Section 4612. They knowingly violated the law and knowingly were acting outside the law when they prosecuted with the SEARCH AND SEIZURE WARRANT and are participating in the act of theft, and are in fact using and benefiting from the property for some unlawful purpose.

***CRIME NUMBER SEVEN***: The US Marshal Office was notified of the criminal acts of the 20th day of September 2011. They were asked to investigate and determine whether in fact the SEARCH AND SEIZURE WARRANT was a crime done outside the law. There has been no evidence that an investigation had been done into the matter and that the claim of ***Territorial Application*** of the "***income***" tax law outside the District of Columbia was, indeed, unlawful and outside of the law, as claimed. The Office has not reported the crime to authorities or required the return of the property. Nor has the Office investigated and determined whether, in fact, the WARRANT was or was not acquired maliciously, without probable cause, in violation of Section 2235.

# ***RIGHT TO CURE***

All those who are complained of, have the right to cure the matter by proper response to those authorities to which this Complaint is given for review. Proper response is RETURN THE PROPERTY. The right to claim civil damages is not waived. Such claims are abated only upon the return of all the property within a reasonable time.

Dated this 29th day of September 2011.

Mimi Michelle Vigil
513 Shady Crest Circle
Colorado Springs, Colorado near 80916

John Joseph Pawelski
513 Shady Crest Circle
Colorado Springs, Colorado near 80916

George Thomas Brokaw
2260 Palm Drive
Colorado Springs, Colorado near 80918

GORDON REEVES NOTARY PUBLIC STATE OF COLORADO

State of Colorado)
:ss
County of El Paso)

SUBSCRIBED AND AFFIRMED to before me, a notary public, on this 29th day of September 2011.

My Commission Expires MY COMMISSION EXPIRES 07/08/2014

# CERTIFICATE OF MAILING

This is to certify that the original record is sent by first class mail to and held by:

Clerk of Court, United States District Court
901 19th Street
Denver, Colorado 80294

And copies to:

Police Chief Richard W. Myers
705 S. Nevada
Colorado Springs, Colorado 80903

John Walsh
US District Attorney
1225 17th St.
Suite 700
Denver, CO. 80202

El Paso County Sheriff Office
Sheriff Terry Maketa
101 W. Costilla St.
Colorado Springs, Colorado 80903

CONGRESS OF THE UNITED STATES (***Office of the Speaker of the House – John Boehner and President of the Senate- Daniel Inouye***), c/o The Capitol, Washington, D.C. 20515

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
One Columbus Circle, NE
Washington, D.C. 20544

Office of Inspector General in the Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

On this 29th day of September, 2011

[signature] Seal: GORDON REEVES NOTARY PUBLIC STATE OF COLORADO

Notary

MY COMMISSION EXPIRES
07/08/2014