IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **George Thomas Brokaw,**
2. John J. Pawelski,
3. Mimi M. Vigil, and
4. Clara M. Mueller,

    Defendants.

---

## DEFENDANT GEORGE THOMAS BROKAW'S SUPPLEMENT TO MOTION TO REVIEW AND MODIFY CONDITIONS OF RELEASE

---

George Thomas Brokaw, by his court-appointed attorney, Eric K. Klein of Johnson, Brennan & Klein, PLLC, hereby respectfully files this Supplement to his Motion to Review and Modify Conditions of Release (Doc. 52), filed October 21, 2013. Mr. Brokaw adopts and incorporates all factual assertions and legal argument made in his Motion.

On October 7, 2013, Mr. Brokaw was released on stringent conditions of release, including home detention and 24-hour GPS monitoring. On October 21, 2013, Mr. Brokaw moved the Court to review and modify those conditions. The original conditions currently remain in place.

On December 16, 2013, counsel for Mr. Brokaw spoke with Mr. James Murphy of United States Probation in Colorado Springs. Mr. Murphy has supervised Mr. Brokaw

since his release. Mr. Murphy stated that Mr. Brokaw continues to do well and to be "very compliant and cooperative." Mr. Murphy indicated no complaints with Mr. Brokaw's compliance with the conditions of release.

On October 30, 2013, Mr. Brokaw appeared before the Magistrate Judge Kristen Mix for re-arraignment on a superseding indictment. Mr. Brokaw appeared in a timely manner, dressed in coat and tie with an American flag lapel pin.

Mr. Brokaw has demonstrated that he is not a flight risk and that there are less restrictive conditions that will ensure his appearance in court. The presumption of release on personal recognizance pursuant to 18 U.S.C. § 3142(b) has not been overcome. If the Court does believe that any additional conditions are necessary, home detention and 24-hour GPS monitoring are not the least restrictive conditions as required by 18 U.S.C. § 3142(c). Thus, for the reasons stated in Mr. Brokaw's Motion and herein, Mr. Brokaw respectfully asks that the Court review the conditions of release imposed by the Magistrate Judge and modify the conditions as requested in his Motion.

DATED this 19th day of December 2013.

Respectfully submitted,

JOHNSON, BRENNAN & KLEIN, PLLC

  s/   Eric K. Klein
Eric K. Klein, #42185
1470 Walnut Street, Suite 101
Boulder, CO  80302
Telephone: (303) 444-1885
Facsimile:   (866) 340-8286
eklein@jbk-law.com
*Attorney for George Thomas Brokaw*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December 2013, I electronically filed the foregoing **DEFENDANT GEORGE THOMAS BROKAW'S SUPPLEMENT TO MOTION TO REVIEW AND MODIFY CONDITIONS OF RELEASE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

All counsel of record.

    *s/ Philip Lieder*
Philip Lieder