**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  JOHN J. PAWELSKI,,

    Defendant.

_____

**MOTION TO MODIFY BOND CONDITION**
_____

    Defendant John J. Pawelski, throught attorney Richard N. Stuckey, of Richard N. Stuckey, Attorney at Law, P.C. respectfully moves for a modification of bond conditions in this matter on the following grounds.

    1. By Court Order (Doc. 44) of October 7, 2013, the Order Setting Conditions of Release (and Additional Conditions of Release), Defendant Pawelski was ordered to submit to active GPS monitoring as an additional condition of his release on bond. Paragraph (7)(q) of the Additional Conditions of Release, page 2 of Document 44.

    2. Defendant has maintained strict compliance with all conditions of release, including the GPS monitoring, according to Probation Officer Robert Haberman of th Colorado Springs Probation Office of this Court, and PO Haberman has stated yesterday to the undersigned that he has no opposition to having the ankle bracelet condition (GPS monitor) removed from defendant as a modification to release

conditions.

3. The Court allowed Defendant Pawelski to travel to Illinois and Indiana in November of this year for family reasons, and the ankle bracelet was removed for that travel. Defendant completed the travel, and return to Colorado Springs successfully, and then had the ankle bracelet reattached. He has remained compliant with that condition, and all conditions, since.

4. AUSA Matthew Kirsch has stated to the undersigned that the government opposes this motion. It is the hope of the defense that subsequent conversations with the Probation Officer might change the government's position.

WHEREFORE Defendant Pawelski respectfully moves that his conditions of release be modified by eliminating the condition requiring GPS monitoring.

Dated: December 24, 2013.

s/ Richard N. Stuckey
Richard N. Stuckey, Attorney at Law
1801 Broadway, Suite 1100
Denver, CO  80202
303-292-0110
FAX: 303-292-0522
Email: dick@richardstuckeylaw.com
Attorney for Defendant John J. Pawelski

CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2013, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel entered in this case.

s/Richard N. Stuckey
Richard N. Stuckey, Attorney at Law, PC
1801 Broadway, Suite 1100
Denver, CO 80202-3839
Office Phone: 303-292-0110
Fax Phone: 303-292-0522
E-mail dick@richardstuckeylaw.com
Attorney for Defendant John J. Pawelski