IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     **GEORGE THOMAS BROKAW,**
2.     JOHN J. PAWELSKI,
3.     MIMI M. VIGIL, and
4.     CLARA M. MUELLER,

    Defendants.

---

**ORDER MODIFYING CONDITIONS OF RELEASE**
_____

Upon review of Defendant George Thomas Brokaw's Motion to Review and Modify Conditions of Release (Doc. # 52), Supplement to Motion to Review and Modify Conditions of Release (Doc. # 74, and Second Supplement to Motion to review and Modify Conditions of Release (Doc. # 76), and the Government's Opposition to Motion to Review [#52] (Doc. # 61), the Court hereby ORDERS that Defendant's Motion to Review and Modify Conditions of Release (Doc. # 52) is GRANTED in part.   It is

ORDERED that the Order Setting Conditions of Release (Doc. # 42) as to Defendant Brokaw is modified as follows:

    **24-Hour GPS Monitoring, Sec. 7(q)** is REMOVED.

The remaining conditions set forth in the Order Setting Conditions of Release (Doc. # 42) shall remain in full force and effect.

DATED: January   24  , 2014

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge