IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   GEORGE THOMAS BROKAW,
2.   **JOHN J. PAWELSKI,**
3.   MIMI M. VIGIL, and
4.   CLARA M. MUELLER,

    Defendants.

---

## ORDER MODIFYING CONDITIONS OF RELEASE
_____

    Upon review of Defendant John J. Pawelski's Motion to Modify Bond Condition (Doc. # 76), and Second Motion to Modify Bond Condition (Doc. # 80), the Court hereby ORDERS that Defendant's Motions (Doc. ## 76 and 80) are GRANTED.   It is

    ORDERED that the Order Setting Conditions of Release (Doc. # 44) as to Defendant Pawelski is modified as follows:

    **24-Hour GPS Monitoring, Sec. 7(q)** is REMOVED.

The remaining conditions set forth in the Order Setting Conditions of Release (Doc. # 44) shall remain in full force and effect.

    DATED:  January __24__, 2014

                                                      BY THE COURT:

                                                      _____
                                                      CHRISTINE M. ARGUELLO
                                                      United States District Judge