UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 8 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES OF AMERICA
**ENTITY UNDISCLOSED**
**NO KNOWN ADDRESS**

Case No. 1:13 cr 00392-CMA

   Wrongdoers    Fictitious-Foreign Plaintiff(s)

Vs

Constitutional Article III Court
Judge Christine M. Arguello
 Designated Judge

GEORGE THOMAS BROKAW (Government
Registered Trade Name)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918

   Property and Ward of the government

george-thomas; brokaw
2260 Palm Drive
Colorado Springs, Colorado
America National
Third party of interest

   A flesh and blood man with a soul

**COVER SHEET FOR ADDRESSES OF PARTIES**

Court of record

Page **1** of **16**

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**ENTITY UNDISCLOSED**<br>**NO KNOWN ADDRESS** | Case No. 1:13 cr 00392-CMA |
| Wrongdoers  Fictitious-Foreign Plaintiff(s) | |
| Vs | Constitutional Article III<br>Court Of Record Christine M.<br>Arguello<br>Or Designated Judge |
| GEORGE THOMAS BROKAW (Government Registered Trade Name)<br>2260 PALM DRIVE<br>CITY OF COLORADO SPRINGS<br>STATE OF COLORADO<br>ZIP CODE 80918 | |
| Property and Ward of the Government | |
| george-thomas; brokaw<br>2260 Palm Drive<br>Colorado Springs, Colorado<br>America National<br>Third party of interest | **Wish For Declaratory Judgment** |

A flesh and blood man with a soul

MY WISH, YOUR REQUIREMENT FOR A HEARING AND FOR A "CORPUS

DELICTI" TO BE PRODUCED (HABEAS CORPUS) For Declaratory Judgment to

validate the live man with a soul called by his Christian name George Thomas Brokaw, or

GEORGE THOMAS BROKAW, or george–thomas; brokaw or George-thomas with his

Page **2** of **16**

father's family name of brokaw and that he is not lost nor dead with proof by his affidavit (filed concurrently).

"For a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional right."
Sherer v. Cullen 481 F. 945

"As a general principal, standing to invoke the judicial process requires an actual justiciable controversy as to which the complainant has a real interest in the ultimate adjudication because he or she has either suffered or is about to suffer an injury."
People v. Superior Court, 126 Cal.Rptr.2d 793.

Now Comes George-thomas; brokaw, as a third party of interest in this court of record, a real flesh and blood man (a living being with a soul; hereinafter, the meaning of man in this document) of the age of majority, in his official capacity as a Third Party of Interest pursuant to Congressional mandate of the United States Congress under Title 42 United States code, Public Health and welfare, and under Title 18 United States code, criminal code, and pursuant to the Congressional mandate of the Administrative Procedure Act 1946, 60 stat 237, and sets forth this WISH and Requirement that this document be read and is Required to be acted upon by an honorable, flesh and blood man or woman to answer and afford (Government Registered Trade Name) GEORGE THOMAS BROKAW, and george-thomas; brokaw, a flesh and blood man, Remedy: CONFORMITY IS WISHED, Required and pursuant to government employees' sworn oaths to support and defend and to preserve protected rights given in writing by the Constitution of the United States in the Bill of Rights as the People were led to believe and understand; MY WISH, YOUR REQUIREMENT FOR HEARING AND FOR A "CORPUS DELICTI" TO BE PRODUCED (HABEAS CORPUS) For Declaratory Judgment to validate the living man with a soul called by his Christian name George

Thomas Brokaw, or GEORGE THOMAS BROKAW, or george-thomas; brokaw or george-thomas with his father's family name of brokaw that he is not lost nor dead with proof by his affidavit (filed concurrently).

    I, george-thomas; brokaw, a living man, have come before this court to make a declaration and for the court to be a witness that GEORGE THOMAS BROKAW and george-thomas; brokaw, is not deceased or lost and stands before this court as a living man. And now requires this court to render a declaratory judgment to that fact that he is a living man and a real man before this court. I will show that the *Law Society* has intentionally and deliberately misled all living souls of this nation and has entered them into probate courts under a trust or estate, corporation, partnership, or association and NOT a living man, to be debated between the state attorney and administrative court lawyer (a friend of the court) to preside over the trust and the estate of the so-called defendant that appears before the judge in this courtroom.

