```
                                                    FILED
                                         UNITED STATES DISTRICT COURT
                                              DENVER, COLORADO
         UNITED STATES DISTRICT COURT
              DISTRICT OF COLORADO            FEB 25 2014
                 901 19th Street
              Denver, Colorado 80249          JEFFREY P. COLWELL
                                                              CLERK
```

UNITED STATES OF AMERICA                     Case No. 1:13 cr 00392-CMA
**ENTITY UNDISCLOSED**
**NO KNOWN ADDRESS**

        Wrongdoers
        Fictitious Foreign Plaintiff

    Vs                                Constitutional Article III Court
                                     Judge Christine M. Arguello
                                     Or Designated Judge

GEORGE THOMAS BROKAW (Government
Registered Trade Name)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918

        Property and Ward of the government

george-thomas; brokaw
2260 Palm Drive
Colorado Springs, Colorado
America National
Third party of interest

        Injured party
        A flesh and blood man with a soul

**COVER SHEET FOR ADDRESSES OF PARTIES**

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

UNITED STATES OF AMERICA                    Case No. 1:13 cr 00392-CMA
**ENTITY UNDISCLOSED**
**NO KNOWN ADDRESS**
    Wrongdoers
    Fictitious Foreign Plaintiff

  Vs                                 Constitutional Article III Court Of Record
                  Judge Christine M. Arguello
                  Or Designated Judge

GEORGE THOMAS BROKAW (Government
Registered Trade Name)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918

    Property and Ward of the Government

George-thomas brokaw
2260 Palm Drive
Colorado Springs, Colorado
America National
Third party of interest
    Injured party
    A flesh and blood man with a soul

**Wish and just cause to belief and the Requirement of a Wavier for Release for Lawyer ERIC K. KLEIN.**

Now Comes, a living man with a soul named George-thomas; brokaw with a Wish and just cause to belief and the Requirement of a Wavier for Release for Lawyer ERIC K. KLEIN. As there is a conflict between Lawyer ERIC K. KLEIN and the living man (soul) called George-thomas; brokaw. I am requesting Lawyer ERIC K. KLEIN be released from representing a living man with a soul named George-thomas; brokaw for the following reasons:

1. As a Bar Lawyer his duties to the court are in conflict with the protected rights of the living man (soul) George-thomas; brokaw.

2. Whereas the living man (soul) George-thomas; brokaw has knowledge and understanding of the Statutes at Large and Congressional Acts of Congress and for Bar Lawyer to represent George-thomas; brokaw using these Statutes and Acts in the living man defense has created and become a conflict.

3. Whereas the living man (soul) George-thomas; brokaw has placed potential Court filing documents before Lawyer ERIC K. KLEIN is unable to comply with George-thomas; brokaw wishes as these document's arguments are in conflict with Lawyer ERIC K. KLEIN limitations as a Bar Lawyer as he is unable to put these arguments before this Court without risk of a conflict with this Court.

4. For the reasons above Lawyer ERIC K. KLEIN must be released from this duty as a Bar lawyer as there is conflict in the interpretation of the codes and a misunderstanding of what is an Article III common law court requiring two living soul to enter.

5. An example of the conflict between Lawyer ERIC K. KLEIN and George-thomas; brokaw is that Lawyer ERIC K. KLEIN insists that George-thomas; brokaw must represent as pro se if no Bar Attorney is present to defend. Pro se would mean that

George-thomas; brokaw would be representing and acting on behalf of the "Government Registered Trade Name" of GEORGE THOMAS BROKAW, the very entity that the living man with protected rights, George-thomas; brokaw claims he is not and will not represent, causing brokaw to assume an identity foreign to him.

6. Lawyer ERIC K. KLEIN indicates that George-thomas; brokaw fails to understand that only the Prosecution can use the UNITED STATES CODES as charging instruments and as a defendant that he has no rights to use the Constitution, the UNITED STATES CODES, the Statutes at Large, any Acts of Congress as a defense.

7. Whereas this may be true if this is an administrative court to which now these various laws become administrative procedures to how a state agency or a federal agency or any instrument of that agency is required to behave in an administrative hearing.

