FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 25 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

UNITED STATES OF AMERICA
**ENTITY UNDISCLOSED**
**NO KNOWN ADDRESS**

Case No. 1:13 cr 00392-CMA

    Wrongdoers    Fictitious-Foreign Plaintiff(s)

Vs

Constitutional Article III Court
Judge Christine M. Arguello
 Designated Judge

GEORGE THOMAS BROKAW (Government
Registered Trade Name)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918

    Property and Ward of the government


george-thomas; brokaw
2260 Palm Drive
Colorado Springs, Colorado
America National
Third party of interest

    A flesh and blood man with a soul


**COVER SHEET FOR ADDRESSES OF PARTIES**


Court of record


Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

UNITED STATES OF AMERICA          Case No. 1:13 cr 00392-CMA
**ENTITY UNDISCLOSED**
**NO KNOWN ADDRESS**

    Wrongdoers  Fictitious-Foreign Plaintiff(s)

    Vs                                     Constitutional Article III
                                           Court Of Record Christine M.
                                           Arguello
                                           Or Designated Judge

GEORGE THOMAS BROKAW (Government
Registered Trade Name)
 2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918

    Property and Ward of the Government

george-thomas; brokaw
2260 Palm Drive
Colorado Springs, Colorado
America National
Third party of interest

    A flesh and blood man with a soul

**MOTION TO STRIKE UNDER RULE 60 FOR VOID ORDER ;**

**FOR FAILURE TO GIVE FACTS AND CONCLUSIONS OF LAW.**

**WISH FOR DECLARATORY JUDGMENT FOR "CORPUS DELICTI"**

**TO BE PRODUCED (HABEAS CORPUS)**

Page 2

Comes now, George Thomas Brokaw, a living flesh and blood man with a soul and Protected Rights with this;

**MOTION TO STRIKE UNDER RULE 60 FOR VOID ORDER; FOR JUDGE CHRISTINE M. ARGUELLO FAILURE TO GIVE FACTS AND CONCLUSIONS OF LAW.** Re. Docket Text from Void Order:

> MINUTE ORDER as to George Thomas Brokaw (1) re [94] Notice (Other) filed by George Thomas Brokaw, [93] Notice (Other) filed by George Thomas Brokaw, and [92] Notice (Other) filed by George Thomas Brokaw: The foregoing Notices filed by Defendant Brokaw are hereby STRICKEN due to being filed pro se by a party who is Currently represented by counsel. SO ORDERED BY judge Christine M. Arguello on 02/19/14. Text Only Entry (cmasec)

Judge Christine M. Arguello misstates and mischaracterizes George Thomas Brokaw as pro se and fails to address the fact that George Thomas Brokaw entered the case as a living flesh and blood man with a soul and with Protected Rights, a fact clearly noted on [92], [93], and [94].

Judge Christine M. Arguello fails to notice that George Thomas Brokaw, a flesh and blood man with a soul and Protected Rights made entry of appearance in the case as a "Third Party of Interest" and not as pro se, a fact clearly noted on [92], [93], and [94].

Judge Christine M. Arguello fails to address the definitions of the terms, "Person" and "Whoever" as these terms are so defined in statutes: The term "Person" is defined in the Ohio Revised Code includes, individuals (another definition of person), firms, companies, business trusts, estates, trusts, partnerships, limited liability companies, associations, or corporations, facts noted on [92], [93], and [94].

Judge Christine M. Arguello fails to address the fact that the "Government Registered Trade Name" of GEORGE THOMAS BROKAW is a creation of the State of Ohio and is owned by the State of Ohio, and that the "Government Registered Trade Name" is further identified by an (SSN/EIN) # that was created by the Social Security Administration and that the "Government Registered Trade Name" was not created by nor is it owned by the living flesh and blood man with a soul, George Thomas Brokaw.

Judge Christine M. Arguello fails to address the fact that Assistant United States attorneys Matthew T. Kirsch and Martha A. Paluch, who both have law degrees, have brought this case before this honorable court without properly identifying the Indispensable Parties to the case nor have they produced the "Corpus Delicti".

**Rule 60. Relief from a Judgment or Order;**
    (a)
    (b), (1), (2), (3), (4), (5), (6)

### FUNDAMENTALS OF THE LAW AND FACTS OF THE CASE

**Declaration of Independence** (in part)
"We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty, and the pursuit of Happiness. That to secure these Rights, Governments are instituted among men, deriving their just powers from the consent of the governed."

