UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2014 FEB 26  PM 4: 02

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Criminal Case No. 13-cr-00392-CMA-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | C C |
| Plaintiff, | C C |
| v. | C  Motion to Return Property |
| JOHN J PAWELSKI, | C C |
| Defendant. | C C |

I, John Joseph Pawelski, hereby moves the court to order the agents of the Internal Revenue Service and agents of Treasury Inspector General for Tax Administration to return all property taken from 513 Shady Crest Cr., Colorado Springs, Colorado. The property was taken during the Search and Seizure warrant of September 20, 2011. These organizations have had ample time to evaluate and copy the material taken.

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Motion to Dismiss and attached Memorandum of Law was filed on this 26th day of February 2014 with the Clerk of the Court. All counsel of record will receive a notification of such filing.

John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado