

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 5 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES OF AMERICA
**ENTITY UNDISCLOSED**
**NO KNOWN ADDRESS**
        Wrongdoers
        Fictitious Foreign Plaintiff

Case No. 1:13 cr 00392-CMA

Vs

Constitutional Article III Court Of Record
Judge Christine M. Arguello
Or Designated Judge

GEORGE THOMAS BROKAW (Government
Registered Trade Name)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918

        Property and Ward of the Government

George-thomas brokaw
2260 Palm Drive
Colorado Springs, Colorado
America National
Third party of interest
        Injured party
        A flesh and blood man with a soul

**Notice and Demand, for just cause, for Removal and Termination of your Lawyer, ERIC K. KLEIN from service assigned me.**

Page 2 of 8

Now Comes, a living man with a soul named George-thomas; brokaw with Notice and Demand that I <u>was</u> and <u>am</u> dismissing your Lawyer ERIC K. KLEIN for just cause.  As there is a conflict between Lawyer ERIC K. KLEIN and the living man (soul) called George-thomas; brokaw. I wish to make a correction for the record, and your interpretation, that I am in fact dismissing your Lawyer ERIC K. KLEIN and he be released from representing a living man with a soul named George-thomas; brokaw for the following reasons:

1. As a Bar Lawyer his duties to the court are in conflict with the protected rights of the living man (soul) George-thomas; brokaw.

2. Whereas the living man (soul) George-thomas; brokaw has knowledge and understanding of the Statutes at Large and Congressional Acts of Congress and for Bar Lawyer to represent George-thomas; brokaw using these Statutes and Acts in the living man defense has created and become a conflict.

3. Whereas the living man (soul) George-thomas; brokaw has placed potential Court filing documents before Lawyer ERIC K. KLEIN is unable to comply with George-thomas; brokaw wishes as these document's arguments are in conflict with Lawyer ERIC K. KLEIN limitations as a Bar Lawyer as he is unable to put these arguments before this Court without risk of a conflict with this Court.

4. For the reasons above Lawyer ERIC K. KLEIN must be released from this duty as a Bar lawyer as there is conflict in the interpretation of the codes and a misunderstanding of what is an Article III common law court requiring two living soul to enter.

5. An example of the conflict between Lawyer ERIC K. KLEIN and George-thomas; brokaw is that Lawyer ERIC K. KLEIN insists that George-thomas; brokaw must

represent as pro se if no Bar Attorney is present to defend. Pro se would mean that George-thomas; brokaw would be representing and acting on behalf of the "Government Registered Trade Name" of GEORGE THOMAS BROKAW, the very entity that the living man with protected rights, George-thomas; brokaw claims he is not and does not represent, causing brokaw to assume an identity foreign to him.

6. Lawyer ERIC K. KLEIN indicates that George-thomas; brokaw fails to understand that only the Prosecution can use the UNITED STATES CODES as charging instruments and as a defendant that he has no rights to use the Constitution, the UNITED STATES CODES, the Statutes at Large, any Acts of Congress as a defense.

7. Whereas this may be true if this is an administrative court to which now these various laws become administrative procedures to how a state agency or a federal agency or any instrument of that agency is required to behave in an administrative hearing.

8. Whereas if this is an Article III court that under article 3 section 2 these very laws are the foundation for Defense as this is to be an adversarial system unless the court is claiming 11th amendment to which this court has no jurisdiction to hear a case in law and equity and now has to dismiss for lack subject matter jurisdiction.

9. Whereas Lawyer ERIC K. KLEIN claims that this is an Article III court but fails to define whether or not it's under the Constitution and has not clarified that it is an administrative court, this now becomes a conflict of the court's jurisdiction.

10. Whereas Lawyer ERIC K. KLEIN represents the trust or the estates name of GEORGE THOMAS BROKAW, under the "Birth Certificate" which is defined as "trust or estate" in this Court as well as in the Ohio Revised Codes as such name is a fiction and not a living soul.

11. Whereas the Arrest Warrant dated 9/23/2013 very precisely and exactly defines who the target of the Arrest Warrant is. "YOU ARE COMMANDED to arrest and bring before the United States magistrate judge without unnecessary delay (name of <u>person</u> to be arrested) <u>GEORGE THOMAS BROKAW</u>…" And, whereas the CERTIFICATE OF BIRTH created and issued by the State of Ohio very precisely and exactly defines the entity NAME, GEORGE THOMAS BROKAW as created and recorded 12/27/1945 under State file number 1945121885. And, whereas neither the Arrest Warrant nor the CERTIFICATE OF BIRTH identify the living man with a soul. And, therefore I, George-thomas; brokaw am attaching a copy of the Arrest Warrant and a Certified Copy of the CERTIFICATE OF BIRTH for your honor's inspection and closure.

12. The living man (soul) George-thomas; brokaw is not under any misconception that ERIC K. KLEIN duties as a Bar lawyer is not to be an adversary on behalf of GEORGE THOMAS BROKAW <u>and to point out the legal errors of the prosecution,</u> however Lawyer ERIC K. KLEIN duties lie to serve the courts wishes as an officer of the court and not act as an adversary bringing up what all Bar Lawyers define as frivolous and nonsensical and unintelligible rhetoric and facts when they refer to the Constitution, the UNITED STATES CODES, the Statutes at Large, Acts of Congress, or even case law as a defense Lawyer ERIC K. KLEIN  job is NOT to be adversarial, Lawyer ERIC K. KLEIN job is to serve and administer to the courts wishes.

13. George-thomas; brokaw  will also point out that there is no legislative law that created a position for a lawyer to represent anybody in a courtroom, however the law only applies to an attorney that operates under the Atty. Gen.'s office only under the

Page **5** of **8**

Judiciary act of 1789 which created the inferior courts, and the US marshals service. Under the Act Congress authorized all people to either represent themselves or to be represented by another person. The act did not prohibit paying a representative to appear in court, and it said nothing about a lawyer.

