**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   13-cr-00392-CMA-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

    1.    GEORGE THOMAS BROKAW,
    2.    **JOHN J. PAWELSKI**,
    3.    MIMI M. VIGIL, and
    4.    CLARA M. MUELLER,

      Defendants.

---

**GOVERNMENT'S UNOPPOSED MOTION FOR ORDER GRANTING PRO SE
DEFENDANT JOHN JOSEPH PAWELSKI'S REQUEST FOR GRAND JURY
MATERIAL PURSUANT TO FED. R. CRIM. P. 6(e)(3)(E)(i)**

---

During a hearing held on February 26, 2014, the Court granted Defendant John

Joseph Pawelski's Motion for Self-Representation By Defendant and for Withdrawal by

Defendant's Present Counsel [# 95].   During the hearing, Mr. Pawelski's counsel Richard

Stuckey inquired as to providing Grand Jury material to Mr. Pawelski given that Mr.

Pawelski was now representing himself.   The Court at that time deferred ruling on this

request.

Pro Se Defendant John Joseph Pawelski has asked the government for access to

grand jury material in this case.   The government does not oppose this request, with the

following limitations: (1) Pro Se Defendant John Joseph Pawelski shall make only such

copies as are necessary to prepare a defense of this criminal case; (2) Pro Se Defendant

1

John Joseph Pawelski shall keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery, and Pro Se Defendant John Joseph Pawelski shall deliver a copy of this Order allowing disclosure with the materials; and (3) within 10 days of the conclusion of the case in this Court, by entry of the Court's judgment, Pro Se Defendant John Joseph Pawelski shall collect all such copies and return them to the government.

Undersigned counsel contacted Mr. Pawelski via email as to his position on this motion.   Mr. Pawelski does not object to this motion, but does object to the fact that the caption of this case does not reference him by his proper name, which is John Joseph Pawelski.

Respectfully submitted this 6th day of March, 2014.

JOHN F. WALSH
United States Attorney


s/ Martha A. Paluch
MARTHA A. PALUCH
MATTHEW T. KIRSCH
Assistant U.S. Attorneys
1225 17th Street, Suite 700
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Email: martha.paluch@usdoj.gov
            matthew.kirsch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Eric K. Klein, Esq.
eklein@jbk-law.com
Attorney for George Thomas Brokaw

John Joseph Pawelski, Pro Se
johnski9999@gmail.com

John S. Tatum, Esq.
john@johntatumlaw.com
Attorney for Mimi M. Vigil

Miller Leonard, Esq.
miller@themillerleonardlawfirm.com
Attorney for Clara M. Mueller

s/ Deborah Sisung
Deborah Sisung
Legal Assistant
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
303 454-0100
Fax: 303 454-0402
Deborah.Sisung@usdoj.gov