IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **George Thomas Brokaw,**
2. John J. Pawelski,
3. Mimi M. Vigil, and
4. Clara M. Mueller,

    Defendants.

## JOINT MOTION TO SET HEARING REGARDING STATUS OF REPRESENTATION FOR DEFENDANT GEORGE THOMAS BROKAW

George Thomas Brokaw, by his court-appointed attorney, Eric K. Klein of Johnson, Brennan & Klein, PLLC, hereby respectfully moves this Court to set a hearing to determine the status of representation for Mr. Brokaw. The government agrees that a prompt hearing on this issue is appropriate. In support of this motion, counsel states as follows.

Mr. Brokaw is before the Court on a Superseding Indictment charging him with one count of Conspiracy to File False Claims for Refund, six counts of False Claim for Refund, one count of Conspiracy to Corruptly Endeavor to Obstruct or Impede the Due Administration of the Internal. Revenue Laws, and one count of Corrupt Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Laws. (Doc. 53.)

Mr. Brokaw has filed multiple documents stating his desire that undersigned counsel be removed from the case and that Mr. Brokaw be permitted to act as counsel. (*See* Docs. 92, 98, 110.) The Court has stricken each of these filings because Mr. Brokaw is currently represented by counsel. *See* D.C.COLO.LCrR. 44.1.

Mr. Brokaw has made it clear that he does not believe that undersigned counsel is representing his interests. Because of various issues that were addressed in Mr. Brokaw's filings, undersigned counsel does not feel that he can, at this point, represent to the Court that Mr. Brokaw is technically seeking to represent himself.

Accordingly, Mr. Brokaw asks that the Court set a hearing where these issues can be addressed. It should be anticipated that an advisement pursuant to *Faretta v. California*, 422 U.S. 806 (1975), may be appropriate at this hearing.

Undersigned counsel has discussed this matter with counsel for the government, who have authorized undersigned counsel to represent that the government agrees that a prompt hearing is warranted. Undersigned counsel and government counsel can both be available for a hearing on March 11 at any time, or March 12 or 14 after 10:00 a.m.

WHEREFORE, Mr. Brokaw and the government jointly ask the Court to set this matter for a hearing.

DATED this 7th day of March 2014.

                                  Respectfully submitted,

                                  JOHNSON, BRENNAN & KLEIN, PLLC

                                    s/  Eric K. Klein_____
                                  Eric K. Klein, #42185
                                  1470 Walnut Street, Suite 101
                                  Boulder, CO  80302
                                  Telephone: (303) 444-1885
                                  Facsimile:   (866) 340-8286
                                  eklein@jbk-law.com
                                  *Attorney for George Thomas Brokaw*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March 2014, I electronically filed the foregoing **JOINT MOTION TO SET HEARING REGARDING STATUS OF REPRESENTATION FOR DEFENDANT GEORGE THOMAS BROKAW** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    All counsel of record.

    John Pawelski (pro se) by separate email

                                                                            _s/ Philip Lieder_
                                                                            Philip Lieder