RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT

2014 MAR -7 AM 11:59

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 13-cr-00392-CMA-2

| UNITED STATES OF AMERICA | C | |
| --- | --- | --- |
| Plaintiff | C | |
| | C | |
| V | C | Motion for Early Response |
| | C | |
| JOHN J PAWELSKI | C | |
| | C | |
| Defendant | C | |
| | C | |

### PETITIONER'S MOTION for EARLY RESPONSE

Comes now Petitioner, John Joseph Pawelski, requesting the Department of Justice attorneys to respond to the Motion entered with memorandum of law attached within 48 hours of receipt of this motion.

Petitioner will need time to properly develop a response to the expected DOJ objections. Ms. Paluch has indicated that she intends to hold all responses until the deadline date which will provide no time for a proper defense of the motion and memorandum.

Petitioner requests the court to order the prosecuting attorney to respond to each and every motion into the case by petitioner within 72 hours of receipts.

Respectfully submitted,

*John Joseph Pawelski*
John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Motion for Early Response was mailed to the Clerk of Court by certified mail # 70132630000066908779 and a copy sent to the Department of Justice attorney Martha Paluch on March 6, 2014. Clerk of the Court will send notification of such filing to all counsel of record.

John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado



JOHN PAWELSKI
PO BOX 75341
COLORADO SPGS CO 80970-5341

RETURN RECEIPT REQUESTED

Clerk of Court
U.S. District Court
1823 Stout St
Denver, CO 80257

7013 2630 0000 6690 8779

CERTIFIED MAIL

02 1M
0004285494  MAR 06 2014
MAILED FROM ZIP CODE 81007
$ 06.49⁰