UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 13-cr-00392-CMA-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff | C<br>C<br>C |
| V | C    Motion for Government Communications |
| JOHN J PAWELSKI | C<br>C<br>C |
|     Defendant | C<br>C |

### PETITIONER'S MOTION for GOVERNMENT COMMUNICATIONS

Comes now Petitioner, John Joseph Pawelski, honorably and humbly requesting the court to take action in the form of an order of the court to provide the petitioner with internal communications between IRS and Treasury and DOJ agents involved with the above referenced case.

The Internal Revenue Service, Treasury agents and Department of Justice attorneys have been involved in multiple cases together over the last several years. These types of close relationships tends to lead to a system of lackadaisical attitude toward the defendants being prosecuted. To validate that the true letter of the law has been dispensed it is necessary for the defense of the defendant to receive the communications between the parties in this case.

The communications needed will include electronic, hand written and verbal. The subject matter of these communications will be the defendant and co-defendants as to their involvement in this case. The subject matter of the communications will provide the agents perceived personal attitude of the defendant and co-defendants, the communication between the agents and their superiors at the particular agency concerning the defendant and co-defendants, the relationships between the agents and the AUSA, the personal attitude of the AUSA as to the defendant and co-defendants.

The agents and attorneys which are involved with this case are:
Adam Rutkowski, IRS
William Frankel, TIGTA
Klaton Knabb, TIGTA
Jacqueline Jennings, TIGTA

Matthew Kirsch, DOJ

Martha Paluch, DOJ

## PRAYER FOR RELIEF

**Petitioner moves the court to:**
order the above stated individuals to provide the requested information.

Respectfully submitted,

*John Joseph Pawelski*
John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Motion for Government Communications was mailed to the Clerk of Court by certified mail # 70132630000066910284 and a copy sent to the Department of Justice attorney Martha Paluch on March 11, 2014. Clerk of the Court will send notification of such filing to all counsel of record.

*John Joseph Pawelski*
John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado