**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 13-cr-00392-CMA-02

UNITED STATES OF AMERICA,

Plaintiff,

v.

**2. JOHN J. PAWELSKI,**

Defendant.

---

**ORDER REGARDING DISCLOSURE OF GOVERNMENT COMMUNICATIONS
TO *PRO SE* DEFENDANT JOHN JOSEPH PAWELSKI**

---

Upon consideration of the Government's Motion For Order Granting Pro Se Defendant John Joseph Pawelski's Request for Government communications pursuant to motion entered on March 12, 2014.

ORDERED that a copy of the of all written communications and notes of verbal communications be compiled and given to *Pro Se* Defendant John Joseph Pawelski for preparation for trial. This order is for communications concerning defendant and co-defendants involved in case number 13-cr-00392. The order concerns Internal Revenue Agent Adam Rutkowski, Treasury Inspector General Agents William Frankel, Klaton Knabb and Jacqueline Jennings, Department of Justice attorneys Matthew Kirsch and Martha Paluch.

IT IS FURTHER ORDERED that:

1. *Pro Se* Defendant John Joseph Pawelski shall make only such copies as are necessary to prepare a defense of this criminal case;

2. *Pro Se* Defendant John Joseph Pawelski shall keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery, and *Pro Se* Defendant John Joseph Pawelski shall deliver a copy of this Order allowing disclosure with the materials; and

3. At the conclusion of the case in this Court, by entry of the Court's judgment, *Pro Se* Defendant John Joseph Pawelski shall collect all such copies and return them to the government within ten days.


DATED this _____ day of March, 2014, at Denver, Colorado.


BY THE COURT:


_____
CHRISTINE M. ARGUELLO
United States District Judge