UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 13-cr-00392-CMA-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff | C<br>C<br>C |
| V | C    Motion for Reveal of True Name<br>C |
| JOHN J PAWELSKI | C<br>C |
|     Defendant | C<br>C |

## PETITIONER'S MOTION for REVEAL OF TRUE NAME

Comes now Petitioner, John Joseph Pawelski, requesting to take action in the form of an order of the court to provide proper identification of the agents involved in the above stated case.

The Internal Revenue Service Manual in Part 10, Chapter 5 allows the use of pseudonyms for the agents working for the organization. This process was put into place to protect the identity of the agents. It is imperative to the defense of the defendant that proper identification of all agents of the Treasury Department and Internal Revenue Service be properly identified. This can only be accomplished by the named agents to provide their fully executed oath of office, SF61 appointment form and delegation of authority.

The agents which have been involved with this case are:
Adam Rutkowski, IRS
William Frankel, TIGTA
Klaton Knabb, TIGTA
Jacqueline Jennings, TIGTA

## PRAYER FOR RELIEF

**Defendant moves the court to:**

order the above mentioned individuals to provide petitioner the necessary documentation for verification of their authority and status.

Respectfully submitted,

*John Joseph Pawelski*
John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Motion for Reveal of True Name was mailed to the Clerk of Court by certified mail # 70132630000066910284 and a copy sent to the Department of Justice attorney Martha Paluch on March 11, 2014. Clerk of the Court will send notification of such filing to all counsel of record.

*John Joseph Pawelski* (signature)
John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado