IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2014 MAR 17 PM 3:08

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Criminal Action No. 13-cr-00392-CMA

UNITED STATES OF AMERICA

    Plaintiff

v.

JOHN J PAWELSKI

    Defendant

## MOTION FOR APPOINTMENT OF STANDBY COUNSEL

Comes now Defendant, John Joseph Pawelski, and moves for the appointment of an advisory attorney to assist him in organizing and locating discovery items on computer, utilizing the various discovery discs in the case, meeting case deadlines, filing for subpoenas, filing motions and proposed jury instructions, for advice at trial (including asking questions of Defendant when on the stand) and for other matters which Defendant needs assistance on.

The Court granted prior counsel's motion to withdraw from representation, and indicated at a hearing on that motion that Defendant could ask later on for the appointment of standby or advisory counsel and/or an investigator, stating reasons for that request. Defendant now asks that prior counsel Richard Stuckey be appointed under the Criminal Justice Act to act as standby counsel for Defendant, for the following reasons primarily:

Defendant has been denied an electronic court filing account by the clerk's office for the

reason stated that a Defendant may not have an ecf account. Without access to such an account, Defendant cannot keep current with court orders, co-defendant filings and other matters which are posted to the docket in this case. Counsel with an ecf account can keep track for Defendant of the necessary filings in the case. Also, Defendant wants to subpoena several witnesses, and lacks the knowledge or computer (ecf) access to do so, including a request necessary for a writ for a witness who is in jail. Also, Defendant does not have access to jury instructions which I now understand I will need to request from the Court. And finally, Defendant cannot open the disc given him as to the grand jury materials, and needs help in opening it for review of grand jury materials.

    WHEREFORE Defendant Pawelski respectfully asks the Court for the appointment of an attorney as standby or advisory counsel.

Dated: March 17, 2014.

                                               Respectfully submtited,

                                               John Joseph Pawelski
                                               6432 Rockville Drive
                                               Colorado Springs, Colorado

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing was hand-delivered to the Clerk of the Court and to AUSA Matthew Kirsch on March 17, 2014. Clerk of the Court will send notification of such filing to all counsel of record.

                                               John Joseph Pawelski
                                             6432 Rockville Drive
                                             Colorado Springs, Colorado