FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 26 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

UNITED STATES OF AMERICA            CASE # 1:13 cr 00392-CMA
NO KNOW ADDRESS
ENTITY UNDISCLOSED
    Wrongdoer
    Fictitious, Foreign Plaintiff

VS

        Title 28, Ch. 5, District Court, § 85 District of Colorado
        Constitutional Article III Court
        Judge Christine M. Arguello

GEORGE THOMAS BROKAW (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918

George Thomas; Brokaw
~~2260 Palm Drive~~
Colorado Springs, Colorado
America National, Injured Party
    Third Party of Interest and Real Party of Interest,

        MOTION FOR DISCOVERY:
        F.R.C.P. RULE 37, F.R.C.P. RULE 16,
        And A Clarification Of Verbal
        Communications Used By The Plaintiff

## Opening Questions

Is there any Proof that the Plaintiff sought and exhausted Administrative Remedy before filing charges against the Defendant ?

Is there any Proof that the Plaintiff sought to determine if the Defendant had criminal intent or was following information that the Defendant believed to be true and lawful before filing charges against the Defendant?

Is there any proof that the Plaintiff sought to obstruct the Defendant from presenting exculpatory evidence to the grand jury?

Did M.T. Kirsch properly file (follow the "black letters of the law" rather than mere "policy") for an Entry of Appearance in the case, and did M.A. Paluch properly file an Entry of Appearance in the case?

Now COMES, I, a man, George Thomas; Brokaw, as a third party of interest and the real party of interest <u>in this court of record</u> with this Request for a MOTION FOR DISCOVERY: F.R.C.P. RULE 37, F.R.C.P. RULE 16, and a Clarification of Verbal Communications Used By The Plaintiff to be addressed by the Prosecution and to have the following requested information placed into the record and other questions answered or rebutted and entered into the record.

1. The "name" of the Injured Party, Plaintiff or the *Corpus Delicti* in this instant matter.

2. The injury sustained or the harm that was done, allegedly, by the Defendant.

3. The copy of the Complaint with the oath and/or affirmation that confirmed injury **BEFORE the arrest.**

4. The time of the Complaint with the oath and/or affirmation filed into the court and the time that the Warrant was issued by a judge **BEFORE the arrest.**

5. Pursuant to Rule 4 of the Criminal Rules of Procedure the above actions (paragraph 4) had to be done before the arrest!

6. Pursuant to procedure under the Fourth Amendment of the Constitution there had to be a complaint under oath and/or affirmation before a Warrant can be served before an arrest.

7. Pursuant to paragraphs number 5 and number 6 above was there not an arrest made prior to a proper and procedural Complaint and a Warrant being issued ?

8. Is the Accuser, Plaintiff, or the *Corpus Delicti* a living flesh and blood man or woman with a soul, that can be placed on the witness stand and cross examined and be questioned and respond to the truthfulness of their alleged injury?

9. Is the Charging Instrument from under the written codes of the United States Congress and, if so, can the Accuser, Plaintiff, or the *Corpus Delicti* be cross examined on the witness stand as guaranteed under the Fourth Amendment of the Constitution and be cross examined ?

10. Does the Charging Instrument, which is contained in the codes of the United States Congress, name the "true" accuser, injured party, *Corpus Delicti* or Plaintiff ?

11. The Prosecution then needs to enter into the record the annotation of these written codes and the intent by Congress as to how these codes are to be applied in order to see if the code, in fact, was violated.

12. I am also requesting clarification of the verbal communications being used by the Prosecution in the Plaintiff's own written (and legislated) terminology of language.

13. I request that legislative terminology is used, as found in the charging instrument, as the means of clarification of the verbal communications.

14. A Word that the Prosecution needs to clearly define by legislative terminology, is the word "Whoever". Black's Law 4th Edition defines-Whoever-"This word in statutes may be construed as including Corporations and Partnerships."

15. Another "word" that needs to be clarified, in a clarification of verbal communications, is the word "Person."

16. Whereas if the accuser, Plaintiff, injury party or the *Corpus Delicti* is using a charging instrument statute under Title 18, section 921 and the word "person" is to be construed to have the following meaning: "person" and the term "whoever" includes any individual (the word clearly defined below in paragraph 21), corporation, company, association, firm, partnership, society, or joint stock company.

17. To prevent a misunderstanding of identity, here is the District of Columbia's definition of the word "person" under the birth certificate section of The DC Code: § 7-201 Definitions, section 10.

> 10) "Person" means an individual, a trust, an estate, a partnership, a corporation (including associations, joint stock companies, and insurance companies), the District government, or an agency or instrumentality of the District government.

