IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. George Thomas Brokaw,
2. John J. Pawelski,
3. Mimi M. Vigil, and
4. Clara M. Mueller,

       Defendants.

---

### DEFENDANT MIMI M. VIGIL'S UNOPPOSED MOTION FOR SEVEN DAY EXTENSION OF TIME TO FILE MOTIONS

---

Defendant Mimi M. Vigil, by Counsel, the law office of John S. Tatum, P.C., respectfully moves for a seven day extension of time of up to and including April 8, 2014 to file motions in this action. In support of this request, Ms. Vigil states as follows:

1. Counsel for Ms. Vigil has been in the process of reviewing discovery/evidence and is considering filing a limited number of motions on behalf of our client.

2. With appreciated cooperation of counsel for the Government, counsel has recently reviewed several thousands of pages of materials seized in searches of Ms. Vigil's residence and related locations. The Government is arranging for copies of some of those materials to be produced to defense counsel, which copies should be available in the near future. Defense Counsel would prefer to be able to re-review some of these records and perhaps refer to

some of them before finalizing certain motions and before deciding whether it will even be necessary to file certain other motions.

3. Defense Counsel has been in contact with Government Counsel and we are engaged in discussions which may result in stipulations or narrowing of issues in at least one of our contemplated motions.

4. Motions are currently due on April 1, 2014. Counsel's schedule and the recent availability of voluminous materials have made it necessary to request an additional seven days to complete our evidence review and research and drafting of motions.

5. We have consulted with Assistant United States Attorney Matthew Kirsch regarding this request and are authorized to state that the Government does not object to this request so long as the Government is given a corresponding extension of time to file necessary responses.

6. We have consulted with Miller Leonard, Esq., and are authorized to state that Defendant Clara Mueller does not object to this request. We have consulted with *pro se* defendants John Pawelski (via e-mail correspondence) and George Thomas Brokaw (via telephone) regarding this request and are authorized to state that neither Mr. Pawelski nor Mr. Brokaw object to this request.

7. This brief extension of time will not prejudice any party and will allow Ms. Vigil's counsel necessary time to conclude research and evidence review and may potentially obviate the necessity for hearing on certain issues if agreements may be reached in the interim.

WHEREFORE, Defendant Mimi Vigil requests as follows:

1. That the motions filing deadline in this case be extended for all parties for seven days up to and including April 8, 2014; and

2. A corresponding seven day extension of time up to and including April 21, 2014 for the Government and other parties to file necessary responses to motions.

Respectfully submitted this 27th day of March, 2014.

> Respectfully submitted,
>
> JOHN S. TATUM, P.C.
>
>
> s/ John S. Tatum
> John S. Tatum
> Attorney for Mimi Vigil
> 12351 East Cornell Avenue
> Aurora, Colorado  80014
> Telephone: (303) 750-6888
> Facsimile: (303) 750-8279
> Email:  john@johntatumlaw.com

CERTIFICATE OF SERVICE

   I hereby certify that on this 27th day of March, 2014, a true and correct copy of the foregoing **DEFENDANT MIMI M. VIGIL'S UNOPPOSED MOTION FOR SEVEN DAY EXTENSION OF TIME TO FILE MOTIONS** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew T. Kirsch, Esq.
Assistant United States Attorney
Email:  matthew.kirsch@usdoj.gov

Miller Leonard, Esq.
Attorney for Clara Mueller
E-mail:  miller@themillerleonardlawfirm.com

And via United States Mail, postage pre-paid, and via e-mail to the following:

George Thomas Brokaw, Pro Se
2260 Palm Drive
Colorado Springs, Colorado   80918
E-mail:  tombrokaw33@msn.com


John Pawelski, Pro Se
6432 Rockville Drive
Colorado Springs, Colorado  80923
E-mail:  johnski9999@gmail.com


                 s/ Mary Unrein

4