UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

UNITED STATES OF AMERICA
NO KNOW ADDRESS
ENTITY UNDISCLOSED
    Wrongdoer
    Fictitious, Foreign Plaintiff

VS

CASE # 1:13 cr 00392-CMA

Title 28, Ch. 5, District Court, District of Colorado
Constitutional Article III Court
Judge Christine M. Arguello

GEORGE THOMAS BROKAW (Government
Registered Trade Name, WARD, TRUST, ESTATE,
JOINT STOCK SHARE)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 1 2014

JEFFREY P. COLWELL
CLERK

George Thomas; Brokaw
2260 Palm Drive
Colorado Springs, Colorado
America National, Injured Party
    Third Party of Interest and Real Party of Interest,

## COVER SHEET FOR ADDRESSES OF PARTIES

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver Colorado 80294


UNITED STATES OF AMERICA                         CASE # 1:13 cr 00392_CMA
NO KNOW ADDRESS
ENTITY UNDISCLOSED
    Wrongdoer
    Fictitious, Foreign Plaintiff

VS

                      Title 28, Ch. 5, District Court, District of Colorado
                      Constitutional Article III Court
                      Judge Christine M. Arguello


GEORGE THOMAS BROKAW (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918


George Thomas; Brokaw
2260 Palm Drive
Colorado Springs, Colorado
America National, Injured Party
    Third Party of Interest and Real Party of Interest,


                      **2ND MOTION FOR DISCOVERY:**
                      **F.R.C.P. RULE 37, F.R.C.P. RULE 16,**
                      **And A Clarification Of Bonds Used By**
                      **The Plaintiff**

Now COMES, I, a living man of flesh and blood with a soul, George Thomas Brokaw (Hereinafter referred to as a living flesh and blood man with a soul, a being/one of the people), as a Third Party of Interest and the Real Party of Interest <u>in this court of record</u> with this Request for a MOTION FOR DISCOVERY: F.R.C.P. RULE 37, F.R.C.P. RULE 16, And A Clarification Of Bonds Used By The Plaintiff to be addressed by the Prosecution and to have the following requested information placed into the record.

1. Whereas I, a man, George Thomas Brokaw, have, previously unknowingly and unwillingly, lent my name and signature by and through the "Birth Certificate" being unaware and under age to give consent to the government, **and that the government did convert my given "birth name," and has used it as a "Registered Trade Name" and allowed my normal/regular signature to be used in a scheme as collateral** to produce the "Own Recognizance" Bond in this case **which cannot be violated as you have my signature as collateral and the "Registered" Birth Certificate in custody to prove it.**

2. Whereas I, George Thomas Brokaw, am requesting the Prosecution and the Clerk of Court (of "This Court") being the Administrator to produce the Bid Bond sf 23, Performance Bond sf 24 and Payments Bond sf 25 all having a penal sum attached.

3. Whereas the Clerk of Courts, and the Prosecution, and "This Court" is aware of George Thomas Brokaw's Birth Certificate being Registered to the government as a Trust, and/or an Estate and is listed as an "insurance company" pursuant to the District of Columbia's Vital Statistics Rules under chapter 2, under section 7-201, clearly shows, in your written statutes, this to be a Fact as it is the "black ink on white paper" in your own codes.

4. Whereas the Clerk of Court and/or the Prosecution and/or "This Court" has now taken on <u>the liability in a Fiduciary capacity</u> to Discharge these Bonds by use of the Birth Certificate assigned to the named "Trust" GEORGE THOMAS BROKAW (an obvious derivative of George Thomas; Brokaw) for payment.

5. George Thomas Brokaw's Original Birth Certificate (derived from the "Certificate Of Live Birth," et al. related documents) is in State custody, State of Ohio and under lock and key, and to use a "Copy" of the Original can be considered as using counterfeit sureties/securities as it is, merely, only a "copy."

6. Any such "copying" of the Original Bond would violate Title 18, United States Code, sections 472 and 473 under counterfeiting.

7. Whereas the Clerk of Courts, Prosecutors Office and/or the Public Defender's office in "This Court" is aware of the Banking Emergency Act, under Public Law 1, 48 stat C1, the Federal Reserve Act of 1913 wherein Federal Reserve Notes are Obligations of the United States, the Alien Registration Act of 1940, the Sheppard–Towner Act in 1921 and the Social Security Act of 1935 that each State/District received federal grant money for each live birth born in the 48 States (at that time) or in the District.

8. All of these facts, thereby, giving "This Court" the means to discharge this "debt/bond" in "Honor" by the means mentioned in paragraphs 5 and 6 (above) to discharge the Bid Bond, sf 23, the Performance Bond, sf 24, and the Payment Bond, sf 25 as this living man lacks the administrative, executive or trustee position to file any such forms to accomplish a discharge.

9. Whereas it is the obligation of the United States pursuant to Congressional mandates under the Federal Reserve Act of 1913 that all discharges fall under the fiduciary duties of those who hold Government Public Offices and NOT this living man.

10. Whereas if the living man/woman was to make the effort to discharge such a debt they would be charged with filing fraudulent paperwork and forms before "This Court."

11. **UCC 3 – 419 negotiable instruments and signatures.** Whereas this living man does not have a law degree and is not educated in the law, but being able to read and comprehend, I point to Federal Rules of Civil Procedure, Rule 501, Privileges in General and will point to the United States Attorney's Manual under Choice of Law, 210, whereas "This Court" and its officers are operating under "commercial activities" as a private enterprise/Government Corporation. (See Clearfield Trust vs. United States).

12. Whereas the living flesh and blood man with a soul requests under 2ND. MOTION FOR DISCOVERY that these bonds be identified and redeemed. I, the flesh and blood man ask for full settlement and closure of the account, an acceptance for honor.

*George Thomas Brokaw*

George Thomas Brokaw
2260 Palm Drive
Colorado Springs, Colorado

live thumb print



## **PROOF OF SERVICE**

Now Comes, George Thomas Brokaw, a real man of flesh and blood in the position of Third Party of Interest and Injured Party, by Congressional Legislation under the Statutes at Large and by United States Codes created by the United States Congress within the District of Columbia Territory, to set forth my Wishes of Entry of this document and WISHES and REQUIRES that this document is to be read and acted upon by an honorable, flesh and blood man or woman to afford the Declarant remedy: **Motion for Discovery: F.R.C.P. RULE 37, F.R.C.P. RULE 16 And A Clarification Of Bonds Used By The Plaintiff.** This document was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO Clerk of Courts on this ___29___ day of March in the year of our Lord 2014 A.D. I, George Thomas Brokaw, also delivered a copy to the Prosecutor.

*George Thomas Brokaw*
George Thomas Brokaw
2260 Palm Drive
Colorado Springs, Colorado
tombrokaw33@msn.com


Cc:
MATTHEW T. KIRSCH (Or designee)
ASSISTANT UNITED STATES ATTORNEY
1225 17th STREET, SUITE 700
DENVER, COLORADO 80202