UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ENTITY UNDISCLOSED<br>NO KNOWN ADDRESS | CASE # 1:13 cr 00392-CMA |
| | United States District Court<br>Constitutional Article III Court<br>Judge Christine M. Arguello |
| VS | |
| GEORGE THOMAS BROKAW (Government Registered Trade Name, Ward, Trust, Estate, Joint Stock Share)<br>CITY OF COLORADO SPRINGS<br>STATE OF COLORADO<br>ZIP CODE 80918 | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>MAR 3 1 2014<br><br>JEFFREY P. COLWELL<br>CLERK |
| George Thomas; Brokaw<br>2260 Palm Drive<br>Colorado Springs, Colorado<br>American National, Injured Party,<br>     Third Party of Interest | |

**MOTION FOR PROBATION ORDER CHANGE**
**REMOVAL:**

UNITED STATES DISTRICT COURT

Page 1

Comes now, George Thomas; Brokaw, a living flesh and blood man operating as legal counsel and Third Party of Interest in court case 1:13 cr 00392-CMA requesting the Probation Order executed on October 7, 2013 to be removed.

Whereas, John J. Pawelski is operating as legal counsel in court case 13-cr-00392, and as George Thomas; Brokaw is operating as legal counsel in case 13-cr-00392, and whereas MIMI VIGIL and CLARA MUELER are represented by counsel in case 13-cr-00392.

Whereas, all legal counsel representing the parties in case 13-cr-00392 have been in direct communication concerning discovery and defense of the case, and It is important that Brokaw and Pawelski equally be involved in direct communication with each other and with other counsel.

There is no opposition to the removal of probation order from other defense counsel.

When judge Christine M. Arguello was asked about removal of probation order at hearing on March 17, 2014 by Attorney Eric Klein, judge Arguello expressed no opposition either.

George Thomas Brokaw
2260 Palm Drive
Colorado Springs, Colorado
Tombrokaw33@msn.com

### Certificate of Service

I certify that a true copy of the foregoing Unopposed Motion for Probation Order Change was sent by first class mail to the clerk of the court and a copy sent to Assistant United States Attorney Matthew T. Kirsch on March 28, 2014. Clerk of Court please send notification of this filing to all counsel of record.

George Thomas Brokaw
2260 Palm Drive
Colorado Springs, Colorado