IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. George Thomas Brokaw,
2. John J. Pawelski,
3. **Mimi M. Vigil**, and
4. Clara M. Mueller,

        Defendants.

---

### DEFENDANT MIMI M. VIGIL'S MOTION FOR SEVERANCE OF DEFENDANTS AND RELIEF FROM PREJUDICIAL JOINDER

---

Defendant Mimi M. Vigil, by Counsel, the law office of John S. Tatum, P.C., respectfully moves pursuant to Rule 12(b) and Rule 14 of the Federal Rules of Criminal Procedure for a severance of her trial from Co-Defendants George Thomas Brokaw and John J. Pawelski. In support of this request, Ms. Vigil states as follows:

1. Ms. Vigil is charged in a multi count Indictment with offenses sounding in the nature of filing false claims for tax refunds, obstructing the Internal Revenue Service and with conspiracies to commit said offenses. See, *Indictment*, Counts 1, 12, 14 & 17 (Doc. #1, filed 9/23/13).

2. From review of the Indictment and the discovery provided to date, it appears that the evidence regarding Defendant Vigil's involvement in this case is substantially less than that of Mr. Brokaw or Mr. Pawelski. Further, it is apparent that Ms. Vigil's defense is drastically antagonistic to the defenses of

Mssrs. Brokaw and Pawelski. Accordingly, Defendant Vigil will be significantly prejudiced if she is required to stand trial with these named defendants.

3. The Federal Rules of Criminal Procedure, provide for relief from prejudicial joinder of defendants. Rule 14 reads, in relevant part, as follows:

"If it appears that a defendant . . . is prejudiced by a joinder . . . of defendants in an Indictment . . . or by such joinder for trial together, the Court may . . . grant a severance of defendant . . . ."

Rule 14, Federal Rules of Criminal Procedure.

4. When determining whether to grant a motion for severance, the Court must weigh the prejudice caused by the joinder against considerations of economy and expedition in judicial administration. *United States v. Dill*, 693 F.2d 1012, 1014 n.2 (10th Cir. 1982), *United States v. Walton*, 552 F.2d 1354 (10th Cir.), <u>cert. denied</u>, 431 U.S. 959 (1977).

5. Severance is granted when a defendant will be prejudiced by a joint trial. *United States v. Long*, 705 F.2d 1259, 1262 (10th Cir. 1984); *United States v. Calabrese*, 645 F.2d 1379 (10th Cir. 1981), *cert.denied*, 451 U.S. 1018 (1981), 454 U.S. 831 (1981). One of the factors to be considered in evaluating whether or not joinder of co-defendants will cause prejudice, is whether a jury will be able to compartmentalize the evidence produced against each defendant, or whether the potential exists that the jury will be confused by overlapping evidence. *United States v. Falcon*, 766 F.2d 1469 (10th Cir. 1985); *United States v. Barker*, 623 F.Supp. 823, (D.Colo. 1985).

6. Ms. Vigil is filing this Motion on April 1, 2014 in order to comply with the Court's deadline for the filing of motions.  However, Ms. Vigil respectfully requests an extension of time of seven days up to and including April 8, 2014 to supplement this Motion with additional factual evidence and legal authority for the reasons set forth in Doc. #134, *Defendant Mimi M. Vigil's Unopposed Motion For Seven Day Extension Of Time To File Motions,* filed March 27, 2014.  No party objected to the requested extension of time and no party will be prejudiced by the granting of same.  Ms. Vigil will be prejudiced if the requested extension is not granted as her Motion will be incomplete as filed. Counsel has attempted to be diligent and has filed two substantial motions in addition to this Motion within the Court's filing deadline.

WHEREFORE, Defendant Mimi Vigil requests that her trial be severed from Co-defendants George Thomas Brokaw and John J. Pawelski and for such other and further relief as the Court deems fit in the premises.

Respectfully submitted this 1st day of April, 2014.

Respectfully submitted,

JOHN S. TATUM, P.C.


s/ John S. Tatum
John S. Tatum
Attorney for Mimi Vigil
12351 East Cornell Avenue
Aurora, Colorado  80014
Telephone: (303) 750-6888
Facsimile: (303) 750-8279
Email:  john@johntatumlaw.com

3

## CERTIFICATE OF SERVICE

    I hereby certify that on this 1st day of April, 2014, a true and correct copy of the foregoing *DEFENDANT MIMI M. VIGIL'S MOTION FOR SEVERANCE OF DEFENDANTS AND RELIEF FROM PREJUDICIAL JOINDER* was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew T. Kirsch, Esq.
Assistant United States Attorney
Email: matthew.kirsch@usdoj.gov

Miller Leonard, Esq.
Attorney for Clara Mueller
E-mail: miller@themillerleonardlawfirm.com

And via United States Mail, postage pre-paid, and via e-mail to the following:

George Thomas Brokaw, Pro Se
2260 Palm Drive
Colorado Springs, Colorado   80918
E-mail: tombrokaw33@msn.com


John Pawelski, Pro Se
6432 Rockville Drive
Colorado Springs, Colorado   80923
E-mail: johnski9999@gmail.com


                                                                s/ Mary Unrein