IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   13-cr-00392-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **George Thomas Brokaw**,
2. John J. Pawelski,
3. Mimi M. Vigil, and
4. Clara M. Mueller,

    Defendants.

---

**GOVERNMENT'S RESPONSE TO PRO SE DEFENDANT GEORGE THOMAS BROKAW'S MOTION FOR PROBATION ORDER CHANGE REMOVAL [#136]**

---

Pro Se Defendant George Thomas Brokaw ("defendant") seeks an order from this Court removing "the Probation Order executed on October 7, 2013." Doc. 136 at 2. On that date, Magistrate Judge Michael J. Watanabe issued an Order Setting Conditions of Release. The Court modified this Order on January 24, 2014, when it removed the requirement of 24-hour GPS monitoring. Doc. 81. In the Order Setting Conditions of Release, Magistrate Judge Watanabe directed, among other things, that as an additional condition of release, the defendant avoid all contact, directly or indirectly, with any person who is a victim, witness, or co-defendant in this case. Doc. 42 at 2.

At the March 17, 2014 hearing held on defendant's motion to represent himself in this matter, defendant requested that the restriction on contact with co-defendants be

1

lifted, given that defendant and co-defendant John Pawelski appear in this case *pro se.* The defendant was directed to file a motion seeking this relief, and the Court stated it would determine whether referral of the motion to Magistrate Watanabe was warranted.

To the extent defendant's motion is seeking solely to remove the additional condition of release that he have no contact with his co-defendants, the government has no objection to the removal of this condition. However, the government maintains that the remainder of the Order Setting Conditions of Release (Doc. 42) as previously modified should remain in full force and effect.

Respectfully submitted this 3rd day of April, 2014.

JOHN F. WALSH
United States Attorney

s/ Martha A. Paluch
MARTHA A. PALUCH
MATTHEW T. KIRSCH
Assistant U.S. Attorneys
1225 17th Street, Suite 700
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Email: martha.paluch@usdoj.gov
       matthew.kirsch@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on this 3rd day of April, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

John S. Tatum, Esq.
john@johntatumlaw.com
Attorney for Mimi M. Vigil

Miller Leonard, Esq.
miller@themillerleonardlawfirm.com
Attorney for Clara M. Mueller

  I hereby certify that on this 3rd day of April, 2014, I emailed the foregoing to the following e-mail addresses:

George Thomas Brokaw, Pro Se
Tombrokaw33@msn.com

John J. Pawelski, Pro Se
Johnski9999@gmail.com

              s/ Deborah Sisung
              Deborah Sisung
              Legal Assistant
              United States Attorney's Office
              1225 17th Street, Suite 700
              Denver, CO 80202
              303 454-0100
              Fax: 303 454-0402
              Deborah.Sisung@usdoj.gov