UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

UNITED STATES OF AMERICA
NO KNOW ADDRESS
ENTITY UNDISCLOSED
    Wrongdoer
    Fictitious, Foreign Plaintiff
VS

CASE # 1:13 cr 00392-CMA

Constitutional Article III Court
Judge Christine M. Arguello
Designated Judge

GEORGE THOMAS BROKAW (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918

George-Thomas; Brokaw
Injured Party
2260 Palm Drive
Colorado Springs, Colorado
America National
    Third party of interest

**<u>COVER SHEET FOR ADDRESSES OF PARTIES</u>**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 7 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19ᵗʰ Street
Denver, Colorado 80294

UNITED STATES OF AMERICA                    CASE # 1:13 cr 00392-CMA
NO KNOW ADDRESS
ENTITY UNDISCLOSED
        Wrongdoer
        Fictitious, Foreign Plaintiff
        VS

                        Title 28, Ch. 5, District Court, District of Colorado
                        Constitutional Article III Court
                        Judge Christine M. Arguello

GEORGE THOMAS BROKAW (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918

George-Thomas; Brokaw
Injured Party
2260 Palm Drive
Colorado Springs, Colorado
America National
        Third party of interest

                        **Requirement and wish for Dismissal;**
                        **Take Judicial Notice:**
                        **UNITED STATES DISTRICT COURT**
                        **has limited jurisdiction and venue**

Notice "All" Acts, Statutes or Case Law are derived from Congressional Legislation, Supreme
Court decisions or other federal court rulings to which George-Thomas; Brokaw is using as
reference points, and to which ALL allegation or jurisdiction by the UNITED STATES OF
AMERICA stems from or claiming some form of injury under for a none Corpus delecti nature.

Now Comes, George-Thomas; Brokaw, (hereinafter "injured party or Third Party of Interest), by Congressional Legislation, under the Statutes at Large and by United States Codes created by the United States Congress within the District of Columbia Territory, in the position of Third Party of Interest, and sets forth this document. This Declarant is putting this motion before this district court, - United States District Court - UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO, a **Requirement and wish for Dismissal;** Take Judicial Notice: UNITED STATES DISTRICT COURT has limited jurisdiction and venue.

This injured party and Third Party of Interest wishes to point out to the district court, under the jurisdiction of the Federal Court, that the Plaintiff (United States aka UNITED STATES, UNITED STATES OF AMERICA) is required to show where there has been an aggrieved party, or a legally harmed party, in some way, by This injured party, and not merely a Municipal Code Infraction of a City or a Town Ordinance. Any such City or Town Ordinance cannot be in conflict with the "unambiguous" Statutes of the United States and the injured party does have Federally guaranteed and protected rights under the Bill of Rights which are, in this case, the $1_{st}$, $2_{nd}$, $4_{th}$, 5th, 6th, 7th, 8th, and $9_{th}$ Amendments as This injured party and Third Party of Interests particular protected Rights. This now becomes an "actual legal dispute in law" under the jurisdiction of 28 USC 1331 and 28 USC 1652, Acts of Congress, Constitutional Laws and Treaties of the United States at issue before the district court and that this is a Civil Action and not Criminal Action.                         Federal courts hear cases involving;

- the constitutionality of a law;
- cases involving the laws and treaties of the U.S.;
- ambassadors and public ministers;
- disputes between two or more states;
- admiralty law; and

- bankruptcy cases.

## I. Grounds for a Writ of Dismissal For Limited Jurisdiction

All issues are incorporated in paragraphs 1 and 2 below as a foundation of the Declarant's declaration of his standing in law and his rebuttal of the Prosecution's presumption(s).

1. This injured party and Third Party of Interest, will point to Title 28 United States Code Judiciary and Judicial Procedures under the jurisdiction of the district court as found in Part IV chapter 85 under sections 1330 to 1369.

