UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 13-cr-00392-CMA-2

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN J PAWELSKI,

Defendant.

Motion to Certify Plaintiff

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 7 2014
JEFFREY P. COLWELL
CLERK

I, John Joseph Pawelski, hereby moves the court to order the Department of Justice attorneys to provide certification as to who or what they are representing.

The Department of Justice provides legal services to the government. Congress is clear when it comes to writing laws. There are multiple definitions of the plaintiff in the public record and the U.S. Code. The petitioner only desires to have the DOJ provide the proper plaintiff so a court defense can be properly created.

Some of the definitions discovered in the public record are:

Wikipedia - The United States of America, commonly referred to as the United States, America, or simply the States, is a federal republic consisting of 50 states, 16 territories, and a federal district.

Bouviers 1787 page 1185 - The republic whose organic law is the constitution adopted by the people of the thirteen states which declared Their independence from Great Britain.

Free Dictionary - UNITED STATES OF AMERICA. The name of this country. The United States, now thirty-one in number, are Alabama, Arkansas, Connecticut, Delaware, Florida, Georgia, Illinois, Indiana, Iowa, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Mississippi, Missouri, New Hampshire, New Jersey, New York North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Texas, Vermont, Virginia, Wisconsin, and California.

The United States of America are a corporation endowed with the capacity to sue and be sued, to convey and

receive property. 1 Marsh. Dec. 177, 181. But it is proper to observe that no suit can be brought against the United States without authority of law.

Black's Law - the name that is given to the union of all of the states under the US Constitution where government control is vested in the people of the states.

In title 26 of the United States Code there are multiple definitions which were found. The following are excerpts from the U.S. Code book for title 26:

1) (Section 993, Tax on income in the Possessions, (g) United States defined
For purposes of this part, the term "United States" includes the Commonwealth of Puerto Rico and the possessions of the United States.

NOTE: THIS IS THE ONLY SECTION (tax on income in the Possessions of the United States) IN SUBTITLE A THAT HAS ANY TAX LAW APPLIED DIFFERENTLY THAN SECTION 7701 (9) AND (10), WHICH APPLIED TITLE 26 TERRITORIALLY AND GENERALLY TO THE DISTRICT OF COLUMBIA..

2) (Chapter 21, Section 3121 –Federal Insurance Contribution Act) "For purposes of this chapter—
   (1) State
   The term "State" includes the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa.
   (2) United States
   The term "United States" when used in a geographical sense includes the Commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa.

3) (Chapter 23, Section 3306 –Federal Unemployment Act) "For purposes of this chapter—
   (1) State
   The term "State" includes the District of Columbia, the Commonwealth of Puerto Rico, and the Virgin Islands.
   (2) United States
   The term "United States" when used in a geographical sense includes the States, the District of Columbia, the Commonwealth of Puerto Rico, and the Virgin Islands.

NOTE THE ABSENCE OF REFERENCE TO THE 50 STATES and NOTE THAT THE DEFINITIONS of the terms: "State" and "United States" are the same, for all practical purposes.

Title 18, section 5 - The term "United States", as used in this title in a territorial sense, includes all places and waters, continental or insular, subject to the jurisdiction of the United States, except the Canal Zone.

Title 31, section 103 - In this title, "United States", when used in a geographic sense, means the States of the United States and the District of Columbia.

The defendant moves the court to order the department of justice attorneys to properly define exactly which united states of America is being represented. Who is the real party of interest?

It is imperative to the defendant that the proper identification of the plaintiff be provided so a proper legal defense can be accomplished.

John Joseph Pawelski<br>
6432 Rockville Drive<br>
Colorado Springs, Colorado

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Motion to Certify Plaintiff was mailed to the Clerk of Court by first class mail and a copy sent to the Department of Justice attorney Matthew Kirsch on March 27, 2014. Clerk of the Court will send notification of such filing to all counsel of record.

John Joseph Pawelski<br>
6432 Rockville Drive<br>
Colorado Springs, Colorado