UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 13-cr-00392-CMA-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | C |
| | C |
| Plaintiff, | C |
| | C |
| v. | C |
| | C    2nd Motion to Return Property |
| JOHN J PAWELSKI, | C |
| | C |
| Defendant. | C |
| | C |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 7 2014

JEFFREY P. COLWELL
CLERK

I, John Joseph Pawelski, hereby moves the court to order the agents of the Internal Revenue Service and agents of Treasury Inspector General for Tax Administration to return all property taken from 513 Shady Crest Cr., Colorado Springs, Colorado. The property was taken during the Search and Seizure warrant of September 20, 2011. These organizations have had ample time to evaluate and copy the material taken.

John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing 2nd Motion to Return Property was mailed to the Clerk of Court by first class mail and a copy sent to the Department of Justice attorney Matthew Kirsch on March 27, 2014. Clerk of the Court will send notification of such filing to all counsel of record.

John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado