# MEMORANDUM OF INTERVIEW OR ACTIVITY

| Type of Activity: | Date and Time: |
|---|---|
| ☒ Personal Interview<br>☐ Telephone Interview<br>☐ Records Review<br>☐ Other | November 22, 2011   12:35 p.m. |
| Activity or Interview of:<br>KEVIN TEBEDO<br>1119 Fosdick Drive<br>Colorado Springs, Colorado<br>(719) 641-2474 cellular | Conducted by:<br>Special Agent Klaton Knabb<br>Special Agent William Frankel |
| | Location of Interview/Activity:<br>FBI Office<br>Colorado Springs, Colorado |

**Subject Matter/Remarks**

KEVIN TEBEDO was interviewed regarding his involvement with GEORGE T. BROKAW and members of the Republic for the united [sic] States of America (RuSA). TEBEDO was accompanied by JIMMIE HOLDEN. TEBEDO was advised that he was not the subject of a Treasury Inspector General for Tax Administration investigation, and he was free to leave the interview at any time. TEBEDO agreed to answer questions, and he provided the following information:

He recently met with Internal Revenue Service (IRS) Special Agent RON LOECKER regarding his 2006 and subsequent tax years. He told LOECKER he was going to hire a legitimate accountant to prepare and file his 2006-2010 tax returns as soon as possible, possibly within the next few weeks. He was also planning to make a large good-faith estimated payment to the IRS for his taxes.

BROKAW was the controlling trustee for his trust, and he (TEBEDO) had little input concerning the trust. The trust is currently being liquidated.

A few years ago, BROKAW approached him concerning the "Accepted for Value" process. He told BROKAW that he felt the Accepted for Value scheme was theft and illegal, and he wanted no involvement with it. BROKAW also approached him concerning Bonded Promissory Notes and 1099-OID's. At that time, he made it clear to BROKAW that he felt the Bonded Promissory Notes and 1099-OID schemes were also theft and illegal, and he wanted no involvement with either. He had no other formal discussion with BROKAW regarding the schemes; however, occasionally during casual conversation, the schemes were discussed and he always stated that he disagreed with different schemes.

He met with BROKAW last night as BROKAW is in the process of dissolving the trust, and he felt the trust would be dissolved this week. He felt BROKAW was dissolving the trust because of the "reality of what was coming."

He thinks BROKAW believes that his (BROKAW) position regarding the Acceptance for Value, Bonded Promissory Notes, 1099-OID's, and not being liable for federal income tax is constitutionally sound.

| Case Number:<br>63-1005-0031-I | Case Title:<br>BROKAW, GEORGE T. | |
|---|---|---|
| TIGTA Form OI 2028-M (Rev. 05/2002) | Page # 233 | Treasury Inspector General for Tax Administration |

00002564

EXHIBIT A - 000001

**MEMORANDUM OF INTERVIEW OR ACTIVITY (continuation sheet)**

He has heard of the RuSA group led by TIM TURNER, but he has had no involvement with the group, nor would he ever want to be associated with that group.

| Case Number: | Case Title: |
|---|---|
| 63-1005-0031-I | BROKAW, GEORGE T. |

TIGTA Form CI 2028-M (Rev. 05/2002)   Page # 234   Treasury Inspector General for Tax Administration - Investigations

00002565

EXHIBIT A - 000002