# Republicwelcome.doc

From: **John Pawelski** (abfloans@comcast.net)
Sent: Wed 10/27/10 2:14 AM
To:    Mimi Vigil (rubyred5050@gmail.com); Tom Brokaw (tombrokaw33@msn.com); Greg White (doctory@frii.com)

Please read the letter as an email introduction to the republic.
thanks

The united States of America was founded on the principles of a republican form of government. This Constitution provided the people with the power to tell their government officials what they wanted, through a voting process which every man had a right to participate. The principles are outlined in the Constitution for the united States of America and the Bill of Rights.

During the past century the American economy grew to be the most robust in history, our country became a world power and a leader of nations. The people had great liberties and money in their pockets. Our schools taught the principles which the country, the people and the government officials abided.

Well folks, the international bankers, the military industrial complex made up of large corporations moved the government officials to institute codes and regulations which began to erode our liberties and damage our economy. The idea was to slowly erode our liberties so the American people would not be shocked to find out that the freedom which so many had died for was lost. And once it is lost, it is nearly impossible to recover. If you place a frog in hot water, it will jump. Place it in cool water and place the pot on a stove to heat up and it will be content until the end. The republic form of government has been replaced by a pure democracy.

We are the frogs! We have been placed in the pot of water called a democracy and are near the end of a great experiment in human history.

Above, I said the republic has been replaced, not overridden. The republic has always been there, it has just been dormant.

Great news! The republic has been re-inhabited with interim executive, legislative and judicial

branches of government. The people of each state assembly have voted and place men and women which love this country and have angst for what has happened in the positions to operate the government. We have a grass roots process evolving which will eventually replace the democracy with a people run government.

Thousands and thousands of Americans are now standing up to restore Constitutional government. If you are tired of hearing the same lies from the politicians cut from the same cloth, tired of high taxes, poor education, petty cops and corrupt judges, attorneys who will not defend your rights-just make a deal, cameras to watch your every move, gun control so you can't protect your family, corrupt legal systems which places honest people in prison and lets the crooks go, open borders, then read and study the website, sign up yourself, family and friends. An assembly member will contact you to take an oath of allegiance to the republic. Learn how you can be a part of history. Only the people can change the way our country is headed. Do you have the courage to stand up for your prosperity, children and grandchildren.

We need numbers of people to join us in this effort. Go to the republics' website www.republicoftheunitedstates.org and find out who is to contact in your state.

Thank you for your time. God bless America.

John Joseph Pawelski, Colorado Republic Representative

EXHIBIT D - 000002

SW-PALM-00002573