IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Case No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

John J. Pawelski,

Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 7 2014

JEFFREY P. COLWELL
CLERK

## MOTION FOR THIRTY DAY EXTENSION OF TIME TO FILE MOTIONS

Petitioner, John Joseph Pawelski, respectfully moves for a thirty day extension of time of up to and including May 8, 2014 to file motions in this action. In support of this request, petitioner states as follows:

1. Petitioner has been in the process of reviewing discovery/evidence and is considering filing a limited number of motions on behalf of defendant.

2. Petitioner has discovered multiple court cases which seem applicable to the current case and time is needed to evaluate these for possible positive relationship.

3. Petitioner has mailed FOIA requests to DEA, FBI, IRS, TIGTA and the Executive offices of the United States Attorneys on April 1. The agencies have 20 business days to respond after receipt. The information included in those requests are pertinent to defendants defense.

4. Petitioner has reviewed the documents provided by the government attorneys and will need the extra time to create and mail the motions to the court clerk.

5. Petitioner has been in communication with counsel Ms. Paluch in which she stated in an email "Based on the current trial date of June 2, 2014, the government is unable to agree to an additional extension beyond the extension already granted by the Court for the filing of motions. In the event the trial date is continued, we leave any additional extension of time for the filing of motions to the Court's discretion."

6. Motions are currently due on April 8, 2014. Petitioner's schedule and the recent availability of voluminous materials have made it necessary to request an additional thirty days to complete the evidence review and research and drafting of motions.

7. I have consulted with Miller Leonard, Esq., and John Tatum, Esq. and I am authorized to state that Defendant Clara Mueller and Defendant Mimi Vigil do not

object to this request. I am unable to consult with George Thomas Brokaw regarding this request but am authorized to state that neither Mr. Leonard or Mr. Tatum object to this request.

8. This brief extension of time will not prejudice any party and will allow petitioner necessary time to conclude research and evidence review.

WHEREFORE, Petitioner John Joseph Pawelski requests as follows:
1. That the motions filing deadline in this case be extended for all parties for thirty days up to and including May 8, 2014; and

2. A corresponding seven day extension of time up to and including May 15, 2014 for the Government and other parties to file necessary responses to motions.

Respectfully submitted,
John Joseph Pawelski

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2014, a true and correct copy of the foregoing **MOTION FOR THIRTY DAY EXTENSION OF TIME TO FILE MOTIONS** was mailed to the Clerk of the Court using the first class mail. The clerk will send notification of such filing to the following:

Matthew T. Kirsch, Esq.
Assistant United States Attorney
Email: matthew.kirsch@usdoj.gov

John Tatum, Esq.
Attorney for Mimi Vigil
E-mail: john@johntatumlaw.com

Miller Leonard, Esq.
Attorney for Clara Mueller
E-mail: miller@themillerleonardlawfirm.com

And via e-mail to the following:
George Thomas Brokaw, Pro Se
2260 Palm Drive
Colorado Springs, Colorado 80918
E-mail: tombrokaw33@msn.com