**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   13-cr-00392-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    **1.**    **George Thomas Brokaw,**
    2.    John J. Pawelski,
    3.    Mimi M. Vigil, and
    4.    Clara M. Mueller,

    Defendants.

**GOVERNMENT'S RESPONSE TO PRO SE DEFENDANT GEORGE THOMAS
BROKAW'S COUNTERCLAIM [# 149]**

Pro Se Defendant George Thomas Brokaw ("defendant") filed a document entitled "Counterclaim 2nd Notice, Subpoena Duces Tecum, Order to Produce the Corpus Delicti." (Doc. # 149.)

This pleading is replete with classic tax defier nonsense and absurd arguments. To discuss and respond in detail to such frivolous arguments is "usually *not* expedient." *Wnuck v. Comm'r of Internal Revenue*, 136 T.C. No. 24, 2011 WL 2135394, at *1 (U.S. Tax Court May 31, 2011).

In general, defendant provides the Court with stray quotations from various sources without explaining how any of these citations support his cause, whatever that is. He then includes a section entitled, "Subpoena Duces Tecum," directing undersigned

1

counsel to provide him with various documents. The government responds that it has provided, and continues to provide, discovery to all defendants as required by Fed. R. Crim. P. 16, *Brady v. Maryland,* 373 U.S. 83 (1963), or *Giglio v. United States,* 405 U.S. 150 (1972).

Finally, defendant requests that the Court grant him relief under Rule 12(b)(6) as the prosecutors allegedly "failed to State a Claim for which relief can be granted." (Doc. # 149 at 9.) The defendant is citing to Fed. R. Civ. P. 12(b)(6), which is inapplicable to this criminal action.

For these reasons, to the extent the Court construe's defendant's "Counterclaim 2nd Notice, Subpoena Duces Tecum, Order to Produce the Corpus Delicti" as a motion, it should be denied.

Respectfully submitted this 18th day of April, 2014.

        JOHN F. WALSH
        United States Attorney

        s/ Martha A. Paluch
        MARTHA A. PALUCH
        MATTHEW T. KIRSCH
        Assistant U.S. Attorneys
        1225 17th Street, Suite 700
        Denver, CO 80202
        Telephone 303-454-0100
        Facsimile 303-454-0402
        Email: martha.paluch@usdoj.gov
              matthew.kirsch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

John S. Tatum, Esq.
john@johntatumlaw.com
Attorney for Mimi M. Vigil

Miller Leonard, Esq.
miller@themillerleonardlawfirm.com
Attorney for Clara M. Mueller

I hereby certify that on this 18th day of April, 2014, I emailed the foregoing to the following e-mail addresses:

George Thomas Brokaw, Pro Se
Tombrokaw33@msn.com

John J. Pawelski, Pro Se
Johnski9999@gmail.com

                                         s/ Deborah Sisung
                                         Deborah Sisung
                                         Legal Assistant
                                         United States Attorney's Office
                                         1225 17th Street, Suite 700
                                         Denver, CO 80202
                                         303 454-0100
                                         Fax: 303 454-0402
                                         Deborah.Sisung@usdoj.gov