**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   13-cr-00392-CMA-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1.    George Thomas Brokaw,
    **2.**    **John J. Pawelski,**
    3.    Mimi M. Vigil, and
    4.    Clara M. Mueller,

    Defendants.

---

**GOVERNMENT'S RESPONSE TO PRO SE DEFENDANT JOHN JOSEPH PAWELSKI'S MOTION FOR APPOINTMENT OF STANDBY COUNSEL [# 124]**

---

Pro Se Defendant John Joseph Pawelski ("defendant") requests the appointment of "standby or advisory counsel."   (Doc. # 124 at 2.)   While the government recognizes this matter is solely within the Court's discretion, the government notes the following:

On February 18, 2014, defendant's court-appointed counsel Mr. Richard N. Stuckey filed a Motion for Self-Representation by Defendant and For Withdrawal by Defendant's Present Counsel.   (Doc. # 95.)   In this motion, Mr. Stuckey represented that if the Court deemed proper, he was willing to "act as advisory counsel to Mr. Pawelski by assisting him in filing documents, requesting subpoenas, preparing necessary documentation for such requests, preparing for motions and possible trial, and in acting as liaison between Mr. Pawelski and the United States Attorney's Office when necessary,

1

all to facilitate the trial or disposition of this case." (*Id.* at 2.)

At the February 26, 2014 hearing on this motion, the Court denied without prejudice Mr. Pawelski's request to have Mr. Stuckey appointed as advisory counsel. Mr. Pawelski was advised he could file a motion for the Court to reconsider his request, setting forth specifically the reasons (other than those already set forth by Mr. Stuckey) establishing that he was entitled to the appointment of advisory counsel.

In his motion, defendant repeats many of the same reasons that appeared in Mr. Stuckey's motion*, i.e.,* that he requires assistance with the filing of documents, motions, requesting subpoenas, and preparing for trial. The government asserts that those same reasons, already considered by the Court, cannot form the basis for the relief defendant now seeks.

Defendant then lists the primary new reasons he asserts entitle him to advisory counsel. Following are the defendant's stated reasons and the government's responses:

1) Defendant has been denied an ECF account and cannot keep current with court orders, co-defendant filings, and other matters docketed in this case. (Doc. # 124 at 2.) **Response**: Defendant has articulated no prejudice as a result of receiving pleadings and court filings in this case by mail.[1] If defendant believes instantaneous access is necessary, he can access the pleadings in this case on-line by setting up a Pacer Court Links account through its website, found at www.pacer.gov. This site charges a nominal fee to print court filings.

---

[1] Undersigned counsel email their pleadings to defendant and pro se defendant George Brokaw.

2

2) Defendant lacks the knowledge regarding the issuance of witness subpoenas. **Response:** This is a topic the Court specifically addressed with the defendant at the hearing on his motion to represent himself, explaining that he would be at a disadvantage in this regard. However, Fed. R. Crim. P. 17 clearly sets forth the method by which subpoenas are issued and the payment of process costs and witness fees by the court, provided the defendant can demonstrate he is unable to pay those costs.

3) Defendant states he does not have access to jury instructions. **Response:** The Tenth Circuit Criminal Pattern Jury Instructions are available on-line using the following link:

https://www.ca10.uscourts.gov/clerk/downloads/criminal-pattern-jury-instructions.

Other free and readily available on-line sources of pattern jury instructions include Google Scholar at http://scholar.google.com and other federal circuit court websites.

4) Finally, defendant claims he cannot open the disc containing the grand jury materials. **Response:** This issue has been resolved as the government provided instructions to the defendant to assist him in opening the disc in question.

At the February 26, 2014 hearing, the Court warned the defendant of the very problems of which he now complains. The government has provided reasonable solutions to each of defendant's perceived problems, and for these reasons, submits that his Motion for Appointment of Standby Counsel (Doc. # 124) should be denied.

Respectfully submitted this 18th day of April, 2014.

>JOHN F. WALSH
>United States Attorney
>
>
>s/ Martha A. Paluch
>MARTHA A. PALUCH
>MATTHEW T. KIRSCH
>Assistant U.S. Attorneys
>1225 17th Street, Suite 700
>Denver, CO 80202
>Telephone 303-454-0100
>Facsimile 303-454-0402
>Email: martha.paluch@usdoj.gov
>          matthew.kirsch@usdoj.gov

## CERTIFICATE OF SERVICE

       I hereby certify that on this 18th day of April, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

John S. Tatum, Esq.
john@johntatumlaw.com
Attorney for Mimi M. Vigil

Miller Leonard, Esq.
miller@themillerleonardlawfirm.com
Attorney for Clara M. Mueller

       I hereby certify that on this 18th day of April, 2014, I emailed the foregoing to the following e-mail addresses:

George Thomas Brokaw, Pro Se
Tombrokaw33@msn.com

John J. Pawelski, Pro Se
Johnski9999@gmail.com

                                          s/ Deborah Sisung
                                          Deborah Sisung
                                          Legal Assistant
                                          United States Attorney's Office
                                          1225 17th Street, Suite 700
                                          Denver, CO 80202
                                          303 454-0100
                                          Fax: 303 454-0402
                                          Deborah.Sisung@usdoj.gov