**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   13-cr-00392-CMA-02

UNITED STATES OF AMERICA,

      Plaintiff,

v.

    1.      George Thomas Brokaw,
    **2.**     **John J. Pawelski,**
    3.      Mimi M. Vigil, and
    4.      Clara M. Mueller,

      Defendants.

---

**GOVERNMENT'S RESPONSE TO PRO SE DEFENDANT JOHN JOSEPH
PAWELSKI'S MOTION TO SUPPRESS EVIDENDCE –
ILLEGAL SEARCH OF HOME [# 162]**

---

      Pro Se Defendant John Joseph Pawelski ("defendant") requests an order from the Court suppressing and barring for use as evidence in trial items he alleges were seized outside the scope of the search warrant.   Defendant claims the original items should be returned to him and all copies of these items must be destroyed.   The defendant's motion must be denied because all of the items he lists were within the scope of the warrant, and therefore, no illegal search or seizure occurred.

      Attachment B to the search warrant, found at Case No. 11-sw-05439-MJW, (Doc. # 5), authorized the seizure of numerous records, documents, and materials from defendant's Shady Crest residence.   As to the first three items listed in defendant's motion pertaining to books and records of certain trusts, these documents were properly

1

seized as "evidence, fruits, and instrumentalities of violations of . . . Title 26, United States Code, Section 7201 – Attempt to Evade Tax." Attachment B at Paragraph ii.

Items 4 through 8 of defendant's list (birth certificates, books relating to court procedures, pocket constitutions, and foreclosure documents) were properly seized as documents defendant used to support his frivolous or obstructive tax claims or filings, as set forth in Paragraph 4 of Attachment B.

Items 9 through 11 (customer lists, business cards of customers and documents from mortgage claim center) were properly seized as documents related to the defendant's income, including documents potentially related to Mistar Financial, the business identified on defendant's personal income tax returns filed with the IRS, as provided in Paragraph 1 of Attachment B. The business card of TIGTA Special Agent William Frankel, referenced in Item 10, was also properly seized as a record related to communications with TIGTA, as provided in Paragraph 3 of Attachment B.

Defendant has not identified a single, specific piece of evidence seized outside the scope of the warrant. A motion to suppress "must raise factual allegations that are sufficiently definite, specific, detailed, and nonconjectural to enable the court to conclude that contested issues of fact . . . are an issue." *United States v. Sandoval,* 390 F.3d 1294, 1301 (10th Cir. 2004) (citations omitted); *United States v. Barajas-Chavez,* 358 F.3d 1263, 1266 (10th Cir. 2004) (same). In addition, defendant "bears the burden of 'proving a factual nexus' between the Fourth Amendment violation and the seizure of the evidence sought to be suppressed." *United States v. Tisdale*, 248 F.3d 964, 970 (10th Cir. 2001). Defendant's motion fails to meet any of these standards.

For these reasons, defendant's motion should be denied.

Respectfully submitted this 18th day of April, 2014.

        JOHN F. WALSH
        United States Attorney


        s/ Martha A. Paluch
        MARTHA A. PALUCH
        MATTHEW T. KIRSCH
        Assistant U.S. Attorneys
        1225 17th Street, Suite 700
        Denver, CO 80202
        Telephone 303-454-0100
        Facsimile 303-454-0402
        Email: martha.paluch@usdoj.gov
              matthew.kirsch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

John S. Tatum, Esq.
john@johntatumlaw.com
Attorney for Mimi M. Vigil

Miller Leonard, Esq.
miller@themillerleonardlawfirm.com
Attorney for Clara M. Mueller

I hereby certify that on this 18th day of April, 2014, I emailed the foregoing to the following e-mail addresses:

George Thomas Brokaw, Pro Se
Tombrokaw33@msn.com

John J. Pawelski, Pro Se
Johnski9999@gmail.com

                                                             s/ Deborah Sisung
                                                             Deborah Sisung
                                                             Legal Assistant
                                                             United States Attorney's Office
                                                             1225 17th Street, Suite 700
                                                             Denver, CO 80202
                                                             303 454-0100
                                                             Fax: 303 454-0402
                                                             Deborah.Sisung@usdoj.gov