IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   13-cr-00392-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    **1.**    **George Thomas Brokaw,**
    **2.**    **John J. Pawelski,**
    3.    Mimi M. Vigil, and
    4.    Clara M. Mueller,

    Defendants.

---

**GOVERNMENT'S RESPONSE DEFENDANTS BROKAW'S AND PAWELSKI'S MOTIONS FOR THIRTY-DAY EXTENSIONS OF TIME TO FILE MOTIONS**
**[# 156 & # 159]**

---

    Pro Se Defendants Brokaw and Pawelski both request an additional thirty days to file additional motions (Doc. #s 156 and 159).   Given the number of motions both Defendants have already filed, it is difficult to imagine that there are other, non-frivolous motions remaining.   Also, some of the grounds set forth in their motions, such as Defendant Brokaw's reliance on the inapplicable Rules of Civil Procedure, clearly do not justify an extension.   The government nevertheless recognizes that these Defendants are acting *pro se* and does not object to an extension if the Court believes one is warranted.   If the Court grants an extension, the government requests fourteen days to respond to any additional motions filed.

Respectfully submitted this 18th day of April, 2014.

                JOHN F. WALSH
                United States Attorney


                s/ Matthew T. Kirsch
                MATTHEW T. KIRSCH
                MARTHA A. PALUCH
                Assistant U.S. Attorneys
                1225 17th Street, Suite 700
                Denver, CO 80202
                Telephone 303-454-0100
                Facsimile 303-454-0402
                Email: martha.paluch@usdoj.gov
                        matthew.kirsch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

John S. Tatum, Esq.
john@johntatumlaw.com
Attorney for Mimi M. Vigil

Miller Leonard, Esq.
miller@themillerleonardlawfirm.com
Attorney for Clara M. Mueller

I hereby certify that on this 18th day of April, 2014, I emailed the foregoing to the following e-mail addresses:

George Thomas Brokaw, Pro Se
Tombrokaw33@msn.com

John J. Pawelski, Pro Se
Johnski9999@gmail.com

    s/ Deborah Sisung
    Deborah Sisung
    Legal Assistant
    United States Attorney's Office
    1225 17th Street, Suite 700
    Denver, CO 80202
    303 454-0100
    Fax: 303 454-0402
    Deborah.Sisung@usdoj.gov