**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   13-cr-00392-CMA-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1.    George Thomas Brokaw,
    2.    **John J. Pawelski**,
    3.    Mimi M. Vigil, and
    4.    Clara M. Mueller,

    Defendants.

**GOVERNMENT'S RESPONSE TO PRO SE DEFENDANT JOHN JOSEPH
PAWELSKI'S MOTION TO CERTIFY PLAINTIFF [# 150]**

In this pleading, Pro Se Defendant John Joseph Pawelski "moves the court to order the department of justice attorneys to properly define exactly which united states of America is being represented" in this action, and to state who the real party of interest is. (Doc. 150 at 3.)

To the extent defendant is requesting some form of binding certification, his motion should be denied. To the extent he is seeking clarification, the government responds to defendant's motion by stating that the plaintiff in this case is the federal government, as represented by the Executive Branch, which is tasked to enforce federal law. *United States v. Rockwell Int'l Corp.,* 282 F.3d 787, 805 (10th Cir. 2002) (the Take Care Clause of Article II of the United States Constitution provides that "the Executive is the branch of

1

government which 'shall take Care that the laws be faithfully executed.'") (citing U.S. Const., art. II, § 3); *see also* 28 U.S.C. § 547 ("each United States Attorney, within his district, shall – (1) prosecute for all offenses against the United States . . . .").

Respectfully submitted this 18th day of April, 2014.

JOHN F. WALSH
United States Attorney


s/ Martha A. Paluch
MARTHA A. PALUCH
MATTHEW T. KIRSCH
Assistant U.S. Attorneys
1225 17th Street, Suite 700
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Email: martha.paluch@usdoj.gov
matthew.kirsch@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

John S. Tatum, Esq.
john@johntatumlaw.com
Attorney for Mimi M. Vigil

Miller Leonard, Esq.
miller@themillerleonardlawfirm.com
Attorney for Clara M. Mueller

I hereby certify that on this 18th day of April, 2014, I emailed the foregoing to the following e-mail addresses:

George Thomas Brokaw, Pro Se
Tombrokaw33@msn.com

John J. Pawelski, Pro Se
Johnski9999@gmail.com

s/ Deborah Sisung
Deborah Sisung
Legal Assistant
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
303 454-0100
Fax: 303 454-0402
Deborah.Sisung@usdoj.gov