**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   13-cr-00392-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1.    George Thomas Brokaw,
    2.    John J. Pawelski,
    3.    Mimi M. Vigil, and
    4.    Clara M. Mueller,

    Defendants.

---

## GOVERNMENT'S MOTION TO RE-SCHEDULE STATUS CONFERENCE

---

The United States respectfully requests that the Court re-schedule the status conference currently set for 2:30 p.m. on July 2, 2014.   Although AUSA Paluch is available at that time and can cover the hearing if necessary, AUSA Kirsch will be out of the office on a vacation that was scheduled prior to the entry of the Court's Order setting the hearing (Doc. # 164).   The government believes it would be preferable to have all counsel present at the status conference, particularly if additional scheduling will occur at the conference.

The government has attempted to confer with the other parties about this motion. Counsel for Defendants Vigil and Mueller do not oppose the motion, and counsel for Defendant Vigil may also be unavailable on July 2.   Defendant Pawelski opposes the motion "unless there is a personal reason why [AUSA Paluch] is incapable to handle the

1

hearing." Defendant Brokaw has not responded to an email sent on April 18th asking for his position.

If the Court grants this motion, the government arrange for all parties to call chambers to re-schedule the hearing. The government can also report that both of its counsel, counsel for Defendant Vigil, and counsel for Defendant Mueller are available at any time on the following days: June 23, June 25-27, and June 30.

Respectfully submitted this 22nd day of April, 2014,

JOHN F. WALSH
United States Attorney

s/ Matthew T. Kirsch
MATTHEW T. KIRSCH
MARTHA A. PALUCH
Assistant U.S. Attorneys
1225 17th Street, Suite 700
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Email: martha.paluch@usdoj.gov
matthew.kirsch@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of April, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:


John S. Tatum, Esq.
john@johntatumlaw.com
Attorney for Mimi M. Vigil

Miller Leonard, Esq.
miller@themillerleonardlawfirm.com
Attorney for Clara M. Mueller


      I hereby certify that on this 22nd day of April, 2014, I emailed the foregoing to the following e-mail addresses:

George Thomas Brokaw, Pro Se
tombrokaw33@msn.com

John J. Pawelski, Pro Se
Johnski9999@gmail.com


      s/ Deborah Sisung
Deborah Sisung
Legal Assistant
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
303 454-0100
Fax: 303 454-0402
Deborah.Sisung@usdoj.gov