UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

UNITED STATES OF AMERICA
ENTITY UNDISCLOSED
    Plaintiff Unidentified

CASE # 1:13 cr 00392-CMA

      VS

Constitutional Article III Court
Judge Christine M. Arguello
Designated Judge

GEORGE THOMAS BROKAW (Government
Registered Trade Name, Ward, Trust, Estate)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO, ZIP CODE 80918

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 1 2014

JEFFREY P. COLWELL
CLERK

George-Thomas; Brokaw
Injured Party, a living man
2260 Palm Drive
Colorado Springs, Colorado
  American National, Third Party of Interest

**TAKE JUDICIAL NOTICE. FEDERAL RULES OF CIVIL PROCEDURE, RULE 5.1. CONSTITUTIONAL CHALLENGE TO A STATUTE**

Comes now, George Thomas Brokaw, Injured Party, with this Constitutional Challenge

to this District Court, UNITED STATES DISTRICT COURT, and by incorporation,

includes Memorandum of Law entered into the Court by Sean Michael Carney in THE

SUPREME COURT OF THE UNITED STATES, Fall Term 2013. George Thomas

Brokaw incorporates the following pages; pages marked 1 through 19 and Exhibits

marked (A through H) to be placed on the record and to be placed as evidence on the

record of case # 1:13cr 00392-CMA.

1
1

Whereas, George Thomas Brokaw is listed as a Plaintiff in this action before THE

SUPREME COURT.

Whereas, Federal Rules of Evidence, Rule 402, Rule 501, and Rule 802 apply, "all

relevant evidence is admissible, the United States Constitution, a federal statute, rules

prescribed by the Supreme Court." The District Court must allow the Constitution and

acts of Congress to be admitted as evidence in every case, local District Court rules to the

contrary notwithstanding.


TAKE JUDICAL NOTICE. RULES OF COURT, FEDERAL RULES OF EVIDENCE
402,501,802,902 ADMISSABLE EVIDENCE, FEDERAL RULES OF CRIMINAL
PROCEDURE RULE 5.(d) PROCEDURE IN A FELONY CASE

## IN THE SUPREME COURT OF THE UNITED STATES
### FALL TERM 2013
### QUESTIONS PRESENTED

### ISSUE ONE:  Whether the Court Lost Jurisdiction When the Statute is Invalid

- Whether a District Court judge must stop all proceedings once jurisdiction is challenged and address the question of jurisdiction.
- Whether a District Court judge must follow the law as presented by the Constitution and Supreme Court, or can create his/her own law.
- Whether A District Court judge must follow the Quorum Clause of the Constitution, Article I, Section 5, Clause 1.
- Whether a District Court Judge must follow the Supreme Court's only quorum ruling in *United States v. Ballin, Joseph & Co*., 144 U.S. 1, 3 (1892) in which the Supreme Court states that in order for any bill to be valid, the Journals of both Houses **must** show that it was passed in the presence of a quorum.
- Whether judicially noticed facts from the Congressional Record, 93 Cong. Rec. 5049, in which the House voted 38 to 6, without a quorum in place, render Public Law 80-772 invalid.
- Whether a District Court Judge is presumed to know the law or where to find it.
- Whether district court or appellate court rulings can overturn the Constitution and Supreme Court.
- Whether the Constitution of the United States is frivolous.

### LIST OF PARTIES

*Petitioner*

- **Sean Michael Carney, et al** – The parties all have a similar issue.  All were

  charged and/or convicted pursuant to the only statute that authorizes a charge

  against a person in the United States.

*Respondent*

- **The United States Department of Justice, which is the party enforcing illegal**

  **prosecutions against Petitioners.  The United States attorneys are supposed**

  **to have candor with the court and to present not only the law that supports**

3
3

**their position, but also the law that does not support their position. Despite their requirement of candor to the court, the U.S. Attorneys fully abdicated their Responsibility to the court and Defendants by prosecuting pursuant to an invalid statute.**

## ISSUES PRESENTED

*Issue One: Whether an Inferior Court Can Overturn the Constitution and Rulings of the Supreme Court*

This issue relates to the validity of Public Law 80-772. Lower court rulings do not matter in this case. The law is simple and for any lower court to refuse to follow the law is a violation of their oath of office, i.e. perjury of oath of office, judicial bias and violations of 28 USC sections 454 (practicing law from the bench) and 455 (lack of an independent court). The lack of an independent court alone is structural error and requires dismissal of the case.

The lower courts can only obtain their jurisdiction pursuant to 18 USC section 3231. 18 USC section 3231 is part of the passage of Public Law 80-772 (Title 18 in the 80th Congress). Under the In Toto Provision, if Public Law 80-772 is invalid, 18 USC section 3231 is invalid.

Only one vote occurred in the House of Representatives on Title 18 during the 80th session of Congress. That vote was on May 12, 1947. The records of the House, 93 Cong. Rec. 5049, which is **judicially noticed**, show only a vote of 38 to 6, when 435 members were in the House. 218 members were required in the Hall of the House to constitute a quorum.

