Constitutional Article III Court
Judge Christine M. Arguello
Designated Judge

GEORGE THOMAS BROKAW (Government
Registered Trade Name, Ward, Trust, Estate)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO, ZIP CODE 80918

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 2 2014

JEFFREY P. COLWELL
CLERK

George-Thomas; Brokaw
Injured Party, a living man
2260 Palm Drive
Colorado Springs, Colorado
   American National, Third Party of Interest

**RESPONSE BY George Thomas Brokaw, a living man, TO GOVERNMENT'S RESPONSE,**

**DOCUMENT [#167]**

---

1

were sustained by this living man including violations and abridgments to Constitutionally Protected Rights.

For the government attorneys to respond so flippantly and categorize this petitioner's valid claims and requests as, "classic tax defier nonsense and absurd arguments...frivolous arguments" is degrading and unprofessional on their part. Do the government attorneys view the Constitution and the Protected Rights of the People so casually?

The Corpus Delicti request is a valid request; What is the body of the crime? Who is the injured party? How, specifically were they injured? This petitioner has the Constitutional Right to know exactly who is charging him and to be able to confront and cross examine them.

Petitioner asks the Court to require government attorneys to produce the Corpus Delicti and answer and bring forth the other information requested in this subpoena duces tecum.

Respectfully submitted,

*George Thomas Brokaw*

George Thomas Brokaw

2

a copy to the Prosecution's inbox.

Clerk, please stamp and return a copy to the petitioner.

*George Thomas Brokaw* (signature)
George Thomas Brokaw
Injured Party, Third Party of Interest
2260 Palm Drive
Colorado Springs, Colorado 80918
tombrokaw33@msn.com


Cc

MATTHEW T KIRSCH (Or designee)
ASSISTANT UNITED STATES ATTORNEY
1225 17th STREET, SUITE 700
DENVER, COLORADO 80202
~~Certified mail # 7013 2250 0000 8756 4860~~

3