UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 13-cr-00392-CMA-2

UNITED STATES OF AMERICA C
    Plaintiff                      C
                                 C
V                                C
                                 C
JOHN J PAWELSKI       C
                                 C
    Defendant                C
                                 C

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
05/02/2014
JEFFREY P. COLWELL, CLERK

**REPLY TO GOVERNMENT'S RESPONSE TO PRO SE DEFENDANT JOHN JOSEPH PAWELSKI'S MOTION TO DISMISS [#183] RESPONSE OR ALTERNATIVELY FOR LEAVE TO RESPOND**

Comes now John J. Pawelski, Defendant and files this motion to dismiss Government's Response to Pro Se Defendant John Joseph Pawelski's Motion to Dismiss [#183] or alternatively for leave to respond. Defendant incorporates Defendant's prior filings by reference, as if fully set forth herein.

### A. The Government Was Past the Time Period to File

Defendant filed his Motion to Dismiss on February 26, 2014. The Response from The Government was filed on April 18, 2014, 51 days later. By any stretch of the imagination the Response was untimely and must be stricken. See e.g., Local Rule 7.1. No other party filed an objection to Defendant's Motion.

### B. The Government's Conclusory Statements Require Striking the Response

The government made numerous conclusory statements in its brief. "classic tax defier nonsense and absurd arguments". The government was required to address point by point each fact and point by point each legal claim. The government failed.

Conclusory: "Consisting or related to a conclusion or assertion for which no supporting evidence is offered." Merriam-Webster Dictionary Online. .

## PRAYER FOR RELIEF

**Defendant moves the court to:**

1. **Order the Government's Response Stricken for the reasons stated herein;**
2. **Issue a Ruling in Favor of Defendant on Defendant's Motion to Dismiss;**
3. **Release Defendant from any unlawful constraints;**
4. **Alternatively, Grant Defendant Leave to Respond;**
5. **And for such other and further relief as the court deems just and proper.**

Respectfully submitted,

John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Response to Reply to Certify Plaintiff was mailed to the Clerk of Court by first class mail on April 30, 2014. The Clerk of the Court will send notification of such filing to all counsel of record.