UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 13-cr-00392-CMA-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | C | FILED |
| Plaintiff | C | UNITED STATES DISTRICT COURT |
| | C | DENVER, COLORADO |
| V | C | 05/02/2014 |
| | C | JEFFREY P. COLWELL, CLERK |
| JOHN J PAWELSKI | C | |
| | C | |
| Defendant | C | |
| | C | |

### REPLY TO GOVERNMENT'S GOVERNMENT'S RESPONSE TO DEFENDANT'S SECOND MOTION FOR RETURN

Comes now John J. Pawelski, Defendant and files this Reply to the Government's Response to Defendant's Second motion for return of property. Defendant incorporates Defendant's prior filings by reference, as if fully set forth herein.

    A. The Government Ignored the Rule of Stare Decisis

    B. The Court Violated The Rule of Stare Decisis

**Definition of "STARE DECISIS"** Lat. "to stand by that which is decided." The principal that the precedent decisions are to be followed by the courts. To abide or adhere to decided cases. It is a general maxim that when a point has been settled by decision, it forms a precedent which is not afterwards to be departed from. The doctrine of stare decisis is not always to be relied upon, for the courts find it necessary to overrule cases which have been hastily decided, or contrary to principle. Many hundreds of such overruled cases may be found in the American and English books of reports.

An appeal court's panel is "bound by decisions of prior panels unless an en banc decision, Supreme Court decision, or subsequent legislation undermines those decisions." *United States v. Washington*, 872 F.2d 874, 880 (9th Cir. 1989). Although the doctrine of stare decisis does not prevent reexamining and, if need be, overruling prior decisions, "It is . . . a fundamental jurisprudential policy that prior applicable precedent usually must be followed even though the case, if considered anew, might be decided differently by the current justices. This policy . . . 'is based on the assumption that certainty, predictability and stability in the law are the major objectives of the legal system; i.e., that parties should be able to regulate their conduct and enter into relationships with reasonable assurance of the governing rules of law.'" (*Moradi-Shalal v. Fireman's Fund Ins. Companies* (1988) 46 Cal.3d 287, 296.) Accordingly, a party urging overruling a precedent faces a rightly onerous task, the difficulty of which is roughly proportional to a number of factors, including the age of the precedent, the nature and extent of public and private reliance on it, and its consistency or inconsistency with other related rules of law.

In conclusion, the government and the court are bound by the Constitution, first, the Supreme Court's interpretation of the Constitution. The government is violating the Sixth Amendment and the Fifth Amendment to the Constitution.

C. Under the Sixth Amendment, Defendant is Entitled to Return of Property

Under the Takings provision of the Constitution, Amendment V, the government is not entitled to take Defendant's Property, because Defendant is actually innocent until proven guilty. Therefore, the seizure constitutes a Taking under the Fifth Amendment and a violation of Defendant's Sixth Amendment rights.

Under the Rule of Stare Decisis, the Constitution and Supreme Court control and the continued taking is illegal.

## PRAYER FOR RELIEF

Defendant moves the court to:

1. Issue an Order that the Government is in violation of the 5th and 6th amendments;
2. Issue an order for the immediate return of property pending trial;
3. And for such other and further relief as the court deems just and proper.

Respectfully submitted,

John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing response to defendant's second motion for return was mailed to the Clerk of Court by first class mail on April 30, 2014. The Clerk of the Court will send notification of such filing to all counsel of record.