UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Case No. 13-cr-00392-CMA-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | FILED |
| | UNITED STATES DISTRICT COURT |
| Plaintiff, | DENVER, COLORADO |
| | 05/02/2014 |
| v. | JEFFREY P. COLWELL, CLERK |
| | |
| | Response to Reply for Motion for Government Communications |
| JOHN J PAWELSKI, | |
| Defendant. | |

The government attorney has properly explained to me that the original motion was too broad. This response to reply from the government attorney amends the original motion.

The electronic, hand-written and verbal communications which is needed for a proper defense will be communications to and from:

Adam Rutkowski, IRS

William Frankel, TIGTA

Klaton Knabb, TIGTA

Jacqueline Jennings, TIGTA

concerning the defendant in regards to Republic for the United States of America (RUSA), Republic of Colorado, Colorado Free State, Freedom Documents, Guardians of the free Republic, Restore America Plan for the time periods of 2009 to present.

The petitioner moves the court to order the above listed government officials to provide the needed communications.

John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Response to Reply to Motion for government communications was mailed to the Clerk of Court by first class mail on April 30, 2014. The Clerk of the Court will send notification of such filing to all counsel of record.

                                                        John Joseph Pawelski
                                                        6432 Rockville Drive
                                                    Colorado Springs, Colorado