**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 14 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

UNITED STATES OF AMERICA
ENTITY UNDISCLOSED
    Plaintiff Unidentified

VS

CASE # 1:13 cr 00392-CMA

Constitutional Article III Court
Judge Christine M. Arguello
Designated Judge

GEORGE THOMAS BROKAW (Government
Registered Trade Name, Ward, Trust, Estate)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO, ZIP CODE 80918

George-Thomas; Brokaw
Injured Party, a living man
2260 Palm Drive
Colorado Springs, Colorado
   American National, Third Party of Interest

**OBJECTION TO PROSECUTION AND THIS COURT REFERRING TO AND CATEGORIZING THIS INJURED PARTY AND LIVING MAN AS PRO SE**

1

Comes now, George Thomas Brokaw, a living man of flesh and blood and an injured party with this objection to the prosecution and this court categorizing him as PRO SE. George Thomas Brokaw, <u>a flesh and blood man with a soul</u> has in every document presented before this court represented himself as a living man and not an entity. George Thomas Brokaw has, in each document presented before this court, separated himself from the all capitalized name, GEORGE THOMAS BROKAW, which is a creation of government, an Entity and not a flesh and blood man, and a (Government Registered Trade Name, a Ward, a Trust, an Estate, a Registered Organization Name under the Ucc).

1. This objection is based upon the grounds that the prosecution and this court has erred in its Opinion it has defined this living man with a soul as a pro se litigant. The court is aware that that the phrase pro se is a Latin term seen in the definition below.
2. The court can see by the legal definition that pro se is a legal fiction and an imaginary person in court.
3. The proper terminology that should have been used was Pro per: as to appear yourself as a natural man or woman, a non-fiction.
4. The Court is aware that an all capital lettered name, under Latin, diminishes a natural person to a fictional person which has no standing in court. The Court was given a Certified Copy of the Birth Certificate, a negotiable instrument, of "the fictional person" in order to "discharge" the alleged debt on March 3, 2014 and received by the Court on March 4, 2014. That Certified Copy was stricken by Judge Arguello as a procedural violation.

5. This living man with a soul has never claimed to be pro se and has always identified himself as "a living man of flesh and blood with a soul" and NEVER as a "fictional person" as defined in legislative law and defined as being a Corporation, a Trust, an Estate, an Insurance Company, etc. which are all artificial (fictional) by legal definition. This living man presented this Court with a copy of the "Legal Notice" published July 4, 2003 identifying him as the living man and not the "fictional person" by legal definition. That copy was likewise stricken by Judge Arguello.

**PRO SE – Latin-** For himself- on one's own behalf. To appear for yourself as a legal fiction. A person who "represents" himself but is not in court as himself. An imaginary person in court without the assistance or the liability of an attorney.

**PRO PER – IN PROPRIA PERSONA – Latin –** In ones own person, To appear as yourself as a natural man or woman (a non- fiction) in court without the assistance or the liability of an attorney.

**Capitis Diminutio** (meaning the diminishing of status through the use of capitalization) In Roman law. A diminishing or abridgment of personality: a loss or curtailment of a man's status or aggregate of legal attributes and qualifications.

**Capitis Diminutio Minima** (meaning a minimum loss of status through the use of capitalization, e.g. John Doe) – The lowest or least comprehensive degree of loss of status. This occurred where a man's family relations alone were changed. It happened upon the arrogation [pride] of a person who had been his own master, (sui juris) [of his own right, not under any legal

3

disability] or upon the emancipation of one who had been under the patria postestas. [Parental authority] it left the rights of liberty and citizenship unaltered. See Inst. 1, 16, pr.; 1, 2, 3: Dig. 4, 5, 11; Mackeld Rom. Law, 144

**Capitis Diminutio Media** (meaning a medium loss of status through the use of capitalization, e.g. John DOE) – A lessor or medium loss of status. This occurred where a man lost his rights of citizenship, but without losing his liberty. It carried away also the family rights.

**Capitis Diminutio Maxima** (meaning a maximum loss of status through the use of capitalization, e.g. JOHN DOE or DOE JOHN) – The highest or most comprehensive loss of status. This occurred when a man's condition was changed from one of freedom to one of bondage, when he became a slave. It swept away with all rights of citizenship and all family rights. (Above definitions from Black's Law Dictionary, 5th Edition)

6. The objection is that the "prosecution" and "The Court" are aware that in the headings of all George thomas; brokaw filings that the all capitalized name being charged is "registered" to the State as "a Ward" and is, therefore, "a Registered Trade Name" belonging to the State.

7. The Prosecution has never rebutted this distinction.

8. The Prosecution is also aware that when certain words are used such as the words "represent yourself" that "one" takes on the liability of or stands in place of that fictional person or speaks or acts with authority on behalf of such a fictional person in his place.

9. I, George Thomas Brokaw, have made this distinction in the headings of ALL my documents submitted to "This Court" that I am, a living man of flesh and blood, am NOT the "Ward" or the "Registered Trade Name" but am a living flesh and blood man with a soul.

10. I, George Thomas Brokaw, a living man of flesh and blood, am not lost or deceased.

### PRAYER FOR RELIEF

That the prosecution and "This Court" recognize George Thomas Brokaw as a flesh and blood man with a soul and NOT as pro se, and NOT as representing GEORGE THOMAS BROKAW (the government registered trade name).

*George Thomas Brokaw*

George Thomas Brokaw

5

This document was sent to the UNITED STATES DISTRICT COURT OF THE

DISTRICT OF COLORADO Clerk of Courts on this 12th day of May in the year of our

Lord 2014 A.D. via Certified mail. Petitioner also delivered

a copy to the Prosecution's inbox.

Clerk, please stamp and return a copy to the petitioner.

*[signature]*
George Thomas Brokaw
Injured Party, Third Party of Interest
2260 Palm Drive
Colorado Springs, Colorado 80918
tombrokaw33@msn.com


Cc

MATTHEW T KIRSCH (Or designee)
ASSISTANT UNITED STATES ATTORNEY
1225 17th STREET, SUITE 700
DENVER, COLORADO 80202

6