IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. GEORGE THOMAS BROKAW,
2. JOHN J. PAWELSKI,
**3. MIMI M. VIGIL**, and
4. CLARA M. MUELLER,

   Defendants.

---

**DEFENDANT VIGIL'S RESPONSE TO GOVERNMENT'S MOTION TO RE-SCHEDULE STATUS CONFERENCE (DOC #184) AND REQUEST FOR RULING THEREON**

---

  Defendant Mimi Vigil by counsel John S. Tatum, P.C., hereby responds to the Government's Motion To Re-schedule Status Conference (Doc. #184) and requests that the Court enter a ruling upon said request and informs the Court as follows:

1. This matter is scheduled for Status Conference on July 2, 2014 at 2:30 p.m. per the Court's Scheduling Order (Doc. #164).

2. On April 22, 2014, the Government filed a Motion (Doc. #184) seeking to reschedule the Status Conference for the reason that Assistant US Attorney Matthew Kirsch will be unavailable due to previously scheduled vacation plans.

3. It is our understanding that Defendant Mueller had no objection to the Motion, that Defendant Brokaw did not take a position and that Defendant Pawelski opposed the Motion.

4. The Government's Motion correctly noted that Ms. Vigil did not oppose the request and indicated that undersigned counsel for Ms. Vigil "may also be unavailable." To be more specific, at the time of the filing of the Government's Motion, undersigned counsel had plans to attend a July 4th gathering of family in Arkansas. In the interim, we have learned that our son, a U.S. Marine Corps Reserve Officer may not be able to attend the family gathering due to the beginning of his two-week Marine Corps reserve obligation being in close proximity. We are now exploring options whereby Counsel's wife may attend the Arkansas family gathering and Counsel may be able to visit our Marine Officer son in California prior to commencement of his reserve obligation.

5. In either event, undersigned counsel would like to be able to finalize plans to either attend the Arkansas family gathering or visit our son in California. However, we are reluctant to commit to travel plans until we understand whether and to when the currently scheduled status conference may or may not be rescheduled.

6. Undersigned Counsel spoke by telephone on May 28, 2014 with Defendant Mueller's counsel who reaffirmed that he does not object to the Government's request.

7. Defendant Brokaw's silence on the matter since the filing of the Government's Motion on April 22, 2014 should be deemed an acquiescence to the request.

8. Defendant Pawelski's objection for the sole reason that AUSA Paluch should be capable of handling the hearing does not demonstrate any prejudice to him by a brief setting over of the Status Conference.

9. Accordingly, in order to permit AUSA Kirsch and Defendant Vigil's counsel to both participate meaningfully in these proceedings and to fulfil their family obligations at a time surrounding the traditionally recognized birth of our Nation – a time frame our citizens frequently set aside for such occasions, we request that the Court grant the Government's Motion and to rule thereon as soon as the Court's calendar reasonably permits.

Respectfully submitted this 28th day of May, 2014.

Respectfully submitted,

JOHN S. TATUM, P.C.

s/ John S. Tatum
John S. Tatum
12351 East Cornell Avenue
Aurora, Colorado  80014
Telephone: (303) 750-6888
Facsimile: (303) 750-8279
Email:  john@johntatumlaw.com
Attorney for Defendant Mimi Vigil

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2014, a true and correct copy of the foregoing **DEFENDANT VIGIL'S RESPONSE TO GOVERNMENT'S MOTION TO RE-SCHEDULE STATUS CONFERENCE (DOC #184) AND REQUEST FOR RULING THEREON** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew T. Kirsch, Esq.
Martha A. Paluch, Esq.
Assistant United States Attorneys
matthew.kirsch@usdoj.gov
martha.paluch@usdoj.gov

Miller Leonard, Esq.
miller@themillerleonardlawfirm.com
Attorney for Clara M. Mueller


And via United States Mail, postage pre-paid, and via e-mail to the following:

George Thomas Brokaw, Pro Se
2260 Palm Drive
Colorado Springs, Colorado   80918
E-mail:  tombrokaw33@msn.com


John Joseph Pawelski, Pro Se
C/O P.O. Box 75341
Colorado Springs, CO. 80970-5341
E-mail:  johnski9999@gmail.com


                                          s/ Mary Unrein

4