UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Judge Christine M. Arguello

Criminal Case No. 13-cr-00392-CMA-2

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 5 2014

JEFFREY P. COLWELL
CLERK

| UNITED STATES OF AMERICA | C |
| Plaintiff | C |
| | C |
| V | C |
| | C |
| JOHN J PAWELSKI | C |
| | C |
| Defendant | C |
| | C |

## MOTION FOR JUDGMENT ON THE PLEADINGS

It is common knowledge that the District Courts of the United States are required to follow the Rule of Stare Decisis.

It is common knowledge that the Courts of the United States are required to follow their oath of office and the Constitution of the United States.

It is common knowledge that the prosecutor is required to follow the laws of the United States, the Constitution of the United States, and their oath of office.

It is common knowledge that civil rules apply to criminal cases unless specifically excluded.

Petitioner incorporates his prior filings, by reference, as if fully set forth herein.

Petitioner has proven as a matter of law the following:

Prosecutorial misconduct occurred in the grand jury proceedings.

The court lacked jurisdiction pursuant to 18 USC section 3231.

Petitioner is actually innocent as a matter of law.

Any proceedings against Petitioner are a violation of the 1st, 4th, 5th, 6th, and 8th amendments of the United States,

Therefore the court has no choice but to issue an order dismissing this case with prejudice.

Respectfully submitted,

John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Motion for Judgment On The Pleadings was mailed to the Clerk of Court by first class mail on June 4, 2014. The Clerk of the Court will send notification of such filing to all counsel of record.

                                          John Joseph Pawelski
                                          6432 Rockville Drive
                                          Colorado Springs, Colorado