**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 6 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

Case No. 13-cr-00392-CMA-2

UNITED STATES OF AMERICA
   ENTITY UNDISCLOSED
   Plaintiff Unidentified

VS

Constitutional Article III Court
Judge Christine M. Arguello
Designated Judge

GEORGE THOMAS BROKAW (Government
Registered Trade Name, Ward, Trust, Estate)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO, ZIP CODE 80918


George-Thomas; Brokaw
Injured Party, a living man
2260 Palm Drive
Colorado Springs, Colorado
   American National, Third Party of Interest
   A flesh and blood man with a soul


## OBJECTION TO RULES VIOLATIONS BY PROSECUTORS

## MOTION FOR JUDGMENT ON THE PLEADINGS


Notice "All" Acts, Statutes or Case Law are derived from Congressional Legislation, the

Constitution for the United States, Supreme Court decisions or other federal court rulings

to which George Thomas Brokaw is using as reference points, and to which ALL

allegation of jurisdiction by the UNITED STATES OF AMERICA stems from or

claiming some form of injury under for a none Corpus Delicti nature.

**FEDERAL RULES OF EVIDENCE, RULE 402, RULE 501, RULE 802, RULE 902**

RULE 402; Relevant evidence is admissible unless any of the following provides otherwise:
* the United States Constitution
* a Federal Statute
* these rules; or
* other rules prescribed by the Supreme Court

Comes now petitioner, George Thomas Brokaw, a flesh and blood man with a soul and hereby moves the court for dismissal, Prosecutors have not responded to petitioner's April 18, 2014 "CONSTITUTIONAL CHALLENGE TO A STATUTE", nor have the prosecutors responded to petitioner's May 12, 2014 "MOTION TO DISMISS FOR PROSECUTION LACK OF CLARITY AND FAILURE TO DISCLOSE ON CHARGING INSTRUMENT".

Prosecutors have failed to uphold their Oath of Office to Support the Constitution for the United States of America.

The **oath of office** is a contact between me, George Thomas Brokaw, a flesh and blood man with a soul, and the attorneys, judges, magistrates, and clerks of the United States District Court as living flesh and blood men and women. Violation of one's oath of office is treason and sedition against We The People incurring severe legal consequences at every level.

*Angel v. Bullington*, 330 US 183 (1947) (unless the power and authority of the court to perform a contemplated act can be found in the constitution or laws enacted therein, it is without jurisdiction and its acts are invalid). See also LeMieux Bros. Inc. v. Tremont

Lumber Co.m, Ltd., 140 F.2d 387, 389 (5th Cir. 1944); *Thomas v. Arn*, 474 US 140 (1985)(quoting *United States v. Payner*, 447 US 727 (1890)("[e]ven a sensible and efficient use of the supervisory power [of the court] however, is invalid if it conflicts with constitutional or statutory provisions. A contrary result would confer on the judiciary power to disregard the considered limitation of the law it is charged with enforcing.").

*Berger v. United States*, 295 US 78, 88 (1935) overruled on other grounds, *Stirone v. United States*, 361 U.S. 212 (1960) (The United States attorney is the representative not of an ordinary party to a controversy, but of a sovereignty whose obligation to govern impartially is as compelling as its obligation to govern at all; and whose interest, therefore, in a criminal prosecution is not that it shall win a case, but that justice shall be done. As such, he is in a peculiar and very definite sense the servant of the law, the twofold aim of which is that guilt shall not escape or innocence suffer. He may prosecute with earnestness and vigor-indeed, he should do so. But while he may strike hard blows, he is not at liberty to strike foul ones. It is as much his duty to refrain from improper methods calculated to produce a wrongful conviction as it is to use every legitimate means to bring about a just one.

*US v. Kis*, 658 F.2d 526 (7th Cir. 1981)("Indeed no more than that [Affidavits] is necessary to make the prima facie case." *Id* at 536. "Moreover the threshold of relevance is a low one." *Id* at 537. "The burden is therefore on the Respondent who must come forward with special facts to support a legally sufficient rebuttal or defense." *Id* at 538-539.

