**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 1 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

UNITED STATES OF AMERICA
NO KNOW ADDRESS
ENTITY UNDISCLOSED
Plaintiff Unidentified

CASE # 13 cr 00392-CMA

Constitutional Article III Court
Judge Christine M. Arguello
Designated Judge

GEORGE THOMAS BROKAW (Government
Registered Trade Name, WARD, TRUST, ESTATE)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918


George-Thomas; Brokaw
Injured Party, a Living man
2260 Palm Drive
Colorado Springs, Colorado
American National, Third Party of Interest


### Judicial Notice: Rule 201, Nonconsensual For Personal Jurisdiction;

### Motion: Jurisdictional Challenge;

### Motion: Jurisdiction of Nature and Cause of Laws being used

1

"Although the character of the two jurisdictional bedrocks unquestionably differs, the distinctions do not mean that subject-matter jurisdiction is ever and always the more 'fundamental.' Personal jurisdiction, too, is an essential element of district court jurisdiction without which the court is powerless to proceed to an adjudication." Ruhrgas AG v. Marathon Oil Co. et al., 526 U.S. 574 (1999).

"The Court made clear that plaintiffs must suffer a concrete, discernible injury—not a 'conjectural or hypothetical one.' "Controversy under Article III, §2. *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560. It contains three requirements: injury in fact to the plaintiff, causation of that injury by the defendant's complained-of conduct, and a likelihood that the requested relief will redress that injury."

Now Comes a living man with a soul, George-Thomas; Brokaw (Hereinafter **meaning** "a living flesh and blood man with a soul, a being/natural person"), and states and deposes the following in his official capacity as an American National and Third Party of Interest, and respectfully prays and asks to move this Court re: Judicial Notice: Rule 201, Nonconsensual For Personal Jurisdiction; Motion: Jurisdictional Challenge; Motion: Jurisdiction of Nature and Cause of Laws being used.

## I. Jurisdictional Challenge

**1.** "Personal jurisdiction, too, is an essential element of district court jurisdiction, without which the court is powerless to proceed to an adjudication." Ruhrgas AG v. Marathon Oil Co. et al., 526 U.S. 574 (1999).

    a. I have not given consensual agreement to jurisdiction. It is on the record I have not given consent to jurisdiction to this proceeding from the very beginning.

    b. Any such agreement was through deception and fraud; by mean of the use of a Bar

2

      lawyer in a Court of Business.

      c. And under threat of physical and/or bodily harm while arrested.

**2.** The two primary sources of the subject-matter of jurisdiction of the federal courts are <u>diversity jurisdiction</u> and <u>federal question jurisdiction</u> and neither one of these are an issue before this federal court.

**3. Territorial jurisdiction** is the court's power to bind the parties to the action. This law determines the scope of federal and state court power. State court territorial jurisdiction is determined by the Due Process Clause of the Constitution's **Fourteenth Amendment**. The federal court territorial jurisdiction is determined by the Due Process Clause of the Constitution's **Fifth Amendment**.

**4.** I, George Thomas Brokaw, point to the case below "O'Donoghue vs. United States" that shows that any judges that sit in the District of Columbia in the United States District Court or any other Court within the District of Columbia are **Article III judges** receiving full compensation under Article III, section 1 of the Constitution and that the wages may not be diminished.

**5.** The foundation for "O'Donoghue vs. United States" was that the Superior Court judges and the judges for the Court of Appeals of the District of Columbia wanted equal pay under the Article III standing of the Constitution.

**6.** It is established on the record that the attorney/prosecution has set the jurisdiction of this court as a Constitutional Article III court.

3

**O'Donoghue v. United States, 1933, 53 S.Ct. 740, 289 U.S. 516, 77 L.Ed. 1356**

"It is important to bear in mind that the District was made up of portions of two of the original states, and was not taken out of the Union by the cession. Prior thereto, its inhabitants were entitled to all the rights, guaranties, and immunities of the Constitution, among which was the right to have their cases arising under the Constitution heard and determined by federal courts created under, and vested with the judicial power conferred by, Art. III."

**7.** I, George Thomas Brokaw, point to the other possible jurisdictions listed below that the court and attorney/prosecutor is failing to disclose by which this court may be claiming subject matter:

Ecclesiastical jurisdiction, Exclusive jurisdiction., Territorial jurisdiction, Personal jurisdiction, Subject Matter Jurisdiction, , Criminal jurisdiction, Federal jurisdiction, Summary jurisdiction, Inherent jurisdiction, Regular Masonic jurisdictions, Admiralty jurisdiction, Corporate jurisdiction, Constitutional jurisdiction, Criminal jurisdiction, Civil jurisdiction, Administrative jurisdiction, International jurisdiction , State jurisdiction, Federal jurisdiction, Limited jurisdiction, Pendent jurisdiction, Ancillary jurisdiction, Removal jurisdiction, Pendent jurisdiction, Territorial jurisdiction, Diversity jurisdiction, Universal jurisdiction, Territorial    jurisdiction, Extraterritorial jurisdiction, General jurisdiction, Bankruptcy jurisdiction, Original    jurisdiction, LEA's jurisdiction, Temporal jurisdiction, Nature of jurisdiction, Business    jurisdiction, etc.

**8.** Whereas the moving party is required to define the subject matter jurisdiction of the court in which it brings its cause of action and has failed to do so.

