IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   13-cr-00392-CMA-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1.    George Thomas Brokaw,
    **2.**    **John J. Pawelski,**
    3.    Mimi M. Vigil, and
    4.    Clara M. Mueller,

    Defendants.

---

## GOVERNMENT'S RESPONSE TO PRO SE DEFENDANT JOHN JOSEPH PAWELSKI'S AMENDED MOTION FOR ADVISORY COUNSEL [Doc. # 218]

---

During a hearing held on February 26, 2014, the Court denied without prejudice defendant's motion for the appointment of advisory counsel.  Doc. # 107.  On March 17, 2014, defendant filed a second motion requesting the appointment of standby counsel. Doc. # 124.  On June 3, 2014, the Court denied this motion without prejudice, and directed the defendant to file a new motion and affidavit setting forth sufficient information so that the Court could determine whether the defendant qualified for CJA appointed services.  Doc. # 210.

On June 13, 2014, the defendant filed an Amended Motion for Advisory Counsel, Doc. # 218, and an Affidavit of Monthly Income, Doc. # 219.  The government responds to these filings as follows:

1

1.  The defendant filed an Affidavit of Monthly Income that indicates he has limited financial means.

2.   In his Amended Motion for Advisory Counsel, defendant more fully articulates his need for assistance of counsel than he has in prior filings.   In addition to issues addressed previously -- such as his need for assistance in requesting subpoenas, preparing jury instructions, and conducting his direct examination -- the defendant points out that advisory counsel "will reduce or eliminate any communications which the [C]ourt may find frivolous," and provide "an impartial and impersonal communication avenue, thereby reducing conflict" with opposing counsel.   Doc. # 218 at 1-2.   Defendant also admits he does not have a "good grasp" on legal language, and that advisory counsel would be a "great benefit" to him.   *Id.* at 2.

3.  For these reasons, the government does not oppose defendant's request for the appointment of counsel.   The government agrees with the defendant that should the Court grant his request, Mr. Richard Stuckey is the logical choice for appointment given his familiarity with this case and his ability to more quickly prepare for a trial in this matter than counsel new to this case.

2

Respectfully submitted this 26th day of June, 2014.

                        JOHN F. WALSH
                        United States Attorney

                        s/ Martha A. Paluch
                        MARTHA A. PALUCH
                        MATTHEW T. KIRSCH
                        Assistant U.S. Attorneys
                        1225 17th Street, Suite 700
                        Denver, CO 80202
                        Telephone 303-454-0100
                        Facsimile 303-454-0402
                        Email: martha.paluch@usdoj.gov
                                matthew.kirsch@usdoj.gov

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of June, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

John S. Tatum, Esq.
john@johntatumlaw.com
Attorney for Mimi M. Vigil

Miller Leonard, Esq.
miller@themillerleonardlawfirm.com
Attorney for Clara M. Mueller

      I hereby certify that on this 26th day of June, 2014, I emailed the foregoing to the following e-mail addresses:

George Thomas Brokaw, Pro Se
Tombrokaw33@msn.com

John J. Pawelski, Pro Se
Johnski9999@gmail.com


      s/ Dee Boucher
      Dee Boucher
      Legal Assistant
      United States Attorney's Office
      1225 17th Street, Suite 700
      Denver, CO 80202
      303 454-0100
      Fax: 303 454-0402
      Dequesa.boucher@usdoj.gov