## Curriculum Vitae

**Name:**     Richard Peter Martinez

**Current Positions:**     Robert D. Miller Professor of Psychiatry and Law,
   University of Colorado Medical School
Director, Fellowship in Forensic Psychiatry, Dept. of Psychiatry,
   University of Colorado Denver (UCD)
Director, Psychiatric Forensic Services,
   Denver Health Medical Center, Department of Behavioral Health

**Date:**     May 2014

**Birth Place:**     New Orleans, LA     U.S.A.

**Office Address:**     Denver Health Medical Center
Dept. of Behavioral Health
Director, Psychiatric Forensic Services
1155 Cherokee Street
Unit 18 – Mail Code 3440
Denver, CO 80204-4507
Tel: (303) 436-3394
Fax: (303) 436-3391
Email: richard.martinez@dhha.org

**Professional Summary:** Dr. Richard Martinez completed undergraduate studies at Tulane University, completed a Master of Humanities degree at the University of Colorado, and received his M.D. from LSU Medical School in New Orleans. In the 1980's, he was President of the Colorado Chapter of Physicians for Social Responsibility (PSR) and on the national Board of PSR, which presented opportunities for several trips to the Soviet Union to discuss public health concerns involving nuclear weapons proliferation. During this period, while on the teaching faculty of University of Colorado Health Sciences Center (now University of Colorado Denver – UCD), Dept. of Psychiatry, he taught semester courses in humanities and literature programs at University of Colorado, Denver Humanities Department and at the University of Colorado, Boulder in the Honors Program. After eight years in private practice in psychiatry, he went to Harvard University, where he completed a Fellowship at Harvard Medical School, Division of Medical Ethics in 1994-95, followed by a Fellowship at the Edward J. Safra Center for Ethics at the JFK School of Government at Harvard University in 1995-96. He returned to Colorado in 1996 and became an Associate Professor in the Center for Bioethics and Humanities, and in the Department of Psychiatry at the University of Colorado Health Sciences Center (UCHSC). From 1998-2001, he coordinated the clinical ethics and graduate medical education initiatives in ethics and professionalism for University of Colorado Hospital and UCHSC. With support from the Rose Community Foundation, he was the director of the *Colorado Code of Ethics for Healthcare Project*. He completed a fellowship in forensic psychiatry in 2004 while providing clinical services to the Colorado Department of Corrections and medical-legal consultation to the Colorado Department of Human Services. He is certified by the

American Board of Psychiatry and Neurology in General Psychiatry and in the sub-specialty of Forensic Psychiatry. He has written numerous articles, book chapters, and a book on topics related to professional ethics and social responsibility, organizational healthcare ethics, medical undergraduate education, boundaries in the patient-professional relationship, and forensic psychiatry. In 2000, he received the University of Colorado Health Sciences Center *Total Learning Environment Education Award* for innovations in teaching and education. In 2005, he began to work at Denver Health Medical Center (DHMC) as director of forensic services, became director of the Psychiatric Emergency Services at DHMC, and began to transition the UCD Psychiatric Forensic Fellowship to DHMC. Currently, he consults in civil and criminal forensic psychiatry, teaches forensic psychiatry and professional ethics to residents and fellows, and is the Director of Psychiatric Forensic services at Denver Health Medical Center. He is Professor of Psychiatry at the University of Colorado Denver and Director of the Fellowship Program in Forensic Psychiatry. He is an adjunct Professor at the Denver University Sturm School of Law. He is a Distinguished Fellow of the American Psychiatric Association. In 2009, he was appointed as the first Robert D. Miller Professor of Psychiatry and Law at UCD. In 2013, he received the "Best Teacher in a Fellowship Program" from the American Academy of Psychiatry and Law.

## **Education:**

| | |
|---|---|
| 1972-76 | B.S., Bachelor of Science (Biology), Tulane University, New Orleans, LA |
| 1976-80 | M.D., Doctor of Medicine, Louisiana State University School of Medicine, New Orleans, LA |
| 1980-81 | Intern in Community Medicine, University of Colorado Health Sciences Center, Denver, CO |
| 1981-84 | Resident in Psychiatry, University of Colorado Health Sciences Center and School of Medicine, Denver, CO |
| 1984-85 | Career Resident, Colorado State Hospital, Pueblo, CO |
| 1986-93 | M.H., Master of Humanities, University of Colorado, Denver, CO |
| 1992 | Seminarian, Center for Literature, Medicine, and the Health Care Professions, Hiram College, Hiram, OH |
| -95 | Fellow, Division of Medical Ethics, Department of Social Medicine, Harvard Medical School, Boston, MA |
| 1995-96 | Fellow, Edward J. Safra Center for Ethics and the Professions, Harvard University, John F. Kennedy School of Government, Cambridge, MA |
| 2002-04 | Fellow, Forensic Psychiatry, University of Colorado Health Sciences Center, Dept. of Psychiatry, Denver, CO |

## **Academic Appointments (Present and Past):**

| | |
|---|---|
| 2009-Present | Professor, Department of Psychiatry, School of Medicine, University of Colorado Denver (formerly UCHSC) |
| 2009-Present | Adjunct Professor, University of Denver, Sturm School of Law |
| 2002-2009 | Associate Professor, Department of Psychiatry, School of Medicine, University of Colorado Denver (formerly UCHSC) |
| 2002-2004 | Fellow in Forensic Psychiatry, Department of Psychiatry, UCHSC, Denver, CO |
| 1996-2004 | Instructor, Department of Comparative Literature and Humanities, University of Colorado, Boulder |
| 1996-2002 | Assistant Professor, Department of Psychiatry and Program in Bioethics and Humanities, University of Colorado Health Sciences Center |
| 1992-97 | Instructor, Honors Program, College of Arts and Sciences, University of Colorado, Boulder |
| -96 | Associate Clinical Professor, The Program in Health Care Ethics, Humanities and Law, Department of Preventive Medicine, and Department of Psychiatry, University of Colorado Medical School, Denver, CO |
| 1995-96 | Fellow, The Center for Ethics and the Professions, Harvard University, John F. Kennedy School of Government, Cambridge, MA |
| -95 | Fellow, Division of Medical Ethics, Department of Social Medicine, Harvard Medical School, Boston, MA |
| 1994-95 | Teaching Fellow for Dr. Robert Coles, Harvard College, Harvard University, Cambridge, MA |
| 1991-95 | Adjunct Associate Professor, Department of English, University of Colorado, Denver |
| 1993-94 | Assistant Clinical Professor, Program in Ethics and Medical Humanities, University of Colorado Medical School, Denver, CO |
| 1989-94 | Assistant Clinical Professor, Department of Psychiatry, University of Colorado Medical School, Denver, CO |
| 1985-89 | Clinical Instructor, Department of Psychiatry, University of   C o l o r a d o   Medical School, Denver, CO |

## Professional Positions (Present and Past):

| | |
|---|---|
| 2006-Present | Director, Fellowship in Forensic Psychiatry, Dept. of Psychiatry, University of |

