# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-000392-CMA

UNITED STATES OF AMERICA,
Plaintiff,

v.

#4 CLARA M. MUELLER
Defendant.

---

## ORDER

---

Penrose - St. Francis Hospital, Penrose Hospital 2222 N. Nevada Ave. Colorado Springs, CO 80907; St. Francis Medical Center 6001 E. Woodmen Rd. Colorado Springs, CO you are hereby Ordered to produce the medical records of:

Clara Mae Mueller, born February 9, 1950, a 64 year old white female. The date range for the records requested is March 8, 2013 to present.

The records shall be produced to:

Miller Leonard
Attorney for Defendant
CO Reg. # 41029
14143 Denver West Pkwy.
Suite 100
Golden, CO 80401
303-907-9516
milller@themillerleonardlawfirm.com

1

MARTHA A. PALUCH
MATTHEW T. KIRSCH
Assistant U.S. Attorneys
1225 17th Street, Suite 700
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Email: martha.paluch@usdoj.gov
matthew.kirsch@usdoj.gov


The preferred format of the produced records is in electronic format.


SO ORDERED:


_____
JUDGE