UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 5 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES OF AMERICA
NO KNOW ADDRESS
ENTITY UNDISCLOSED

CASE # 13-cr-00392-CMA

VS

Constitutional Article III Court

Judge Christine M. Arguello

GEORGE THOMAS BROKAW (Government
Registered Trade Name, Trust, Estate)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918


George Thomas Brokaw
Injured Party, a Living man
2260 Palm Drive
Colorado Springs, Colorado
American National, Third Party of Interest


**COMPLAINT AND CLAIM
DUE PROCESS VIOLATIONS
Motion: Grounds For Dismissal; Take
Judicial Notice: Rule 201; Obstruction of
Justice By File Tampering and Docket
Tampering, Etc. By Court Officers**

1

Now Comes George Thomas Brokaw, a living man with a soul, and respectfully asks to move this Court and its Judicial Officers who are "living men and women with souls" and who are obligated by a verbal "living" contract by Oath with their superiors, We the People, Re: COMPLAINT AND CLAIM DUE PROCESS VIOLATIONS Motion: Grounds For Dismissal; Take Judicial Notice: Rule 201; Obstruction of Justice By File Tampering and Docket Tampering, Etc. By Court Officers.

### Judges and Court Clerks Violate The Law When

### Court Filings Disappear Before Filing OR Are Denied After Filing

I, George Thomas Brokaw, "a natural living man" object to the tampering of court filings; 1. Not being docketed into the Court record by the Clerk of Court or stricken or denied by Judge Arguello, not to be allowed to be filed and docketed in the Court file and/or on the Docket Sheet as required by Federal Statutes or Codes (**Title 18, sec. 2071 and 2076**) and by the Federal Rules of Court. 2. Motions and questions directed to the plaintiff are being answered by judge Arguello, practicing law from the bench, in violation of Title 28 USC, 454.

Pursuant to the Rules of Court the Plaintiff in this Action is Required to File a Rebuttal or an Argument against the facts in any opposing Defense Motion filing to the government's allegations, and;

Any such opposing argument or rebuttal is to be presented with FACTS and LAW, and not CONCLUSORY STATEMENTS.

Any such opposing or Defense Motion filings are NOT to be intercepted by

2

Anyone including a Mail Room employee, the Clerk of Court or a Judge as a way to gain advantage as a first line of defense by the Plaintiff (Government) against a Defendant, Nor to attempt to practice law on behalf of the Government to prevent a "fair" response by the Plaintiff, nor by merely "Opposing" a Defendant's filings in place of (the Plaintiff's) supposed rebuttal filings as an unfair defense against the Defendant, creating Judicial Bias.

I, George Thomas Brokaw, placed motions before this court challenging the jurisdiction of this court, challenging the admissibility of plaintiffs evidence, and challenging the Congressional statutory validity (under quorum votes) of USC Title 18. All motions were stricken by judge Arguello as frivolous.

The court cannot make a ruling of frivolous unless supported by fact and law. The court made conclusory rulings. The court failed to make findings of fact and law. The court is denying me access to the court. The court is blocking admission of facts and law that would be appealable evidence. The court lacks jurisdiction. The court committed structural error.

It is NOT up to the Clerk of Court or the judge or Anyone to act in the place of the Government or on behalf of a Plaintiff, by practicing or IMPEDING law, but they are to act merely as administrators and/or record keepers.

When the Court Mail Room receives and stamps a filing as "Received," then the filing must be filed timely into the Court record as "received" and is required to be sent **directly and timely** to the Clerk to be placed into the Court Record and Docketed for ALL to see.

3

I, George Thomas Brokaw, sent notice to this court that; *Much of plaintiffs case is based upon search warrant 11-sw-05438-MJW. Search warrant 11-sw-05438-MJW is void ab initio. The fact that search warrant 11-sw-05438-MJW is void has not been rebutted. Notice of adjudicated facts (Rule 201) was sent to the Clerk of Court for the District of Colorado on August 11, 2012, advising that search warrant 11-sw-05438-MJW was void ab initio. The notice of adjudicated facts was notarized and sent via Registered mail and received on August 13, 2012 by the clerk of court for the district of Colorado.* (copy of NOTICE TO THIS COURT is attached & copy of NOTICE RECEIVED ON AUGUST 13, 2012 is attached) Judge Arguello struck this evidence and facts as frivolous.

