

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
901 19th Street
Denver, Colorado 80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 11 2014

JEFFREY P. COLWELL
CLERK

UNITED STATES OF AMERICA
NO KNOW ADDRESS
ENTITY UNDISCLOSED
Plaintiff Unidentified

CASE # 13 cr 00392-CMA

Constitutional Article III Court
Judge Christine M. Arguello
Designated Judge

GEORGE THOMAS BROKAW (Government
Registered Trade Name, WARD, TRUST, ESTATE)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918

George-Thomas; Brokaw
Injured Party, a Living man
2260 Palm Drive
Colorado Springs, Colorado
American National, Third Party of Interest

## JUDICIAL NOTICE

**RULE 201. JUDICIAL NOTICE OF ADJUDICATED FACTS**

**Search Warrant #11-sw-05438-MJW is Void Ab Initio**

1

Comes now, George Thomas Brokaw, a flesh and blood man with a soul and an injured party with this Notice of Adjudicated Facts, **RULE 201- Federal Rules of Evidence**, concerning Search and Seizure Warrant issued by Magistrate Judge Michael Watanabe #11-sw-05438-MJW, and executed on September 20, 2011.

1. Whereas evidence and information presented to the Federal grand jury by Assistant U. S. Attorneys Matthew T. Kirsch and Martha Paluch in indictment and CASE # 13-cr-00392- CMA is/was obtained from property taken, and still in the custody of (Kirsch) and (Paluch), from the Search Warrant #11-sw-05438-MJW.

2. And, whereas, George Thomas Brokaw, the flesh and blood man sent via REGISTERED MAIL and NOTARY PRESENTMENT a "MANDATORY JUDICIAL NOTICE OF ADJUDICATED FACTS WITH ORDERS TO DISMISS CASE WITH PREJUDICE" Case #11-sw-05438-MJW to Clerk of the court, U.S. District Court, 901 19th Street, Denver, Colorado 80294.

3. And, whereas, the Clerk of the court received the REGISTERED MAIL and "MANDATORY JUDICIAL NOTICE OF ADJUDICATED FACTS WITH ORDERS TO DISMISS CASE WITH PREJUDICE" and signed for it on August 13, 2012.   <u>(COPY IS ATTACHED)</u>

4. The "MANDATORY JUDICIAL NOTICE OF ADJUDICATED FACTS WITH ORDERS TO DISMISS THE CASE WITH PREJUDICE" contained a copy of an "AFFIDAVIT OF INFORMATION IN SUPPORT OF A CRIMINAL COMPLAINT" that had been sent to the United States Senate

2

Committee on the Judiciary. The Senate Committee and now, the United States District Court were on notice of Criminal Complaints per. **TITLE 18, SECTION 4**.

5. The "MANDATORY JUDICIAL NOTICE.." required the case be dismissed within 21 days.

6. No response to the REGISTERED MAIL was ever received. Neither the Clerk of the court nor any judge in the U.S. District court for the District of Colorado ever acknowledged or responded to the notice of Criminal Complaints or to the "MANDITORY JUDICIAL NOTICE OF ADJUDICATED FACTS".

7. The facts of the case concerning Search and Seizure Warrant #11-sw-05438-MJW are clear and there are no disputed facts of that case:

   - IRS Agents, Treasury Agents, TIGTA, FBI Agents lack jurisdiction.

   - Search and seizure warrant, case # 11-sw-05438-MJW is Void Ab Initio per Article 4, U.S. Constitution.

   - In the execution of search and seizure warrant, #11-sw-05438-MJW, Due Process of Law has been violated.

### CONCLUSION

Whereas the information obtained in the indictment of George Thomas Brokaw by AUSA Kirsch and Paluch in Case #13-cr-00392-CMA was derived from property taken under search and seizure warrant #11-sw-05438-MJW, and whereas said search and seizure warrant is Void Ab Initio all information obtained from said search and seizure warrant is inadmissible.

I, George Thomas Brokaw, respectfully move this Court to dismiss this action based upon the tainted and inadmissible evidence presented by the prosecution derived from the search and seizure warrant #11-sw-05438-MJW.

