IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Judge Christine M. Arguello

Criminal Case No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    GEORGE THOMAS BROKAW,

2.    JOHN J. PAWELSKI,

3.    **MIMI M. VIGIL**, and

4.    CLARA M. MUELLER,

      Defendants.

---

## ORDER VACATING AUGUST 12, 2014 MOTION HEARING

This matter is before the Court *sua sponte*.   Because a conflict has arisen on the Court's docket, the Motion Hearing currently set for August 12, 2014 at 9:00 AM is VACATED.   Lead counsel for both parties are DIRECTED to call Chambers

(303-335-2174) via conference call no later than <u>noon, August 11, 2014</u> with their

calendars available in order to reset this motion hearing.

     DATED:  August 6, 2014

                    BY THE COURT:

                    _____
                    CHRISTINE M. ARGUELLO
                    United States District Judge