IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     GEORGE THOMAS BROKAW,
2.     JOHN J. PAWELSKI,
3.     **MIMI M. VIGIL, and**
4.     **CLARA M. MUELLER,**

      Defendants.

___

## ORDER MODIFYING CONDITIONS OF RELEASE
_____

      This matter is before the Court on Defendant Vigil's Motion to Modify Conditions of Release to Permit Contact With Co-Defendant Mueller (Doc. #220) and Defendant Mueller's motion regarding modification of conditions of release to permit contact with co-Defendant Mimi M. Vigil (Doc. # 231).   Upon review, the Court hereby ORDERS that Doc. ## 220 and 231 are GRANTED.   The Court further ORDERS that the Conditions of Release as to Defendants Mueller and Vigil (Doc. ## 13 and 15, respectively) are modified as follows:

      1.    Defendant Mueller and Defendant Vigil shall be permitted in-person social contact at least once per week for up to two hours and to have unlimited telephone contact.   Defendant Vigil agrees to notify her Probation Officer 24 hours in advance of any in-person visit.

2.  Defendant Vigil will not bring up or discuss this case (13-cr-00392-CMA) with Defendant Mueller.

3.  Defendant Vigil will not show, distribute or otherwise disseminate any documents or discovery related to this case (13-cr-00392-CMA) to Defendant Mueller.

4.  Defendant Vigil will not disclose or discuss any aspect of this case (13-cr-00392-CMA) to any person, whether patient or employee, associated with the assisted living facility in which Defendant Mueller resides.

The remaining conditions set forth in the Orders Setting Conditions of Release (Doc. ## 13 and 15) shall remain in full force and effect.

DATED: August __14__, 2014

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge