**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 13-cr-000392-CMA

UNITED STATES OF AMERICA,
Plaintiff,

v.

#4 CLARA M. MUELLER
Defendant.

---

UNOPPOSED MOTION TO ALLOW DEFENSE COUNSEL TO PAY FOR MEDICAL RECORDS PRIOR TO APPROVAL OF CJA 21 REQUEST

---

Defendant Clara Mueller, Defendant #4, by and through counsel, hereby requests the Court enter an Order to allow defense counsel to pay for the medical records of defendant prior to the approval of the CJA form 21 being approved and the CJA form 21 payment process being completed.

General Allegations

1. Ms. Mueller is charged in a multi count Indictment with various criminal tax offenses including filing false claims for tax refunds, obstructing the Internal Revenue Service and with conspiracies to commit said offenses. *See*, Indictment, Counts 1, 13, 14 & 18 (Doc. #1, filed 9/23/13 and Doc. #53, filed 10/21/13).

2. The Court, having received defendant's motion for medical records, granted an Order (Doc. #238) for the hospital to produce the medical records of defendant.

3. Counsel has been in contact with the medical records provider regarding both the

cost and time frame for production of the requested medical records. The total cost to provide the records requested is: $906.85. Counsel contacted the provider to see if there was a special government rate. Counsel was informed that the price of $906.85 is the price for government copies. Counsel has also been advised that the records will be produced upon payment. Counsel was also advised that the records will not be produced prior to payment (i.e. the Court approves a CJA 21, the records are produced, payment is sent to the provider).

4. The amount for the medical records is more than counsel can approve, under the CJA plan, without obtaining court approval.

5. Counsel, working with the government, is attempting to get the records produced in order to avoid having to also request funds for the physical evaluation that has been ordered.

6. In order to save time, and to keep this case moving, counsel is requesting that he be allowed to pay for the medical records and then bill the amount with the invoices for services provided under the CJA plan. Counsel is seeking approval so that when the invoice is attached to his submitted billing it will not be rejected as not having prior approval from the Court. Also, counsel asked the medical records provider if he could pay for up to $800.00 of medical records. He was advised that is not an option.

7. The government has been appraised of this request and does not oppose it.

8. Thus, the payment for medical records will appear on the invoice submitted by counsel with his billing (CJA Form #20). While this is unusual, counsel is attempting to make the process move faster and is trying to save money for the CJA program (counsel and the government have conferred on defendant's mental and physical

2

condition with the government asking to view the medical records prior to any evaluation as the records may be sufficient information for the government to make their decision).

DATED at Denver, Colorado this, 12th day of August, 2014.

/s/Miller Leonard
Attorney for Defendant
CO Reg. # 41029
14143 Denver West Pkwy.
Suite 100
Golden, CO 80401
303-907-9516
milller@themillerleonardlawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that this Motion was delivered, via the ECF system for the District of Colorado to all parties, this 12th day of August, 2014.

/s/ Miller Leonard

3