(123)

**Form 1040** — Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return  2007**   OMB No. 1545-0074   IRS Use Only — Do not write or staple in this space.

892211300130&-9

ENVELOPE  MAY 0 1 2009  POSTMARK DATE

For the year Jan 1 - Dec 31, 2007, or other tax year beginning , 2007, ending , 20

**Label** (See instructions.)
Use the IRS label. Otherwise, please print or type.

- Your first name: GEORGE  MI: T  Last name: BROKAW
- Your social security number: 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
- If a joint return, spouse's first name: DEBRA  MI: S  Last name: BROKAW
- Spouse's social security number: 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
- Home address (number and street): 2260 PALM DR C
- City, town or post office: COLORADO SPRINGS  State: CO  ZIP code: 80918

**Presidential Election Campaign**: Check here if you, or your spouse if filing jointly, want $3 to go to this fund? ☐ You ☐ Spouse

**Filing Status** (Check only one box)
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above & full name here...
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here...
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
- b ☒ Spouse
- Boxes checked on 6a and 6b: 2
- c Dependents: (1) First name / Last name / (2) Dependent's social security number / (3) Dependent's relationship to you / (4) ✓ if qualifying child for child tax credit (see instrs)
- No. of children on 6c who: • lived with you ___ • did not live with you due to divorce or separation (see instrs) ___
- Dependents on 6c not entered above ___
- d Total number of exemptions claimed ..... Add numbers on lines above ▶ 2

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. If you did not get a W-2, see instructions.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | 104,018. |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends (see instrs) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 88,020. ✓ |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions ___ 15b Taxable amount (see instrs) | |
| 16a | Pensions and annuities ___ 16b Taxable amount (see instrs) | 11,017. ✓ |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits ___ 20b Taxable amount (see instrs) | |
| 21 | Other income | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 203,055. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see instructions) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 6,219. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see instructions) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ ___ | |
| 32 | IRA deduction (see instructions) | |
| 33 | Student loan interest deduction (see instructions) | |
| 34 | Tuition and fees deduction. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 - 31a and 32 - 35 | 6,219. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 196,836. |

RECEIVED 1431  MAY 0 6 2009  INTERNAL REVENUE SERVICE  FRESNO, CA

RECEIVED ▶  JUL 1 4 2009  335 psl  FRP 303

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.  FDIA0112  12/06/07  Form **1040** (2007)

GJ-00000349

Form 1040 (2007)    GEORGE T & DEBRA S BROKAW    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    Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 Amount from line 37 (adjusted gross income) | 38 | 196,836. |
| | 39a Check if: ☐ You were born before January 2, 1943, ☐ Blind.   ☐ Spouse was born before January 2, 1943, ☐ Blind.   Total boxes checked ▶ 39a | | |
| **Standard Deduction for --** | b If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ▶ 39b ☐ | | |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 40 Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 10,700. |
| | 41 Subtract line 40 from line 38 | 41 | 186,136. |
| | 42 If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the instructions | 42 | 6,800. |
| | 43 Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 179,336. |
| • All others: | 44 Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814   b ☐ Form 4972   c ☐ Form(s) 8889 | 44 | 39,207. |
| Single or Married filing separately, $5,350 | 45 Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| | 46 Add lines 44 and 45 ▶ | 46 | 39,207. |
| Married filing jointly or Qualifying widow(er), $10,700 | 47 Credit for child and dependent care expenses. Attach Form 2441   47 | | |
| | 48 Credit for the elderly or the disabled. Attach Schedule R   48 | | |
| | 49 Education credits. Attach Form 8863   49 | | |
| | 50 Residential energy credits. Attach Form 5695   50 | | |
| Head of household, $7,850 | 51 Foreign tax credit. Attach Form 1116 if required   51 | | |
| | 52 Child tax credit (see instructions). Attach Form 8901 if required   52 | | |
| | 53 Retirement savings contributions credit. Attach Form 8880   53 | | |
| | 54 Credits from: a ☐ Form 8396   b ☐ Form 8859   c ☐ Form 8839   54 | | |
| | 55 Other credits: a ☐ Form 3800   b ☐ Form 8801   c ☐ Form   55 | | |
| | 56 Add lines 47 through 55. These are your total credits | 56 | |
| | 57 Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 | 39,207. |
| **Other Taxes** | 58 Self-employment tax. Attach Schedule SE | 58 | 12,437. |
| | 59 Unreported social security and Medicare tax from: a ☐ Form 4137   b ☐ Form 8919 | 59 | |
| | 60 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| | 61 Advance earned income credit payments from Form(s) W-2, box 9 | 61 | |
| | 62 Household employment taxes. Attach Schedule H | 62 | |
| | 63 Add lines 57-62. This is your total tax ▶ | 63 | 51,644. |
| **Payments** | 64 Federal income tax withheld from Forms W-2 and 1099   64   104,018. | | |
| If you have a qualifying child, attach Schedule EIC. | 65 2007 estimated tax payments and amount applied from 2006 return   65 | | |
| | 66a Earned income credit (EIC)   66a | | |
| | b Nontaxable combat pay election ▶ 66b | | |
| | 67 Excess social security and tier 1 RRTA tax withheld (see instructions)   67 | | |
| | 68 Additional child tax credit. Attach Form 8812   68 | | |
| | 69 Amount paid with request for extension to file (see instructions)   69 | | |
| | 70 Payments from: a ☐ Form 2439   b ☐ Form 4136   c ☐ Form 8885   70 | | |
| | 71 Refundable credit for prior year minimum tax from Form 8801, line 27   71 | | |
| | 72 Add lines 64, 65, 66a, and 67 through 71. These are your total payments ▶ | 72 | 104,018. |
| **Refund** | 73 If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | 73 | 52,374. |
| Direct deposit? See Instructions and fill in 74b, 74c, and 74d or Form 8888. | 74a Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a | 52,374. |
| | ▶ b Routing number XXXXXXXXX   ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d Account number XXXXXXXXXXXXXXXXX | | |
| | 75 Amount of line 73 you want applied to your 2008 estimated tax ▶ 75 | | |
| **Amount You Owe** | 76 Amount you owe. Subtract line 72 from line 63. For details on how to pay, see instructions ▶ | 76 | |
| | 77 Estimated tax penalty (see instructions)   77 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)?   ☐ Yes. Complete the following.   ☒ No | | |
| | Designee's name ▶   Phone no. ▶   Personal identification number (PIN) ▶ | | |

