# EXHIBIT 2

Form **1040** Department of the Treasury—Internal Revenue Service

**U.S. Individual Income Tax Return** **2004** (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2004, or other tax year beginning , 2004, ending , 20   OMB No. 1545-0074

Your first name and initial: JOHN J   Last name: PAWELSKI

Your social security number: 330 42 9404

If a joint return, spouse's first name and initial   Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see page 16.   Apt. no.
1480 Commanchero Dr

City, town or post office, state, and ZIP code.
Colorado Springs, CO. 80918

**Important!** You must enter your SSN(s) above.

**Label** (See instructions on page 16.) Use the IRS label. Otherwise, please print or type.

**Presidential Election Campaign** (See page 16.) Note. Checking "Yes" will not change your tax or reduce your refund. Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶
You ☐Yes ☐No   Spouse ☐Yes ☐No

**Filing Status** Check only one box.
1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☑ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**
6a ☐ Yourself. If someone can claim you as a dependent, do not check box 6a
b ☐ Spouse
c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4)✔ if qualifying child for child tax credit (see page 18) |
|---|---|---|---|

If more than four dependents, see page 18.

Boxes checked on 6a and 6b: 
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 18)
Dependents on 6c not entered above
Add numbers on lines above ▶

d Total number of exemptions claimed     RECEIVED

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

7 Wages, salaries, tips, etc. Attach Form(s) W-2    | 7 | 0 | 0 |
8a Taxable interest. Attach Schedule B if required   DEC 0 8 2008 | 8a | 46929 | 92 |
b Tax-exempt interest. Do not include on line 8a    | 8b |
9a Ordinary dividends. Attach Schedule B if required   FRP 303 | 9a |
b Qualified dividends (see page 20)    | 9b |
10 Taxable refunds, credits, or offsets of state and local income taxes (see page 20) | 10 |
11 Alimony received | 11 |
12 Business income or (loss). Attach Schedule C or C-EZ | 12 |
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 |
14 Other gains or (losses). Attach Form 4797 | 14 |
15a IRA distributions  15a    b Taxable amount (see page 22) | 15b |
16a Pensions and annuities 16a    b Taxable amount (see page 22) | 16b |
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |
18 Farm income or (loss). Attach Schedule F | 18 |
19 Unemployment compensation | 19 |
20a Social security benefits 20a    b Taxable amount (see page 24) | 20b |
21 Other income. List type and amount (see page 24) | 21 |
22 Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 46929 | 92 |

If you did not get a W-2, see page 19.
Enclose, but do not attach, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**
23 Educator expenses (see page 26) | 23 |
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 |
25 IRA deduction (see page 26) | 25 |
26 Student loan interest deduction (see page 28) | 26 |
27 Tuition and fees deduction (see page 29) | 27 |
28 Health savings account deduction. Attach Form 8889 | 28 |
29 Moving expenses. Attach Form 3903 | 29 |
30 One-half of self-employment tax. Attach Schedule SE | 30 |
31 Self-employed health insurance deduction (see page 30) | 31 |
32 Self-employed SEP, SIMPLE, and qualified plans | 32 |
33 Penalty on early withdrawal of savings | 33 |
34a Alimony paid  b Recipient's SSN ▶ | 34a |
35 Add lines 23 through 34a | 35 | 0 | 0 |
36 Subtract line 35 from line 22. This is your adjusted gross income ▶ | 36 | 46929 | 92 |

RECEIVED 2013   OCT 2 8 2008   INTERNAL REVENUE SERVICE FRESNO, CA

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 75.   Cat. No. 11320B   Form **1040** (2004)

**GRAND JURY EXHIBIT**

DATE:
GRAND JURY NO: 2012-2
FOREMAN:

