# EXHIBIT 5

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Department of the Treasury
I R S Service center
Kansas City, MO
64999

2. Article Numi
(Transfer fro)

7007 0220 0004 6412 4964

PS Form 3811, February 2004      Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
  ☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☒ No

INTERNAL REVENUE SERVICE
KANSAS CITY, MO 64999-0002

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

EVIDENT I RETURNED BEFORE

DATE: _____

GRAND JURY NO: _____

FOREMAN: _____

102995-02-M-1540

GRAND JURY EXHIBIT

W6-1 - Page 2 of 16

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4 in this box •

Clara Mueller
8620 Braewood Pt #2
Colorado Springs, Co 80920

GTB



**U.S. Postal Service™**

**CERTIFIED MAIL™ RECEIPT**

*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postmark Here

FEB 25 2009

Postage   $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees   $

Sent To   Department of Treasury - IRS

Street, Apt. No.;
or PO Box No.   Service Center

City, State, ZIP+4   Kansas City, Mo.   64999

See Reverse for Instructions

PS Form 3800, August 2006

7007 0220 0004 9415 4964

## Certified Mail Provides:

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the arti-cle at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**

PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

GJ-00000498

```
                    TEMPLETON STA
            Colorado Springs, Colorado
                      809189998
                 0723550618 -0096
   02/25/2009    (719)570-5462     04:04:55 PM

                   Sales Receipt
   Product            Sale  Unit         Final
   Description        Qty   Price        Price

   KANSAS CITY MO 64999                  $1.34
   Zone-4 First-Class
   Large Env
    3.40 oz.
     Return Rcpt (Green Card)            $2.20
     Certified                           $2.70
     Label #:         70070220000464124964
                                        ========
     Issue PVI:                          $6.24


   Total:                                $6.24

   Paid by:
   Cash                                 $20.25
   Change Due:                         -$14.01

   Order stamps at USPS.com/shop or call
   1-800-Stamp24.  Go to USPS.com/clicknship
   to print shipping labels with postage.
   For other information call 1-800-ASK-USPS.

   Bill#: 1000400781356
   Clerk: 08

      All sales final on stamps and postage
        Refunds for guaranteed services only
           Thank you for your business
   *****************************************
   *****************************************
        HELP US SERVE YOU BETTER

      Go to: http://gx.gallup.com/pos

       TELL US ABOUT YOUR RECENT
             POSTAL EXPERIENCE

          YOUR OPINION COUNTS
   *****************************************
   *****************************************


             Customer Copy
```











GJ-00000500

# CERTIFICATE OF SERVICE

On February _25_ , 2009, I mailed to:

DEPARTMENT OF THE TREASURY
IRS SERVICE CENTER
KANSAS CITY, MISSOURI
   64999

the papers identified as:

1. 2008 1099-OID and 1096 Transmittal
2. 2007 1099-OID and 1096 Transmittal
3. 2006 1099-OID and 1096 Transmittal
4. 2005 1099-OID and 1096 Transmittal
5. 2004 1099-OID and 1096 Transmittal
6. 2003 1099-OID and 1096 Transmittal

by mailing it in a pre-paid envelope, addressed to the recipient named above, bearing
Certified Mail #7007 0220 0004 6412 4964  (IRS forms for GEORGE T BROKAW)

Dated _2/25/09_

_____
Notary public

_3/11/2012_
My commission expires

CLARA M. MUELLER
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 03/11/2012

MUELLER
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 05/11/2012

GJ-00000502

George T. Brokaw                           Feb. 25, 2009
2260 Palm Drive
Colorado Springs, Colorado
            80918


Department of the Treasury
IRS Service Center
Kansas City, Missouri
            64999

Dear IRS;


I have included 1099-OID forms and 1096 Transmittal forms for the years 2003 through 2008.
2003 forms are copies for that is what IRS supplies sent me. They did not send originals.


Sincerely:


George T. Brokaw

GJ-00000503

2008

**9696** ☐ VOID ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.

First National Bank
P. O. Box 270
Las Animas, CO 81054-0270

1 Original issue discount for 2008
$ 79,099.71

2 Other periodic interest
$

OMB No. 1545-0117

2008

Form 1099-OID

Original Issue Discount

PAYER'S federal identification number: 84-0248743
RECIPIENT'S identification number: 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

3 Early withdrawal penalty
$

4 Federal income tax withheld
$ 79,099.71

RECIPIENT'S name:

5 Description
Bank Account
Acct # 200501677

Copy A
For
Internal Revenue
Service Center
File with Form 1096.

