# EXHIBIT 6



May 14, 2009

Internal Revenue Service
Department of the Treasury
Ogden, UT 84201-0030

ATTN: Ms. Maureen Green    Reply #0469100416

Taxpayer ID: # 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

Re:   Letter 3176(C), dated April 21, 2009

**NOTE: THIS LETTER IS TIME SENSITIVE AND REQUIRES IMMEDIATE ATTENTION**

Dear Ms. Green,

    I, Mimi-Michelle: Vigil, as agent for MIMI VIGIL, am in receipt of your IRS letter, copy enclosed. In response and as a request for records and an enumeration of the specific issues identified by the IRS needing clarification, please make all correspondence in writing, so that a complete legal record of these proceedings and matters may be maintained for future legal purposes if needed.

    Researching Title 26 of the United States Code, Sections 1271-1275, 33A of the American Jurisprudence 2D, pages 695-715, IRS Publication 1212, and the IRS Instructions for any and all documents or forms that have been submitted, has led to the determination and filing of these documents and forms to facilitate and obtain a refund of tax due. Based on this research of your statutes and codes, any and all filings are fully valid, correct, complete, and timely.

    MIMI VIGIL is being subjected to refund delays, penalty "assertions", and false accusations. Your letter does not specifically identify any problem, alleged violation of law, or alleged failure on MIMI VIGIL'S part under the rules and regulations for obtaining a refund as stated in the statutes of Subtitle A of Title 26. Please supply MIMI VIGIL with any and all specific forms, documents or communications so that MIMI VIGIL may correct any errors.

    MIMI VIGIL filed the claim for refund of overpaid taxes that is within the provisions of the US Code and the statutes behind it. The laws reflected by 26 USC 6401(b)(1) and (c) state that "the amount of such excess shall be considered an overpayment" and must be returned to MIMI VIGIL promptly per 26 USC 6402 (a).

**PLEASE NOTE THE FOLLOWING FACTS:**

1. All forms are fully valid, true, correct, and complete, and from taxpayer first-hand knowledge. If there are any errors, please advise how to correct them.
2. Any return is signed under penalty of perjury.

Page 1 of 2

-2-

3. All returns clearly show all required items of income, deductions, credits, etc. If any information is missing, please advise so that MIMI VIGIL may complete correctly.
4. All return information is in full agreement, and clearly shows a correct final assessment. If any information is deficient, please advise as to what is deficient and how it should be corrected.
5. No frivolous or unlawful positions were taken on any form and all returns have every basis in law.
6. No intent is present anywhere in the forms or returns submitted to contest, impede or delay the administration of any federal tax laws.
7. The forms or returns are to assist with facilitating a direct claim for refund of overpaid or withheld amounts.
8. The forms or returns that have been submitted are all valid IRS documents and show valid OMB numbers.

The IRS has asserted that the forms or returns filed were frivolous and proposed a penalty, but failed to identify exactly what information was deemed by the IRS to be frivolous.

MIMI VIGIL requests a complete response of documented evidence that supports any and all claims of frivolous notices. If such information or records exist within the IRS, please furnish them to MIMI VIGIL within 20 days of receipt of this letter along with specific references to the authority in the Statutes, IRC, CFR, or IRM, as it specifically relates to the forms or returns submitted as defined in 26 USC 6702(a).

If there us no response within 20 days of your receipt of this letter I will accept your silence as acquiescence to the fact that you cannot provide statutes by Supreme Court case that my return is frivolous by statute.

If no response is received, I, Mimi-Michelle: Vigil, demand that you process into the computer system any and all documents that have been submitted, and file, process, and remit any and all refunds due to MIMI VIGIL and all applicable interest, within 30 days from your receipt of this invoice, as determined by the date stamped or written on the USPS return receipt.

Thank you for your prompt attention to this critical matter.

