# EXHIBIT 12

| | Message0544 |
|---:|:---|
| **Subject:** | |
| **From:** | John Pawelski |
| **Date:** | 1/29/2009 7:01:00 PM |
| **To:** | Curtis Morris |
| **Message Body** ||

need OID for these
_____

Bank Of America Corporation

State of Incorporation:DE

Contact Name:Joe L Price, Chief Financial Officer

100 N. Tryon St.

Suite 220

Charlote, NC. 28255-0001

704-386-4771

TAX ID / EIN:

59-199-1867

Account = 4888936035958069, amount=16000

4888930248744945, amount=10,200

374322045108749, amount=15000

5490353042027846, amount=5700

CHASE CREDIT COMPANY

TAX ID / EIN:

59-347-5514

Address:

PO BOX 18402

TAMPA, FL 33679

Account=4266841076526969, amount=2500

   4266841051123444, amount=9000

## Outlook Header Information

Sender Name: John Pawelski
Received By: Curtis Morrris
Delivery Time: 1/29/2009 7:01:00 PM
Creation Time: 1/29/2009 9:05:11 PM
Modification Time: 1/29/2009 9:06:00 PM
Submit Time: 1/29/2009 7:00:58 PM
Importance: Normal
Flags: 1 = Read
Size: 10710

## Standard Header Information

Return-Path: <abfloans@comcast.net>
X-Original-To: effnbks@myedl.com
Delivered-To: effnbks@myedl.com
Received: from k077.smtproutes.com (k077.smtproutes.com [208.70.89.177])
 by mail.myedl.com (Postfix) with ESMTP id 2FD395C506
 for <effnbks@myedl.com>; Thu, 29 Jan 2009 19:01:00 -0700 (MST)
X-Katharion-ID: 1233280858.7055.k077 (1.0)
Received: from QMTA03.emeryville.ca.mail.comcast.net ([76.96.30.32])
  by k077.smtproutes.com ([192.168.2.177])
   with ESMTP via TCP; 30 Jan 2009 02:00:57 -0000
Received: from OMTA10.emeryville.ca.mail.comcast.net ([76.96.30.28])
 by QMTA03.emeryville.ca.mail.comcast.net with comcast
 id 9UVQ1b04e0cQ2SLA3e0zBN; Fri, 30 Jan 2009 02:00:59 +0000
Received: from john1 ([75.71.165.97])
 by OMTA10.emeryville.ca.mail.comcast.net with comcast
 id 9e0w1b00J26QMa38We0x1P; Fri, 30 Jan 2009 02:00:58 +0000
Reply-To: <abfloans@comcast.net>
From: "John Pawelski" <abfloans@comcast.net>
To: "Curtis Morris" <effnbks@myedl.com>
Subject:
Date: Thu, 29 Jan 2009 19:00:58 -0700
Organization: Asset Based Funding
Message-ID: <000c01c9827e$994d7410$6601a8c0@john1>

```
MIME-Version: 1.0
Content-Type: multipart/alternative;
 boundary="----=_NextPart_000_000D_01C98243.ECF0E600"
X-Priority: 3 (Normal)
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook, Build 10.0.6838
Importance: Normal
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.3350
Thread-Index: AcmCfpVkyCUtMab8QVKa/dRaJDSsHQ==
```