# EXHIBIT 16

|   |   |
|---|---|
|   | **Message0119** |
| Subject: | RE: Question |
| From: | Mimi Vigil |
| Date: | 12/1/2008 7:24:24 PM |
| To: | 'Curtis' |
|   | **Message Body** |

Ok, I will let you know when. I will ask Tom to go for a morning----9/9:30 a good time?

_____

From: Curtis [mailto:effnbks@myedl.com]
Sent: Monday, December 01, 2008 6:21 PM
To: 'Mimi Vigil'
Subject: RE: Question


Thanks. This email is best as I access it at both my home and work.

Yes, I can do during the day. I just need a little advanced notice so I can do the travel time to get there and notification time for my boss. Otherwise I am open to most any time. Mornings would work best for me as I am already down there to begin with.


Curtis Morris

-----Original Message-----
From: Mimi Vigil [mailto:mimiv07@comcast.net]
Sent: Monday, December 01, 2008 5:43 PM
To: 'Curtis'
Subject: RE: Question

Ok, Tom and John will probably be interested in meeting with him---me too if it's not too many of us---we don't want to overwhelm him. Tom will call me tomorrow about setting up a meeting. Can you do this during the day on a weekday?? What would be a good time for you so Tom can ask for that?

I will only use this email if it's easier for you..........

_____

From: Curtis [mailto:effnbks@myedl.com]
Sent: Monday, December 01, 2008 5:33 PM
To: 'Mimi Vigil'
Subject: RE: Question

I am interested in meeting with him yes. I think Larry would be interested but I don't know if he wanted to attend.
I am interested in conversing with him about Bonds and Notes to back him as well as to fund

other entities.
Sorry I keep sending from my work account and don't mean to. It gets me confused.

Curtis Morris

-----Original Message-----
From: Mimi Vigil [mailto:mimiv07@comcast.net]
Sent: Monday, December 01, 2008 5:04 PM
To: Curtis Morris
Subject: RE: Question

I have heard of doing this before, and did it a few years ago on a personal bank account. The reasoning at that time was to protect you from the bank being able to take any funds out and give them to irs, etc. So in effect, that must have been the result. I also gave the bank the UCC1 after opening the account. I did not do a UCC-3, only a UCC-1 on the account.
If this is true, that you privatize the account, then you should be able to use it to access your unlimited treasury set off account. That means you write checks on the account, and the bank has to honor them or "pay" whoever you write the checks to, but you don't have to deposit any funds in the account!! What a deal………..
Do you still want to meet with the president of the 1st Nat'l in Monument??? I just talked to Tom Brokaw, and he is willing to set up a meeting. Would it be you and Larry meeting with him??

_____

From: Curtis Morris [mailto:cmorris@partpoint.net]
Sent: Monday, December 01, 2008 11:15 AM
To: Mimi Vigil
Subject: Question

Mimi,
I just read this in one place. Do you know what they mean by this thought? They are speaking about opening a new bank account.

I don't think they have the choice of rejecting the UCC-1, but I would recommending opening the account before giving them the UCC filing. I didn't actually give them the UCC-1. After opening the account, I came back with a UCC-3 naming the bank and a partial of the bank account number, and merely told them to attach it to my signature card, which they did. The fellow didn't understand it, and didn't think there would be any harm in it. A friend did the same thing, and the gal told him, "Do you know what you just did? You privatized the account."

_____ NOD32 3654 (20081201) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

_____ NOD32 3655 (20081201) Information _____

*[handwritten margin note: "not for truth but good stuff"]*

This message was checked by NOD32 antivirus system.
http://www.eset.com

_____ NOD32 3655 (20081201) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

## Outlook Header Information

Conversation Topic: Question
Sender Name: Mimi Vigil
Received By: Curtis Morrris
Delivery Time: 12/1/2008 7:24:24 PM
Creation Time: 12/2/2008 7:41:17 AM
Modification Time: 12/2/2008 7:44:53 AM
Submit Time: 12/1/2008 7:24:35 PM
Flags: 1 = Read
Size: 31100

## Standard Header Information

Return-Path: <mimiv07@comcast.net>
X-Original-To: effnbks@myedl.com
Delivered-To: effnbks@myedl.com
Received: from k071.smtproutes.com (k071.smtproutes.com [208.70.89.171])
 by mail.myedl.com (Postfix) with ESMTP id 5961C5C0B6
 for <effnbks@myedl.com>; Mon, 1 Dec 2008 19:24:24 -0700 (MST)
X-Katharion-ID: 1228184663.29121.k071 (2.4)
Received: from QMTA03.emeryville.ca.mail.comcast.net ([76.96.30.32])
 by k071.smtproutes.com ([192.168.2.171])
 with ESMTP via TCP; 02 Dec 2008 02:24:19 -0000
Received: from OMTA09.emeryville.ca.mail.comcast.net ([76.96.30.20])
 by QMTA03.emeryville.ca.mail.comcast.net with comcast
 id m11m1a0060S2fkCA32QKKd; Tue, 02 Dec 2008 02:24:19 +0000
Received: from mobile1 ([75.70.129.189])
 by OMTA09.emeryville.ca.mail.comcast.net with comcast
 id m2QJ1a00D45KHCj8V2QJA1; Tue, 02 Dec 2008 02:24:19 +0000
X-Authority-Analysis: v=1.0 c=1 a=nUuTZ29dAAAA:8 a=2fx21m0E6gSatq5_JaAA:9
 a=SvIdTrUvsYxcvjyGVfYA:7 a=L1_LrUXC58N0ILjjbqby4PtRahUA:4 a=VIMlwCkPPU8A:10
 a=si9q_4b84H0A:10 a=WUCWNN6IPIsA:10 a=0HbQqGD8AL8A:10 a=SSmOFEACAAAA:8
 a=2Mih4_tmb1UF_Gv8DVUA:9 a=PVGbSzbw93wj5Gty-lIA:7
 a=DyIHm2cHdK3HE_csGEo7g2RmLkcA:4 a=AfD3MYMu9mQA:10
From: "Mimi Vigil" <mimiv07@comcast.net>
To: "'Curtis'" <effnbks@myedl.com>
Subject: RE: Question
Date: Mon, 1 Dec 2008 19:24:35 -0700
MIME-Version: 1.0
Content-Type: multipart/alternative;

```
boundary="----=_NextPart_000_00A7_01C953EA.7226D510"
X-Mailer: Microsoft Office Outlook, Build 11.0.5510
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.3350
Thread-Index: AclUHEFpmJgeW4svRhSXZ6M+yTYu5gACMLiQ
In-Reply-To: <18EEE36F58511D45844F8BE08B4DC691AC0A8D@partpoint-
serve.PARTpoint.local>
Message-Id: <20081202022424.5961C5C0B6@mail.myedl.com>
```