# EXHIBIT 23

| | Message0641 |
|---|---|
| From: | John Pawelski |
| Date: | 6/27/2009 10:38:48 AM |
| To: | Barb WalkerR; clara@hifiveworld.com; Curtis Morris; Johnny Kerwin; Mimi Vigil; Patti Lee; Patty Danzing; Tom Brokaw; Tom Williams |

### Message Body

Here is the updated Bonds and BPN.

John Pawelski

Asset Based Funding

1480 Commanchero Dr.

Suite A

Colorado Springs, Colo. 80915

(719)597-7702

(206) 309-7032 (fax)

### Attachment

SECTION 3 - Bonds & Promissory Note updated 6-24-09.doc

### Outlook Header Information

Sender Name: John Pawelski
Received By: Curtis Morrris
Delivery Time: 6/27/2009 10:38:48 AM
Creation Time: 6/27/2009 10:39:32 AM
Modification Time: 6/27/2009 2:22:23 PM
Submit Time: 6/27/2009 10:37:52 AM
Importance: Normal
Flags: 17 = Read, Has Attachment
Size: 1539663

### Standard Header Information

Return-Path: <abfloans@comcast.net>
X-Original-To: effnbks@myedl.com
Delivered-To: effnbks@myedl.com
Received: from k080.smtproutes.com (k080.smtproutes.com [208.70.89.180])
 by mail.myedl.com (Postfix) with ESMTP id D35D95C78D
 for <effnbks@myedl.com>; Sat, 27 Jun 2009 10:38:48 -0600 (MDT)

```
X-Katharion-ID: 1246120727.791.k080 (0)
Received: from QMTA13.emeryville.ca.mail.comcast.net ([76.96.27.243])
  by k080.smtproutes.com ([192.168.2.180])
  with ESMTP via TCP; 27 Jun 2009 16:38:42 -0000
Received: from OMTA06.emeryville.ca.mail.comcast.net ([76.96.30.51])
 by QMTA13.emeryville.ca.mail.comcast.net with comcast
 id 947u1c00316AWCUAD4ejjk; Sat, 27 Jun 2009 16:38:43 +0000
Received: from john1 ([75.70.29.44])
 by OMTA06.emeryville.ca.mail.comcast.net with comcast
 id 94ds1c00g0x6TnP8S4dt7h; Sat, 27 Jun 2009 16:38:42 +0000
Reply-To: <abfloans@comcast.net>
From: "John Pawelski" <abfloans@comcast.net>
To: "Barb WalkerR" <flyingchicky@aol.com>,
 <clara@hifiveworld.com>,
 "Curtis Morris" <effnbks@myedl.com>,
 "Johnny Kerwin" <jgk4142@falconbroadband.net>,
 "Mimi Vigil" <mimiv07@comcast.net>,
 "Patti Lee" <spirit7111@yahoo.com>,
 "Patty Danzing" <danzing42@yahoo.com>,
 "Tom Brokaw" <tombrokaw33@msn.com>,
 "Tom Williams" <thos49@hotmail.com>
Subject:
Date: Sat, 27 Jun 2009 10:37:52 -0600
Organization: Asset Based Funding
Message-ID: <000001c9f745$9e95a0a0$6501a8c0@john1>
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="----=_NextPart_000_0001_01C9F713.53FB30A0"
X-Priority: 3 (Normal)
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook, Build 10.0.6838
Importance: Normal
Thread-Index: Acn3RZxG63JFMaIPQ36qOo2pWzUsew==
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.3350
```