# EXHIBIT 24

# PRIVATE REGISTERED BOND FOR SETOFF

## NON-NEGOTIABLE

FRP 303 MAR 1 5 2[...]

VALUE: $100,000,000,000.00 (One Hundred Billion) US Dollars
RE: CERTIFICATE OF BIRTH # C0000339823

Input to FRP ma[...]

ACCEPTED FOR VALUE and EXEMPT FROM LEVY

DEPOSITED TO US TREASURY AND CHARGED TO WILLIAM M ROGERS, 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

William Moore Rogers, Jr.
c/o 3017 Masters Point
Castle Rock, Colorado near [80104]
Non domestic without the US

ISSUE DATE: November 16, 2009
BOND NUMBER: RA218088745US
REGISTERED MAIL NO. RA 218 088 745 US

**PAY TO THE ORDER OF:**
THE UNITED STATES DEPARTMENT OF THE TREASURY
c/o TIMOTHY F. GEITHNER, FIDUCIARY
1500 PENNSYLVANIA AVE NW
WASHINGTON, D.C. 20220

Attention: TIMOTHY F. GEITHNER, RESPONDENT

Enclosed, the undersigned, William Moore Rogers, Jr. herewith accepts for value the enclosed bond, Certificate of Live Birth, No C0000339823, and all endorsements front and back, being the only legitimate acceptor of said bond being the only party to have put any value into said bond, being the contributing beneficiary of the same. This is in accordance with Uniform Commercial Code, and House Joint Resolution 192 of 5 June 1933, and UCC 1-104 and Public Law 73-10.

## BOND ORDER

Please deposit this bond to an account bearing the USPO Registered Mail Number RA 218 088 745 US for future identification purposes, and to be used as a set off account against any bills, taxes, or claims, and the like, against William Moore Rogers, Jr., 140345723 or any bills, taxes, or claims, and the like, against the WILLIAM M ROGERS, 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 debtor to William Moore Rogers, Jr. secured Party, see enclosed UCC-1 Financing Statement), said claim(s) to have been "accepted" and endorsed by William Moore Rogers, Jr.

Please adjust any bills, taxes, or claims, and the like, against William Moore Rogers, Jr. [see Certificate of Live Birth] or the WILLIAM M ROGERS, 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 to zero, charge, settle and close any such account, and return the interest to the principal, William Moore Rogers, Jr at the above post location. Timothy F. Geithner, the Secretary of the Treasury, the United States Department of the Treasury shall have Thirty (30) days from the date of receipt of this Bond, as witnessed by the Date of Receipt affixed to the US POST OFFICE INTERNATIONAL MAIL Receipt, to dishonor this Bond by returning this Bond to the Principal, with an explanation of all deficiencies, at the stipulated mailing address by non domestic post. Failure to return the Bond as stated shall constitute Acceptance and Honoring of this Bond, the Associated transactions, and presentments, in accordance with the Law, by Timothy F. Geithner, the Secretary of the US Treasury, and The United States Department of the Treasury to all of the Terms and Conditions contained herein.

This Bond shall be ledgered, as an asset, as best suits the needs of The United States Department of the Treasury. This Bond expires at the moment William Moore Rogers, Jr. expires. Void where prohibited by law.

| Surety #1 George-Thomas :Brokaw | Surety #2 John-Joseph :Pawelski | William Moore Rogers, Jr - Principal |
|---|---|---|
| Exemption ID # 278402356 | Exemption ID # 330429404 | Exemption ID # 140345723 4 |
| c/o 2260 Palm Dr. | c/o 3578 Hartsel Dr. #E | c/o 3017 Masters Point |
| Colorado Springs, CO. [80918] | Colorado Springs, Colorado Near [80920] | Castle Rock, Colorado near [80104] |
| Non-Domestic without the US | Non-Domestic without the US | Non-Domestic without the US |

Witness #1 Ronald-Roy Hoodenpyle
c/o 14255 Cranton Lane
Peyton, Colorado
Non-Domestic without the US

DATE: 9/23/13
GRAND JURY NO. 2012-2

FEDERAL GRAND JURY

Witness #2 Dixie Jean Hoodenpyle
c/o 14255 Cranton Lane
Peyton, Colorado
Non-Domestic without the US

Page # 125

GRAND JURY EXHIBIT 25 12-2

GJ-00000459