# EXHIBIT 29

Attachment G

U.S. POSTAGE
COLORADO SPRINGS, C
MAY 08 '11
AMOUNT
$1.28
00050383-03

20220

UNITED STATES
POSTAL SERVICE

FIRST CLASS

I R S Technical Support Division
c/o Treasury UCC Contract Trust
Internal Revenue Service
1500 Pennsylvania Avenue, NW
Washington, D C  20220

EVIDENCE RETURNED BEFORE
FEDERAL GRAND JURY

DATE: 5/20/13
GRAND JURY NO: 2012-2
FOREMAN:

2260 Palm Drive
Colo. Springs, CO
80918

4BTV

GRAND JURY
EXHIBIT
9
12-2

-1-

GJ-00000109

George Thomas Brokaw
c/o 2260 Palm Drive
Colorado Springs, Colorado [80918]

To:     Internal Revenue Service
        Criminal Investigation Division
        Box 192
        Covington, Kentucky 41012

May 2, 2011

Certified Mail Number: 7009 3410 0000 6319 0513

### Instructions for the Enclosed Invoices

All of the following enclosed documents have been signed and Accepted For Value and Returned for Settlement by the Authorized Representative, George Thomas Brokaw, exemption ID number 278402356,and are being submitted for immediate payment via the GEORGE THOMAS BROKAW Constructive Trust account number 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.

All settlement payments are to be made by the U.S. Treasury or its assigned agent (IRS) as Trustee.  Settlement payment is to be mailed directly to the company or deposited directly into the account via routing number if applicable, and for the benefit of the "debtor" as listed on each company invoice, or money order.  (ie; memo)

Each of the following documents are being submitted under Universal Postal Union (UPU) international jurisdiction for immediate priority processing for payment and settlement.

The accounts below are listed in priority payment status.  These documents are to be processed immediately upon receipt to balance and settle all of the accounts via UPU priority jurisdiction and handling.  (ie; 21 days)

TAX: TRANSACTION PRIVELEGE –  Internal Revenue Service, CVL PEN Dec. 31, 1999
TAX: TRANSACTION PRIVELEGE – Internal Revenue Service, CVL PEN Dec. 31, 2000
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service,  CVL PEN Dec. 31, 2001
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, 1040A Dec.31, 2001
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, 1040A Dec. 31, 2003
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, CVL PEN Dec. 31, 2002
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, CVL PEN Dec. 31, 2003
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, 1040A Dec. 31, 2005
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, 1040A Dec. 31, 2006
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, CVL PEN Dec. 31, 2004
TAX: TRANSACTION PRIVELEGE- Internal Revenue Service, 1040A Dec. 31, 2004
LOAN: FARMERS NEW WORLD LIFE INSURANCE CO.- Account # 006603250V

1

-2-

GJ-00000110

Once the above invoices have been paid and settled in full and the accounting balanced, the Department of the Treasury may use any potential overpayments (if applicable) for use as they see fit.

*******************************************************************************
### Acknowledgement

County of El Paso    )
                     ) ss.
State of Colorado    )

SUBCRIBED TO AND SWORN before me this 2nd day of May, A.D. 2011, a Notary, that George Thomas Brokaw, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

_____ Seal:
Notary Public
My Commission Expires 3/11/12

**CLARA M. MUELLER**
**NOTARY PUBLIC**
**STATE OF COLORADO**
My Commission Expires 3/11/12

May 2, 2011
**Date Signed**

_____
**Signature of Authorized Representative**
Exemption ID Number 278402356

**Note: Notary is not a party to this transaction; notary is for verification of identification and mailing.

2

-3-

GJ-00000111

## ACCOUNT INFORMATION

GEORGE   BROKAW                                                                    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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| 1040A | DEC. 31, 2004 | $120,286.74 | $16,925.73 | $14,148.73 | $159,361.20 |

07736



Reproduced at the National Archives

Ben't Thomas Brokaw AR May 1, 2011

---

**Payment Voucher**          Cut below and use this voucher to send in your payment.  This voucher is for payments only.

*Money Order :*

Your Telephone Number:                    SB N          CP-91

(   )____-_____                                                     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

Best Time to Call                         Amount you owe:        $159,361.20

____ AM ____ PM                          Less payments not Included

*Pay To : Internal Revenue Service*       Adjusted amount

*The Amount of :* _____

Internal Revenue Service                  GEORGE   BROKAW
PO BOX 145566                             2260 PALM DR C
CINCINNATI   OH 45250-5566                COLORADO SPGS, CO   80918-7813

