# EXHIBIT 33

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

May 4, 2012

George Brokaw
2260 Palm Drive
Colorado Springs, CO 80918

Re: Check #3704

Enclosed is your Check in the amount of $5978973.00. At this time we are unable to process this transaction for the following reason(s).

____ We have determined that you are already admitted to the bar of the court for the District of Colorado. It is not necessary that you re-apply in Colorado and pay another fee.

____ An Attorney Application must have an original signature that is notarized.

____ Currently there is not an open case that the funds can be applied to.

____ The balance due on your case is less than the enclosed check. Please see the attached account payment history for the payoff balance.

____ Due to insufficient information we are unable to determine what case the funds are to be applied toward. Please be more specific.

X    The account the check is drawn on is closed.

____

EVIDENCE RETURNED BEFORE
FEDERAL GRAND JURY
DATE: 5/20/13
GRAND JURY NO. 2012-2
FOREMAN: [signature]

GREGORY C. LANGHAM, CLERK

By: [signature]
SG
Financial Assistant

Page # 463

GRAND JURY EXHIBIT
12
12-2

-1-

00002122

GJ-00000144

**Check back (endorsement):**

Not for Deposit
EFT ONLY
For Discharge of Debt
George Thomas Brokaw
Authorized Rep. April 26, 2012
Without Recourse

FRB CLEVELAND
0004613
PCC OTC

**Check front:**

George T. Brokaw 08-98
Debra Brokaw
2260 Palm Drive
Colorado Springs, CO 80918

23-7/1020          3704

Apr 26, 2012

For (Civ. Action 07-CY-01568-WYD-K(MT))

PAY TO THE ORDER OF: Clerk U.S. District Court   $5,978,973.00

Five Million Nine Hundred Seventy Eight Thou. Nine Hundred Seventy three Dollars
Dollars.

Wells Fargo Bank West, N.A.
5360 N. Academy Blvd.
Colorado Springs, CO 80918

FOR: EFT ONLY For Discharge of Debt

George Thomas Brokaw AR
All Rights Reserved

⑆ 102000076 ⑆  5005155729 ⑈  3704

Page # 404

-2-

00002123

GJ-00000145