IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   13-cr-00392-CMA-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1.    GEORGE THOMAS BROKAW,
    2.    JOHN J. PAWELSKI,
    3.    **MIMI M. VIGIL**, and
    4.    CLARA M. MUELLER,

    Defendants.

---

### ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS TO *PRO SE* DEFENDANT MIMI M. VIGIL

---

Upon consideration of the Government's Motion to Disclose Grand Jury Material to *Pro Se* Defendant Mimi M. Vigil Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), it is

ORDERED that a copy of the transcripts of testimony given before the grand jury and related exhibits be disclosed to *Pro Se* Defendant Mimi M. Vigil for preparation for trial.

IT IS FURTHER ORDERED that:

1.    Defendant Vigil shall make only such copies as are necessary to prepare a defense of this criminal case;

2.    Defendant shall keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery, and Defendant Vigil shall deliver a copy of this Order allowing disclosure with the materials; and

3. At the conclusion of the case in this Court, by entry of the Court's judgment, Defendant Vigil shall collect all such copies and return them to the government within ten days.

Dated this _____ day of _____, 2014, at Denver, Colorado.

BY THE COURT:

_____
Christine M. Arguello
United States District Judge