IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  13-cr-00392-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      George Thomas Brokaw,
2.      John J. Pawelski,
3.      Mimi M. Vigil, and
4.      Clara M. Mueller,

      Defendants.

---

**SUPPLEMENT TO GOVERNMENT'S *JAMES* PROFFER**

---

The United States of America (the government), submits this supplement to its initial *James* Proffer (Doc. 249).  The versions of Exhibits 10, 11, 13, 14, 15, 16, and 23 inadvertently attached to the government's initial proffer contained markings and notes which were not a part of the original emails.  This supplement contains unmarked versions of those same exhibits; these versions represent the emails as they were originally obtained during the investigation of this matter and as the government plans to offer them at trial.

Respectfully submitted this 15th day of August, 2014,

>JOHN F. WALSH
>United States Attorney
>
>s/ Matthew T. Kirsch
>MATTHEW T. KIRSCH
>MARTHA A. PALUCH
>Assistant U.S. Attorneys
>1225 17th Street, Suite 700
>Denver, CO 80202
>Telephone 303-454-0100
>Facsimile 303-454-0402
>Matthew.kirsch@usdoj.gov
>Martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

       I hereby certify that on this 15th day August, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

John S. Tatum, Esq.  
john@johntatumlaw.com  
Attorney for Mimi M. Vigil

Miller Leonard, Esq.  
miller@themillerleonardlawfirm.com  
Attorney for Clara M. Mueller

       I further certify that I sent the foregoing via email to the following addresses:

John Joseph Pawelski, Pro Se  
johnski9999@gmail.com

George T. Brokaw, Pro Se  
tombrokaw33@msn.com

Mimi M. Vigil, Pro Se  
Rubyred5050@gmail.com

                              s/Grazy Banegas  
                              Grazy Banegas  
                              Legal Assistant  
                              United States Attorney's Office  
                              1225 17th Street, Suite 700  
                              Denver, CO 80202  
                              303 454-0100  
                              Fax: 303 454-0402  
                              grazy.banegas@usdoj.gov