# EXHIBIT 10

| | Message0248 |
|---|---|
| Subject: | RE: From Clara |
| From: | Curtis Morrris |
| Date: | 4/15/2009 9:41:00 PM |
| To: | 'Clara Mueller' |

**Message Body**

You know, I don't remember if I responded back. Obviously I did not get it done in time. From the State standpoint is really the only one that is under a deadline if we have OID's filed. Otherwise the fed is not limited on time when you are due a refund. In answer to your first question, yes, it can be filed with the OID's. The Second, was unfortunately not before today. My badddddd.

Curtis

_____

From: Clara Mueller [mailto:clara@hifiveworld.com]
Sent: Monday, March 23, 2009 10:50 AM
To: Curtis
Subject: From Clara

Hi Curtis,

I know you're in the middle of your hectic season. I have a question regarding 2008. My only income was a tiny amount of dividend income, but I had two auto loans and bank statements. Can we still file the 1040 along with the OID? And can you fit me into your schedule? Please!

Thanks,

Clara

**Outlook Header Information**

Conversation Topic: From Clara

Subject: RE: From Clara
From: Curtis Morrris
Sender Name: Curtis Morrris
To: 'Clara Mueller'
Delivery Time: 4/15/2009 9:41:00 PM
Creation Time: 4/15/2009 9:39:08 PM
Modification Time: 4/15/2009 9:41:24 PM
Submit Time: 4/15/2009 9:41:24 PM
Importance: Normal
Priority: Normal
Sensitivity: Normal
Flags: 1 = Read
Size: 8217