13-cr-00392-CMA

George Thomas Brokaw  
2260 Palm Drive  
Colorado Springs, Colorado [80918]

August 26, 2014

Jeffrey P. Colwell, Clerk of Court  
United States District Court  
901 19th Street  
Denver, Colorado 80294

**FILED**  
UNITED STATES DISTRICT COURT  
DENVER, COLORADO  
AUG 27 2014  
JEFFREY P. COLWELL  
CLERK

Dear Mr. Colwell;

On August 17, 2014 I wrote you a letter providing you notice that I am a state Citizen and providing you notice that I have been recognized as a state Citizen by the United States Department of State. This was evidenced by a copy of the passport identification card and the affidavit that was sent to obtain the card.

The affidavit that was attached clearly explained that the purpose of the card was for identification purposes only and that there was no intention to travel.

I recently received a call from probation officer Lynn who requested "I need that surrendered to the Clerk's office". I am complying with her request and sending the card to your care. Please take care to return my property when this current matter is dismissed.

As I am no longer a U.S. Person, this is a formal demand to get my property back at the conclusion of this case.

Sincerely;

George Thomas Brokaw