PS 40  (Rev. 09/10) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

**NOTICE REGARDING UNITED STATES PASSPORT Card FOR CRIMINAL DEFENDANT**

| | | | |
|---|---|---|---|
| **TO:** | United States Department of State<br>Office of Passport Services<br>Legal Affairs Division<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, DC 20037 | **FROM:** | United States District Court<br>District of Colorado<br>901 19th Street, Room A105<br>Denver, CO  80294 |

☑ **Original Notice**　　　　　　　　　　　　☐ **Notice of Disposition**
Date: 08/27/2014　　　　　　　　　　　　　　Date: _____
By: s/J. Fox　　　　　　　　　　　　　　　　By: _____

---

Defendant:  George Thomas Brokaw　　　　　Case Number:  13-cr-00392-CMA
Date of Birth:  ▓▓1945　　　　　　　　　　Place of Birth:  Ohio, U.S.A.
SSN: _____

---

**Notice of Court Order** (Order Date: _____ )

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☑ The above-named defendant surrendered passport number  C09327391  and/or passport card number _____ to the custody of the U.S. District Court on  08/27/2014 .

---

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

---

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court