# EXHIBIT I

08/10/2014

KAREN L. HAAS
CLERK

GERASIMOS C. VANS
DEPUTY CLERK

H-154 THE CAPITOL

# Office of the Clerk
## U.S. House of Representatives
### Washington, DC 20515-6601

August 30, 2006

According to the House Journal, House Concurrent Resolution # 219 was agreed to by the House on June 19, 1948, and passed by the Senate without amendment. The names of those House Members who agreed to H.Con.Res. 219 were not entered in the House Journal. The House Journal and the Congressional Record of June 19, 1948 states that H.Con.Res. 219 was agreed to by unanimous consent, but it does not state whether a quorum was present.

H.Con.Res. 219 was not sent to President Truman for his approval or disapproval. Yes, the Speaker of the House did sign bill HR 3190 in the absence of a quorum. Attached is a copy of pages 771-72 from the House Journal and page 9348 from the Congressional Record of June 19, 1948. We hope the provided information has answered your questions.

Sincerely Yours,

*Karen L. Haas*

Karen L. Haas
Clerk, U.S. House of Representatives