September 4, 2014

13-CR-392 CMA

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 08 2014

JEFFREY P. COLWELL
CLERK

Naked Owner and Bailor of MIMI MICHELLE VIGIL
c/o 3578 Hartsel Dr. #E
Colorado Springs, CO  80920

## NOTICE OF INDEMNIFICATION CONTRACT WITH UNITED STATES

To all concerned,

I, Mimi Michelle Vigil, a nonbelligerent Peaceful Inhabitant, in acceptance of offer of indemnification pursuant to 12USC95a(2), and by special appearance in the limited capacity of Naked Owner and Bailor, assign in good faith the reversionary interest in MIMI MICHELLE VIGIL to and for the account of the United States, and acknowledge 12USC95b as Ratification of acts of President and Secretary of the Treasury under §95a, and, in harmony with such, accept acquittance and discharge by the United States of further obligation and intend to subscribe and rely on this section in any and all present and future transactions in exercise of obligations under contract protected by both State and Federal Constitution(s).

Evidence of the consideration for this Indemnification Contract is publicly documented (see documents attached herewith). In fulfillment of usufructuary duties, the United States has contracted to provide full acquittance and discharge in all matters and release MIMI MICHELLE VIGIL from liability in any court. Please update your records and provide any servicing procedures to ensure that all present and future claims, charges and correspondence are all forwarded to the Attorney General and any proper United States office for full acquittance and discharge.

As there is no dispute of the facts, and thus no controversy to be heard before the court, would it be more prudent to contact the assignee if there is further need?

One trusts that good faith and clean hands will be had by all.  Paid in full.

Encl.: Endorsed Indemnification Receipt
   UCC Documentation showing assignment of reversionary interest

cc:
Barack Obama, POTUS

September 4, 2014

Naked Owner and Bailor of MIMI MICHELLE VIGIL
c/o 3578 Hartsel Dr. #E
Colorado Springs, CO  80920

## NOTICE OF INDEMNIFICATION CONTRACT WITH UNITED STATES

To all concerned,

I, Mimi Michelle Vigil, a nonbelligerent Peaceful Inhabitant, in acceptance of offer of indemnification pursuant to 12USC95a(2), and by special appearance in the limited capacity of Naked Owner and Bailor, assign in good faith the reversionary interest in MIMI MICHELLE VIGIL to and for the account of the United States, and acknowledge 12USC95b as Ratification of acts of President and Secretary of the Treasury under §95a, and, in harmony with such, accept acquittance and discharge by the United States of further obligation and intend to subscribe and rely on this section in any and all present and future transactions in exercise of obligations under contract protected by both State and Federal Constitution(s).

Evidence of the consideration for this Indemnification Contract is publicly documented (see documents attached herewith). In fulfillment of usufructuary duties, the United States has contracted to provide full acquittance and discharge in all matters and release MIMI MICHELLE VIGIL from liability in any court. Please update your records and provide any servicing procedures to ensure that all present and future claims, charges and correspondence are all forwarded to the Attorney General and any proper United States office for full acquittance and discharge.

As there is no dispute of the facts, and thus no controversy to be heard before the court, would it be more prudent to contact the assignee if there is further need?

One trusts that good faith and clean hands will be had by all.  Paid in full.

Encl.: Endorsed Indemnification Receipt
       UCC Documentation showing assignment of reversionary interest

   cc:
   Barack Obama, POTUS

Jacob Lew, Secretary of the Treasury
Rosie Rios, Treasurer of the United States
Thomas J. Curry, Comptroller of the Currency
Eric H. Holder, Jr., Attorney General of the United States
John Kerry, Secretary of State
John Koskinen IRS Commissioner
Ray LaHood, Department of Transportation
Original UCC Documents Filed: State Of New Mexico Secretary Of State
State Of Colorado Treasurer's Office
State Of Colorado Attorney General

Barack Obama, President of the United States
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

Jacob Lew, Secretary of the Treasury   Registered Mail: RE 548051331 US
Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

Rosa Gumataotao Rios
Treasurer of the United States
1500 Pennsylvania Avenue, NW, Room 2134
Washington, DC 20220

Thomas J. Curry, Comptroller of the Currency
Office of the Comptroller of the Currency
400 7th Street SW, Suite 3E-218
Washington, D.C. 20219

Eric H. Holder, Jr., Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

John Kerry, Secretary of State
U.S. Department of Justice
2201 C Street NW
Washington, DC 20520

