```
                                                             FILED
                                                    UNITED STATES DISTRICT COURT
                                                        DENVER, COLORADO

                                                          SEP 10 2014
              UNITED STATES DISTRICT COURT
              DISTRICT OF COLORADO                    JEFFREY P. COLWELL
              901 19th Street                                      CLERK
              Denver, Colorado 80294
```

UNITED STATES OF AMERICA                    CASE # 13 cr 00392-CMA
NO KNOW ADDRESS
ENTITY UNDISCLOSED
Plaintiff Unidentified

                                          Constitutional Article III Court
                                          Judge Christine M. Arguello
          v.                                  Designated Judge

GEORGE THOMAS BROKAW (Government
Registered Trade Name, WARD, TRUST, ESTATE)
2260 PALM DRIVE
CITY OF COLORADO SPRINGS
STATE OF COLORADO
ZIP CODE 80918


George-Thomas; Brokaw
Injured Party, a Living man
2260 Palm Drive
Colorado Springs, Colorado
American National, Third Party of Interest


**CHANGE OF MAILING ADDRESS;**

Clerk, please notify all parties of interest of change of mailing address of George Thomas Brokaw.

NEW MAILING ADDRESS        Dated _Sept. 9, 2014_
% Isaiah 33 Trust
Box 8100
Colorado Springs, Colorado     Signed _George Thomas Brokaw_
      80933-8100                         George Thomas; Brokaw

1