**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 13-cr-00392-CMA-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.    Clara M. Mueller,

    Defendant.

---

**MOTION TO DISMISS INDICTMENT AND FIRST SUPERSEDING INDICTMENT
AGAINST DEFENDANT MUELLER WITHOUT PREJUDICE**

---

The United States hereby moves to dismiss, without prejudice and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the charges in Counts 1, 13, 14, and 18 in the Indictment and the First Superseding Indictment against Defendant Mueller only.  This motion is based on Defendant Mueller's current medical condition and prognosis and is not made for the purposes of harassment or delay.  Her counsel has indicated that Defendant Mueller does not oppose this motion.

-2-

Respectfully submitted this 16th day of September, 2014,

>JOHN F. WALSH
>United States Attorney
>
>s/ Matthew T. Kirsch
>MATTHEW T. KIRSCH
>MARTHA A. PALUCH
>Assistant U.S. Attorneys
>1225 17th Street, Suite 700
>Denver, CO 80202
>Telephone 303-454-0100
>Facsimile 303-454-0402
>Email: matthew.kirsch@usdoj.gov
>martha.paluch@usdoj.gov

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day September, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Miller Leonard, Esq.
miller@themillerleonardlawfirm.com
Attorney for Clara M. Mueller

I further certify that I sent the foregoing via email to the following addresses:

John Joseph Pawelski, Pro Se
johnski9999@gmail.com

George T. Brokaw, Pro Se
tombrokaw33@msn.com

Mimi M. Vigil, Pro Se
Rubyred5050@gmail.com

        s/ Matthew T. Kirsch
        MATTHEW T. KIRSCH
        Assistant U.S. Attorney
        1225 17th Street, Suite 700
        Denver, CO 80202
        Telephone 303-454-0100
        Facsimile 303-454-0402
        Email: matthew.kirsch@usdoj.gov