IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00392-CMA-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.    Clara M. Mueller,

    Defendant.

## ORDER DISMISSING INDICTMENT AND FIRST SUPERSEDING INDICTMENT AGAINST DEFENDANT MUELLER WITHOUT PREJUDICE

This matter is before the Court on the United States' Motion to Dismiss Indictment and First Superseding Indictment Against Defendant Mueller Without Prejudice [# __]. The Court having considered this motion and for good cause shown,

IT IS HEREBY ORDERED that Counts 1, 13, 14, and 18 of the Indictment and First Superseding Indictment against Defendant Clara M. Mueller are hereby dismissed without prejudice.

Dated this _____ day of September, 2014, at Denver, Colorado.

                        BY THE COURT:

                        _____
                        Christine M. Arguello
                        United States District Judge