IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 13-cr-00392-CMA-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**4.    CLARA M. MUELLER,**

    Defendants.

---

## ORDER DISMISSING INDICTMENT AND FIRST SUPERSEDING INDICTMENT AGAINST DEFENDANT MUELLER WITHOUT PREJUDICE

---

This matter is before the Court on the United States' Motion to Dismiss Indictment and First Superseding Indictment Against Defendant Mueller Without Prejudice (Doc. # 269). The Court having considered this motion and for good cause shown, it is hereby

ORDERED that Counts 1, 13, 14, and 18 of the Indictment and First Superseding Indictment against Defendant Clara M. Mueller are DISMISSED WITHOUT PREJUDICE.

DATED:  September __18__, 2014

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge