IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   13-cr-00392-CMA-02

UNITED STATES OF AMERICA,

        Plaintiff,

v.

   1.     George Thomas Brokaw,
   **2.     John J. Pawelski,**
   3.     Mimi M. Vigil, and
   4.     Clara M. Mueller,

        Defendants.

---

**GOVERNMENT'S SUPPLEMENT TO ITS RESPONSE TO PRO SE DEFENDANT JOHN JOSEPH PAWELSKI'S AMENDED MOTION FOR ADVISORY COUNSEL [Doc. # 218, # 222]**

---

        On June 13, 2014, Defendant Pawelski filed an Amended Motion for Advisory

Counsel (Doc. # 218) and an Affidavit of Monthly Income (Doc. # 219).   On June 26,

2014, the government filed a response (Doc. # 222) stating that it did not oppose

Defendant Pawelski's motion.   On September 9, 2014, the Court issued a Minute Order

(Doc. # 264) in which it scheduled a hearing on defendant's motion for September 29,

2014, at 1:30 p.m.

        Defendant Pawelski's actions since the time he filed his Amended Motion for

Advisory Counsel have demonstrated that the appointment of advisory counsel is unlikely

to assist him in his defense of the case and have caused the government to change its position as to his motion.   The government now opposes the motion and, in support, supplements its June 26, 2014, response with the following information:

- On July 11, 2014, the defendant filed a motion for a twenty-day extension of time to file additional motions, citing "new evidence that needs to be reviewed prior to filing amended complaints."   (Doc. # 225).   The Court denied the motion, explaining that the deadline for filing motions in this case was April 8, 2014, and the defendant failed to provide any facts or argument to support his motion.   (Doc. # 228).   Defendant did not allege in this motion the need for assistance from advisory counsel in order to file additional motions.

- At the July 16, 2014 status conference in this case, the Court indicated it had not yet ruled on defendant's amended motion for advisory counsel.   At no point during this hearing or after did the defendant ask for an expedited ruling on that motion so that advisory counsel could assist in defendant's preparation for trial.

- On August 14, 2014, the government filed its *James* proffer, with 36 exhibits attached (Doc. # 249).   Defendant did not renew his request for advisory counsel after this filing, asserted no need for assistance in preparing his response to the government's proffer, and, in fact, filed none.

- Despite being advised that the deadline for motions had expired, on

September 3, 2014, defendant filed a 21-page motion to dismiss with nine

exhibits, again alleging that this Court lacks jurisdiction to hear this case

(Doc. # 261). The primary "new," but still frivolous, argument in this motion

appears to be an assertion that DOJ's alleged participation in a massive

cover-up with respect to the 9/11 attacks on the United States

demonstrates that DOJ is now covering-up its lack of jurisdiction over

Defendant Pawelski.

- Defendant Pawelski received a copy of the government's proposed jury

  instructions on September 5, 2014, and has been asked repeatedly to

  advise as to his position on these instructions, and to provide to the

  government his proposed jury instructions.   At no time did the defendant

  assert – to government counsel or to the Court – that he was unable to

  comply without the assistance of advisory counsel.   As of the time of this

  filing, the defendant has not substantively replied to the government's

  repeated inquiries as to his position regarding proposed jury instructions in

  this case.

- On September 9, 2014, the defendant received a copy of the government's

  exhibit list, and on September 12, 2014, he received a slightly revised

  exhibit list.   Defendant Pawelski has been asked repeatedly for a copy of

  his exhibit list.   Yesterday, he provided a copy of his own proposed exhibit

  list.   He also provided a set of general objections, with citations to the

Federal Rules of Evidence, to the government's exhibit list.   At no time, however, did the defendant assert – to government counsel or to the Court – that he was unable to create his own exhibit list or respond to the government's list without the assistance of advisory counsel.

In sum, Defendant Pawelski has shown little interest in accomplishing the tasks for which advisory counsel might have been helpful, such as responding to pleadings or drafting jury instructions.   Instead, it appears that Defendant Pawelski is devoting most of his time pretrial to persisting in his already rejected claim that this Court lacks jurisdiction to hear his case.   Defendant Pawelski has made no attempt to comply with the Court's Criminal Practice Standards regarding the preparation of jury instructions, nor has he made a showing why doing so has proven too difficult for him without the appointment of advisory counsel.   The record now before the Court does not demonstrate how advisory counsel would benefit Defendant Pawelski at this late date, given his approach to defending this case so far.

For these reasons, the government submits circumstances have changed since Defendant Pawelski filed his amended motion and that the appointment of advisory counsel is not now warranted.   The government requests that the Court deny his Amended Motion for Advisory Counsel (Doc. # 218).

4

Respectfully submitted this 24th day of September, 2014.

JOHN F. WALSH
United States Attorney


*s/ Martha A. Paluch*
MARTHA A. PALUCH
MATTHEW T. KIRSCH
Assistant U.S. Attorneys
1225 17th Street, Suite 700
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Email: martha.paluch@usdoj.gov
        matthew.kirsch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day September, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.   I further certify that I sent the foregoing via email and United States Mail to the following participants:

Mr. John J. Pawelski
P.O. Box 75341
Colorado Springs, CO 80970-5341
johnski9999@gmail.com

Mimi M. Vigil
513 Shady Crest Circle
Colorado Springs, CO 80916
rubyred5050@gmail.com

Mr. George T. Brokaw
c/o Isaiah 33 Trust
Box 8100
Colorado Springs, CO 80933-8100
tombrokaw33@msn.com

s/ *Dee Boucher*_____
United States Attorney's Office