IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Case No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

John J. Pawelski,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 26 2014

JEFFREY P. COLWELL
CLERK

## NOTICE OF OBJECTION TO EXHIBITS

Petitioner, John Joseph Pawelski, respectfully moves the court to deny the use of government exhibits for the following reasons:

1. Prosecutor has documentation purported to be true and valid. The documents purported to be evidence do not conform to Rule 104 or Rule 401 of the Federal Rules of Evidence.

2. Prosecutor has not provided any authentication of the evidence presented in violation of Rule 901.

3. Prosecutor brings before the court hearsay evidence in violation of Rule 602.

WHEREFORE, Petitioner John Joseph Pawelski requests as follows:
1. That the documents purported to be relevant as evidence in the exhibit be struck by the court under Rule 403.

Respectfully submitted,
John Joseph Pawelski

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2014, a true and correct copy of the foregoing **NOTICE OF OBJECTION TO EXHIBITS** was mailed to the Clerk of the Court using the first class mail. The clerk will send notification of such filing to the following:

Matthew T. Kirsch, Esq.
Assistant United States Attorney
Email: matthew.kirsch@usdoj.gov

Mimi Vigil
E-mail: rubyred5050@gmail.com

And via e-mail to the following:
George Thomas Brokaw, Pro Se
2260 Palm Drive
Colorado Springs, Colorado 80918
E-mail: tombrokaw33@msn.com