9/24/14

Clerk of Court
U.S. District Court
1823 Stout St.
Denver, CO. 80202
re: Case 13-cr-00392

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 6 2014

JEFFREY P. COLWELL
CLERK

Dear or Madam,

On September 3, 2014 your office entered docket 261 entitled Motion to dismiss based on criminal activities". When I mailed that motion to your office I enclosed a self-addressed stamped envelop for you to mail a stamped duplicate back to me.

I never received the stamped duplicate and request that you find the duplicate or create a copy of the stamped motion and mail it to me at the address below.

Thank you for you assistance in this matter.

John Joseph Pawelski
P.O. Box 75341
Colorado Springs, Colorado [80970]