**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 3 0 2014

JEFFREY P. COLWELL
CLERK

George Thomas Brokaw                    Sept. 29, 2014
℅ Isaiah 33 Trust
P.O. Box 8100
Colorado Springs, Colorado
        80933-8100

Jeffrey P. Colwell, Clerk of Court
United States District Court
901 19th Street
Denver, Colorado 80294

Dear Mr. Colwell;

On August 26, 2014 I sent you a letter which contained some property of mine. A copy of that letter is attached. The property mentioned is a United States of America Passport Card.

The Passport Card mentioned was/is needed for identification purposes. It was surrendered to your custody for safe keeping. As there is no longer any need for you to be the custodian of my property, please return it to me promptly.

I might need the Passport Card for identification in order to enter the building in which you are located, as that Card is the only identification I have.

Sincerely;

George Thomas Brokaw

George Thomas Brokaw                                    August 26, 2014
2260 Palm Drive
Colorado Springs, Colorado [80918]


Jeffrey P. Colwell, Clerk of Court
United States District Court
901 19th Street
Denver, Colorado 80294

Dear Mr. Colwell;

On August 17, 2014 I wrote you a letter providing you notice that I am a state Citizen and
providing you notice that I have been recognized as a state Citizen by the United States
Department of State. This was evidenced by a copy of the passport identification card and the
affidavit that was sent to obtain the card.

The affidavit that was attached clearly explained that the purpose of the card was for
identification purposes only and that there was no intention to travel.

I recently received a call from probation officer Lynn who requested "I need that surrendered
to the Clerk's office". I am complying with her request and sending the card to your care. Please
take care to return my property when this current matter is dismissed.

As I am no longer a U.S. Person, this is a formal demand to get my property back at the
conclusion of this case.

Sincerely;

George Thomas Brokaw

