FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2014 OCT -3  AM 10: 03

JEFFREY P. COLWELL
CLERK

BY _____ DEP. CLK

Case #13-cr-00392-CMA-03

## AMICUS CURIAE AFFIDAVIT FOR THE RECORD
### NOTICE OF DEJURE PRIVATE CITIZENSHIP STATUS TO THE MOVING PARTY DEMAND TO SHOW CAUSE FROM THE MOVING PARTY

### Notice of Dejure Private American Citizenship Status

I, **Mimi Vigil**, herein "Affiant", a neutral, in peace and non-combative *dejure* Private "Citizen of the United States of America" *in esse* and *sui juris*, of majority age and competent to solemnly affirm and declare the following:

1. Affiant claims being a creation of the Almighty, who owns all souls, with unrestrained inalienable and unalienable given birth rights and one of the people of the sovereign State of Colorado, with dominion over all papers, persons, property and effects domiciled in the original county in the country venue with real boundaries on the land where the situs of all private property and land exits and hereby claim as a posterity beneficiary of the express Public Trusts and reserve all rights and liberties secured by such trusts in the Constitution for the State of Colorado and the protections and prohibitions secured by the Constitution for the United States of America (C.U.S.A.);

2. Affiant accepts the Declaration of Independence and that within these truths to be self evident, that all (wo) men are created equal, that they are endowed by their Creator with certain unalienable birth rights, that among these are Life, Liberty and the pursuit of Happiness ;

3. Affiant is making a restricted, special, ministerial visitation as a friend of this Court under threat, duress and coercion of potential restraint and loss of life, liberty and/or property due to a case of **mistaken identity** and/or **false presumption of law (color of authority)** on the part of the moving party;

4. Affiant is neither the "Defendant" nor the "Accused" in this action, nor is Affiant volunteer/surety for, and/or property of, and/or bonded as one entity with the "Defendant" or the "Accused" in this action;

5. Affiant is neither making an appearance, be it generally, specially, conditionally or provisionally, nor pleading to the merits or making any motion of any kind;

6. Affiant's *de jure* private citizenship status has not been expressly waived via consent or invitation nor by any purported federal or state contract or statute, be it express or implied, public or private; and therefore Affiant's *de jure,* private citizenship status has not been reduced to an inferior level of volunteer/ surety "U.S. citizenship" status by the state of Affiant's geographical actual live birth on the land with real non-transitory boundaries and/or by the state of Affiant's non-statutory, private and special domicile on the land ;

7. Affiant is not a defacto quasi-corporate, Public "U.S. citizen" living in a proprietary transitory venue of interstate / foreign commerce. For said Public "U.S. citizen", a Federal scheme of alleged dual citizenship status via exparte issued factitious documents starting with a state issued " Birth Certificate", ( a factitious substitution of a legal form for an actual live birth ) via an "informant" to the " State Registrar ", and said artificially created Public "U.S. citizen", via a disguised naturalization process, which holds an inferior level of citizenship status/ counterfeit freedom through a procured, annexed and implied volunteer/surety/commercial contract created by a purported operation of law ( constitutionally repugnant in nature and function) via purported commission upon its filing with a third party record keeper/public office in the State of Colorado ;

8. Affiant is not a "**person within the United States**" as per the original wording of your "Emergency Banking Relief Act" passed by your Emergency War Powers Congress on March 9, 1933, it having "confirmed and approved" Presidential Proclamation 2039 of March 6, 1933, and Presidential Proclamation 2040 of March 9, 1933 (12 USC 95b); for the Congress at that time was composed of only defacto quasi-artificial "persons" being Public "U.S. citizens" no longer represented as the private individual with sovereign character and nature by birth right, one of the "**We the People**" (formerly composed of the general population and one of the private individual dejure "Citizens of the United States of America"), each Congressman having also been reduced in their citizenship status to the inferior level of a "**person within the United States**," i.e., a Public "U.S. citizen," the once sovereign nature and character of "**We the People**" being represented as mere undisclosed volunteer/surety for and/or bonded into one legal entity (**an exparte forced partnership**) with their "**person within the United States**," i.e., Public "U.S. citizen;" <u>**a non-descriptive public office**</u> ;

9. Affiant is not "**subject to the jurisdiction thereof** [*the United States*]" as per the original wording of your "Emergency Banking Relief Act" passed by the Emergency War Powers Congress on March 9, 1933; for the Congress, in passing said "Emergency Banking Relief Act," consented on behalf of every "**person within the United States**" to the Emergency War Powers Jurisdiction (executive, legislative and judicial) of the United States imposed by Presidential Proclamation 2039 on March 6, 1933; therefore, Affiant is not a "**person . . . subject to the jurisdiction of the United States**" under 12 USC 95a and 50 USC App. 5(b);

