# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Case No. 13-cr-00392-CMA-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2.   JOHN J. PAWELSKI,**

    Defendant.

---

## ORDER FOR ISSUANCE
## OF SUBPOENA *IN FORMA PAUPERIS*

---

This matter is before the Court on Defendant Pawelski's oral request for an Order that the following subpoena be issued *in forma pauperis*.   It is, therefore,

ORDERED AS FOLLOWS:

1.   That the Clerk of the Court issue a subpoena for the appearance of the following witness named to appear in Court for a Jury Trial scheduled to begin November 3, 2014, at 8:30 AM:

    Arthur Kimbrel
    Colorado Springs, Colorado

2.   That a United States Marshal for the District of Colorado be permitted to serve the subpoena issued herein.

3. That the witness fee, mileage and subsistence of said witness be paid by the United States Marshal and taxed as costs in favor of the United States.

DATED: October  10 , 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge