IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cr-00392-CMA-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN J. PAWELSKI,

    Defendant.

---

CERTIFICATE OF SERVICE

---

    I certify that I have mailed a copy of the Certificate of Service and the following forms to the United States Marshal Service for service on Arthur Kimbrel: ORDER FOR ISSUANCE OF SUBPOENA IN FORMA PAUPERIS FILED 10/10/2014; Subpoena issued 10/9/2014 on October 10, 2014.

Matthew T. Kirsch
Assistant United States Attorney
United States Attorney's Office
**DELIVERED ELECTRONICALLY - VIA CM/ECF**

Martha Ann Paluch
Assistant United States Attorney
United States Attorney's Office
**DELIVERED ELECTRONICALLY - VIA CM/ECF**

George Thomas Brokaw
% Isaiah 33 Trust
Box 8100
Colorado Springs, CO 80933-8100
**US MAIL**

John J. Pawelski
6432 Rockville Drive
Colorado Springs, CO
**US MAIL**

Mimi M. Vigil
513 Shady Crest Circle
Colorado Springs, CO 80916
**US MAIL**

United States Marshal Service
Service Clerk
Service forms for: Arthur Kimbrel

                                                s/ A. Thomas
                                                  Deputy Clerk