**FILED**
**UNITED STATES DISTRICT COURT**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**FOR THE DISTRICT OF COLORADO**

OCT 10 2014

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | JEFFREY P. COLWELL |
| | | CLERK |
| **Plaintiff/Respondent** | § | |
| V | § | No. 13-cr-00392 |
| **JOHN J PAWELSKI** | § | |
| **Defendant** | § | |
| | § | |

### MOTION FOR AN OPEN FILE POLICY AND PRODUCTION OF ALL RECORDS IN ALL STATE AND FEDERAL AGENCIES AND REQUEST TO DECLARE FRCrimP 16 UNCONSTITUTIONAL

Comes now Petitioner John Joseph Pawelski a natural man and moves the court for an Open File Policy related to all government records, both federal and state. Open file policy means production of **all records** in **all agencies** of the government, both federal and state, related to Defendant, related to Defendant's case, related to Defendant's claims, and related to the Government's claims.

The court is required to produce all records according to FRCrimP 16. However, the government, if in fact it had produced all documents in **all** agencies of the government, then the government would have provided proper discovery to defendant. It is the defendant's responsibility, not the government's, to determine what is material and what is not material.

A. **FRCrimP 16 is Unconstitutional**

A **presumption of constitutionality** shifts the burden of proof from the government to the citizen, requiring them to prove that a statute is unconstitutional.

In Federalist 78, Alexander Hamilton wrote that courts should only be able strike

down a statute as unconstitutional if there is an "irreconcilable variance" between the statute and the Constitution.[1] Otherwise, a statute should be upheld.

Likewise, at the 1787 Philadelphia Convention, Virginia delegate George Mason said that judges "could declare an unconstitutional law void. But with regard to every law, however unjust, oppressive or pernicious, which did not come plainly under this description, they would be under the necessity as Judges to give it a free course."

Professor Randy Barnett argues that such a presumption is itself unconstitutional, and suggests that government should be forced to prove that laws violating liberty are necessary and proper, in what he calls the "presumption of liberty".

The rule is unconstitutional as a matter of law.

### B. History of the Government Corruption in Criminal Cases

The State of Texas recently passed a law for open file policy of all records by any prosecutor because of the prosecutor's fraud in the Michael Morton case. Morton was convicted of murdering his wife even though the prosecutor had in his files evidence showing he was innocent. Morton spent 25 years in prison before DNA evidence proved he was innocent. The legislature was so angered by the concealment of evidence by the prosecutor that they passed the Michael Morton law, requiring an open file policy for all prosecutors.

On March 15, 2012, a special prosecutor released his 500-plus page examination of the collapse of the Ted Stevens public corruption case in Washington. The report concluded prosecutors committed misconduct in the case against Stevens. Stevens case was reversed.

Mike Nifong was the district attorney for Durham County, North Carolina but was removed and disbarred due to court findings concerning his conduct in the 2006 Duke University lacrosse case in North Carolina, As the details of the case emerged, Nifong came under severe attack not only from advocates of the indicted students bu by news sources. The criticisms focused on a series of actions taken by Nifong, that he went public with a series of accusations

that later turned out to be untrue; the he exaggerated and intensified racial tensions; that he unduly influenced the Durham police investigation; that he tried to manipulate potential witnesses; that he refused to hear exculpatory evidence prior to indictment; that regulations on the conduct of an identification exercise were breached by failure to include "dummy" photographs; that he had never spoken directly to the alleged victim about the accusations; and that he made misleadingly incomplete presentations of various aspects of the evidence in the case (including DNA results). Nifong was fired, disbarred, and held in contempt of court.

Wen Ho Lee was a Taiwanese American scientist who worked for the University of California at the Los Alamos National Laboratory. He created simulations of nuclear explosions for the purpose of s of scientific inquiry, as well as for improving the safety and reliability of the US nuclear arsenal. A federal grand jury indicted him for stealing secrets about the U.S. arsenal for the Peoples Republic of China in December 1999.

The FBI made numerous statements to the press that Lee would get a sentence of 1,000 years. The Chinese community got together and arranged two legal teams, one for Lee's criminal case and a civil rights team. During discovery, the civil rights team found that every FBI agent had committed perjury before the court.

After federal investigators were unable to prove these initial accusations, the government conducted a separate investigation and was ultimately only able to charge Lee with improper handling of restricted data, one of the original 59 indictment counts, to which he plead guilty as part of a plea settlement. In June 2006, Lee received $1.6 million from the federal government and five media organizations as part of a settlement of the civil suit he had filed against them for leaking his name to the press before any formal charges had been filed against him. Federal judge James A. Parker eventually apologized to Lee for denying himi bail and putting him in

solitary confinement, and excoriated the government for misconduct and misrepresentations to the court.

The Citizens Protection Act of 1998 was passed by Congress as a result of gross overreaching by a prosecutor in an investigation of a U.S. Congressman. The Congressman's further investigation revealed over 25 cases of blatant misconduct by federal prosecutors.

When a person is charged with a crime, the crime must be proven beyond a reasonable doubt. The government must also prove mens rea, the intent to commit a crime. The government must also prove materiality. Defendant starts the case with a 75% chance of winning if both sides are on a level playing field.

The prosecutor then works on changing the percentages by often manipulating the discovery, moving evidence to other agencies, not disclosing evidence in state files, and making the determination of what evidence is material, instead of defendant or defendant's attorney. The court should know that when a party is left without accountability, such as a US prosecutor, they have a tendency to break the rules.

The issue is further compounded now because President Obama and Attorney General Eric Holder are listed by Judicial Watch, a watch group to prevent corruption in Washington, as two of the top 10- most corrupt politicians in Washington. If Holder is listed as corrupt, and he is the boss of the US Attorney in this case, then a presumption exists that the US Attorney in this case is also corrupt.

In order for Defendant to have a level playing field, Defendant moves the court for an open file policy. The open file policy is required due to the government's corruption in criminal cases.

In conclusion, Petitioner moves the court to issue an order for an open file policy for

disclosure of all records in all government agencies, both federal and state related to Defendant and this case.

## PRAYER FOR RELIEF

**Defendant moves the court to:**

1. Issue and order for an open file policy for the Prosecutor's office to produce both all state and federal records of all state and federal agencies related to Defendant, related to this case, and related to any issues of this case.

2. For such other and further relief as the court deems just and proper.

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing **MOTION FOR AN OPEN FILE POLICY AND PRODUCTION OF ALL RECORDS IN ALL STATE AND FEDERAL AGENCIES AND REQUEST TO DECLARE FRCrimP 16 UNCONSTITUTIONAL** was delivered via First Class Mail on this 7th day of October 2014 to the Clerk of the Court, which will send notification of such filing to all counsel of record.

Respectfully Submitted,

John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado