UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff/Respondent § | |
| V § | No. 13-cr-00392 -CMA- |
| JOHN J PAWELSKI § | |
| Defendant § | |
| _____ § | |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 10 2014
JEFFREY P. COLWELL
CLERK

## MOTION FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW

Comes now Petitioner, John Joseph Pawelski, a natural man, unrepresented, and hereby moves the Court to make findings of fact and conclusions of law on all issues presented by Petitioner for Defendant in this case pursuant to FRCP 52(a) and 54(b). Petitioner incorporates all filings in this case, as if fully set forth herein.

According to FRCP 52(a) "In an action tried on the facts without a jury or with an advisory jury, the court must find the facts specially and state its conclusions of law separately. The findings and conclusions may be stated on the record after the close of the evidence or may appear in an opinion or a memorandum of decision filed by the court. Judgment must be entered under Rule 58."

According to FRCP 54(b), "Judgment on Multiple Claims or Involving Multiple Parties. When an action presents more than one claim for relief-whether as a claim, counterclaim, crossclaim, or third-party claim-or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is not just reason for delay. Otherwise, any order or other

decision, however designated, that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties and may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities."

Petitioner now moves the Court to make findings of fact and law on all issues in this case according to his rights pursuant to the Fifth Amendment and to protect Petitioner's full rights to appeal.

In order to preserve Petitioner's Constitutional rights and full rights to appeal, Petitioner now moves the court to make findings of fact and conclusions of law on all issues presented.

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing MOTION FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW was delivered via First Class Mail on this 7th day of October 2014 to the Clerk of the Court, which will send notification of such filing to all counsel of record.

Respectfully Submitted,

John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado