IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00392-CWA-2

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2. John J. Pawelski,

        Defendant

**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Upon petition of the Defendant John J. Pawelski, and for good cause shown, it is hereby ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring said United States Marshal to produce the material witness, Curtis L. Morris, inmate number 37005-013, before a United States District Judge, on November 3, 2014, at 8:30 a.m., for trial in the above captioned cause, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until he has appeared as a material witness, and immediately thereafter to return the witness to the institution where he is now confined, under safe and secure conduct..

SO ORDERED this 9 day of October, 2014.

*Christine M. Arguello*
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF COLORADO