IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00392-CWA-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. John J. Pawelski,

    Defendant

---

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE WITNESS MAY BE HELD,

This Writ is issued upon Order of the United States District Court for the District of Colorado. I hereby command that you bring the material witness, Curtis L. Morris, inmate number 37005-013, now being confined at the Federal Prison camp Yankton, PO Box 700, Yankton, South Dakota 57078, on November 3, 2014, at 8:30 a.m., and from day to day thereafter, to testify to the truth, according to his/her knowledge, in a cause to be heard before a United States District Judge Christine M. Arguello, to appear therein as a material witness, and immediately after return the witness to the institution where he/she was confined, under safe and secure conduct.

You are further commanded to serve a certified copy of this writ on said Warden, Superintendent, or Custodian of the Federal Prison Camp Yankton , or the Warden, Superintendent, or Custodian of any other institution wherein Curtis L. Morris is confined.

ORDERED this __14th__ day of __October__, 2014.

BY THE COURT:

__s/A. Thomas,  Deputy Clerk__
CLERK, UNITED STATES DISTRICT COURT