FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 3 2014

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: |
| Plaintiff, | 13-cr-00392-CMA |
| v. | MANDITORY JUDICIAL NOTICE |
| JOHN J PAWELSKI | MOTION TO TERMINATE COUNSEL REPRESENTATION, SUBPEONA ORDERS, AND INVESTIGATOR |
| Defendant. | |

COMES NOW, John Joseph Pawelski , "state" Citizen / "national" 8 USC 1101(a)(21) as a third party of interest in regard to this instant matter in this court of record, a real flesh and blood man of the age of majority, by Special Attendance, Reserving All Rights, without accepting the SURETY for the Government created all-capital legal entity "JOHN J PAWELSKI " (Debtor), government registered agent, a trust, and ward of the government.

## MOTION TO TERMINATE COUNSEL REPRESENTATION, SUBPEONA ORDERS AND INVESTIGATOR

I, John Joseph Pawelski "state" Citizen / "national" 8 USC 1101(a)(21), hereinafter, comes before the court of law by *Special Attendance without accepting any jurisdiction*, reserving all rights under UCC 1-308. John Joseph Pawelski moves and demands the court of law to allow John Joseph Pawelski to terminate counsel representation, whether appointed or on standby.

John Joseph Pawelski, hereby moves and demands this Court of law to be able to attend as a man seeking to protect his unalienable rights as a "state" Citizen / "national" 8 USC 1101(a)(21), not a US citizen. On October 21, 2014, John Joseph

Pawelski, mailed an "Affidavit of Truth" and "Affidavit of Nationality to the U.S. District court clerk to be added to the record to notify the Court of my nationality and possessing full unalienable rights.

John Joseph Pawelski, does not consent to a public defender as an attorney under any circumstance, even by standby and hereby gives refusal for court to commit any such act, either with or without my knowledge.  Having an attorney would compromise my unalienable rights that were granted by the Divine Creator and diminish my standing to a ward of the court and allege me incompetent, i.e., thereby unable to be "heard" by the Judge.

See Corpus Juris Secundum (C.J.S.) legal encyclopedia, volume 7 § 4, it states:
§4 ATORNEY & CLIENT:
7 C.J.S.

*"His first duty is to the courts and the public, not to the client: and whenever the duties to his client conflict with those he owes as an officer of the court in the administration of justice, the former must yield to the latter."*

*§§ 2-3 ATTORNEY & CLIENT*
7 C.J.S.
*"A client is one who applies to a lawyer or counselor for advice and direction in a question of law, or commits his cause to his management in prosecuting a claim or defending against a suit in a court of justice[21] one who communicates facts to an attorney expecting professional advice[23] clients are also called "wards of the court"." "In propria persona / in prowpriya persowna /. "In one's own proper person".  It was formerly a rule in pleading that pleas to the jurisdiction, as an attorney is an officer of the court, and he is presumed to plead after having obtained leave, which admits the jurisdiction".*

Having counsel upon John Joseph Pawelski would cause irreparable harm and damage because it trespasses upon his unalienable rights that are endowed by the Divine Creator.  By John Joseph Pawelski to have counsel essentially makes John Joseph Pawelski a ward of the court of law and this can never be rectified.  Therefore, until jurisdiction is proven and perfected by Plaintiff, John Joseph Pawelski as General Executor of this matter moves and demands the court of law allow him the opportunity to defend his unalienable rights that were endowed by the Divine Creator without impedance by appointing counsel and court procedures.

**JUDICIAL NOTICE**:  ***John Joseph Pawelski does not consent to the Prosecutor representing John Joseph Pawelski in the flesh to make any accusations or any veiled representation to act in John Joseph Pawelski behalf.***

John Joseph Pawelski hereby cancels the orders for subpoenas issued by the court from the October 6 hearing, and the investigator requested

**John Joseph Pawelski MOVES and demands this court of to grant this MOTION TO TERMINATE COUNSEL REPRESENTATION, SUBPEONA ORDERS, AND INVESTIGATOR.**

Conclusion

Because the plaintiff has failed to enter any facts that the court has any authority over me, let it be known that the plaintiff will now hereby be acting in direct violation of the Colorado Constitution if I am forced to continue to participate in this process to prevent entering into a state of dishonor.  As such, the court should either strike any complaint filed against me, or dismiss it with prejudice.

Dated this 22nd day of October 2014

BY: _John Joseph Pawelski_

John Joseph Pawelski "state" Citizen

1
2
3
4

CERTIFICATE OF SERVICE

5    I certify that a true copy of the foregoing motion to terminate counsel representation, subpoena

6    orders, and investigator was delivered via First Class Mail on  this 22nd day of October 2014 to

7    the Clerk of the Court, which will send notification of such filing to all counsel of record.

8                                                                        Respectfully Submitted,

9
10
11
12                                                                    John Joseph Pawelski
13                                                                    6432 Rockville Drive
                                                                  Colorado Springs, Colorado
14                                                                      (719) 660-8003
15
16
17
18
19
20
21
22
23
24
25
26
27
28