REGISTERED MAIL # RE 548 051 549 US

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 29 2014

JEFFREY H. COLWELL
CLERK

UNITED STATES OF AMERICA )
Etc., et al )
 )
Plaintiff, )
 )
v. )
 )
 )
 )
 )
 )
MIMI VIGIL )
 )
Defendant. )

CASE NO.

13-cr-00392-CMA-2

NOTICE ENTRY OF APPEARANCE
AS A THIRD PARTY OF INTEREST

MANDITORY JUDICIAL NOTICE

**AFFIDAVIT OF TRUTH**

MANDATORY JUDICIAL NOTICE

NOTICE OF INDEMNIFICATION
CONTRACT WITH UNITED STATES

REGISTERED MAIL

RE 548 051 549 US

Label 200, August 2005          PSN 7690-03-000-9311

COMES NOW, Affiant Mimi Vigil,

"state" Citizen/U.S.A. "national" 8 USC 1101(a)(21) A citizen is defined as: "Any white person born in the United States, or naturalized person born out of the same, who has not lost his right as such, - including men, women, and children.", with an

Notice Entry of Appearance as a third party of interest on this court of record on and for

**MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES**

Page 1 of 12

the public record, a real flesh and blood woman of the age of majority, by Special Attendance,

*("A shipowner who sends his vessel into a foreign port gives notice by his flag to all who enter into contracts with the master that he intends the law of that flag to regulate such contracts, and that they must either submit to its operation or not contract with him." Ruhstrat v. People, 185 Ill. 133, 57 N.E. 41, 49 L.R.A. 181, 76 Am.St.Rep. 30,)*

In Uniform with a fully marked vessel flying flags claiming dual citizenship status Reserving All Rights, hereinafter "Affiant", without accepting the jurisdiction or **THE SURETY** for the Government Registered created all-capital usufruct legal ARTIFICIAL "PERSON" *MIMI VIGIL* (Debtor) a trust, U.S Citizen, Pursuant to Social Security Act of 1935, Specifically **Title V section 502(a) & 502(b)** with the UNITED STATES as the secured party creditor, and sets forth this affidavit in truth to be read and requires action now pursuant to oaths sworn by the magistrate/judge and the officers of the court as public servants and pursuant to the unalienable rights secured for "Affiant" in the Constitution of the United States of America, and Colorado Constitution including the Bill of Rights.

### NOTICE OF INDEMNIFICATION CONTRACT WITH UNITED STATES

Know All Whom these presents, comes now a Peaceful inhabitant Mimi Vigil "state" Citizen / "national" 8 USC 1101(a)(21) **(See Exhibit A, Affidavit's of Nationality)**, hereinafter "Bailor/Naked Owner of "MIMI VIGIL" to give mandatory judicial notice that Affiant accepts the offer of indemnification pursuant to 12 USC 95a(2) and by special appearance in the limited capacity of Naked Owner and Bailor does assign in good faith the reversionary interest in MIMI VIGIL to and for the account of the United States, and acknowledges
12 USC 95(b) as Ratification of acts of President and Secretary of the Treasury under 95a, and in harmony with such, accepts acquittance and discharge by the United States of further obligation and does subscribe and rely on this section in any and all present and future

**MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES**

REGISTERED MAIL # RE 548 051 549 US

transactions in exercise of obligations under contract protected by State and Federal Constitution(s).

In fulfillment of usufructuary duties, the United States has contracted to provide full acquittance and discharge in all matters and release Mimi Vigil from liability in any court. Please update your records and provide any servicing procedures to ensure that all present and future claims, charges and correspondence are all forwarded to the Attorney General and any proper United Stated office for full acquittance and discharge.

Bailor / Naked Owner of MIMI VIGIL does not consent to being surety for MIMI VIGIL and seeks recoupment under UCC 3-102(a)(i) and (ii) which is "quiet enjoyment in original (native) jurisdiction" for each matter associated with Mimi Vigil/MIMI VIGIL interest is a proceed. One trusts that good faith and clean hands will be had by all. Tetelestai!

## MANDATORY JUDICIAL NOTICE: REBUTTAL OF 12 PRESUMPTIONS

1. The *Presumption of **Public Record*** is that any matter brought before a court is a matter for the public record when in fact it is presumed by the members of the private Bar Guild that the matter is a private Bar Guild business matter.

