REGISTERED MAIL # RA 218 088 269 US

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 29 2014

JEFFREY P. COLWELL
CLERK

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CASE NO. |
| | ) |
| Plaintiff, | ) 13-cr-00392-CMA |
| | ) |
| v. | ) MANDITORY JUDICIAL NOTICE |
| | ) |
| | ) Notice of george thomas brokaw |
| | ) the "trust", agent for General Executor |
| | ) Office GEORGE THOMAS BROKAW |
| | ) Estate, make an entry of coming forward |
| | ) "Appearance", as Third party in interest |
| | ) and protector of the |
| GEORGE THOMAS BROKAW | ) GEORGE THOMAS BROKAW estate |
| | ) |
| Defendant. | ) |
| | ) |

COMES NOW, george thomas brokaw, As the protector of the "Estate" and (Annexed Form 56) agent for the General Executor Office GEORGE THOMAS BROKAW estate, make an Entry of coming forward "Appearance", as a third party of interest. For the GEORGE THOMAS BROKAW case # 13-cr-00392-CMA .

## MANDATORY JUDICIAL NOTICE

### Page 1 of 5

REGISTERED MAIL # RA 218 088 269 US

1

Dated this __28__ day of October, 2014.

2                                    _George Thomas Brokaw_

3                       george thomas brokaw, agent for general executor office

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MANDATORY JUDICIAL NOTICE**

REGISTERED MAIL # RA 218 088 269 US

## CERTIFICATE OF FILING

I certify that I filed the original "MANDATORY JUDICIAL NOTICE" and "ANNEXED FORM 56 date stamped Oct. 27, 2014" with;

UNITED STATES DISTRICT COURT, CLERK OF THE COURT;

By this method of filing:

REGISTERED MAIL # RA 218 088 269 US

Dated this _28_ day of October 2014

By: _George Thomas Brokaw_
George Thomas Brokaw, "state" Citizen

**MANDATORY JUDICIAL NOTICE**

**Page 3 of 5**

REGISTERED MAIL # RA 218 088 269 US

1

2

3

4

5

6

7

**CERTIFICATE OF SERVICE**

8

I hereby certify that I caused to be served via first class mail the foregoing

9

10

11

upon the following:

12

13

UNITED STATES ATTORNEYS OFFICE
Matthew T. Kirsch (or designee)
1225 17th Street

14

Denver, Colorado 80202

15

UNITED STATES DISTRICT JUDGE
Christine M. Arguello

16

901 19th Street

17

Denver, Colorado 80294

18

19

Dated this 28 day of October, 2014

20

21

By: _George Thomas Brokaw_____

22

George Thomas Brokaw, "state" Citizen

23

24

25

26

27

28

**MANDATORY JUDICIAL NOTICE**

REGISTERED MAIL # RA 218 088 269 US

1
2
3
4
5

| U.S. POSTAL SERVICE | **CERTIFICATE OF MAILING** |
|---|---|

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:

P.O. Box 8100

Colorado Springs, Colorado
80933 - 8100

One piece of ordinary mail addressed to:

Clerk of the Court

United States District Court

901 19th. Street

Denver, Colorado 80294

PS Form 3817, Mar. 1989

Affix fee here in stamps
or meter postage and
post mark. Inquire of
Postmaster for current
fee.



6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**MANDATORY JUDICIAL NOTICE**

Form **56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I    Identification**

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| GEORGE THOMAS BROKAW | | 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 |

Address of person for whom you are acting (number, street, and room or suite no.)

**IN CARE OF ISAIAH 33 TRUST, P.O. BOX 8100**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Colorado Springs, Colorado 80933-8100**

Fiduciary's name

**GEORGE THOMAS BROKAW estate**

Address of fiduciary (number, street, and room or suite no.)

**IN CARE OF ISAIAH 33 TRUST, P.O. Box 8100**

City or town, state, and ZIP code

**Colorado Springs, Colorado 80933-8100**

Telephone number (optional)
(    )

## Section A.  Authority

1  Authority for fiduciary relationship. Check applicable box:
a  ☐ Court appointment of testate estate (valid will exists)
b  ☐ Court appointment of intestate estate (no valid will exists)
c  ☐ Court appointment as guardian or conservator
d  ☐ Valid trust instrument and amendments
e  ☐ Bankruptcy or assignment for the benefit or creditors
f  ☑ Other. Describe ▶ __General Executor Office for Estate; Agent; brokaw, george thomas, Title 11 USC, sec 558, Title 12 USC 95b__
2a  If box 1a or 1b is checked, enter the date of death ▶ _____
2b  If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶  __effective__
__upon notice by General Executor__

## Section B.  Nature of Liability and Tax Notices

3  Type of taxes (check all that apply):   ☐ Income   ☑ Gift   ☑ Estate   ☐ Generation-skipping transfer   ☐ Employment
☐ Excise   ☑ Other (describe) ▶ __at Article XIV Clause 4 assessment against the estate; Title 12 USC 95A(2)__

4  Federal tax form number (check all that apply): a ☑ 706 series   b ☑ 709   c ☐ 940   d ☐ 941, 943, 944
e ☑ 1040, 1040-A, or 1040-EZ   f ☐ 1041   g ☐ 1120   h ☑ Other (list) ▶ __1099 OID, 1099 A, 1099 MISC, 1096__

5  If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . ▶ ☐
and list the specific years or periods ▶ _____

6  If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box . . . . ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the
form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.        Cat. No. 16375I        Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011)                                                                                      Page **2**

| Part II | **Court and Administrative Proceedings** |
|---------|-------------------------------------------|

Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**
Address of court

**September 23, 2013**

Docket number of proceeding

**901 19th Street**
City or town, state, and ZIP code

**13-cr-00392-CMA**

| | Date | Time | | a.m. | Place of other proceedings |

**Denver, Colorado 80294**   **Nov. 3, 2014**   **9:00**   ☑ a.m.  ☐ p.m.   **Denver, Colorado**

| Part III | **Signature** |
|----------|----------------|

Please
Sign
Here

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

▸ _George Thomas Brokaw_                    **PROTECTOR FOR THE TRUST**        _10-27-14_

Fiduciary's signature                                      Title, if applicable                    Date

Form **56** (Rev. 12-2011)