REGISTERED MAIL # RA 218 088 269 US

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 3 0 2014

JEFFREY P. COLWELL
CLERK

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA

Plaintiff,

v.

GEORGE THOMAS BROKAW

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.

**13-cr-00392-CMA**

**MANDITORY JUDICIAL NOTICE**

**Notice of george thomas brokaw the "trust", agent for General Executor Office GEORGE THOMAS BROKAW Estate, make an entry of coming forward "Appearance", as Third party in interest and protector of the GEORGE THOMAS BROKAW estate**



REGISTERED MAIL

STICKER HERE

COMES NOW, george thomas brokaw, As the protector of the "Estate" and (Annexed Form 56) agent for the General Executor Office GEORGE THOMAS BROKAW estate, make an Entry of coming forward "Appearance", as a third party of interest. For the GEORGE THOMAS BROKAW case # 13-cr-00392-CMA .

**MANDATORY JUDICIAL NOTICE**

**Page 1 of 5**

REGISTERED MAIL # RA 218 088 269 US

Dated this __28__ day of October, 2014.

_george thomas brokaw_

george thomas brokaw, agent for general executor office

REGISTERED MAIL # RA 218 088 269 US

1
2
3          **CERTIFICATE OF FILING**
4
5
6
    I certify that I filed the original "MANDATORY JUDICIAL NOTICE" and "ANNEXED FORM 56
7
    date stamped Oct. 27, 2014" with;
8
9    UNITED STATES DISTRICT COURT, CLERK OF THE COURT;
10          By this method of filing:
11          REGISTERED MAIL # RA 218 088 269 US
12
13          Dated this _28_ day of October 2014
14
15          By: _George Thomas Brokaw_
16              George Thomas Brokaw, "state" Citizen
17
18
19
20
21
22
23
24
25
26
27
28

REGISTERED MAIL # RA 218 088 269 US

1

2

3

4

5

6 **CERTIFICATE OF SERVICE**

7

8 I hereby certify that I caused to be served via first class mail the foregoing

9

10

11 upon the following:

12

13 UNITED STATES ATTORNEYS OFFICE
Matthew T. Kirsch (or designee)
1225 17th Street
14 Denver, Colorado 80202

15 UNITED STATES DISTRICT JUDGE
Christine M. Arguello
16 901 19th Street
Denver, Colorado 80294
17

18

19 Dated this _28_ day of October, 2014

20

21 By: _George Thomas Brokaw_

22 George Thomas Brokaw, "state" Citizen

23

24

25

26

27

28

**MANDATORY JUDICIAL NOTICE**

**Page 4 of 5**

REGISTERED MAIL # RA 218 088 269 US

| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:

P.O. Box 8100

Colorado Springs, Colorado
80933 - 8100

One piece of ordinary mail addressed to:

Clerk of the Court,
United States District Court
901 19th. Street
Denver, Colorado 80294

PS Form 3817, Mar. 1989

Affix fee here in stamps
or meter postage and
post mark. Inquire of
Postmaster for current
fee.



**MANDATORY JUDICIAL NOTICE**

**Page 5 of 5**

Form **56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship
(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I  Identification**

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| GEORGE THOMAS BROKAW | | 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 |

Address of person for whom you are acting (number, street, and room or suite no.)
IN CARE OF ISAIAH 33 TRUST, P.O. BOX 8100

City or town, state, and ZIP code (if a foreign address, see instructions.)
Colorado Springs, Colorado 80933-8100

Fiduciary's name
GEORGE THOMAS BROKAW estate

Address of fiduciary (number, street, and room or suite no.)
IN CARE OF ISAIAH 33 TRUST, P.O. Box 8100

City or town, state, and ZIP code
Colorado Springs, Colorado 80933-8100

Telephone number (optional)
(    )

## Section A.  Authority

**1** Authority for fiduciary relationship. Check applicable box:
- a ☐ Court appointment of testate estate (valid will exists)
- b ☐ Court appointment of intestate estate (no valid will exists)
- c ☐ Court appointment as guardian or conservator
- d ☐ Valid trust instrument and amendments
- e ☐ Bankruptcy or assignment for the benefit or creditors
- f ☑ Other. Describe ▶ General Executor Office for Estate; Agent: brokaw, george thomas, Title 11 USC, sec. 558, Title 12 USC 95b

**2a** If box 1a or 1b is checked, enter the date of death ▶ _____
**2b** If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ _____ **effective**
upon notice by General Executor

## Section B.  Nature of Liability and Tax Notices

**3** Type of taxes (check all that apply): ☐ Income ☑ Gift ☑ Estate ☐ Generation-skipping transfer ☐ Employment
☐ Excise ☑ Other (describe) ▶ at Article XIV Clause 4 assessment against the estate; Title 12 USC 95A(2)

**4** Federal tax form number (check all that apply): a☑ 706 series b☑ 709 c☐ 940 d☐ 941, 943, 944
e☑ 1040, 1040-A, or 1040-EZ f ☐ 1041 g☐ 1120 h☐ Other (list) ▶ 1099 OID, 1099 A, 1099 MISC, 1096

**5** If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . ▶ ☐
and list the specific years or periods ▶ _____

**6** If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box . . . . ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the form number.

**Complete only if the line 6 box is checked.**

| If this item is checked | Enter year(s) or period(s) | If this item is checked | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.   Cat. No. 16375I   Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011)                                                                                                   Page **2**

| Part II | Court and Administrative Proceedings |
|---------|--------------------------------------|

Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Address of court

**901 19th Street**

| City or town, state, and ZIP code | Date | Time | | | Place of other proceedings |
|---|---|---|---|---|---|

Date proceeding initiated: **September 23, 2013**

Docket number of proceeding: **13-cr-00392-CMA**

**Denver, Colorado 80294** | **Nov. 3, 2014** | **9:00** | ☑ a.m. ☐ p.m. | **Denver, Colorado**

| Part III | Signature |
|----------|-----------|

**Please Sign Here**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

▶ _Denze Thoma Braham_

Fiduciary's signature

**PROTECTOR FOR THE TRUST**

Title, if applicable

10-27-14

Date

Form **56** (Rev. 12-2011)