REGISTERED MAIL # RE 548 051 552 US

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 3 0 2014

JEFFREY P. COLWELL
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. |
| Plaintiff, ) | 13-cr-00392-CMA |
| ) | |
| v. ) | **MANDITORY JUDICIAL NOTICE** |
| ) | |
| ) | Notice of mimi vigil the "trust", agent for General Executor Office MIMI VIGIL Estate, make an entry of coming forward "Appearance", as Third party in interest and protector of the MIMI VIGIL estate |
| MIMI VIGIL ) | |
| Defendant. ) | |

REGISTERED MAIL

RE 548 051 552 US

Label 200, August 2005    PSN 7690-03-000-9311

COMES NOW, mimi vigil, As the protector of the "Estate" and (Annexed Form 56) agent for the General Executor Office MIMI VIGIL estate, make an Entry of coming forward "Appearance", as a third party of interest. For the MIMI VIGIL case # 13-cr-00392-CMA .

**MANDATORY JUDICIAL NOTICE**

Page 1 of 5

REGISTERED MAIL # RE 548 051 552 US

1  Dated this 28th day of October, 2014.

2  _____
3  mimi vigil, agent for general executor office

**MANDATORY JUDICIAL NOTICE**

**Page 2 of 5**

REGISTERED MAIL # RE 548 051 552 US

## CERTIFICATE OF FILING

I certify that I filed the original "MANDATORY JUDICIAL NOTICE" and "ANNEXED FORM 56 date stamped Oct. 27, 2014" with;

UNITED STATES DISTRICT COURT, CLERK OF THE COURT;

By this method of filing:

REGISTERED MAIL # RE 548 051 552 US

Dated this 28th day of October 2014

By: /s/ Mimi Vigil
Mimi Vigil, "state" Citizen

**MANDATORY JUDICIAL NOTICE**

Page 3 of 5

REGISTERED MAIL # RE 548 051 552 US

1
2
3
4
5
6
7

## CERTIFICATE OF SERVICE

8
9
10
11  I hereby certify that I caused to be served via first class mail the foregoing
12  upon the following:
13
14  UNITED STATES ATTORNEYS OFFICE
    Matthew T. Kirsch (or designee)
    1225 17th Street
15  Denver, Colorado 80202

16  UNITED STATES DISTRICT JUDGE
    Christine M. Arguello
17  901 19th Street
    Denver, Colorado 80294
18
19
20  Dated this 28th day of October, 2014
21
22  By _____
    Mimi Vigil, "state" Citizen
23
24
25
26
27
28

**MANDATORY JUDICIAL NOTICE**

**Page 4 of 5**

REGISTERED MAIL # RE 548 051 552 US

| U.S. POSTAL SERVICE | **CERTIFICATE OF MAILING** |
|---|---|
| MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER | Affix fee here in stamps or meter postage and post mark. Inquire of Postmaster for current fee. |

Received From:
3578 Hartsel Dr. #E
Colorado Springs, CO
80920

One piece of ordinary mail addressed to:
Clerk of the Court
United States District Court
901 19th Street
Denver, Colorado 80294

PS Form 3817, Mar. 1989



OCT 28 2014

USA 70

**MANDATORY JUDICIAL NOTICE**

Page 5 of 5

| Form **56** (Rev. December 2011) Department of the Treasury Internal Revenue Service | **Notice Concerning Fiduciary Relationship** (Internal Revenue Code sections 6036 and 6903) | OMB No. 1545-0013 |
|---|---|---|

### Part I — Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| MIMI M. VIGIL | | 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 |

Address of person for whom you are acting (number, street, and room or suite no.)
IN CARE OF VIGIL TRUST   c/o 3578 Hartsel Dr #E

City or town, state, and ZIP code (If a foreign address, see instructions.)
Colorado Springs, Colorado 80920

Fiduciary's name
MIMI MICHELLE VIGIL estate

Address of fiduciary (number, street, and room or suite no.)
IN CARE OF VIGIL TRUST   c/o 3578 Hartsel Dr #E

City or town, state, and ZIP code
Colorado Springs, Colorado 80920

Telephone number (optional)
( 719 ) 440-7530

### Section A. Authority

**1** Authority for fiduciary relationship. Check applicable box:
- a ☐ Court appointment of testate estate (valid will exists)
- b ☐ Court appointment of intestate estate (no valid will exists)
- c ☐ Court appointment as guardian or conservator
- d ☐ Valid trust instrument and amendments
- e ☐ Bankruptcy or assignment for the benefit or creditors
- f ☑ Other. Describe ▶ **General Executor Office for Estate; Agent: vigil, mimi michelle. Title 11 USC 558, Title 12 USC 95b**

**2a** If box 1a or 1b is checked, enter the date of death ▶

**2b** If box 1c–1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ **effective upon notice** by general executor

### Section B. Nature of Liability and Tax Notices

**3** Type of taxes (check all that apply): ☐ Income  ☑ Gift  ☑ Estate  ☑ Generation-skipping transfer  ☐ Employment
☐ Excise  ☑ Other (describe) ▶ **Article XIV Clause 4 assessment against the estate; Title 12 USC 95A(2)**

**4** Federal tax form number (check all that apply): a☑ 706 series  b☑ 709  c☑ 940  d☐ 941, 943, 944
e☑ 1040, 1040-A, or 1040-EZ   f☐ 1041   g☐ 1120   h☑ Other (list) ▶ **1099 OID, 1099 A, 1099 MISC, 1096**

**5** If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . . ▶ ☐
and list the specific years or periods ▶

**6** If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box . . . . ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

**For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.**   Cat. No. 16375I   Form **56** (Rev. 12-2011)

*[Stamp: INTERNAL REVENUE SERVICE W&I TAS FIELD ASSISTANCE, COLORADO SPRINGS, CO 80906, OCT 27 14, RECEIVED, 2:10 PM]*

Form 56 (Rev. 12-2011)                                                                                              Page **2**

**Part II**  **Court and Administrative Proceedings**

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
| --- | --- |
| **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO** | **September 23, 2013** |
| Address of court | Docket number of proceeding |
| **901 19th Street** | **13-cr-00392-CMA** |

| City or town, state, and ZIP code | Date | Time | a.m. ☑ / p.m. ☐ | Place of other proceedings |
| --- | --- | --- | --- | --- |
| **Denver, Colorado 80294** | **11/3/2014** | **9:00** | a.m. | **Denver, Colorado** |

**Part III**  **Signature**

Please Sign Here

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

_[signature]_     **PROTECTOR FOR THE TRUST**     10/27/14
Fiduciary's signature                Title, if applicable                        Date

Form **56** (Rev. 12-2011)