# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2014 NOV -3  AM 8:34
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) CASE NO. 13-cr-00392-CMA |
| | ) |
| v. | ) **MANDITORY JUDICIAL NOTICE** |
| | ) |
| | ) **Notice of John Joseph Pawelski** |
| | ) **the "trust" agent for General Executor** |
| | ) **Office JOHN J PAWELSKI** |
| | ) **Estate, make an entry of coming forward** |
| | ) **"Appearance", as Third party in interest** |
| | ) **and protector of the** |
| JOHN J PAWELSKI | ) **JOHN J PAWELSKI estate** |
| | ) |
| Defendant. | ) |
| | ) |

COMES NOW, john joseph pawelski, As the protector of the "Estate" and, (Annexed Forms UCC FINANCING

STATEMENT # 20142102176 & UCC FINANCING STATEMENT AMENDMENT # 20142102177) (5 pages)

agent for the General Executor Office  of the JOHN J PAWELSKI estate, make an Entry of coming forward

"Appearance", as a third party of interest. For the JOHN J PAWELSKI case # 13-cr-00392-CMA .

### CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing **MANDATORY JUDICIAL NOTICE** was hand delivered on  this 3rd day

of November 2014 to the Clerk of the Court, which will send notification of such filing to all counsel of record.

Respectfully Submitted,

John Joseph Pawelski
6432 Rockville Drive
Colorado Springs, Colorado

██████████████████

██████████████████
██████████████████
██████████████████

# UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS**

A. NAME & PHONE OF CONTACT AT FILER [optional]

john 719-660-8003

B. E-MAIL CONTACT AT FILER [optional]

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐Attorney General United States

  U.S. Department of Justice

  950 Pennsylvania Ave, NW

⌐Washington, D.C. 20530-0001  ⌐

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME – Provide only one Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| **1a. ORGANIZATION'S NAME** JOHN J PAWELSKI | | | | |
| OR **1b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **1c. MAILING ADDRESS** ST. ELIZABETH HOSPITAL | **CITY** CHICAGO | **STATE** IL | **POSTAL CODE** 60622 | **COUNTRY** USA |

2. DEBTOR'S NAME – Provide only one debtor name (2a or 2b) (use exact, full name; do not omit, modify or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in line 2b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| **2a. ORGANIZATION'S NAME** JOHN J PAWELSKI | | | | |
| OR **2b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **2c. MAILING ADDRESS** ILLINOIS SECRETARY OF STATE | **CITY** SPRINGFIELD | **STATE** IL | **POSTAL CODE** 62756 | **COUNTRY** USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| **3a. ORGANIZATION'S NAME** | | | | |
| OR **3b. INDIVIDUAL'S SURNAME** Pawelski | FIRST PERSONAL NAME John | ADDITIONAL NAME(S)/INITIAL(S) Joseph | | SUFFIX |
| **3c. MAILING ADDRESS** c/o P.O. Box 75341 | **CITY** Colorado Springs | **STATE** CO | **POSTAL CODE** 80970-5341 | **COUNTRY** USA |

4. COLLATERAL This financing statement covers the following collateral

All property belonging to the Debtor / Bailee belongs to the Secured Party:
property and persons of the secured party subject to claims and defenses by secured party; Declaration of Independence for the protection and defense of the self-evident truth, and; State as administrator and usufructuary, and; Secured Party retains quiet enjoyment of property and persons with the care and maintenance provided by usufructuary. Being age of majority, secured party exercises a claim in recoupment for pledge and grant of bailment of person and property (credit / value of living soul) in State of infancy accepted by and delivered to debtors / Bailees as consideration for act of bailment by secured party.

5. Check only if applicable and check only one box. Collateral is ☒ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6. Check only if applicable and check only one box.
☐ Public-Finance Transaction ☒ A Debtor is a Transmitting Utility

7. ALTERNATIVE DESIGNATION [if applicable]: ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☒ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA

**401 FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (OR REV. 06/13)**

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 11/01/2014 14:30:04 PM
Master ID: 20142102176
Validation Number: 20142102176
Amount: $8.00

## Debtor: (Organization)

Name: JOHN J PAWELSKI
Address1: ST. ELIZABETH HOSPITAL
Address2: 219 W. CHICAGO AVENUE

| | | |
|---|---|---|
| City: CHICAGO | State: IL | ZIP/Postal Code: 60622 |
| Province: USA | Country: United States | |

Collateral is held in a Trust.

## Debtor: (Organization)

Name: JOHN J PAWELSKI
Address1: ST. ELIZABETH HOSPITAL
Address2: 219 W. CHICAGO AVENUE

| | | |
|---|---|---|
| City: CHICAGO | State: IL | ZIP/Postal Code: 60622 |
| Province: USA | Country: United States | |

The debtor is a transmitting utility.

