**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   13-cr-00392-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1.    George Thomas Brokaw,
    2.    John J. Pawelski, and
    3.    Mimi M. Vigil,

    Defendants.

---

**GOVERNMENT'S MOTION TO MODIFY BOND CONDITIONS**

---

    The United States respectfully requests that the Court modify the Defendants' conditions of release to impose a condition that the Defendants be subject to GPS monitoring.   This motion is based on the Defendants' obvious reluctance to abide by the Court's orders, displayed during the first day of trial yesterday, and the need to reasonably assure the Defendants' appearance at the return of a verdict in this matter, as ordered by the Court yesterday.

    Title 18, United States Code, Section 3142(c) allows a court to amend an order of release "at any time."   In this case, the Defendants have repeatedly stated their beliefs that the Court has no jurisdiction over them.   During jury selection, they attempted to walk out of the court room despite an order from the Court to remain and were stopped only by a court security officer.   Requiring the Defendants to submit to GPS monitoring

1

will place a minimal additional limitation upon the Defendants but will provide the Court and law enforcement with the ability to quickly locate and apprehend the Defendants if they choose to disregard the Court's order requiring them to appear at the return of the verdict in the trial of this matter.

The government has not had an opportunity to confer with the Defendants about this motion but assumes that they will oppose it.

Respectfully submitted this 4th day of November, 2014,

        JOHN F. WALSH
        United States Attorney


        s/ Matthew T. Kirsch
        MATTHEW T. KIRSCH
        MARTHA A. PALUCH
        Assistant U.S. Attorneys
        1225 17th Street, Suite 700
        Denver, CO 80202
        Telephone 303-454-0100
        Facsimile 303-454-0402
        Email: martha.paluch@usdoj.gov
              matthew.kirsch@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on this 4th day of November, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.   I also emailed the foregoing to the following e-mail addresses:

George Thomas Brokaw, Pro Se
tombrokaw33@msn.com

John J. Pawelski, Pro Se
Johnski9999@gmail.com

Mimi M. Vigil, Pro Se
Rubyred5050@gmail.com


               *s/Dee Boucher*
               United States Attorney's Office