# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2014 NOV -6  AM 7:27
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. |
| Plaintiff, ) | 13-cr-00392-CMA |
| ) | |
| v. ) | MANDITORY JUDICIAL NOTICE |
| ) | |
| ) | Notice of Mimi Michelle Vigil |
| ) | the "trust" agent for General Executor |
| ) | Office MIMI MICHELLE VIGIL |
| ) | Estate, bring forth Indemnity Bond |
| MIMI MICHELLE VIGIL ) | |
| Defendant. ) | |

COMES NOW, vigil, Mimi Michelle, As the protector of the "Estate" and, (Annexed Forms SUPERCEDING INDICTMENT, AND UCC FINANCING STATEMENT # 2014054304 & UCC FINANCING STATEMENT AMENDMENT # 2014062993 (5 pages) agent for the General Executor Office of the MIMI MICHELLE VIGIL estate, make an Entry of coming forward "Appearance", as a third party of interest. For the MIMI MICHELLE VIGIL case # 13-cr-00392-CMA .

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing **MANDATORY JUDICIAL NOTICE** was hand delivered on this 6th day of November 2014 to the Clerk of the Court, with notice hand delivered to all counsel of record.

Respectfully Submitted,

*Mimi Michelle Vigil* (signature)

Mimi Michelle Vigil
3578 Hartsel Dr.#E
Colorado Springs, Colorado

| | | |
|---|---|---|
| **UNCITRAL CONVENTION**<br>**UNIDROIT**<br><br>*38 STAT 265*<br>Demand for Lawful<br>Money for all transaction<br>[*cf. 12 usc § 411*]<br><br> | <br>RE 548 051 566 US | *40 STAT. 415*<br>Acquittance and Discharge<br>from Further obligation<br>[*cf. 12 usc § 411*]<br><br> |

32 Stat. 1803; Treaty Series 403 §§ 43, 44, 45, and 55 22 Stat. 940; Treaty Series 377 § 5
General Orders No. 100: Lieber Code of 1863: Article two, Article seven, and Article thirty-eight

## DECLARATION OF PEACE AND INDEMNITY BOND
**Private Issue under Exemption / Safe Harbour Laws - Non-Negotiable - Void where prohibited by Law**

UNCITRAL CONVENTION ARTICLES 1-7, ARTICLES 11, 12, 13, 46(3), 47(1) (4-c), 53
PURSUANT TO AND IN ACCORDANCE WITH FINAL ARTICLES OF THE UNCITRAL CONVENTION IN EFFECT ON THE DATE HEREOF
For enforcement of United States constitution amendment fourteen, authorized per act of congress: 40 STAT. 411, Trading with the enemy act 1917
Issued in reliance upon 96 Stat. 972 [*cf.* 31 usc § 3713] and 40 stat. 415 [*cf.* 12 usc § 95a(2)]

**Issuer:** MIMI MICHELLE VIGIL® estate
**Grantor:** vigil, mimi michelle, *"state"* Citizen, U.S.A. "national" as defined by 8 USC § 1101(a)(21)
**Office of the General Executor General:** Agent vigil, mimi michelle
**Trustee:** United States of America, Equal and Superior Respondents
**Beneficiary:** United States, any who assist, MIMI MICHELLE VIGIL®
**Payee:** United States Treasury
**Registered Holder and Fiduciary:** Jacob J. Lew, Secretary of the U.S. Treasury
   (or current holder of said Office, any/all heirs, agents, successors, and assigns)
   c/o 1500 Pennsylvania Ave N.W., Washington, DC 20220

*KNOW ALL MEN BY THESE PRESENTS,* to facilitate lawful commerce and foster peaceful international intercourse in the absence of substance backed currency in circulation; **Issuer** with honourable intentions does hereby issue this **DECLARATION OF PEACE AND INDEMNITY BOND**. This Instrument is authorized and issued pursuant to the Wishes and Freewill Act and Deed of Grantor, and is pledged in Good Faith and Belief to the United States Treasury (care of **Fiduciary**), as Assurance to the United States, and its allies, of our alliance with all peaceful nations for the greater good of all mankind. Grantor, a living soul/"state" Citizen, U.S.A. "national" as defined by 8 USC § 1101(a)(21), remains an ambassador in service to the Creator under His Will.

   **Issuer** does herewith knowingly and with full disclosure, hold, bind and obligate itself, by this Instrument as surety, in an unlimited amount for the FULL FAITH AND CREDIT GUARANTEED BY UNITED STATES for the functional currency of the United States. **Fiduciary** has been entered in the books of Executor and Issuer as the registered Holder of this Instrument, and shall post the full face value of the estate as an asset of the United States Treasury to be used only as set forth in the bond order below.

   **Fiduciary** shall have ten (10) days from [de]livery, evidenced by U.S. Post Registry, to refuse this Instrument and related duties and liabilities with cause, by returning the original unaltered Instrument by way of Registered Post, care of the Executor, outlining the cause(s) for refusal. Notice and Service are not waived. Service in any other manner shall be defective. Failure to dishonour and return this original Instrument with a refusal for cause within ten (10) days as expressed herein, shall stipulate **Fiduciary's** honorable acceptance of this Instrument as Holder, and acceptance of all Fiduciary Duties per the terms and conditions contained herein. U.S. Post Registry record shall thereafter be classified as a receipt of indemnity per Lieber Code Article 38.

