IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No: 13-CR-00392-CMA

Date: 11/7/14

Time: 9:20

## NOTE TO COURT

__X__   We the jury have a verdict.

_____   We the jury have a question.

_____

_____

_____

Answer from the Court

_____

_____

_____

**PLEASE KEEP AS PART OF THE RECORD**

Court Exhibit __3__