## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00392-CMA

United States of America,

    Plaintiff,

v.

1. George Thomas Brokaw,
2. John J. Pawelski,
3. Mimi M. Vigil,

    Defendants.

---

## VERDICT FORM

---

### Count 1

A.     We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

\_\_\_\_NOT GUILTY

_X_ GUILTY

of the charge in Count 1 of the First Superseding Indictment.

B.     We, the Jury, unanimously find the Defendant, John J. Pawelski,

\_\_\_\_ NOT GUILTY

_X_ GUILTY

of the charge in Count 1 of the First Superseding Indictment.

C.  We, the Jury, unanimously find the Defendant, Mimi M. Vigil,

____ NOT GUILTY

__X__ GUILTY

of the charge in Count 1 of the First Superseding Indictment.

### Count 2

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

____ NOT GUILTY

__X__ GUILTY

of the charge in Count 2 of the First Superseding Indictment.

### Count 3

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

____ NOT GUILTY

__X__ GUILTY

of the charge in Count 3 of the First Superseding Indictment.

### Count 4

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

____ NOT GUILTY

__X__ GUILTY

of the charge in Count 4 of the First Superseding Indictment.

### Count 5

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

\_\_\_\_NOT GUILTY

_X_ GUILTY

of the charge in Count 5 of the First Superseding Indictment.

### Count 6

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

\_\_\_\_NOT GUILTY

_X_ GUILTY

of the charge in Count 6 of the First Superseding Indictment.

### Count 7

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

\_\_\_\_NOT GUILTY

_X_ GUILTY

of the charge in Count 7 of the First Superseding Indictment.

### Count 8

We, the Jury, unanimously find the Defendant, John J. Pawelski,

\_\_\_\_NOT GUILTY

_X_ GUILTY

of the charge in Count 8 of the First Superseding Indictment.

## Count 9

We, the Jury, unanimously find the Defendant, John J. Pawelski,

____NOT GUILTY

_X_ GUILTY

of the charge in Count 9 of the First Superseding Indictment.

## Count 10

We, the Jury, unanimously find the Defendant, John J. Pawelski,

____ NOT GUILTY

_X_ GUILTY

of the charge in Count 10 of the First Superseding Indictment.

## Count 11

We, the Jury, unanimously find the Defendant, John J. Pawelski,

____ NOT GUILTY

_X_ GUILTY

of the charge in Count 11 of the First Superseding Indictment.

## Count 12

We, the Jury, unanimously find the Defendant, Mimi M. Vigil,

___ NOT GUILTY

_X_ GUILTY

of the charge in Count 12 of the First Superseding Indictment.

## Count 14

A.     We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

\_\_\_\_NOT GUILTY

_X_ GUILTY

of the charge in Count 14 of the First Superseding Indictment.

B.     We, the Jury, unanimously find the Defendant, John J. Pawelski,

\_\_\_\_NOT GUILTY

_X_ GUILTY

of the charge in Count 14 of the First Superseding Indictment.

C.     We, the Jury, unanimously find the Defendant, Mimi M. Vigil,

\_\_\_\_NOT GUILTY

_X_ GUILTY

of the charge in Count 14 of the First Superseding Indictment.

## Count 15

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

\_\_\_\_NOT GUILTY

_X_ GUILTY

of the charge in Count 15 of the First Superseding Indictment.

## Count 16

We, the Jury, unanimously find the Defendant, John J. Pawelski,

____ NOT GUILTY

_X_ GUILTY

of the charge in Count 16 of the First Superseding Indictment.

## Count 17

We, the Jury, unanimously find the Defendant, Mimi M. Vigil,

____ NOT GUILTY

_X_ GUILTY

of the charge in Count 17 of the First Superseding Indictment.

Dated: 11/7/14

_____
Jury Foreperson