(ck₁)

**From:** Jacqueline Jennings (jjjennings32@yahoo.com)
**To:** tombrokaw33@msn.com;
**Date:** Thu, June 30, 2011 9:36:02 PM
**Cc:**
**Subject:** Re: Freedom Documents

Thanks for the email. Yes, if you could please call me tomorrow that would be great. I'll wait to hear from you before i schedule my appointment with the irs.

---

**From:** TOM BROKAW <tombrokaw33@msn.com>
**To:** Jacqueline Jennings <jjjennings32@yahoo.com>
**Sent:** Thu, June 30, 2011 5:18:02 PM
**Subject:** RE: Freedom Documents

We can't do much before tomorrow! We have a meeting planned for next weekend. We might be able to get together before then and start some paperwork to explain your status, if you understand it thoroughly. I'll try to call you tomorrow to see if we can coordinate. Tom

---

Date: Thu, 30 Jun 2011 14:54:17 -0700
From: jjjennings32@yahoo.com
Subject: Freedom Documents
To: tombrokaw33@msn.com

Hi Tom,
I hate to bother you, but i am in a pickle. I told the irs guy i would call to reschedule our appointment before july 1st. i really wanted to have my freedom documents ready to go before i met with him. I now have a lien filed against me and keep getting more notices. Im overwhelmed and not sure what to do at this point. I promise im not looking for a free ride. Ive considered getting a lawyer to help, but i really cant afford one, and im not sure how much they would help anyways. Id much prefer to pay you if you charge for your services. Please let me know one way or another. I will meet you at whatever time and place is most convenient and will make it as quick as possible. You can email me or call me back at 303-929-0620.

Page # 225

http://us.mg4.mail.yahoo.com/dc/launch?.gx=1&.rand=ad5nq3lcthtat





6/30/2011

00002556