Print                                                                                        Page 1 of 1

Print - Close Window

Subject:RE: Fwd: final
From:   John Pawelski (johnski69@comcast.net)
To:     jjjennings32@yahoo.com;
Date:   Tue, 23 Aug 2011 20:41:19

Jacqueline,

I made some updates highlighted in yellow. Tom and I will be meeting tomorrow concerning the Bond amount. I should have time tomorrow night to look at the updated document if you have time to change this one.

John Pawelski
Colorado Republic
(719) 660-8003
johnski69@comcast.net

_____

**From:** Jacqueline Jennings [mailto:jjjennings32@yahoo.com]
**Sent:** Friday, August 19, 2011 1:40 PM
**To:** johnski69@comcast.net; TOM BROKAW
**Subject:** Fw: Fwd: final

hey guys,

I finished section 1.  When you have time, would you please take a quick look just to make sure i didnt miss anything obvous...

So what is my next step after this?

Thanks for everything - see you thursday....  i'll bring some more salmon... :)


Page # 231

http://us.mg4.mail.yahoo.com/dc/launch


GOVERNMENT
EXHIBIT
232
13-cr-00392-CMA


8/25/2011

00002562