CERTIFICATE OF SERVICE

On this the 8th day of December, 2014, a true and correct copy of the

MOTION FOR RECONSIDERATION OF COURT ORDER

OF 11/24/14 AND REQUEST FOR FINDINGS OF FACT AND LAW

was hand delivered to the Court of Appeals as a supplement to case 14-468 with the Clerk of the Court.

*john-joseph: pawelski*

8