REGISTERED MAIL # RE 548 051 433 US

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2015 JAN 27 PM 1: 32

JEFFERY P. COLWELL
CLERK

_____ DEP. CLK

UNITED STATES OF AMERICA et. al.,

Plaintiff,

V.

GEORGE THOMAS BROKAW, et. al.,

Named Defendants

NOTICE OF FILING

CASE NO. 13-cr-00392

---

## NOTICE OF FILING

TO:  UNITED STATES DISTRICT Court of Denver Colorado
Honorable Christine M. Arguello
901 19th Street
Denver, CO. 80202

Eric Holder, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue
Washington D.C. 20530-0001

UNITED STATES OF AMERICA
Department of Justice
C/O Matthew Kirsch
1225 17th Street
Suite 700
Denver, CO 80202

1

Notice of Resignation and Substitution of Trustee-Request For Stay of Proceedings

REGISTERED MAIL # RE 548 051 433 US

**PLEASE TAKE NOTICE** that on January 26, 2014, named Defendant, by and through the authorized agent for the Legal Person titled "GEORGE THOMAS BROKAW" as Trustee, filed with the Clerk of the UNITED STATES DISTRICT Court of DENVER Chancery Division on the above specified date for Extrajudicial Service pursuant to Article V of the Hague Convention of 1965, *NOTICE OF RESIGNATION AND SUBSTITUTION OF TRUSTEE -REQUEST FOR STAY OF PROCEEDINGS*, a copy of which is included herewith and hereby served upon you.

Without Prejudice UCC 1-308;

By: _George Thomas Brokaw_ Agent

For named Defendant GEORGE THOMAS BROKAW

2

Notice of Resignation and Substitution of Trustee-Request For Stay of Proceedings

REGISTERED MAIL # RE 548 051 433 US

## DECLARATION OF MAILING

### -Acceptance by Recipient(s) Acknowledged by Delivery Thereto-

The undersigned, affirmed and acting in good faith in his official capacity, certifies that the original enclosures as listed below and a copy of the foregoing was served by mailing the same to the addresses indicated below, by USPS registered mail, return receipt requested and/or Courier with Delivery Confirmation before 5:00 p.m. on January 26 2015.

Without Prejudice UCC 1-308;

By: _George Thomas Brokaw_ , Agent

For named Defendant GEORGE THOMAS BROKAW

**GEORGE THOMAS BROKAW**
**Non-Domestic**
**c/o: Isaiah 33 Trust, P.O. Box 8100**
**Colorado Springs, CO. 80933-8100**

# Mailed To the following Addressee's;

Jacob Lew, in his private capacity   **Registered Mail Number RE 548 052 076 US**
stylized as the "Collector of Customs";
per 40 Stat. 411
Department of The Treasury
1500 Pennsylvania Avenue NW—Annex
Washington D.C. 20220

Eric J. Holder, in his private capacity   **Registered Mail Number RE 548 052 080 US**
stylized as the "Alien Property Custodian";
per 40 Stat. 411
U.S Department of Justice
950 Pennsylvania Avenue NW
Washington D.C. 20530-0001

Christine M Arguello, in her private capacity
UNITED STATES DISTRICT COURT
901 19TH ST.
DENVER, CO. 80202

3

Notice of Resignation and Substitution of Trustee-Request For Stay of Proceedings

REGISTERED MAIL # RE 548 051 433 US

Plaintiff
UNITED STATES OF AMERICA
Department of Justice
C/O Matthew Kirsch
1225 17th Street
Suite 700
Denver, CO 80202

UNITED STATES OF AMERICA et. al,

        Plaintiff,

  V.

GEORGE THOMAS BROKAW, et. al.,

        Named Defendants

**NOTICE OF RESIGNATION AND
SUBSTITUTION OF TRUSTEE
REQUEST FOR STAY OF
PROCEEDINGS**

**CASE NO: 13-cr-00392**

---

**NOTICE OF RESIGNATION AND SUBSTITUTION OF TRUSTEE
REQUEST FOR STAY OF PROCEEDINGS**

**UNITED STATES DISTRICT COURT, Chancery Division** )

**District of Colorado Territory** ) ss.

**The United States of America** )

**TO ALL THESE PRESENTS, SHALL COME, GREETINGS:**

**NOTICE: To ALL** Public Officers/Employees of the **HOLY SEE, VATICAN, CROWN OF ENGLAND, UNITED STATES, STATE OF COLORADO, COUNTY OF EL PASO, UNITED STATES DISTRICT COURT DISTRICT OF COLORADO,** to include any and ALL Judges, Commissioners, Magistrates, Clerks, Bailiffs, The DISTRICT ATTORNEY/ and/or Attorney/Solicitor of Record and any and all officials, claimants, natural persons, connected to, involved in and or hearing the above-referenced ACCUSATIONS related to the above-referenced Commercial Tort and are now Actually and Constructively

