**Private Patents & Estates**
**of**
**George Thomas Brokaw**
**John Joseph Pawelski**
**Mimi Michelle Vigil**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2015 JAN 27  PM 1: 30

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

January 26, 2015

**Christine M. Arguello**; Court Administrator; Officer of the Court
United States Federal Court
Denver, Colorado


**Matthew T. Kirsch**; Assistant US Attorney General; Officer of the Court
United States Office of Attorney General
Denver, Colorado

**Robert Ford**: U.S Probation  Office, 212 N. Wahsatch St., Suite 300, Colorado Springs,
CO. 80903

**El Paso County Sheriff Elder,** 27 E. Vermijo, Colorado Springs, CO. 80903


Re: **Case #13-CR-00392cma**


Subject #1: **DEMANDS FOR HABEAS CORPUS**


Subject #2: **REVOCATION OF CONSENT**


    Comes now the alleged "DEFENDANTS," George Thomas Brokaw, John Joseph
Pawelski, and Mimi Michelle Vigil, to DEMAND of this COURT, and the US Attorney
General's Office, that they GRANT, without reservation, obstruction, or delay, the Right
of Habeas Corpus, and to, not ONLY, "produce the body," but "produce the body of
evidence demonstrating this court has LAWful Jurisdiction, Authority, or Power, under
LAWful "Oaths or Affirmations," to have accepted, reviewed, adjudicated, prosecuted,
tried, or convicted the private & Un-INCORPORABLE Natural American individuals
known to all men & women of the Land and Territory of Colorado, as **George Thomas
Brokaw, John Joseph Pawelski,** and **Mimi Michelle Vigil.**

1

Set within these DEMANDS, are the Righteous & Courteous Requests under the Colorado Open Records Act, that **Christine M. Arguello**, and **Matthew T. Kirsch**, produce, "to-the-Record." their current "OATHS OF OFFICE," and the Fidelity/Performance/Surety Bonds, with their associated "BOND Registery No.#'s," which securitize & monetize these "OATHS OF OFFICE," a.k.a. "PROMISSORY OATHS," and "PROMISSORY NOTES," in-Commerce.

Should this COURT choose NOT to produce these "COMMERCIAL INSTRUMENTS" for review, or choose NOT to produce these "DOCUMENTS" "to-the-Record," pursuant to C.O.R.A., this COURT, and US Attorney General, shall place "in-the-Record" their "Objection," "Protest," or "Rebuttal," describing, in particularity, and detail, why such "COMMERCIAL INSTRUMENTS" are NOT to be posted "to-the-Record."

Should such choice be made NOT to produce these "DOCUMENTS," ALL such related "CONTRACTS" associated with these "OATHS OF OFFICE," including the "ORIGINAL CRIMINAL COMPLAINTS," "WRITS," and "WARRANTS," in ALL forms, filed in the case against the Private Patents & Estates of the individuals, **George Thomas Brokaw, John Joseph Pawelski**, and **Mimi Michelle Vigil**, SHALL BE VACATED, and determined to be NULL & VOID upon their issuance, and/or execution.

As clearly evidenced in the **US Constitution's IX Amendment**, which states;

*"The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."*

Furthermore; It is "suspected," and "assumed," that, the "Contents" of these "OATHS OF OFFICE," will demonstrate that **Christine M. Arguello**, and **Matthew T. Kirsch**, have uttered, spoken, vowed, attested, and pledged, under a sacred image, or icon, their

2

allegiance to "support, defend, and protect, the Constitution of Colorado, and/or the Constitution of the uNited States of America," and these "OATHS OF OFFICE" were FILED & REGISTERED under the Penalty of Perjury, should they defile their "SOLEMN OATHS."

**18 USC § 1016 - Acknowledgment of appearance or oath;**

"Whoever, being an officer authorized to administer oaths or to take and certify acknowledgments, knowingly makes any false acknowledgment, certificate, or statement concerning the appearance before him or the taking of an oath or affirmation by any person with respect to any proposal, contract, bond, undertaking, or other matter submitted to, made with, or taken on behalf of the United States or any department or agency thereof, concerning which an oath or affirmation is required by law or lawful regulation, or with respect to the financial standing of any principal, surety, or other party to any such proposal, contract, bond, undertaking, or other instrument, shall be fined under this title or imprisoned not more than two years, or both."