    These court officers, being public officials and having fiduciary duties to the trust, have willfully and fraudulently come before this court to mislead this court to believe that the party in question is lost or is deceased while the living soul of the living man or woman has now received injuries and is entitled to damages when both of these court officers failed to notify the judge that the real party of interest is alive and stands before this court as a living man.

    Whereas the living man is required to remain silent in court, under representation, by an administrative court lawyer appointed by the court, and by that action, is not aware that such a living man sits in the court. The Court now assumes that it is probating a trust or an estate of the decedent or a party who has been lost for over seven years. While the

attorney for the State and the administrative court lawyer fraudulently misrepresents this trust and estate before the court in order to settle the trust created under the Social Security Act of 1935 and the Alien Registration Act 1940 via the use of the birth certificate.

While the attorney for the State and the administrative court lawyer is aware that under the Social Security Act and under the birth certificate the Social Security number is a requirement from which the state receives federal grants under the Social Security Number through them by the birth certificate which is a trust and or estate which is registered to the state as property of the state.

### I. Foundation of who or what is being charged

1. I, george-thomas; brokaw, a man, will point out truths and facts as to why I am requiring this Hearing **to be in a court of record** and to be before a real flesh and blood man or woman of honor, and with integrity, to address the issues. As you can see (below) the phrase "human being" in Latin, and elsewhere, does not refer to a flesh and blood man or woman, but to an "animal" or "a monster," and also in the U.S.C. Title 7, under Agriculture, the designated word "man" is referred to as an animal without a soul.

2. I, george-thomas; brokaw, a man, will point out that in Latin the use of a name in all capital letters refers to "property" as distinct from a free flesh and blood man as this court and its judicial officers are taught in the use of Latin and U.S. Government style conventions.

3. I, george-thomas; brokaw, a man, will point out to the court that the capitalized name refers to a distinct fictional "entity" (something that exists by itself, something that is separate from other things) or a Corporation as defined in 26 USC § 7701 – "Definitions

(3) Corporation The term "corporation" includes associations, joint-stock companies, and insurance companies."

4. I, george-thomas; brokaw, a man, will also point out to the court the IRS definition of the word Person:

> Title 26 › Subtitle F › Chapter 75 › Subchapter D › § 7343 26 USC § 7343 - Definition of term "person" The term "person" as used in this chapter includes an officer or employee of a corporation, or a member or employee of a partnership, who as such officer, employee, or member is under a duty to perform the act in respect of which the violation occurs.
>
> Title 26> Sec 6671- Rules for application of assessable penalties
>
> (b) Person defined; The term "person" as used in this subchapter, includes an officer or employee of a corporation, or a member or employee of a partnership, who as such an officer, employee, or member is under a duty to perform the act in respect to which the violation occurs.
>
> Title 26> Sec 6331- Levy and Distraint
>
> (a) Authority of the Secretary; If any person liable to pay any tax… Levy may be made upon the accrued salary or wages of any officer, employee, or elected official, of the United States, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia,…

5. I, george-thomas; brokaw, a man, will also point out to the court the USC definition of the word Person:

> Title 1 › Chapter 1 › § 8

Page 6 of 16

U.S. CODE § 8 - "PERSON", "HUMAN BEING", "CHILD", AND "INDIVIDUAL" AS INCLUDING BORN-ALIVE INFANT

(a) In determining the meaning of any Act of Congress, or of any ruling, regulation, or interpretation of the various administrative bureaus and agencies of the United States, the words "person", "human being", "child", and "individual", shall include every infant member of the species homo sapiens who is born alive at any stage of development.

(b) As used in this section, the term "born alive", with respect to a member of the species homo sapiens, means the complete expulsion or extraction from his or her mother of that member, at any stage of development, who after such expulsion or extraction breathes or has a beating heart, pulsation of the umbilical cord, or definite movement of voluntary muscles, regardless of whether the umbilical cord has been cut, and regardless of whether the expulsion or extraction occurs as a result of natural or induced labor, cesarean section, or induced abortion.

(c) Nothing in this section shall be construed to affirm, deny, expand, or contract any legal status or legal right applicable to any member of the species homo sapiens at any point prior to being "born alive" as defined in this section.