8. Whereas if this is an Article III court that under article 3 section 2 these very laws are the foundation for Defense as this is to be an adversarial system unless the court is claiming 11th amendment to which this court has no jurisdiction to hear a case in law and equity and now has to dismiss for lack subject matter jurisdiction.

9. Whereas Lawyer ERIC K. KLEIN claims that this is an Article III court but fails to define whether or not it's under the Constitution and has not clarified that it is an administrative court, this now becomes a conflict of the court's jurisdiction.

10. Whereas Lawyer ERIC K. KLEIN represent the trust or the estates name of GEORGE THOMAS BROKAW, under the "Birth Certificate "which is defined as trust or estate" in this Court as such name is a fiction and not a living soul.

11. The living man (soul) George-thomas; brokaw is not under any misconception that ERIC K. KLEIN duties as a Bar lawyer is not to be an adversary on behalf of

GEORGE THOMAS BROKAW and to point out the legal errors of the prosecution, however Lawyer ERIC K. KLEIN duties lie to serve the courts wishes as an officer of the court and not act as an adversary bringing up what all Bar Lawyer define as frivolous and nonsensical and unintelligible rhetoric and facts when they refer to Constitution, the UNITED STATES CODES, the Statutes at Large, Acts of Congress, or even case law as a defense Lawyer ERIC K. KLEIN job is NOT to be adversarial, Lawyer ERIC K. KLEIN job is to serve and administer to the courts wishes.

12. George-thomas; brokaw will also point out that there is no legislative law that created a position for a lawyer to represent anybody in a courtroom, however the law only applies to an attorney that operates under the Atty. Gen.'s office only under the Judiciary act of 1789 which created the inferior courts, and the US marshals service.

13. Whereas Lawyer ERIC K. KLEIN is a bar member to a private Association which only has the authority to represent administrative offices, trust and estates, corporations, partnerships, associations, or other artificial entities therefore Lawyer ERIC K. KLEIN lacks the authority "to represent a living soul" as it is not a living soul bringing a claim against GEORGE THOMAS BROKAW, George Thomas Brokaw, George-thomas; brokaw but an administration or an artificial entity.

14. Pursuant to ethical practices and ethical procedures Lawyer ERIC K. KLEIN lacks jurisdiction or the ability to represent a living soul as it is not artificial or an entity, or a Corporation, partnership, trust or an estate.

### Conclusion

Whereas it is now the wish of this party, the living man George-thomas; brokaw now requires this court to release Lawyer ERIC K. KLEIN whereas there is fraud and deception of

who and what Lawyer ERIC K. KLEIN could represent in what he defined as an Article III court but failed to distinguish what is meant to be an Article III court from an administrative court involving agencies and instruments of a Corporation as defined under title 28 USC judiciary and judicial procedures chapter 176 section 3002 under part 15 United States Corporation.

Whereas the name of GEORGE THOMAS BROKAW under a Birth Certificate and IRS codes is define as a Trust, Estates, corporation, association, partnership, or officer of a corporation and is register to the government as a ward or property and **not a living man** and was given a number by the government (SS/ TIN/ ETN).

Whereas the name of GEORGE THOMAS BROKAW (Government Registered Trade Name) is a fiction created by government and the living man with a soul, george-thomas; brokaw disavows any ownership in and does not represent as pro se in this court or any court.


George-thomas; brokaw
2260 Palm Drive
Colorado Springs, Colorado
Third Party of Interest
      Injured party

**PROOF OF SERVICE**

Now Comes George-thomas; brokaw to set forth this document: **Wish and just cause to belief and the Requirement of a Wavier for Release for Lawyer ERIC K. KLEIN.** This document was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO Clerk of Courts on this __24__ day of February in the year of our Lord 2014 A.D.
Certified mail # 7013 1710 0001 0818 4169

George-thomas; brokaw
2260 Palm Drive
Colorado Springs, Colorado
American National

live thumb print



Cc:
ERIC K. KLEIN
1470 WALNUT STREET
SUITE 101
BOULDER, COLORADO 80302

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
ASSISTANT U. S. ATTORNEY MATTHEW T. KIRSCH
1225 17th STREET, SUITE 700
DENVER, COLORADO 80202