**U.S. Constitution, Article 6, Clause 2:**
"This Constitution and the laws of the United States which shall be made in pursuance thereof, and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and judges in every State shall be bound thereby, any thing in the Constitution or laws of any State to the Contrary notwithstanding.

**Marbury v. Madison: 5 US 137 (1803)**
"No provision of the Constitution is designed to be without effect,"

**U.S. v. Butler. 279 U.S. 116 (1929)**
"The judicial branch has only one duty, to lay the Article of the Constitution which is involved beside the statute (rule Or practice) which is challenged to decide whether the latter squares with the former."

**16 Am Jur 2d., Const. Law Sec. 70:**
"No public policy of a state can be allowed to override the positive guarantees of the U.S. Constitution."

**Sherar v. Cullen, 481 F. 2d 946 (1973)**
"There can be no sanction or penalty imposed upon one because of his exercise of Constitutional Rights."

As the **Holy Bible** defines the living flesh and blood man and woman with a soul, and

Page 4

whereas **Public Law 97-280** so states the Holy Bible is the Word of God, Congress Declares October 4, 1982.

**We the People in Colorado, Declaration of Natural Rights, Amendment 7 Notice and Demand,** 4 July, 2003. Published 3 times in The Colorado Statesman COPY ATTACHED

## FACTS OF THE CASE: POINTS OF ORDER

1. Whereas, George Thomas Brokaw is a living flesh and blood man with a soul and protected rights. Verified by Record File Date 12/12/1945, Ohio.

2. Whereas, George Thomas Brokaw, the living flesh and blood man with a soul entered this case as a third party of interest, a belligerent claimant of his God Given and Constitutionally protected 'from government' Unalienable Rights.

3. Whereas, The "Government Registered Trade Name" GEORGE THOMAS BROKAW is a creation of government and not owned by, controlled by, or a partner to George Thomas Brokaw, a living flesh and blood man with a soul. Verified by Record File Date 12/27/1945, Ohio.

4. Whereas, George Thomas Brokaw, the living flesh and blood man with a soul is now an injured party.

5. Whereas, the Plea offer produced by Assistant U S attorney Matthew T. Kirsch and sent to attorney Eric K. Klein is the process described in the "Wish for Declaratory Judgment & Hearing for a Corpus Delicti" that was submitted to this Court by George Thomas Brokaw, a living flesh and blood man with a soul, and third party of interest.

6. Whereas, Matthew T. Kirsch and Martha A. Paluch are both employed by the government under wages, benefits, and compensation and as such are both under oath to support the Constitution and the Protected Rights of the People.

7. Whereas, Ohio revised Code, Ch. 5701: Definitions, 5701.01 Person Defined. As used in title 57 of the Revised Code, "person" includes individuals (another definition of person), firms, companies, business trusts, estates, trusts, partnerships, limited liability companies, associations, corporations, and any other business entity.

8. Whereas, all definitions of "person" in Ohio Revised Code, 5701.01 are **entities** and creations of man, and are not created by God and do not have unalienable Constitutional protected rights. And, the definitions of "person" do not include a living flesh and blood man or woman with a soul.

9. Whereas, definitions of the terms "person" and "whoever" in titles 18 USC and 26 USC define firms, companies, estates, trusts, corporations, or government entities and do not include a living flesh and blood man or woman with a soul.

10. Whereas, George Thomas Brokaw, a flesh and blood man with a soul has declared on public record and published copy since July 4, 2003 that he is not a legal fiction termed

    "person" or "subject". See We the People in Colorado Declaration of Natural Rights Amendment 7 Notice and Demand 4 July, 2003. Section 8. "I/We our ancestors and our posterity are not now, never have been, nor ever will be legal fictions termed 'persons' or 'Subjects' nor are we or our private property to be used as surety in any bonds or loans of any kind or by any name, ie. Certificates of Participation, for which we have not knowingly or intentionally signed...and...these statements <u>will forever establish our character and standing in law in any place, any court, any where, any time, past, Present, or future!!!</u>"

11. Whereas, the facts stated in #s 1, 2, 3, 7, 8, and 9 above were withheld or misstated by Mr. Kirsch to His Grand Jury in this case. See U.S. v Williams (1992), exculpatory evidence.