14. Whereas Lawyer ERIC K. KLEIN is a bar member to a private Association which only has the authority to represent administrative offices, trust and estates, corporations, partnerships, associations, or other artificial entities therefore Lawyer ERIC K. KLEIN lacks the authority "to represent a living soul" as it is not a living soul bringing a claim against GEORGE THOMAS BROKAW, George Thomas Brokaw, George-thomas; brokaw but an administration or an artificial entity.

15. Pursuant to ethical practices and ethical procedures Lawyer ERIC K. KLEIN lacks jurisdiction or the ability to represent a living soul as it is not artificial or an entity, or a Corporation, partnership, trust or an estate.

### Conclusion

Whereas it is now the wish of this party, the living man George-thomas; brokaw now requires this court Notice that Lawyer ERIC K. KLEIN is Removed and Dismissed, whereas there is fraud and deception of who and what Lawyer ERIC K. KLEIN could represent in what he defined as an Article III court but failed to distinguish what is meant to be an Article III court from an administrative court involving agencies and instruments of a Corporation as defined under title 28 USC judiciary and judicial procedures chapter 176 section 3002 under part 15 United States Corporation.

Whereas the name of GEORGE THOMAS BROKAW under a Birth Certificate and IRS codes is define as a Trust, Estates, corporation, association, partnership, or officer of a

corporation and is register to the government as a ward or property and **not a living man** and was given a number by the government (SS/ TIN/ ETN).

Whereas the removal of your lawyer Eric K. Klein will solve the issues of jurisdiction and there will no longer be a conflict. There being no conflict, the case involving the living man with a soul, George-thomas; brokaw should be summarily dismissed with prejudice.

Whereas the name of GEORGE THOMAS BROKAW (Government Registered Trade Name) is a fiction created by government and the living man with a soul, george-thomas; brokaw disavows any ownership in and does not represent as pro se in this court or any court.


George-thomas; brokaw

2260 Palm Drive

Colorado Springs, Colorado
Third Party of Interest
     Injured party

**PROOF OF SERVICE**

Now Comes George-thomas; brokaw to set forth this document: **Notice and Demand, for just cause for Removal and Termination of your Lawyer, ERIC K. KLEIN.** This document was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO Clerk of Courts on this ___3___ day of March in the year of our Lord 2014 A.D.

                                                Certified mail # 7013 1710 0001 0818 4183

And to Judge Christine M. Arguello      Certified mail # 7013 1710 0001 0818 4176

*[signature: George Thomas Brokaw]*

George-thomas; brokaw                                        live thumb print
2260 Palm Drive
Colorado Springs, Colorado
American National

Cc:
ERIC K. KLEIN
1470 WALNUT STREET
SUITE 101
BOULDER, COLORADO 80302

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
ASSISTANT U. S. ATTORNEY MATTHEW T. KIRSCH
1225 17th STREET, SUITE 700
DENVER, COLORADO 80202

Page **8** of **8**

— DETACH AT PERFORATION —

VERIFY PRESENCE OF ODH WATERMARK    HOLD TO LIGHT TO VIEW

# STATE OF OHIO
## OFFICE OF VITAL STATISTICS

### CERTIFICATION OF BIRTH

| | | | |
|---|---|---|---|
| STATE FILE NUMBER | 1945121885 | DATE RECORD FILED | 12/27/1945 |
| NAME | GEORGE THOMAS BROKAW | | |
| DATE OF BIRTH | 12/11/1945 | SEX | Male |
| BIRTHPLACE | OHIO | | |
| MOTHER'S NAME | HELEN MARIE BROKAW | FATHER'S NAME | GEORGE WILLIAM BROKAW |
| MAIDEN NAME | MATHEWS | | |
| MOTHER'S BIRTHPLACE | OHIO | FATHER'S BIRTHPLACE | OHIO |

Note:

This is a true certification of the name and birth facts as recorded in the Office of Vital Statistics, Columbus, Ohio. Witness my signature and seal of the Department of Health this 31 day of January, 2014

*State Registrar of Vital Statistics*

H3805638



CENTRAL LOCATION

REV. 6/2009

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
| v. | ) |
|  | ) Case No.  13-cr-00392-CMA |
| GEORGE THOMAS BROKAW | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   GEORGE THOMAS BROKAW                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 286 - Conspiracy to File False Claims for Refund
18 U.S.C. § 287 - False Claim for Refund (Form 1099-OID)
18 U.S.C. § 371 - Conspiracy to Corruptly Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws
26 U.S.C. § 7212(a) - Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws
18 U.S.C. § 2 - Aiding and Abetting

Date:  09/23/2013

s/D. Kalsow, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____   Arresting officer's signature _____ |
|   Printed name and title _____ |

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80249

UNITED STATES OF AMERICA  　　　　Case No. 1:13 cr 00392-CMA
**ENTITY UNDISCLOSED**
**NO KNOWN ADDRESS**

　　　　　　Wrongdoers
　　　　　　Fictitious Foreign Plaintiff

　Vs　　　　　　　　　　　　　　　Constitutional Article III Court
　　　　　　　　　　　　　　　　　Judge Christine M. Arguello
　　　　　　　　　　　　　　　　　Or Designated Judge

GEORGE THOMAS BROKAW (Government
Registered Trade Name)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918

　　　　　　Property and Ward of the government

george-thomas; brokaw
2260 Palm Drive
Colorado Springs, Colorado
America National
Third party of interest
　　　　　　Injured party
　　　　　　A flesh and blood man with a soul

**COVER SHEET FOR ADDRESSES OF PARTIES**

Page **1** of **8**