18. To prevent any further misunderstanding of identity, here is the State of Ohio's definition of the word "person" under the birth certificate section of the Ohio Code: 5701.01 Definitions,

> "Person" Includes individuals, firms, companies, business trusts, estates, trusts, partnerships, limited liability companies, associations, corporations, and any other business entities.

19. The Prosecution needs to clarify the intent of congressional terminology to how the word "person" applies to the a living man or woman of flesh and blood, a soul/natural person,

compared to that definition apparently referring back to the birth certificate listing the birth certificate as applying to an individual, a trust, an estate, a partnership, a corporation (including associations, joint stock companies, and insurance companies), the District government, or an agency or instrumentality of the District government, and Title 18, the State of Ohio, and section 921 has basically the same definitions for that same word "person."

20. This needs to be clarified so there is not a mistaken identity between the living man or woman of flesh and blood, a soul/natural person, with that of artificial entity to which these congressional legislation terms seem to reflect to have two different meanings.

21. The word/term "Individual" references to Title 5 of the United States Code under Government Organization referring to "an alien lawfully admitted for permanent residence."

22. I am asking "This Court" to direct the Prosecution to comply with this **"Motion for Discovery: F.R.C.P. RULE 37, F.R.C.P. RULE 16 and a Clarification of Verbal Communications Used By The Plaintiff"** as it seems that Congressional Legislation and Terminology created by or for the **"Legal Society"** has Hidden Codes and meanings and different interpretations of particular words and meanings of words within "their language" as compared to that of the "everyday language" that the People were educated and trained to understand. If this is so, then both parties Are Not on a level playing field !

23. Can the Prosecutor produce a Return of Writs, practice, a short account in writing, made by IRS-CI SA Adam Rutkowski and by TIGTA SA Andy Farwell, and can the 2 named agents testify under oath and penalty of perjury that the living flesh and blood man who they arrested, George Thomas; Brokaw is the person identified on the ARREST WARRANT as: "(name of person to be arrested) GEORGE THOMAS BROKAW"? Did the agents misidentify the living flesh and blood man they arrested?

## REITERATION OF QUESTIONS

24. Is there any Proof that the Plaintiff sought and exhausted Administrative Remedy before filing charges against the Defendant ?

25. Did M.T. Kirsch properly and procedurally file **(follow the "black letters of the law" rather than mere "policy")** for an Entry of Appearance in the case?

26. Did M.A. Paluch properly and procedurally file (see above) for an Entry of Appearance in the case?

27. Did the Plaintiff seek to obstruct the Defendant from presenting exculpatory evidence to the grand jury?

28. Did the plaintiff arrest an innocent flesh and blood living man, not the same "Person" as identified on the Arrest Warrant?

29. Did/Does the Plaintiff misconstrue and misapply the Congressionally Legislated terms, "Person", "Individual", and "Whoever" that the meaning of these terms be expanded beyond the clear statutory intent of Congress to include that which Congress did not include, ie, the living flesh and blood man with a soul?

*George Thomas Brokaw*

George Thomas; Brokaw
2260 Palm Drive
Colorado Springs, Colorado
American National, Injured Party

        Third Party of Interest and Real Party of Interest

live thumb print

## PROOF OF SERVICE

Now Comes George Thomas; Brokaw, a real man of flesh and blood in the position of Third Party of Interest and Real Party of Interest and an Injured Party to set forth my Wishes of Entry of this document and WISHES and REQUIRES that this document is to be read and acted upon by an honorable, flesh and blood man or woman to afford the Declarant remedy: **Motion for Discovery: F.R.C.P. RULE 37, F.R.C.P. RULE 16 and a Clarification of Verbal Communications Used By The Plaintiff.** This document was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO Clerk of Courts on this _____ day of March in the year of our Lord 2014 A.D.I, George Thomas;Brokaw, also delivered a copy to the Prosecutor(s).

*[signature]*

George Thomas; Brokaw
2260 Palm Drive
Colorado Springs, Colorado

live thumb print

Cc:
    MATTHEW T. KIRSCH or designee
    ASSISTANT UNITED STATES ATTORNEY
    1225 17th STREET SUITE 700
    DENVER, COLORADO 80202

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

UNITED STATES OF AMERICA
NO KNOW ADDRESS
ENTITY UNDISCLOSED

CASE # 1:13 cr 00392-CMA

Wrongdoer
Fictitious, Foreign Plaintiff

VS

Title 28, Ch. 5, District Court, § 85 District of Colorado
Constitutional Article III Court
Judge Christine M. Arguello

GEORGE THOMAS BROKAW (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918


George Thomas; Brokaw
2260 Palm Drive
Colorado Springs, Colorado
America National, Injured Party
   Third Party of Interest and Real Party of Interest,


**COVER SHEET FOR ADDRESSES OF PARTIES**

Page 1 of 8