2. This injured party and Third Party of Interest, also points to the jurisdiction sections that applies to "ALL" district courts  (this include all district courts inside the United States or outside its boundaries) as the jurisdictions are listed below and nowhere in any of these jurisdictional sections does it grant Criminal action or Criminal Jurisdiction, and only a Civil Action can be brought.

a. §1330 . Actions against foreign states
b. §1331 . Federal question
c. §1332 . Diversity of citizenship; amount in controversy; costs
d. §1333 . Admiralty, maritime and prize cases
e. §1334 . Bankruptcy cases and proceedings
f. §1335 . Interpleader
g. §1336 . Surface Transportation Board's orders
h. §1337 . Commerce and antitrust regulations; amount in controversy, costs
i. §1338 . Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition
j. §1339 . Postal matters
k. §1340 . Internal revenue; customs duties
l. §1341 . Taxes by States
m. §1342 . Rate orders of State agencies
n. §1343 . Civil rights and elective franchise
o. §1344 . Election disputes
p. §1345 . United States as plaintiff
q. §1346 . United States as defendant
r. §1347 . Partition action where United States is joint tenant
s. §1348 . Banking association as party
t. §1349 . Corporation organized under federal law as party

u.  §□1350 . Alien's action for tort
v.  §□1351 . Consuls, vice consuls, and members of a diplomatic mission as defendant
w.  §□1352 . Bonds executed under federal law
x.  §□1353 . Indian allotments
y.  §□1354 . Land grants from different states
z.  §□1355 . Fine, penalty or forfeiture
aa. §□1356 . Seizures not within admiralty and maritime jurisdiction
bb. §□1357 . Injuries under Federal laws
cc. §□1358 . Eminent domain
dd. §□1359 . Parties collusively joined or made
ee. §□1360 . State civil jurisdiction in actions to which Indians are parties
ff.  §□1361 . Action to compel an officer of the United States to perform his duty
gg. §□1362 . Indian tribes
hh. §□1363 . Jurors' employment rights
ii.  §□1364 . Direct actions against insurers of members of diplomatic missions and their families
jj.  §□1365 . Senate actions
kk. §□1366 . Construction of references to laws of the United States or Acts of Congress
ll.  §□1367 . Supplemental jurisdiction
mm.      §□1368 . Counterclaims in unfair practices in international trade.
nn. §□1369 . Multiparty, multiforum jurisdiction

## II. Grounds for a Writ of Dismissal For Limited Venue

All issues are incorporated in paragraphs 1 through 6 as a foundation of the Declarant's declaration of his standing in law and his rebuttal of the Prosecution's presumption(s).

3.  This injured party and Third Party of Interest, also points to the venue section under Title 28 United States Code Judiciary and Judicial Procedures as found under Part IV, chapter 87, under sections 1390 to 1413.

A §□1390 . Scope
B §□1391 . Venue generally
C [§□1392 . Repealed.]
D [§□1393 . Repealed.]
E §□1394 . Banking association's action against Comptroller of Currency
F.§□1395 . Fine, penalty or forfeiture
G §□1396 . Internal revenue taxes
H §□1397 . Interpleader
I §□1398 . Interstate Commerce Commission's orders
J §□1399 . Partition action involving United States
K §□1400 . Patents and copyrights, mask works, and designs

L §□1401 . Stockholder's derivative action
M §□1402 . United States as defendant
N §□1403 . Eminent domain
O §□1404 . Change of venue
P §□1405 . Creation or alteration of district or division
Q §□1406 . Cure or waiver of defects
R §□1407 . Multidistrict litigation
S §□1408 . Venue of cases under title 11
T §□1409 . Venue of proceedings arising under title 11 or arising in or related to cases under title 11
U §□1410 . Venue of cases ancillary to foreign proceedings
W §□1411 . Jury trials
X §□1412 . Change of venue
Y §□1413 . Venue of cases under chapter 5 of title 3

4. This injured party, would also like to draw the court's attention to Sec. 1390's scope for the venue section as he quotes the following and that the Court will find no subject matter to a Criminal action or a Criminal jurisdiction, but only to Civil Actions.

5. 28 USC § 1390 - Scope

(a) **Venue Defined.—** As used in this chapter, the term "venue" refers to the geographic specification of the proper court or courts for the litigation of a **civil action** that is within the subject-matter jurisdiction of the district courts in general, and does not refer to any grant or restriction of subject-matter jurisdiction providing for a civil action to be adjudicated only by the district court for a particular district or districts.

(b) **Exclusion of Certain Cases.—** Except as otherwise provided by law, this chapter shall not govern the venue of a **civil action** in which the district court exercises the jurisdiction conferred by section 1333, except that such civil actions may be transferred between district courts as provided in this chapter.

(c) **Clarification Regarding Cases Removed From State Courts. —** This chapter shall not determine the district court to which a **civil action** pending in a State court may be removed, but shall govern the transfer of an action so removed as between districts and divisions of the United States district courts.