4
4

The quorum clause of the Constitution, Article 1, Section 5, Clause 1, requires a quorum of both Houses to pass a bill. The only Supreme Court case, *Ballin*, infra, supports the Quorum clause of the Constitution. For an inferior court to attempt to overrule the Constitution's Quorum clause and *Ballin*, constitutes perjury of oath of office by the judge and structural error as a matter of law (biased judge).

The court cannot obtain jurisdiction pursuant to the prior statute in 1940, 18 USC section 546, since that statute was repealed in 1948.

The court cannot obtain jurisdiction pursuant to the statute in 1909 since that statute had different terms and requirements, and any use of that statute would be in violation of the Fair Warning Doctrine.

The court cannot use the Enrolled Bill rule, *Marshall Field v. Clark*, 43 US 649 (1892)infra, because *Marshall Field* was distinguished by *Clinton v. New York*, 524 US 417 (1998) and *United States v. Munoz-Flores*, 495 US at 391, n.4, in which the Supreme Court declared the enrolled bill rule only applied to non-constitutional violations.

The court cannot attempt to overturn the Supreme Court precedent, because the Supreme Court was the only court specifically authorized by the Constitution. The Supreme Court has repeatedly warned the lower courts not to attempt to overturn its rulings. *Infra*.

The court cannot declare this issue frivolous because that would be declaring the Constitution of the United States and the Supreme Court frivolous.

The court cannot make a ruling based on prior faulty rulings in lower courts because that would be declaring the Constitution of the United States and the Supreme Court without any authority in the United States.

5
5

## CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED
### *Article 1, Section 5, Clause 1, of the Constitution*:

 "Each House shall be the judge of the Elections, Returns and Qualifications of its own Members, and a Majority of each shall constitute a Quorum to do Business; but a smaller Number may adjourn from day to day, and may be authorized to compel the Attendance of absent Members, in such Manner, and under such Penalties as each House may provide."

### *United States Constitution – 1ˢᵗ Amendment*
Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.


### *United States Constitution – 5ᵗʰ Amendment*
No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

### *United States Constitution – 6ᵗʰ Amendment*
In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.

### *United States Constitution – 8ᵗʰ Amendment*
Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

### *The Sixth Amendment  Right to Self-Representation*
S`ee, e.g., *Neder v. United States*, 527 U.S. 1, 8 (1999)("denial of self-representation at trial" is "'structural error,' and thus [os] subject to automatic reversal"); *Johnson v. Unites States*, 520 U.S. at 469; *Sullivan v. Louisiana*, 508 U.S. at 279; *Fulminante*, 499 U.S. at 310(majority opinion on this point of Rehnquist, C.J.); *McKaskle v. Wiggins*, 465 U.S. 168, 177-78, n.8 (1984); *Myers v. Johnson*, 76 F.3d 1330, 1336-39 (5ᵗʰ Cir. 1996)(per curiam)(per se prejudice rule applies to denials of self-representation on appeal as well as at trial); *Peters v. Gunn*, 33 F.3d 1190, 1193 (9ᵗʰ Cir. 1994)("Improper denials of the right to self-representation are not subject to harmless error analysis.").

### *18 USC Section 4001(a)*
No citizen shall be imprisoned or otherwise detained by the United States except pursuant to an Act of Congress.

6
6

***5 USC section 556(d), 557, and 716.***  Once Due Process is violated, jurisdiction ceases.
***28 USC section 636(c )***
**(c)** The Director shall furnish to each United States magistrate judge appointed under this
chapter an official impression seal in a form prescribed by the conference. Each such
officer shall affix his seal to every jurat or certificate of his official acts without fee.

## CASES INVOLVED

*Marbury v. Madison*, 5 US 137 (1803), was a landmark United States Supreme
Court case in which the Court formed the basis for the exercise of judicial review in the
United States under Article III of the Constitution.

*State Oil Co. v. Khan*, 522 U.S. 3, 20 (1997)("it is this Court's prerogative alone
to overrule its own precedent).

*United States v. Ballin, Joseph & Co*., 144 U.S. 1, 3 (1892) (In order for any bill
to be valid, the journals of both Houses must show that it was passed in the presence of a
Quorum).

*Carol Ann Bond v. United States*, 09-1227, 6/16/11 (Any statute repugnant to the
Constitution is void ab initio).

*McGrath v. Kristensen*, 340 US 162 (1972)(Lack o Article III jurisdiction cannot
be waived and cannot be conferred upon a federal district court by consent, by action, or
by stipulation).

*Stoll v. Gottlieb*, 305 US 171-172 (1938) (the validity of an order on sentencing of
a fedral district court depends upon that court having jurisdiction over both the subject
matter and the defendant).