For a high ranking prosecuting attorney, who is trained in the law, to place documents on

the public court record which claims that:

it is "difficult to decipher"

"replete with classic tax defier nonsense and absurd arguments"

"frivolous argument"

while the petitioner has requested lawful, constitutional based answers to simple, English

written questions puts the qualifications of the prosecuting attorneys in serious question

as to their ability to provide unbiased, impartial, knowledge of the law governing his/her

conduct and the understanding of the Constitution for the United States of America and

the laws written and enacted by the U.S Congress.

Whereas, all attorneys who practice in any Federal Court are required to know all Rules of Evidence such as Rules 402, 501, 802, and Rule 902. All attorneys are required to complete an ATTORNEY RENEWAL/GOVERNMENT CERTIFICATION FORM or a CERTIFICATION FORM, signed under penalty of perjury, where they attest that they "Are familiar with the current version of the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the local Court Rules, the Federal Rules of Criminal Procedure, and the Bar Standards for Civility in Professional Conduct", or, some version of the foregoing statement.

It is evident that the defendant, GEORGE THOMAS BROKAW (government Registered Trade Name) has an impossibility to receive a fair and honest defense when facts are hidden, the meanings of words are obscured, and the prosecutor will not answer motions in a clear and precise manner.

The incomprehensible non-answers provided in the prosecutor responses to valid motions to this court proves that these attorneys appointed, desire to "win at all costs" is opposite of their fiduciary duties, their oath of office and the agency authority provided by the people and Congress.

The issues before this court are the very foundational rules that are supposed to be followed by all courts, by those who have law degrees, and by those who sit on the bench as judges. These very rules, the Rules of Evidence, have been suppressed, denied,

opposed and ridiculed by the opposing attorney/prosecutor and appointed counsel. At issue before this court the attorney/prosecutor has objected to and attempted to have this court disregard what is "admissible evidence" as foundational and appealable argument before this court and had this court suppress it <u>to which I strongly object</u>.

In such violations, by those who come under the Federal Bar Association as defined in Title 36 under section 70503, they have disqualified themselves as they have refused to uphold admissible evidence, the Constitution itself and the laws, themselves, of the United States.

Petitioner, George Thomas Brokaw, has brought forth before the prosecutors injuries he has sustained through violations of his <u>God Given unalienable rights</u> and <u>protected Rights</u> under Articles 1, 2, 4, 5, 6, 7, 8, and 9 of the Bill of Rights of the United States Constitution. (Petitioner Brokaw has not been tried or convicted of any crime to this date, only accused.) Prosecutors have ignored petitioners claims of injuries, and instead assert that their authority to ignore those God Given and Protected Rights derives from 18 U.S.C. Sec. 3231. Petitioner, George Thomas Brokaw rebuts the presumption that Title 18 U.S.C. Sec. 3231 is positive law, instead, it is prima facie and rebuttable. Petitioner also rebuts the presumption that 18 U.S.C. or any statute trumps the Constitution and the unalienable, God Given, and Protected Rights there under.

**FEDERAL RULES OF EVIDENCE, RULE 902; Evidence that is self-authenticating, certified copies of public records.**

Petitioner, George Thomas Brokaw and others sent certified letters on June 7, 2013 and September 3, 2013 to the House Judiciary Committee and the House Committee on Ways

and Means. The Committees were in the process of investigating the alleged wrongdoings of IRS and DOJ who were accused of targeting (conservative/tea party groups) that fundamentally disagree with the current administration and favor the Constitution. The letters outlined specific abuses the Petitioner and the others have suffered at the hands of IRS, Treasury, and others. The letters and accompanying documents detail <u>criminal complaints</u> of **Constitutional** and statutory violations by TIGTA agent William Frankel and others. Those letters were followed by certified letters of similar content to TIGTA Inspector General J. Russell George sent on August 6, 2013 and on September 10, 2013. Petitioner incorporates those letters, Rule 902. GEORGE THOMAS BROKAW (Government Registered Trade name), George Thomas Brokaw were promptly arrested on October 2, 2013.