**9.** I, George Thomas Brokaw hereby challenge the jurisdiction whereas the attorney/Prosecutor has failed to state what subject matter jurisdiction it has formally set the court to operate under and I decline your offer and assumption of Personal jurisdiction as you are operating in **in rem jurisdiction** over what is known as property.

**10.** This court has control over the confiscated personal property, Certified Birth Certificate,

4

seized in the Search and Seizure Warrant, (11-sw-05438-MJW, exercised on September 20, 2011) under the safe guard of the Treasury/TIGTA and when a second Certified Birth Certificate registered to GEORGE THOMAS BROKAW was presented to Christine M. Arguello, which is owned by (the property of) the Government, that presentment to judge Arguello does not now require the living being, George Thomas Brokaw to be present as Mr. Matthew T. Kirsch is there in his Trustee position over the property (the seized property and the Birth Certificate).

**11.** All liability falls to Mr. Kirsch under personal jurisdiction as an appointed trustee over said **in rem** property as he (Kirsch) comes under such court jurisdiction to settle the dispute because of documents signed (but not explained and signed under threat, duress and coercion) by George Thomas Brokaw during the initial Arraignment Hearing in the UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO and because the proffered Birth Certificate to Judge Arguello is now able to be used by Mr. Kirsch for settlement of ALL claims.

## II. Jurisdiction of Nature and Cause on Laws

**12.** I, George Thomas Brokaw have placed a Motion for clarification of language previously before this court to clarify the language and the nature and cause of the laws being used to justify such a jurisdiction.

**13.** The attorney/Prosecutor has failed to address the jurisdictional issue and the nature and cause of the law used to set the jurisdiction of their subject matter.

**14.** Whereas the attorney/Prosecutor and this court along with George Thomas Brokaw are not speaking the same jurisdictional language as the jurisdiction has not been set nor has a clarification of the language been decided on the Nature and Cause in law used to set a

5

jurisdiction.

**15.** Listed below are a number of laws which have their own separate jurisdictional subject matter and language to be used in order to set the jurisdiction of the court in which they operate.

**16.** Failure to set the proper jurisdiction in law leaves the court without jurisdiction and subject matter.

**17.** Examples of laws: Administrative Law - Antitrust & Trade Law - Banking Law - Bankruptcy Law - Civil Rights Law - Commercial Law - Common Law - Communications Law - Constitutional Law - Contract Law - Corporation & Enterprise Law - Criminal Law - Cyberspace Law - Dispute Resolution & Arbitration Law - Education Law - Entertainment & Sports Law - Environmental Law - Ethics & Professional Responsibility Law - Family Law - Government Benefits Law - Government Contract Law - Health Law - Immigration Law - Indian Law - Injury and Tort Law - Intellectual Property Law - International Law - International Trade Law - Labor & Employment Law - Probate Law - Trusts & Estates Law - Property Law - Real Estate Law - Securities Law - Tax Law - Admiralty Law - Maritime Law.

### III. Jurisdictional Challenge On Criminal Jurisdiction

**18.** Whereas Congress has failed to codify "criminal jurisdiction" under the Federal Rules of Criminal Procedure this court lacks jurisdiction to adjudicate any criminal proceedings in this action.

**19.** Criminal "penalties" alone Do Not give "A Court" "criminal jurisdiction" when Congress has failed to codify and define what criminal jurisdiction is.

20. This federal court may have venue but without "criminal jurisdiction" it lacks the ability to adjudicate in any criminal procedure.

21. Whereas under Title 28 USC the federal court only has jurisdiction over civil actions as Congress has failed to create a section under Title 28 USC for "criminal jurisdiction."

22. The Prosecution is now and has been required to prove that this federal court has "criminal jurisdiction" when Congress itself has not enacted it (the jurisdiction) into law.

## CONCLUSION

Whereas jurisdiction is being and has been challenged the Prosecution is required to address this issue. The Prosecution's wilful failure to rebut or dispute this document within a timely manner of 10 days is their acknowledgment that this Court lacks subject matter and jurisdiction to adjudicate this action.

I, George Thomas Brokaw respectfully move this Court to dismiss this action as it does not have personal jurisdiction over the subject matter as it has not been given nor does it have consensual agreement but is operating under deception and fraud and in violation of Peonage.

*George Thomas Brokaw*
George Thomas Brokaw
American National, Third Party of Interest
2260 Palm Drive
Colorado Springs, Colorado

## PROOF OF SERVICE

This document, RE: Judicial Notice: Rule 201, Nonconsensual Personal Jurisdiction; Motion: Jurisdictional Challenge; Motion: Jurisdiction of Nature and Cause on Laws being used, was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO Clerk of Courts on this __10__ day of June in the year of our Lord 2014 A.D. I, George Thomas Brokaw also delivered a copy to the Prosecutor. Clerk, please send notice of such filing to all counsel of record. Clerk, please stamp and return a copy to petitioner in the envelope provided.

*George Thomas Brokaw*
George Thomas Brokaw
Injured Party, Third Party of Interest
2260 Palm Drive
Colorado Springs, Colorado
Tombrokaw33@msn.com


Cc:
MATTHEW T. KIRSCH (Or designee)
ASSISTANT UNITED STATES ATTORNEY
1225 17th Street, Suite 700
DENVER, COLORADO 80202

8