Colorado Denver Medical School, Denver, CO

| | |
|---|---|
| 2005-Present | Director, Psychiatric Forensic Services, Denver Health Medical Center, Dept. of Behavioral Health, Denver, CO |
| 2005-Present | Faculty, The ProBE Program (Professional/Problem-Based Ethics) with the Center for Personalized Education for Physicians – Provide educational programs for Health Professionals sanctioned for professional misconduct and impairment by licensing boards, hospitals, and other health care organizations - New Jersey and Denver |
| 2005-2008 | Director, Psychiatric Emergency Services, DHMC |
| 2004-2006 | Associate Director, Program in Forensic Psychiatry, Dept. of Psychiatry, University of Colorado Medical School, Denver, CO |
| 2003-2005 | Director and Consultant, Program for Continuing Medical Education, Colorado Mental Health Institute at Pueblo |
| 2003-2005 | Team Psychiatrist, Catholic Charities Behavioral Health Program, Denver, CO |
| 2003-2005 | Psychiatric Consultant, Infectious Disease Group Practice (HIV Clinic), University of Colorado Hospital, Denver, CO |
| 1996-2004 | Coordinator, Psychiatry and Ethics Curriculum, Dept. of Psychiatry, UCHSC |
| 2000-02 | Project Director, Colorado Code of Ethics for Healthcare |
| 2001-03 | Coordinator, Clinical Ethics and Graduate Medical Education Initiatives in Ethics and Professionalism, UCHSC, Center for Bioethics and Humanities |
| 1997-01 | Director, Ethics and Humanities Curriculum, CU School of Medicine, University of Colorado Health Sciences Center |
| 1998-01 | Medical Director, University Counseling and Behavioral Health - University of Denver/Colorado Psychiatric Health Collaborative Mental Health Programs |
| 1984-96 | Private Practice, General Psychiatry, Denver, CO |
| 1990-95 | Associate Medical Director, Department of Psychiatry, Wardenburg Student Health Center, University of Colorado, Boulder, CO |
| 1991-94 | Medical Director, Bethesda Provider Network, Bethesda PsycHealth System, Denver, CO |
| 1984-92 | Member of Social Services Disability Determination Services Panel, Department of Social Services, Division of Rehabilitation, State of Colorado, Denver, CO |

| 1985-91 | Team Psychiatrist, Aquarius Program (outpatient substance abuse and dual-diagnosis program), Arapaho Mental Health Center, Littleton, CO |
| 1987-88 | Medical Director, Denver Mental Health Centers Consortium Citywide Services (Program for the chronically mentally ill funded by Robert Wood Johnson Foundation and the Colorado Division of Mental Health), Denver, CO |
| 1985-86 | Assistant Medical Director, Adolescent Care Psychiatric Unit, Mercy Medical Center, Denver, CO |

## Honors and Awards:

| 1973 | Phi Eta Sigma, Freshman Honor Society, Tulane University, New Orleans, LA |
| 1973-76 | Tulane Scholar, Tulane University, New Orleans, LA |
| 1980 | John W. Bick Award, Louisiana Psychiatric Association Award "for outstanding achievement and promise in the field of psychiatry," New Orleans, LA |
| 1990 | Physicians for Social Responsibility, Colorado Chapter Appreciation Award, Denver, CO |
| 1995 | Harvard University, Derek Bok Center for Teaching and Learning, Distinction in Teaching Award, Cambridge, MA |
| 1995 | American Psychiatric Association, Nancy C. A. Roeske, MD Certificate of Recognition for Excellence in Medical Student Education, Miami, FLA |
| 1996 | Distinguished Fellow, American Psychiatric Association |
| 2000 | Teaching Recognition Award, University of Colorado, Total Learning Environment *Innovations in Education Award* for development of "Nature of Illness" course in SOM at the University of Colorado Health Sciences Center, Denver, CO |
| 2009 | Robert D. Miller Endowed Professor of Psychiatry and Law, Dept. of Psychiatry, UCD, Denver, CO |
| 2011 | 12th Chester B. Scrignar, MD, Lecture at Tulane University School of Medicine, Department of Psychiatry and Southern Chapter of the American Academy of Psychiatry and Law |
| 2013 | *Ethics in Forensic Report Writing,* Chapter by Richard Martinez and Phil Candilis In The Psychiatric Report: Principles and Practice in Writing for the Courts. Editors: Alec Buchanan and Michael Norko. Cambridge University Press, 2011. Book received the 2013 APA Manfred S. Guttmacher Award for best forensic psychiatry publication. |

2013      American Academy of Psychiatry and the Law "Best Teacher in a Fellowship Program Award." San Diego, October, 2013.


**Professional Affiliations:**

      Academy of Correctional Health Professionals
      American Academy of Psychiatry and Law
      American Psychiatric Association
      American Society of Bioethics and Humanities
      Colorado Psychiatric Society
      Group for the Advancement of Psychiatry
      International Physicians for the Prevention of Nuclear War
      Physicians for Social Responsibility


**Active Committees and Community Service:**

2013-     Member of the Colorado Task Force for Continuing Examination of the Treatment of Persons with Mental Illness Who are Involved in the Justice System

2012-     Member of University of Colorado Denver, Department of Psychiatry Academic Promotions Committee

2008-     Member of the Journal of the American Academy of Psychiatry and Law Associate Editors Committee

2005-     Member of the Mayor's Crime Prevention and Control Commission Sub-Committee on Mental Health and the Criminal Justice System

2005-     Member of the American Academy of Psychiatry and Law Ethics Committee

2005-     Faculty, Ethics Forum, Professional/Problem Based Ethics Program for Impaired Health Care Professionals

2004-     Member of the American Academy of Psychiatry and Law Association of Directors of Forensic Programs and in 2013 elected Secretary of the Association

2004-     Member of the Colorado Psychiatric Society Legislative Committee, Denver, CO


**Previous Committees and Community Service:**

2007-10    Member of Advisory Board for Colorado Dept. of Human Services (established in Senate Bill 07-003) for Codifying Standards for Competency Assessments and Training in Colorado.

| | |
|---|---|
| 2007-2009 | Member of Ethics Committee, Denver Health Medical Center, Denver, CO |
| 2007-2009 | Member of Task Force on Violence, Denver Health Medical Center |
| 2006-2008 | Member of Steering Committee of Mental Health Association of America (Colorado) Metro Denver Crisis Triage Project |
| 2004-2008 | Faculty, Center for Inter-Professional Ethics, University of Denver, Denver, CO |
| 2006 | Member of Sub-committee (created initially in House Bill 06-1353) of the Mentally Ill Offender Task Force to recommend standards for the performance of competency evaluations in criminal cases in Colorado. |
| 2003-05 | Consultant, Ethics Committee, Colorado Mental Health Institute at Pueblo, Pueblo, CO |
| 2003-05 | Chair, Continuing Medical Education Committee, Colorado Mental Health Institute at Pueblo, Pueblo, CO |
| 1985-2000 | Board of Directors, Physicians for Social Responsibility, Colorado Chapter, Denver, CO |
| 2000- 2004 | Faculty Associate, Carl M. Williams Institute for Ethics and Values, University of Denver, Denver, CO |
| 1992-2004 | Medical Ethics Committee, University of Colorado Hospital, University of Colorado Health Sciences Center, Denver, CO |
| 2000-04 | Faculty Senate, University of Colorado Medical School, Denver, CO |
| 2001-03 | Informed Consent Project, UCHSC Graduate Medical Education Committee to develop informed consent training module for Residents and Interns, Denver, CO |
| 2001-03 | Program in Bioethics at Children's Hospital Steering Committee, Denver, CO |
| -02 | LCME Accreditation Liaison Committee on Medical Education Self-Study, University of Colorado SOM, Denver, CO |
| 2000-01 | Colorado Psychiatric Hospital, Clinical Care Review Committee, Denver, CO |
| 1996-01 | President's Fund for the Humanities Grant Selection Committee, University of Colorado, Boulder, CO |
| 1999-01 | University of Colorado School of Medicine, Co-chair, Sub-committee on Electives Curriculum, School of Medicine, Denver, CO |