I, George Thomas Brokaw, proceeded to the clerk of court's office (USDC, District of Colorado) on July 16, 2014, and discovered, that the Notice of Adjudicated facts document received by the clerk via stamped USPS receipt on August 13, 2012 was not entered into the case file of case # 11-sw-05438-MJW.

The Rules even state that once received by the USPS or any mail delivery service such as FedEx, UPS, it is, then, officially "filed" into the Court as of that date and must appear on the record.

The Federal Rules of Evidence and State Rules of Evidence are very clear that Federal Statutes are the law, and Court rules are **required** to be followed by ALL parties.

It is Not the Clerk of Court's, or the Judges job to practice law on what can or cannot be filed. It is their ministerial duty and obligation to maintain a correct record of ALL filings.

4

<u>Their job is administrative to receive and record filings, Not to deny and obstruct justice or to tamper with the rights of ANY party to **hinder** a fair trial.</u>

It is the judge's duty and obligation to be **impartial** and follow the Rules as found in the judicial and court rules and canons.

Previous court opinions (as you will see below) have made it **very clear** and so has Congress under the Federal Statutes as well as many other States Codes making it a **crime** to tamper with, obstruct or not file timely or not docket Court documents and filings !

### I. FEDERAL CASE LAW

"<u>The duty of the clerk to file the document on the date it was presented to him was a ministerial act</u>, the performance of which could be compelled by writ of mandamus." (*Snyder v. Nolen*, 380 F.3d 279 (7th Circuit, 08/13/2004).)

"<u>The docketing of filed documents is a ministerial act that the Office of the Clerk is obligated to perform</u>." (See *Ray v. United States*, 57 S. Ct. 700, 301 U.S. 158 (U.S. 4/26/1937).)

"<u>It is beyond the purview of the clerk to be concerned with the legal viability of a pleading presented to the clerk for filing</u>." See *Hughes v. Sikes*, 273 Ga. 804 (1) (546 SE2d 518) (2001)

"<u>If pleadings are delivered to the clerk for filing they will be deemed filed even though the proper entry of filing is not made thereon</u>." See *Brinson v. Ga. R. Bank &c. Co.*, 45 Ga. App. 459, 461, supra; *Cooper v. Nisbet*, 119 Ga. 752 (1), 755 (47 S.E. 173). (05/12/78 *Boston Sea Party Atlanta v. Bryant*, 246 S.E.2d 350, 146 Ga. App. 294.) (See also *Lavan et al. v. Philips*, 362 S.E.2d 138, 184 Ga. App. 573 (10/19/87).)

5

"It is settled law that delivery of a pleading to a proper official is sufficient to constitute filing thereof." (Central States, SE & SW Pension v. Paramount Liquor, 34 F.Supp.2d 1092 (N.D.Ill. 02/09/1999).)

<u>"It is settled law that delivery of a pleading to a proper official is sufficient to constitute filing thereof."</u> *United States v. Lombardo*, 241 U.S. 73, 36 S. Ct. 508, 60 L. Ed. 897 (1916); Milton v. United States, 105 F.2d 253, 255 (5th Cir. 1939). In Greeson v. Sherman, 265 F. Supp. 340 (D.C.Va.1967) <u>It was held that a pleading delivered to a deputy clerk at his home at night was thereby "filed."</u> Freeman v. Giacomo Costa Fu Adrea, 282 F. Supp. 525 (E.D.Pa. 04/5/1968)

"It cannot be assumed that the framers of the constitution and the people who adopted it, did not intend that which is the plain import of the language used. When the language of the constitution is positive and free of all ambiguity, all courts are not at liberty, by a resort to the refinements of legal learning, to restrict its obvious meaning to avoid the hardships of particular cases. We must accept the constitution as it reads when its language is unambiguous, for it is the mandate of the sovereign power." -- Cook vs. Iverson, 122, N.M. 251.

"History is clear that the first ten amendments to the Constitution were adopted to secure certain common law rights of the people, against invasion by the Federal Government". -- Bell v. Hood, 71 F. Supp., 813, 816 (1947) U.S.D.C., So. Dist. CA.

"When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes expressly depriving him of jurisdiction, judicial immunity is lost." *Rankin v. Howard,* (1980) 633 F.2d 844, cert den.*Zeller v. Rankin,* 101 S.Ct. 2020, 451 U.S. 939, 68 L.Ed 2d 326.