*George Thomas Brokaw*
George Thomas Brokaw

## PROOF OF SERVICE

This document, JUDICIAL NOTICE RULE 201. Judicial Notice of Adjudicated Facts, was sent to the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Clerk of the Courts via United States Postal service on June ___10___, 2014. Clerk, please send notice of such filing to all counsel of record. Clerk, please stamp and return a copy to petitioner in the envelope provided.

*George Thomas Brokaw*
George Thomas Brokaw
2260 Palm Drive
Colorado Springs, Colorado
Tombrokaw33@msn.com

AFFIDAVIT OF NOTARY PRESENTMENT

State of Colorado        )
                         ) ss:    Certification of Mailing
County of El Paso        )

*COPY*

On this **11th** day of August, 2012 for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that George Thomas Brokaw appeared before me with the following documents listed below. I, the below signed Notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Registered Mail #RA 218 088 207 US

TO:

CLERK OF THE COURT
United States District Court
901 19th Street
Denver, Colorado 80294

List of Documents Mailed:

1. MANDATORY JUDICIAL NOTICE OF ADJUDICATED FACTS WITH ORDERS TO DISMISS CASE WITH PREJUDICE
2. COPY of Affidavit, reception # 212078401
3. COPY of Legal Notice published 4 July, 2003 (size 11/14)
4. COPY of Affidavit, reception # 212078400
5. Copy of Affidavit, reception # 212078402
6. COPY of Affidavit of information in support of a criminal Complaint, EXHIBIT 1.

CC. U.S. Senate Committee on the Judiciary

WITNESS my hand and official seal.

_____    **8-11-12**
NOTARY PUBLIC                DATE

MY COMMISSION EXPIRES
07/08/2014

My commission expires:_____

| Registered No. | | | Date-Stamp |
|---|---|---|---|
| Reg. Fee | | | |
| Handling Charge | | Return Receipt | |
| Postage | | Restricted Delivery | |
| Received by | EM | | AUG 11 2012 |

Customer Must Declare Full Value $

Domestic Insurance up to $25,000 is included based upon the declared value. International indemnity is limited. (See Reverse).

FROM: T. BroKAW
2260 Palm Drive
Colorado Springs CO
80918

TO: Clerk of the Court
U.S. District Court
901 19th St.
Denver, CO 80294

PS Form 3806, May 2007 (7530-02-000-9051)
Receipt for Registered Mail    Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk of the Court,
U.S. District Court
901 19th. Street
Denver, Colorado
         80294

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Joe O'HARA    8-13-12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☒ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
RA 218 088 207 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

In the matter of the search of            )
                                          )
                                          )  Case No.   11-sw-05438-MJW
2260 Palm Drive, Unit C.                  )
Colorado Springs, CO 80918                )

## SEARCH AND SEIZURE WARRANT

### MANDATORY JUDICIAL NOTICE OF ADJUDICATED FACTS
### WITH ORDERS TO DISMISS CASE WITH PREJUDICE

Comes now, George Thomas Brokaw, by special appearance, a sentient being on the land, a Natural Person (See attached Affidavit of Status, El Paso County reception # 212078401, & LEGAL NOTICE published 4 July, 2003), to notice the court of certain adjudicated facts.

1. Neither George Thomas Brokaw, nor Debra Sue Brokaw, nor the address listed as (2260 Palm Drive, Unit C. Colorado Springs, Co) fall under the jurisdiction of or reside in the jurisdiction of; Treasury/Internal Revenue Service Agents, IRS/CID Agents, or FBI Agents. In fact, all agents mentioned are Foreign Agents to George Thomas Brokaw and Debra Sue Brokaw. These facts have been put into the record of this case via Notarized Affidavits and have never been disputed by any party involved.
See "Affidavit of Information in support of a Criminal Complaint", sent Certified Mail to U.S. Senate Judiciary Committee. Marked as exhibit 1.
See, El Paso County reception #s 212078401 & 212078400, copies attached.
    "Once jurisdiction has been challenged, the court cannot proceed when it clearly
    Appears that the court lacks jurisdiction." Melo v. U.S. 505 F 2d 1026

    "There is no discretion to ignore lack of jurisdiction.", Joyce v. U.S., 474 F2d 215