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ▶ *George-Thomas Brokaw*   Date 5-1-09   Your occupation Authorized Representative   Daytime phone number

Spouse's signature. If a joint return, both must sign. ▶ *Debra-Sue Brokaw*   Date 5-1-09   Spouse's occupation Authorized Rep.

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | Date 04/28/2009 | Check if self-employed ☒ | Preparer's SSN or PTIN P00896630 |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | NUMBERS AND BEYOND 5996 PINE RIDGE DR ELIZABETH    CO    80107-7821 | EIN Phone no. | |

FDIA0112   12/06/07      Form 1040 (2007)

Schedule B (Form 1040) 2007   OMB No. 1545-0074   Page 2

Name(s) shown on Form 1040.  
GEORGE T & DEBRA S BROKAW

Your social security number  
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

## Schedule B — Interest and Ordinary Dividends

Attachment Sequence No. 08

**Part I Interest**

(See instructions for Form 1040, line 8a.)

1  List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address

| Payer | Amount |
|---|---|
| WELLS FARGO BANK 5729 | 26,172. |
| AMERICAN EXPRESS 31004 | 5,000. |
| WASHINGTON MUTUAL BANK 1863 | 6,222. |
| FIRST NATIONAL BANK 1677 | 66,624. |

Note. If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

2  Add the amounts on line 1 .................... **2** | 104,018.

3  Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 ................ **3**

4  Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ **4** | 104,018.

Note. If line 4 is over $1,500, you must complete Part III.

**Part II Ordinary Dividends**

(See instructions for Form 1040, line 9a.)

5  List name of payer ... ▶

Note. If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| Amount |
|---|
| |

6  Add the amounts on line 5. Enter the total here and on Form 1040, line 9a ▶ **6**

Note. If line 6 is over $1,500, you must complete Part III.

**Part III Foreign Accounts and Trusts**

(See instructions.)

You must complete this part if you (a) had over $1,500 of taxable interest or ordinary dividends; or (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | Yes | No |
|---|---|---|
| 7a At any time during 2007, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1 ............ | | X |
| b If 'Yes,' enter the name of the foreign country .. ▶ | | |
| 8 During 2007, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions ............ | | X |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.  FDIA0401  06/11/07   Schedule B (Form 1040) 2007

**SCHEDULE C** (Form 1040)
Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business** (Sole Proprietorship)
▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041. ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074
**2007**
Attachment Sequence No. **09**

Name of proprietor: **GEORGE T BROKAW**
Social security number (SSN): **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**

A Principal business or profession, including product or service (see instructions): **INSURANCE**
B Enter code from instructions: ▶ **524290**

C Business name. If no separate business name, leave blank.
D Employer ID number (EIN), if any