Form 1040 (2004)         Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 37 Amount from line 36 (adjusted gross income) | | 37 | 46929 92 |
| | 38a Check { You were born before January 2, 1940, ☐ Blind.} Total boxes | | | |
| | If: { Spouse was born before January 2, 1940, ☐ Blind.} checked ▶ 38a | | | |
| **Standard Deduction for—** | b If your spouse itemizes on a separate return or you were a dual-status alien, see page 31 and check here ▶ 38b ☐ | | | |
| | 39 Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | 39 | |
| • People who checked any box on lines 38a or 38b or who can be claimed as a dependent, see page 31. | 40 Subtract line 39 from line 37 | | 40 | 46929 92 |
| | 41 If line 37 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 37 is over $107,025, see the worksheet on page 33 | | 41 | |
| • All others: | 42 **Taxable income.** Subtract line 41 from line 40. If line 41 is more than line 40, enter -0- | | 42 | 46929 92 |
| Single or Married filing separately, $4,850 | 43 **Tax** (see page 33). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | | 43 | 6331 00 |
| | 44 Alternative minimum tax (see page 35). Attach Form 6251 | | 44 | 0 00 |
| Married filing jointly or Qualifying widow(er), $9,700 | 45 Add lines 43 and 44 ▶ | | 45 | 6331 00 |
| | 46 Foreign tax credit. Attach Form 1116 if required | 46 | | |
| | 47 Credit for child and dependent care expenses. Attach Form 2441 | 47 | | |
| Head of household, $7,150 | 48 Credit for the elderly or the disabled. Attach Schedule R | 48 | | |
| | 49 Education credits. Attach Form 8863 | 49 | | |
| | 50 Retirement savings contributions credit. Attach Form 8880 | 50 | | |
| | 51 Child tax credit (see page 37) | 51 | | |
| | 52 Adoption credit. Attach Form 8839 | 52 | | |
| | 53 Credits from: a ☐ Form 8396  b ☐ Form 8859 | 53 | | |
| | 54 Other credits. Check applicable box(es): a ☐ Form 3800 | | | |
| | b ☐ Form 8801  c ☐ Specify | 54 | | |
| | 55 Add lines 46 through 54. These are your total credits | | 55 | 0 0 |
| | 56 Subtract line 55 from line 45. If line 55 is more than line 45, enter -0- ▶ | | 56 | 6331 00 |
| **Other Taxes** | 57 Self-employment tax. Attach Schedule SE | | 57 | |
| | 58 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 58 | |
| | 59 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 59 | |
| | 60 Advance earned income credit payments from Form(s) W-2 | | 60 | |
| | 61 Household employment taxes. Attach Schedule H | | 61 | |
| | 62 Add lines 56 through 61. This is your total tax ▶ | | 62 | 6331 00 |
| **Payments** | 63 Federal income tax withheld from Forms W-2 and 1099 | 63 | 46929 92 | |
| | 64 2004 estimated tax payments and amount applied from 2003 return | 64 | | |
| If you have a qualifying child, attach Schedule EIC. | 65a Earned income credit (EIC) | 65a | | |
| | b Nontaxable combat pay election ▶ 65b | | | |
| | 66 Excess social security and tier 1 RRTA tax withheld (see page 54) | 66 | | |
| | 67 Additional child tax credit. Attach Form 8812 | 67 | | |
| | 68 Amount paid with request for extension to file (see page 54) | 68 | | |
| | 69 Other payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 69 | | |
| | 70 Add lines 63, 64, 65a, and 66 through 69. These are your total payments ▶ | | 70 | 46929 92 |
| **Refund** | 71 If line 70 is more than line 62, subtract line 62 from line 70. This is the amount you overpaid | | 71 | 40598 92 |
| Direct deposit? See page 54 and fill in 72b, 72c, and 72d. | 72a Amount of line 71 you want refunded to you ▶ | | 72a | 40598 92 |
| | b Routing number 1 0 7 0 0 6 4 4 4 ▶ Type: ☑ Checking ☐ Savings | | | |
| | d Account number 4 8 5 7 1 0 0 7 0 7 | | | |
| | 73 Amount of line 71 you want applied to your 2005 estimated tax ▶ 73 | 0 | 0 | |
| **Amount You Owe** | 74 Amount you owe. Subtract line 70 from line 62. For details on how to pay, see page 55 ▶ | | 74 | |
| | 75 Estimated tax penalty (see page 55) | 75 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 56)? ☐ Yes. Complete the following. ☐ No | | | |
| | Designee's name ▶   Phone no. ▶ ( )   Personal identification number (PIN) ▶ | | | |
| **Sign Here** Joint return? See page 17. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
| | Your signature _(signed)_ Date 11/1/08 | Your occupation Authorized Representative | Daytime phone number ( ) | |
| | Spouse's signature. If a joint return, both must sign. Date | Spouse's occupation | | |
| **Paid Preparer's Use Only** | Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN | |
| | | | Phone no. ( ) | |