Street address (including apt. no.):

6 Original issue discount on U.S. Treasury obligations
$

City, state, and ZIP code:

7 Investment expenses
$

For Privacy Act
and Paperwork
Reduction Act
Notice, see the
2008 General
Instructions for
Forms 1099, 1098,
5498, and W-2G.

Account number (see instructions)
200501677

2nd TIN not. ☐

Form 1099-OID          Cat. No. 14421R          Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page   —   Do Not Cut or Separate Forms on This Page

---

**9696** ☐ VOID ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.

Wells Fargo Bank
P. O. Box 5247
Denver, CO 80274

1 Original issue discount for 2008
$ 13,278.89

2 Other periodic interest
$

OMB No. 1545-0117

2008

Form 1099-OID

Original Issue Discount

PAYER'S federal identification number: 95-3233208
RECIPIENT'S identification number: 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

3 Early withdrawal penalty
$

4 Federal income tax withheld
$ 13,278.89

RECIPIENT'S name:
G T B

5 Description
Bank Account
Acct # 500-5155729

Copy A
For
Internal Revenue
Service Center
File with Form 1096.

Street address (including apt. no.):

6 Original issue discount on U.S. Treasury obligations
$

City, state, and ZIP code:

7 Investment expenses
$

For Privacy Act
and Paperwork
Reduction Act
Notice, see the
2008 General
Instructions for
Forms 1099, 1098,
5498, and W-2G.

Account number (see instructions)
500-5155729

2nd TIN not. ☐

Form 1099-OID          Cat. No. 14421R          Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page   —   Do Not Cut or Separate Forms on This Page

---

**9696** ☐ VOID ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.

American Express
P. O. Box 650448
Dallas, TX. 75265-0448

1 Original issue discount for 2008
$ 5000.00

2 Other periodic interest
$

OMB No. 1545-0117

2008

Form 1099-OID

Original Issue Discount

PAYER'S federal identification number: 13-3133497
RECIPIENT'S identification number: 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

3 Early withdrawal penalty
$

4 Federal income tax withheld
$ 5000.00

RECIPIENT'S name:

5 Description
Credit Card
Acct # 3728 638889 31004

Copy A
For
Internal Revenue
Service Center
File with Form 1096.

Street address (including apt. no.):

6 Original issue discount on U.S. Treasury obligations
$

City, state, and ZIP code:

7 Investment expenses
$

For Privacy Act
and Paperwork
Reduction Act
Notice, see the
2008 General
Instructions for
Forms 1099, 1098,
5498, and W-2G.

Account number (see instructions)
3728 638889 31004

2nd TIN not. ☐

Form 1099-OID          Cat. No. 14421R          Department of the Treasury - Internal Revenue Service

GJ-00000504

2007

**9696**   ☐ VOID   ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.

First National Bank
P.O. Box 270
Las Animas, CO 81054-0270

1 Original issue discount for 2008   $66,623.80

2 Other periodic interest   $

OMB No. 1545-0117   2007   Form 1099-OID

**Original Issue Discount**

PAYER'S federal identification number   84-0248743

RECIPIENT'S identification number   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

3 Early withdrawal penalty   $

4 Federal income tax withheld   $66,623.80

**Copy A**
For
Internal Revenue Service Center

RECIPIENT'S name

5 Description   Bank Account
Acct # 200501677

File with Form 1096.
For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G.

Street address (including apt. no.)

6 Original issue discount on U.S. Treasury obligations   $

City, state, and ZIP code

7 Investment expense   $

Account number (see instructions)   200501677

2nd TIN not. ☐

Form 1099-OID   Cat. No. 14421R   Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page   —   Do Not Cut or Separate Forms on This Page

---

**9696**   ☐ VOID   ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.

Wells Fargo Bank
P.O. Box 5247
Denver, CO 80274

1 Original issue discount for 2008   $26,171.52

2 Other periodic interest   $

OMB No. 1545-0117   2007   Form 1099-OID

**Original Issue Discount**

PAYER'S federal identification number   95-3233208

RECIPIENT'S identification number   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

3 Early withdrawal penalty   $

4 Federal income tax withheld   $26,171.52

**Copy A**
For
Internal Revenue Service Center

RECIPIENT'S name   George T. Brokaw

5 Description   Bank Account
Acct # 500-5155729

File with Form 1096.
For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G.