*Under penalties of perjury, Mimi Vigil as Agent, hereby declares that she has thoroughly examined this reply and all accompanying documents and that all information herein is true, correct, complete, and of first-hand knowledge.*

By: /s/ Mimi-Michelle: Vigil, agent
Mimi-Michelle: Vigil, Agent

cc: DOUGLAS SHULMAN
cc: ERIC THORSON
cc: TIMOTHY F. GEITHNER

**Form 1040** Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return** **2005** (99) IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2005, or other tax year beginning , 2005, ending , 20 OMB No. 1545-0074

**Label** (See instructions.)
Your first name: MIMI   MI:   Last name: VIGIL
Your social security number: 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

If a joint return, spouse's first name: MI: Last name:
Spouse's social security number:

Home address (number and street). If you have a P.O. box, see instructions. Apartment no.:
3878 HARTSEL DR # E

City, town or post office. If you have a foreign address, see instructions. State: CO  ZIP code: 80909
COLORADO SPRINGS

*COPY*

You must enter your social security number(s) above.
Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) ► ☐ You  ☐ Spouse

**Filing Status** — Check only one box.
1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☒ Married filing separately. Enter spouse's SSN above & full name here ►
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.    Boxes checked on 6a and 6b: **1**
b ☐ Spouse .............................................................................................................    No. of children on 6c who:
c Dependents:
(1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs)

If more than four dependents, see instructions.
d Total number of exemptions claimed ............................................................. **1**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 14,805. |
| 8a | Taxable interest. Attach Schedule B if required | 0. |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified divs (see instrs) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ► ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions ....... 15a | b Taxable amount (see instrs) 15b | |
| 16a | Pensions and annuities .... 16a | b Taxable amount (see instrs) 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits ....... 20a | b Taxable amount (see instrs) 20b | |
| 21 | Other income | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ► | 14,805. |

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see instructions) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see instructions) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ► | |
| 32 | IRA deduction (see instructions) | |
| 33 | Student loan interest deduction (see instructions) | |
| 34 | Tuition and fees deduction (see instructions) | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 - 31a and 32 - 35 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ► | 14,805. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112   11/07/05    Form **1040** (2005)

-4-

GJ-00000037

Form 1040 (2005)    MIMI VIGIL                                                                    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      Page 2

**Tax and Credits**

| Line | Description | Amount |
|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 14,805. |
| 39a | Check if: You were born before January 2, 1941, Blind. / Spouse was born before January 2, 1941, Blind. Total boxes checked ▶ 39a | |
| 39b | If your spouse itemizes on a separate return, or you were a dual-status alien, see instructions and check here ▶ 39b | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 5,000. |
| 41 | Subtract line 40 from line 38 | 9,805. |
| 42 | If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d | 3,200. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 6,605. |
| 44 | Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 663. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | |
| 46 | Add lines 44 and 45 ▶ | 663. |
| 47 | Foreign tax credit. Attach Form 1116 if required | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | |
| 49 | Credit for the elderly or the disabled. Attach Schedule R | |
| 50 | Education credits. Attach Form 8863 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | |
| 52 | Child tax credit (see instructions). Attach Form 8901 if required | |
| 53 | Adoption credit. Attach Form 8839 | |
| 54 | Credits from: a ☐ Form 8396 b ☐ Form 8859 | |
| 55 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Form | |
| 56 | Add lines 47 through 55. These are your total credits | |
| 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 663. |

Standard Deduction for —
• People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
• All others:
Single or Married filing separately, $5,000
Married filing jointly or Qualifying widow(er), $10,000
Head of household, $7,300

**Other Taxes**

| 58 | Self-employment tax. Attach Schedule SE | |
|---|---|---|
| 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 1,133. |
| 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| 61 | Advance earned income credit payments from Form(s) W-2 | |
| 62 | Household employment taxes. Attach Schedule H | |
| 63 | Add lines 57-62. This is your total tax ▶ | 1,796. |