*by : George Thomas Brokaw*
*dated : May 1, 2011*

278402356 KP BROK 30 0 200412 670 00015936120

-4-



For deposit to US Treasury
For credit to Internal Revenue
                      Service
For Account# CP-91
            form# 1040A

Signed: George Thomas Brokaw
       without Recourse to
       George Thomas Brokaw

-5-

## ACCOUNT INFORMATION

GEORGE T BROKAW                                                    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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
| --- | --- | --- | --- | --- | --- |
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 2004 | $500.00 | $.00 | $158.06 | $658.06 |

07737





**Payment Voucher**        Cut below and use this voucher to send in your payment.  This voucher is for payments only.

*Money Order:*                    SB N      CP-91

**Your Telephone Number:**        **Best Time to Call**        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

(    )    -                    ____ AM ____ PM        Amount you owe:            $658.00
                                                     Less payments not
*Pay To: Internal Revenue Service*                   Included
   *The Amount of,* _____        Adjusted amount

Internal Revenue Service                    GEORGE T BROKAW
PO BOX 145566                               2260 PALM DR C
CINCINNATI  OH 45250-5566                   COLORADO SPGS  CO   80918-7813

                              *by; George Thomas Brokaw*
                              *dated: May 1, 2011*

278402356 KP BROK 55 O 200412 670 0000065806

-6-

For deposit to US Treasury
For credit to Internal Revenue
Service.

For Account # CP-91
Term# CVL-PLN
Signed: George Thomas Brokaw
Without Recourse to
George Thomas Brokaw

-7-

## ACCOUNT INFORMATION

GEORGE   BROKAW                                         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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
| --- | --- | --- | --- | --- | --- |
| | | | Paying Late Penalty | Interest | |
| 1040A | DEC. 31, 2006 | $32,979.16 | $3,802.38 | $3,742.64 | $40,524.18 |

07739



Payment Voucher      Cut below and use this voucher to send in your payment.  This voucher is for payments only.

Money Order :

SB N        CP-91

Your Telephone Number:        Best Time to Call        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

(   )____-_____        ____AM ____PM        Amount you owe:     ~~$40,524.18~~
                                             Less payments not included
Pay To:  Internal Revenue Service        Adjusted amount
The Amount of ,  _____

Internal Revenue Service          GEORGE   BROKAW
PO BOX 145566                     2266 PALM DR C
CINCINNATI  OH 45250-5566         COLORADO SPGS  CO  80918-7813

by : George Thomas Brokaw
dated : May 1, 2011

278402356 KP BROK 30 0 200612 670 00004052418

- 8 -

For deposit to U.S. Treasury
For Credit to Internal Revenue
   Service
For Account # CR-91
   Form # 1040 A
Signed: George Thomas Brokaw
With out Recourse to
George Thomas Brokaw

George Thomas Brokaw

3c USA

GJ-00000117

## ACCOUNT INFORMATION

GEORGE   BROKAW                                          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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| 1040A | DEC. 31, 2005 | $65,125.24 | $4,377.78 | $7,390.76 | $76,893.78 |

07738

---

**Payment Voucher**      Cut below and use this voucher to send in your payment.  This voucher is for payments only.

Money Order:              SB N      CP-91

**Your Telephone Number:**          **Best Time to Call**          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

( )____-_____          ____AM____PM          Amount you owe:     $76,893.78

Pay To: Internal Revenue Service          Less payments not included

The Amount of,_____          Adjusted amount

Internal Revenue Service          GEORGE   BROKAW
PO BOX 145566          2260 PALM DR C
CINCINNATI  OH 45250-5566          COLORADO SPGS  CO  80918-7813

by: George Thomas Brokaw
dated: May 1, 2011

278402356 KP BROK 30 0 200512 670 00007689378

-10-

For deposit to U.S. Treasury
for credit to Internal Revenue
                        Service
for Account # CP-91
        Form # 1040 A
Signed: George Thomas Brokaw
    Without Recourse To
George Thomas Brokaw

-11-

## ACCOUNT INFORMATION

GEORGE T BROKAW                                                              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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 2003 | $500.00 | $.00 | $163.37 | $663.37 |