IRS Commissioner John Koskinen
Internal Revenue Service
1111 Constitution Avenue, NW
Washington, D.C. 20004

Ray LaHood, Secretary of Department of Transportation
1200 New Jersey Ave SE, Washington, DC 20590

COLORADO:
Colorado State Treasurer's Office  Hon. Walker R. Stapleton 200 East Colfax Avenue, State Capitol, Suite 140, Denver, CO 80203-1722

STATE OF COLORADO ATTORNEY GENERAL
John Suthers, Ralph L. Carr Colorado Judicial Center, 1300 Broadway, 10th Floor, Denver, CO 80203

Colorado Secretary of State, Scott Gessler, 1700 Broadway, Suite 200 Denver, CO 80290

Matthew Kirsch 1225 17th Street, Suite 700, Denver, CO 80202

Judge Christine Arguello Alfred A. Arraj United States Courthouse A638 /Courtroom A602, 901 19th Street, Denver, CO   80294-3589

Jeffrey P. Colwell   Clerk of Court   Alfred A. Arraj U S Courthouse Room A105  901   19th Street, Denver, CO   80294-3589

UCC Documents also filed:   El Paso County Clerk & Recorder 1675 Garden of the Gods Rd., Colorado Springs, CO   80907

Doc# 2014062993
08/11/2014 04:26 PM Page: 1 of 1
ASSN R:$10.00 M. Toulouse Oliver, Bernalillo County

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
mimi 719.440.7530

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, N.W.
Washington, D.C. 20530-0001

WAYNE W. WILLIAMS    El Paso County, CO
08/22/2014  08:29:14 AM
Doc  $0.00   Page
Rec  $16.00   1 of 2    214076322

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
2014054304

**1b.** [✓] This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** [ ] **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** [✓] **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** [ ] **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** [ ] **PARTY INFORMATION CHANGE:**
Check one of these two boxes:
This Change affects [ ] Debtor or [ ] Secured Party of record
AND Check one of these three boxes to:
[ ] CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
[ ] ADD name: Complete item 7a or 7b, and item 7c
[ ] DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| MIMI M VIGIL | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| UNITED STATES | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o U.S. Atty. Gen. 1500 Penn. Ave. N.W. | Washington | DC | 20220 | US |

**8.** [✓] **COLLATERAL CHANGE:** Also check one of these four boxes: [ ] ADD collateral  [ ] DELETE collateral  [ ] RESTATE covered collateral  [✓] ASSIGN collateral

Indicate collateral:
reversionary interest assigned to and for the account of the UNITED STATES upon condition property so received be sold and the proceeds used to reduce the public debt as gratitude for the extension of hospitality for the gift of safe harbor as per 12 U. S. Code 95a (2).

United States District Court for the District of Colorado
Case No.: 1:13-cr-00392-CMA-03

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here [ ] and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Vigil | Mimi | Michelle | |

**10. OPTIONAL FILER REFERENCE DATA:**

DocH 2014054304
07/09/2014 02:12 PM  Page: 1 of 3
UCCASFS R:$20.00 M. Toulouse Oliver, Bernalillo County

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
mimi 719.440.7530

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, N.W.
Washington, D.C. 20530-0001

MAGGIE TOULOUSE OLIVER, County Clerk of Bernalillo County, New Mexico, hereby certify that the foregoing is true, correct and full copy of the instrument herewith set out as appears on record in my office.
Dated this ___9___ day of __July 2014__
MAGGIE TOULOUSE OLIVER
Bernalillo County Clerk
By _____ Deputy Clerk

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MIMI M VIGIL | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| Sterling Regional MedCenter, 615 Fairhurst | Sterling | CO | 80751 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MIMI MICHELLE VIGIL | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| El Paso Cnty Health Dept. 1675 Garden of the | Colorado Springs | CO | 80907 | US |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Vigil | Mimi | M | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o 3578 Hartsel Dr. #E | Colorado Springs | Colorado | near [80920] | usa |

4. COLLATERAL: This financing statement covers the following collateral:

All property belonging to the Debtor/Bailee belongs to the Secured Party.

All property of Secured Party is subject to claims and defenses:
1. Declaration of Independence for protection and defense of the self-evident truth, and;
2. State as administrator and usufructuary, and;
3. Quit enjoyment of property and persons remains with the Secured Party with care and maintenance provided by usufructuary.