10. Affiant has the constitutionally protected right to a **civilian due process of law** (as opposed to a **martial/emergency war powers due process of law**) secured from federal infringement by the Fifth Amendment of the Constitution of the United States of America;

Page 3 of 5

11. Affiant is neither the undisclosed volunteer/surety for/property of, nor a *de facto,* conquered "**person within the United States**" defined by your "Emergency Banking and Relief Act" (12 USC 95a) and ruled by the *de facto* Emergency War Powers military government of the United States; therefore, Affiant is neither a *de facto* "belligerent" nor a *de facto* "rebel" publicly residing according to statute within any state deemed a *de facto* "conquered territory" by the *de facto* emergency war powers military government of the United States imposed by President Franklin D. Roosevelt on March 9, 1933, via Proclamation 2040 "approved and confirmed" by Congress (12 USC 95b) on that very same day, March 9, 1933;

12. Affiant has been erroneously subjected to the transitory proprietary venue of **martial/emergency war powers due process of law** (criminal and/or civil) by the moving party as part of the **U.S. commission government / private municipality** in its mistaken attempt to use this Court to impose said martial Emergency War Powers due process of law, evidenced by the display of military colors in the courtroom (flags bordered on three sides with gold fringe and/or draped with gold cords and tassels) and also evidenced by the use of a military "name of war" (spelled with all upper case letters with or without abbreviations) set forth in the action, in violation of Affiant's constitutionally protected right to a **peacetime/civilian due process of law** on both a federal and state level;

13. .Affiant is being mistakenly treated by the moving party as though Affiant is a *de facto* "rebel" and/or a *de facto* "belligerent" publicly residing in a state deemed a *de facto* geo-political ***expandable*** "conquered territory" ruled by a *de facto* emergency war powers military government at the direction of the President of the United States sitting in a "temporary," extra-constitutional, emergency war

powers capacity as a *de facto* martial Conqueror and Military Commander in chief over every **"person within the United States"** (defined by your "Emergency Banking Relief Act") and **"subject to the jurisdiction thereof** [*the United States*]" (12 USC 95a), both artificial and natural, both civilian and military;

14. Affiant owes no "temporary" allegiance to the "temporarily" established, *de facto*, Emergency War Powers military government imposed on March 9, 1933 (your 12 USC 95a), it having ousted and replaced the *de jure*, constitutional government of The United States of America (in force from March 4, 1789, to March 9, 1933) intended to be restored once the "temporary" emergency has been terminated by the president, acting in the capacity of Commander in chief, by repealing Proclamation 2040, the Emergency War Powers Congress also repealing your wicked "Emergency Banking Relief Act" (12 USC 95a & b) as well as your "Trading With the Enemy Act" (especially 50 USC App. 5(b)) and thereby, on that glorious day, restoring non-volunteer/non-surety, *de jure*, Private American Citizenship status to all Americans as well as restoring peacetime, constitutional, *de jure* jurisdiction to the general population of the people in their private individual capacity of sovereign nature and character by birth right throughout the land.

## Demand for Show Cause from the Moving Party

THEREFORE, *I*, Mimi Vigil, hereby put the moving party ON NOTICE of my constitutionally-protected, *de jure,* Private American Citizenship status ( a non-resident alien to the United States and their expandable political territory), having established material facts of a higher form of association and allegiance to a Republic form of government that will take notice of the common law protecting the Creator's natural law that which is my inherent right that cannot be annexed, procured, sold, leased or taken away and demand that the moving party within 21 ( twenty one ) days bring forth 1) A

certified and verifiable copy of their commission that allows them to use naked aggression of an illegally procured citizenship and subsequent trespass on my private person. **2)** A certified copy of all original judicial hearings having found on the merits of all exparte documents, including but not limited to the Birth Certificate, ***res judacata***, that Mimi Vigil via her freewill and consent, knowingly and willingly accepted a factitious naturalization to be a Constitution for the United States of America (C.U.S.A.) 14th Amendment Public "U.S. citizen ", which is being used as a perverse form of deprivation against my inherent birth right of life and liberty associated with natural law by the Creator.

Executed this __3rd__ day of __October__, 2014, at arm's length without the United States. All Rights and Remedies Expressly Reserved

_____
Mimi Vigil

JURAT

The State of Colorado

The County of El Paso

Before me, a Notary Public duly authorized by the State of Colorado, personally appeared Mimi Vigil who have sworn to and subscribed in her authorized capacity as her free-will act and deed in my presence, thereby executes under seal the foregoing document, on this _____ day of in the Year 2014.

Page 6 of 7

Witness my hand and official seal                                    NOTARY PUBLIC SEAL

_____
Notary Public Signature