   **This presumption is rebuked and rejected and is hereby demanded the matter is a fact on the Public Record.**

2. The *Presumption of **Public Service*** and that all members of the Private Bar Guild who have all sworn a solemn absolute oath to their Guild then act as public agents of the Government, or "public officials" by making additional oaths of public office that openly and deliberately contradict their private "superior" oaths to their own Guild.

MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES

**This presumption is rebuked and rejected, the claim stands that these private Bar Guild members are legitimate public servants and therefore trustees under public oath; the possibility of this matter being a private matter is rebutted. All private bar guild members, all corporate employees, and government employees/agents engaged in the matter at hand, are deemed to be in public service, as public servants.**

3. The *Presumption of Public Oath* is that all members of the Private Bar Guild acting in the capacity of "public officials" who have sworn a solemn public oath remain bound by that oath and therefore bound to serve honestly, impartially and fairly as dictated by their oath.

   **It is openly challenged and demanded, the presumption stands that the Private Bar Guild members have functioned under their public oath in contradiction to their Guild oath is rebutted. It is openly challenged and such individuals must recuse themselves as having a conflict of interest and cannot stand under a public oath. All public servants acting on behalf of this matter are required to state all sworn oaths, both public and private.**

4. The *Presumption of Immunity* is, that key members of the Private Bar Guild in the capacity of "public officials" acting as judges, prosecutors and magistrates who have sworn a solemn public oath in good faith are immune from personal claims of injury and liability. Immunity is openly challenged and their oath demanded, the

**MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES**

presumption stands that the members of the Private Bar Guild as public trustees acting as judges, prosecutors and magistrates are immune from personal accountability for their actions.

**This is absolutely rebutted. Any person acting as an agent for a nameless, faceless corporation is wholly personally responsible for their actions on behalf of the corporation. All actions incurring any degree of injury will incur Notice of Injury, True Bill including fees, fines, charges and severe financial penalties.**

5. The *Presumption of* **Summons** is, that by custom a summons un-rebutted stands and therefore one who attends Court is presumed to accept a position (defendant, juror, witness) and jurisdiction of the court. Attendance to court is usually invitation by summons. Unless the summons is rejected and returned with a copy of rejection filed prior to choosing to visit or attend, jurisdiction and position as the accused and the existence of "guilt" stands.

   **This presumption is absolutely rebutted, on this occasion, on past occasions, and on all future occasions. However, at no time am I absent, nor silent with regard to the matters at hand.**

6. The *Presumption of* **Custody** is, that by custom if a summons is not rebutted, it stands and therefore one who attends Court is presumed to be a **thing** and therefore liable to be detained in custody by "Custodians". Custodians may only lawfully hold

**MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES**

REGISTERED MAIL # RE 548 051 549 US

custody of property and "things" not flesh and blood soul possessing beings.

**This presumption is absolutely rebutted. I am alive and well and a woman, I am not in custody by Custodians or Guardians. I am not a "thing". I am not the property of the Court. Under no circumstances may I be detained in any way whatsoever, nor at any time, past, present or future.**

7. The *Presumption of the Court of Guardians* is the presumption that as you may be listed as a "resident" of a ward of a local government area, you are a pauper and therefore under the "Guardian" powers of the government and its agents as a "Court of Guardians".

**This presumption is absolutely rebutted. I am at all times the General Executor and General Guardian of all Affiants matters including those currently under discussion, and I am the victim of a system of debtism, employed by a private banking system and upheld by a private Bar Guild.**

8. The *Presumption of Court of Trustees* is that the members of the Private Bar Guild presume you accept the office of trustee as a "public servant" and "government employee" just by attending the Court, as such Courts are always for public trustees by the rules of the Guild and the Court.

**This presumption is absolutely rebutted. Absolutely no jurisdiction, at any time, may be claimed by the Private Bar Guild and the Court over me. The office of trustee is rejected.**

MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES

**The role of public servant and government employee is rejected. However, the need for each of us to contribute to the wellbeing of community is acknowledged and graciously embraced.**

9. The *Presumption of **Government** acting in two roles as **Executor and Beneficiary*** is that for the matter at hand, the Private Bar Guild appoints the judge/magistrate in the capacity of Executor while the Prosecutor acts in the capacity of Beneficiary of the trust for the current matter.
**This presumption is rebutted. I am the General Executor, General Guardian and Beneficiary with regard to all matters pertaining to the legal person MIMI VIGIL, as well as the living flesh and blood woman, Mimi Vigil.**