## Debtor: (Organization)

Name: JOHN J PAWELSKI
Address1: ILLINOIS SECRETARY OF STATE
Address2: 213 STATE CAPITAL

| | | |
|---|---|---|
| City: SPRINGFIELD | State: IL | ZIP/Postal Code: 62756 |
| Province: USA | Country: United States | |

Collateral is held in a Trust.

## Debtor: (Organization)

Name: JOHN J PAWELSKI
Address1: ILLINOIS SECRETARY OF STATE
Address2: 213 STATE CAPITAL

| | | |
|---|---|---|
| City: SPRINGFIELD | State: IL | ZIP/Postal Code: 62756 |
| Province: USA | Country: United States | |

The debtor is a transmitting utility.

## Secured Party: (Individual)

| Last name: pawelski | First name: john | Middle name: joseph | Suffix: |
|---|---|---|---|

Address1: c/o P.O. Box 75341
Address2:

| | | |
|---|---|---|
| City: Colorado Springs | State: CO | ZIP/Postal Code: 80970-5341 |
| Province: USA | Country: United States | |

This secured party is an assignor

## Secured Party: (Individual)

| Last name: pawelski | First name: john | Middle name: joseph | Suffix: |
|---|---|---|---|

Address1: c/o P.O. Box 75341
Address2:

| | |
|---|---|
| City: Colorado Springs | State: CO |

Page 1 of 2

ZIP/Postal Code: 80970-5341

Province: USA                          Country: United States

## Collateral

**Description:**

All property belonging to the Debtor / Bailee belongs to the Secured Party:
property and persons of the secured party subject to claims and defenses by secured party; Declaration of Independence for the protection and defense of the self-evident truth, and; State as administrator and usufructuary, and;  Secured Party retains quiet enjoyment of property and persons with the care and maintenance provided by usufructuary.
Being age of majority, secured party exercises a claim in recoupment for pledge and grant of bailment of person and property (credit / value of living soul) in State of infancy accepted by and delivered to debtors / Bailees as consideration for act of bailment by secured party.

## Optional Information

## Alternative designation:

In this financing statement, the terms "debtor" and "secured party" shall be read to mean: Bailee/Bailor

This financing statement is a: Agricultural Lien

## Optional filer reference data/miscellaneous information:

reference Illinois divivion certificate number 112-48-6051731

■■■■■■■■■■
■■■■■■■■■■
■■■■■■■■■■

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**john - 719-660-8003**

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

⌐ Attorney General United States
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC. 20530-0001 ⌐

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a | INITIAL FINANCING STATEMENT FILE NUMBER | 1b | ✓ | This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS |
|---|---|---|---|---|
| | *20142103176* | | | Filer attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement.

**3.** ☑ **ASSIGNMENT** (full or partial) Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** **PARTY INFORMATION CHANGE**

Check one of these two boxes                    AND Check one of these three boxes to·

This Change affects ☐ Debtor or  ☑ Secured Party of Record    ☐ CHANGE name and/or address  Complete item 6a or 6b, and item 7a or 7b and item 7c    ☐ ADD name.  Complete item 7a or 7b, and item 7c    ☐ DELETE name  Give record name to be deleted in item 6a or 6b

**6.** CURRENT RECORD INFORMATION:  Complete for Party Information Change – provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | 6b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | Pawelski | John | Joseph | |

**7.** CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change – provide only one name (7a or 7b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a ORGANIZATION'S NAME |
|---|
| **United States** |

OR | 7b INDIVIDUAL'S SURNAME |

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)
**MAILING ADDRESS C/O: United States of America**

| 7c MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 Pennsylvania Ave. NW | Washington | DC | 20220 | USA |

**8.** ☑ **COLLATERAL CHANGE:** Also check one of these four boxes    ☐ ADD collateral    ☐ DELETE collateral    ☐ RESTATE covered collateral    ☑ ASSIGN collateral

Indicate collateral.

reversionary interest assign to and for the account of the UNITED STATES  upon condition
property so received be sold and the proceeds used to reduce the public debt as gratitude for the
extension of hospitality for the gift of safe harbor as per 12 U.S. Code 95a(2)

**9.** NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)

If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing DEBTOR

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | Pawelski | John | Joseph | |

**10.** OPTIONAL FILER REFERENCE DATA

404 FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (Rev. 06/13)

# UCC Financing Statement Amendment

**Colorado Secretary of State**
Date and Time: 11/01/2014 14:37:52 PM
Master ID: 20142102176
Validation Number: 20142102177
Amount: $8.00

## Initial Financing Statement

File #: 20142102176          File Date: 11/01/2014 14:30:04 PM          Filing office:  Secretary of State

## Collateral

This amendment restates collateral

**Description:**

reversionary interest assign to and for the account of the UNITED STATES upon condition property so received be sold and the proceeds used to reduce the public debt as gratitude for the extension of hospitality for the gift of safe harbor as per 12 U.S. Code 95a(2)

*Pay To The Order OF*

*United States*

*Without Recourse*