   This done in Good Faith and Belief [and full accord with Public Law found at Chapter 48, 48 Stat. 112, Public Policy found at House Joint Resolution 192 of June 5, 1933, Public Law 73-10, the Uniform Commercial Code, UNCITRAL, Uniform Securities Transfer Act, Title 12 United States Code Sec. 95a(2), and all related International and Domestic Law], void where prohibited.

### BOND ORDER: ACQUITTANCE AND DISCHARGE FROM FURTHER OBLIGATION

With release of expectancy to and for the account of the United States as pledge in exchange for advancements to and for the account established for *MIMI MICHELLE VIGIL*, et al., to account for, extinguish, and obliterate any debt, duty and obligation, for reconveyance and quiet enjoyment of person and property postliminy: AND WITH any interests in reversions assigned and surrendered to and for the account of the United States, Office of the Secretary of Transportation, equal or superior respondents, for disposal pursuant to 96 Stat. 943 [*cf.* 31 usc § 3113] as a gift of gratitude for extension of Hospitality and Safe Harbor; AND NO PERSON shall be held liable in any court for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this section, or any rule, regulation instruction, or direction issued hereunder AND the validity of the public debt of the United States, authorized by law shall not be questioned. But Neither the United States nor any state shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations and claims shall be held illegal and void.

### GOOD FAITH EFFORT AND ATTEMPT TO SETTLE A DISPUTE WITH CLEAN HANDS AND IN HONOR

INTERNATIONAL POINTS OF AUTHORITY: Law of Nations: Simple Treaty for Protection, Book 1, §§ 192 and 196; Book 2, §§ 104 and 105 Lieber Code of 1863; General Orders 100 §§ 2, 7, and 38 – 32 Stat. 1803; Treaty Series 403: Hague II, 1907; July 29, 1899 §§ 43 and 55 – 22 Stat. 940 ; Treaty Series 377; Red Cross Convention, August 22, 1864 § 5

Done in Good Faith this 5th day of November, 2014 A.D.

**UNCITRAL CONVENTION**

**UNIDROIT**

Agent for the General Executor Office

per: *[signature: Michelle Vigil]*

all rights not expressly granted, expressly reserved

[seal]

**UNCITRAL CONVENTION**
**UNIDROIT**

38 STAT 265
Demand for Lawful
Money for all transaction
[cf. 12 usc § 411]



40 STAT. 415
Acquittance and Discharge
from Further obligation
[cf. 12 usc § 411]



32 Stat. 1803; Treaty Series 403 §§ 43, 44, 45, and 55 22 Stat. 940; Treaty Series 377 § 5
General Orders No. 100: Lieber Code of 1863: Article two, Article seven, and Article thirty-eight

From: vigil, mimi michelle
d/b/a: MIMI MICHELLE VIGIL
c/o 3578 Hartsel Dr #E
Colorado Springs, Colorado

TO: U.S. DEPARTMENT OF THE TREASURY
OFFICE OF THE EXECUTIVE SECRETARY
1500 Pennsylvania Ave, N.W.
Washington, D.C. 20220
Attention: Mr. Jacob Lew

Registered Mail: RE 648 051 566 US

Mr. Jacob Lew:
Enclosed offer is accepted for honor on behalf of the United States, any kind of interest in any kind of property is transferred to State of Colorado as custodian for MIMI M VIGIL with any estate, in expectancy released to and for the account of the United States in exchange for advancements to and for the account established for MIMI M. VIGIL to account for, extinguish, and obliterate any debt, duty and obligation and insuring quiet enjoyment of person and property, self-government, and self-determination any interests in reversion are hereby assigned and surrenered to and for the account of the United States for disposal pursuant to 31 USC 3113 as a gift of gratitude for hospitality and safe harbor. My reliance on this is 40 stat 411, 12 USC 95a (2) and Law of Nations.
Please feel free to call me at (219) 440.7530 between the hours of 8am - 6pm MST, Monday - Fridays. Thank you for your service.

Mimi Michelle Vigil

**International Points of Authority:** Law of Nations: Simple Treaty for Protection, Book 1, §§ 192 and 196; Book 2, §§ 104 and 105 · Lieber Code of 1863; General Orders 100 §§ 2, 7, and 38 · 32 Stat. 1803; Treaty Series 403: Hague II, 1907; July 29, 1899 §§ 43 and 55 · 22 Stat. 940; Treaty Series 377: Red Cross Convention, August 22, 1864 § 5

all rights not expressly granted, expressly reserved · **void where prohibited by law**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00392-CMA

United States of America,

    Plaintiff,

v.

1. George Thomas Brokaw,
2. John J. Pawelski,
3. Mimi M. Vigil, and
4. Clara M. Mueller,

    Defendants.

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this day of: Nov 04, 2014
JEFFREY P. COLWELL
By s/D. Berardi
Deputy

---

**FIRST SUPERSEDING INDICTMENT**
Count 1: 18 U.S.C. § 286
Counts 2-13: 18 U.S.C. § 287
Count 14: 18 U.S.C. § 371
Counts 15-18: 26 U.S.C. § 7212(a)

---

The Grand Jury charges that:

[handwritten annotation: Accepted for honor on behalf of the United States 12 USC 411, 12 USC 95a(2), 36 Stat. 1265, 40 1]

## COUNT 1

George Thomas Brokaw, John J. Pawelski,
Mimi M. Vigil, and Clara M. Mueller
(18 U.S.C. § 286 – Conspiracy to File False Claims for Refund)

### A. Introduction

1.    Defendants George Thomas Brokaw, John J. Pawelski, Mimi M. Vigil, and Clara M. Mueller, during the time periods charged in this Indictment, were all residents of Colorado Springs, Colorado, within the District of Colorado.

1