4

---

REGISTERED MAIL # RE 548 051 433 US

Noticed and forever held and bound to their **MINISTERIAL DUTIES, FUNCTIONS AND ACTS as EVIDENCED BY THEIR OATH OF OFFICIAL OFFICE**, and  Risk Management Bonds and or State Tort Claim Policy, in pursuance of and in reliance upon [Thompson v Smith. 155 Va. 376. I54 SE 583, 7I ALR 604 and FRC vs. GE 281 U.S. 464; Keller vs. PE 261 U.S. 428, 1 Stat. 138-178 and AISI v US, 568 F2d 284].

**NOW COMES** named Defendant, by and through the authorized agent for the Legal Person titled "GEORGE THOMAS BROKAW" as Trustee (hereinafter-"Agent") enters a Special Appearance in pursuance and reliance upon section UCC 2-301, with this NOTICE OF RESIGNATION AND SUBSTITUITON OF TRUSTEE as per 46 U.S.C. 1247 and Hereby Notices the following facts for the record:

1.    That the laws of equity and the law merchant shall apply to this action.

2.    That named Defendant has the possibility of a reverter, rights of re-entry interest and equitable interest in the all of the trust property (hereinafter-"Real Estate") of the named Defendant GEORGE THOMAS BROKAW, pursuant to a certain Complaint (hereinafter-"First Trust") duly executed by Plaintiff's Counsel of Record naming Plaintiff Grantor/Beneficiary and named Defendant as Trustee, filed for record as the above-referenced Case Number pursuant to the terms and conditions as stated within the First Trust.

(attached and incorporated herein as if fully re-stated by this reference.).

3.    That Agent, for and on behalf of the named Defendant hereby actually and constructively notices this court and any all interested parties and non-record holders of named Defendant's resignation and rejection of the Office of Trustee of the First Trust and the transfer, assignment and conveyance in absolute form of any/all possibility of a reverter, rights of re-entry interest and equitable interest in the all of the Real Estate and the pledge of the same to a Private Trust (hereinafter-"Second Trust")

5

whereas the named Defendant is beneficiary, for the specific purpose of transferring, assigning and conveying any and all possibility of a settling and terminating the First Trust, and the terms and conditions of Second Trust and as directed by the named Defendant as beneficiary of Second Trust. (attached and incorporated herein as if fully re-stated by this reference as **Exhibit A-"Assigned Real Estate and Self Proving Affidavit").**

4.   That the Agent for the named Defendant as beneficiary of Second Trust hereby appoints and authorizes Tomas O'Malley (hereinafter-"Successor") Office of Chief Financial Officer of the UNITED STATES DISTRICT COURT, located at 901 19TH St., Denver, CO. 80202 as Successor Trustee and Fiduciary under the Second Trust, legally describing the Real estate as the claims and value as asserted in the First Trust as above-referenced due to beneficiary of First Trust, and hereby conveys, transfers, delivers and assigns to Successor the Real Estate, as security in good faith pursuance and reliance upon Section 5, 40 Stat. 411(12 U.S.C. 95a(2)),  as a Special deposit for the specific purpose of selling Real Estate and distributing the proceeds of said sale to the Beneficiary of the First Trust to induce settlement and termination of First Trust and the full and complete discharge of any and all liabilities of named Defendant as Trustee of First Trust as per the express terms and provisions of the Second Trust and the Assignment of Real Estate of First Trust thereof and thereto, duly executed by named Defendant as beneficiary of Second Trust and delivered to Successor via Registered Mail, with proper postage pre-paid on 01/26/2015 and attached and incorporated herein as if fully re-stated by this reference.

6

REGISTERED MAIL # RE 548 051 433 US

5.   The Agent hereby declares that said Assignment and delivery thereof to the Successor (and/or anyone acting in his stead), shall upon acceptance by delivery by named Defendant as predecessor Trustee in good faith  to Successor of the Real Estate as Bailor and this Notice, the Successor shall be under no duty to inquire into the acts or doings of the predecessor trustee, and the account rendered and the property received shall be a full and complete discharge of any and all personal liability to the predecessor trustee, without incurring any liability for so doing.

**REQUEST FOR STAY OF PROCEEDINGS**

6.   That Agent requests that this action and any/all proceedings with regard to this action be stayed, due to the giving of security by named Defendant as beneficiary of Second Trust for named Defendant as Trustee for First Trust in good faith.