NOWHERE, in, or on, these "OATHS OF OFFICE," would it be suspected, or demonstrated, that, **Christine M. Arguello**, or **Matthew T. Kirsch**, would have uttered, spoke, vowed, pledged, or SIGNED, their allegiance to the **UNITED STATES OF AMERICA, INC.**, which Certified Records prove the **UNITED STATES OF AMERICA, INC.** to be a "Private, Foreign, For-Profit, CORPORATION, which filed its "ARTICLES OF INCORPORATION" in the States of Florida, and Delaware, in 1925, wherein the **UNITED STATES OF AMERICA, INC.,** also has its very own **DUN & BRADSTREET NO.# & REGISTRY**. {See US v. Class}.

ALSO IN CLEAR EVIDENCE, "ON-THE-RECORD," are the "ARTICLES OF INCORPORATION" of the **INTERNAL REVENUE SERVICE, INC.,** a.k.a. "I.R.S." whose Corporate Headquarters are in Puerto Rico, a foreign Territory, yet, NOT a State, wherein the "I.R.S." have been assigned their very own **DUN & BRADSTREET NO.# & REGISTRY**, as "Private, Foreign, For-Profit, CORPORATION. **{See US v. Class}.**

The **US Constitution's XIth Amendment**, which **Christine M. Arguello**, and **Matthew T. Kirsch**, have "Presumably" given their sworn **"OATHS OF OFFICE,"** and to which all judges, and agents, are bound, to "serve, protect, and defend," states, without ambiguity, or any need of interpretation;

*"The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State."*

It may NOT be well known, to all men & women of the Land, or even those individuals of this COURT, that the "JUDICIARY ACT OF 1789," was effectively "NULLIFIED & VOIDED" by the 1803 US Supreme Court's ruling over Marbury v. Madison, where it was determined, that "practitioners of law," the "majority" of which, were British Crown Templar Agents, whose "INTENTIONS" were, to usurp, obfuscate, and obstruct the "Spirit & Intent" of the Constitution, while committing Acts of Treason in infiltrating the "OFFICES" of the uNited States Government;

WHEREIN; The 1803 US Supreme Court, under John Marshal, had determined, and had "ADMITTED," "On-the-Record," that, it was the "Spirit & Intent," and NOT the "ink-on-parchment," of the US Constitution, which was the manifestation of the "Declaration of Independence," and this "Spirit & Intent" can NEVER be contradicted, abrogated, or abridged, by "Statutes," "Codes," "Rules," "Ordinances," or ANY other "Private Revenue Laws," or "Colors of Law."

John Marshal, in his majority ruling, clearly demonstrated, that, those "practitioners of law," could NOT, being "Non-Citizens," and "foreign agents of a foreign principle," open the uNited States of America's Constitution, and to do so, would be a "solemn mockery," and "equally a crime" against the Constitution, and against the People of the uNited States of America.

Marshal continued to add, that, "All rules, codes, laws, and practices, which are abrogations to, and in contradiction of the Constitution, its People, its "Spirit &

4

Intentions," are deemed to Null & Void upon their issuance.

The "JUDICIARY ACT OF 1789," is one such abrogation, and the "ADMINISTRATIVE ACT of 1946," which made "Judges" into "ADMINISTRATORS" of a "foreign power & state," is, yet, another abrogation.

In giving this COURT, and the US Attorney General, an opportunity to produce its "body of evidence," as in its LAWful, "Territorial," or "Subject-Matter" Jurisdiction, Power, and Authority, over the Natural, UnLienable Rights of these individuals, who, as Affiants, and NOT "Defendants," are, HEREIN, "Declaring their Independence," and placing **NOTICE**, that they are NOT to be "INCORPORATED" against their Will, or charged, prosecuted, tried, and sentenced, without the Full Knowledge & Disclosures, from the COURT, and the US Attorney General, as to their identities, and their intentions, this COURT, and the US Attorney General, will, providing they are operating in "Good Faith," discover that, these individuals have NOT engaged in FRAUD, or War, against the uNited States of America, or any agency of the uNited States of America, but against those CORPORATIONS, who have sought to oppress, enslave, imprison, and conquer the People of the uNited States of America.

As "CORPORATIONS," these entities CANNOT, by any legal, or LAWful definition, be "HARMED," or "INJURED," as they are defined under Black's Law Dictionary, as being "fictions," with their ONLY powers being "the contemplations of law," which CANNOT be manifested, or elevated beyond "mere contemplation" and "fiction." To allow "contemplation," or other forms of "fiction" to rule over the People's "Three-dimensional embodiments," or to deny, obstruct, or otherwise "INCORPORATE" their Unlienable & Natural Rights as Living, Breathing, Flesh & Blood Be'ings, against their Will, is to violate the "Supreme LAWS of the Land," and to deny the existence of God, and to deny the physical LAWS of the Universe. To do so, would be to deny that gravity exists!