6. I, george-thomas; brokaw, a man, Wishes and Requires this court to define who or what is being charged before this court and to do so in a Declaratory Judgment.

a) **HUMAN BEING**

From Latin Humanus= "a lesser/inferior man or woman defined legally as an animal and/or monster as distinct from the ancient (pre Vatican) Roman term homo = man ". A key rule of Law from the 14th Century describing a fundamental legal fiction --that is the notion of an inferior man or woman as an animal (as defined by Papal Decree) and therefore not subject to the laws of free men, but the laws of property. The decision to create a 2nd word for Homo (man), denoting an inferior "animal" man was crucial to the legal implementation of the Vatican global slave trade from the 14th Century--to overcome the questions of legality and morality of the Vatican slave trade. Therefore, unbaptized indigenous populations were legally defined as "humans" --therefore animals. Legally, the

Page **7** of **16**

name of a human must always be in CAPITALS to identify that individual as property as distinct from a free man.

### b) PERSON

From 13th Century Latin persona = "the (fictional) legal character representing an individual HUMAN BEING or CORPORATION by CONSENT ". Person is a key rule of Law describing a fundamental legal fiction --that is any individual or formal organization subject to the Curia (courts) or lesser courts. Providing consent is given without duress, legally an individual, a corporation and even a nation may be considered a PERSON and therefore subject to the principles of common law and commercial (maritime) law of the Vatican/Roman Cult. Legally, the name assigned to a Person must always be in CAPITALS to distinguish a "person" from a free man or free society.

7. **7 USC Chapter 6 › Subchapter II § 136 – Definitions**

    (d) Animal; The term "animal" means all vertebrate and invertebrate species, including but not limited to man and other mammals, birds, fish, and shellfish.

8. **18 USC > 921- DEFINITIONS**

    (a) As used in this chapter-
    
    (1) The term "person" and the term "whoever" include any individual, corporation, company, association, firm, partnership, society, and joint Stock company.

9. **BLACK'S LAW 4th. Ed.- "Whoever"**

    This word in statutes may be construed as including corporations and partnerships.

10. **Ohio Revised Code Chapter 5701: Definitions**

    5701.01 Person defined includes companies, business trusts, estates, trusts,...

11. **Texas Administrative Code CORPORATION, Ch.79,**

| | |
|---|---|
| TITLE 1 | ADMINSTRATION, |
| PART 4 | OFFICE OF THE SECRETARY OF STATE |
| CHAPTER 79 | BUSINESS ENTITY FILING |
| SUBCHAPTER C | ENTITY NAME |
| RULE §79.31 | Characters of Print Acceptable in Names |

(a) Entity names may consist of letters of the Roman alphabet, Arabic numerals, symbols capable of being reproduced on a standard English language keyboard, and such other symbols as permitted by the secretary of state's database and as posted on the secretary of state's website, or a combination thereof.

(b) No distinction as to type face or font in the presentation of an entity name will be recognized. Subscript or superscript characters cannot be entered into the computer records of the secretary of state; consequently, such characters will not appear above or below the other characters in the entity name. Example: $H_2O$ will appear as H2O. The secretary of state, however, will recognize the use of either upper or lower case letters in the presentation of the **entity name**.

12. Delaware Administrative Code, CORPORATION, Title 8, CHAPTER 6. PROFESSIONAL SERVICE CORPORATIONS

§ Corporate name.

The corporate name of a corporation organized under this chapter shall contain either a word or words descriptive of the professional service to be rendered by the corporation or shall contain the last names of 1 or more of its present, prospective or former shareholders or of persons who were associated with a predecessor person, partnership, corporation or other organization or whose name or names appeared in the name of such predecessor organization. The corporate name shall also contain the words "chartered" or "professional association" or abbreviation "P.A." The use of the word "company," "corporation" or "incorporated" or any other word, words, abbreviations, affix or prefix indicating that it is a corporation, in the corporate name of a corporation organized under this chapter, is specifically prohibited. However, it shall be permissible for the professional service corporation and its shareholders to render professional services and to

exercise the corporation's authorized powers under a name which is identical to its corporate name except for the omission of the words "chartered" or "professional association" or the omission of the abbreviation "P.A."