★ ★ ★ **LEGAL NOTICE** ★ ★ ★

# *We the People in Colorado*
## Declaration of Natural Rights
## Amendment 7 Notice and Demand
## 4 July 2003



*We the People...*

I/We the People who have placed our signature(s) below, Declare, Decree and Witness to each other and to all people in the world, that:

1. Each of us is, and all our posterity are, the sovereign people named in the original Colorado Constitution, Article 2, Sec. 1-3 which states, in part: "The people of this state have the sole and exclusive right of governing themselves, as a free, sovereign and independent state,..."
   *See national Constitution, Amendment 7 & CRS 2-4-211 Re: Common Law prevailing (Emphasis mine/ours)*

2. Neither I/We, nor our ancestors or posterity have ever knowingly, willingly or intentionally:
   a. abrogated our natural, sovereign and un-a-lien-able rights, endowed to us by our Creator – Nature's God.
   b. signed any contract or agreed to be held as surety on any government bond or loan of any kind. Nor have any of our family or we authorized any government agent or agency to 'pledge' ourselves or our property as surety on any government bond or loan of any kind or by any name.
   c. signed any contract with, consented to, franchised, granted special or exclusive privilege or immunity from the law to any individual; association, such as *members of the private, political club — Bar Association; or corporation, such as the U.S. government located in Washington, D.C.*
   d. signed any contract with, consented to, franchised, granted special or exclusive privilege to any individual lawyer or attorney; association, *such as members the Bar Association*, to represent We the People in Colorado in any court, anywhere, anytime except by mistake or threat, duress and coercion by *members of that private club and/or their accommodating agents who are profiting from pirating we the people's county courts by bringing maritime law inland to deny we the people:*
      (1) our natural God-given rights as secured by the Bill of Rights,
      (2) equal justice in law

3. The law prevents the state government, its agencies or agents from granting any corporation, association, or individual any special or exclusive privilege, immunity or franchise whatsoever. *See Colorado Constitution, Article V, Sec. 25.*

4. The law prevents the state government from making anything but silver and gold in payment of debts. See See CRS 11-61-101, Legal Tender.

5. I/We always spell our names — which are our private, copyrighted property — in upper and lower case in accordance to proper grammar and never in all capital letters as that is an unlawful, criminal, fictional impersonation of our lawful names created by government/attorneys to fiscally and otherwise entrap us.

6. I/We have discovered that from birth, both we, our ancestors and our posterity have been repeatedly tricked and deceived into signing or responding unto various attorney/government-school created documents:
   a. with a misnomer, ie. name with a middle initial See Black's Law Dictionary
   b. which were not fully disclosed by the creators of those documents which were designed to usurp and/or destroy our natural rights and sovereignty and, by deceit, trickery and unlawful conversion, in an attempt to change We the American People from sovereigns who have natural rights into legal fictions termed 'persons' and 'subjects' which are 'granted' only 'civil privileges' by a fiction called government or the imposter corporation.
   c. which were created by government/attorneys, constitute an actual and constructive fraud against We the People in Colorado.
   d. which being non-disclosed frauds, by law, are null and void, from the beginning!

   We now declare that all those who created, who accommodated and who continue to promote these unlawful conversions have been and are treasonous to We the People in Colorado, the several states, and America.

7. I/We are not 'U.S. citizens' that are 'subjects' named in the unratified and *falsely numbered 14th Amendment, although we may have been tricked, deceived and coerced into signing documents that do not fully disclose that: "a U.S. citizen is a 'subject'" which is in direct conflict of law: Colorado State Constitution, Article II, Sec. 1-3, which names we the people as the sovereigns, and as such, are American Nationals.
   *See the original Colorado Constitution, read 13th Amendment 1868 in Colorado Archives & Congressional Record June 13, 1967, testimony by Louisiana Rep. Rarick, "The 14th Amendment – Equal Protection Law or Tool of Usurpation"*

8. I/We, our ancestors and our posterity are not now, never have been, nor ever will be legal fictions termed 'persons' or 'subjects' nor are we or our private property to be used as surety in any bonds or loans of any kind or by any name, ie. Certificates of Participation, for which we have not knowingly, willingly or intentionally signed. By law, no other entity can obligate our bodies or our property as surety on any bond or loan, whatsoever, no matter what the 'loan' is deceitfully named, such as the C.O.P.s

9. I/We Declare and Decree that the only lawful reason for any government agency or agent to exist is to protect the natural rights, privacy and property of We the People. The agent of the several states, the U.S. government, and many other accommodating government agents and agencies have become a threat to our natural rights, our privacy and our property.