12. Whereas, assistant U.S. attorneys Matthew T. Kirsch and Martha A. Paluch have failed to identify the indispensable parties to this case.

13. Whereas, assistant U.S. attorneys Matthew T. Kirsch and Martha A. Paluch have failed to produce the "Corpus Delicti".

## FLESH AND BLOOD SOUL VERSUS PRO SE STATUS

14. Whereas, the prosecutors having a law degree are aware that the all capital name being charged in this courtroom is registered to one of the 50 "States" as a trust, an estate, a joint stock company as a "Ward" of the State under federal grants from the federal government.

15. Whereas, the prosecutors have a law degree and know that the flesh and blood soul cannot represent that registered capital name which belongs to one of the 50 States in any courtroom as the State, or whoever represents the State or government holds a position as administrator, trustee, and/or beneficiary to the trust, estate, or joint stock company.

16. And, that, therefore a flesh and blood soul can only represent the flesh and blood soul and cannot represent the all capital name as it is registered to a State as a pro se counsel.

17. Whereas, the State, being an indispensable party to the all capital name, now encumbers the prosecutor to hold a dual position as Plaintiff AND Defendant in this action.

18. Whereas, a flesh and blood soul is now required to come in as a Third-Party of interest and as an injured party because the prosecutor cannot produce a Corpus Delicti under that all capital name which forces the flesh and blood soul to intervene as an injured party.

## QUESTIONS OF FACT AND LAW

Does this Court of record find that George Thomas Brokaw, a living flesh and blood man with a soul, possess unalienable, God Given Rights to Life, Liberty, and the Pursuit of Happiness as stated in the "Declaration of Independence"?

Does this Court of record find that George Thomas Brokaw, a living flesh and blood man with a soul is not a legal fiction, is not lost, and is not deceased?

Does this Court of record operate under blind justice with a set of scales to weigh the evidence impartially?

## CONCLUSION

19. Since our Constitution says, "The Rights of the People...shall not be infringed," and the Supreme Court said clearly, pertaining to Constitutional Rights, "there can be no legislation which would abrogate (abolish) them;" the Supreme Court's decisions cannot be altered except by a Constitutional amendment or by a new ruling of the court. This should be simple enough for even politicians to understand.

20. Since the prosecutors have law degrees they cannot claim willful ignorance of the protected Rights of the People under the Constitution including the 4th. Amendment rights of the People to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, and that these rights shall not be violated.

21. Since the Supreme Court ruled in Miranda v Arizona, " Where rights secured by the Constitution are involved, there can be no legislation which would abrogate them."

22. "As a general principal, standing to invoke the judicial process requires an actual justifiable controversy as to which the complainant has a real interest in the ultimate adjudication because he or she has suffered or is about to suffer an injury." "For a crime to exist, there must be an injured party (Corpus Delicti)" **Sherer v. Cullen**

23. Since the term "person" as written in the statutes does not pertain to George Thomas Brokaw, the living flesh and blood man with a soul, but pertains only to the all capital "Government Registered Trade Name" GEORGE THOMAS BROKAW, the flesh and blood soul is not a real party to this controversy.

24. Since the Charges listed in Title 18 USC and Title 26 USC as defined in those Titles applys only to companies, estates, trusts, corporations, or government entities, the flesh and blood man with a soul, George Thomas Brokaw is not a real party to this controversy, but, a Third-Party of Interest.

25. Therefore, I, George Thomas Brokaw, a man with flesh and blood with a soul, Requires this Court to grant my **MOTION TO STRIKE UNDER RULE 60 FOR VOID ORDER**, and to dismiss ALL Charges for failure to Identify the Indispensable Parties and for lack of a "Corpus Delicti".

Proof of Service

Now Comes I, a living flesh and blood man with a soul, George Thomas Brokaw and sets forth this Motion To Strike under the following and pursuant to Congressional mandates of the United States Congress under Title 10 App.> Courts > Rule 13. Notice of appearance of counsel, Title 29: Labor, Part 2200, Rules of Procedure, Subpart B- Parties and Representatives, 2200.23 Appearances and withdrawals. Rule 23. Form and Style of Papers III. Pleadings and Motions Rule 11. Rule 11. Signing Pleadings, Motions, and Other Papers; Representations to the, and pursuant to the Congressional mandates of the Administrative Procedure Act's 1946, 60 stat 237 files with the clerk of court this document named, Motion To Strike to be filed into the district court of the United States District of Colorado on this day of 24th and month of February, or the day mailing received, in the year of our Lord 2014 AD.