6. This injured party and Third Party of Interest, also points out that Title 18, Part II,

   Criminal Procedure section, Chapter 211, Jurisdiction and Venue, section 3231, district

   court jurisdiction; refers to Banks and Banking crimes and not to the case that is before

   the district court now and allegedly against the injured party.

a) Historical and Revision Notes

   Based on section 588d of title 12, U.S.C., 1940 ed., Banks and Banking; title 18, U.S.C.,
   1940 ed., §§ 546, 547 (Mar. 4, 1909, ch. 321, §§ 326, 340,35 Stat. 1151, 1153; Mar. 3,
   1911, ch. 231, § 291,36 Stat. 1167; May 18, 1934, ch. 304, § 4,48 Stat. 783).
   This section was formed by combining sections 546 and 547 of title 18, U.S.C., 1940 ed.,
   with section 588d of title 12, U.S.C., Banks and Banking, with no change of substance.
   The language of said section 588d of title 12, U.S.C., 1940 ed., which related to bank
   robbery, or killing or kidnapping as an incident thereto (see section 2113, of this title),
   and which read "Jurisdiction over any offense defined by sections 588b and 588c of this
   title shall not be reserved exclusively to courts of the United States" was omitted as
   adequately covered by this section.

### III. Grounds for a Writ of Dismissal For Limited Jurisdiction and Venue

   All issues are incorporated in paragraphs 1 through 10 as a foundation of the Declarant's

declaration of his standing in law and rebuttal of the Prosecution's presumption(s).

7. This injured party and Third Party of Interest, will also draw the court's attention to the Rules

of Civil Procedure under Rule 2, there is but "one form of action" RULE 2. ONE FORM OF

ACTION

   a. There is one form of action—the civil action.

8. This injured party and Third Party of Interest, will also now draw the court's attention to the

Federal Criminal Rules of Procedure and that there is "NO FORM OF ACTION," for the court

cannot operate as it lacks a form of action in a criminal action against This injured party as all

actions are Civil.

a. Title V under the Federal Criminal Rules of Procedure only gives "Venue" and not jurisdiction to hear a Criminal action and lacks a jurisdictional form of action.

9. This injured party and Third Party of Interest, will also now point out that there is "NO Jurisdiction" just "Venue" under the Federal Criminal Rules of Procedure as all these actions are Civil, and not one has a Criminal intent or usage charge to be used against This injured party and Third Party of Interest or the People of the United States.

10. Because there is no form of criminal action listed for the jurisdiction of the district court the court lacks jurisdiction and venue as it is limited to a "Civil action" only and not "Criminal" action.

### IV. Four types of Courts: Article I, Article II, Article III, Article IV

All issues are incorporated in paragraphs 1 through 23 as a foundation of the Declarant's declaration of his standing in law and rebuttal of the Prosecution's presumption(s).

11. This injured party and Third Party of Interest will start with an Article III court as defined in the United States Constitution at Article III, section 2.

**a.** SECTION 2.

"The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;-- to all cases affecting ambassadors, other public ministers and consuls;--to all cases of admiralty and maritime jurisdiction;--to controversies to which the United States shall be a party;--to controversies between two or more states;--between a state and citizens of another state;-- between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects."

12. This injured party and Third Party of Interest will also point out that nowhere does it give the United States District Court - UNITED STATES DISTRICT COURT jurisdiction to hear any

action in a Criminal matter case, as all actions are Civil actions under Article III section 2 and that section deals with law and equity and controversy and under this section the court is required to address legal issues and legal disputes in law for clarification.

13. Pursuant to the United States Court publication UFC 99 it states before a federal court can hear a case or exercises jurisdiction certain conditions must be met.

    a. First, under the Constitution, a federal court exercises only judicial power. This means that federal judges may interpret law only through the resolution of actual legal disputes referred to in Article III of the Constitution as cases or controversies.

    b. Second, assuming there is an actual case or controversy the plaintiff in a federal lawsuit also must have "legal standing" to ask the court for decision. That means a plaintiff must have been aggrieved or legally harmed in some way by the defendant.

    c. Third, the case must present a catalog of disputes that the law in question was designed to address and it must be a complaint that the court has the power to remedy. In other words the court must be authorized under the Constitution or a federal law to hear the case and grant appropriate relief to the plaintiff. Finally, the case cannot be moved, that is it must present an ongoing problem for the court to resolve. The federal court, thus, are courts of limited jurisdiction because they can only decide certain types of cases as provided by Congress and are identified in the Constitution.