*Angel v. Bullington*, 330 US 183 (1947) (unless the power and authority of the
court to perform a contemplated act can be found in the constitution or laws enacted
therein, it is without jurisdiction and its acts are invalid).  See also LeMieux Bros. Inc. v.
Tremont Lumber Co.m, Ltd., 140 F.2d 387, 389 (5th Cir. 1944); *Thomas v. Arn*, 474 US
140 (1985)(quoting *United States v. Payner*, 447 US 727 (1890)("[e]ven a sensible and
efficient use of the supervisory power [of the court] however, is invalid if it conflicts with
constitutional or statutory provisions.  A contrary result would confer on the judiciary
power to disregard the considered limitation of the law it is charged with enforcing.").

*Berger v. United States*, 295 US 78, 88 (1935) overruled on other grounds,
*Stirone v. United States*, 361 U.S. 212 (1960) (The United States attorney is the
representative not of an ordinary party to a controversy, but of a sovereignty whose
obligation to govern impartially is as compelling as its obligation to govern at all; and
whose interest, therefore, in a criminal prosecution is not that it shall win a case, but that
justice shall be done.  As such, he is in a peculiar and very definite sense the servant of
the law, the twofold aim of which is that guilt shall not escape or innocence suffer.  He
may prosecute with earnestness and vigor-indeed, he should do so.  But while he may
strike hard blows, he is not at liberty to strike foul ones.  It is as much his duty to refrain
from improper methods calculated to produce a wrongful conviction as it is to use every
legitimate means to bring about a just one.

*US v. Kis*, 658 F.2d 526 (7th Cir. 1981)("Indeed no more than that [Affidavits] is
necessary to make the prima facie case." *Id* at 536.  "Moreover the threshold of
relevance is a low one." *Id* at 537.  "The burden is therefore on the Respondent who

7
7

must come forward with special facts to support a legally sufficient rebuttal or defense." *Id* at 538-539.

*Groh v. Ramirez*, 540 U.S. 551, 563, 564 (2004) "If the law was clearly established . . . a reasonably competent public official should know the law governing his conduct." Citing *Harlow v. Fitzgerald*, 457 U.S. 800, 818-819 (1982); *State of Ohio v. Davis*, 584 N.E.2d 1192, 1196 (Sup.Ct. Ohio 1992) "**Judges**, unlike juries, **are presumed to know the law**."; *Leary v. Gledhill*, 84 A.2d 725, 728 (Sup.Ct. NJ 1951), 497 U.S. 639. "A court will in general take **judicial notice of and apply the law of its own jurisdiction without pleading or proof thereof**, the **judges being deemed to know the law or at least where it is to be found**."

*Johnson v. Zerbst*, 304 US 458, 468 ("If the Bill of Rights is not complied with, the court no longer has jurisdiction to proceed.  The judgment….pronounced by a court without jurisdiction is void…")

*Melo v. US*, 505 F.2d 1026(1974) ("Once jurisdiction has been challenged the court cannot proceed when it clearly appears that the court lacks jurisdiction.  The court has no authority to reach merits, but rather, should dismiss the case.")

*Joyce v. U.S.*, 474 F.2d 215 (1973) ("There is no discretion to ignore lack of jurisdiction).

*Rhode Island v. Massachusetts*, 37 US 657 (1838) (When jurisdiction is challenged, all proceedings must stop and the other party must prove it on the record).

Petitioner incorporates the Constitutional Provisions, the rulings, the statutes, herein in all areas of this petition.

## STATEMENT OF THE CASE

### ISSUE ONE:

8

8

The District Court refused to allow Petitioner to challenge the court's jurisdiction. A motion for dismissal of the case was presented to the Judge on xxxx. The judge refused to follow Supreme Court precedent and the Constitution and properly rule in the case.

Since the Motion challenged the court's jurisdiction, the Court was required to address the issue of its own jurisdiction immediately. Instead, the court abdicated jurisdiction when they refused to properly address the issue. See Exhibit A, docket sheet of the court.

Jurisdiction is a threshold issue. The district court cannot proceed until the jurisdiction issue is resolved. Since the district court refuses, Petitioner has no choice but to have the Appellate Court declare that the district court has no jurisdiction over the case. When this issue was presented to the court, the court abdicated responsibility. The court then conducted a hearing after it had notice of service of the mandamus and issued conclusory rulings.

## JURISDICTION

The jurisdiction of the Court of Appeals comes from:

FRAP 21, Extraordinary Writs

The All Writs Act, 28 USC section 1651.

The District Court's abdication of jurisdiction over the issue.