## ONE OBJECTION (1) BROUGHT BY THIS PETITIONER, WORDS DEFINITIONS MISCONSTRUED;

Petitioner, George Thomas Brokaw has read and comprehends the clear intent of Congress as written in Statutory language of terms, "Person", "Whoever", "Individual".

<u>Title 26>Sec 7343- Definition of term "person":</u>
    The term "person" as used in this chapter includes an officer or employee of a corporation, or a member or employee of a partnership, who as such officer, employee, or member is under a duty to perform the act in respect of which the violation occurs.

<u>WHOEVER defined; Black's Law 4th Edition</u>
Whoever. This word in statutes may be construed as including corporations and partnerships.

<u>Title 18 U.S.C., Sec., 921: Definitions</u>
    (a) As used in this chapter- (1) The term "person' and the term "whoever" include an individual, corporation, company, association, firm, partnership, society, or joint stock company.

<u>Title 5 U.S.C., Sec. 552a, Records maintained on individuals.</u>
(a) Definitions- For purposes of this section- (2) the term "individual" Means a citizen of the United States or an alien lawfully admitted for permanent residence.

<u>The prosecution has refused to identify how the terms, "person", "whoever", and "individual", as written in the statutory language by Congress, apply to this flesh and blood man with a soul, but instead the prosecution obfuscate and refuse to truthfully disclose the Congressional intent of words.</u>

This is a valid request and not "tax defier nonsense"!

**A SECOND OBJECTION (2) BROUGHT BY THIS PETITIONER, PROVE THE citizen/CITIZEN CHARGED IS SUBJECT TO THE JURISDICTION THEREOF:**

**8 U.S.C., Sec., 1401- Nationals and citizens of the United States at birth:**
The following shall be nationals and citizens of the United States at birth:
  (a) A person born in the United States, and subject to the jurisdiction thereof;

<u>Petitioner requests the prosecution to produce any and all documents alleging the flesh and blood man with a soul is the United States citizen as defined in the 14th Amendment to the Constitution, "All persons born or naturalized in the United States, and subject to the jurisdiction thereof,"</u> Petitioner has provided evidence to this court that he is not that United States citizen and subject, and not the fictitious entity, GEORGE THOMAS BROKAW ( Government Registered Trade Name).

**A THIRD OBJECTION (3) BROUGHT BY THIS PETITIONER, DISREGARD FOR 4th. AMENDMENT, UNITED STATES CONSTITUTION AND RULE 4 FRCP: NO AFFIDAVITS HAVE BEEN BROUGHT FORTH.**

Petitioner has requested the prosecution to bring forth the claim supporting the search warrant issued by magistrate judge Watanabe that was executed September 20, 2011. Petitioner has read and comprehends the clear intent of the Founding Fathers in the fourth Amendment to the Constitution where it reads, "and no Warrant shall issue, but upon probable cause, **supported by Oath or affirmation,**" **"There must be an affidavit signed under penalties of perjury, predating and filed with the complaint!"**

Does the prosecution contend that the Constitution is "difficult to decipher" or a "frivolous argument"?

Petitioner has requested the prosecution bring forth the "**Oath or affirmation**", that alleges crimes committed by this petitioner, that predates and supports this search warrant and is signed under pains and penalties of perjury, and also bring forth the supporting affidavit from the prosecuting attorney per Rule 4.

**A FOURTH OBJECTION (4) BROUGHT BY THIS PETITIONER, PRODUCE THE CORPUS DELICTI:**

Petitioner has requested the prosecution produce the "True Nature and Cause of the Action". Who or what United States of America brings the charges and how is the entity injured? Is it the entire Federal Government? Is it the Municipal Corporation created by the act of 1871? The District of Columbia Organic Act of 1871 created a corporate municipal jurisdiction referred to as the United States. (See Federal Statutes 28 USC, 3002 Definition- United States meaning a Federal corporation.) **Do the prosecutors claim to hold a public office under the 14th Amendment to the Constitution or do they hold a position representing the corporation of 1871? This petitioner needs to**

**know!**

The prosecutors have a duty to disclose:
**29 CFR 2200.32- SIGNING OF PLEADINGS AND MOTIONS.**
**29 CFR 2200.35- DISCLOSURE OF CORPORATE PARENTS, SUBSIDIARIES, AND AFFILIATES.**

The prosecutors claim, "There is no requirement to show harm to an aggrieved party", but the Supreme Court and other courts have held that the parties to a dispute must be identified and in order for there to be a crime there must be a "Corpus Delicti", injured party.