| | |
|---|---|
| 1998-00 | University of Colorado School of Medicine, Member of Curriculum Committee, Denver, CO |
| 1997-00 | Given Institute Steering Committee, University of Colorado, Denver, CO |
| 1996-98 | University of Colorado Medical School, Third Year Clerkship Curriculum Development, Denver, CO |
| 1996-97 | Governor's Commission on Health and the Law, sub-committee on physician assisted suicide, Denver, CO |
| -95 | Medical Ethics Committee, Children's Hospital, Boston, MA |
| 1992-94 | Human Research Committee, University of Colorado, Boulder, CO |
| 1992 | Chair, Committee for Medical Humanities, organization of program, Living with Dying: AIDS and the Arts, at the University of Colorado Health Sciences Center, Denver, CO |
| 1990-92 | Board of Directors, Physicians for Social Responsibility, Washington, D.C. |
| 1987-90 | House of Delegates, Physicians for Social Responsibility, Washington, D.C. |
| 1990 | Chair, Planning Committee for National Meeting of Physicians for Social Responsibility, Denver, CO |
| 1988-90 | President, Colorado Chapter Physicians for Social Responsibility, Denver, CO |
| 1987-90 | Chair, Nuclear Education Committee, Colorado Psychiatric Society, Denver, CO |
| 1985-88 | Community Affairs Committee, Colorado Psychiatric Society, Denver, CO |
| 1988 | Adolescent and Child Health Care Committee, Denver Medical Society, Denver, CO |
| 1987 and 1990 | Physicians for Social Responsibility, Leadership Tour to the U.S.S.R. |
| 1986-87 | Psychosocial Task Force, Physicians for Social Responsibility, Washington, D.C. |
| 1986 | Ad Hoc Committee on Indigency, Medicine, and Ethics, University of Colorado, Graduate School of Public Affairs, Denver, CO |
| 1986 | Steering Committee, Mayor Federico Pena and Community Leaders' Forum, Our Economy and the Arms Race, Denver, CO |

| 1985 | Steering Committee, Physicians for Social Responsibility, Visit of physicians from U.S.S.R., Denver, CO |
|---|---|

## Specialty Board Certification:

| 1986 | Diplomate, American Board of Psychiatry and Neurology (Psychiatry), Number 27848 |
|---|---|
| 2005-2015 | Sub-specialty Board Certification in Forensic Psychiatry by the American Board of Psychiatry and Neurology, Number 1545 |

## Medical Licensure:

| 1982-Present | Colorado |
|---|---|
| 1980-82 | Louisiana |
| 1994-97 | Louisiana |
| 1994-97 | Massachusetts |
|  | DEA License Number AM2285155 |

## Editorial Activity:

| 2010- | Editor, Special Section, "Narratives and Memoirs in Forensic Psychiatry," Journal of the American Academy of Psychiatry and Law |
|---|---|
| 2008- | Editorial Board, Journal of the American Academy of Psychiatry and Law |
| 2007-08 | Reviewer for the Journal of the American Academy of Psychiatry and Law |
| 2003-08 | Consulting Editor, Literature and Medicine |
| 2002 | Guest Editor, Theoretical Medicine and Bioethics, Edition on "Boundaries," Vol. 23, No. 3, 2002. |
| 1997-02 | Editorial Board, J. Of Medical Humanities |
| 1994-01 | Editor, Fetishes, literary journal for University of Colorado Health Sciences Center, Denver, CO |
| 1993-01 | Editorial Board, Literature, Arts, and Medicine Database, electronic data-base from NYU School of Medicine for Medical Humanities |
| 1986-88 | Associate Editor, Hibakusha, Physicians for Social Responsibility, Colorado Chapter Quarterly Publication |

## Present Teaching:

| | |
|---|---|
| 2009- | University of Denver, Sturm School of Law, semester course on Psychiatry and the Law, 3rd year law student elective. |
| 2006- | Training Director of Fellows in Forensic Psychiatry, Dept. of Psychiatry, University of Colorado, Denver (formerly UCHSC) and Denver Health Medical Center (DHMC). |
| 2006- | Course Coordinator of Forensic Psychiatry Section for UCD, Dept. of Psychiatry, Residency Training – Taught yearly in 8 sessions. |
| 2004- | Individual supervision and educational coordination of Psychiatry Residents in elective rotations in Ethics and Forensic Psychiatry, Dept. of Psychiatry, UCD, Denver, CO. |

**Invited Teaching:**

| | |
|---|---|
| 2008 – Present | Harvard Medical School, Annual presentation in Ethics curriculum on end of life decisions. |
| 1997 | Visiting Scholar, Hiram College, Center for Literature, Medicine, and the Health Care Professions, Hiram, OH – Taught 10-week course in Literature, Medicine, and Ethics – Summer 1997. |
| 1996 | Instructor, Division of Medical Ethics, Harvard Medical School, Boston, MA. Course: <u>Narrative Bioethics</u> – Weekly course for quarter session. |
| 1994-95 | Teaching Fellow with Dr. Robert Coles, Harvard College, Harvard University, Cambridge, MA. Course: <u>Literature of Social Reflection</u>. 16-week course met twice weekly for Fall semester with class of 25 students. |

**Previous Teaching:**

| | |
|---|---|
| 2006-10 | Individual supervision of all psychiatry residents and medical students who rotate in Emergency Psychiatry at Denver Health Medical Center in 10-bed Psychiatric Emergency Services (PES) unit. |
| 2003-05 | Consulting Faculty, Regional Institute for Health and Environmental Leadership, Denver, CO. |
| 1996-2004 | Course Coordinator, <u>Psychiatry and Ethics</u> Curriculum, Department of Psychiatry, University of Colorado Medical School. |
| 2002-04 | Director of "Informed Consent" Module for Third Year Medical Student Surgery Clerkship at CU SOM. |
| 2002-03 | Director, Community Advanced Ethics and Health Law Seminar, UCHSC. |