"An officer who acts in violation of the Constitution ceases to represent the government". Brookfield Const. Co. v. Stewart, 284 F. Supp. 94. "...an officer may be held liable in damages to any person injured in consequence of a breach of any of

6

the duties connected with his office... The liability for nonfeasance, misfeasance, and for malfeasance in office is in his 'individual', not his official capacity..." 70 Am. Jur. 2nd Sec. 50, VII Civil Liability.

## II. FEDERAL STATUTES AND RULES

**28 U.S. Code § 454 - Practice of law by justices and judges**
Any justice or judge appointed under the authority of the United States who engages in the practice of law is guilty of a high misdemeanor.

**18 U.S. Code § 2071 - Concealment, removal, or mutilation generally**
**(a)** Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both.

**(b)** Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

**18 U.S. Code § 241 -- Conspiracy against rights**

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

7

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

**18 U.S. Code § 1506 - Theft or alteration of record or process; false bail**
Whoever feloniously steals, takes away, alters, falsifies, or otherwise avoids any record, writ, process, or other proceeding, in any court of the United States, whereby any judgment is reversed, made void, or does not take effect; or

Whoever acknowledges, or procures to be acknowledged in any such court, any recognizance, bail, or judgment, in the name of any other person not privy or consenting to the same—
Shall be fined under this title or imprisoned not more than five years, or both.

**18 U.S. Code § 1341 - Frauds and swindles**
Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post

8

office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives there from, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C.5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.


**18 U.S. Code § 1346 - Definition of "scheme or artifice to defraud"**
For the purposes of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another **of the intangible right of honest services.**

**18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant**

**(c)** Whoever corruptly—
**(1)** alters, destroys, mutilates, or conceals a record, document, or other object, or attempts to do so, with the intent to impair the object's integrity or availability for use in an official proceeding; or
**(2)** otherwise obstructs, influences, or impedes any official proceeding, or attempts to do so, shall be fined under this title or imprisoned not more than 20 years, or both.

## III. PENAL CODE CHAPTER 37. perjury and other falsification

**Sec. 37.02. PERJURY**

(a) A person commits an offense if, with intent to deceive and with knowledge of the statement's meaning:

(1) he makes a false statement under oath or swears to the truth of a false statement previously made and the statement is required or authorized by law to be made under oath; or

(2) he makes a false unsworn declaration under Chapter 132, Civil Practice and Remedies Code.

(b) An offense under this section is a Class A misdemeanor.

**Sec. 37.09. TAMPERING WITH OR FABRICATING PHYSICAL EVIDENCE.**

(1) alters, destroys, or conceals any record, document, or thing with intent to Impair its verity, legibility, or availability as evidence in the investigation or official proceeding; or 2) makes, presents, or uses any record, document, or thing with knowledge of its falsity and with intent to affect the course or outcome of the investigation or official proceeding.

**Sec. 37.10. TAMPERING WITH GOVERNMENTAL RECORD.**

(a) A person commits an offense if he:

(1) knowingly makes a false entry in, or false alteration of, a governmental record; 2) makes, presents, or uses any record, document, or thing with knowledge of its falsity and with intent that it be taken as a genuine governmental record; (3) intentionally destroys, conceals, removes, or otherwise impairs the verity, legibility, or availability of a governmental record;

### PENAL CODE

### TITLE 8. OFFENSES AGAINST PUBLIC ADMINISTRATION

### CHAPTER 39. ABUSE OF OFFICE

**Sec. 39.01. DEFINITIONS.** In this chapter:

(1) "Law relating to a public servant's office or employment" means a law that specifically applies to a person acting in the capacity of a public servant and that directly or indirectly:

(A) imposes a duty on the public servant; or

(B) governs the conduct of the public servant.

(2) "Misuse" means to deal with property contrary to:

(A) an agreement under which the public servant holds the property;

(B) a contract of employment or oath of office of a public servant;

(C) a law, including provisions of the General Appropriations Act specifically relating to government property, that prescribes the manner of custody or disposition of the property; or

(D) a limited purpose for which the property is delivered or received.