2. Search and Seizure Warrant issued September 13, 2011 by Magistrate Judge Michael J. Watanabe is deficient and is VOID AB INITIO. The Warrant lacks a Sworn Affidavit alleging crimes committed. The Warrant lacks a supporting Affidavit from the prosecuting attorney. These facts have been put into the record of this case via Notarized Affidavits and have not been disputed by any party involved.
See "Exhibit 1. Also see AFFIDAVIT at reception # 212078402, Marked as exhibit 2."
    FRCP 8(b) 2) 3), No evidence has been introduced to controvert exhibits 1 &2
        There is a failure to deny evidence in exhibits 1 & 2.

3. George Thomas Brokaw and Debra Sue Brokaw have been deprived of DUE PROCESS OF LAW and have suffered under Deprivation of Rights of the 1st Amendment, 4th

Amendment, 5th Amendment, and 6th Amendments to the Constitution for the United States of America, to name some of the violations, at the hands of and by the actions of; William Frankel, Clayton, Adam Rutkowski, Ron Loecher, William Petrosky, John Walsh, Matthew T. Kirsch, and Michael J. Watanabe. These violations have not been denied or renounced, and by their silence, those named above have acquiesced and have exhausted any and all administrative remedy in law. The above named violating agents have proceeded and have ignored all legal notices and demands and they have agreed to the terms and warnings that are on the record and have determined to operate under the color of law.

And, **these are violations of clearly established law.**

See Exhibit 1. (ref., Response to Order, Arrest of Order) & and Exhibit 2.

> "If the Bill of Rights is not complied with, the court no longer has jurisdiction to Proceed. The judgment...pronounced by a court without jurisdiction is void.."
> Johnson v. Zerbst, 304 U.S., 458, 468.

> "A judgment rendered in violation of due process is void", World Wide Volkswagon v. Woodsen. 444 U.S., 286. 291

4. Property was removed from premises, 2260 Palm Drive, Unit C, Colorado Springs, Colorado by Agents admitted to be Foreign Agent and admitted to be operating outside of the authority of their jurisdiction. Property was removed from premises, 2260 Palm Drive, Unit C, Colorado Springs, Colorado on September 20, 2011 by Agents acting under color of law and under presumed authority of Search and Seizure Warrant, Case # 11-sw-05438-MJW. By admission of all parties and adjudicated facts said Search and Seizure Warrant was/is deficient and Void.

5. The Constitution for the United States of America is the supreme law of the land, and all executive and judicial officers are bound thereby: ARTICLE 6, CLAUSE 2,
    "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and the Treaties made, or which shall be made, under the authority of the United States, shall be the supreme Law of the land; and the Judges in every State shall be bound thereby, anything in the Constitution or laws of any State to the Contrary notwithstanding."  ARTICLE 6, CLAUSE 3,
    "The Senators and Representatives before mentioned, and the members of the several State legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution;..."

    **THEREFORE:** There are no disputes concerning these already settled facts of the case;

    - IRS Agents, Treasury Agents, and FBI Agents lack jurisdiction.
    - Search and Seizure Warrant, Case # 11-sw-05438-MJW is VOID AB INITIO per Article 4, United States Constitution.

2.

- In the execution of Search and Seizure Warrant, case # 11-sw-05438-MJW, DUE PROCESS OF LAW of clearly established law was violated.

Signed and attested to this ___11___ day of August, 2012 by;

_____
George Thomas Brokaw

George Thomas Brokaw requests the clerk of the court to enter, on the record, this MANDATORY JUDICIAL NOTICE on the court docket as evidence.

Within twenty one (21) days of the date of this filing the court shall dismiss this case with prejudice.

Within twenty one (21) days the court shall produce and bring forth certified copies of the Oaths of Office and the public surety bonds of U.S. Attorney John Walsh, A. U. S. Attorney Matthew T. Kirsch, and U. S. Magistrate Judge Michael J. Watanabe.

Be it so ordered under the authority of the Federal District Judge for the District of Colorado

Date and time issued: _____   _____
                                                  Judges signature

City and State: _____          _____
                                                  Printed name and title

_____   _____   _____   _____   _____   _____

3.