E Business address (including suite or room no.) ▶ **2260 PALM DR C**
City, town or post office, state, and ZIP code **COLORADO SPRINGS, CO 80918**

F Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶
G Did you 'materially participate' in the operation of this business during 2007? If 'No,' see instructions for limit on losses.... [X] Yes [ ] No
H If you started or acquired this business during 2007, check here ........ ▶ [ ]

**Part I  Income**

| | | |
|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here ▶ [ ] | 1 | 97,119. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 97,119. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 97,119. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 97,119. |

**Part II  Expenses.** Enter expenses for business use of your home **only** on line 30.

| 8  | Advertising | 1,260. | 18  | Office expense | 790. |
|---|---|---|---|---|---|
| 9  | Car and truck expenses (see instructions) | 4,219. | 19  | Pension and profit-sharing plans | |
| 10 | Commissions and fees | | 20  | Rent or lease (see instructions): | |
| 11 | Contract labor (see instructions) | | 20a | Vehicles, machinery, and equipment | |
| 12 | Depletion | | 20b | Other business property | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | | 21  | Repairs and maintenance | |
|    |     |    | 22  | Supplies (not included in Part III) | 1,320. |
|    |     |    | 23  | Taxes and licenses | |
|    |     |    | 24  | Travel, meals, and entertainment: | |
|    |     |    | 24a | Travel | |
| 14 | Employee benefit programs (other than on line 19) | | 24b | Deductible meals and entertainment (see instructions) | |
| 15 | Insurance (other than health) | | 25  | Utilities | 1,360. |
| 16 | Interest: | | 26  | Wages (less employment credits) | |
| 16a| Mortgage (paid to banks, etc) | | 27  | Other expenses (from line 48 on page 2) | |
| 16b| Other | | | | |
| 17 | Legal & professional services | 150. | | | |

| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | 9,099. |
|---|---|---|---|
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | 88,020. |
| 30 | Expenses for business use of your home. Attach **Form 8829** | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | 31 | 88,020. |

• If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2** or on **Form 1040NR, line 13** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.
• If a loss, you **must** go to line 32.

32 If you have a loss, check the box that describes your investment in this activity (see instructions).

• If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.
32a [X] All investment is at risk.

• If you checked 32b, you must attach **Form 6198.** Your loss may be limited.
32b [ ] Some investment is not at risk.

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.
Schedule C (Form 1040) 2007

FDIZ0112  06/15/07

GJ-00000352

Schedule C (Form 1040) 2007  GEORGE T BROKAW                         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        Page 2

**Part III  Cost of Goods Sold** (see instructions)

33  Method(s) used to value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If 'Yes,' attach explanation .................................................................................................. ☐ Yes ☐ No

35  Inventory at beginning of year. If different from last year's closing inventory, attach explanation ............................................................................................... | 35 |

36  Purchases less cost of items withdrawn for personal use ............................... | 36 |

37  Cost of labor. Do not include any amounts paid to yourself ............................. | 37 |

38  Materials and supplies ...................................................................... | 38 |

39  Other costs ................................................................................. | 39 |

40  Add lines 35 through 39 ................................................................... | 40 |

41  Inventory at end of year .................................................................. | 41 |

42  **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 ........... | 42 |

**Part IV  Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year)  ▶ 01/01/2003

44  Of the total number of miles you drove your vehicle during 2007, enter the number of miles you used your vehicle for:
    a Business _____8,699_____   b Commuting (see instructions) _____   c Other _____3,730_____

45  Do you (or your spouse) have another vehicle available for personal use? ................................... ☐ Yes ☒ No

46  Was your vehicle available for personal use during off-duty hours? ...................................... ☒ Yes ☐ No

47 a Do you have evidence to support your deduction? ............................................................ ☒ Yes ☐ No

   b If 'Yes,' is the evidence written? ....................................................................... ☒ Yes ☐ No

**Part V  Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

_____

_____

_____

_____

_____

_____

_____

_____

_____

48  Total other expenses. Enter here and on page 1, line 27 .................................. | 48 |

Schedule C (Form 1040) 2007

FDIZ0112  06/15/07

GJ-00000353

**SCHEDULE SE**
(Form 1040)

Department of the Treasury
Internal Revenue Service

## Self-Employment Tax

► Attach to Form 1040. ► See Instructions for Schedule SE (Form 1040).

OMB No. 1545-0074

**2007**

Attachment
Sequence No. **17**

Name of person with self-employment income (as shown on Form 1040)
GEORGE T BROKAW

Social security number of person
with **self-employment** income ► 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

### Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **or**

- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income (see instructions).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either 'optional method' in Part II of Long Schedule SE (see instructions).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner and you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write 'Exempt – Form 4361' on Form 1040, line 58.