Form **1040** (2004)

GJ-00000366



ENVELOPE
045

T/C 300
HINT

Form **1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2005** (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2005, or other tax year beginning , 2005, ending , 20   OMB No. 1545-0074

**Label** (See instructions on page 16.)
Your first name and initial **JOHN J**  Last name **PAWELSKI**
Your social security number **330 42 9404** ✓

If a joint return, spouse's first name and initial   Last name   Spouse's social security number

Use the IRS label. Otherwise, please print or type.
Home address (number and street). If you have a P.O. box, see page 16. **1480 Commanchero Dr**   Apt. no.
City, town or post office, state, and ZIP code. If you have a foreign address, see page 16. **Colorado Springs, CO. 80918**

▲ You must enter your SSN(s) above. ▲
Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ▶ ☐ You ☐ Spouse

**Filing Status**
Check only one box.
1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☑ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**
6a ☐ Yourself. If someone can claim you as a dependent, do not check box 6a
b ☐ Spouse
c Dependents:
(1) First name  Last name  (2) Dependent's social security number  (3) Dependent's relationship to you  (4) ✓ if qualifying child for child tax credit (see page 19)

Boxes checked on 6a and 6b
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 20)
Dependents on 6c not entered above

If more than four dependents, see page 19.
d Total number of exemptions claimed
Add numbers on lines above ▶

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.
7 Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 |
8a Taxable interest. Attach Schedule B if required | 8a | 6005118 | 03
b Tax-exempt interest. Do not include on line 8a | 8b |
9a Ordinary dividends. Attach Schedule B if required | 9a |
b Qualified dividends (see page 23) | 9b |
10 Taxable refunds, credits, or offsets of state and local income taxes (see page 23) | 10 |
11 Alimony received | 11 |
12 Business income or (loss). Attach Schedule C or C-EZ | 12 |
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 |
If you did not get a W-2, see page 22.
14 Other gains or (losses). Attach Form 4797 | 14 |
15a IRA distributions | 15a | b Taxable amount (see page 25) | 15b |
16a Pensions and annuities | 16a | b Taxable amount (see page 25) | 16b |
Enclose, but do not attach, any payment. Also, please use Form 1040-V.
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |
18 Farm income or (loss). Attach Schedule F | 18 |
19 Unemployment compensation | 19 |
20a Social security benefits | 20a | b Taxable amount (see page 27) | 20b |
21 Other income. List type and amount (see page 29) | 21 |
22 Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 6005118 | 03

**Adjusted Gross Income**
23 Educator expenses (see page 29) | 23 |
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 |
25 Health savings account deduction. Attach Form 8889 | 25 |
26 Moving expenses. Attach Form 3903 | 26 |
27 One-half of self-employment tax. Attach Schedule SE | 27 |
28 Self-employed SEP, SIMPLE, and qualified plans | 28 |
29 Self-employed health insurance deduction (see page 30) | 29 |
30 Penalty on early withdrawal of savings | 30 |
31a Alimony paid b Recipient's SSN ▶ | 31a |
32 IRA deduction (see page 31) | 32 |
33 Student loan interest deduction (see page 33) | 33 |
34 Tuition and fees deduction (see page 34) | 34 |
35 Domestic production activities deduction. Attach Form 8903 | 35 |
36 Add lines 23 through 31a and 32 through 35 | 36 | 303
37 Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 6005118 | 03

RECEIVED 2013  OCT 2 8 2008  INTERNAL REVENUE SERVICE FRESNO, CA

RECEIVED FEB 20 2009  RECEIVED FEB 6 2009  FRP 303

2008 NOV 28 P 1:17  CORRESPONDENCE EXAMINATION BRANCH

NO STATUTE ISSUE INIT ___ DATE ___

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 78.   Cat. No. 11320B   Form **1040** (2005)