Street address (including apt. no.)

6 Original issue discount on U.S. Treasury obligations   $

City, state, and ZIP code

7 Investment expenses   $

Account number (see instructions)   500-5155729

2nd TIN not. ☐

Form 1099-OID   Cat. No. 14421R   Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page   —   Do Not Cut or Separate Forms on This Page

---

**9696**   ☐ VOID   ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.

Washington Mutual Bank
P.O. Box 660433
Dallas, TX 75266-0433

1 Original issue discount for 2008   $6,222.00

2 Other periodic interest   $

OMB No. 1545-0117   2007   Form 1099-OID

**Original Issue Discount**

PAYER'S federal identification number   68-0172274

RECIPIENT'S identification number   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

3 Early withdrawal penalty   $

4 Federal income tax withheld   $6222.00

**Copy A**
For
Internal Revenue Service Center

RECIPIENT'S name

5 Description   Credit Bank Account Card
4121-3723-0000-1863

File with Form 1096.
For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G.

Street address (including apt. no.)

6 Original issue discount on U.S. Treasury obligations   $

City, state, and ZIP code

7 Investment expenses   $

Account number (see instructions)   4121-3723-0000-1863

2nd TIN not. ☐

Form 1099-OID   Cat. No. 14421R

2007

**9696**  ☐ VOID  ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code and telephone no.

American Express
P.O. Box 650 448
Dallas, TX 75265-0448

OMB No. 1545-0117

**2007**

Form 1099-OID

1 Original issue discount for 2006
$ 5000.00

2 Other periodic interest
$

**Original Issue Discount**

PAYER'S federal identification number: 13-313 3497

RECIPIENT'S identification number

3 Early withdrawal penalty
$

4 Federal income tax withheld
$ 5000.00

**Copy A**
For
Internal Revenue
Service Center
File with Form 1096.

RECIPIENT'S name

5 Description  Credit Card
Acct # 3728 638889 31004

6 Original issue discount on U.S. Treasury obligations
$

For Privacy Act
and Paperwork
Reduction Act
Notice, see the
2006 General
Instructions for
Forms 1099, 1098,
5498, and W-2G.

Street address (including apt. no.)

City, state, and ZIP code

7 Investment expenses
$

Account number (see instructions)

2nd TIN not. ☐

Form 1099-OID                Cat. No. 14216         Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page  —  Do Not Cut or Separate Forms on This Page

---

**9696**  ☐ VOID  ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code and telephone no.

OMB No. 1545-0117

**2007**

Form 1099-OID

1 Original issue discount for 2006
$

2 Other periodic interest
$

**Original Issue Discount**

PAYER'S federal identification number

RECIPIENT'S identification number

3 Early withdrawal penalty
$

4 Federal income tax withheld
$

**Copy A**
For
Internal Revenue
Service Center
File with Form 1096.

RECIPIENT'S name

5 Description

6 Original issue discount on U.S. Treasury obligations
$

For Privacy Act
and Paperwork
Reduction Act
Notice, see the
2006 General
Instructions for
Forms 1099, 1098,
5498, and W-2G.

Street address (including apt. no.)

City, state, and ZIP code

7 Investment expenses
$

Account number (see instructions)

2nd TIN not. ☐

Form 1099-OID                Cat. No. 14216         Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page  —  Do Not Cut or Separate Forms on This Page

---

**9696**  ☐ VOID  ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code and telephone no.

OMB No. 1545-0117

**2007**

Form 1099-OID

1 Original issue discount for 2006
$

2 Other periodic interest
$

**Original Issue Discount**

PAYER'S federal identification number

RECIPIENT'S identification number

3 Early withdrawal penalty
$

4 Federal income tax withheld
$

**Copy A**
For
Internal Revenue
Service Center
File with Form 1096.

RECIPIENT'S name

5 Description

6 Original issue discount on U.S. Treasury obligations
$

For Privacy Act
and Paperwork
Reduction Act
Notice, see the
2006 General
Instructions for
Forms 1099, 1098,
5498, and W-2G.

Street address (including apt. no.)