**Payments**
If you have a qualifying child, attach Schedule EIC.

| 64 | Federal income tax withheld from Forms W-2 and 1099 | 373,965. |
|---|---|---|
| 65 | 2005 estimated tax payments and amount applied from 2004 return | |
| 66a | Earned income credit (EIC) | |
| b | Nontaxable combat pay election ▶ 66b | |
| 67 | Excess social security and tier 1 RRTA tax withheld (see instructions) | |
| 68 | Additional child tax credit. Attach Form 8812 | |
| 69 | Amount paid with request for extension to file (see instructions) | |
| 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | |
| 71 | Add lines 64, 65, 66a, and 67 through 70. These are your total payments ▶ | 373,965. |

**Refund**
Direct deposit? See instructions and fill in 73b, 73c, and 73d.

| 72 | If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you overpaid | 372,169. |
|---|---|---|
| 73a | Amount of line 72 you want refunded to you ▶ | 372,169. |
| ▶ b | Routing number 102101111    ▶ c Type: ☒ Checking ☐ Savings | |
| ▶ d | Account number 502814 | |
| 74 | Amount of line 72 you want applied to your 2006 estimated tax ▶ 74 | |

**Amount You Owe**

| 75 | Amount you owe. Subtract line 71 from line 63. For details on how to pay, see instructions ▶ | |
|---|---|---|
| 76 | Estimated tax penalty (see instructions) | |

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No
Designee's name ▶     Phone no. ▶     Personal identification number (PIN) ▶

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ▶    Date    Your occupation AUTHORIZED REPRESENTATIVE    Daytime phone number

Spouse's signature. If a joint return, both must sign. ▶    Date    Spouse's occupation

**Paid Preparer's Use Only**

| Preparer's signature ▶ Original signed by Curtis Morris | Date 05/15/2009 | Check if self-employed ☒ | Preparer's SSN or PTIN P00896630 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | NUMBERS AND BEYOND   5996 PINE RIDGE DR   ELIZABETH    CO   80107 | | EIN     Phone no. |

Form 1040 (2005)

FDIA0112   11/07/05

-5-

| Schedule B (Form 1040) 2005 | | OMB No. 1545-0074 | Page 2 |
|---|---|---|---|
| Name(s) shown on Form 1040. MIMI VIGIL | | Your social security number 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 | |

## Schedule B — Interest and Ordinary Dividends
Attachment Sequence No. 08

**Part I Interest**

(See instructions for Form 1040, line 8a.)

Note. If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

1 List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ...

| | Amount |
|---|---|
| MISTAR FINANCIAL | 373,965. |
| Subtotal | 373,965. |
| OID Adjustment RETURN PRINCIPAL TO ORIGINATOR AND SURETY | -373,965. |
| 2 Add the amounts on line 1 .............. 2 | 0. |
| 3 Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 ............. 3 | |
| 4 Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ........ ► 4 | 0. |

Note. If line 4 is over $1,500, you must complete Part III.

**Part II Ordinary Dividends**

(See instructions for Form 1040, line 9a.)

Note. If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

5 List name of payer ... ►

| | Amount |
|---|---|
| 6 Add the amounts on line 5. Enter the total here and on Form 1040, line 9a ........ ► 6 | |

Note. If line 6 is over $1,500, you must complete Part III.

**Part III Foreign Accounts and Trusts**

(See instructions.)

You must complete this part if you (a) had over $1,500 of taxable interest or ordinary dividends; or (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | Yes | No |
|---|---|---|
| 7a At any time during 2005, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1 .................. | | X |
| b If 'Yes,' enter the name of the foreign country .. ► | | |
| 8 During 2005, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions ................ | | X |

BAA For Paperwork Reduction Act Notice, see Form 1040 Instructions. FDIA0401 07/29/05 Schedule B (Form 1040) 2005

-6-

GJ-00000039

| Form **4137** | Social Security and Medicare Tax on Unreported Tip Income | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ► See instructions.<br>► Attach to Form 1040. | **2005**<br>Attachment<br>Sequence No. 24 |