)07735

*George Thomas Brokaw AR  May 1, 2011*

*George Thomas Brokaw*

*George Thomas Brokaw*

_3c_ USA

---

**Payment Voucher**        Cut below and use this voucher to send in your payment. This voucher is for payments only.

*Money Order :*        SB N        CP -91        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

**Your Telephone Number:**        **Best Time to Call**

Amount you owe:          $663.37

( )   -            AM    PM        Less payments not included

*Pay To: Internal Revenue Service*        Adjusted amount

*The Amount of,* _____

Internal Revenue Service        GEORGE T BROKAW
PO BOX 145566        2260 PALM DR C
CINCINNATI  OH 45250-5566        COLORADO SPGS  CO  80928-7813

*by: George Thomas Brokaw*

*dated: May 1, 2011*

278402356 KP BROK 55 0 200312 670 00000066337

-12-

GJ-00000120

or deposit to US Treasury
For credit to Internal Revenue
Service

For Account # CP-91
From: CVL PED

Signed: George Thomas Brokaw
without Recourse To
George Thomas Brokaw

3c USA
George Thomas Brokaw

GJ-00000121

## ACCOUNT INFORMATION

GEORGE T  BROKAW                                              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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 2002 | $500.00 | $.00 | $167.85 | $667.85 |

07733

*George Thomas Brokaw AR  May 1 2011*

*George Thomas Brokaw*

.3c USA

---

**Payment Voucher**    Cut below and use this voucher to send in your payment. This voucher is for payments only.

*Money Order :*

SB N    CP-91

**Your Telephone Number:**    **Best Time to Call**    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

(    )____-_____    ____ AM ____ PM

Amount you owe:    $667.85
Less payments not included
Adjusted amount

*Pay To :  Internal Revenue Service*
*The amount of,* _____

Internal Revenue Service
PO BOX 145566
CINCINNATI  OH 45250-5566

GEORGE T  BROKAW
2260 PALM DR C
COLORADO SPGS CO    80918-7813

*by :  George Thomas Brokaw*
*dated:  May 1, 2011*

278402356 KP BROK 55 0 200212 670 00000066785

-14-

GJ-00000122

For deposit to U.S. Treasury
For credit to Internal Revenue
Service

For Account #, CP-91
Form - CV2-PFil

Signed: George Thomas Brokaw
without Recourse to
George Thomas Brokaw

George Thomas Brokaw

3c USA

-15-

GJ-00000123

## ACCOUNT INFORMATION

GEORGE T BROKAW                                    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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
| | | | Paying Late Penalty | Interest | |
|---|---|---|---|---|---|
| 1040A | DEC. 31, 2003 | $67,766.92 | $.00 | $23,875.03 | $91,641.95 |

007734



George Thomas Brokaw AR May 1, 2011

---

**Payment Voucher**      Cut below and use this voucher to send in your payment. This voucher is for payments only.

Money Order :           SB N    CP-91

**Your Telephone Number:**        **Best Time to Call**        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

(    )    -              ____ AM ____ PM        Amount you owe:    $91,641.95
                                                Less payments not
Pay To : Internal Revenue Service                Included
   The amount of ;                               Adjusted amount

Internal Revenue Service                    GEORGE T BROKAW
PO BOX 145566                               2260 PALM DR C
CINCINNATI OH 45250-5566                    COLORADO SPGS CO  80918-7813

                                            by : George Thomas Brokaw
                                            date: May 1, 2011

278402356 KP BROK 30 0 200312 670 00009164195

-16-

for deposit To US Treasury
for credit to Internal Revenue
    Service
for Account # C.P.-91
    form # 1040 A

Signed : George Thomas Brokaw
    without Recourse to
    George Thomas Brokaw

-17-

## ACCOUNT INFORMATION

GEORGE T  BROKAW                                                    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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
| --- | --- | --- | --- | --- | --- |
| | | | Paying Late Penalty | Interest | |
| 1040A | DEC. 31, 2001 | $31,856.81 | $.00 | $16,647.16 | $48,503.97 |

07731

---

**Payment Voucher**      Cut below and use this voucher to send in your payment.  This voucher is for payments only.

Money Orders          SB N      CP-91                    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