**Collateral is held in trust.**

WAYNE W. WILLIAMS    El Paso County, CO
08/22/2014  08:29:14 AM
Doc  $0.00      Page
Rec  $21.00     1 of 3      214076323

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☑ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☑ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**9a. ORGANIZATION'S NAME**
MIMI M VIGIL

OR

**9b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)**     **SUFFIX**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME**
VIGIL BABY GIRL

OR

**10b. INDIVIDUAL'S SURNAME**

**INDIVIDUAL'S FIRST PERSONAL NAME**

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)**     **SUFFIX**

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| Sterling Regional Medical Center, 1675 Gard | Sterling | CO | 80751 | US |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

**11a. ORGANIZATION'S NAME**

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
Being age of majority, Secured Pary exercises claim in recoupment for pledge and grant of bailment of person and property (credit/value of a living soul) in state of infancy accepted by and delivered to debtors/bailees as consideration for act of bailment by Secured Party.

**13.** ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14. This FINANCING STATEMENT:**
☐ covers timber to be cut   ☑ covers as-extracted collateral   ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

El Paso Cnty Health Dept. 1675 Garden of the Gods Rd W, Colorado Springs, Colorado 80907

**16. Description of real estate:**

Reference Colorado State Birth Certificate Number: 1051951016691

**17. MISCELLANEOUS:**

# UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**18a. ORGANIZATION'S NAME**
MERIUM MICHUEL VIGIL

OR

**18b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**19a. ORGANIZATION'S NAME**
MIMI MICHELLE VIGIL

OR

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**20a. ORGANIZATION'S NAME**

OR

| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**21a. ORGANIZATION'S NAME**

OR

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**22.** ☐ ADDITIONAL SECURED PARTY'S NAME **or** ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

**22a. ORGANIZATION'S NAME**

OR

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**23.** ☐ ADDITIONAL SECURED PARTY'S NAME **or** ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

**23a. ORGANIZATION'S NAME**

OR

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**24. MISCELLANEOUS:**

14047277-1

# United States of America





## DEPARTMENT OF STATE

## *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Colorado, and that such Seal(s) is/are entitled to full faith and credit.*

*\*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

*accept for honor*

In testimony whereof, I, John F. Kerry, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this sixth day of August, 2014.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

_____ Secretary of State

By _____

Assistant Authentication Officer,
Department of State



# STATE OF COLORADO

### DEPARTMENT OF STATE

### CERTIFICATE

I, **SCOTT GESSLER**, Secretary of State of the State of Colorado, do hereby certify that

**RONALD S. HYMAN**

is the duly appointed State Registrar of the State of Colorado.

I DO FURTHER CERTIFY that the signature affixed to the attached document appears to be his when compared with his signature on file in this office . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . **IN TESTIMONY WHEREOF** I have unto set my hand and affixed the Great Seal of the State of Colorado, at the City of Denver this 11th day of July, 2014.

SECRETARY OF STATE

# STATE OF COLORADO
### COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT
HOLD TO LIGHT TO VIEW WATERMARK

## CERTIFICATE OF LIVE BIRTH

**STATE FILE NUMBER**
1051951016691



**NAME OF REGISTRANT**
MIMI   MICHELLE   VIGIL

**DATE AND TIME OF BIRTH**
JUNE 10, 1951  07:00 PM

**GENDER OF REGISTRANT**
FEMALE

**CITY OF BIRTH**
STERLING

**COUNTY OF BIRTH**
LOGAN

**MOTHER'S NAME PRIOR TO FIRST MARRIAGE**
AGNES   MARTINEZ

**MOTHER'S PLACE OF BIRTH**
COLORADO

**MOTHER'S AGE AT TIME OF BIRTH**
26

**FATHER'S NAME**
EDWARD   JOSEPH   VIGIL

**FATHER'S PLACE OF BIRTH**
COLORADO

**FATHER'S AGE AT TIME OF BIRTH**
27

**DATE RECORD FILED**
JUNE 23, 1951

**AMENDED**

**DATE ISSUED** NOVEMBER 14, 2013

*Ronald S. Hyman*
RONALD S. HYMAN
STATE REGISTRAR

THIS IS A TRUE CERTIFICATION OF NAME AND FACTS AS RECORDED IN THIS OFFICE. Do not accept unless prepared on security paper with engraved border displaying the Colorado state seal and signature of the Registrar. PENALTY BY LAW, Section 25-2-118, Colorado Revised Statutes, 1982, if a person alters, uses, attempts to use or furnishes to another for deceptive use any vital statistics record.


00 6539186