10. The *Presumption of **Executor De Son Tort***, is the presumption that the accused does seek to assert their right as Executor and Beneficiary over their body, mind, soul living woman they are acting as an Executor De Son Tort or a "false executor" challenging the "rightful" judge as Executor. Therefore, the judge/magistrate assumes the role of "true" executor and has the right to have you arrested, detained, fined or forced into a psychiatric evaluation.
    **This is rebutted. Under no circumstances may the Judge attempt to assume the role of Executor and before any personal attendance before a court is undertaken to discuss matters at hand, the Judge will need to put in writing that this is clearly understood, fully disclosed and acknowledged.**

MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES

**Affiant declares her position as executrix.**

11. The *Presumption of Incompetence* is the presumption that you are at least ignorant of the law, therefore incompetent to present yourself and argue properly. Therefore, the judge/magistrate as executor has the right to have you arrested, detained, fined or forced into psychiatric evaluation.

    **This is rebutted. The Law is under scrutiny for its contribution to the current state of the planet, the distribution of rights and resources and the obstruction of Divine Law. In discussion regarding such matters, no privilege of deeming Affiant incompetent is permitted.**

12. The *Presumption of Guilt* is the presumption that as it is presumed to be a private business meeting of the Bar Guild, you are guilty whether you plead "guilty", do not plead or plead "not guilty". Therefore unless you either have previously prepared an affidavit of truth and motion to dismiss with extreme prejudice onto the public record or call demurer, then the presumption is you are guilty and the private Bar Guild can hold you until a bond is prepared to guarantee the amount the guild wants to profit from you.

    **This is rebutted. Under no circumstances is a presumption of Affiants Guilt allowed. Under no circumstances may Affiant be detained. Under no circumstances may any financial transaction occur, in the favor of the Guild until the claims of**

MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES

REGISTERED MAIL # RE 548 051 549 US

1  the private corporations: IRS, United States Treasury,
2  Department of the Treasury, United States of America, et al,
3  are resolved in Affiants favor.
4      I, Mimi Vigil, "state" Citizen, a woman made in God's
5  image and endowed by the Creator with all unalienable Rights
6  and inarguably a Constitutionally protected woman with full
7  bill of rights. Further Affiant sayeth naught.
8
9
10  I certify under penalty of perjury that the information provided in this
11  Affidavit of Truth is true, correct, and complete to the best of my
12  knowledge and ability. Remedy for perjury may only be pursued in a
13  state court under common law.
    Dated this __27th__ day of October, 2014.
14
    Autograph: _/s/ Mimi Vigil_____
15      Affiant: Mimi Vigil, "state" Citizen/U.S.A. "national"
16  State of __Colorado__, County of __El Paso__,
17  signed or attested before me, this __27th__ day of __October__,
18  20__14__ by Mimi Vigil.
19  __Jennifer Stewart_____
20  PRINT NAME—NOTARY PUBLIC—State of Colorado
21  _/s/_____
22  SIGNATURE—NOTARY PUBLIC
23  __Assistant Branch Manager TCF Bank__
24  Title and (Rank)
25  My Commission Expires: __10/30/2017__

> JENNIFER STEWART
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20054019199
> MY COMMISSION EXPIRES OCTOBER 30, 2017

MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES

Page 9 of 12

REGISTERED MAIL # RE 548 051 549 US

## CERTIFICATE OF FILING

I certify that I filed by mail the original in:   CLERK OF THE COURT

UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO

By this method of filing:

REGISTERED MAIL # RE 548 051 549 US

Dated this 27th day of October 2014

By: _____
Mimi Vigil, "state" Citizen

**MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES**

REGISTERED MAIL # RE 548 051 549 US

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served via first class mail the foregoing upon the following:

UNITED STATES ATTORNEYS OFFICE

Matthew T. Kirsch (or designee)
1225 17th Street
Denver, Colorado 80202

Dated this 27th day of October, 2014

By: _____
Mimi Vigil, "state" Citizen

**MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES**

REGISTERED MAIL # RE 548 051 549 US

```
U.S. POSTAL SERVICE    CERTIFICATE OF MAILING
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:
3578 Hartsel Dr #E
Colorado Springs, Colorado
                    80920

One piece of ordinary mail addressed to:
Clerk of the Court
United States District Court
901 19th Street
Denver, Colorado 80294

PS Form 3817, Mar. 1989
```

**MANDATORY JUDICIAL NOTICE of INDEMNIFICATION CONTRACT WITH UNITED STATES**