**ALL RIGHTS RESERVED TO AMEND WITHOUT LEAVE OF COURT**

Autographed and Sealed this 26th day of January, 2015 at El Paso County, Colorado under penalty of perjury, without the "United States" in pursuance and reliance upon your [28 U.S.C 1746].

Without Prejudice UCC 1-308;

By: _George Thomas Brokaw_, Agent
For named Defendant GEORGE THOMAS BROKAW

**VERIFICATION-**

1.    I, the undersigned hereby state that I have firsthand knowledge of all of the facts as stated herein and am competent to testify to matters as such and;

2.    That anything stated herein based off of information and belief, I believe the information to be true to the best of my knowledge and;

3.    That this Verification is made under the penalty of perjury without [the] "United States" in accordance with 28 USC 1746;

7

REGISTERED MAIL # RE 548 051 433 US

Done this 26th day of January, 2015 at El Paso County, Colorado.

Without Prejudice UCC 1-308;

By: _George Thomas Brokaw_ Agent

For named Defendant GEORGE THOMAS BROKAW

-EXHIBIT A-

CERTIFIED COPY OF VERDICT

SELF PROVING AFFIDAVIT

*True Copy = Affidavit of ownership of certificate of title*

8

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00392-CMA

United States of America,

     Plaintiff,

v.

1. George Thomas Brokaw,
2. John J. Pawelski,
3. Mimi M. Vigil,

     Defendants.

I, the undersigned, Clerk of the
United States District Court for the
District of Colorado, do certify that
the foregoing is a true copy of an
original document remaining on file
and record in my office.
WITNESS my hand and SEAL of said
Court this day of *Nov 18, 2014*
JEFFREY P. COLWELL
By   s/D. Berardi
     Deputy

---

## VERDICT FORM

---

### Count 1

A.    We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

\_\_\_\_ NOT GUILTY

_X_ GUILTY

of the charge in Count 1 of the First Superseding Indictment.

B.    We, the Jury, unanimously find the Defendant, John J. Pawelski,

\_\_\_\_\_ NOT GUILTY

_X_ GUILTY

of the charge in Count 1 of the First Superseding Indictment.



C.    We, the Jury, unanimously find the Defendant, Mimi M. Vigil,

_____ NOT GUILTY

_X_ GUILTY

of the charge in Count 1 of the First Superseding Indictment.

### Count 2

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

_____ NOT GUILTY

_X_ GUILTY

of the charge in Count 2 of the First Superseding Indictment.

### Count 3

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

_____ NOT GUILTY

_X_ GUILTY

of the charge in Count 3 of the First Superseding Indictment.

### Count 4

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

_____ NOT GUILTY

_X_ GUILTY

of the charge in Count 4 of the First Superseding Indictment.

**Count 5**

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

_____NOT GUILTY

_X_ GUILTY

of the charge in Count 5 of the First Superseding Indictment.

**Count 6**

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

_____NOT GUILTY

_X_ GUILTY

of the charge in Count 6 of the First Superseding Indictment.

**Count 7**

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

_____NOT GUILTY

_X_ GUILTY

of the charge in Count 7 of the First Superseding Indictment.

**Count 8**

We, the Jury, unanimously find the Defendant, John J. Pawelski,

_____NOT GUILTY

_X_ GUILTY

of the charge in Count 8 of the First Superseding Indictment.



### Count 9

We, the Jury, unanimously find the Defendant, John J. Pawelski,

____ NOT GUILTY

_X_ GUILTY

of the charge in Count 9 of the First Superseding Indictment.

### Count 10

We, the Jury, unanimously find the Defendant, John J. Pawelski,

_____ NOT GUILTY

_X_ GUILTY

of the charge in Count 10 of the First Superseding Indictment.

### Count 11

We, the Jury, unanimously find the Defendant, John J. Pawelski,

____ NOT GUILTY

_X_ GUILTY

of the charge in Count 11 of the First Superseding Indictment.

### Count 12

We, the Jury, unanimously find the Defendant, Mimi M. Vigil,

___ NOT GUILTY

_X_ GUILTY

of the charge in Count 12 of the First Superseding Indictment.

## Count 14

A.   We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

____NOT GUILTY

_X_ GUILTY

of the charge in Count 14 of the First Superseding Indictment.

B.   We, the Jury, unanimously find the Defendant, John J. Pawelski,

____NOT GUILTY

_X_ GUILTY

of the charge in Count 14 of the First Superseding Indictment.