It is of important note, as well, that, the Prosecution FAILED to produce a true & genuine flesh & blood individual, who could show & demonstrate his, or her,

5

"INJURIES." WITHOUT "INJURY," of course, there can be NO "CRIME," as alleged in the Original Complaint, and which was "Presumed" during the trial, presented to the Jury, and argued during the case, and thus, this case MUST be remanded to CIVIL LAW, and the Common Law, and dismissed, Forthwith, as described in the Amendment VII of the US Constitution.

It is in the "Spirit & Intent" of "Independence," that, American Nationals, including, the free men & women on the Land, known as **George Thomas Brokaw, John Joseph Pawelski, and Mimi Michelle Vigil**, NOW, seek RELIEF & REMEDY from the COURT, and to protect them, as three of "the Un-INCORPORABLE People of the uNited States of America," from ANY further UnLAWful & UnConstitutional advances, or actions, from the **UNITED STATES OF AMERICA, INC.,** and the **"INTERNAL REVENUE SERVICE, INC."**

Should this COURT choose to continue to operate outside of their own "Foreign, Private, For-Profit, CORPORATE CHARTERS," as defined under the COURT'S, and the AMERICAN BAR ASSOCIATION'S very own "PROFESSIONAL RULES OF CONDUCT, under Rule #8, Section #4; which states;

*"[4] In addition to these representational functions, a lawyer may serve as a third-party neutral, a nonrepresentational role helping the parties to resolve a dispute or other matter. Some of these Rules apply directly to lawyers who are or have served as third-party neutrals. See, e.g., **RPC 1.12** and **RPC 2.4**. In addition, there are Rules that apply to lawyers who are not active in the practice of law or to practicing lawyers even when they are acting in a nonprofessional capacity. For example, **a lawyer who commits fraud in the conduct of a business is subject to discipline for engaging in conduct involving dishonesty, fraud, deceit, or misrepresentation. See RPC 8.4."***

**And;** Section 12, which states;

*"**Self-regulation also helps maintain the legal profession's independence from government domination.** An independent legal profession is an important force in*

6

preserving government under law, for abuse of legal authority is more readily challenged by a profession **whose members are not dependent on government for the right to practice."**

**And;** [13], which states; *"Every lawyer is responsible for observance of the Rules of Professional Conduct."*

..........this COURT, and the US Attorney, are reminded of the multiple & severe Penalties, under LAW, they will be held, individually & collectively, accountable for. These Penalties are clearly defined & described under **Titles #18, #22, #28, and #42.**

In Particularity, this COURT, and the US Attorney General, will want to pay close attention to Unlienable & Natural Rights to Revoke their Consent at any time, when there is evidence of FRAUD, or Acts which may be LAWfully construed to be "Conflicts of Interest." The true case in point, was the termination, and the firing of "attorneys," a.k.a. "Officers of the Court," who were assigned by the COURT, yet, posturing as the "Client's Counsel." As fellow BAR members to the COURT'S Administrator, and to the Assistant US Attorney General, these "Conflicts of Interest" are testaments to the seriousness of these "Conflicts," as clearly described under the following Sections of USC Title #18;

1). **USC 18 §241; CONSPIRACY AGAINST RIGHTS:** *"If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State in the free exercise or enjoyment of any right they shall be fined under this title or imprisoned not more than ten years, or both."*

2). **USC 18 §242; DEPRIVATION OF RIGHTS UNDER COLOR OF LAW:**
*"Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State the deprivation of any rights shall be fined under this title or imprisoned not more than one year, or both;"*

7

**3). USC 42 1985; CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS:** *"If two or more persons in any State or Territory conspire for the purpose of depriving, either directly or indirectly, any person's rights the party so injured or deprived may have an action for the recovery of damages against any one or more of the conspirators."*

**4). USC 42 §1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS:** *"Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State subjects, or causes to be subjected, any person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law."*

With the burden of Habeas Corpus now upon the COURT, and the US Attorney General, the Affiants wish to DECLARE, To-the-Record, their "Revocation of Consent," should there EVER have been ANY "voluntary Consent," given, taken, assumed, presumed, or implied.  Consent, pursuant to the following, can NEVER be waived with Acts of duress, intimidation, threats, or coercion.