13. I, george-thomas; brokaw, a man, have now pointed out that in Latin and in written statutes and codes, created by federal and state legislation and definitions that need to be addressed to define both the "CORPUS DELICTI" (Habeas Corpus) of the alleged injured party and the party being accused and charged.

14. A Declaratory Judgment is Required to clarify the living soul of a man called by his Christian name George Thomas Brokaw, GEORGE THOMAS BROKAW, george-thomas; brokaw or george-thomas with his father's family name of brokaw. Which or what am I ?

    a) an Animal
    b) a Monster
    c) a Corporation
    d) an Entity
    e) a piece of Property
    f) a Person
    g) Trust and estate registered to the state under the live birth certificate
    h) or, a living flesh and blood man

15. I, george-thomas; brokaw, a man, will now also point out that the *Law Society* is the writer and creator of the written laws, and have defined by and for each State which has statutes and or codes regulating the birth certificate has defined by legal definition the word "Person" and that it is to be defined as a "trust" or "estate" registered to that State with a trust number ("account" number, ie., SS, TIN. EIN) provided by the Social Security administration as defined in the Social Security Act of 1935. And that I, George-thomas; brokaw, a man, wrote to the STATE OF OHIO, department of health, office of

vital statistics to notify them that I am not lost nor deceased and that I was to be appointed beneficiary of the TRUST of (Government Registered Trade Name) GEORGE THOMAS BROKAW.

## II. Declaratory Judgment Required

16. A Declaratory Judgment is WISHED FOR and Required to be given to clarify the district court's jurisdiction over george-thomas; brokaw, the living flesh and blood man as;

> a) an Animal
> b) a Monster
> c) a Corporation or Partnership
> d) an Entity
> e) a piece of Property
> f) a Person
> g) Trust and estate registered to the state under the live birth certificate
> h) or, a living flesh and blood man

17. A Declaratory Judgment is WISHED FOR and Required to be given to clarify the district court's remedy for the all capital GEORGE THOMAS BROKAW (Government Registered Trade Name) under the Alien Registration Act of 1940 and the Social Security Act of 1935, and use a portion of the accumulated value derived from the live birth registration and the account of GEORGE THOMAS BROKAW to settle/satisfy any alleged violation, etc.   (31 USC> 3713- Priority of Government Claims)

18. A Declaratory Judgment is also WISHED FOR and Required to be given to clarify the district court's remedy and damages due for the living flesh and blood man george-thomas; brokaw. I, george-thomas; brokaw, a man, will now point out some of the Protected Rights of the living flesh and blood man with a soul that have been violated;

Page 11 of 16

<u>abridging freedom of speech</u>, <u>abridging the right of the</u> <u>people peacefully to assemble</u>, <u>abridging the right to keep and bear arms</u>, <u>the right to be secure in their</u> <u>persons, houses, papers, and effects</u>, <u>no valid warrants issued</u>, <u>no oath or affirmation supporting</u> <u>warrants</u>, <u>no true bill produced</u>, <u>without due process of law</u>, <u>excessive bail</u>, <u>cruel and unusual punishment inflicted</u>. I, george-thomas; brokaw, a man, will now point out that the Protected Rights violations were all done against george-thomas; brokaw, a man with a soul without him ever been tried or convicted of any crime. I, george-thomas; brokaw will also point out that these Protected Rights violations were all perpetrated by PERSONS in government employment, who are holding positions in a public office under wages, benefits, and compensation, and that these PERSONS are under oath as living men and women to support the Constitution and the Protected Rights of the people.

## Conclusion

I, george-thomas; brokaw, a man, come before this court and WISH FOR and Require these issues to be addressed as these alleged violations are in your written language in your *Law Society* created by legislation as well as in the Latin language and as there seems to be a definition problem here because all definitions as defined in the United States Codes have nothing to do with the real flesh and blood man, but only deal with fictional entities, corporations, persons and administrative agencies. The question now comes, and is WISHED FOR and Required to be answered; how does any of this apply to the real flesh and blood man george-thomas; brokaw ?