10. We come forth now asking the question: What hidden government and who are its agents which are misconstructing our original republican form of government as well as attempting to unlawfully convert our standing and character from Colorado state sovereign Americans into their 'subject/slaves' and for what foreign government?

I/We the People hereby Declare, Claim, Decree and Serve Lawful Notice to all entities anywhere and at all times that I/We, our ancestors and our posterity are natural-born sovereigns who possess un-a-lien-able rights from the beginning of Nature's Creation. I/We the People hereby Declare Independence from any government, government agency or agent that violates our natural, sovereign and un-a-lien-able rights and hereby Demand the abolition of all government or quasi-government agencies and agents or who/which violate our natural, sovereign, private and un-a-lien-able rights. We the People in Colorado will lawfully hold accountable and liable, in both their personal and their professional capacity, all those who have violated or continue to violate and/or trespass upon our natural, sovereign rights as American Nationals.

I/We the People in Colorado who have placed our signature(s) below, declare, decree and witness to each other and to all people in the world that, by natural law declared by our American forefathers, and as secured in the original Constitution of 1787, Bill of Rights Amendment 7 of 1791 adopted by the sovereign states, united as America and the Colorado Constitution of 1868, Article II, Sec. 1-3, I/We and our posterity are American sovereigns living within the original boundaries of Colorado state Republic and are beholding to no individual, association, or corporation for any unsigned-for debts whatsoever. That no debt can exist for which there is not a contract signed by both parties in which there was equal exchange of objects of real value.

I/We now demand that any man or woman, *agent* or agency now come forth to refute these facts and law, in writing, by their original signature and with lawful witnesses stating absolute Truth and producing documents we knowingly, willingly and intentionally signed which would refute these facts and law within 20 days of this date 4 July 2003 or these statements will forever establish our character and standing in law in any place, any court, any where, any time, past, present or future!!!

Note: Any response or refutation of these facts and law must be written and signed in accordance to and compliance with Amendment 7 of the Bill of Rights; by an original, wet signature of a first-hand witness, living being, witnessed and sent to: We the People in Colorado, P.O. Box 777, Frederick, Colo. [80530] within 20 days of the last date of printing of this, We the People in Colorado's Notice and Demand.

With the Creator, Nature's God as our Witness, We the People in Colorado have spoken, declared and decreed my/our and our posterity's' immunity from attack of any kind by any agent or agency who operates outside the Laws of Nature's God upon which America was built and have given Our Sovereign, Lawful Notice this date of July 4, 2003 as is currently being counted.