George Thomas Brokaw
Third Party of Interest
2260 Palm Drive
Colorado Springs, Colorado

live thumb print



Cc

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
ASSISTANT U. S. ATTORNEY MATTHEW T. KIRSCH
1225 17th STREET SUITE 700
DENVER, COLORADO 80202



### * * * LEGAL NOTICE * * *

# *We the People in Colorado*
# Declaration of Natural Rights
## Amendment 7 Notice and Demand
## 4 July 2003

I/We the People who have placed our signature(s) below, Declare, Decree and Witness to each other and to all people in the world, that:

1. Each of us is, and all our posterity are, the sovereign people named in the original Colorado Constitution, Article 2, Sec. 1-3 which states, in part: "The people of this state have the sole and exclusive right of governing themselves, as a free, <u>sovereign</u> and independent state,..."
   *See national Constitution, Amendment 7 & CRS 2-4-211 Re: Common Law prevailing (Emphasis mine/ours)*

2. Neither I/We, nor our ancestors or posterity have ever knowingly, willingly or intentionally:
   a. abrogated our natural, sovereign and un-a-lien-able rights, endowed to us by our Creator – Nature's God.
   b. signed any contract or agreed to be held as surety on any government bond or loan of any kind. Nor have any of our family or we authorized any government agent or agency to 'pledge' ourselves or our property as surety on any government bond or loan of any kind or by any name.
   c. signed any contract with, consented to, franchised, granted special or exclusive privilege or immunity from the law to any individual; association, such as *members of the private, political club — Bar Association;* or corporation, *such as the U.S. government located in Washington, D.C.*
   d. signed any contract with, consented to, franchised, granted special or exclusive privilege to any individual lawyer or attorney; association, *such as members the Bar Association,* to represent We the People in Colorado in any court, anywhere, anytime except by mistake or threat, duress and coercion by *members of that private club and/or their accommodating agents who are profiting from pirating we the people's county courts by bringing maritime law inland to deny* we the people:
      (1) our natural God-given rights as secured by the Bill of Rights.
      (2) equal justice in law

3. The law prevents the state government, its agencies or agents from granting any corporation, association, or individual any special or exclusive privilege, immunity or franchise whatsoever. *See Colorado Constitution, Article V, Sec. 25.*

4. The law prevents the state government from making anything but silver and gold in payment of debts. See See CRS 11-61-101, Legal Tender.

5. I/We always spell our names — which are our private, copyrighted property — in upper and lower case in accordance to proper grammar and never in all capital letters as that is an unlawful, criminal, fictional impersonation of our lawful names created by government/attorneys to fiscally and otherwise entrap us.

6. I/We have discovered that from birth, both we, our ancestors and our posterity have been repeatedly tricked and deceived into signing or responding unto various attorney/government-school created documents:
   a. with a misnomer, ie. name with a middle initial See Black's Law Dictionary
   b. which were not fully disclosed by the creators of those documents which were designed to usurp and/or destroy our natural rights and sovereignty and, by deceit, trickery and unlawful conversion, in an attempt to change We the American People from sovereigns who have natural rights into legal fictions termed 'persons' and 'subjects' which are 'granted' only 'civil privileges' by a fiction called government or the imposter corporation.
   c. which were created by government/attorneys, constitute an actual and constructive fraud against We the People in Colorado.
   d. which being non-disclosed frauds, by law, are null and void, from the beginning!

   We now declare that all those who created, who accommodated and who continue to promote these unlawful conversions have been and are treasonous to We the People in Colorado, the several states, and America.