14. This injured party and Third Party of Interest, also points out to the district court that the United States District Court - UNITED STATES DISTRICT COURT is an "Article 1" Legislative Court that only has jurisdiction within "territories" that are not part of the United

States within the meaning of the Constitution or by statute or associated with any other constitutionally granted powers of Congress. These courts are limited by the Constitution of the United States and by any Act of Congress and under admiralty to which they claim jurisdiction.

15. The Constitution guarantees private rights applicable in territories which have been made a part of the United States by congressional action.

16. This injured party and Third Party of Interest, also points out to the district court that district court's jurisdiction lies under the Constitution, Acts of Congress and under admiralty as the jurisdictions of the territorial court are under the heading of United States District Court - UNITED STATES DISTRICT COURT.

17. This injured party and Third Party of Interest, again points out to the district court that these are all civil actions and therefore the United States District Court - UNITED STATES DISTRICT COURT lacks jurisdiction or venue to hear any case or action in a criminal nature as per 28 USC, Part IV, Chapters 85 and 87.

18. This injured party and Third Party of Interest, also points out that United States District Court - UNITED STATES DISTRICT COURT, as a territorial court, falls under section 1391 under Foreign Sovereign Immunity which is found in Title 28 United States Code, Part IV, chapter 97, sections 1602 through 1611.

19. This injured party and Third Party of Interest, will now address the "Article IV court" - these courts sit outside the national boundaries that are gained through treaties and conquest - these courts are required to follow the Constitution and Acts of Congress as do all Courts and must comply with the Law of Nations.

20. This injured party and Third Party of Interest, will now address the "Article II Court" which addresses the executive power of the federal government, which includes the President's power

as commander in chief. "Article II courts" are Administrative Courts to which the Declarant would be required to be the plaintiff under the Administrative Procedure Act of 1946, and under Title 5 USC, or in a Military Court (Tribunal) under a "State of Emergency" in a Federal Military District.

21. An Administrative Court only has subject matter over those found in Title 5 USC, unless This injured party and Third Party of Interest brings forth a claim for administrative injuries by an agency or by one of their employees. (Title 28, section 2672)

22. The United States District Court- UNITED STATES DISTRICT COURT lacks subject matter or jurisdiction to operate as a Military Court, as the Declarant's actions are not acts of treason or an Act of unbecoming to a Military person under the Articles of the UCMJ.

23. This injured party, will draw the United States District Court's - UNITED STATES DISTRICT COURT'S attention to clause two of Title 10 › **Subtitle A** › **Part I** ›

# **Chapter 15** › § 333. - Interference with State and Federal law, and the Lieber Code,

April 24, 1863 (General Order 100):

The President, by using the militia or the armed forces, or both, or by any other means, shall take such measures as he considers necessary to suppress, in a State, any insurrection, domestic violence, unlawful combination, or conspiracy, if it—

**(1)** so hinders the execution of the laws of that State, and of the United States within the State, that any part or class of its people is deprived of a right, privilege, immunity, or protection named in the Constitution and secured by law, and the constituted authorities of that State are unable, fail, or refuse to protect that right, privilege, or immunity, or to give that protection; or

**(2)** opposes or obstructs the execution of the laws of the United States or impedes the course of justice under those laws. In any situation covered by clause (1), **the State shall be considered to have denied the equal protection of the laws secured by the Constitution.**

## **IV. How the Article I Court has Two Standings in Law**

All issues are incorporated in paragraphs 1 through 31 as a foundation of the Declarant's declaration of his standing in law and rebuttal of the Prosecution's presumption(s).

24. This injured party and Third Party of Interest, has pointed out that an "Article I Court" is by legal definition "a legislative Court" and a "territorial court" within the boundaries of the United States and is required to follow the Constitution, Acts of Congress and admiralty (contract) law.

25. This injured party and Third Party of Interest, now points out another fact: an "Article I Court" cannot act as an "Article II Court" (a military court) under Title 50 United States Code, War and National Defense, within the bounds of Title 10, Section 333, and within the guidelines of the Constitution.

26. This injured party and Third Party of Interest, also points to Title 50 USC, chapter 3, Alien Enemies, section 23, Jurisdictions of the United States courts and judges, which only apply to alien enemies' residency within the district court jurisdiction.