Article III of the Constitution

## The Fundamental Rights of Petitioner

9
9

Petitioner, as a citizen, has a fundamental and absolute right to Due Process of law pursuant to the 5th Amendment.  Petitioner has, as a citizen of the United States a fundamental and absolute right of access to the Courts pursuant to the 1st Amendment. Petitioner has, as a citizen of the United States, a fundamental and absolute right to a speed and public trial by an impartial jury of the State and district wherein the crime shall have been committed, to be informed of the nature and cause of the accusation, to be confronted with the witnesses against him, to have compulsory process for obtaining witnesses in his favor, and to have assistance of counsel for his defense pursuant to the 6th Amendment.  Petitioner has, as a citizen of the United States, a fundamental and absolute right to be free from cruel and unusual punishment pursuant to the 8th Amendment.  This court has a duty to the Constitution to uphold Petitioner's rights and to make sure that inferior courts uphold Petitioner's rights.  See Ward v. Maryland,

79 U.S. 419, 430 (1870.

## REASON FOR GRANTING THE WRIT

The only court that can resolve the issue of the district court's jurisdiction is the court of appeals.  The District Court has abdicated the responsibility its responsibility to investigate its own jurisdiction and refused to allow Petitioner to allocate.    The district court has made conclusory rulings and acted as a second prosecutor in this case. Petitioner is currently confined unreasonably in violation of the 8th Amendment of the Constitution.  Petitioner cannot get resolution from the District Court without going through a long process in which the judge, by his actions, has already declared himself biased.  Therefore, the District Court has transferred jurisdiction to the Court of Appeals by its actions.

10
10

The issue of jurisdiction is a threshold issue, and no valid case may be had if the court lacks jurisdiction.  The failure of the lower court to immediately address the issue requires the Appellate Court to address the issue.

The issue of a fraudulent warrant and indictment is also a threshold issue.

## HISTORY OF THE CASE

Petitioners were charged with violations of Federal Law pursuant to

### A.        H.R. 3190 In The First Session Of The 80th Congress

H.R. 3190 was introduced and committed to the Committee of the entire House of Representatives on the State of the Union of the First Session of the 80th Congress entitled "Crimes and Criminal Procedure." See House Report No. 304 (April 24, 1947), p. 1 (App. 67).  See also 94 Cong. Rec. D556-D557 (Daily Digest) (charting H.R. 3190) (App. 65-66).  H.R. 3190 differed from "five … bills which … preceded it … [because] it constitute[d] a revision, as well as a codification, of the Federal laws relating to crimes and criminal procedure." 93 Cong. Rec. 5048-5049 (May 12, 1947) (App. 45-46).  The bill was intended (1) to revise and compile **all** of the criminal law, (2) to "restate[]" and "consolidate[]" "existing statutes," (3) to "repeal" "obsolete, superseded, redundant and repetitious statutes," (4) to coordinate the Criminal Code with the "Federal Rules of Criminal Procedure" formerly enacted, and (5) to "clarify and harmonize" penalties of the "many acts" passed by Congress which were found to be "almost identical."  (Id.) "The bill was ordered to be engrossed and read a third time, was read a third time, and passed" the House on May 12, 1947, id.; Journal of the House of Representatives ("House Journal"), May  12, 1947, pp. 343-344 (App. 4-5); 94 Cong. Rec. D556-D557

(showing H.R. 3190's only passage by the House of Rep. on May 12, 1947), sent to the Senate and there "referred … to the Committee on the Judiciary." 93 Cong. Rec. 5121, May 13, 1947 (App. 47); Journal of the Senate ("Senate Journal"), May 13, 1947, p. 252 (App. 10).[1]

As passed and enrolled by the House of Representatives H.R. 3190 included at section 3231, Subtitled "District Courts," the following text:

> Offenses against the United States shall be cognizable in the district courts of the United States, but nothing in this title shall be held to take away or impair the jurisdiction of the courts of the several states under the laws thereof.

H.R. 3190 as passed by the H. of Rep., p. 367, § 3231 (App. 110).  See United States v. Sasscer, 558 F. Supp. 33, 34 (D.MD. 1982).

On July 27, 1947, Congress adjourned without the Senate passing H.R. 3190.  See 93 Cong. Rec. 10439, 10522 (July 26, 1947) (App. 48-49).  On November 17, 1947, Congress reconvened pursuant to a Presidential proclamation.  Yet, Congress again "adjourned *sine die* on December 19, 1947," without the Senate passing H.R. 3190. Kennedy v. Sampson, 511 F.2d 430, 444 Appendix n. 4 (D.C. Cir. 1974).

**B.**        **H.R. 3190 In Second Session Of The 80th Congress**

The Senate Committee on the Judiciary reported amendments to H.R. 3190 on June 14, 1948, under Sen. Rep. No. 1620.  94 Cong. Rec. 8075 (June 14, 1948) (App.

---

[1]        The Senate Journal for May 13, 1947, was approved by the Senate on May 14, 1947, Senate Journal, p. 259 (App. 11), and the House Journal for May 12, 1947, was approved by the House on May 13, 1947.  House Journal, p. 346 (App. 6).  The Journals of the two Houses are admissible as evidence when properly certified.  28 U.S.C. § 1736.  See also House Doc. No. 355, 59th Cong., 2nd Sess., Hinds' Precedents of the House of Representatives, § 2810, p. 34 (G.P.O. 1907) ("Certified extracts of the Journal are admitted as evidence in the courts of the United States.")  (App. 85).  Cf. Fed. R. Evid. Rule 902(5); see 28 U.S.C. § 2072(a) and (b).