"For a crime to exist, there must be an injured party (Corpus delicti) There can be no sanction or penalty imposed on one because of this Constitutional right." Sherar v. Cullen

Crawford v. Washington (2004) the United States Supreme Court held that cross examination is required to admit prior testimonial statements of witnesses. Justice Scalia explained the Confrontation Clause.

"With no injured party, a complaint is invalid on its face". Gibson v. Boyle, 139 Ariz. 512

"Without Corpus delicti there can be no crime" "In every prosecution for crime it is necessary to establish the "corpus delicti", i.e., the body or elements of the crime." People v. Lopez, 62 Ca. Rptr. 47, 254 C.A.2d 185

"In every criminal trial, the prosecution must prove the corpus delicti, or the body of the crime itself-i.e., the fact of injury, loss or harm, and the existence of a criminal agency as its cause." People v. Sapp, 73 P.3d 433, 467 (Cal.2003)

**A FIFTH OBJECTION (5) BROUGHT BY THIS PETITIONER, VIOLATIONS OF GOD GIVEN AND PROTECTED RIGHTS UNDER THE 1st, 4th, AND 5th AMENDMENTS TO THE UNITED STATES CONSTITUTION.**

Assistant U.S. Attorney Kirsch erred by denying this petitioner, George Thomas Brokaw access to the grand jury 'he was running' as requested by this petitioner. Kirsch denied Due Process by abridging 1st, 4th, and 5th Amendment Rights guaranteed under the Constitution. This Court must take notice under Rule 902 of the letter from Brokaw and

others to the grand jury dated October 4, 2011 and sent certified mail, Kirsch's letter in response, and Brokaw's letters back to Kirsch. The letters mentioned were all forwarded to the Congressional Oversight Committees, House Judiciary and House Ways and Means, and to J. Russell George at TIGTA, with notice of selective persecution and prosecutorial misconduct during grand jury proceedings.

In the Supreme court case of United State v. Williams, (1992), Justice Antonin Scalia, writing for the majority, confirmed that the American Grand Jury is neither part of the judicial, executive nor legislative branches of government, but instead belongs to the people. It is in effect a fourth branch of government "governed" and administered to directly by and on behalf of the American people, and its authority emanates from the Bill of Rights. In part; "This court's cases relying upon that power deal strictly with the court's control over their own procedures, whereas the grand jury is an institution separate from the courts, over whose functioning the courts do not preside."

Petitioner has proven the following facts as a matter of law:

    Title 26 USC Section 7212(a) does not apply to petitioner

    Title 18 USC Section 3231 does not give the court jurisdiction in this matter

    Any proceedings against petitioner are violation of protected Rights of 1st, 2nd, 4th, 5th, 6th, 7th, 8th, and 9th Amendments to the United States Constitution

    There was prosecutorial misconduct in the grand jury proceedings

    Petitioner is innocent as a matter of Law

## PRAYER FOR RELIEF

**Petitioner moves the court to:**
1. Dismiss this case with prejudice

Respectfully submitted,

*George Thomas Brokaw*
George Thomas Brokaw
2260 Palm Dr
Colorado Springs, Colorado

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Objection to Rules Violations and Motion For Judgment on the Pleadings was mailed using the U.S. Postal Service on this 5th day of June 2014 to the Clerk of the Court. The Clerk of Court will send notification of such filing to all counsel of record. Clerk, please stamp and return a copy to petitioner in the envelope provided.

*George Thomas Brokaw*

George Thomas Brokaw
2260 Palm Dr
Colorado Springs, Colorado