| | |
|---|---|
| 1998-03 | <u>Ethics in the Health Professions</u>, Inter-professional course for all first year health professional students at UCHSC. |
| 1992-02 | Instructor, Honors Program, College of Arts and Sciences, Department of Comparative Literature and Humanities, University of Colorado, Boulder. Design and teach <u>Literature, Medicine, and Morals</u>, core curriculum elective. |
| 1997-01 | Director, Ethics and Humanities Electives Curriculum, University of Colorado Medical School. Design and teach electives: <u>Literature, Medicine, and Ethics</u>, <u>Special Topics in Medical Humanities</u>, <u>Understanding the Patient's Experience of Illness</u>, and <u>The Nature of Illness</u> to medical students. |
| 1998-01 | Course Director, <u>Ethics in the Health Professions</u>, required inter-professional course for all first year health professional students at UCHSC. |
| 1992-96 | Associate Clinical Professor, Program in Health Care Ethics, Humanities and Law, University of Colorado Medical School. Designed  and  taught  yearly electives to medical students. |
| 1991-95 | Adjunct Associate Professor, Department of English, University of Colorado, Denver. Course: <u>Literature and Medicine</u> offered in Humanities cluster – Taught 16-week course every two years. |
| 1993-94 | Associate Clinical Professor, University of Colorado Medical School, Course: <u>Issues in Clinical Medicine</u>. |
| 1993 | Instructor, Denver Psychoanalytic Society, Denver, CO. Course: <u>Masculinity and Identity: Literary and Psychoanalytic Perspectives</u>. 12-week course. |
| 1985-89 | Clinical Instructor, University of Colorado Medical School, Course: <u>Behavioral Medicine for Second Year Medical Students</u>. |
| 1983-86 | Supervisor, Medical Hypochondriasis Clinic, University of Colorado Medical School, Denver, CO |
| 1983-84 | Clinical Instructor, University of Colorado Medical School, Course: <u>Interviewing and Problem-Solving, Introduction to Clinical Medicine</u>. |

## Grants and Contracts:

| | |
|---|---|
| 1993-94 | University of Colorado, President's Fund for the Humanities Award for <u>Fetishes</u>, a literary journal for the University of Colorado Health Sciences Center, Denver, CO. $5000. |
| 1994 | Genesis Foundation Grant for teachers in higher education, Colorado Springs, CO. $8000. |

| 1995 | University of Colorado, President's Fund for the Humanities Award for <u>Fetishes</u>, Denver, CO. $5000. |
|------|------|
| 1997 | University of Colorado, President's Fund for the Humanities Award for "The Healer's Art: Writers in the Health Care Professions," Denver, CO. $5000. |
| 2000-01 | Rocky Mountain Center for Healthcare Ethics and the Rose Community Foundation Grant for "Colorado Code of Ethics for Healthcare" Project. $82,500. |
| -05 | CU-Boulder Outreach Committee Award: "Psychological Assessments for Indigent Torture Victims Seeking Political Asylum." $3600 |
| -06 | Contract with Colorado Mental Health Institute at Pueblo (CMHI-P) as consultant in forensic cases and ethics committee. $18,000 |
| -08 | Contract with Colorado Department of Corrections to provide mental heatlh services to mentally ill inmates in community corrections. $32,000 |

## **Bibliography:**

1. <u>Publications in Peer-Review Journals</u>:

**Martinez R**: *Peace: An Unprecedented Opportunity*. <u>Colorado Medicine</u>, September, 1988.

**Martinez R**, Tasto, J: *A Student-Run Course in the Medical Humanities*. <u>Academic Medicine, 71</u> (5): 530-531, May, 1996.

Charon R, Brody H, Clark MW, Davis D, **Martinez R**, Nelson RM: *Literature and Ethical Medicine*. <u>J of Medicine & Philosophy</u>, 21(3):243-265, 1996.

**Martinez R**: *War Stories*. <u>J. General Internal Medicine</u>, October, 1999.

**Martinez R**: *A Model For Boundary Dilemmas: Ethical Decision-Making in the Patient-Professional Relationship*. <u>Ethical Human Sciences and Service</u>, Vol. 2, (1), 43-61, 2000.

Candilis PJ, **Martinez R**, Dording, C: *Principles and Narrative in Forensic Psychiatry: Toward a Robust View of Professional Role*. <u>The Journal of the American Academy of Psychiatry and Law</u>, Vol. 29, (2), 167-173, 2001.

**Martinez R**: *Organizational Ethics in Healthcare*. <u>Colorado Medicine</u>. February, 51-53, 2001.

**Martinez R.** *The Nature of Illness Experience: A Course on Boundaries*. <u>Theoretical Medicine and Bioethics: Philosophy of Medical Research and Practice</u>. Vol. 23, (3), 259-269, 2002.

**Martinez R.** Guest Editor. *Boundaries and Professionalism: Introduction*. <u>Theoretical Medicine and Bioethics: Philosophy of Medical Research and Practice</u>. Vol. 23, (3), 185-189, 2002.

**Martinez R**, Candilis PJ: *Commentary: Toward a Unified Theory Of Personal and Professional Ethics*. J. American Academy of Psychiatry and the Law. 33:3:382-385 (2005)

Savin D, **Martinez R**: *Cross Cultural Boundary Dilemmas: A Graded-Risk Assessment Approach*. Transcultural Psychiatry. Vol 43 (2): 243-258, June, 2006.

Candilis PJ, **Martinez R**: *Commentary: The Higher Standards of Aspirational Ethics*. J. American Academy of Psychiatry and the Law. Vol 34, No 2, 242-244, 2006.

**Martinez R,** Metzner J: *Robert D. Miller, M.D., Ph.D.: In Memoriam September 4, 1941 – July 13, 2006*. Behavioral Sciences and the Law. 25: 1-4 (2007).

Wortzel H, Binswanger IA, **Martinez R**, Filley, CM, and Anderson, A: *Crisis in the Treatment of Incompetence to Proceed to Trial: Harbinger of a Systemic Illness*. Journal of the American Academy of Psychiatry and the Law. Vol. 35, No. 3: 357-363, 2007.

Helmkamp C, Wortzel HS, **Martinez R**: *Competence to Plead Guilty and Seek the Death Penalty*. Journal of the American Academy of Psychiatry and the Law. Vol. 36, No. 3: 409-411, 2008.

Kellermeyer G, Wortzel HS, **Martinez R**: *Mitigating Evidence in a Death Penalty Case*. Journal of the American Academy of Psychiatry and the Law. Vol. 36, No. 3: 411-413, 2008.

Meng A, Wortzel HS, **Martinez R**: *Limitations of Attorney Work Product and Physician-Patient Privilege*. Journal of the American Academy of Psychiatry and the Law. Vol. 37, No. 3: 410-412, 2009.

Hoffman TR, Wortzel HS, **Martinez R**: *Admissibility of Demeanor Evidence from a Police Interrogation Videotape*. Journal of the Am Academy of Psychiatry and the Law. Vol. 37, No. 3: 408-410, 2009.

Foote A, Wortzel HS, **Martinez R**: *Competency to Waive Postconviction Review for a Death Sentence*. Journal of the Am Academy of Psychiatry and the Law. Vol. 38, No. 3: 425-427, 2010.

Boyer J, Wortzel HS, **Martinez R**: *Ineffective Counsel in a Death Penalty Case*. Journal of the Am Academy of Psychiatry and the Law. Vol. 38, No. 3: 427-429, 2010.

Maxey JJ, Wortzel HS, **Martinez R:** *Duty to Warn or Protect*. Journal of the American Academy of Psychiatry and the Law. Vol. 39, No. 3: 430-432, 2011.