**Sec. 39.02. ABUSE OF OFFICIAL CAPACITY.** (a) A public servant commits an offense if, with intent to obtain a benefit or with intent to harm or defraud another, he intentionally or knowingly:

**Sec. 39.03. OFFICIAL OPPRESSION.** (a) A public servant acting under color of his office or employment commits an offense if he:

(1) intentionally subjects another to mistreatment or to arrest, detention, search, seizure, dispossession, assessment, or lien that he knows is unlawful;

(2) intentionally denies or impedes another in the exercise or enjoyment of any right, privilege, power, or immunity, knowing his conduct is unlawful;

**18-8-403. COLORADO REVISED STATUTES Official oppression.**

(1) A public servant, while acting or purporting to act in an official capacity or taking advantage of such actual or purported capacity, commits official oppression if, with actual knowledge that his conduct is illegal, he:

(a) Subjects another to arrest, detention, search, seizure, mistreatment, dispossession, assessment, **or lien; or**

11

(b) Has legal authority and jurisdiction of any person legally restrained of his liberty and denies the person restrained the reasonable opportunity to consult in private with a licensed attorney-at-law, if there is no danger of imminent escape and the person in custody expresses a desire to consult with such attorney.

(2) Official oppression is a class 2 misdemeanor.

**Source: L. 71:** R&RE, p. 461, 1. **C.R.S. 1963:** 40-8-403.

**Cross references:** For the duty of officers to admit an attorney, see 16-3-404.

## IV. FEDERAL RULES

### F.R.BK.P RULE 5005. FILING AND TRANSMITTAL OF PAPERS

(a) FILING. (1) *Place of Filing.* The lists, schedules, statements, proofs of claim or interest, complaints, motions, applications, objections and other papers required to be filed by these rules, except as provided in 28 U.S.C. §1409, shall be filed with the clerk in the district where the case under the Code is pending. The judge of that court may permit the papers to be filed with the judge, in which event the filing date shall be noted thereon, and they shall be forthwith transmitted to the clerk. The clerk shall not refuse to accept for filing any petition or other paper presented for the purpose of filing solely because it is not presented in proper form as required by these rules or any local rules or practices.

### F.R.CIV.P.RULE 79 RECORDS KEPT BY THE CLERK

a) CIVIL DOCKET. (1) *In General.* The clerk must keep a record known as the "civil docket" in the form and manner prescribed by the Director of the Administrative Office of the United States Courts with the approval of the Judicial Conference of the United States. The clerk must enter each civil action in the docket. Actions must be assigned consecutive file numbers, which must be noted in the docket where the first entry of the action is made.

### RULE 55, FRCP- DEFAULT; DEFAULT JUDGMENT

(a) Entering a default. When a party against whom a judgment for affirmative

Relief is sought has failed to plead or otherwise defend, and the failure is shown by affidavit or otherwise, the clerk must enter the parties default.

### RULE 12. PLEADINGS AND PRETRIAL MOTIONS

(d) **RULING ON A MOTION.** The court must decide every pretrial motion before trial unless it finds good cause to defer a ruling. The court must not defer ruling on a pretrial motion if the deferral will adversely affect a party's right to appeal. When factual issues are involved in deciding a motion, the court must state its essential findings on the record.

### 28 U.S. Code § 2674 – Liability of United States

The United States shall be liable, respecting the provisions of this title relating to tort claims, in the same manner and to the same extent as a private individual under like circumstances, but shall not be liable for interest prior to judgment or for punitive damages.

### TITLE 15 > CHAPTER 22 > SUBCHAPTER III > § 1122

§ 1122. Liability of United States and States, and instrumentalities and officials thereof

**a) Waiver of sovereign immunity by the United States**

The United States, all agencies and instrumentalities thereof, and all individuals, firms, corporations, other persons acting for the United States and with the authorization and consent of the United States, shall not be immune from suit in Federal or State court by any person, including any governmental or nongovernmental entity, for any violation under this chapter.

## CONCLUSION

It is not the Judge's job to practice law from the bench, nor is her job to answer motions from the defendant addressed specifically to the plaintiff.

"Clerk of the Court job is to file pleadings and other documents, maintain the court's files and inform litigants of the entry of court orders." *Sanders v. Department of Corrections*, 815 F. Supp. 1148, H49(N.D. Ill. 1993). (*Williams v. Pucinski*, 01C5588 (N.D.Ill. 01/13/2004).)