### May I Use Short Schedule SE or Must I Use Long Schedule SE?
**Note.** Use this flowchart **only if** you must file Schedule SE. If unsure, see Who Must File Schedule SE, above.



### Section A — Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.



| | | |
|---|---|---|
| 1 Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | |
| 2 Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instructions for amounts to report on this line. See instructions for other income to report . . . . . . . . . | 2 | 88,020. |
| 3 Combine lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 88,020. |
| 4 **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | 4 | 81,286. |
| 5 **Self-employment tax.** If the amount on line 4 is:<br>• $97,500 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 58.**<br>• More than $97,500, multiply line 4 by 2.9% (.029). Then, add $12,090 to the result. Enter the total here and on **Form 1040, line 58.** | 5 | 12,437. |
| 6 **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 27** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | 6,219. |

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.
Schedule SE (Form 1040) 2007

FDIA1101   11/02/07

GJ-00000354

## Form 1099-OID (2007) — Copy B For Recipient

☒ CORRECTED (if checked)

**PAYER:** FIRST NATIONAL BANK, PO BOX 270, LAS ANIMAS CO 81054-0270
**PAYER'S federal identification number:** 84-0248743
**RECIPIENT'S identification number:** 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
**RECIPIENT:** GEORGE T BROKAW, 2260 PALM DR C, COLORADO SPRINGS CO 80918
**Account number:** 200501677

- Box 1 Original issue discount for 2007: $66623.80
- Box 2 Other periodic interest: $
- Box 3 Early withdrawal penalty: $
- Box 4 Federal income tax withheld: $66623.80
- Box 5 Description: BANK ACCOUNT CREDIT ACCOUNT 200501677
- Box 6 Original issue discount on U.S. Treasury obligations: $
- Box 7 Investment expenses: $

OMB No. 1545-0117

---

## Form 1099-OID (2007) — Copy B For Recipient

☒ CORRECTED (if checked)

**PAYER:** WELLS FARGO BANK, PO BOX 5247, DENVER CO 80274
**PAYER'S federal identification number:** 95-3233208
**RECIPIENT'S identification number:** 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
**RECIPIENT:** GEORGE T BROKAW, 2260 PALM DR C, COLORADO SPRINGS CO 80918
**Account number:** 500-5155729

- Box 1 Original issue discount for 2007: $26171.52
- Box 2 Other periodic interest: $
- Box 3 Early withdrawal penalty: $
- Box 4 Federal income tax withheld: $26171.52
- Box 5 Description: BANK ACCOUNT CREDIT ACCOUNT 500-5155729
- Box 6 Original issue discount on U.S. Treasury obligations: $
- Box 7 Investment expenses: $

OMB No. 1545-0117

---

## Form 1099-OID (2007) — Copy B For Recipient

☒ CORRECTED (if checked)

**PAYER:** AMERICAN EXPRESS, PO BOX 650448, DALLAS TX 75265-0448
**PAYER'S federal identification number:** 13-3133497
**RECIPIENT'S identification number:** 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
**RECIPIENT:** GEORGE T BROKAW, 2260 PALM DR C, COLORADO SPRINGS CO 80918
**Account number:** 372863888931004

- Box 1 Original issue discount for 2007: $5000.00
- Box 2 Other periodic interest: $
- Box 3 Early withdrawal penalty: $
- Box 4 Federal income tax withheld: $5000.00
- Box 5 Description: CREDIT CARD REVOLVING ACCOUNT 372863888931004
- Box 6 Original issue discount on U.S. Treasury obligations: $
- Box 7 Investment expenses: $

OMB No. 1545-0117

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2007 $6222.00 | OMB No. 1545-0117 | **Original Issue Discount** |
|---|---|---|---|
| WASHINGTON MUTUAL BANK PO BOX 660433 DALLAS TX 75266-0433 | 2 Other periodic interest $ | 2007 Form 1099-OID | |
| PAYER'S federal identification number 68-0172274 | RECIPIENT'S identification number 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 | 3 Early withdrawal penalty $ | 4 Federal income tax withheld $ 6222.00 | **Copy B For Recipient** |
| RECIPIENT'S name GEORGE T BROKAW | | 5 Description REVOLVING CREDIT ACCOUNT ACCOUNT 4121372300001863 | | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.) 2260 PALM DR C | | 6 Original issue discount on U.S. Treasury obligations* $ | | |
| City, state, and ZIP code COLORADO SPRINGS CO 80918 | | 7 Investment expenses $ | | |
| Account number (see instructions) 4121372300001863 | | * This may not be the correct figure to report on your income tax return. See instructions on the back. | | |

Form **1099-OID**       (keep for your records)       Department of the Treasury - Internal Revenue Service

GJ-00000356

DEPARTMENT OF THE TREASURY
INTERNAL REVENU SERVICE CENTER
FRESNO, CA. 93888-0002

May 1, 20009

RE: 2008 1040 for 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

Dear IRS Agent,

Enclosed is a copy of the Taxpayer ID 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 tax return form 1040 for the Year 2008 and included are copies of 1099-OID's showing the Tax withheld.