Form 1040 (2005)

Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | **38** | 6005118 03 |
| | 39a | Check if: ☐ You were born before January 2, 1941, ☐ Blind. ☐ Spouse was born before January 2, 1941, ☐ Blind. } Total boxes checked ▶ 39a | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 35 and check here ▶ 39b ☐ | | |
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | **40** | |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 36. | 41 | Subtract line 40 from line 38 | **41** | 6005118 03 |
| | 42 | If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see page 37. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d | **42** | |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | **43** | 6005118 03 |
| • All others: | 44 | Tax (see page 37). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | **44** | 2079353 30 |
| Single or Married filing separately, $5,000 | 45 | Alternative minimum tax (see page 39). Attach Form 6251 | **45** | |
| | 46 | Add lines 44 and 45 ▶ | **46** | 2079353 30 |
| Married filing jointly or Qualifying widow(er), $10,000 | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| Head of household, $7,300 | 50 | Education credits. Attach Form 8863 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Child tax credit (see page 41). Attach Form 8901 if required | 52 | |
| | 53 | Adoption credit. Attach Form 8839 | 53 | |
| | 54 | Credits from: a ☐ Form 8396 b ☐ Form 8859 | 54 | |
| | 55 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Form _____ | 55 | |
| | 56 | Add lines 47 through 55. These are your total credits | **56** | 0 0 |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | **57** | 2079353 30 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | **58** | |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | **59** | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | **60** | |
| | 61 | Advance earned income credit payments from Form(s) W-2 | **61** | |
| | 62 | Household employment taxes. Attach Schedule H | **62** | |
| | 63 | Add lines 57 through 62. This is your total tax ▶ | **63** | 2079353 30 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 6005118 03 |
| | 65 | 2005 estimated tax payments and amount applied from 2004 return | 65 | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) | 66a | |
| | b | Nontaxable combat pay election ▶ 66b | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) | 67 | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | |
| | 69 | Amount paid with request for extension to file (see page 59) | 69 | |
| | 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form _____ | 70 | |
| | 71 | Add lines 64, 65, 66a, and 67 through 70. These are your total payments ▶ | **71** | 6005118 03 |
| **Refund** | 72 | If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you overpaid | **72** | 5797182 70 |
| Direct deposit? See page 59 and fill in 73b, 73c, and 73d. | 73a | Amount of line 72 you want refunded to you ▶ | **73a** | 5797182 70 |
| | b | Routing number 1 0 7 0 0 6 4 4 4 ▶ c Type: ☑ Checking ☐ Savings | | |
| | d | Account number 4 8 5 7 1 0 0 7 0 7 | | |
| | 74 | Amount of line 72 you want applied to your 2006 estimated tax ▶ 74 | | |
| **Amount You Owe** | 75 | Amount you owe. Subtract line 71 from line 63. For details on how to pay, see page 60 ▶ | **75** | |
| | 76 | Estimated tax penalty (see page 60) 76 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 61)? ☐ Yes. Complete the following. ☐ No | | | |
| | Designee's name ▶ | Phone no. ▶ ( ) | Personal identification number (PIN) ▶ | |

**Sign Here**
Joint return?
See page 17.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature — *John Joseph Favela* — Date | Your occupation | Daytime phone number

Authorized Representative

Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation

**Paid Preparer's Use Only**

| Preparer's signature ▶ | | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | | EIN | |
| | | | Phone no. ( ) | |

✿ *Printed on recycled paper*

Form **1040** (2005)

ENVELOPE

OCT 2 3 2008

6 FRES POSTMARKED

# 1040 U.S. Individual Income Tax Return 2006

Department of the Treasury—Internal Revenue Service   (99)   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2006, or other tax year beginning , 2006, ending , 20

OMB No. 1545-0074

| Label | | |
|---|---|---|
| (See Instructions on page 16.) Use the IRS label. Otherwise, please print or type. | Your first name and initial  JOHN J | Last name  PAWELSKI |

If a joint return, spouse's first name and initial / Last name

Your social security number  330 : 42 : 9404

Spouse's social security number

Home address (number and street). If you have a P.O. box, see page 16.  1480 Commanchero Dr.   Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 16.  Colorado Springs, CO 80918

▲ You must enter your SSN(s) above. ▲

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ▶   ☐ You ☐ Spouse

Checking a box below will not change your tax or refund.