City, state, and ZIP code

7 Investment expenses
$

Account number (see instructions)

2nd TIN not. ☐

Form 1099-OID                Cat. No. 14216         Department of the Treasury - Internal Revenue Service

GJ-00000506

**9696**  ☐ VOID  ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.

Chrysler Financial
2050 Roanoke RD
Westlake, TX 76262-9616

1 Original issue discount for 2006
$ 24,304.48

2 Other periodic interest
$

OMB No. 1545-0117

2006

Form 1099-OID

Original Issue Discount

PAYER'S federal identification number: 38-353 6414
RECIPIENT'S identification number: 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

3 Early withdrawal penalty
$

4 Federal income tax withheld
$ 24,304.48

Copy A
For
Internal Revenue
Service Center

RECIPIENT'S name

George T. Brokaw

5 Description
Credit Account
Acct. # 1004555125

File with Form 1096.

Street address (including apt. no.)
2260 Palm Drive

6 Original issue discount on U.S. Treasury obligations
$

For Privacy Act
and Paperwork
Reduction Act
Notice, see the
2006 General
Instructions for
Forms 1099, 1098,
5498, and W-2G.

City, state, and ZIP code
Color Ado Springs, CO 80918

7 Investment expenses
$

Account number (see instructions)
1004 555 125   2nd TIN not. ☐

Form 1099-OID   Cat. No. 14421R   Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page  —  Do Not Cut or Separate Forms on This Page

---

**9696**  ☐ VOID  ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.

Security Service Fed. Credit Union
310 E. Abriendo Ave
Pueblo, CO 81004-4298

1 Original issue discount for 2005
$ 29928.00

2 Other periodic interest
$

OMB No. 1545-0117

2006

Form 1099-OID

Original Issue Discount

PAYER'S federal identification number: 74-1277697
RECIPIENT'S identification number: 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

3 Early withdrawal penalty
$

4 Federal income tax withheld
$ 29928.00

Copy A
For
Internal Revenue
Service Center

RECIPIENT'S name

George T. Brokaw

5 Description
Credit Account
# 4624918020

File with Form 1096.

Street address (including apt. no.)
2260 Palm Drive

6 Original issue discount on U.S. Treasury obligations
$

For Privacy Act
and Paperwork
Reduction Act
Notice, see the
2006 General
Instructions for
Forms 1099, 1098,
5498, and W-2G.

City, state, and ZIP code
Colorado Spring, CO 80918

7 Investment expenses
$

Account number (see instructions)
4624918020   2nd TIN not. ☐

Form 1099-OID   Cat. No. 14421R   Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page  —  Do Not Cut or Separate Forms on This Page

---

**9696**  ☐ VOID  ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.

Bank of America
P.O. Box 17309
Baltimore MD 21297-1309

1 Original issue discount for 2005
$ 8000.00

2 Other periodic interest
$

OMB No. 1545-0117

2006

Form 1099-OID

Original Issue Discount

PAYER'S federal identification number: 94-1687665
RECIPIENT'S identification number: 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

3 Early withdrawal penalty
$

4 Federal income tax withheld
$ 8000.00

Copy A
For
Internal Revenue
Service Center

RECIPIENT'S name

5 Description
Credit Card
Act # 4888 6031 3275 1249

File with Form 1096.

Street address (including apt. no.)

6 Original issue discount on U.S. Treasury obligations
$

For Privacy Act
and Paperwork
Reduction Act
Notice, see the
2006 General
Instructions for
Forms 1099, 1098,
5498, and W-2G.

City, state, and ZIP code

7 Investment expenses
$

Account number (see instructions)
4888 6031 3275 1249   2nd TIN not. ☐

Form 1099-OID

**9696**  ☐ VOID  ☐ CORRECTED

**2005**

PAYER'S name, street address, city, state, ZIP code, and telephone no.

Wells Fargo Bank
P.O. Box 5247
Denver, CO 80274

1 Original issue discount for 2005
$ 57817.47

OMB No. 1545-0117

**2005**

Form 1099-OID

2 Other periodic interest
$

Original Issue Discount

PAYER'S federal identification number: 95-3233208
RECIPIENT'S identification number: 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

3 Early withdrawal penalty
$

4 Federal income tax withheld
$ 57817.47

Copy A
For
Internal Revenue
Service Center

RECIPIENT'S name

5 Description
Bank Account
Acct.# 500-5155729

File with Form 1096.
For Privacy Act
and Paperwork
Reduction Act
Notice, see the
2005 General
Instructions for
Forms 1099, 1098,
5498, and W-2G.

Street address (including apt. no.)