Name of person who received tips (as shown on Form 1040). If married, complete a separate Form 4137 for each spouse with unreported tips. | Social security number
MIMI VIGIL | 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

Name(s) of employer(s) to whom you were required to, but did not, report your tips:

| | | |
|---|---|---|
| 1 Total cash and charge tips you **received** in 2005 (see instructions) | 1 | 14,805. |
| 2 Total cash and charge tips you **reported** to your employer in 2005 | 2 | |
| 3 Subtract line 2 from line 1. This amount is income you must include in the total on Form 1040, line 7 | 3 | 14,805. |
| 4 Cash and charge tips you received but did not report to your employer because the total was less than $20 in a calendar month (see instructions) | 4 | |
| 5 Unreported tips subject to Medicare tax. Subtract line 4 from line 3. Enter here and on line 2 of Schedule U below | 5 | 14,805. |
| 6 Maximum amount of wages (including tips) subject to social security tax ......  6  90,000. | | |
| 7 Total social security wages and social security tips (total of boxes 3 and 7 on Form(s) W-2) or railroad retirement (tier 1) compensation ..... 7 | | |
| 8 Subtract line 7 from line 6. If line 7 is more than line 6, enter -0- here and on line 9 and go to line 11 | 8 | 90,000. |
| 9 Unreported tips subject to social security tax. Enter the **smaller** of line 5 or line 8 here and on line 1 of Schedule U below. If you received tips as a federal, state, or local government employee, see instructions | 9 | 14,805. |
| 10 Multiply line 9 by .062 | 10 | 918. |
| 11 Multiply line 5 by .0145 | 11 | 215. |
| 12 Add lines 10 and 11. Enter the result here and on Form 1040, line 59 ► | 12 | 1,133. |

For Paperwork Reduction Act Notice, see separate instructions.   Form 4137 (2005)

**Do Not Detach**

| SCHEDULE U<br>(Form 1040) | U.S. Schedule of Unreported Tip Income | |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | For crediting to your social security record | **2005** |

**Note:** The amounts you report below are for your social security record. This record is used to figure any benefits, based on your earnings, payable to you and your dependents or your survivors. Fill in each item accurately and completely.

Print or type name of person who received tip income (as shown on Form 1040) | Social security number
MIMI VIGIL | 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

Address (number and street, or P.O. box if mail is not delivered to your home) | Apartment no. | Occupation
3878 HARTSEL DR # E | | AUTHORIZED REPRESENTATIVE

City, town or post office | State | ZIP code
COLORADO SPRINGS | CO | 80909

| | | |
|---|---|---|
| 1 Unreported tips subject to social security tax. Enter the amount from line 9 (Form 4137) above ► | 1 | 14,805. |
| 2 Unreported tips subject to Medicare tax. Enter the amount from line 5 (Form 4137) above ► | 2 | 14,805. |

*Please do not write in this space*

DLN—

BAA   FDIA4001  12/12/05   Schedule U (Form 1040) 2005

-7-

GJ-00000040

| Form **4137** | **Social Security and Medicare Tax on Unreported Tip Income** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► See instructions. ► Attach to Form 1040. | **2005** Attachment Sequence No. 24 |

Name of person who received tips (as shown on Form 1040). If married, complete a separate Form 4137 for each spouse with unreported tips. | Social security number
**MIMI VIGIL** | **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**