**Your Telephone Number:**      Best Time to Call         Amount you owe:         $48,503.97

( )____-_____      ____AM ____PM      Less payments not included

Pay to: Internal Revenue Service         Adjusted amount

the Amount of _____

Internal Revenue Service              GEORGE T  BROKAW
PO BOX 145566                         2260 PALM DR C
CINCINNATI  OH 45250-5566             COLORADO SPGS, CO   80918-7013

by: _George Thomas Graham_

dated: _May 1, 2011_

278402356 KP BROK 30 0 200112 670 0000485039?

-18-

For deposit to US Treasury
For credit to Internal Revenue
Service
For Account # CR-91
Form 1040A

Signed: George Thomas Brokaw
without Recourse to
George Thomas Brokaw

-19-

## ACCOUNT INFORMATION

GEORGE T  BROKAW                                                 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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
| --- | --- | --- | --- | --- | --- |
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 2001 | $500.00 | 0.00 | $177.78 | $677.78 |

07732

---

**Payment Voucher**    Cut below and use this voucher to send in your payment.  This voucher is for payments only.

*Money Order:*                    SB N        CP-91              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

**Your Telephone Number:**        **Best Time to Call**          Amount you owe:          $677.78
(    )____-_____              _____AM _____PM               Less payments not
                                                               Included
*Pay To: Internal Revenue Service*                             Adjusted amount
*The amount of,*

Internal Revenue Service                    GEORGE T  BROKAW
PO BOX 145566                               2260 PALM DR C
CINCINNATI  OH 45250-5566                   COLORADO SPGS  CO,  80918-7813

                                            *by: George Thomas Brokaw*
                                            *dated: May 1, 2011*

278402356 KP BROK 55 0 200112 670 00000067778

-20-

For deposit to U.S. Treasury
For Credit to Internal Revenue
Service

For Account # CP-91
Form Civil 1040

Signed: George Thomas Brokop
Without Recourse for
George Thomas Brokop

-21-

## ACCOUNT INFORMATION

GEORGE T BROKAW                                          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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
| --- | --- | --- | --- | --- | --- |
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 2000 | $512.00 | $.00 | $167.90 | $679.90 |

07730

---

**Payment Voucher**       Cut below and use this voucher to send in your payment.  This voucher is for payments only.

Money Order:                 SB N        CP-91

Your Telephone Number:                  Best Time to Call          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

(   )     -                              ___ AM ___ PM      Amount you owe:          $679.90
Pay to: Internal Revenue Service          Less payments not Included
The amount of,                             Adjusted amount

Internal Revenue Service          GEORGE T BROKAW
PO BOX 145566                     2260 PALM DR C
CINCINNATI  OH 45250-5566         COLORADO SPGS, CO  80918-7813

                                  by: George Thomas Brokaw
                                  dated: May 1, 2011

278402356 KP BROK 55 0 200012 670 00000067990

-22-

For deposit to US Treasury
for credit to Internal Revenue
service

For Account #. Form# CP-91
cp-9fin
Signed: Please Submit Brokaw!
without Recourse to
George Thomas Brokaw

George Anna Brokaw

3c USA

-23-

**ACCOUNT INFORMATION**

GEORGE T BROKAW                                              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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
|---|---|---|---|---|---|
| | | | Paying Late Penalty | Interest | |
| CVL PEN | DEC. 31, 1999 | $512.00 | $.00 | $171.60 | $683.60 |



007729



George Norman Brokaw FR May 1, 2011

George Brokaw
3c USA

---

**Payment Voucher**     Cut below and use this voucher to send in your payment. This voucher is for payments only.

*Money Order:*

Your Telephone Number:                    SB N        CP-91              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

Best Time to Call

(     )     -                      ____ AM ____ PM          Amount you owe:              $683.60
                                                             Less payments not
*Pay To: Internal Revenue Service*                          included
*The Amount of,* _____                               Adjusted amount

Internal Revenue Service                        GEORGE T BROKAW
PO BOX 145566                                   2260 PALM DR C
CINCINNATI  OH 45250-5566                        COLORADO SPGS  CO  80918-7813

                                                *by: George Norman Brokaw*
                                                *dated: May 1, 2011*

278402356 KP BROK 55 0 199912 670 00000068360

-24-

or deposit to U.S. Treasury
for Credit to Internal Revenue
                Service

For Account # C.P-91
          From -CVL PE11

Signed : George Thomas Brokaw
         without Recourse To
George Thomas Brokaw

-25-

Individual Variable Universal Life
Periodic Report to Contract Owner

 **FARMERS**

*Farmers New World Life Insurance Company*
*Variable Policy Service Office*
*P.O. Box 724208*
*Atlanta GA 31139*
*1-877-376-8008 (toll free)*