C.   We, the Jury, unanimously find the Defendant, Mimi M. Vigil,

____NOT GUILTY

_X_ GUILTY

of the charge in Count 14 of the First Superseding Indictment.

## Count 15

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

____NOT GUILTY

_X_ GUILTY

of the charge in Count 15 of the First Superseding Indictment.

### Count 16

We, the Jury, unanimously find the Defendant, John J. Pawelski,

____ NOT GUILTY

_X_ GUILTY

of the charge in Count 16 of the First Superseding Indictment.

### Count 17

We, the Jury, unanimously find the Defendant, Mimi M. Vigil,

____ NOT GUILTY

_X_ GUILTY

of the charge in Count 17 of the First Superseding Indictment.

Dated: 11/7/14

_____
Jury Foreperson



For:

GEORGE THOMAS BROKAW as Special deposit, and all of is hereby transferred, endorsed and delivered to "Treasury Financial Officer" the account of and all represented and for the account of the Court and all represented and indorsed and delivered to as per AM Resolution Trust — Trust Agreement "Chief Financial Officer" in trust for the benefit of

by: [signature]

**REGISTERED MAIL # RE 548 052 120 US**

### SELF-PROVING AFFIDAVIT

| | | |
|---|---|---|
| **State of Colorado** | ) | **For Verification Purposes Only** |
| **County of  El Paso** | )ss. | |

We, the below-named witnesses, being first duly sworn, sign our names to this instrument and do hereby declare the undersigned authority that;

    (1) Each of us were present and saw the Grantor sign the Trust Agreement in our presence, and that;

    (2) The Trust Agreement was attested by us in the presence of the Grantor and that;

    (3) We believe the Grantor to be of sound mind and memory at the time of signing or acknowledging the Trust Agreement.

**IN WITNESS WHEREOF**, said Witnesses have hereunto set they're respective hands and Seals.

Executed this 26th day of January, 2015 under penalty of perjury without [the]"United States"at EL PASO County, COLORADO

By: _John Joseph Pawelski_
L/S Witness #1
Printed Name: _John Joseph Pawelski_

By: _mimi michelle vigil_
L/S Witness #2
Printed Name: _mimi michelle vigil_

Subscribed, sworn to and acknowledged before me by the two aforesaid witnesses this 26th day of January, 2015 who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

By _____, Notary Public

My Commission Expires: Oct 28, 2017 _____;   Notary Seal >>>

HEATHER STALTERS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134067438
MY COMMISSION EXPIRES OCTOBER 28, 2017

**AFFIDAVIT OF OWNERSHIP**
*of*
**CERTIFICATE OF TITLE**
*(BIRTH CERTIFICATE)*

---

**TITLE**

# GEORGE THOMAS BROKAW
(Exact name of registrant as specified in its certificate)

---

**REGISTERED NUMBER**

# 1945121885
(State of Ohio Registrant File Number)

---

*True copy*
*of B*
*evidence*

*Annexed*
*Evidence*
*'A'*

**<u>*BE IT KNOWN*</u>;**          That I, Brokaw, George Thomas, *(hereinafter referred to as Registered Owner/ Entitlement Holder),* a living man having certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness, all secured and protected under Treaties and the Constitution establish for the united States of America known as the "Supremacy Clause" the supreme law of the land.

**<u>*WHEREAS*</u>,**          I, Brokaw, George Thomas, Affiant herein to this Affidavit being duly sworn, declare and state that I am of full age of majority *"18"* and legally competent to have firsthand knowledge of the facts stated herein and believe these facts to be true and correct to the best of my knowledge.

**<u>*WHEREAS*</u>,**          I, Brokaw, George Thomas, also depose and state that I am the Registered Owner of record and Entitlement holder, and hold these truths to be self-evident having owners' equity and beneficial interest in the Certificate of Title *(Birth Certificate),* Registered Number: **1945121885**, whose title *(name)* also appears on the face of the instrument as **GEORGE THOMAS BROKAW** by reference of an official Certificate of Live Birth *(a valid Trust Instrument)* recorded **DECEMBER 27, 1945**, and filed in Columbiana County, that further describes property of The George Thomas Brokaw Estate. Said Certificate of Title also appears to be the same certificate held with **TRUST** in good faith for safekeeping by the State of Ohio Registrar of Titles *(Custodian of Records).*

**<u>*NOW, THEREFORE*</u>,**          This *Affidavit of Ownership of Certificate of Title* made in good faith is an actual and constructive notice and that any person may rely upon this Affidavit as evidence of ownership of said property and is relieved of any obligation to verify claim of rights and ownership. The Registrar of Titles shall treat Registered Owner/ Entitlement Holder *(Affiant herein)* as the one legally and lawfully entitled to benefit from said property and the only one duly authorized to act, appoint, assign, conveyed, and/ or execute said Certificate of Title, and that no other parties are allowed without consent from Registered Owner/ Entitlement Holder.