**TITLE #28, ARTICLE #636,** states;
   **"§ 636. Jurisdiction, powers, and temporary assignment;**
(a) Each United States magistrate judge serving under this chapter shall have within the district in which sessions are held by the court that appointed the magistrate judge, at other places where that court may function, and elsewhere as **authorized by law— b) (1) Notwithstanding any provision of LAW to the contrary, and** *ONLY "(1) Upon the consent of the parties;"*

**AND;** [All Federal, State, County, and municipal judges & magistrates,] *"shall also advise the parties that they are free to withhold consent without adverse substantive consequences. Rules of court for the reference of civil matters to magistrate judges shall include procedures to protect the voluntariness of the parties' consent;"*

**AND;** *"The consent of the parties allows a magistrate judge designated to exercise*

8

*civil jurisdiction under paragraph (1) of this subsection to direct the entry of a judgment of the district court in accordance with the Federal Rules of Civil Procedure."*

Should this COURT, or the US Attorney General, desire more encouragement to "Cease & Desist" all procedings against the Affiants, they need look no further than;

**Colo. Const. Art. XXIX, Section 2** (2012); **Section 2. Definitions;** As used in this article, unless the context otherwise requires:

1.          ***"Government employee"*** *means any employee, including independent contractors, of the state executive branch, the state legislative branch, a state agency, a public institution of higher education, or any local government,* ***except a member of the general assembly or a public officer.*** >>>............

2.          (6) ***"Public officer"*** *means* **any** *elected officer, including* **all** *statewide elected officeholders, the head of any department of the executive branch, and elected and appointed members of state boards and commissions.* ***"Public officer"*** *does* **not** *include a member of the general assembly, (or)* ***a member of the judiciary!"***

          C). *Colo. Const. Art. XXIX, Section 6 (2012), Section 6. Penalty;*

          *"Any public officer, member of the general assembly, local government official or government employee who breaches the public trust for private gain and any person or entity inducing such breach shall be liable to the state or local jurisdiction for double the amount of the financial equivalent of any benefits obtained by such actions. The manner of recovery and additional penalties may be provided by law."*

Without "Governmental Authority," as a "government employee," or "public officer," this COURT, and the US Attorney General, are operating as criminal imposters, and are criminally trespassing outside of the Federal Limits of Washington, D.C., and criminally misrepresenting the People of the uNited States of America.  These Acts, and their punishments, are clearly, and without ANY ambiguity, whatsoever, detailed under **18 USC § 1025 - False pretenses on high seas and other waters;**

"Whoever, upon any waters or vessel within the special maritime and territorial jurisdiction of the United States ("the People's Land"), by **any** fraud, or false pretense, obtains from **any** person anything of value, or procures the execution and delivery of **any** instrument of writing or conveyance of real or personal property, or the signature of **any** person, as maker, endorser, or guarantor, to or upon any bond, bill, receipt, **promissory note**, draft, or check, or **any** other evidence of indebtedness, or fraudulently sells, barters, or disposes of **any** bond, bill, receipt, **promissory note**, draft, or check, or other evidence of indebtedness, for value, **knowing the same to be worthless**, or knowing the **signature of the maker, endorser, or guarantor** thereof to have been obtained by **any** false pretenses, shall be fined under this title or imprisoned not more than five years, or both; but if the amount, value or the face value of anything so obtained does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both."

**AND; 18 USC § 912 - Officer or employee of the United States:**

"Whoever falsely assumes or pretends to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof, and acts as such, or in such pretended character demands or obtains **any** money, paper, document, or thing of value, shall be fined under this title or imprisoned not more than three years, or both."

**AND;** Title #28, which refers to the FOREIGN CORPORATE STATE, a.k.a. "BRITISH ACCREDITATION REGISTRY," and, also, identifies All Federal, State, County, and Municipal judges & magistrates, and mandates a "**required membership of the bar of the location in which an individual is to serve as a magistrate judge;**"

**SUMMATIONS**

It should be clear to this COURT, and to the US Attorney General, that the Affiants are exercising their Rights as described under;

10

**42 USC § 14141 - Cause of action;**

Unlawful conduct; It shall be unlawful for any governmental authority, or any agent thereof, or any person acting on behalf of a governmental authority, to engage in a pattern or practice of conduct by law enforcement officers or by officials or employees of any governmental agency with responsibility for the administration of juvenile justice or the incarceration of juveniles that deprives persons of rights, privileges, or immunities secured or protected by the Constitution or laws of the United States;"

**AND; 18 USC § 3771 - Crime victims' rights;**

1. **Rights of Crime Victims.—** A crime victim has the following rights:

   **(1)** The right to be reasonably protected from the accused.

   **(2)** The right to full and timely restitution as provided in law.

   **(3)** The right to proceedings free from unreasonable delay.

   **(4)** The right to be treated with fairness and with respect for the victim's dignity and privacy.

1. **Enforcement.—(i) In general.— These rights may be enforced by the crime victim** or the crime victim's lawful representative in the manner described in paragraphs (1) and (3) of subsection (d).