I, george-thomas; brokaw, a man, WISH FOR and REQUIRE this district court to address these questions as a Declaratory Judgment issue on the above topics as to who or what is being charged; an Animal, a Monster, a Corporation, a Partnership, an Entity, pieces of Property, a Person (which is a legal fiction), a trust or estate registered to the state, OR a Living Flesh and Blood Man and a creation of God, considering Public Law 97-280 where Congress declares the Holy Bible is the Word of God, and considering the Devine and legal Maxim: "The created can be no greater than the creator."

This court is Required to give Declaratory Judgment of the named party, a man, in this case to be declared alive and well and to end this probate over the trust and the estate of a decedent or party that is lost as they now come before this court. This Court now acts as a witness to the living man with a soul called both as GEORGE THOMAS BROKAW (Government Owned Trade Name) and the Real Party of Interest george-thomas; brokaw.

george-thomas; brokaw
2260 Palm Drive
Colorado Springs, Colorado
American National
Third Party of Interest

## **PROOF OF SERVICE**

Now Comes george-thomas; brokaw, a real man of flesh and blood in the position of Third Party of Interest by Congressional Legislation under the Statutes at Large and by United States Codes created by the United States Congress within the District of Columbia Territory, to set forth my Wishes of Entry of this document and WISHES and REQUIRES that this document is to be read and acted upon by an honorable, flesh and blood man or woman to afford the Declarant remedy: MY WISH, YOUR REQUIREMENT FOR HEARING AND FOR A "CORPUS DELICTI" TO BE PRODUCED (HABEAS CORPUS) For Declaratory Judgment to validate the living man with a soul called by his Christian name George Thomas Brokaw, or GEORGE THOMAS BROKAW, or george-thomas; brokaw or george-thomas with his father's family name of brokaw that he is not lost nor dead with proof by his affidavit (filed concurrently). This document was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO Clerk of Courts On this __8__ day of February in the year of our Lord 2014 A.D. I, george-thomas; brokaw, also delivered a copy to the Prosecutor's inbox.

*George Thomas Brokaw*
george-thomas; brokaw
Third Party of Interest
2260 Palm Drive
Colorado Springs, Colorado

live thumb print

**Cc**

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO, ASSISTANT
UNITED STATES ATTORNEY MATHEW T. KIRSCH
UNITED STATES PROSECUTOR'S OFFICE
DENVER, COLORADO 20001

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
DENVER, COLORADO 80294

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**ENTITY UNDISCLOSED**<br>**NO KNOWN ADDRESS** | Case No. 1:13 cr 00392-CMA |
| Wrongdoers Fictitious-Foreign Plaintiff | |
| Vs | Constitutional Article III Court Of Record Judge Christine M. Arguello Or Designated Judge |
| GEORGE THOMAS BROKAW (Government Registered Trade Name)<br>2260 PALM DRIVE<br>CITY OF COLORADO SPRINGS<br>STATE OF COLORADO<br>ZIP CODE 80918 | |
| Property and Ward of the Government | |
| george-thomas; brokaw<br>2260 Palm Drive<br>Colorado Springs, Colorado<br>America National<br>Third party of interest | |
| A flesh and blood man with a soul | **DECLARATORY JUDGMENT** |

Whereas a flesh and blood man with a soul under the name of GEORGE THOMAS BROKAW and/or george-thomas; brokaw has entered his appearance before this court as a real party of interest and an injured party before this court, this court now recognizes that GEORGE THOMAS BROKAW and/or george-thomas; brokaw is no longer lost or a decedent but is alive and standing before this court.

This court now makes a declaratory judgment that GEORGE THOMAS BROKAW and/or george-thomas; brokaw is alive and that the trust and estate are no longer to be probated by any state attorney or administrative court lawyer on his behalf.

This declaratory judgment by this court now acknowledges his existence and he is no longer defined as property to the state or a Ward of the state or a Ward of this court. And that the trust and estate GEORGE THOMAS BROKAW and that george-thomas; brokaw or ( GEORGE THOMAS BROKAW) be reconfigured naming him as the BENEFICIARY and for a lawful Trustee is installed to settle and handle all claims on behalf of this living man with a soul.

This case before this Honorable court is now dismissed with prejudice and that GEORGE THOMAS BROKAW and/or george-thomas; brokaw is declared to be a living man with a soul.

It is so ordered on this _____ day of _____ 2014, AD.

Judge Christine M. Arguello