www.wethepeopleincolorado.org

| Name | County |
|---|---|
| Janet Lee Meisinger | Weld |
| James Alan Meisinger | Weld |
| Mary Elizabeth of the Severance family | Pueblo |
| Edward Leroy Greeno | Boulder |
| Mark Alan Love | Larimer |
| Pearl Marie Tyndall | Larimer |
| Joseph Griego | Larimer |
| Daniel Alan Nelson | Larimer |
| James Robert Worley | Larimer |
| Robert James Pool | Larimer |
| Jennifer Lynn Broyles | Weld |
| Chrisman S. Robinson | Adams |
| Robert Brownlee | Adams |
| Robert M. Reeser | Adams |
| Kerry Patrick: Jarvis | Weld |
| Joseph William Peterson | Denver |
| Steven Dean, Byfield | Grand |
| Marvin Eugene Byfield | Jefferson |
| George Thomas Brokaw | El Paso |
| David Donald Ritz | El Paso |
| Arthur William Kimbrel | El Paso |
| John Aton of family of Sheridan | Bent |
| Juan Tipton Green | Adams |
| John Charles Harrison | Pueblo |
| Lynne M. Medrano | Larimer |
| Sharyl Renee Nichols | Larimer |
| Wanda June Fine Weatherford | Douglas |
| Lorraine Marie of the family Lunnon | Arapahoe |
| Jean Ann Nolte Braun | Jefferson |
| James Michael Perin | Jefferson |
| Ronald Richard | El Paso |
| Carol Ann Burnett | Conejos |
| Fred Mark Burnett | Conejos |
| Maurice Donnell Moore | El Paso |
| Brian Allen | El Paso |
| Carol Louise Wagner | Larimer |
| Dennis Lee Wagner | Larimer |
| Charles Jackson Brenimer II | Jefferson |
| Robin Elizabeth Wellman | Boulder |
| Paul Francis Senna | Larimer |
| Stephen Henry Mossberger | Jefferson |
| Melinda Ann Judy | Larimer |
| John Richard Syvertson | Jefferson |
| Mike Frederick Hingle | Boulder |
| Joanna Windolph | Morgan |
| Steven Warren Young | Arapahoe |
| Carole Kolbe | Boulder |
| Bill Kolbe | Boulder |
| Edwin Mettler | Denver |
| Hans Holland | Boulder |
| Robert Gibson | Arapahoe |
| Melvin Kurt Eberhardt | Boulder |
| Eleanor Elaine Eberhardt | Boulder |
| James Buckner Fisher III | Jefferson |
| Anthony Ruybal | Pueblo |
| Dallas John Norton | Conejos |
| Alice Lorene Norton | Conejos |
| Leon K. Odendahl | Teller |
| Brian Smothers | Denver |
| Richard Harold, Ludwig | Pueblo |
| Joyce Jeannette Brunner | Jefferson |
| Wayne Everett; Bollacker | Custer |
| Ricky Lee Thompson | Boulder |
| Nellie Elizabeth Tubbs | Saguache |
| Ira Willie Tubbs | Saguache |
| Eloy Herrera | Denver |
| Pamela Jean Stanley | Denver |
| Richard Eugene Stanley | Denver |
| Lawrence Martin: Birk | Park |
| William Laverne Perry | Adams |
| Brent Daniel, Bond | Conejos |
| Yvonne Patricia Duran | Conejos |
| Michael Andrew Atencio | Conejos |
| Timothy William Melson | El Paso |
| Kimberly Kay Melson | El Paso |
| Vincent Michael Melson | El Paso |
| Victor Matthew Melson | El Paso |
| Justin James Brunner | Weld |

PAID LEGAL NOTICE PUBLISHED IN THE July 11, 18 and 25, 2003 ISSUES OF *THE COLORADO STATESMAN*



**FOUNDED IN 1898**

### PROOF OF PUBLICATION – NOTICE BY PUBLICATION

*We the People in Colorado Declaration of Natural Rights*

(Amendment 7 Notice and Demand – July 4, 2003)

STATE OF COLORADO

S.S.

County of Denver

Michelle A. Fearnley being duly sworn, says that she is Director of Administration for *The Colorado Statesman*, a weekly newspaper, published and printed in Denver in said County and State; that said newspaper has a general circulation in said State and has been continuously and uninterruptedly published therein, during a period of at least fifty-two consecutive weeks next prior to the first publication of the annexed notice; that said newspaper is a newspaper within the meaning of the act of the General Assembly of the State of Colorado, entitled "An Act to regulate the printing of legal notices and advertisements," and amendments thereto; that the notice of which the annexed is a printed copy taken from said newspaper, was published in said newspaper, and in the regular and entire issue of every number thereof, once a week for three successive Fridays; that said notice was so published in said newspaper and not in any supplement thereof and that the first publication of said notice as aforesaid, was on the 11th day of July, 2003, and the last, on the 25th day of July, 2003.

*Michelle A. Fearnley*

Subscribed and sworn to before me this 15th day of August, 2003.

*Jody Hope Strogoff*
My Commission expires May 20, 2007

P.O. Box 18129 • Denver, CO 80218 ★ 1535 Grant St. # 280 • Denver, CO 80203 ★ 303/837-8600  FAX 303/837-9015 ★ E-mail Statesman@capcon.com