7. I/We are not 'U.S. citizens' that are 'subjects' named in the unratified and *falsely numbered 14th Amendment, although we may have been tricked, deceived and coerced into signing documents that do not fully disclose that: "a U.S. citizen is a 'subject'" which is in direct conflict of law: Colorado State Constitution, Article II, Sec. 1-3, which names we the people as the sovereigns; and as such, are American Nationals.
   *See the original Colorado Constitution, read 13th Amendment 1868 in Colorado Archives & Congressional Record June 13, 1967, testimony by Louisiana Rep. Rarick, "The 14th Amendment – Equal Protection Law or Tool of Usurpation"*

8. I/We, our ancestors and our posterity are not now, never have been, nor ever will be legal fictions termed 'persons' or 'subjects' nor are we or our private property to be used as surety in any bonds or loans of any kind or by any name, ie. Certificates of Participation, for which we have not knowingly, willingly or intentionally signed. By law, no other entity can obligate our bodies or our property as surety on any bond or loan, whatsoever, no matter what the 'loan' is deceitfully named, such as the C.O.P.s

9. I/We Declare and Decree that the only lawful reason for any government agency or agent to exist is to protect the natural rights, privacy and property of We the People. The agent of the several states, the U.S. government, and many other accommodating government agents and agencies have become a threat to our natural rights, our privacy and our property.

10. We come forth now asking the question: What hidden government and who are its agents which are misconstructing our original republican form of government as well as attempting to unlawfully convert our standing and character from Colorado state sovereign Americans into their 'subject/slaves' and for what foreign government?

I/We the People hereby Declare, Claim, Decree and Serve Lawful Notice to all entities anywhere and at all times that I/We, our ancestors and our posterity are natural-born sovereigns who possess un-a-lien-able rights from the beginning of Nature's Creation. I/We the People hereby Declare Independence from any government, government agency or agent that violates our natural, sovereign and un-a-lien-able rights and hereby Demand the abolition of all government or quasi-government agencies and agents or who/which violate our natural, sovereign, private and un-a-lien-able rights. We the People in Colorado will lawfully hold accountable and liable, in both their personal and their professional capacity, all those who have violated or continue to violate and/or trespass upon our natural, sovereign rights as American Nationals.

I/We the People in Colorado who have placed our signature(s) below, declare, decree and witness to each other and to all people in the world that, by natural law declared by our American forefathers, and as secured in the original Constitution of 1787, Bill of Rights Amendment 7 of 1791 adopted by the sovereign states, united as America and the Colorado Constitution of 1868, Article II, Sec. 1-3, <u>I/We and our posterity are American sovereigns living within the original boundaries of Colorado state Republic and are beholding to no individual, association, or corporation for any unsigned-for debts whatsoever.</u> That no debt can exist for which there is not a <u>contract signed by both parties in which there was equal exchange of objects of real value.</u>

I/We now demand that any man or woman, *agent* or agency now come forth to refute these facts and law, in writing, by their original signature and with lawful witnesses stating absolute Truth and producing documents we knowingly, willingly and intentionally signed which would refute these facts and law within 20 days of this date 4 July 2003 or these statements <u>will forever establish our character and standing in law in any place, any court, any where, any time, past, present or future!!!</u>

Note: Any response or refutation of these facts and law must be written and signed in accordance to and compliance with Amendment 7 of the Bill of Rights; by an original, wet signature of a first-hand witness, living being, witnessed and sent to: We the People in Colorado, P.O. Box 777, Frederick, Colo. [80530] within 20 days of the last date of printing of this, We the People in Colorado's Notice and Demand.

With the Creator, Nature's God as our Witness, We the People in Colorado have spoken, declared and decreed my/our and our posterity's/ immunity from attack of any kind by any agent or agency who operates outside the Laws of Nature's God upon which America was founded and have given Our Sovereign, Lawful Notice this date of July 4, 2003 as is currently being counted.