27. This injured party and Third Party of Interest, will point that any and all criminal actions come under this Title 50 of the United States Code and are charged against alien enemies' residency that is a danger to the public peace or safety.

28. In order for this to be used against This injured party and Third Party of Interest, the United States prosecutor would have to show that This injured party, has expatriated himself or is in "alien enemies' residency" in order to bring a criminal action against the Declarant. (See Title 50, App. TRADING WITH THE ENEMY ACT OF 1917.)

50 U.S.C.A. § **23. Jurisdiction of United States courts and judges**

United States Code Annotated Currentness

Title 50. War and National Defense (Refs & Annos)
▀▣Chapter 3. Alien Enemies

### ➡§ 23. Jurisdiction of United States courts and judges

After any such proclamation has been made, the several courts of the United States, having criminal jurisdiction, and the several justices and judges of the courts of the United States, are

> *Note:*
>
> ### *§ 23.1 Court of the United States defined*
> How Current is This?
> *As used in this title, except where otherwise expressly provided [2] the Term "court of the United States" includes*
>> *the District Court of Guam,*
>> *the District Court for the Northern Mariana Islands, and*
>> *the District Court of the Virgin Islands.*

authorized and it shall be their duty, upon complaint against any alien enemy resident and at large within such jurisdiction or district, to the danger of the public peace or safety, and contrary to the tenor or intent of such proclamation, or other regulations which the President may have established, to cause such alien to be duly apprehended and conveyed before such court, judge, or justice; and after a full examination and hearing on such complaint, and sufficient cause appearing, to order such alien to be removed out of the territory of the United States, or to give sureties for his good behavior, or to be otherwise restrained, conformably to the proclamation or regulations established as aforesaid, and to imprison, or otherwise secure such alien, until the order which may be so made shall be performed.

CREDIT(S)

(R.S. § 4069.)

HISTORICAL AND STATUTORY NOTES

Codifications

R.S. § 4069 derived from Act July 6, 1798, c. 66, § 2, 1 Stat. 577.

CROSS REFERENCES

American-Japanese evacuation claims--
Definition, see 50 App. USCA § 1981.
Exclusion, see 50 App. USCA § 1982.

Claims to property transferred to custodian, see 50 App. USCA § 9.

Payment of debts, claims allowable, see 50 App. USCA § 34.

Retirement credit for period of internment of employee or Member of Congress of Japanese ancestry, see 5 USCA § 8332.

LAW REVIEW COMMENTARIES

Curious evolution of immigration law: Procedural surrogates for substantive constitutional rights. Hiroshi Motomura, 92 Colum.L.Rev. 1625 (1992).

LIBRARY REFERENCES

American Digest System
Aliens ⊶53, 54(1).
Key Number System Topic No. 24.

RESEARCH REFERENCES

ALR Library

31 ALR 2nd 321, Relief Against Forfeiture of Lease for Nonpayment of Rent.

51 ALR 233, Extent of Liability in Respect to Property Seized by Alien Property Custodian Under Trading With the Enemy Act.

Encyclopedias

Am. Jur. 2d Aliens and Citizens § 2149, Apprehension and Removal.

Forms

Federal Procedural Forms § 5:234, Restraint and Removal of Alien Enemies by Executive Order--By Court Order.

Treatises and Practice Aids

Federal Procedure, Lawyers Edition § 5:526, By Court Order.

Wright & Miller: Federal Prac. & Proc. § 3661, Actions Involving Aliens.

NOTES OF DECISIONS

Construction with other laws 1
Power of President 2

1. Construction with other laws

The authority of federal courts having criminal jurisdiction to order removal of alien enemies under this section is alternative to power given President by § 21 to provide for removal of such aliens and does not limit the jurisdiction to order such removal to the courts. U.S. ex rel. Schlueter v. Watkins, S.D.N.Y.1946, 67 F.Supp. 554. War And National Emergency ⇐1137

2. Power of President

Under § 21 of this title and this section, the President could make an order for the removal of an alien enemy by the marshal in the first instance. In re Lockington, Pa.1813, Brightly, N.P. 269.

50 U.S.C.A. § 23, 50 USCA § 23

Current through P.L. 112-71 (excluding P.L. 112-40, 112-55, and 112-56) approved 12-19-11

Westlaw. (C) 2012 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.