12

12

50); Senate Journal, June 14, 1948, p. 452 (App. 34).[2]  Sen. Rep. No. 1620 contained "a

large volume of amendments" and "the new Federal Rules of Criminal Procedure [were]

keyed to the bill and [were] reflected in part II of [the new proposed] title 18." Heralding

that, upon passage of the amended bill, "[u]ncertainty will be ended," the Senate wanted

"the amendments adopted en bloc," including a new jurisdictional section for Title 18.

94 Cong. Rec. 8721 (App. 51).  The report contained only the proposed amendments.

See Sen. Rep. No. 1620, pp. 1 & 4 (App. 103-104).

   "[T]he amendments were considered and agreed to en bloc" and then "ordered to

be engrossed." 94 Cong. Rec. 8721-8722 (June 18, 1948) (App. 51-52), Senate Journal,

June 18, 1948, p. 506 (H.R. 3190, "as amended," passed the Senate) (App. 37).  It was

moved that "the Senate insist upon its amendments" by the House (94 Cong. Rec. at

8722); and "[o]rdered that the Secretary request the concurrence of the House of

Representatives in the amendments."  Senate Journal, supra, p. 506; House Journal, June

18, 1948, p. 688 (App. 16).

   The House received the proposed amendments.  The Clerk "read the Senate

amendments" collectively into the record with which the House concurred.  94 Cong.

Rec. 8864-8865 (June 18, 1948) (App. 53-54); House Journal, June 18, 1948, p. 704 (the

"said Senate amendments were concurred in") (App. 17).  Although "[t]he House agreed

to the amendments to ... H.R. 3190," Senate Journal, June 18, 1948, p. 510 (App. 38), no

action was taken on H.R. 3190 as amended.[3]  The Journal of the House of

---

[2]     The Senate approved its Journal for June 14, 1948.  Senate Journal, June 15, 1948, pp.
461-462 (App. 35-36).
[3]     The House approved the Journal for June 18, 1948, House Journal, p. 714 (June 19, 1948,
approving Journal for "legislative day of ... June 17, 1948" – i.e., calendar day of June 18, 1948) (App.
18); id. at p. 669 (showing Friday, June 18, 1948, as "legislative day of Thursday, June 17, 1948") (App.
13

Representatives is devoid of any vote on H.R. 3190 itself on June 18, 1948, and thereafter through adjournment on June 20, 1948.  Moreover, the official historical chart of H.R. 3190 clearly shows the *only* passage by the House of Representatives occurring on May 12, 1947, and specifically references volume 93, page 5048 of the Congressional Record as the recorded date the House passed the bill.  94 Cong. Rec. D556-D557 (Daily Digest).

### ***THE FOLLOWING ISSUES HAVE BEEN RESOLVED IN THIS CASE***

Petitioners were charged with violation of federal law pursuant to 18 USC section 3231 on 7/16/13.

18 USC section 3231is the only authority the lower courts have to exercise jurisdiction over a criminal case.  See Public Law 80-772.  Without authority pursuant to 18 USC section 3231, the district court has no authority to hear the underlying case.

According to the In Toto Doctrine, if Public Law 80-772 is invalid, 18 USC section 3231 is likewise invalid.

The Supreme Court is the only court authorized by the Constitution.

It is the Supreme Court's prerogative alone to overturn their own precedent. *Infra.*

The Supreme Court authorized Congress to create lower (inferior) courts as deemed necessary.  Article II, Section 2, Constitution.

Under the Rule of Stare Decisis, the Constitution is the lead authority of law in the United States, followed then by the Supreme Court.

The Supreme Court, then followed by the Courts of Appeals, have the right to interpret what the Constitution means.  See Article III, Section 1, of the Constitution.

---

15), and the Senate approved its Journal for June 18, 19 and 20, 1948.  Senate Journal, July 26, 1948, p. 593 (App. 44).

14

14

The inferior courts are only authorized to act according to the Constitution, the Supreme Court precedent, and the valid laws enacted by Congress.

A lower inferior court has no authority to overturn the Constitution, and no authority to overturn Supreme Court precedent.

The court cannot take jurisdiction pursuant to the prior statute in 1940, 18 USC section 546, because that statue was repealed in 1948.

The court cannot take jurisdiction pursuant to the prior statute in 1909 because that would be in violation of the Fair Warning Doctrine.

The court or government cannot use the Enrolled Bill Rule pursuant to the ruling in *Marshall Field v. Clark*, 143 US 649 (1892), because that Rule was distinguished or overruled by *Clinton v. New York*, 524 US 417 (1998) and *United States v. Munoz-Flores,* 495 US 385 (1990), when the Supreme Court ruled that the Enrolled Bill Rule only applied to non-constitutional violations.

*United States v. Ballin, Joseph & Co.*, 144 U.S. 1, 3 (1892) is the only Supreme Court case that has determined the quorum issue (in order for any bill to be valid, the journals of both Houses must show that it was passed in the presence of a Quorum).

Article I, Section 5, Clause 1, of the Constituion requires a Quorum to be in place in Congress for Congress to legally do business.