Thurman MT, Wortzel, HS, **Martinez R:** *Mental Health Evaluation/Counseling as a Special Condition of Supervised Release*. Journal of the American Academy of Psychiatry and the Law. Vol. 39, No. 3: 432-434, 2011.

Candilis PJ, **Martinez R**: *Reflections and Narratives*. J. of the American Academy of Psychiatry and Law. Vol. 40, No. 1:12-13, 2012.

Brar LG, Wortzel HS, **Martinez R**: *Mandatory Admission of Guilt in Sex Offender Programs*. J. of the American Academy of Psychiatry and the Law. Vol. 40, No. 3:433-435, 2012.

Wheeler A, Wortzel HS, **Martinez R**: *Required Sex Offender Treatment and Due Process Rights*. J. of the American Academy of Psychiatry and the Law. Vol. 40, No. 3:435-437, 2012.

Westmoreland P, Wortzel HS, **Martinez R**: *Federal District Court's Ordering of Multiple Competency Examinations*. J. of the American Academy of Psychiatry and the Law. Vol. 40, No. 3:437-439, 2012.

**Martinez, R**: *A Case of Insanity: Diagnostic Relevance in the Shadow of Columbine*. J of the American Academy of Psychiatry and Law. Vol. 40, No. 3:312-317, 2012.

Lugo-Sanchez W, Wortzel HS, **Martinez R**: *Appropriate Use of a Defense of Extreme Emotional Distress*. J of the American Academy of Psychiatry and Law. Vol. 41, No. 3:461-463, 2013.

Chang M, Wortzel HS, **Martinez R**: *Protecting the Rights of Defendants in Cases Where the Question of Competency Has Been Raised*. J of the American Academy of Psychiatry and Law. Vol 41, No. 3:463-465, 2013.

**Martinez R**, Frank C**:** *End of Life Decisions: Who Decides and the Role of the Psychiatrist*. Psychiatric Times. March 20, 2014. At http://www.psychiatrictimes.com.

2. Books:

Candilis P, Weinstock R, **Martinez R**: *Forensic Ethics and the Expert Witness*. Springer Publications, 2007.


3. Book Chapters:

**Martinez R** and Candilis PJ: *Ethics in Forensic Report Writing*. In The Psychiatric Report: Principles and Practice in Writing for the Courts. Editors: Alec Buchanan and Michael Norko. Cambridge University Press, 2011. Book received the 2013 APA Manfred S. Guttmacher Award for best forensic publication.

**Martinez R**: *Narrative Ethics in Psychiatry*. In Psychiatric Ethics. Editors: Sidney Bloch and Stephen Green. Oxford University Press, 4th edition, 2009.

**Martinez R**: *Narrative Understanding and Methods in Psychiatry and Behavioral Health*. In The Practice of Narrative Ethics. Editors: Rita Charon and Martha Montello. Routledge Press, 2002.

**Martinez R**: *Setting Boundaries: Commentaries on Crossing Boundaries, Empathy, and Compassion*. In Ward Ethics. Editors: Tomi Kushner and David Thomasma. Cambridge University Press, 2001.

**Martinez R**: *Professional Role in Health Care Institutions: Toward An Ethics of Authenticity*. In Educating for Professionalism: Creating a Culture of Humanism in Medical Education. Editors: Delese Wear and Janet Bickel. University of Iowa Press, 2000.

**Martinez R**: *Walker Percy and Medicine: The Struggle for Recovery in Medical Education*. In The Last Physician: Walker Percy and the Moral Life of Medicine. Editors: John Lantos and Carl Eliot. Duke U. Press, 1999.


4. Book Reviews:

**Martinez R**: Review of *Rethinking Life and Death: The Collapse of Our Traditional Ethics,* by Peter Singer (1994, St. Martin's Griffin, New York) in the Literature, Arts, and Medicine On-Line Database at NYU School of Medicine; The Literature, Arts, and Medicine Project; March, 2001.

**Martinez R**: Review of *What's Normal? Narratives of Mental and Emotional Disorders*, Carol Donley & Sheryl Buckley, editors (2000, Kent University Press, Kent, OH) in the Literature, Arts, and Medicine On-Line Database at NYU School of Medicine; The Literature, Arts, and Medicine Project; August, 2000.

**Martinez R**: Review of *The New Medicine and the Old Ethics* by Albert R. Jonsen (1990, Harvard University Press, Cambridge) in the Literature, Arts, and Medicine On-Line Database at NYU School of Medicine; The Literature, Arts, and Medicine Project; March, 2000.

**Martinez R**: Review of *The Last Physician-Walker Percy and the Moral Life of Medicine*, Carl Elliott and John Lantos, editors (1999, Duke U. Press, Durham) in the Literature, Arts, and Medicine On-Line Database at NYU School of Medicine; The Literature, Arts, and Medicine Project; December, 1999.

**Martinez R**: Review of *Lying on the Couch* by Irvin Yalom (1996, HarperPerennial, NYC) in the Literature, Arts, and Medicine On-Line Database at NYU School of Medicine; The Literature, Arts, and Medicine Project; April, 1999.

**Martinez R**: Review of *Raising Lazarus* by Robert Pensack and Dwight Williams (1994, G.P. Putnam, NYC) in the Literature, Arts, and Medicine On-Line Database at NYU School of Medicine; The Literature, Arts, and Medicine Project; January, 1999.

**Martinez R**: Review of *The Thanatos Syndrome* by Walker Percy (1987, Farrar, Strauss, and Giroux, NYC) in the Literature, Arts, and Medicine On-Line Database at NYU School of Medicine; The Literature, Arts, and Medicine Project; August, 1998.

**Martinez R**: Review of *Opinions of the Ethics Committee on the Principles of Medical Ethics: With Annotations Especially Applicable to Psychiatry*. Washington DC: American Psychiatric Press, 1995. 63 pp. The J. Of Nervous and Mental Disease. Vol. 186, (1): 65, 1998.

**Martinez R**: Review of *When Nietsche Wept* by Irvin Yalom (1993, HarperPerennial, NYC) in the Literature, Arts, and Medicine On-Line Database at NYU School of Medicine; The Literature, Arts, and Medicine Project; January, 1998.

**Martinez R**: Review of *Manhood in the Making* by David Gilmore. The Journal of Nervous and Mental Disease. Vol. 179, (11):704, 1991.


5. Other Publications:

**Martinez R**: *Awareness and Understanding of Difficult Patients*. Ethics Forum – AMA News. Volume 46, No. 29, August 4, 2003.

**Martinez R**: *Modern Medicine in a Postmodern World*. Colorado Endowment for the Humanities News. Fall, 2001.

**Martinez R**: *Organizational Ethics in Healthcare*. A Piece of Our Mind, Colorado Psychiatric Society Newsletter. Vol. 26, No. 1, March, 2001.

**Martinez R**: *The Nature of Illness Experience: Medical Education at UCHSC*. Many Voices, Many Choices. Publication of the Colorado Collaboration on End-Of-Life Care. Vol. 2, No. 1, Jan., 1998.

**Martinez R**: *Nebraska Night, The Shower on Easter Sunday, and Drinking the Charles River*. In Quarterly of American Physicians' Poetry Association. Winter, 1994.