**"The clerk of a court, like the Recorder is required to accept documents filed. It is not incumbent upon him to judicially determine the legal significance of the tendered documents."** [Emphasis added] In re Halladjian, 174 F. 834 (C.C.Mass.1909); *United States, to Use of Kinney v. Bell*, 127 F. 1002 (C.C.E.D.Pa.1904); State ex rel. Kaufman v. Sutton, 231 So.2d 874 (Fla.App.1970); Malinou v. McElroy, 99 R.I. 277, 207 A.2d 44 (1965); State ex rel. Wanamaker v. Miller, 164 Ohio St. 176, 177, 128 N.E.2d 110 (1955.).) (Daniel K. Mayers Et Al., v. Peter S. Ridley Et Al. No. 71-1418 (06/30/72, United States Court of Appeals for the DC Circuit.)

"The specific allegation in Mr. Snyder's complaint is that Mr. Nolen, acting as the Circuit Court Clerk, refused to file or actually removed already filed papers from the court's docket. Under Illinois law, **the clerk simply has the ministerial duty to file papers** that conform to the technical rules of court." See In re Estate of Davison, 430 N.E.2d 222, 223 (Ill. App. Ct. 1981) ("Delivery alone has been held to constitute filing since the person filing has no control over the officer who

14

receives documents. Subsequent ministerial tasks of the clerk evidence the filing of a document but are not essential to its perfection." (internal citation omitted)); Roesch-Zeller, Inc. v. Hollembeak, 124 N.E.2d 662, 664 (Ill. App. Ct. 1955) ("**<u>The duty of the clerk to file the document on the date it was presented to him was a ministerial act</u>**, the performance of which could be compelled by writ of mandamus."). (Snyder v. Nolen, 380 F.3d 279 (7th Circuit, 08/13/2004).)

The cites above sum up my issues with this Court very clearly. Many of my Court filings are and have been tampered with, stricken as frivolous, and have been denied proper filing procedures, altogether, by employees of the Court Mail Room, the Clerk of Court and by the Judges in this court action in violation of all of the above statements.

This is obstruction of justice and denial of a fair hearing under Due Process. This behavior is grounds for immediate Dismissal for due process violations, obstruction, official oppression, mail fraud, wire fraud and, in short, R.I.C.O. Violations !

I am now officially lodging a **COMPLAINT** and making a **CLAIM** against This Court, et al. indicated above, of fraud perpetrated by This Court, et al. indicated above, and **Demand** that sanctions be made immediately against those indicated above. In addition, I demand, to have my property returned, the Indictment and ALL Charges dropped and expunged from ALL records and substantial monetary damages awarded to me that this Court feels I am entitled to because of these egregious actions.

Dated  8-4-14                                Signed  *[signature]*

                                             George Thomas Brokaw

15

## PROOF OF SERVICE

This document, RE: COMPLAINT AND CLAIM, DUE PROCESS VIOLATIONS, was sent to the United States District Court of the District of Colorado clerk of courts on this ___4___ day of August, 2014 A.D. And, sent via first class mail to the recipients listed below. Clerk, Please copy all parties of interest.

Clerk, Please return a stamped copy to me in addressed and stamped envelope provided.

X_George Thomas Brokan_

Cathaee Hudgins
D.C. Commission on Judicial Disabilities and Tenure
Circuit Executive Office
U.S. Courthouse, Room 5509
333 Constitution Avenue, N.W.
Washington, D.C. 20001


Judge John D. Bates, Director
Administrative Office of the United States Courts
333 Constitution Ave. NW
Washington, DC 20001

Judge John D. Bates, Director
or Other Appropriate Administrator
Administrative Office of the United States Courts
One Columbus Circle, NE
Washington, D.C. 20544

MAJOR GENERAL DAVID E. QUANTOCK
Provost marshal/commanding general
United States Army criminal investigation command
2800 Army Pentagon
Washington DC 20310 – 2800

U.S. Department of Justice
Office of Professional Responsibility
950 Pennsylvania Ave, NW, Suite 3529
Washington, DC 20530-0001

Sergeant at Arms,
The Honorable Paul D. Irving
U.S. House of Representatives
Washington, DC 20515

The Sergeant at Arms and Doorkeeper,
The Honorable Terrance W. Gainer
Office of Senator
United States Senate
Washington, D.C. 20510

United States House, Committee on Ways and Means
Hon. Dave Camp, Chairman
1102 Longsworth House Office Bldg.
Washington, D.C. 20515

United States House, Committee on Judiciary
Hon. Bob Goodlatte, Chairman
B-351 Rayburn House Office Bldg.
Washington, D.C. 20515

U.S. Congressman Trey Gowdy, SC
1404 Longsworth HOB
Washington, D.C. 20515