This enclosed return shows a request for a refund of interest income that was unreported and not distributed to the creator/originator of the funds. The Banking institutions Invested and made increased returns on the principal without compensating or informing the creator of their actions. The 1099-OID forms direct which bank is in possession of the withheld funds.

Please retrieve from the bank the requested funds and facilitate their return to the originator/creator through the enclosed request for return so that the appropriate amount of tax can be facilitated.

If there are any problems or questions please feel free to communicate with the taxpayer through US mail as the taxpayer is unable to communicate any other way. If you feel that the enclosed information is incorrect or inappropriate, please consult your supervisor to ensure that you are not violating any criminal or civil procedures by denying the commercial request that is enclosed. All forms are authorized IRS documents showing valid OMB numbers.

Denial or delay in fulfilling this request will be considered to be a dishonor in Commerce and the agent responding with dishonor will be liable for the enclosed return request as will the managing supervisor and the Commissioner of the Internal Revenue Service, DOUGLAS SCHULMAN (fiduciary) per Stirpes. This letter is notice and billing for the requested return $62,607. If this amount is not refunded within 45 days the billing will begin accruing $1,000 per month for 12 months and $2,000 per month after this.

Thank you for your prompt attentions to this invoicing.

By: *[signature]*

George-Thomas:Brokaw
Secured Party Creditor
Power of Attorney on File

CC: Douglas Schulman
Enclosures: Form 1040, Schedule A, Schedule B, Schedule C, Schedule SE

Form **1040**  Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return** **2008**  (99)  IRS Use Only — Do not write or staple in this space

892211 2904808-9

For the year Jan 1 - Dec 31, 2008, or other tax year beginning , 2008, ending , 20  OMB No 1545-0074

**Label** (See instructions)

Your first name: GEORGE  MI: T  Last name: BROKAW
Your social security number: 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

If a joint return, spouse's first name: DEBRA  MI: S  Last name: BROKAW
Spouse's social security number: 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

Home address (number and street). If you have a P.O. box, see instructions.
2260 PALM DR C    Apartment no.

City, town or post office. If you have a foreign address, see instructions.
COLORADO SPRINGS   State: CO   ZIP code: 80918

**Presidential Election Campaign**: Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) [ ] You  [ ] Spouse

**Filing Status** — Check only one box.
1. [ ] Single
2. [X] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above & full name here.
4. [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here.
5. [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
- 6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a
- b [X] Spouse
- Boxes checked on 6a and 6b: 2
- c Dependents:
  | (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit |
  |---|---|---|---|
  |  |  |  |  |
- d Total number of exemptions claimed .......... 2

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.
If you did not get a W-2, see instructions.
Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | 97,380. |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends (see instrs) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 43,063. |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ [ ] | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions 15a | b Taxable amount (see instrs) 15b | |
| 16a | Pensions and annuities 16a | b Taxable amount (see instrs) 16b | 11,017. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits 20a  16,676.  b Taxable amount (see instrs) 20b | 14,175. |
| 21 | Other income | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 165,635. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see instructions) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 3,043. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see instrs) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ | |
| 32 | IRA deduction (see instructions) | |
| 33 | Student loan interest deduction (see instructions) | |
| 34 | Tuition and fees deduction. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 - 31a and 32 - 35 | 3,043. |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 162,592. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.  FDIA0112 10/13/08  Form **1040** (2008)

RECEIVED AUG 2 4 2009 FRP 303
RECEIVED MAY 0 6 2009 INTERNAL REVENUE SERVICE FRESNO, CA

GJ-00000358

Form 1040 (2008)    GEORGE T & DEBRA S BROKAW          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    Page 2

**Tax and Credits**

**Standard Deduction for —**
- People who checked any box on line 39a, 39b, or 39c or who can be claimed as a dependent, see instructions.
- All others:

Single or Married filing separately, $5,450

Married filing jointly or Qualifying widow(er), $10,900

Head of household, $8,000

| Line | Description | Amount |
|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 162,592. |
| 39a | Check if: You were born before January 2, 1944, Blind. / Spouse was born before January 2, 1944, Blind. Total boxes checked ▶ 39a | |
| 39b | If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ▶ 39b | |
| 39c | Check if standard deduction includes real estate taxes or disaster loss (see instructions) ▶ 39c | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 10,900. |
| 41 | Subtract line 40 from line 38 | 151,692. |
| 42 | If line 38 is over $119,975, or you provided housing to a Midwestern displaced individual, see instructions. Otherwise, multiply $3,500 by the total number of exemptions claimed on line 6d | 7,000. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 144,692. |
| 44 | Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 29,258. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | |
| 46 | Add lines 44 and 45 ▶ | 29,258. |
| 47 | Foreign tax credit. Attach Form 1116 if required | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | |
| 49 | Credit for the elderly or the disabled. Attach Schedule R | |
| 50 | Education credits. Attach Form 8863 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | |
| 52 | Child tax credit (see instructions). Attach Form 8901 if required | |
| 53 | Credits from Form: a ☐ 8396 b ☐ 8839 c ☐ 5695 | |
| 54 | Other crs from Form: a ☐ 3800 b ☐ 8801 c ☐ | |
| 55 | Add lines 47 through 54. These are your total credits | |
| 56 | Subtract line 55 from line 46. If line 55 is more than line 46, enter -0- ▶ | 29,258. |

**Other Taxes**

| 57 | Self-employment tax. Attach Schedule SE | 6,085. |
| 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| 60 | Additional taxes: a ☐ AEIC payments b ☐ Household employment taxes. Attach Schedule H | |
| 61 | Add lines 56-60. This is your total tax ▶ | 35,343. |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| 62 | Federal income tax withheld from Forms W-2 and 1099 | 97,380. |
| 63 | 2008 estimated tax payments and amount applied from 2007 return | |
| 64a | Earned income credit (EIC) | |
| 64b | Nontaxable combat pay election ▶ 64b | |
| 65 | Excess social security and tier 1 RRTA tax withheld (see instructions) | |
| 66 | Additional child tax credit. Attach Form 8812 | |
| 67 | Amount paid with request for extension to file (see instructions) | |
| 68 | Credits from Form: a ☐ 2439 b ☐ 4136 c ☐ 8801 d ☐ 8885 | |
| 69 | First-time homebuyer credit. Attach Form 5405 | |
| 70 | Recovery rebate credit (see worksheet) | 570. |
| 71 | Add lines 62 through 70. These are your total payments ▶ | 97,950. |

**Refund**

Direct deposit? See instructions and fill in 73b, 73c, and 73d or Form 8888.

| 72 | If line 71 is more than line 61, subtract line 61 from line 71. This is the amount you overpaid | 62,607. |
| 73a | Amount of line 72 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 62,607. |
| ▶ b | Routing number XXXXXXXXX ▶ c Type: ☐ Checking ☐ Savings | |
| ▶ d | Account number XXXXXXXXXXXXXXXXX | |
| 74 | Amount of line 72 you want applied to your 2009 estimated tax ▶ 74 | |

**Amount You Owe**

| 75 | Amount you owe. Subtract line 71 from line 61. For details on how to pay, see instructions ▶ | |
| 76 | Estimated tax penalty (see instructions) 76 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No
Designee's name ▶    Phone no. ▶    Personal identification number (PIN) ▶

**Sign Here**

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ▶ *George Thomas Brokaw Jr*    Date 05-01-09    Your occupation Retired Representative    Daytime phone number

Spouse's signature. If a joint return, both must sign. ▶ *Debra Sue Brokaw*    Date 05-01-09    Spouse's occupation Atty

**Paid Preparer's Use Only**

Preparer's signature ▶    Date 04/28/2009    Check if self-employed ☒    Preparer's SSN or PTIN P00896630

Firm's name (or yours if self-employed), address, and ZIP code ▶ NUMBERS AND BEYOND    5996 PINE RIDGE DR    ELIZABETH    CO    80107-7821    EIN    Phone no.

Form **1040** (2008)

Schedule B (Form 1040) 2008     OMB No. 1545-0074     Page **2**

Name(s) shown on Form 1040.

GEORGE T & DEBRA S BROKAW

Your social security number

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

## Schedule B — Interest and Ordinary Dividends

Attachment Sequence No. **08**

**Part I Interest**

(See instructions for Form 1040, line 8a.)

**1** List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address

| | Amount |
|---|---:|
| WELLS FARGO BANK 5729 | 13,280. |
| AMERICAN EXPRESS 31004 | 5,000. |
| FIRST NATIONAL BANK 1677 | 79,100. |

Note. If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

**2** Add the amounts on line 1 ................................................. **2**    97,380.

**3** Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 ................................................. **3**

**4** Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ► **4**    97,380.

Note. If line 4 is over $1,500, you must complete Part III.