**Filing Status**

Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☑ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

6a ☐ Yourself. If someone can claim you as a dependent, do not check box 6a.
b ☐ Spouse
c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| FRIVOLOUS RETURN PROGRAM | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

Boxes checked on 6a and 6b ____
No. of children on 6c who:
• lived with you ____
• did not live with you due to divorce or separation (see page 20) ____
Dependents on 6c not entered above ____

If more than four dependents, see page 19.

d Total number of exemptions claimed NOV 1 4 2008

Add numbers on lines above ▶ ☐

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 23.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---:|---:|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | **7** | |
| 8a | Taxable interest. Attach Schedule B if required | **8a** | 14102841 88 |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | **9a** | |
| b | Qualified dividends (see page 23) | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 24) | **10** | |
| 11 | Alimony received | **11** | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | **12** | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | **13** | |
| 14 | Other gains or (losses). Attach Form 4797 | **14** | |
| 15a | IRA distributions 15a | b Taxable amount (see page 25) | **15b** | |
| 16a | Pensions and annuities 16a | b Taxable amount (see page 26) | **16b** | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | **17** | |
| 18 | Farm income or (loss). Attach Schedule F | **18** | |
| 19 | Unemployment compensation | **19** | |
| 20a | Social security benefits 20a | b Taxable amount (see page 27) | **20b** | |
| 21 | Other income. List type and amount (see page 29) | **21** | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | **22** | 14102841 88 |

RECEIVED DEC 0 8 2008

INTERNAL REVENUE SERVICE, FRESNO, CA

**Adjusted Gross Income**

RECEIVED

OCT 2 8 200

INL.

| | | | |
|---|---|---:|---:|
| 23 | Archer MSA deduction. Attach Form 8853 | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see page 29) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see page 31) | 32 | |
| 33 | Student loan interest deduction (see page 33) | 33 | |
| 34 | Jury duty pay you gave to your employer | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | **36** | 0 0 |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | **37** | 14102841 88 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 80.   Cat. No. 11320B   Form **1040** (2006)

GJ-00000370

Form 1040 (2006)                                                            Page **2**

## Tax and Credits

| Line | Description | | Amount |
|---|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 38 | 14102841 88 |
| 39a | Check if: ☐ You were born before January 2, 1942, ☐ Blind. ☐ Spouse was born before January 2, 1942, ☐ Blind. Total boxes checked ▶ 39a | | |
| b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 34 and check here ▶ 39b ☐ | | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | |
| 41 | Subtract line 40 from line 38 | 41 | 14102841 88 |
| 42 | If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see page 36. Otherwise, multiply $3,300 by the total number of exemptions claimed on line 6d | 42 | |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 14102841 88 |
| 44 | Tax (see page 36). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 44 | 4912858 30 |
| 45 | Alternative minimum tax (see page 39). Attach Form 6251 | 45 | |
| 46 | Add lines 44 and 45 | 46 | 4912858 30 |
| 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| 50 | Education credits. Attach Form 8863 | 50 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| 52 | Residential energy credits. Attach Form 5695 | 52 | |
| 53 | Child tax credit (see page 42). Attach Form 8901 if required | 53 | |
| 54 | Credits from: a ☐ Form 8396 b ☐ Form 8859 | 54 | |
| 55 | Other credits: a ☐ Form 3800 b ☐ Form 8801 c ☐ Form | 55 | |
| 56 | Add lines 47 through 55. These are your total credits | 56 | 0 0 |
| 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- | 57 | 4912858 30 |

Standard Deduction for—
- People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 34.
- All others:
Single or Married filing separately, $5,150
Married filing jointly or Qualifying widow(er), $10,300
Head of household, $7,550

## Other Taxes

| 58 | Self-employment tax. Attach Schedule SE | 58 | |
| 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 | |
| 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| 61 | Advance earned income credit payments from Form(s) W-2, box 9 | 61 | |
| 62 | Household employment taxes. Attach Schedule H | 62 | |
| 63 | Add lines 57 through 62. This is your total tax | 63 | 4912858 30 |