6 Original issue discount on U.S. Treasury obligations

City, state, and ZIP code

7 Investment expenses
$

Account number (see instructions)
500-5155729

2nd TIN not. ☐

Form 1099-OID   Cat. No. 14421R   Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page  —  Do Not Cut or Separate Forms on This Page

---

**9696**  ☐ VOID  ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.

Key Bank
P.O. Box 93885
Cleveland, Ohio

1 Original issue discount for 2005
$ 20,000.00

OMB No. 1545-0117

**2005**

Form 1099-OID

2 Other periodic interest
$

Original Issue Discount

PAYER'S federal identification number
RECIPIENT'S identification number

3 Early withdrawal penalty
$

4 Federal income tax withheld
$ 20,000.00

Copy A
For
Internal Revenue
Service Center

RECIPIENT'S name

5 Description
Bank Account
Acct # 760192020633

File with Form 1096.
For Privacy Act
and Paperwork
Reduction Act
Notice, see the
2005 General
Instructions for
Forms 1099, 1098,
5498, and W-2G.

Street address (including apt. no.)

6 Original issue discount on U.S. Treasury obligations

City, state, and ZIP code

7 Investment expenses
$

Account number (see instructions)
760192020633

2nd TIN not. ☐

Form 1099-OID   Cat. No. 14421R   Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page  —  Do Not Cut or Separate Forms on This Page

---

**9696**  ☐ VOID  ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.

American Express
P.O. Box 650448
Dallas TX 75265-0448

1 Original issue discount for 2005
$ 5,000.00

OMB No. 1545-0117

**2005**

Form 1099-OID

2 Other periodic interest
$

Original Issue Discount

PAYER'S federal identification number: 13-3133497
RECIPIENT'S identification number: 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

3 Early withdrawal penalty
$

4 Federal income tax withheld
$ 5,000.00

Copy A
For
Internal Revenue
Service Center

RECIPIENT'S name

5 Description
CREDIT CARD
Acct # 3728 638889 31004

File with Form 1096.
For Privacy Act
and Paperwork
Reduction Act
Notice, see the
2005 General
Instructions for
Forms 1099, 1098,
5498, and W-2G.

Street address (including apt. no.)

6 Original issue discount on U.S. Treasury obligations

City, state, and ZIP code

7 Investment expenses
$

Account number (see instructions)
3728 638889 31004

2nd TIN not. ☐

Form 1099-OID   Cat. No. 14421R

**9696**  ☐ VOID  ☐ CORRECTED

*2004*

PAYER'S name, street address, city, state, ZIP code, and telephone no.

Wells Fargo Bank
P.O. Box 5247
Denver, CO 80274

1 Original issue discount for 2004
$ 55140.59

2 Other periodic interest
$

OMB No. 1545-0117
2004

Form 1099-OID

Original Issue Discount

PAYER'S federal identification number
95-3233208

RECIPIENT'S identification number
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

3 Early withdrawal penalty
$

4 Federal income tax withheld
$ 55140.59

Copy A
For
Internal Revenue
Service Center
File with Form 1096.

RECIPIENT'S name
G  J  B

5 Description
Bank Account
Acct# 500-5155729

Street address (including apt. no.)

6 Original issue discount on U.S. Treasury obligations
$

For Privacy Act
and Paperwork
Reduction Act
Notice, see the
2005 General
Instructions for
Forms 1099, 1098,
5498, and W-2G.

City, state, and ZIP code

7 Investment expenses
$

Account number (see instructions)
500-5155729

2nd TIN not.  ☐

Form 1099-OID          Cat. No. 14421R          Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page  —  Do Not Cut or Separate Forms on This Page

---

**9696**  ☐ VOID  ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.

Key Bank
P.O. Box 93885
Cleveland, Ohio 44101

1 Original issue discount for 2004
$ 50000.00

2 Other periodic interest
$

OMB No. 1545-0117
2004

Form 1099-OID

Original Issue Discount

PAYER'S federal identification number
34-0797957

RECIPIENT'S identification number
278 40 2356

3 Early withdrawal penalty
$

4 Federal income tax withheld
$ 50000.00

Copy A
For
Internal Revenue
Service Center
File with Form 1096.

RECIPIENT'S name

5 Description
Bank Account
Acct# 760192020633

Street address (including apt. no.)

6 Original issue discount on U.S. Treasury obligations
$

For Privacy Act
and Paperwork
Reduction Act
Notice, see the
2005 General
Instructions for
Forms 1099, 1098,
5498, and W-2G.