Name(s) of employer(s) to whom you were required to, but did not, report your tips:

| | | | |
|---|---|---|---|
| 1 | Total cash and charge tips you received in 2005 (see instructions) | 1 | 14,805. |
| 2 | Total cash and charge tips you reported to your employer in 2005 | 2 | |
| 3 | Subtract line 2 from line 1. This amount is income you must include in the total on Form 1040, line 7 | 3 | 14,805. |
| 4 | Cash and charge tips you received but did not report to your employer because the total was less than $20 in a calendar month (see instructions) | 4 | |
| 5 | Unreported tips subject to Medicare tax. Subtract line 4 from line 3. Enter here and on line 2 of Schedule U below | 5 | 14,805. |
| 6 | Maximum amount of wages (including tips) subject to social security tax ........ 6   90,000. | | |
| 7 | Total social security wages and social security tips (total of boxes 3 and 7 on Form(s) W-2) or railroad retirement (tier 1) compensation ................ 7 | | |
| 8 | Subtract line 7 from line 6. If line 7 is more than line 6, enter -0- here and on line 9 and go to line 11 | 8 | 90,000. |
| 9 | Unreported tips subject to social security tax. Enter the smaller of line 5 or line 8 here and on line 1 of Schedule U below. If you received tips as a federal, state, or local government employee, see instructions | 9 | 14,805. |
| 10 | Multiply line 9 by .062 | 10 | 918. |
| 11 | Multiply line 5 by .0145 | 11 | 215. |
| 12 | Add lines 10 and 11. Enter the result here and on Form 1040, line 59 ► | 12 | 1,133. |

For Paperwork Reduction Act Notice, see separate instructions.                          Form 4137 (2005)

-------- Do Not Detach --------

| SCHEDULE U (Form 1040) | **U.S. Schedule of Unreported Tip Income** | **2005** |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For crediting to your social security record | |

Note: The amounts you report below are for your social security record. This record is used to figure any benefits, based on your earnings, payable to you and your dependents or your survivors. Fill in each item accurately and completely.

Print or type name of person who received tip income (as shown on Form 1040) | Social security number
**MIMI VIGIL** | **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**

Address (number and street, or P.O. box if mail is not delivered to your home) | Apartment no. | Occupation
**3879 HARTSEL DR # E** | | **AUTHORIZED REPRESENTATIVE**

City, town or post office | State | ZIP code
**COLORADO SPRINGS** | **CO** | **80909**

| 1 | Unreported tips subject to social security tax. Enter the amount from line 9 (Form 4137) above ► | 1 | 14,805. |
|---|---|---|---|
| 2 | Unreported tips subject to Medicare tax. Enter the amount from line 5 (Form 4137) above ► | 2 | 14,805. |

Please do not write in this space

DLN—

BAA                FDIA4001  12/12/05                Schedule U (Form 1040) 2005

-8-

GJ-00000041

MIMI VIGIL                                             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                              1

**Supporting Statement of:**

Schedule B/Adjustment amount int-1

| Description | Amount |
|---|---|
| RETURN PRINCIPAL TO ORIGINATOR AND SURETY | 373,965.00 |
| Total | 373,965.00 |

-9-

GJ-00000042

# ACKNOWLEDGMENT

Grant of Exclusive Power Of Attorney to Conduct All Tax, Business and Legal Affairs of Grantor

# POWER OF ATTORNEY

1) I, **MIMI MICHELLE VIGIL**, Debtor and Grantor, at 3578 Hartsel Dr, #E COLORADO SPRINGS, COLORADO 80920, do herby appoint, Mimi-Michelle :Vigil, Secured Party Creditor, c/o 3578 Hartsel Dr. #E Colorado Springs, Colorado near [80920], Republic, Non Domestic Without the US, as my Private attorney in fact, to take exclusive charge of, manage, and conduct all of my tax, business and legal affairs, settle debts, make purchases, etc., and for such purpose to act for me in my name and place, without limitation on the powers necessary to carry out this exclusive Power of Attorney in fact as authorized:

(A) To take possession of, hold, and manage my real estate and all other property;

(B) To receive money or property paid or delivered to me from any source;

(C) To deposit funds into, make withdrawals from, or sign checks or drafts against any account standing in my name individually or jointly in any bank or other depository, to cash coupons, bonds, or certificates of deposits to endorse checks, notes or other documents in my name; to have access to, and to place items in or remove them from, any safety deposit box standing in my name individually, and otherwise to conduct bank transactions or business for me in my name;

(D) To pay my just debts and expenses, including reasonable expenses incurred by my attorney in fact, MIMI MICHELLE VIGIL, in exercising this exclusive power of attorney;

(E) To retain any investments, invest, and to invest in stock, bonds or other securities, or in real estate or other property;

(F) To give general and special proxies or exercise rights of conversion or rights with respect to shares or securities, to deposit shares or securities with, or transfer them to protective committees or similar bodies, to join in any reorganization and pay assessments or subscriptions called for in connection with shares or securities.