11/28/2010 through 02/27/2011

381

| | |
|---|---|
| | Agent: Mark Olsen |
| | Agent #: 07-45-56 |
| | Phone: (719) 593-9916 |

TOM BROKAW
2260 PALM DR
COLORADO SPRINGS CO  80918-7813

| | | | |
|---|---|---|---|
| Statement Date: | 03/01/2011 | Owner(s): | Tom Brokaw |
| Policy Number: | 006603250V | Principal Sum: | $150,000.00 |
| Insured: | Tom Brokaw | Death Benefit Option: | Level (Option B) |
| Issue Date: | 11/28/2000 | Benefits and Riders: | |
| Issue Age: | 54 | | |

## Summary of Basic Policy Values 11/28/2010 through 02/27/2011

| | | | |
|---|---|---|---|
| Beginning Principal Sum: | $150,000.00 | Beginning Contract Value: | $16,437.69 |
| Ending Principal Sum: | $150,000.00 | Ending Contract Value: | $16,720.26 |
| Ending Loan Balance: | $13,363.24 | Surrender Charge (upon full surrender): | $1,321.50 |
| Ending Death Benefit: | $150,000.00 | Ending Cash Surrender Value: | $2,035.52 |

## Summary of Transactions

| | | | |
|---|---|---|---|
| Beginning Contract Value | $16,437.69 | Beginning Loan Balance | $13,215.80 |
| **Plus** | | **Plus** | |
| Premium Paid | $200.00 | New Policy Loan | $0.00 |
| Interest Credited/Investment Experience | $355.60 | Accrued Loan Interest | $147.44 |
| **Less** | | **Less** | |
| Percent of Premium Charges | $7.00 | Loan Principal/Interest Repayments | $0.00 |
| Expense Charges | $15.00 | Ending Loan Balance | $13,363.24 |
| Net Withdrawals | $0.00 | | |
| Surrender Charges, Forfeited Value, and Other Fees | $0.00 | | |
| Transfer Fees | $0.00 | | |
| Cost of Insurance | | | |
| Base Plan | $251.03 | | |
| Benefits and Riders | $0.00 | | |
| Ending Contract Value | $16,720.26 | | |

**THE CONTRACT VALUE, SURRENDER VALUE, AND DEATH BENEFIT MAY INCREASE OR DECREASE IN ACCORDANCE WITH THE INVESTMENT EXPERIENCE OF THE SEPARATE ACCOUNT.**

Distributed by: **Farmers Financial Solutions, LLC, 30801 Agoura Road, Bldg. 1, Agoura Hills, CA 91301-2054 / (818) 584-0200**
Member FINRA & SIPC
Information about the Securities Investor Protection Corporation (SIPC) including the SIPC Brochure may be obtained by contacting SIPC
at (202) 371-8300 or via the internet at www.sipc.org

(2297992)                                    Page 1 of 4                                    07-45-56  5

-26-

GJ-00000134

## Summary of Transactions

| | | | |
|---|---|---|---|
| Beginning Contract Value | $16,437.69 | Beginning Loan Balance | $13,215.80 |
| Plus | | Plus | |
| Premium Paid | $200.00 | New Policy Loan | $0.00 |
| Interest Credited/Investment Experience | $355.60 | Accrued Loan Interest | $147.44 |
| Less | | | |
| Percent of Premium Charges | $7.00 | Loan Principal/Interest Repayments | $0.00 |
| Expense Charges | $15.00 | | |
| Net Withdrawals | $0.00 | Ending Loan Balance | $13,363.24 |
| Surrender Charges, Forfeited Value, and Other Fees | $0.00 | | |
| Transfer Fees | $0.00 | | |
| Cost of Insurance | | | |
| Base Plan | $251.03 | | |
| Benefits and Riders | $0.00 | | |
| Ending Contract Value | $16,720.26 | | |

*Handwritten annotations:*

Money Order:

PAY To: FARMERS New World Life Ins Co.

The Amount of, #13363.24

by: George Thomas Brokaw

dated: May 1, 2011

-27-

GJ-00000135

For deposit to U.S Treasury
for Credit to Farmers Insurance
Company
For Account # 006603250V
Loans

Signed = George Thomas Brokaw
without Recourse to
George Thomas Brokaw

George Thomas Brokaw

-28-