**<u>*IN WITNESS WHEREOF*</u>,**          The Affiant *(Registered Owner/ Entitlement Holder)* has hereunto set his/ her hand and seal

Done this 16 day of January , 2015     By: _____
                                           Brokaw, George Thomas, Registered Owner/ Entitlement Holder

## ACKNOWLEDGMENT OF NOTARY PUBLIC

State of Colorado          )
                           } SS.:
County of El Paso          )

On this date the undersigned named above, personally appeared before me and acknowledged to me on the basis of satisfactory evidence that he or she executed the same in his or hers stated or authorized capacity, and that by his or hers signature on this instrument the person, or entity upon behalf of which the person signed is a free and voluntary act and deed for the uses and purposes therein mentioned.

Date: 1/16/15     By: Lorraine E. Throne , Notary Public

(NOTARY STAMP
 OR SEAL)

My Commission Expires: _____

```
LORRAINE E. THRONE
Notary Public
State of Colorado
Notary ID: 19924012416
My Commission Expires Oct. 10, 2016
```

*(1). Property of The George Thomas Brokaw Estate*



15007095-1

# United States of America



*True copy*
*bTS*
*evidence*

## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Secretary of State of the State(s) of Ohio, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-first day of November, 2014.

*Issued pursuant to CHXIV, State of*
*Sept. 15, 1789. 1 Stat. 68-69; 22*
*USC 2657; 22USC 2651a; 5 USC*
*301; 28 USC 1733 et. seq.; 8 USC*
*1443(f); RULE 44 Federal Rules of*
*Civil Procedure.*

_____
Secretary of State

By _____
Assistant Authentication Officer,
Department of State

VERIFY PRESENCE OF ODH WATERMARK          HOLD TO LIGHT TO VIEW

# STATE OF OHIO
# OFFICE OF VITAL STATISTICS

## CERTIFICATION OF BIRTH

*True copy*
*GTB*
*evidence*

| | | | |
|---|---|---|---|
| **STATE FILE NUMBER** | 1945121885 | **DATE RECORD FILED** | 12/27/1945 |
| **NAME** | GEORGE THOMAS BROKAW | | |
| **DATE OF BIRTH** | 12/11/1945 | **SEX** | Male |
| **BIRTHPLACE** | OHIO | | |
| **MOTHER'S NAME** | HELEN MARIE BROKAW | **FATHER'S NAME** | GEORGE WILLIAM BROKAW |
| **MAIDEN NAME** | MATHEWS | | |
| **MOTHER'S BIRTHPLACE** | OHIO | **FATHER'S BIRTHPLACE** | OHIO |

Note:

This is a true certification of the name and birth facts as recorded in the Office of Vital Statistics, Columbus, Ohio. Witness my signature and seal of the Department of Health this 31 day of January, 2014

*[signature]*

**State Registrar of Vital Statistics**



**CENTRAL LOCATION**

REV. 6/2009

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED
VERIFY PRESENCE OF ODH WATERMARK          HOLD TO LIGHT TO VIEW

subscribed my name and affixed the great

Seal of the Secretary of State of Ohio, at

Columbus, Ohio, this 16th day of

September, 2014.

*[signature]*
**Jon Husted**
*Secretary of State*

C 039154

SEC4000 (Rev. 1/11)

**United States of America**

**State of Ohio**

**Office of the Secretary of State**

*True copy*
*JNB*
*evidence*

I, **JON HUSTED**, *Secretary of State, do hereby certify that I am the duly elected, qualified and acting Secretary of State of the State of Ohio, and I further certify that*      *JUDITH B. NAGY*

*is the duly appointed, State Registrar, Vital Statistics Division , Department of Health, for the State of Ohio.  She is the custodian of the records of Vital Statistics, and that she is the proper official to make said attestation, which is in due form; and that her official acts are entitled to full faith and credit.*

*This certification certifies only the authenticity of the signature of the official who signed the document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp, which the document bears. This certification does not imply that the contents of the document(s) are correct, nor that they have the approval of this office.*



*IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the official Seal of the Secretary of State of Ohio, at Columbus, Ohio, this* 16th *day of* September, 2014.

**Jon Husted**
*Secretary of State*

SEC4000 (Rev. 1/11)

C 039154