   **AND;** "*There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights*". [**Sherer v. Cullen, 481 F 946.**]

It should stand as FACT, that the Affiants, individually & collectively, present these DEMANDS & NOTICES, without rancor, or contempt. To "Presume otherwise," would be adding to the "Fiction" already in evidence, and so prevalent in these proceedings.

It is the desire of the Affiants, then, to educate, rather than to admonish, this COURT, and the US Attorney General. It is NOT the desire of the Affiants to publicly ridicule, or attack any individual, but to allow these individuals to choose a different path than the dangerous & terminal one they have found themselves on. It is hoped that **Christine M. Arguello**, and **Matthew T. Kirsch**, will, in Good Faith, turn their anger, frustration, and

11

their talents, to seek the expulsion, and the dissolution of the FOREIGN CORPORATIONS that have exploited them for profit, and who have made fools of them before their fellow men & women.

## OATH(S) & ATTESTMENT(S)

(i/We), am/are the *Breathing, Flesh & Blood man/men & women Living on the Land* & Territory of Colorado with *All* Reserved UnLienable, and Natural Rights granted to, and inherited by, me/us at my/our birth;

**AND**; (We) do Attest & Affirm, that without my/our *Full Knowledge, Informed Consent*, and without the Full Disclosure of the Party, or Parties, so named above, (i/We) sustained multiple *Life-Altering*, and *Life-Threatening Injuries* **CAUSED** by this COURT'S Criminal Intentions & Physical Actions to **"INCORPORATE"** me/us, *Against my/our Will*, into their false, fabricated, fictitous, foreign, and for-profit **"CORPORATE"** legal system of Justice, *WITHOUT* proper, or **LAW**-ful **CAUSE, WRIT OF HABEAS CORPUS**, or **WARRANT** for same;

(i/We), as *"Witness(es) to,"* and as *"Victim(s) of,"* of these heinous, hostile, egregious, and malicious Intentions & Acts, beginning with their fabricated, falsified, and fictious Oath(s) of Office, charge and hold accountable, the individual(s), and/or their "aliases," with the Knowledge & Understanding, that, my/our *"Injuries"* are defined as *"All Invasions of my LAW-ful, and Legal Rights,"* wherein, these *"Invasions"* pertain to, and involve my/our *"Private & UnINCORPORABLE Property,"* either tangible in Nature, or as otherwise defined by me/us, and me/We, alone, to include, but are **NOT** limited to *my/our UnLienable & Natural, Rights, Freedoms, Liberties, and Pursuits*;

(i/We), in exercise of **Reserving ALL** of *my/our UnLienable & Natural Rights, Freedoms, Liberties, and Pursuits*, have made the above statements freely, and without **ANY** intent to defraud, deceive, evade, avoid, or misrepresent *my/our* **TRUTH**, which is **THE WHOLE TRUTH**, and *NOTHING* but the **TRUTH**!  So Say, (i/We)

X _____   Date: 1 , 26, 15
**George Thomas Brokaw**

X _____   Date: 1 , 26 , 15
**John Joseph Pawelski**

X _____   Date: 1 , 26 , 15
**Mimi Michelle Vigil**

X _____   Date: 1 , 26 , 15
**Witness of Character & Good Faith**

X _____   Date: 1 , 26, 15
**Witness of Character & Good Faith**

X _____   Date: 1 , 26 , 15
**Witness of Character & Good Faith**

13

**CERTIFICATE OF SERVICE**

It is attested, that a copy of this document has been delivered, via the USPS, or by hand-delivery to the US Attorney General's Office, with attention to Matthew T. Kirsch.

So Say We all;

X _George Thomas Brokaw_ Date: 1, 26, 15
**George Thomas Brokaw**

X _John Joseph Pawelski_ Date: 1, 26, 15
**John Joseph Pawelski**

X _Mimi Michelle Vigil_ Date: 1, 26, 15
**Mimi Michelle Vigil**

14