www.wethepeopleincolorado.org

PAID LEGAL NOTICE PUBLISHED IN THE July 11, 18 and 25, 2003 ISSUES OF *THE COLORADO STATESMAN*

| Name | County |
|---|---|
| Janet Lee Meisinger | Weld |
| James Alan Meisinger | Weld |
| Mary Elizabeth of the Severance family | Pueblo |
| Edward Leroy Greeno | Boulder |
| Mark Alan Love | Larimer |
| Pearl Marie Tyndall | Larimer |
| Joseph Griego | Larimer |
| Daniel Alan Nelson | Larimer |
| James Robert Worley | Larimer |
| Robert James Pool | Larimer |
| Jennifer Lynn Broyles | Weld |
| Chrisman S. Robinson | Adams |
| Robert Brownlee | Adams |
| Robert M. Reeser | Adams |
| Kerry Patrick Jarvis | Weld |
| Joseph William Peterson | Denver |
| Steven Dean Byfield | Grand |
| Marvin Eugene Byfield | Jefferson |
| George Thomas Brokaw | El Paso |
| David Donald Ritz | El Paso |
| Arthur William Kimbrel | El Paso |
| John Aton of family of Sheridan | Bent |
| Juan Tipton Green | Adams |
| John Charles Harrison | Pueblo |
| Lynne M. Medrano | Larimer |
| Sharyl Renee Nichols | Larimer |
| Wanda June Fine Weatherford | Douglas |
| Lorraine Marie of the family Lunnon | Arapahoe |
| Jean Ann Nolte Braun | Jefferson |
| James Michael Perin | Jefferson |
| Ronald Richard | El Paso |
| Carol Ann Burnett | Conejos |
| Fred Mark Burnett | Conejos |
| Maurice Donnell Moore | El Paso |
| Brian Allen | El Paso |
| Carol Louise Wagner | Larimer |
| Dennis Lee Wagner | Larimer |
| Charles Jackson Brenimer II | Jefferson |
| Robin Elizabeth Wellman | Boulder |
| Paul Francis Senna | Larimer |
| Stephen Henry Mossberger | Jefferson |
| Melinda Ann Judy | Larimer |
| John Richard Syvertson | Jefferson |
| Mike Frederick Hingle | Boulder |
| Joanna Windolph | Morgan |
| Steven Warren Young | Arapahoe |
| Carole Kolbe | Boulder |
| Bill Kolbe | Boulder |
| Edwin Mettler | Denver |
| Hans Holland | Boulder |
| Robert Gibson | Arapahoe |
| Melvin Kurt Eberhardt | Boulder |
| Eleanor Elaine Eberhardt | Boulder |
| James Buckner Fisher III | Jefferson |
| Anthony Ruybal | Pueblo |
| Dallas John Norton | Conejos |
| Alice Lorene Norton | Conejos |
| Leon K. Odendahl | Teller |
| Brian Smothers | Denver |
| Richard Harold Ludwig | Pueblo |
| Joyce Jeannette Brunner | Jefferson |
| Wayne Everett Bollacker | Custer |
| Ricky Lee Thompson | Boulder |
| Nellie Elizabeth Tubbs | Saguache |
| Ira Willie Tubbs | Saguache |
| Eloy Herrera | Denver |
| Pamela Jean Stanley | Denver |
| Richard Eugene Stanley | Denver |
| Lawrence Martin Birk | Park |
| William Laverne Perry | Adams |
| Brent Daniel Bond | Conejos |
| Yvonne Patricia Duran | Conejos |
| Michael Andrew Atencio | Conejos |
| Timothy William Melson | El Paso |
| Kimberly Kay Melson | El Paso |
| Vincent Michael Melson | El Paso |
| Victor Matthew Melson | El Paso |
| Justin James Brunner | Weld |



FOUNDED IN 1898

## PROOF OF PUBLICATION – NOTICE BY PUBLICATION

*We the People in Colorado Declaration of Natural Rights*

(Amendment 7 Notice and Demand – July 4, 2003)

STATE OF COLORADO

S.S.

County of Denver

Michelle A. Fearnley being duly sworn, says that she is Director of Administration for *The Colorado Statesman*, a weekly newspaper, published and printed in Denver in said County and State; that said newspaper has a general circulation in said State and has been continuously and uninterruptedly published therein, during a period of at least fifty-two consecutive weeks next prior to the first publication of the annexed notice; that said newspaper is a newspaper within the meaning of the act of the General Assembly of the State of Colorado, entitled "An Act to regulate the printing of legal notices and advertisements," and amendments thereto; that the notice of which the annexed is a printed copy taken from said newspaper, was published in said newspaper, and in the regular and entire issue of every number thereof, once a week for three successive Fridays; that said notice was so published in said newspaper and not in any supplement thereof and that the first publication of said notice as aforesaid, was on the 11th day of July, 2003, and the last, on the 25th day of July, 2003.

*Michelle A. Fearnley*

Subscribed and sworn to before me this 15th day of August, 2003.

*Jody Hope Strogoff*

My Commission expires May 20, 2007

P.O. Box 18129 • Denver, CO 80218 ★ 1535 Grant St. # 280 • Denver, CO 80203 ★ 303/837-8800  FAX 303/837-9015 ★ E-mail Statesman@capcon.com