- ACT OCT. 6, 1917, CH. 106, 40 STAT. 411— (§§ 1—44)
  § 21. CLAIMS OF NATURALIZED CITIZENS AS AFFECTED BY EXPATRIATION

29.  § 21. CLAIMS OF NATURALIZED CITIZENS AS AFFECTED BY EXPATRIATION

The claim of any naturalized American citizen under the provisions of this Act sections 1 to 6, 7 to 39, and 41 to 44 of this Appendix shall not be denied on the ground of any presumption of expatriation which has arisen against him, under the second sentence of section 2 of the Act entitled "An Act in reference to the expatriation of citizens and their protection abroad," approved March 2, 1907, if he shall give satisfactory evidence to the President, or the court, as the case may be, of his uninterrupted loyalty to the United States during his absence, and that he has returned to the United States, or that he, although desiring to return, has been prevented from so returning by circumstances beyond his control.

30. This injured party, now addresses the problem that if the United States District Court - UNITED STATES DISTRICT COURT is acting as an "Article II court" instead of an "Article I court" under the President's power as an Administrative Court with Rule Making Powers, then

the Declarant would come under the Administrative Procedure Act of 1946, USC Title 5, 60 stat 237 which then requires the Declarant to be the "Plaintiff" in this action.

31. This injured party and Third Party of Interest, also points out that any administrative action in an "Article I legislative court" or an "Article II court," under the President's power, lacks jurisdiction in a criminal action as that court is limited to employees, agencies, or departments defined under Title 5 USC and Title 40, Public Buildings, Grounds and Works, as defined in the Classification Act 1923 and the National Industrial Recovery Act of 1933.

## V. When the United States District Court - UNITED STATES DISTRICT COURT Operates as a Foreign State Court under Treaties

All issues are incorporated in paragraphs 1 through 37 as a foundation of the Declarant's declarations of his standing in law and rebuttal of the Prosecutor's presumption(s).

32. This injured party and Third Party of Interest, will point out that in 49 stat 3097, Treaty Series 881, that duties and rights of the States of December 1933 the United States District Court - UNITED STATES DISTRICT COURT now comes under the Law of Nations and that the Declarant is not a willing or a consenting party to the Treaty.

33. This injured party and Third Party of Interest, also wishes to point out that the Treaty created by the International Organization Immunities Act of December 1945 that all public offices and officers were placed under control of the UN's jurisdiction thereby making the United States district court- UNITED STATES DISTRICT COURT a "Foreign State" under treaty and, again, that the Declarant is not a willing or a consenting party to that Treaty.

34. This injured party and Third Party of Interest, also points to the Reconstruction Act of 1868 that removed all who hold public office to a "foreign jurisdiction" and that they are considered as being a "naturalized federal citizen" as defined in the 14th amendment, and again the Declarant

reminds the court that the Declarant is not a party to this foreign jurisdiction but holds

"unalienable rights" and has inalienable rights granted by his Creator.

a. This injured party and Third Party of Interest, will remind the United States District Court -

UNITED STATES DISTRICT COURT of the "two classes" of Citizens one with "unalienable

rights" and "inalienable rights," and those who are "naturalized citizens" under their expatriation

to a Foreign State and only holding "privileges and immunities."

35. This injured party and Third Party of Interest, also points to the National Industrial Recovery

Act (48 stat 200), the Emergency Relief Appropriation Act of 1935 (49 stat 115), and the

Emergency Relief Act of 1936, Public Law No. 739, 74th Congress.

a. That any and all property of the People (of the United States of America) was turned over

to the United States Department of the Interior and the Department of Agriculture under the 1933

Bankruptcy of the United States for the Federal Government to use as assets as a credit line

provided (involuntarily) by the People.

b. This injured party and Third Party of Interest, also points to the Clearfield Trust Doctrine

(Clearfield Trust Company vs. the UNITED STATES) and that it comes under the Law of

Nations and that the use of commercial paper under commercial law and that the use of a forged

signature of GEORGE THOMAS BROKAW without his consent, his knowledge or agreement is

in conflict unless the capital name is property or a ward of the government. ( this has not been

disclosed as being the case )

36. This injured party and Third Party of Interest, rebuts the presumption that he is a Federal

employee, Federal subcontractor, or Federal contractor, State employee, State subcontractor, or

State Contractor or party to any international agreement under any treaties to which an act of

Congress has placed or pledged the United States - UNITED STATES to any international agreement.