Petitioner takes mandatory judicial notice pursuant to FRE 201 of 93 Cong. Record 9049. On May 12, 1947, a voice vote of 38 to 6 was held by the House on Public Law 80-772. 218 members of the House were required to be entered to show that a quorum present.

15
15

18 USC section 4001(a) forbids anyone to imprison a citizen except through a valid act of Congress.

Thus, Public Law 80-772 was never passed into law since no quorum was in place on May 12, 1947 for the House  for a vote on Public Law 80-772, the only vote taken by the House, rendering 18 USC section 3231 invalid and the Court without jurisdiction to prosecute.

## CONCLUSION

The District Courts and the Courts of Appeals have transferred jurisdiction to this court because those courts refuse to follow the Constitution and Supreme Court rulings. Therefore, this court is the only court that can force the inferior courts to rule in favor of the Constitution and Supreme Court precedent.  Petitioner has established as a matter of law that this court must issue an order declaring the indictments and all proceedings related to the indictments  null and void, ***ab initio***.

## PRAYER FOR RELIEF

Petitioner moves this Honorable Court to:

Declare that lower courts have no authority to overturn the Supreme Court and its ruling;

Declare that Petitioners are actually innocent as a matter of law;

Declare that anyone under any confinement be immediately released;

And for such other and further relief the court deems just and proper.

Respectfully submitted,

Sean Michael Carney, et al

16
16

**NOTARY**

On this the _____day of _____came before me David noe, personally known to me, and certified that the facts stated herein are true and correct under the penalty of perjury.

Sean Michael Carney

**CERTIFICATE OF SERVICE**

On this the _____day of _____, a true and correct copy of the foregoing was served on:

Opposing counsel

Sean Michael Carney

July 31, 2010

Office of the Clerk
U.S. House of Representatives
Washington, D.C. 20515-6601

Dear Clerk:

I am hopeful that you can answer some questions pertaining USC
Title 18 (1948), Public Law 80-772 and House Bill 3190.

1.) It is my understanding that Bill H.R. 3190 was passed by
    the House of Representatives on May 12, 1947. At the time
    of the vote, was a quorum of the members of the House of
    Representatives present? Please send me a copy of the
    the Congressional Journal for that day showing the names
    of the members as written.

2.) Please send me a copy of H.R. 3190 that was voted upon on
    May 12, 1947.

3.) During the 80th Congress, Congress adjourned several times.
    Please send me the date of each adjournment and indicate
    which of these adjournments were sine die, especially the
    adjournments on July 27, 1947 and December 19, 1947.

4.) What constitutes a sine die adjournment?

5.) On December 19, 1947 Congress convened by Presidential
    proclamation. Was this a new session of Congress?

6.) During the 80th Congress how many times did the House of
    Representatives vote upon the text of H.R. 3190?

7.) The text of H.R. 3190 was passed by the Senate during the
    2nd session of the 80th Congress. Was this text exactly
    the same as the Text voted upon by the House of Repre-
    sentatives?


Thank you very much for your help in this matter.


Sincerely,

Kevin C. Felts
45128-079-___
Box26020
Beaumont, TX  77720


**Exhibit (A)**

LORRAINE C. MILLER
CLERK

DEBORAH M. SPRIGGS
DEPUTY CLERK

ROBERT F. REEVES
DEPUTY CLERK

MARIA A. LOPEZ
DEPUTY CLERK

# Office of the Clerk
## U.S. House of Representatives
### Washington, DC 20515–6601

August 24, 2010

Thank you for contacting the Office of the Clerk.

Our office has conducted research of the House Journal and the Congressional Record in regards to HR 3190 and the voice vote that was taken on May 12, 1947. After researching these official proceedings of the US House of Representatives we have been unable to find the names of the 44 Members who responded to the voice vote. We have included pages from the House Journal and the Congressional Record that shows the proceedings of that day as far as the quorum is concerned. The text of HR 3190 passed on May 12, 1947 it was debated, engrossed and the motion was laid on the table. HR 3190 was passed by the House and Senate on June 18, 1948 and became Public Law 80-772 on June 25, 1948. The House Convened on December 19, 1947 for daily business the start of a new session of Congress was January 6, 1948. We hope the provided information and documentation will aid in your research.

Legislative Resource Center

Office of the Clerk

US House of Representatives

**Exhibit (B)**

Office of the Clerk
U.S. House of Representatives
Washington , DC 20515-601
June 28, 2000

Dear Mr. Degan:

Thank you for your letter requesting information on Title 18.

In response to your inquiry, Congress was in session on June 1,3,4,7-12, and 14-19, 1948, however, Title 18 was not voted on at this time.  As you may know, Title 18 covers 845 pages in the U.S.Code and this wording was developed over many years.  Signed copies of laws are archived at the National Archives and Records Administration and are not available to the public.

I hope that I have been of some assistance to you.  For future reference, most federal depository libraries posses this type of information.  For the depository library closest to you, please consult the Government Printing Office web site:  www.gpo.gov/libraries.