**Martinez R**: *Colorado in May*. In Quarterly of American Physicians' Poetry Association. 6(1), Spring, 1994.

**Martinez R**: *Starry Nights and Returning from New Orleans*. In Quarterly of American Physicians' Poetry Association. 5(4), Winter, 1993.

**Martinez R**: *Poet's Corner and The Storm*. In Auscult. 2(1) Spring, 1993.

**Martinez R**: *Rocky Flats, Values Turned Upside Down*. Rocky Mountain News. Op. Ed., July, 1989.

**Martinez R**: *Dissent and Soviet Psychiatry*. Colorado Psychiatric Society Newsletter. March, 1988.

**Martinez R**: *INF Treaty Is Only A Beginning*. The Denver Post. December, 1987.

**Martinez R**: *Physicians Create Awareness of Nuclear War Consequences*. Tracings. February, 1986.

**Martinez R**: *Soviet Psychiatrist is not a Terrorist*. Rocky Mountain News. October, 1985.

6. Educational Products:

1. A Conversation with David Drummond – DVD production of interview with patient with quadriplegia requesting termination of life support (August 2007).
2. Informed Consent Training Module - On-line GME required examination for orientation of interns, residents, and fellows at UCHSC (2001-present).
3. Ethics Evaluation Rubrics – On-line at University of Wisconsin Medical School website for End-of-Life Care (1998-present).

**Professional and Educational Presentations:**

1)  *International:*

"Interprofessional Education in Ethics at an Academic Health Sciences Center," International Health Ethics Futures: Multidisciplinary Conversations Conference, sponsored by Royal College of Nursing, Hamilton Island, Australia, July, 2001.

2)  *National:*

"Professional Obligations in End of Life Decision Making," Harvard Medical School, Division of Medical Ethics, Boston, MA, May 2014.

"A Case of False Confession and Incompetence to Waive Miranda: Language and Learning Disabilities in Criminal Defense." Tulane University Forensic Psychiatry Conference, New Orleans, LA, April 2014.

"Who Decides? Professional Obligations in End of Life Decision Making," Harvard Medical School, Division of Medical Ethics, Boston, MA, April 2013.

"A Case of Insanity: In the Shadow of Columbine." Presentation at Tulane University Forensic Psychiatry Annual Symposium, <u>Notorius: Lessons from the Darker Side of Forensic Psychiatry</u>, New Orleans, LA, April 2013.

"A Case of Insanity: In the Shadow of Columbine." Presentation at the American Academy of Psychiatry and Law National Meeting, Montreal, Canada, October 2012.

"In the Shadow of Columbine: A Case of Insanity." University of Massachusetts Memorial Medical Center, Department of Psychiatry, Worcester, MA, May 2012.

"Who Decides? Decision Making and Competency in a Patient with High Tetraplegia." University of Massachusetts Memorial Medical Center, Department of Psychiatry, Grand Rounds, Worcester, MA, May 2012.

"Whose Life is It Anyway? Withdrawing Ventilator Support in a 'Competent' Man with Tetraplegia," Harvard Medical School, Division of Medical Ethics, Boston, MA, April 2012.

"Who Decides? The Decision to Withdraw a Ventilator in a Young Competent Man with Quadriplegia" and "Twenty Years After Nancy Cruzan: Legal and Ethical Issues in Withdrawing Life Sustaining Treatments." 12th Chester B. Scrignar, MD, Lecture at Tulane University School of Medicine, Department of Psychiatry and Southern Chapter of the American Academy of Psychiatry and Law. New Orleans, LA, April 2011.

"Whose Life is It Anyway? Withdrawing Ventilator Support in a 'Competent' Man with Tetraplegia," Harvard Medical School, Division of Medical Ethics, Boston, MA, April 2011.

"Neuroimaging and the Courts," Presentation to Colorado Defense Lawyers Association, Denver, CO, December 2010.

"The Ethics of Forensic Report Writing." Presentation in *Report Writing: Restraints, Reasoning, and Refinement*. Course at American Academy of Psychiatry and Law National Meeting, Tucson, AR, October 2010.

"Whose Life Is It Anyway? The Decision to Withdraw Ventilatory Support in a Competent Young Man With High Tetraplegia," American Academy of Psychiatry and Law National Meeting, Tucson, AR, October 2010.

"Whose Life Is It Anyway? The Decision to Withdraw Ventilatory Support in a Competent Young Man With High Tetraplegia," University of California, Davis, Dept. of Psychiatry, Sacramento, CA, September 2010.

"Letting Go of Life: Patient Rights and Professional Responsibilities," University of California, Davis, Division of Bioethics, Dept. of Internal Medicine, Sacramento, CA, September 2010.

"Whose Life is It Anyway? Withdrawing Ventilator Support in a 'Competent' Man with Tetraplegia," Harvard Medical School, Division of Medical Ethics, Boston, MA, April 2010.

"The Decision to Withdraw Ventilatory Support in a Competent Young Man with Tetraplegia," Massachusetts General Hospital, Dept. of Neurology, Boston, MA, January 2010.

"Whose Life is It Anyway? The Decision to Withdraw Ventilatory Support in a Competent Young Man with Tetraplegia," Academy of Psychosomatic Medicine National Meeting, Las Vegas, NV, November 2009.

"Competency and Waiving Rights in Death Penalty Cases," American Academy of Psychiatry and Law National Meeting, Baltimore, MD, October, 2009.

"Whose Life is It Anyway? The Decision to Withdraw Ventilatory Support in a Competent Young Man with Tetraplegia," Massachusetts Society of Respiratory Therapists, Sturbridge, MA, October 2009.

"Withdrawal of Life Support in a Ventilator Dependent Patient – Psychiatric Considerations," Presentation at American Academy of Forensic Sciences, Denver, CO February 2009.

"A Case of a Man with High Quadriplegia Requesting that his Ventilator be Withdrawn," Presentation at national meeting of Academy of Psychosomatic Medicine, Miami, FLA, November 2008.

"Whose Life Is It Anyway? Cervical Quadriplegia and Ventilator Withdrawal," Keynote Presentation at Harvard Ethics Consortium, Harvard Medical School, Boston, MA, November 2008.

"A Case of a Man with High Quadriplegia Requesting that his Ventilator be Withdrawn," Presentation at Harvard Medical School, Boston, MA, March 2008.

"A Case of a Man with High Quadriplegia Requesting that his Ventilator be Withdrawn," Presentation at Center for Bioethics, Brigham Hospital, Boston, MA, March 2008.

"War: A Panel on War and Medicine," Chair of panel, University of Colorado Colloquium on <u>WAR</u>, sponsored by Center for Humanities and the Arts, University of Colorado, Boulder, CO, March 2004.

"Professional Boundaries: Slippery Slope or Professional Discretion?" Grand Rounds, Louisiana State University Health Sciences Center, New Orleans, LA, February, 2004.

"Professional Boundaries: Slippery Slope or Professional Discretion?" Grand Rounds, University of Texas Southwestern Medical Center, Dallas, TX, September, 2003.

"Professional Roles in Institutions: Toward an Ethic of Authenticity," Presentation at the Regional Institute for Health and Environmental Leadership, Florissant, CO, August, 2003.