**Part II Ordinary Dividends**

(See instructions for Form 1040, line 9a.)

**5** List name of payer ... ►

Amount

Note. If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

**5**

**6** Add the amounts on line 5. Enter the total here and on Form 1040, line 9a ► **6**

Note. If line 6 is over $1,500, you must complete Part III.

**Part III Foreign Accounts and Trusts**

(See instructions.)

You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; or **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | Yes | No |
|---|:---:|:---:|
| **7a** At any time during 2008, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1 | | X |
| **b** If 'Yes,' enter the name of the foreign country ► | | |
| **8** During 2008, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions | | X |

BAA For Paperwork Reduction Act Notice, see Form 1040 Instructions.    FDIA0401   09/25/08    Schedule B (Form 1040) 2008

# SCHEDULE C
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041. ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2008**

Attachment Sequence No. **09**

Name of proprietor: **GEORGE T BROKAW**
Social security number (SSN): **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**

**A** Principal business or profession, including product or service (see instructions)
**INSURANCE**

**B** Enter code from instructions ▶ **524290**

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶ **2260 PALM DR C**
City, town or post office, state, and ZIP code **COLORADO SPRINGS, CO 80918**

**F** Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ▶

**G** Did you 'materially participate' in the operation of this business during 2008? If 'No,' see instructions for limit on losses ... [X] Yes [ ] No

**H** If you started or acquired this business during 2008, check here ...... ▶ [ ]

### Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. See the instructions and check the box if:<br>• This income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, or<br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses ▶ [ ] | 1 | 50,345. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 50,345. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 50,345. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 50,345. |

### Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 640. | 18 | Office expense | 18 | 860. |
| 9 | Car and truck expenses (see instructions) | 9 | 3,367. | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| | | | | b | Other business property | 20b | |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 22 | Supplies (not included in Part III) | 22 | 930. |
| | | | | 23 | Taxes and licenses | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel | 24a | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b | Deductible meals and entertainment (see instructions) | 24b | |
| 15 | Insurance (other than health) | 15 | | 25 | Utilities | 25 | 1,165. |
| 16 | Interest: | | | 26 | Wages (less employment credits) | 26 | |
| a | Mortgage (paid to banks, etc) | 16a | | 27 | Other expenses (from line 48 on page 2) | 27 | |
| b | Other | 16b | | | | | |
| 17 | Legal & professional services | 17 | 320. | | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 ▶ | | | | | 28 | 7,282. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | 43,063. |
| 30 | Expenses for business use of your home. Attach Form 8829 | | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | | | | | |
| | • If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2 or on Form 1040NR, line 13 (if you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you must go to line 32. | | | | | 31 | 43,063. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).<br>• If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If you checked 32b, you must attach Form 6198. Your loss may be limited. | | | | | 32a [X] All investment is at risk.<br>32b [ ] Some investment is not at risk. | |

BAA For Paperwork Reduction Act Notice, see Form 1040 Instructions.

FDIZ0112 11/20/08

Schedule C (Form 1040) 2008

GJ-00000361

Schedule C (Form 1040) 2008 GEORGE T BROKAW          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          Page 2

**Cost of Goods Sold** (see instructions)

33. Method(s) used to value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34. Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If 'Yes,' attach explanation ............................................................................ ☐ Yes ☐ No

35. Inventory at beginning of year. If different from last year's closing inventory, attach explanation .......... | 35 |

36. Purchases less cost of items withdrawn for personal use ................................................ | 36 |

37. Cost of labor. Do not include any amounts paid to yourself ............................................. | 37 |

38. Materials and supplies ............................................................................... | 38 |

39. Other costs ......................................................................................... | 39 |

40. Add lines 35 through 39 ............................................................................. | 40 |

41. Inventory at end of year ............................................................................ | 41 |

42. **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 .......... | 42 |

**Information on Your Vehicle.** Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43. When did you place your vehicle in service for business purposes? (month, day, year) ► 01/01/2003

44. Of the total number of miles you drove your vehicle during 2008, enter the number of miles you used your vehicle for:
    a Business _____ 6,191   b Commuting (see instructions) _____   c Other _____ 4,128

45. Was your vehicle available for personal use during off-duty hours? .................................... ☒ Yes ☐ No

46. Do you (or your spouse) have another vehicle available for personal use? ............................. ☐ Yes ☒ No

47a Do you have evidence to support your deduction? ..................................................... ☒ Yes ☐ No

  b If 'Yes,' is the evidence written? .................................................................. ☒ Yes ☐ No

**Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

_____

_____

_____

_____

_____

_____

_____

_____

48. **Total other expenses.** Enter here and on page 1, line 27 ........................................... | 48 |

Schedule C (Form 1040) 2008

FDIZ0112  11/20/08

GJ-00000362

**SCHEDULE SE**
(Form 1040)

Department of the Treasury
Internal Revenue Service

## Self-Employment Tax

► Attach to Form 1040. ► See Instructions for Schedule SE (Form 1040).