## Payments

| 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 14102841 88 |
| 65 | 2006 estimated tax payments and amount applied from 2005 return | 65 | |
| 66a | Earned income credit (EIC) | 66a | |
| b | Nontaxable combat pay election ▶ 66b | | |
| 67 | Excess social security and tier 1 RRTA tax withheld (see page 60) | 67 | |
| 68 | Additional child tax credit. Attach Form 8812 | 68 | |
| 69 | Amount paid with request for extension to file (see page 60) | 69 | |
| 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | |
| 71 | Credit for federal telephone excise tax paid. Attach Form 8913 if required | 71 | |
| 72 | Add lines 64, 65, 66a, and 67 through 71. These are your total payments | 72 | 14102841 88 |

If you have a qualifying child, attach Schedule EIC.

## Refund

| 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | 73 | 4912858 30 |
| 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a | 9189983 58 |
| b | Routing number | ▶ c Type: ☐ Checking ☐ Savings |
| d | Account number | |
| 75 | Amount of line 73 you want applied to your 2007 estimated tax ▶ 75 | | |

Direct deposit? See page 61 and fill in 74b, 74c, and 74d, or Form 8888.

## Amount You Owe

| 76 | Amount you owe. Subtract line 72 from line 63. For details on how to pay, see page 62 ▶ | 76 | |
| 77 | Estimated tax penalty (see page 62) | 77 | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see page 63)?  ☐ Yes. Complete the following.  ☐ No
Designee's name ▶       Phone no. ▶ (   )       Personal identification number (PIN) ▶

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature _[signature]_  Date 11/1/08  Your occupation       Daytime phone number (   )
Spouse's signature. If a joint return, both must sign.  Date       Spouse's occupation

Joint return? See page 17. Keep a copy for your records.

## Paid Preparer's Use Only

Preparer's signature ▶       Date       Check if self-employed ☐       Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code ▶       EIN       Phone no. (   )

Form **1040** (2006)

ENVELOPE

RESEARCH DONE

Form **1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2007**

For the year Jan. 1–Dec. 31, 2007, or other tax year beginning ____, 2007, ending ____, 20__

IRS Use Only—Do not write or staple in this space.

OMB No. 1545-0074

**Label** (See instructions on page 12.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: JOHN J  Last name: PAWELSKI

If a joint return, spouse's first name and initial  Last name

Your social security number: 330 : 42 : 9404
Spouse's social security number

Home address (number and street). If you have a P.O. box, see page 12.: 1480 Commanchero Dr.   Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 12.: Colorado Springs, CO 80918

▲ You must enter your SSN(s) above. ▲

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 12) ☐ You ☐ Spouse

Checking a box below will not change your tax or refund.

**Filing Status**
Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☑ Head of household (with qualifying person). (See page 13.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see page 14)

**Exemptions**

6a ☐ Yourself. If someone can claim you as a dependent, do not check box 6a
 b ☐ Spouse

| c | Dependents: | | | |
|---|---|---|---|---|
| (1) First name  Last name | | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 15) |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

If more than four dependents, see page 15.

Boxes checked on 6a and 6b
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 18)
Dependents on 6c not entered above

d Total number of exemptions claimed

Add numbers on lines above ▶

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

FRIVOLOUS RETURN PROGRAM
NOV 14 2008
INTERNAL REVENUE SERVICE
FRESNO, CA
DEC 08 2008
FRP 303

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 12161028 00 |
| 8b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| 9b | Qualified dividends (see page 19) | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 20) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions  15a | b Taxable amount (see page 21) | 15b | |
| 16a | Pensions and annuities  16a | b Taxable amount (see page 22) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits  20a | b Taxable amount (see page 24) | 20b | |
| 21 | Other income. List type and amount (see page 24) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 121661028 00 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see page 26) | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see page 26) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see page 27) | 32 | |
| 33 | Student loan interest deduction (see page 30) | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | 0 0 |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 121661028 00 |