City, state, and ZIP code

7 Investment expenses
$

Account number (see instructions)
760192020633

2nd TIN not.  ☐

Form 1099-OID          Cat. No. 14421R          Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page  —  Do Not Cut or Separate Forms on This Page

---

**9696**  ☐ VOID  ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.

1 Original issue discount for 2004
$

2 Other periodic interest
$

OMB No. 1545-0117
2004

Form 1099-OID

Original Issue Discount

PAYER'S federal identification number

RECIPIENT'S identification number

3 Early withdrawal penalty
$

4 Federal income tax withheld
$

Copy A
For
Internal Revenue
Service Center
File with Form 1096.

RECIPIENT'S name

5 Description

Street address (including apt. no.)

6 Original issue discount on U.S. Treasury obligations
$

For Privacy Act
and Paperwork
Reduction Act
Notice, see the
2005 General
Instructions for
Forms 1099, 1098,
5498, and W-2G.

City, state, and ZIP code

7 Investment expenses
$

Account number (see instructions)

2nd TIN not.  ☐

Form 1099-OID          Cat. No. 14421R          Department of the Treasury - Internal Revenue Service

GJ-00000509

**9696**  ☐ VOID  ☐ CORRECTED

**2003**

**Original Issue Discount**

PAYER'S name, street address, city, state, ZIP code, and telephone no.

Wells Fargo Bank
P.O. Box 5247
Denver, CO 80274

1 Original issue discount for 2003
$ 148,341.19

2 Other periodic interest
$

OMB No. 1545-0117

**2003**

Form 1099-OID

PAYER'S federal identification number: 95-3233208
RECIPIENT'S identification number: 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

3 Early withdrawal penalty
$

4 Federal income tax withheld
$ 148,341.19

RECIPIENT'S name

5 Description
Bank Account
Acct # 500-5155729

Copy A
For
Internal Revenue
Service Center
File with Form 1096.
For Privacy Act
and Paperwork
Reduction Act
Notice, see the
2003 General
Instructions for
Forms 1099, 1098,
5498, and W-2G.

Street address (including apt. no.)

6 Original issue discount on U.S. Treasury obligations
$

City, state, and ZIP code

7 Investment expenses
$

Account number (see instructions): 500-5155729

2nd TIN not. ☐

Form 1099-OID    Cat. No. 14421R    Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page   —   Do Not Cut or Separate Forms on This Page**

---

**9696**  ☐ VOID  ☐ CORRECTED

**Original Issue Discount**

PAYER'S name, street address, city, state, ZIP code, and telephone no.

1 Original issue discount for 2003
$

2 Other periodic interest
$

OMB No. 1545-0117

**2003**

Form 1099-OID

PAYER'S federal identification number     RECIPIENT'S identification number

3 Early withdrawal penalty
$

4 Federal income tax withheld
$

RECIPIENT'S name

5 Description

Copy A
For
Internal Revenue
Service Center
File with Form 1096.
For Privacy Act
and Paperwork
Reduction Act
Notice, see the
2003 General
Instructions for
Forms 1099, 1098,
5498, and W-2G.

Street address (including apt. no.)

6 Original issue discount on U.S. Treasury obligations
$

City, state, and ZIP code

7 Investment expenses
$

Account number (see instructions)

2nd TIN not. ☐

Form 1099-OID    Cat. No. 14421R    Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page   —   Do Not Cut or Separate Forms on This Page**

---

**9696**  ☐ VOID  ☐ CORRECTED

**Original Issue Discount**

PAYER'S name, street address, city, state, ZIP code, and telephone no.

1 Original issue discount for 2003
$

2 Other periodic interest
$

OMB No. 1545-0117

**2003**

Form 1099-OID

PAYER'S federal identification number     RECIPIENT'S identification number

3 Early withdrawal penalty
$

4 Federal income tax withheld
$

RECIPIENT'S name

5 Description

Copy A
For
Internal Revenue
Service Center
File with Form 1096.
For Privacy Act
and Paperwork
Reduction Act
Notice, see the
2003 General
Instructions for
Forms 1099, 1098,
5498, and W-2G.

Street address (including apt. no.)

6 Original issue discount on U.S. Treasury obligations
$

City, state, and ZIP code

7 Investment expenses
$

Account number (see instructions)

2nd TIN not. ☐

Form 1099-OID    Cat. No. 14421R    Department of the Treasury - Internal Revenue Service