(G) To sell, exchange, lease, give options, and make contracts concerning real estate or other property for such considerations and on such terms as my attorney in fact MIMI MICHELLE VIGIL, may consider prudent;

(H) To improve or develop real estate, to construct, alter, or repair building structures and appurtenances or real estate; to settle boundary lines, easements, and other rights with respect to real estate; to plant, cultivate, harvest, and sell or otherwise dispose of crops and timber, and do all things necessary or appropriate to good husbandry;

(I) To provide for the use, maintenance, repair, security, or storage of my tangible property;

(J) To purchase and maintain such policies of insurance against liability, fire, casualty, or other risks as my attorney in fact, MIMI MICHELLE VIGIL may consider prudent.

2) The Creditor, MIMI MICHELLE VIGIL, named herein and on the Form UCC-1 and Commercial Security Agreement filed with the SECRETARY OF STATE of COLORADO, is authorized by law to act for and in control of the DEBTOR, MIMI MICHELLE VIGIL, MIMI M. VIGIL, or any derivative thereof. In addition, MIMI MICHELLE VIGIL has the exclusive power of attorney to contract for all business and legal affairs of MIMI MICHELLE VIGIL, XXX-XX-5833, Debtor.

-10-

GJ-00000043

3) The term "exclusive" shall be construed to mean that while these powers of attorney are in force, only my attorney in-fact may obligate me in these matters, and I forfeit the capacity to obligate myself with regard to same. This grant of Exclusive Power is irrevocable during the lifetime of MIMI MICHELLE VIGIL.

Executed and sealed by the voluntary act of my own hand, this _24th_ day of _March_ 2009.

This instrument was prepared by MIMI MICHELLE VIGIL.

Acceptance:

_MIMI MICHELLE VIGIL_
**MIMI MICHELLE VIGIL, Grantor**

_Mimi Michelle Vigil_
**Mimi-Michelle :Vigil, Grantee**

I, the above named exclusive attorney in fact, do accept the responsibility for the herein-named Debtor-Grantor and will execute the herein granted power of attorney with Due Diligence.

## ACKNOWLEDGEMENT OF NOTARY

STATE OF COLORADO        )
                         ) ss:
COUNTY OF El Paso        )

On the _24th_ day of _March_, two thousand-nine, before me, _Mimi Michelle Vigil_, Notary, personally appeared Mimi-Michelle :Vigil, known to me (or proved to me on the basis of satisfactory evidence of identification) to be the living woman whose name is subscribed upon this instrument and acknowledged to me that she executed the same in her authorized capacity; and by her signature on this instrument, Mimi-Michelle :Vigil has acted on behalf of the person who executed this instrument.

Witnessed by my hand and official seal,

_Clara M. Mueller_

My Commission Expires: _3/11/2012_

SEAL
**CLARA M. MUELLER**
**NOTARY PUBLIC**
**STATE OF COLORADO**
My Commission Expires 03/11/2012

-11-

GJ-00000044

Filing Fee: $18
Follow Instructions Carefully

**A. NAME & PHONE OF CONTACT (optional)**
Mimi-Michelle :Vigil

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

[ MIMI M VIGIL
3578 Hartsel Dr. #E
Colorado Springs, CO 80920
]

ABOVE SPACE FOR FILING OFFICE USE ONLY

**1. Initial Financing Statement Information (Required)**

| 1a. Original Filing Number: 20032108975 | 1b. Original Filing Date: 10-1-03 | 1c. If filed prior to January 1, 2000, indicate Original Filing Office: |

2. [ ] Termination: ...
3. [ ] Continuation: ...
4. [ ] Assignment: ...
5. Amendment (Party Information): ...