37. Under the National Industrial Recovery Act (48 stat 200), the Federal Emergency Administrative of Public Works, and the Classification Act 1923 (Public Law No. 516) codes can only apply to the administration of who hold public office BY congressional power given to the president for the purpose for trade, or industrial association, or groups under the Civil Service laws.

a. Therefore, under the presumption that codes apply to This injured party and Third Party of Interest, under the Statutes at Large by the Act of Congress it clearly points out that the president was given power to create codes to be applied to those who hold public office under the administration, and not the Declarant or the People.

**CONCLUSION**

This injured party and Third Party of Interest, has pointed to Congressional Acts written for the district court jurisdiction and venue procedures under Title 28 USC and has failed to find any adjudicatable action other than "Civil."

This injured party and Third Party of Interest, has also pointed to the U.S. Constitution, Article III, section 2 and has clearly shown that all action is "Civil" in nature.

This Court, being under the heading of United States District Court - UNITED STATES DISTRICT COURT as a territorial court within the boundaries of the United States, sits as an "Article I Court" with limited jurisdiction under the Constitution, the Acts of Congress and under admiralty and has clearly defined jurisdictions which are NOT applicable to This injured party and Third Party of Interest.

The Court lacks jurisdiction to hear a criminal action or any such action brought by the plaintiff. Any action would fall under 28 USC, FISA, sections 1602 -1611, and under 1330 for jurisdiction, and under section 1391 for venue as a Foreign State action.

This injured party and Third Party of Interest, will remind the district court under the jurisdiction of the Federal Court the Plaintiff is required to show where there has been an aggrieved party, or that it (the government) was legally harmed in some way, by This injured party, and not just a mere Municipal infraction of a City or a Town Ordinance. Any such City or Town Ordinance cannot be in conflict with a Federal guarantee protected right under the Bill of Rights. This now becomes an "actual legal dispute in law" under the jurisdiction of 28 USC 1331 and 28 USC 1652 and Acts of Congress, and a Constitutional issue before the district court which is a "Civil Action" and not a "Criminal Action."

Any "Criminal action" falls under Title 50 under Military Jurisdiction as an "Article II Court" under a Federal District, however, if the district court is acting as an "Article II Court" then its jurisdiction comes under Title 5 USC under "Administrative Procedures" which has been explained above.

The district court lacks jurisdiction to hear any action brought by the United States Prosecutor as/in an Article II Court under the President's power under Title 5 USC unless This injured party and Third Party of Interest, is an employee or unless This injured party, is the moving party as the plaintiff.

This injured party, has clearly set forth grounds for a Dismissal in favor of This Injured party and Third Party of Interest. If the United States Prosecutor cannot rebut or debate these facts in law then this case has to be Dismissed "With Prejudice" in George-Thomas; Brokaw favor. This injured party and Third Party of Interest, is entitled to money damages as deemed by

the court and as defined under Trezevant vs. City of Tampa (741 F. 2d 336) for unlawful

detainment, false arrest and jail time.

All rights reserved and all rights reserved to amend any errors that may have occurred in

this document.

*George Thomas Brokaw*

George-thomas; brokaw
Third Party of Interest
2260 Palm Drive
 Colorado Springs, Colorado
Injured Party

## PROOF OF SERVICE

Now Comes George-thomas; brokaw by Congressional Legislation under the

Statutes at Large and by United States Codes created by the United States Congress

within the District of Columbia Territory, in the position of Injured Party and Third Party

of Interest   to set forth this document: **Requirement and wish for Dismissal;  Take**

**Judicial Notice: UNITED STATES DISTRICT COURT has limited jurisdiction and**

**venue.**

This document was sent to the UNITED STATES DISTRICT COURT OF THE

DISTRICT OF COLORADO Clerk of Courts on this 4th day of April in the year

of our Lord 2014 A.D. Declarant also delivered a copy to the Prosecution's inbox.

Clerk, please stamp and return a copy to the declarant.


George-Thomas; Brokaw
Injured Party, Third Party of Interest
2260 Palm Drive
Colorado Springs, Colorado 80918
Tombrokaw33@msn.com


**Cc**


MATTHEW T KIRSCH (Or designee)
ASSISTANT UNITED STATES ATTORNEY
1225 17th STREET SUITE 700
DENVER, COLORADO 80202