With best wishes, I am
Sincerely
Jeff Trandahl

**Exhibit (C)**

OFFICE OF THE CLERK
U.S. HOUSE OF REPRESENTATIVES
WASHINGTON, MD  205154-8801       September 11, 2006

Thanks you for contacting the Office of the Clerk.

After conducting a thorough examination of the journals, I found no entry in the journal of the House of any May 12, 1947 vote on the H. R. 3190 Bill althought pages 343-344 of the Journal of the House of Representatives from the 1st Session of the 80th Congress indicates that the bill was amended, purportedly passed and transmitted to the Senate for concurrence.  The Senate took no action on the H.R. 3290 bill prior to the December 19, 1947 sine die adjournment.

Page 5049 of the Congressional Record, 80th Congress, 1st Session indicates 44 Members voting 38 to 6 to amend H.R. 3190 on May 12, 1947.  Therefore by counting the total yes and may vote a quorum was not present.

According to the House Rules, when less than a majority of a quorum votes to pass a bill, the journal must show the names of Members present but not voting.  I found no record of any names for the May 12, 1947 vote.  I hope this information has answered your questions.

Sincerely Yours,

Karen L. Haas
Clerk U. S. House of Representatives.

**Exhibit (D)**

Mr. Wayne E. Matthews
713 Bonnie Meadow Lane
Ft. Washington, MD 20744

March 9, 2009

Dear Mr. Matthews:

Thank you for your recent letter requesting confirmation on the status of H.R. 3190 from the 80th Congress.

I asked the Senate Historian's office to review the correspondence you enclosed and they were able to verify that no action was taken by the Senate on H.R. 3190 prior to the December 19, 1947 sine die adjournment. I have enclosed relevant pages from the House Journal and Congressional Record for you reference.

Signed by Nancy Erickson
Secretary of the Senate
Enclosures

**Exhibit (E)**

Harley G. Lappin
From: "Harley G. Lappin"   Sent: Monday, July 27, 2009 3:17 PM

Attention all Department Heads, there has been a large volume of inmate Requests for Administrative Remedies questioning the validity of the Bureau's authority to hold or classify them under 18 U.S.C. Sections 4081, et seq., (1948). On the claim that Public Law 80-772 was nevfer passed or signed in the presense of a Quorum or Majority of both Houses of Congress as required by Article 1, Section 5, Clause 1 of the Constitution. Although most courts have, thus far, relied on Field v. Clark, 143 U.S. 649 (1892) to avoid ruling on the moots of these claims, however, there have been some which have stated that they were not bound by the Field case, but those cases do not involve any Quorum Clause challenge. So out of an abundance of caution, I contacted the Office of Legal Counsel, the National Archives and the Clerk of the House of Representatives to learn that there is no record of any quorum being present during the May 27, 1947 vote on the H.R. 3190 Bill in the House (See 93 Cong. Rec. 5049), and the record is not clear as to whether there was any Senate vote on the H.R. 3190 Bill during any session of the 80th Congress. There is only one Supreme Court case that says in order for any bill to be valid the Journals of both Houses must show that it was passed in the presense of a Quorum. See United States v. Ballin, Joseph & Co., 144 U.S. 1, 3 (1892). The Clerk of the House states that the May 12, 1947 vote was a 'voice vote', but the Parliamentarian of the House states that a voice vote is only valid when the Journal shows that a quorum is present and that it's unlawful for the Speaker of the House to sign an enrolled bill in the absense of a quorum. On May 12, 1947, a presense of 218 members in the hall of the House was require to be entered on the Journal in order for the 44 Member 38 to 6 voice vote to be legal. It appears that the 1909 version of the Federal Criminal Code has never been repealed.  Therefore, in essense, our only true authority is derived from the 1948 predecessor to Public Law 80-772. "Although adjudication of the constitutionality of congressional enactments has generally been thought to be beyond the jurisdiction of federal administrative agencies, this rule is not mandatory," according to the Supreme Court in the case of Thunder Basin Coal Co. v. Reich, 510 U.S. 200, 215 (1994). Therefore, the Bureau under the advise of the Legal Counsel feels that it is in the best interest of public safety to continue addressing all of these Administrative Remedy Requests by stating that only the Congress or courts can repeal or declare a federal statute unconstitutional.

Harley G. Lappin
Director, Federal Bureau of Prisons

**Exhibit (F)**

AFFIDAVIT OF TONY ROBERT DAVIS
UNDER THE PENALTY OF PERJURY
REGARDING NO VOTE ON TITLE 18 IN 1948

STATE OF TEXAS
COUNTY OF TRAVIS                    JURAT

My name is Tony Robert Davis. I am over the age of 18 and am fully competent to make this affidavit.  I have personal knowledge of the facts stated herein and am fully competent to testify to those facts.

I work for the Derkunt Law Office in Austin, Texas.  OUr firm has done extensive research and compiled extensive data on the invalidity of Title 18 (Public Law 80-772).