"Culture and Memory: Sites of Tradition," Chair, Panel on "Body Memory," Center for Humanities and the Arts Annual Colloquium, University of Colorado, Boulder, CO, March, 2002.

"Professional Role in Medical Education: Toward An Ethics of Authenticity," American Society of Bioethics and Humanities National Conference, Salt Lake City, UT, October, 2000.

"The Hazards of Writing and Consuming the Personal Essay," Health Affairs Conference, Narrative Matters: Personal Stories and the Making of Health Policy, Airlie, VA, March, 2000.

"Quandaries in Health Care: Recapturing the Voice of the Patient, Toward An Ethic of Listening," Guest Faculty and Program Organizer, Aspen, CO, Sept., 1998.

"The Riddle," staged-reading of Sherwin Nuland's How We Die for the 25th Anniversary of The Given Institute, Aspen, CO, August, 1998.

"The Experience of Illness: Medical Students and the Valuing of the Patient's Story," Society of Teachers of Family Medicine National Meeting, New Orleans, LA, February, 1998.

"Narratives in the Pediatric ICU: Can We Do Better?" Care At The End Of Life Conference, Harvard Medical School, Division of Medical Ethics, Cambridge, MA, June, 1996.

"Narrative and Ethics," Harvard University, The Program in Ethics and the Professions, February, Cambridge, MA, 1996.

"Mary Shelley's Frankenstein: Uses in Medical Education," Society for Health and Human Values, National Conference, San Diego, October, 1995.

"Walker Percy's The Moviegoer," Harvard Medical School, Boston, MA, March, 1995.

"Caring in Medicine: Literary Perspectives," Harvard Medical School, Boston, MA, December, 1994.

"A View of Walker Percy: Physician-Novelist," Harvard College, Cambridge, MA, November, 1994.

"Medicine As Story: Recovering the Patient," University of Missouri-Kansas City School of Medicine, Humanities in Medicine Conference, Kansas City, MO, October, 1993.

"Narrative Bioethics: Teaching and Therapeutic Implications," Society for Health and Human Values, National Conference, Memphis, TN, November, 1992.

"Lucia: Autobiography and Narrative," Society for Health and Human Values, National Conference, Tampa, FLA, May, 1992.

"Adolescents in the U.S.," lecture series in the U.S.S.R. with Dr. Roy Meninger, Physicians for Social Responsibility Leadership Tour in the U.S.S.R., May, 1990.

"Human Rights and Nuclearism," Physicians for Social Responsibility, National Meeting, Denver, CO, March, 1990.

"Psychological Aspects of the Arms Race," lecture series in the U.S.S.R., Physicians for Social Responsibility Leadership Tour in the U.S.S.R., May-June, 1987.

### 3) *Local and State Presentations:*

"A Tragedy of Postpartum Depression and Child Death: Presentation and Panel Response," Presented with Ms. Bethe Feltman; Dr. Celeste St. John-Larkin; Dr. Elizabeth Lowdermilk; Dr. Abby Snavely. Presentation at Robert D. Miller Memorial Lecture, University of Colorado Denver School of Medicine, Department of Psychiatry Grand Rounds, Denver, CO, May 2014.

"A Case of False Confession and Incompetence to Waive Miranda: Language and Learning Disabilities in Criminal Defense," Presented with Iris Eytan, Criminal Defense Attorney with Reilly Posner, LLP; Rose Manguso, PhD; and Ashley Wheeler, MD. Presentation to University of Colorado Grand Rounds Case Conference, Department of Psychiatry, Denver, CO, November 2013.

"Eating Disorders and Involuntary Treatment," Presentation to University of Colorado Denver Grand Rounds Case Conference, Department of Psychiatry, Denver, CO, November 2012.

"Challenges in Competency to Proceed Assessments." Presentation to Colorado Mental Health Institute at Pueblo Court Services Orientation Program, Pueblo, CO, November 2012.

"Mental Condition and Intoxication Defenses in Colorado." Presentation to Arapahoe County DA's Office Annual Education Meeting, Denver, CO, September 2012.

"People in Recovery: Stories of Mental Illness and the Criminal Justice System." Robert D. Miller Memorial Lecture, University of Colorado Denver Medical School, Department of Psychiatry, Grand Rounds, Denver, CO, May 2012.

"A Case of Insanity: In the Shadow of Columbine," Presentation to Colorado Psychiatric Society, Denver, CO, April 2012.

"The Insanity Defense in Colorado," Presentation to the El Paso County District Attorney's Office, Colorado Springs, CO, March 2012.

"What Happens Once a Plea of NGRI is Entered in Colorado?" Presentation to the Task Force for the Continuing Study of the Treatment of Persons with Mental Illness who are Involved in the Criminal Justice System, Legislative Task Force, State of Colorado, March 2012.

CV – Richard Martinez, MD, MH

"Sanity Evaluations, Report Writing, and Standards of Practice," Colorado Mental Health Institute at Pueblo, CME presentation, Pueblo, CO, January 2012.

"A Case of Insanity: In the Shadow of Columbine," Colorado Mental Health Institute at Pueblo, CME presentation, Pueblo, CO, January 2012.

"A Case of Insanity: In the Shadow of Columbine," University of Colorado, Denver at Anschutz Medical Center, Grand Rounds Department of Psychiatry, Denver, CO, November 2011.

"A Case of Insanity," Presentation to Denver Public Defender's Office, Denver, CO, June 2011.

"For the Defense: Neurobiological Disorders, TBI, Cerebral SPECT Imaging," Colorado Defense Lawyer Seminar, DHMC, Denver, CO, December 2010.

"A Case of NGRI," Grand Rounds presentation, University of Colorado at Denver, Dept. of Psychiatry, Denver, CO, February 2010.

"Assessment of Malingering in Forensic Evaluations," Presentation to Colorado Mental Health Institute at Pueblo, Continuing education for Restoration to Competency Program, Denver, CO, October 2009.

"Review of Colorado Statutory Changes on Competency," Presentation to Colorado Mental Health Institute at Pueblo, Continuing education for Restoration to Competency Program, Denver, CO, September 2008.

"Insanity, Competency, and Mental Condition in Colorado," Presentation at Denver County Probate Court *Mental Health School for Lawyers and Health Professionals*. Series of seminars sponsored by Judge Jean Stewart, Probate Court, Denver, CO, July 2008.

"Mental Health and the Criminal Justice System," Presentation at Denver County Probate Court *Mental Health School for Lawyers and Health Professionals*. Series of seminars sponsored by Judge Jean Stewart, Probate Court, Denver, CO, May 2008.

"Professional/Problem Based Ethics Course," 3-Day Seminar sponsored by The Ethics Group, LLC – Part of Colorado Physician Education Program with Impaired Professionals, Denver, CO, November 2007.

"A Case of a Man with High Quadriplegia Requesting that his Ventilator be Withdrawn," Grand Rounds presentation at UCDHSC, Denver, CO, September 2007.

"The Meaning and Practice of Professional Ethics," Faculty Coordinator, Center for Professional Ethics – University of Denver; Inter-professional workshop, Denver, CO, May 2006.

"Professional/Problem Based Ethics Course," 3-Day Seminar sponsored by The Ethics Group, LLC – Part of Colorado Physician Education Program with Impaired Professionals, Denver, CO, November 2005.