OMB No. 1545-0074

**2008**

Attachment
Sequence No. **17**

Name of person with self-employment income (as shown on Form 1040)
GEORGE T BROKAW

Social security number of person
with self-employment income ► 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

### Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from other than church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **or**

- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order is not church employee income (see instructions).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either 'optional method' in Part II of Long Schedule SE (see instructions).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner and you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write 'Exempt — Form 4361' on Form 1040, line 57.

### May I Use Short Schedule SE or Must I Use Long Schedule SE?
**Note.** Use this flowchart **only** if you must file Schedule SE. If unsure, see *Who Must File Schedule SE*, above.



**Section A — Short Schedule SE.** Caution. Read above to see if you can use Short Schedule SE.



| | | |
|---|---|---|
| 1a Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A | 1a | |
| b If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 6b, or listed on Schedule K-1 (Form 1065), box 20, code X | 1b | |
| 2 Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instrs for types of income to report on this line. See instrs for other income to report | 2 | 43,063. |
| 3 Combine lns 1a, 1b & 2 | 3 | 43,063. |
| 4 **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax ► | 4 | 39,769. |
| 5 **Self-employment tax.** If the amount on line 4 is:<br>• $102,000 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 57.**<br>• More than $102,000, multiply line 4 by 2.9% (.029). Then, add $12,648 to the result. Enter the total here and on **Form 1040, line 57.** | 5 | 6,085. |
| 6 **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 27** | 6 | 3,043. |

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.   FDIA1101 09/04/08   Schedule SE (Form 1040) 2008

## Form 1099-OID (2008) — Original Issue Discount

**Form 1 of 3**

| Field | Value |
|---|---|
| PAYER | FIRST NATIONAL BANK, PO BOX 270, LAS ANIMAS CO 81054-0270 |
| PAYER'S federal identification number | 84-0246749 |
| RECIPIENT'S identification number | 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 |
| RECIPIENT | GEORGE T BROKAW, 2260 PALM DR C, COLORADO SPRINGS CO 80918 |
| Account number | 200501677 |
| 1 Original issue discount for 2008 | $9099.71 |
| 2 Other periodic interest | |
| 3 Early withdrawal penalty | |
| 4 Federal income tax withheld | $9099.71 |
| 5 Description | BANK ACCOUNT CREDIT ACCOUNT 200501677 |
| 6 Original issue discount on U.S. Treasury obligations | |
| 7 Investment expenses | |

**Form 2 of 3**

| Field | Value |
|---|---|
| PAYER | WELLS FARGO BANK, PO BOX 5247, DENVER CO 80274 |
| PAYER'S federal identification number | 95-3233208 |
| RECIPIENT'S identification number | 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 |
| RECIPIENT | GEORGE T BROKAW, 2260 PALM DR C, COLORADO SPRINGS CO 80918 |
| Account number | 500-5155729 |
| 1 Original issue discount for 2008 | $13278.89 |
| 2 Other periodic interest | |
| 3 Early withdrawal penalty | |
| 4 Federal income tax withheld | $13278.89 |
| 5 Description | BANK ACCOUNT CREDIT ACCOUNT 500-5155729 |
| 6 Original issue discount on U.S. Treasury obligations | |
| 7 Investment expenses | |

**Form 3 of 3**

| Field | Value |
|---|---|
| PAYER | AMERICAN EXPRESS, PO BOX 650448, DALLAS TX 75265-0448 |
| PAYER'S federal identification number | 13-3133497 |
| RECIPIENT'S identification number | 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 |
| RECIPIENT | GEORGE T BROKAW, 2260 PALM DR C, COLORADO SPRINGS CO 80918 |
| Account number | 372863888931004 |
| 1 Original issue discount for 2008 | $5000.00 |
| 2 Other periodic interest | |
| 3 Early withdrawal penalty | |
| 4 Federal income tax withheld | $5000.00 |
| 5 Description | CREDIT CARD REVOLVING ACCOUNT 372863888931004 |
| 6 Original issue discount on U.S. Treasury obligations | |
| 7 Investment expenses | |

OMB No. 1545-0117 — Form 1099-OID — Copy B For Recipient — Department of the Treasury - Internal Revenue Service