RECEIVED
OCT 28 2008
INTERNAL REVENUE SERVICE
FRESNO, CA

RECEIVED
2013 S14

OCT 23 2008

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 83.  Cat. No. 11320B  Form **1040** (2007)

Form 1040 (2007)

Page **2**

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 121661028 | 00 |
| **Standard Deduction for—** | 39a | Check if: ☐ You were born before January 2, 1943, ☐ Blind. ☐ Spouse was born before January 2, 1943, ☐ Blind. Total boxes checked ▶ 39a | | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 31 and check here ▶ 39b ☐ | | | |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 31. | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | | |
| | 41 | Subtract line 40 from line 38 | 41 | 121661028 | 00 |
| | 42 | If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the worksheet on page 33 | 42 | | |
| • All others: | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 121661028 | 00 |
| Single or Married filing separately, $5,350 | 44 | Tax (see page 33). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ Form(s) 8889 | 44 | 4232320 | 20 |
| | 45 | Alternative minimum tax (see page 36). Attach Form 6251 | 45 | | |
| Married filing jointly or Qualifying widow(er), $10,700 | 46 | Add lines 44 and 45 ▶ | 46 | 4232320 | 20 |
| | 47 | Credit for child and dependent care expenses. Attach Form 2441 | 47 | | |
| Head of household, $7,850 | 48 | Credit for the elderly or the disabled. Attach Schedule R | 48 | | |
| | 49 | Education credits. Attach Form 8863 | 49 | | |
| | 50 | Residential energy credits. Attach Form 5695 | 50 | | |
| | 51 | Foreign tax credit. Attach Form 1116 if required | 51 | | |
| | 52 | Child tax credit (see page 39). Attach Form 8901 if required | 52 | | |
| | 53 | Retirement savings contributions credit. Attach Form 8880 | 53 | | |
| | 54 | Credits from: a ☐ Form 8396 b ☐ Form 8859 c ☐ Form 8839 | 54 | | |
| | 55 | Other credits: a ☐ Form 3800 b ☐ Form 8801 c ☐ Form | 55 | | |
| | 56 | Add lines 47 through 55. These are your **total credits** | 56 | 0 | 0 |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 | 4232320 | 20 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | 58 | | |
| | 59 | Unreported social security and Medicare tax from: a ☐ Form 4137 b ☐ Form 8919 | 59 | | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | 61 | | |
| | 62 | Household employment taxes. Attach Schedule H | 62 | | |
| | 63 | Add lines 57 through 62. This is your **total tax** ▶ | 63 | 4232320 | 20 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 121661028 | 00 |
| | 65 | 2007 estimated tax payments and amount applied from 2006 return | 65 | | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) | 66a | | |
| | b | Nontaxable combat pay election ▶ 66b | | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) | 67 | | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | | |
| | 69 | Amount paid with request for extension to file (see page 59) | 69 | | |
| | 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | | |
| | 71 | Refundable credit for prior year minimum tax from Form 8801, line 27 | 71 | | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** ▶ | 72 | 121661028 | 00 |
| **Refund** Direct deposit? See page 59 and fill in 74b, 74c, and 74d, or Form 8888. | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** | 73 | 7933781 | 70 |
| | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a | 7933781 | 70 |
| | b | Routing number | | | |
| | | ▶ c Type: ☑ Checking ☐ Savings | | | |
| | d | Account number | | | |
| | 75 | Amount of line 73 you want applied to your 2008 estimated tax ▶ 75 | | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see page 60 ▶ | 76 | | |
| | 77 | Estimated tax penalty (see page 61) | 77 | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see page 61)? ☐ Yes. Complete the following. ☐ No | | | |
| | | Designee's name ▶     Phone no. ▶ ( )     Personal identification number (PIN) ▶ | | | |

**Sign Here**

Joint return?
See page 13.
Keep a copy
for your
records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature — by [signature] Joseph Powell — Date 11/24/08 — Your occupation: Authorized Representative — Daytime phone number ( )

Spouse's signature. If a joint return, both must sign. — Date — Spouse's occupation

**Paid Preparer's Use Only**

| Preparer's signature ▶ | | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | | EIN | |
| | | | Phone no. ( ) | |

Form **1040** (2007)

GJ-00000373