[✓] CHANGE name and/or address...     [ ] DELETE name...     [ ] ADD name...

**6. CURRENT RECORD INFORMATION:**

OR 6a. ORGANIZATION'S NAME: **MIMI M VIGIL**

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

OR 7a. ORGANIZATION'S NAME:

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS: 3578 Hartsel Dr. #E | CITY: Colorado Springs | STATE: CO | POSTAL CODE: 80920 | COUNTRY: u.s. |

| ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION: LEGAL ENTITY | 7f. JURISDICTION OF ORGANIZATION: UNITED STATES | 7g. ORGANIZATION ID#, if any: [ ] NONE |

**8. AMENDMENT (COLLATERAL CHANGE): check only one box.**

Describe collateral [ ] deleted or [ ] added, or give entire [✓] restated collateral description, or describe collateral [ ] assigned

ALL PROPERTY BELONGING TO THE DEBTOR BELONGS TO THE SECURED PARTY.
DEBTOR IS A TRANSMITTING UTILITY
DEBTOR IS A TRUST

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** ...

OR 9a. ORGANIZATION'S NAME:

| 9b. INDIVIDUAL'S LAST NAME: Vigil | FIRST NAME: Mimi | MIDDLE NAME: Michelle | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**

NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) - COLORADO (REV 7/19/2007)

-12-

GJ-00000045

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM
Follow Instructions Carefully

**11. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| MIMI M VIGIL | | |
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME/SUFFIX |

**13.** Use this space for additional information

ABOVE SPACE FOR FILING OFFICE USE ONLY

ATTACHED DOCUMENTS:
POWER OF ATTORNEY
COMMERCIAL SECURITY AGREEMENT WITH ATTACHMENT "A"
ACTUAL AND CONSTRUCTIVE NOTICE
HOLD HARMLESS AND INDEMNITY AGREEMENT
LEGAL NOTICE AND DEMAND WITH ATTACHMENT "B"
NON-NEGOTIABLE SECURITY AGREEMENT

NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) - COLORADO (REV 07/18/2007)

GJ-00000046

# NOTARY CERTIFICATE OF SERVICE

STATE OF COLORADO    )
                     )
COUNTY OF EL PASO    )

## AFFIDAVIT

Be it known that I, Clara M. Mueller, a duly empowered notary public, in and for the STATE OF COLORADO, COUNTY OF EL PASO, a third party and not a party to the matter, for the sole purpose of certifying a response or want thereof, at the request of Mimi-Michelle: Vigil, did present on this day, the following documents to wit:

1. ✓ Copy of letter from Mimi Michelle Vigil to Ms. Green (2 pages)

2. ✓ Copy - IRS letter 3176(C) dated April 21, 2009 (2 pages)

3. ✓ Copy - Form 1040 for tax period 2005

4. ✓ Copy – UCC 3 and Addendum

5. ✓ Copy – Power of Attorney

6. ✓ Copy - Notary Certificate of Service (signed original on file).

I hereby certify that after reviewing the documents, I mailed said documents via the United States Postal Service with Delivery Confirmation # 0308 3390 0002 0765   3405   prepaid and addressed to:

TIMOTHY F. GEITHNER - Secretary of the US Treasury
The United States Department of the Treasury
1500 Pennsylvania Ave., NW
Washington, DC. 20220

I have hereunto set my hand and seal of office on this 15th day of May, 2009.

_____
Signature of Notary

CLARA M. MUELLER, NOTARY PRESENTER
8620 BRAESWOOD PT. #2
COLORADO SPRINGS, COLORADO 80920

seal
CLARA M. MUELLER
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 03/11/2012

-14-

GJ-00000047