On May 10, 2008 I had conversation with Venise Smith (202) 226-5200 who works at the House of Representatives Library regarding a letter that was sent from Jeff Trandahl, Clerk of the House to Mr. Charles R. Degan on June 20, 2000.

That letter states that Congress was in session on June 1,3,4,7-12, and 14-19, 1948    and that Title 18 was not voted on at that time.  Since Title 18 (Public Law 80-772) only
passed the House in l947 in the First Session of Congress as shown by the Congressional record, and the letter to Mr. Degan by the clerk of the House and the supporting evidence shows that is was not voted on in June of 1948, when it was theoretically passed into law, it is not a law but a nullity.

On May 11, 2006, Venise Smith called me back and advised me that the House Library had checked the letter, that it was valid, and that all statements made in the letter were valid, including the dates when Congress was in session and the fact that Title 18 was not voted on in June of 1948.

Venise Smith then faxed me a cover page from the House Library and copy of the letter and 17 pages of supporting documents which shows that Public Law 80-772 was never passed into law.

According the the Public Records of Congress, Public Law 80-772 is, therefore, not a law.

I certify that the foregoing is true and correct pursuant to 28 USC 1746.

Tony Robert Davis
Dunkunt Law Office
Austin, TX

**Exhibit (G)**

# National Archives

Washington, DC 20408

May 16, 1994

Richard Durjak
5506 West 22ᵈᵈ Place
Cicero, IL 60650

Dear Mr. Durjak:

The Director of the Federal Register has asked me to respond
to your inquiry. You have asked whether Internal Revenue
Service provisions codified at 26 U.S.C 6020, 6201, 6203,
6301, 6303, 6321, 6331 through 6343, 6601, 6602, 6651, 6701,
and 7207 have been processed or included in 26 CFR part 1.

The parallel Table of Authorities and Rules, a finding aid
Compiled and published by the Office of the Federal Register
(OFR) as a part of the CFR Index, indicates that implementing
regulations for the sections cited above have been published
in various parts of title 27 of the **Code of Federal
Regulations (CFR)**. **There are no corresponding entries for
title 26.**

However, the Parallel Table is only an extract of authority
citations from the CFR data base and cannot be considered a
comprehensive key to the statutory basis for all regulations.
An agency may have additional authority for regulations that
are not listed separately in authority citations, or is
carried within the text of CFR sections. Citations in
regulatory text generally do not appear as entries in the
Parallel Table.

Since there are 12 volumes that make up part 1 of title 26 of
the CFR, it would require extensive research to answer your
question with certainty. Commercial computer based services
are better equipped to perform this type of research. In any
case, the OFR has neither the resources nor the authority to
perform the research requested, since to do so would require
us to make substantive interpretations as to whether certain
tax statutes have any association with the specified set of
regulations (see 1 CFR 3.1 enclosed).

Your second question refers to IRS procedures for
incorporating material by reference in the **Federal Register.**
The incorporation by reference process is narrowly defined by
the provisions of 5 U.S.C 552 (a) and 1 CFR Part 51. Our
records indicate that the Internal Revenue Service has not
incorporated by reference in the Federal Register (as that
term is defined in the Federal Register system) a requirement
to make an income tax return.

I hope this information will be useful to you.

Sincerely,

*Michael L. White*

Michael L. White
Attorney
Office of the Federal Register   **Exhibit (H)**

Enclosure

## REQUESTED RELIEF

Petitioner, George Thomas Brokaw prays for relief and moves this honorable court to:

Declare that the lower courts have no authority to overturn the Supreme Court and its ruling.

Declare that the petitioner is actually innocent as a matter of law.

And grant such other relief as the Court deems just and proper.

I declare under penalty of perjury and under the laws of the United States of America that the foregoing is true and correct. Executed on April 18, 2014

Respectfully submitted,

George Thomas Brokaw
2260 Palm Drive
Colorado Springs, Colorado 80918

# **PROOF OF SERVICE**

Now comes George Thomas Brokaw, by the Constitution for the United States, and by Congressional Legislation under the Statutes at Large and by the United States Codes created by the United States Congress within the District of Columbia Territory, in the position of Injured Party and Third Party of Interest to set forth this document: TAKE JUDICIAL NOTICE. RULE 5.1. CONSTITUTIONAL CHALLENGE TO A STATUTE

18
18

This document was sent to the UNITED STATES DISTRICT COURT OF THE

DISTRICT OF COLORADO Clerk of Courts on this 18th day of April in the year of our

Lord 2014 A.D. via Certified mail # 7013 2250 0000 8756 4976. Petitioner also delivered

a copy to the Prosecution's inbox.

Clerk, please stamp and return a copy to the petitioner.

George Thomas Brokaw
Injured Party, Third Party of Interest
2260 Palm Drive
Colorado Springs, Colorado 80918
tombrokaw33@msn.com


Cc

MATTHEW T KIRSCH (Or designee)
ASSISTANT UNITED STATES ATTORNEY
1225 17th STREET, SUITE 700
DENVER, COLORADO 80202
Certified mail # 7013 2250 0000 8756 4860

19
19