"Medical Decision-Making in the Incompetent Psychiatric Patient," Grand Rounds presentation at University of Colorado Health Sciences Center, Dept. of Psychiatry, Denver, CO, October 2005.

"Medical Decision-Making for the Mentally Ill," Conference at Denver University on Current Issues in Bioethics sponsored by Colorado Bar Association, Denver, CO, March, 2005.

"Medical Dramas: Stories and Illness Experience," chair of panel, University of Colorado Colloquium on Evidence and Its Ghosts sponsored by Center for Humanities and the Arts, University of Colorado, Boulder, CO, March 2005.

"Boundary Dilemmas in a Refugee Clinic," with Dr. Dan Savin at University of Colorado Health Sciences Center, Dept. of Psychiatry Grand Rounds, Denver, CO, January 2005.

"Interprofessional Ethics Symposium," Faculty Coordinator, University of Denver - Center for Professional Ethics, Denver, CO, May 2004.

"Walker Percy: Physician-Writer and Biography," University of Colorado Health Sciences Center, Arts in Medicine Series, Denver, CO, March 2004.

"Boundaries in the Professional-Client Relationship," Presentation at Denver Community Bioethics Forum, Denver, CO, March, 2003.

"Organizational Ethics and Ethics Committees," Presentation at Retreat for CHEF (Colorado Hospital Ethics Forum), Denver, CO, July, 2002.

"Introduction to Organizational Ethics in Healthcare," Organizational Ethics in Healthcare Conference, sponsored by Rose Community Foundation, Denver Medical Society, Rocky Mountain Center for Healthcare Ethics, and the Program in Bioethics and Humanities, UCHSC, Denver, CO, April, 2001.

"Professionalism in Medical Practice," The Doctor's Company's Denver Medical Society continuing medical education program, Denver, CO, November, 2000.

"Ethics and Managed Care," UCHSC, Department of Psychiatry, Grand Rounds Presentation, Denver, CO, January, 2000.

"Ethical Issues in Pharmacy," Kaiser Permanente Annual Pharmacists' Dinner, Denver, CO, July, 1999.

"Ethical Issues in the Patient-Doctor Relationship: The Problem of Dual-Relationships," Denver Medical Society Dinner Presentation, Denver, CO, May, 1999.

"Boundaries in the Patient-Doctor Relationship: Future Directions or Politically Correct?" Grand Rounds, UCHSC, Department of Psychiatry, Denver, CO, January, 1999.

"Ethics and Research," roundtable at the Native Elder Research Center, UCHSC, Denver, CO, October, 1998.

"Internship Orientation on Professionalism" for UCHSC, Denver, CO. June, 1998.

"Ethical Issues in Dentistry"  to ALPHA OMEGA Dental Group, with Dr. John Armstrong, Denver, CO, May, 1998.

"Patient As Mentor: Medical Education and End-Of-Life Care," Colorado Collaboration on End-Of-Life Care conference, Breaking Barriers and Forming Partnerships.  Denver, CO,  May, 1998.

"A Case of Locked-In Syndrome, Competency and Ethical Issues in Requests for Withdrawal of Life-Sustaining Treatments," Am Academy of Psychiatry and the Law Annual Meeting, Denver, CO, October, 1997.

"Literature, Medicine, and Ethics," University of Colorado Health Sciences Center, The Diversity and Culture Interest Group, Denver, CO, September, 1997.

"Literature and Medicine: Works and Lives of Physician-Writers," The Given Institute of the University of Colorado, Aspen, CO, August, 1997.

"Money and the Professions," Ethics Symposium, Columbia/HealthONE, Denver, CO, March, 1997.

"Professional Ethics in the Therapist-Patient Relationship," Wardenburg Student Health Center, University of Colorado, Boulder, CO, February, 1997.

"The Debate on Medical Futility: What Should Health Care Professionals (Not) Do?" A Colloquium at the University of Colorado Health Sciences Center, Denver, CO, January, 1997.

"Boundary Dilemmas in the Therapist-Client Relationship," Colorado State Grievance Board for Mental Health Professionals, Denver, CO, December, 1996.

"An Alternative Model for Boundary Dilemmas: Professional Ideals in the Patient-Physician Relationship," U of Colorado Medical School, Department of Psychiatry Grand Rounds, Denver, CO, November, 1996.

"Humanistic Aspects of Pain and Suffering: The Role of Narratives from the Pediatric ICU," U of Colorado Health Sciences Center, Colloquium with Dr. Arthur Kleinman, Denver, CO, September, 1996.
"Ethical Dilemmas in Managed Mental Health Care," keynote address, University of Denver, sponsored by the National Association of Social Workers, DU Graduate School of Social Work, Colorado Society of Clinical Social Workers, and University of Denver, Denver, CO, March, 1996.

"Literature and Medicine: The Limits of Scientific Knowing," Tenth Annual MD/PhD Conference, Given Institute, Aspen, CO, July, 1995.

"Storytelling in Psychiatry," University of Colorado Medical School, Denver, CO, December, 1993.

"Current Concepts of Masculinity in the Treatment of Men," with Dr. Fred Mimmack, Bethesda PsycHealth Center, Denver, CO, April, 1992.

"Spiritual Transformation in Marie Cardinal's The Words To Say It, University of Colorado, Department of Religious Studies, Boulder, CO, April, 1991.

"Psychosocial and Cultural Aspects of Dually Diagnosed Adolescents," Center for Interdisciplinary Studies conference on Adolescent Substance Abuse, Denver, CO, June, 1989.

"Medical Aspects of Rocky Flats," with Dr. Kenneth Lichtenstein, University Hills Rotary Club, Denver, CO, February, 1989.

"The Physician's Role in the Nuclear Age," St. Luke's Hospital, Denver, CO, October, 1988.

"Peace: An Unprecedented Opportunity," Hiroshima Peace Concert with members of Denver Symphony, Denver, CO, August, 1988.

"Arms Control in an Election Year," with Congresswoman Patricia Schroeder, Colorado Coalition for the Prevention of Nuclear War, Denver, CO, May, 1988.

"The Development of Borderline Personality Disorder," Arapaho Mental Health Center, Englewood, CO, January, 1987.

"Psychological Impact of the Nuclear Arms Race on Children," Association of Part-time RN's and LPN's, Denver, CO, November, 1986.

"Psychological Aspects of the Nuclear Arms Race," Colorado Association of OR Nurses, Denver, CO, April, 1986.

"The Social Responsibility of Physicians," Mount Airy Psychiatric Center, Denver, CO, September, 1985.

"Soviet Psychiatry: Symptom of an 'Evil Empire'?," University of Colorado Medical School, Department of Psychiatry, Grand Rounds, Denver, CO, November, 1984.

"Management of Medically Ill Patients in the Psychiatric Milieu," Colorado Society of Clinical Social Workers, Dillon, CO, May, 1983.

"Medically Ill Patients in the Psychiatric Milieu," University of Colorado Medical School, Department of Psychiatry, Grand Rounds, Denver, CO, April, 1983.

"Somatic Complaints and Mania," University of Colorado Medical School, Department of Psychiatry, Grand Rounds, Denver, CO, February, 1983.

CV – Richard Martinez, MD, MH