REGISTERED MAIL # RE 548 052 102  US

UNITED STATES OF AMERICA et. al.,

          Plaintiff,

V.

JOHN JOSEPH PAWELSKI, et. al.,

          Named Defendants

**NOTICE OF FILING**

CASE NO: 13-cr-00392

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 9 2015

JEFFREY P. COLWELL
          CLERK

---

## **NOTICE OF FILING**

TO:      UNITED STATES DISTRICT Court of Denver Colorado

Honorable Christine M. Arguello
901 19th Street
Denver, CO. 80202

Eric Holder, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue
Washington D.C. 20530-0001

UNITED STATES OF AMERICA
Department of Justice
C/O Matthew Kirsch
1225 17th Street
Suite 700
Denver, CO 80202

1

Notice of Resignation and Substitution of Trustee-Request For Stay of Proceedings

REGISTERED MAIL # RE 548 052 102  US

1

2

3  **PLEASE TAKE NOTICE** that on January 26, 2014, named Defendant, by and through

4  the authorized agent for the Legal Person titled "JOHN JOSEPH PAWELSKI" as

5  Trustee, filed with the Clerk of the UNITED STATES DISTRICT Court of DENVER

6  Chancery Division on the above specified date for Extrajudicial Service pursuant to

7  Article V of the Hague Convention of 1965, *NOTICE OF RESIGNATION AND*

8  *SUBSTITUTION OF TRUSTEE -REQUEST FOR STAY OF PROCEEDINGS*, a copy of

9  which is included herewith and hereby served upon you.

10                                   Without Prejudice UCC 1-308;

11                              By: *John Joseph Pawelski* Agent

12                     For named Defendant JOHN JOSEPH PAWELSKI

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                         2

REGISTERED MAIL # RE 548 052 102  US

## DECLARATION OF MAILING

### -Acceptance by Recipient(s) Acknowledged by Delivery Thereto-

The undersigned, affirmed and acting in good faith in his official capacity, certifies that the original enclosures as listed below and a copy of the foregoing was served by mailing the same to the addresses indicated below, by USPS registered mail, return receipt requested and/or Courier with Delivery Confirmation before 5:00 p.m. on January 26 2015.

Without Prejudice UCC 1-308;

By: _John Joseph Pawelski_, Agent

For named Defendant JOHN JOSEPH PAWELSKI

**John Joseph Pawelski**
**Non-Domestic**
**c/o: Powers Services, P.O. Box 75341**
**Colorado Springs, CO. 80970-5341**

# Mailed To the following Addressee's;

Jacob Lew, in his private capacity   **Registered Mail Number RE 465 741 563 US**
stylized as the "Collector of Customs";
per 40 Stat. 411
Department of The Treasury
1500 Pennsylvania Avenue NW—Annex
Washington D.C. 20220

Eric J. Holder, in his private capacity      **Registered Mail Number RE 465 741 577 US**
stylized as the "Alien Property Custodian";
per 40 Stat. 411
U.S Department of Justice
950 Pennsylvania Avenue NW
Washington D.C. 20530-0001

Christine M Arguello, in her private capacity **REGISTERED MAIL # RE 548 052 102 US**
UNITED STATES DISTRICT COURT
901 19TH ST.

3

Notice of Resignation and Substitution of Trustee-Request For Stay of Proceedings

REGISTERED MAIL # RE 548 052 102  US

1  DENVER, CO. 80202
   Plaintiff
2  UNITED STATES OF AMERICA
   Department of Justice
3  C/O Matthew Kirsch
   1225 17th Street
4  Suite 700
   Denver, CO 80202
5

6  | UNITED STATES OF AMERICA et. al, |

7  | Plaintiff, | **NOTICE OF RESIGNATION AND**

8  | V. | **SUBSTITUTION OF TRUSTEE**

9  | JOHN JOSEPH PAWELSKI, et. al., | **REQUEST FOR STAY OF**

10 | Named Defendants | **PROCEEDINGS**

11 | | **CASE NO: 13-cr-00392**

12

13

14  **NOTICE OF RESIGNATION AND SUBSTITUTION OF TRUSTEE**

15  **REQUEST FOR STAY OF PROCEEDINGS**

16  **UNITED STATES DISTRICT COURT, Chancery Division   )**

17  **District of Colorado Territory                              ) ss.**

18  **The United States of America                              )**

19

20  **TO ALL THESE PRESENTS, SHALL COME, GREETINGS:**

21  **NOTICE: To ALL** Public Officers/Employees of the **HOLY SEE, VATICAN, CROWN**

22  **OF ENGLAND, UNITED STATES, STATE OF COLORADO, COUNTY OF EL PASO,**

23  **UNITED STATES DISTRICT COURT DISTRICT OF COLORADO,** to include any and

24  ALL Judges, Commissioners, Magistrates, Clerks, Bailiffs, The DISTRICT ATTORNEY/

25  and/or Attorney/Solicitor of Record and any and all officials, claimants, natural persons,

26  connected to, involved in and or hearing the above-referenced ACCUSATIONS related

27

28  4

1   to the above-referenced Commercial Tort and are now Actually and Constructively

2   Noticed and forever held and bound to their **MINISTERIAL DUTIES, FUNCTIONS AND**

3   **ACTS as EVIDENCED BY THEIR OATH OF OFFICIAL OFFICE**, and  Risk

4   Management Bonds and or State Tort Claim Policy, in pursuance of and in reliance

5   upon [Thompson v Smith. 155 Va. 376. I54 SE 583, 7I ALR 604 and FRC vs. GE 281

6   U.S. 464; Keller vs. PE 261 U.S. 428, 1 Stat. 138-178 and AISI v US, 568 F2d 284].

7   **NOW COMES** named Defendant, by and through the authorized agent for the Legal

8   Person titled "JOHN JOSEPH PAWELSKI" as Trustee (hereinafter-"Agent") enters a

9   Special Appearance in pursuance and reliance upon section UCC 2-301, with this

10   NOTICE OF RESIGNATION AND SUBSTITUITON OF TRUSTEE as per 46 U.S.C.

11   1247 and Hereby Notices the following facts for the record:

12     1.     That the laws of equity and the law merchant shall apply to this action.

13     2.     That named Defendant has the possibility of a reverter, rights of re-entry

14             interest and equitable interest in the all of the trust property (hereinafter-

15             "Real Estate") of the named Defendant JOHN JOSEPH PAWELSKI,

16             pursuant to a certain Complaint (hereinafter-"First Trust") duly executed by

17             Plaintiff's Counsel of Record naming Plaintiff Grantor/Beneficiary and

18             named Defendant as Trustee, filed for record as the above-referenced

19             Case Number pursuant to the terms and conditions as stated within the

20             First Trust.

21             (attached and incorporated herein as if fully re-stated by this reference.).

22     3.     That Agent, for and on behalf of the named Defendant hereby actually and

23             constructively notices this court and any all interested parties and non-

24             record holders of named Defendant's resignation and rejection of the

25             Office of Trustee of the First Trust and the transfer, assignment and

26             conveyance in absolute form of any/all possibility of a reverter, rights of re-

27             entry interest and equitable interest in the all of the Real Estate and the

28

5

REGISTERED MAIL # RE 548 052 102  US

pledge of the same to a Private Trust (hereinafter-"Second Trust")
whereas the named Defendant is beneficiary, for the specific purpose of
transferring, assigning and conveying any and all possibility of a settling
and terminating the First Trust, and the terms and conditions of Second
Trust and as directed by the named Defendant as beneficiary of Second
Trust. (attached and incorporated herein as if fully re-stated by this
reference as **Exhibit A-"Assigned Real Estate and Self Proving
Affidavit").**

4.    That the Agent for the named Defendant as beneficiary of Second Trust
hereby appoints and authorizes Tomas O'Malley (hereinafter-"Successor")
Office of Chief Financial Officer of the UNITED STATES DISTRICT
COURT, located at 901 19TH St., Denver, CO. 80202 as Successor
Trustee and Fiduciary under the Second Trust, legally describing the Real
estate as the claims and value as asserted in the First Trust as above-
referenced due to beneficiary of First Trust, and hereby conveys,
transfers, delivers and assigns to Successor the Real Estate, as security
in good faith pursuance and reliance upon Section 5, 40 Stat. 411(12
U.S.C. 95a(2)),  as a Special deposit for the specific purpose of selling
Real Estate and distributing the proceeds of said sale to the Beneficiary of
the First Trust to induce settlement and termination of First Trust and the
full and complete discharge of any and all liabilities of named Defendant
as Trustee of First Trust as per the express terms and provisions of the
Second Trust and the Assignment of Real Estate of First Trust thereof and
thereto, duly executed by named Defendant as beneficiary of Second
Trust and delivered to Successor via Registered Mail, with proper postage
pre-paid on 01/26/2015 and attached and incorporated herein as if fully re-
stated by this reference.

6

REGISTERED MAIL # RE 548 052 102 US

5.      The Agent hereby declares that said Assignment and delivery thereof to the Successor (and/or anyone acting in his stead), shall upon acceptance by delivery by named Defendant as predecessor Trustee in good faith  to Successor of the Real Estate as Bailor and this Notice, the Successor shall be under no duty to inquire into the acts or doings of the predecessor trustee, and the account rendered and the property received shall be a full and complete discharge of any and all personal liability to the predecessor trustee, without incurring any liability for so doing.

## REQUEST FOR STAY OF PROCEEDINGS

6.      That Agent requests that this action and any/all proceedings with regard to this action be stayed, due to the giving of security by named Defendant as beneficiary of Second Trust for named Defendant as Trustee for First Trust in good faith.

## ALL RIGHTS RESERVED TO AMEND WITHOUT LEAVE OF COURT

Autographed and Sealed this 26th day of January, 2015 at El Paso County, Colorado under penalty of perjury, without the "United States" in pursuance and reliance upon your [28 U.S.C 1746].

Without Prejudice UCC 1-308;

By _~John Joseph Pawelski~_ Agent

For named Defendant JOHN JOSEPH PAWELSKI

### VERIFICATION-

1.      I, the undersigned hereby state that I have firsthand knowledge of all of the facts as stated herein and am competent to testify to matters as such and;

2.      That anything stated herein based off of information and belief, I believe the information to be true to the best of my knowledge and;

3.      That this Verification is made under the penalty of perjury without [the] "United States" in accordance with 28 USC 1746;

7

REGISTERED MAIL # RE 548 052 102  US

Done this 26th day of January, 2015 at El Paso County, Colorado.

Without Prejudice UCC 1-308;

By: _____; Agent

For named Defendant JOHN JOSEPH PAWELSKI

-EXHIBIT A-

CERTIFIED COPY OF VERDICT

SELF PROVING AFFIDAVIT

Affidavit of ownership, CERTIFICATE OF TITLE

8

Notice of Resignation and Substitution of Trustee-Request For Stay of Proceedings

REGISTERED MAIL # RE 548 051 433 US

by him hereunder and the Beneficiary shall enforce such liability only against the Real Estate and not against the Trustee personally.

45. **Termination.** This trust may be terminated at any time by the Beneficiary and with thirty (30) days written notice of termination delivered to the Trustee, the Trustee shall execute any and all documents necessary to vest fee simple marketable title to any and all Real Estate in Beneficiary

**IN WITNESS WHEREOF**, said Grantor has hereunto set his hand and Seal. Executed this 26th day of January, 2015 under penalty of perjury without [the] "United States" at El Paso County, Colorado.

By: _John Joseph Pawelski_ (Seal)
Authorized Agent For Grantor
JOHN JOSEPH PAWELSKI
Colorado Springs, Colorado, Northwest Territory

State of Colorado            )
County of El Paso            ) sa.            -For Verification Purposes Only-

I _Heather Stalters_ a Notary Public in and for the State of Colorado, certify that John Joseph Pawelski personally known to me to be the same person whose name is (or are) subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that he (she or they) signed and delivered the instrument as his (her or their) free and voluntary act, for the uses and purposes therein set forth. Subscribed and sworn to before me on this 26th day of January, 2015,

By: _Heather Stalters_
Notary Public            Notary Seal>>>

> HEATHER STALTERS
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20134067438
> MY COMMISSION EXPIRES OCTOBER 28, 2017

**SELF-PROVING AFFIDAVIT**

**State of Colorado**            )            **For Verification Purposes Only**
**County of El Paso**            ) **sa.**

We, the below-named witnesses, being first duly sworn, sign our names to this instrument and do hereby declare the undersigned authority that;

(1) Each of us were present and saw the Grantor sign the Trust Agreement in our presence, and that;
(2) The Trust Agreement was attested by us in the presence of the Grantor and that;

**REGISTERED MAIL # RE 548 051 433 US**

(3) We believe the Grantor to be of sound mind and memory at the time of signing or acknowledging the Trust Agreement.

**IN WITNESS WHEREOF**, said Witnesses have hereunto set they're respective hands and Seals.

Executed this 26th day of January, 2015 under penalty of perjury without [the] "United States" at El Paso County, COLORADO.

By: _George Thomas Brokaw_
L/S Witness #1
Printed Name: _George Thomas Brokaw_

By: _mimi michelle vigil_
L/S Witness #2
Printed Name: _mimi michelle vigil_

Subscribed, sworn to and acknowledged before me by the two aforesaid witnesses this 26th day of January, 2015 who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

By: _____, Notary Public

My Commission Expires: _OCT 28, 2017_ ;   Notary Seal >>>

HEATHER STALTERS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134067438
MY COMMISSION EXPIRES OCTOBER 28, 2017

11

**AFFIDAVIT OF OWNERSHIP**
*of*
**CERTIFICATE OF TITLE**
*(BIRTH CERTIFICATE)*

---

## TITLE

# JOHN JOSEPH PAWELSKI

**(Exact name of registrant as specified in its certificate)**

---

### REGISTERED NUMBER

## 112-48-6051731

**(State of ILLINOIS Registrant File Number)**

---

*True Copy Evidence*

**BE IT KNOWN:**        That I, Pawelski, John Joseph *(hereinafter referred to as Registered Owner/ Entitlement Holder)*, a living man having certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness, all secured and protected under Treaties and the Constitution establish for the united States of America known as the "Supremacy Clause" the supreme law of the land.

**WHEREAS,**        I, Pawelski, John Joseph., Affiant herein to this Affidavit being duly sworn, declare and state that I am of full age of majority "18" and legally competent to have firsthand knowledge of the facts stated herein and believe these facts to be true and correct to the best of my knowledge.

**WHEREAS,**        I, Pawelski, John Joseph., also depose and state that I am the Registered Owner of record and Entitlement holder, and hold these truths to be self-evident having owners' equity and beneficial interest in the Certificate of Title *(Birth Certificate)*, Registered Number: 112-48-6051731, whose title *(name)* also appears on the face of the instrument as JOHN JOSEPH PAWELSKI by reference of an official Certificate of Live Birth *(a valid Trust Instrument)* recorded September 15, 1948, and filed in Cook County Illinois, that further describes property of The John Joseph Pawelski Estate. Said Certificate of Title also appears to be the same certificate held with TRUST in good faith for safekeeping by the State of Illinois Registrar of Titles *(Custodian of Records)*.

**NOW, THEREFORE,**        This *Affidavit of Ownership of Certificate of Title* made in good faith is an actual and constructive notice and that any person may rely upon this Affidavit as evidence of ownership of said property and is relieved of any obligation to verify claim of rights and ownership. The Registrar of Titles shall treat Registered Owner/ Entitlement Holder *(Affiant herein)* as the one legally and lawfully entitled to benefit from said property and the only one duly authorized to act, appoint, assign, conveyed, and/ or execute said Certificate of Title, and that no other parties are allowed without consent from Registered Owner/ Entitlement Holder.

**IN WITNESS WHEREOF,**        The Affiant *(Registered Owner/ Entitlement Holder)* has hereunto set his/ her hand and seal

Done this /6th day of *January* , 2015        By: *Pawelski, John Joseph*
                                                Pawelski, John Joseph Registered Owner/ Entitlement Holder

## ACKNOWLEDGMENT OF NOTARY PUBLIC

**State of Colorado**          )
                               }  SS.:
**County of El Paso**          )

On this date the undersigned named above, personally appeared before me and acknowledged to me on the basis of satisfactory evidence that he or she executed the same in his or hers stated or authorized capacity, and that by his or hers signature on this instrument the person, or entity upon behalf of which the person signed is a free and voluntary act and deed for the uses and purposes therein mentioned.

Date: 1/16/15        By: *Lorraine E. Throne* , *Notary Public*

**(NOTARY STAMP**
**OR SEAL)**                        *My Commission Expires:* _____

> LORRAINE E. THRONE
> Notary Public
> State of Colorado
> Notary ID: 19924012416
> My Commission Expires Oct. 10, 2016

*(1). Property of The John Joseph Pawelski Estate*

15009702-1

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Illinois, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

*True Copy*
*Evidence*

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this eleventh day of December, 2014.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

Secretary of State

By _____

Assistant Authentication Officer,
Department of State



**State of Illinois**
**Executive Department**

*True Copy*
*Evidence*

UNITED STATES OF AMERICA)
                        ) SS
    STATE OF ILLINOIS )

### CERTIFICATE OF INCUMBENCY

I,   JESSE WHITE,  Secretary of State of the State of Illinois, certify that

                        DAVID ORR

who signed the foregoing, was at the time of signing same COUNTY CLERK, COOK
COUNTY in the State of Illinois duly commissioned and qualified to that
office and that full faith and credit are due the official attestations.

IN TESTIMONY WHEREOF, I hereto set my
hand and cause to be affixed the
Great Seal of the State of Illinois.
Done at the City of Springfield,
NOVEMBER 25, 2014.

_____
Secretary of State



# CERTIFICATION OF BIRTH

BIRTH NUMBER: 112-48-6051731

*True Copy Evidence JJP*

NAME: JOHN JOSEPH PAWELSKI

DATE OF BIRTH: SEPTEMBER 5, 1948        SEX: MALE

PLACE OF BIRTH: CHICAGO, COOK COUNTY, ILLINOIS

MAIDEN NAME OF MOTHER: DOROTHY PATRICIA MICHALSKI

PLACE OF BIRTH OF MOTHER: ILLINOIS        AGE: 25

NAME OF FATHER: ERWIN ALBERT PAWELSKI

PLACE OF BIRTH OF FATHER: ILLINOIS        AGE: 26

DATE FILED: SEPTEMBER 15, 1948    DATE ISSUED: JULY 11, 2014

This is to certify that this is a true and correct abstract from the official record
filed with the Illinois Department of Public Health.

3179841



County of Cook
State of Illinois
CHICAGO, ILLINOIS 60602-1304

**Office of County Clerk
David Orr**

*David Orr*
DAVID ORR    COUNTY CLERK
CL81



This copy is not valid unless displaying embossed seals of Cook County and County Clerk signature.

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00392-CMA

United States of America,

      Plaintiff,

v.

1. George Thomas Brokaw,
2. John J. Pawelski,
3. Mimi M. Vigil,

      Defendants.

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.

WITNESS my hand and SEAL of said Court this day of **Nov 18, 2014**

JEFFREY P. COLWELL

By    s/D. Berardi
          Deputy

---

## VERDICT FORM

---

### Count 1

A.    We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

_____NOT GUILTY

_X__ GUILTY

of the charge in Count 1 of the First Superseding Indictment.

B.    We, the Jury, unanimously find the Defendant, John J. Pawelski,

_____ NOT GUILTY

__X__GUILTY

of the charge in Count 1 of the First Superseding Indictment.



For: John Joseph Pawelski as Special Deposit and all interests herin is hereby Transfered Endorsed and delivered to "Chief Financial Officer of Court" and all reversionary to Treasury and for the account of the United States as per AM Resolution Trust - Trust Agreement.

By: John Joseph Pawelski

C.     We, the Jury, unanimously find the Defendant, Mimi M. Vigil,

_____ NOT GUILTY

__X__ GUILTY

of the charge in Count 1 of the First Superseding Indictment.

## Count 2

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

____ NOT GUILTY

__X__ GUILTY

of the charge in Count 2 of the First Superseding Indictment.

## Count 3

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

____ NOT GUILTY

__X__ GUILTY

of the charge in Count 3 of the First Superseding Indictment.

## Count 4

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

____ NOT GUILTY

__X__ GUILTY

of the charge in Count 4 of the First Superseding Indictment.



### Count 5

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

____NOT GUILTY

_X_ GUILTY

of the charge in Count 5 of the First Superseding Indictment.

### Count 6

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

____NOT GUILTY

_X_ GUILTY

of the charge in Count 6 of the First Superseding Indictment.

### Count 7

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

____NOT GUILTY

_X_ GUILTY

of the charge in Count 7 of the First Superseding Indictment.

### Count 8

We, the Jury, unanimously find the Defendant, John J. Pawelski,

____NOT GUILTY

_X_ GUILTY

of the charge in Count 8 of the First Superseding Indictment.

### Count 9

We, the Jury, unanimously find the Defendant, John J. Pawelski,

____ NOT GUILTY

_X_ GUILTY

of the charge in Count 9 of the First Superseding Indictment.

### Count 10

We, the Jury, unanimously find the Defendant, John J. Pawelski,

_____ NOT GUILTY

_X_ GUILTY

of the charge in Count 10 of the First Superseding Indictment.

### Count 11

We, the Jury, unanimously find the Defendant, John J. Pawelski,

____ NOT GUILTY

_X_ GUILTY

of the charge in Count 11 of the First Superseding Indictment.

### Count 12

We, the Jury, unanimously find the Defendant, Mimi M. Vigil,

___ NOT GUILTY

_X_ GUILTY

of the charge in Count 12 of the First Superseding Indictment.

**Count 14**

A.      We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

____NOT GUILTY

_X_ GUILTY

of the charge in Count 14 of the First Superseding Indictment.

B.      We, the Jury, unanimously find the Defendant, John J. Pawelski,

____NOT GUILTY

_X_ GUILTY

of the charge in Count 14 of the First Superseding Indictment.

C.      We, the Jury, unanimously find the Defendant, Mimi M. Vigil,

____NOT GUILTY

_X_ GUILTY

of the charge in Count 14 of the First Superseding Indictment.

**Count 15**

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

____NOT GUILTY

_X_ GUILTY

of the charge in Count 15 of the First Superseding Indictment.



## Count 16

We, the Jury, unanimously find the Defendant, John J. Pawelski,

____ NOT GUILTY

__X__ GUILTY

of the charge in Count 16 of the First Superseding Indictment.

## Count 17

We, the Jury, unanimously find the Defendant, Mimi M. Vigil,

____ NOT GUILTY

__X__ GUILTY

of the charge in Count 17 of the First Superseding Indictment.

Dated: 11/7/14

_____
Jury Foreperson

John F. Pavelski

**Private Patents & Estates**
**of**
**George Thomas Brokaw**
**John Joseph Pawelski**
**Mimi Michelle Vigil**

January 26, 2015

**Christine M. Arguello;** Court Administrator; Officer of the Court
United States Federal Court
Denver, Colorado

**Matthew T. Kirsch;** Assistant US Attorney General; Officer of the Court
United States Office of Attorney General
Denver, Colorado

**Robert Ford:** U.S Probation  Office, 212 N. Wahsatch St., Suite 300, Colorado Springs,
CO. 80903

**El Paso County Sheriff Elder,** 27 E. Vermijo, Colorado Springs, CO. 80903

Re: **Case #13-CR-00392cma**

Subject #1: **DEMANDS FOR HABEAS CORPUS**

Subject #2: **REVOCATION OF CONSENT**

   Comes now the alleged "DEFENDANTS," George Thomas Brokaw, John Joseph
Pawelski, and Mimi Michelle Vigil, to DEMAND of this COURT, and the US Attorney
General's Office, that they GRANT, without reservation, obstruction, or delay, the Right
of Habeas Corpus, and to, not ONLY, "produce the body," but "produce the body of
evidence demonstrating this court has LAWful Jurisdiction, Authority, or Power, under
LAWful "Oaths or Affirmations," to have accepted, reviewed, adjudicated, prosecuted,
tried, or convicted the private & Un-INCORPORABLE Natural American individuals
known to all men & women of the Land and Territory of Colorado, as **George Thomas
Brokaw**, **John Joseph Pawelski**, and **Mimi Michelle Vigil.**

1

Set within these DEMANDS, are the Righteous & Courteous Requests under the Colorado Open Records Act, that **Christine M. Arguello**, and **Matthew T. Kirsch**, produce, "to-the-Record." their current "OATHS OF OFFICE," and the Fidelity/Performance/Surety Bonds, with their associated "BOND Registery No.#'s," which securitize & monetize these "OATHS OF OFFICE," a.k.a. "PROMISSORY OATHS," and "PROMISSORY NOTES," in-Commerce.

Should this COURT choose NOT to produce these "COMMERCIAL INSTRUMENTS" for review, or choose NOT to produce these "DOCUMENTS" "to-the-Record," pursuant to C.O.R.A., this COURT, and US Attorney General, shall place "in-the-Record" their "Objection," "Protest," or "Rebuttal," describing, in particularity, and detail, why such "COMMERCIAL INSTRUMENTS" are NOT to be posted "to-the-Record."

Should such choice be made NOT to produce these "DOCUMENTS," ALL such related "CONTRACTS" associated with these "OATHS OF OFFICE," including the "ORIGINAL CRIMINAL COMPLAINTS," "WRITS," and "WARRANTS," in ALL forms, filed in the case against the Private Patents & Estates of the individuals, **George Thomas Brokaw, John Joseph Pawelski**, and **Mimi Michelle Vigil**, SHALL BE VACATED, and determined to be NULL & VOID upon their issuance, and/or execution.

As clearly evidenced in the **US Constitution's IX Amendment**, which states;

*"The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."*

Furthermore; It is "suspected," and "assumed," that, the "Contents" of these "OATHS OF OFFICE," will demonstrate that **Christine M. Arguello**, and **Matthew T. Kirsch**, have uttered, spoken, vowed, attested, and pledged, under a sacred image, or icon, their

2

allegiance to "support, defend, and protect, the Constitution of Colorado, and/or the Constitution of the uNited States of America," and these "OATHS OF OFFICE" were FILED & REGISTERED under the Penalty of Perjury, should they defile their "SOLEMN OATHS."

**18 USC § 1016 - Acknowledgment of appearance or oath;**

"Whoever, being an officer authorized to administer oaths or to take and certify acknowledgments, knowingly makes any false acknowledgment, certificate, or statement concerning the appearance before him or the taking of an oath or affirmation by any person with respect to any proposal, contract, bond, undertaking, or other matter submitted to, made with, or taken on behalf of the United States or any department or agency thereof, concerning which an oath or affirmation is required by law or lawful regulation, or with respect to the financial standing of any principal, surety, or other party to any such proposal, contract, bond, undertaking, or other instrument, shall be fined under this title or imprisoned not more than two years, or both."

NOWHERE, in, or on, these "OATHS OF OFFICE," would it be suspected, or demonstrated, that, **Christine M. Arguello**, or **Matthew T. Kirsch**, would have uttered, spoke, vowed, pledged, or SIGNED, their allegiance to the **UNITED STATES OF AMERICA, INC.**, which Certified Records prove the **UNITED STATES OF AMERICA, INC.** to be a "Private, Foreign, For-Profit, CORPORATION, which filed its "ARTICLES OF INCORPORATION" in the States of Florida, and Delaware, in 1925, wherein the **UNITED STATES OF AMERICA, INC.,** also has its very own **DUN & BRADSTREET NO.# & REGISTRY**. {See US v. Class}.

ALSO IN CLEAR EVIDENCE, "ON-THE-RECORD," are the "ARTICLES OF INCORPORATION" of the **INTERNAL REVENUE SERVICE, INC.**, a.k.a. "I.R.S." whose Corporate Headquarters are in Puerto Rico, a foreign Territory, yet, NOT a State, wherein the "I.R.S." have been assigned their very own **DUN & BRADSTREET NO.# & REGISTRY**, as "Private, Foreign, For-Profit, CORPORATION. **{See US v. Class}.**

3

The **US Constitution's XIth Amendment**, which **Christine M. Arguello,** and **Matthew T. Kirsch**, have "Presumably" given their sworn **"OATHS OF OFFICE,"** and to which all judges, and agents, are bound, to "serve, protect, and defend," states, without ambiguity, or any need of interpretation;

*"The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State."*

It may NOT be well known, to all men & women of the Land, or even those individuals of this COURT, that the "JUDICIARY ACT OF 1789," was effectively "NULLIFIED & VOIDED" by the 1803 US Supreme Court's ruling over Marbury v. Madison, where it was determined, that "practitioners of law," the "majority" of which, were British Crown Templar Agents, whose "INTENTIONS" were, to usurp, obfuscate, and obstruct the "Spirit & Intent" of the Constitution, while committing Acts of Treason in infiltrating the "OFFICES" of the uNited States Government;

WHEREIN; The 1803 US Supreme Court, under John Marshal, had determined, and had "ADMITTED," "On-the-Record," that, it was the "Spirit & Intent," and NOT the "ink-on-parchment," of the US Constitution, which was the manifestation of the "Declaration of Independence," and this "Spirit & Intent" can NEVER be contradicted, abrogated, or abridged, by "Statutes," "Codes," "Rules," "Ordinances," or ANY other "Private Revenue Laws," or "Colors of Law."

John Marshal, in his majority ruling, clearly demonstrated, that, those "practitioners of law," could NOT, being "Non-Citizens," and "foreign agents of a foreign principle," open the uNited States of America's Constitution, and to do so, would be a "solemn mockery," and "equally a crime" against the Constitution, and against the People of the uNited States of America.

Marshal continued to add, that, "All rules, codes, laws, and practices, which are abrogations to, and in contradiction of the Constitution, its People, its "Spirit &

4

Intentions," are deemed to Null & Void upon their issuance.

The "JUDICIARY ACT OF 1789," is one such abrogation, and the "ADMINISTRATIVE ACT of 1946," which made "Judges" into "ADMINISTRATORS" of a "foreign power & state," is, yet, another abrogation.

In giving this COURT, and the US Attorney General, an opportunity to produce its "body of evidence," as in its LAWful, "Territorial," or "Subject-Matter" Jurisdiction, Power, and Authority, over the Natural, UnLienable Rights of these individuals, who, as Affiants, and NOT "Defendants," are, HEREIN, "Declaring their Independence," and placing **NOTICE**, that they are NOT to be "INCORPORATED" against their Will, or charged, prosecuted, tried, and sentenced, without the Full Knowledge & Disclosures, from the COURT, and the US Attorney General, as to their identities, and their intentions, this COURT, and the US Attorney General, will, providing they are operating in "Good Faith," discover that, these individuals have NOT engaged in FRAUD, or War, against the uNited States of America, or any agency of the uNited States of America, but against those CORPORATIONS, who have sought to oppress, enslave, imprison, and conquer the People of the uNited States of America.

As "CORPORATIONS," these entities CANNOT, by any legal, or LAWful definition, be "HARMED," or "INJURED," as they are defined under Black's Law Dictionary, as being "fictions," with their ONLY powers being "the contemplations of law," which CANNOT be manifested, or elevated beyond "mere contemplation" and "fiction." To allow "contemplation," or other forms of "fiction" to rule over the People's "Three-dimensional embodiments," or to deny, obstruct, or otherwise "INCORPORATE" their Unlienable & Natural Rights as Living, Breathing, Flesh & Blood Be'ings, against their Will, is to violate the "Supreme LAWS of the Land," and to deny the existence of God, and to deny the physical LAWS of the Universe. To do so, would be to deny that gravity exists!

It is of important note, as well, that, the Prosecution FAILED to produce a true & genuine flesh & blood individual, who could show & demonstrate his, or her,

"INJURIES." WITHOUT "INJURY," of course, there can be NO "CRIME," as alleged in the Original Complaint, and which was "Presumed" during the trial, presented to the Jury, and argued during the case, and thus, this case MUST be remanded to CIVIL LAW, and the Common Law, and dismissed, Forthwith, as described in the Amendment VII of the US Constitution.

It is in the "Spirit & Intent" of "Independence," that, American Nationals, including, the free men & women on the Land, known as **George Thomas Brokaw, John Joseph Pawelski, and Mimi Michelle Vigil**, NOW, seek RELIEF & REMEDY from the COURT, and to protect them, as three of "the Un-INCORPORABLE People of the uNited States of America," from ANY further UnLAWful & UnConstitutional advances, or actions, from the **UNITED STATES OF AMERICA, INC.,** and the **"INTERNAL REVENUE SERVICE, INC."**

Should this COURT choose to continue to operate outside of their own "Foreign, Private, For-Profit, CORPORATE CHARTERS," as defined under the COURT'S, and the AMERICAN BAR ASSOCIATION'S very own "PROFESSIONAL RULES OF CONDUCT, under Rule #8, Section #4; which states;

*"[4] In addition to these representational functions, a lawyer may serve as a third-party neutral, a nonrepresentational role helping the parties to resolve a dispute or other matter. Some of these Rules apply directly to lawyers who are or have served as third-party neutrals. See, e.g., RPC 1.12 and RPC 2.4. In addition, there are Rules that apply to lawyers who are not active in the practice of law or to practicing lawyers even when they are acting in a nonprofessional capacity. For example, **a lawyer who commits fraud in the conduct of a business is subject to discipline for engaging in conduct involving dishonesty, fraud, deceit, or misrepresentation. See RPC 8.4.***"*

**And;** Section 12, which states;

*"**Self-regulation also helps maintain the legal profession's independence from government domination.** An independent legal profession is an important force in*

6

*preserving government under law, for abuse of legal authority is more readily challenged by a profession **whose members are not dependent on government for the right to practice."***

**And;** [13], which states; **"*Every lawyer is responsible for observance of the Rules of Professional Conduct."***

..........this COURT, and the US Attorney, are reminded of the multiple & severe Penalties, under LAW, they will be held, individually & collectively, accountable for. These Penalties are clearly defined & described under **Titles #18, #22, #28, and #42.**

In Particularity, this COURT, and the US Attorney General, will want to pay close attention to Unlienable & Natural Rights to Revoke their Consent at any time, when there is evidence of FRAUD, or Acts which may be LAWfully construed to be "Conflicts of Interest."  The true case in point, was the termination, and the firing of "attorneys," a.k.a. "Officers of the Court," who were assigned by the COURT, yet, posturing as the "Client's Counsel."  As fellow BAR members to the COURT'S Administrator, and to the Assistant US Attorney General, these "Conflicts of Interest" are testaments to the seriousness of these "Conflicts," as clearly described under the following Sections of USC Title #18;

   **1). USC 18 §241; CONSPIRACY AGAINST RIGHTS: "*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State in the free exercise or enjoyment of any right they shall be fined under this title or imprisoned not more than ten years, or both."***

   **2). USC 18 §242; DEPRIVATION OF RIGHTS UNDER COLOR OF LAW:**
   *"Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State the deprivation of any rights shall be fined under this title or imprisoned not more than one year, or both;"*

**3).  USC 42 1985; CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS:** *"If two or more persons in any State or Territory conspire for the purpose of depriving, either directly or indirectly, any person's rights the party so injured or deprived may have an action for the recovery of damages against any one or more of the conspirators."*

**4).  USC 42 §1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS:** *"Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State subjects, or causes to be subjected, any person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law."*

With the burden of Habeas Corpus now upon the COURT, and the US Attorney General, the Affiants wish to DECLARE, To-the-Record, their "Revocation of Consent," should there EVER have been ANY "voluntary Consent," given, taken, assumed, presumed, or implied.  Consent, pursuant to the following, can NEVER be waived with Acts of duress, intimidation, threats, or coercion.

**TITLE #28, ARTICLE #636,** states;
"**§ 636. Jurisdiction, powers, and temporary assignment;**
(a) Each United States magistrate judge serving under this chapter shall have within the district in which sessions are held by the court that appointed the magistrate judge, at other places where that court may function, and elsewhere as **authorized by law— b) (1) Notwithstanding any provision of LAW to the contrary, and** *ONLY "(1) Upon the consent of the parties;"*

**AND;** [All Federal, State, County, and municipal judges & magistrates,] *"shall also advise the parties that they are free to withhold consent without adverse substantive consequences. Rules of court for the reference of civil matters to magistrate judges shall include procedures to protect the voluntariness of the parties' consent;"*

**AND;** *"The consent of the parties allows a magistrate judge designated to exercise*

8

*civil jurisdiction under paragraph (1) of this subsection to direct the entry of a judgment of the district court in accordance with the Federal Rules of Civil Procedure."*

Should this COURT, or the US Attorney General, desire more encouragement to "Cease & Desist" all procedings against the Affiants, they need look no further than;

**Colo. Const. Art. XXIX, Section 2** (2012); **Section 2. Definitions;** As used in this article, unless the context otherwise requires:

1.        ***"Government employee"*** *means any employee, including independent contractors, of the state executive branch, the state legislative branch, a state agency, a public institution of higher education, or any local government,* ***except a member of the general assembly or a public officer.*** *>>>............*

2.        *(6)* ***"Public officer"*** *means* ***any*** *elected officer, including* ***all*** *statewide elected officeholders, the head of any department of the executive branch, and elected and appointed members of state boards and commissions.* ***"Public officer"*** *does* ***not*** *include a member of the general assembly, (or)* ***a member of the judiciary!"***

        **C).** *Colo. Const. Art. XXIX, Section 6 (2012), Section 6. Penalty;*

*"Any public officer, member of the general assembly, local government official or government employee who breaches the public trust for private gain and any person or entity inducing such breach shall be liable to the state or local jurisdiction for double the amount of the financial equivalent of any benefits obtained by such actions. The manner of recovery and additional penalties may be provided by law."*

Without "Governmental Authority," as a "government employee," or "public officer," this COURT, and the US Attorney General, are operating as criminal imposters, and are criminally trespassing outside of the Federal Limits of Washington, D.C., and criminally misrepresenting the People of the uNited States of America.  These Acts, and their punishments, are clearly, and without ANY ambiguity, whatsoever, detailed under **18 USC § 1025 - False pretenses on high seas and other waters;**

9

"Whoever, upon any waters or vessel within the special maritime and territorial jurisdiction of the United States ("the People's Land"), by **any** fraud, or false pretense, obtains from **any** person anything of value, or procures the execution and delivery of **any** instrument of writing or conveyance of real or personal property, or the signature of **any** person, as maker, endorser, or guarantor, to or upon any bond, bill, receipt, **promissory note**, draft, or check, or **any** other evidence of indebtedness, or fraudulently sells, barters, or disposes of **any** bond, bill, receipt, **promissory note**, draft, or check, or other evidence of indebtedness, for value, **knowing the same to be worthless**, or knowing the **signature of the maker, endorser, or guarantor** thereof to have been obtained by **any** false pretenses, shall be fined under this title or imprisoned not more than five years, or both; but if the amount, value or the face value of anything so obtained does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both."

**AND; 18 USC § 912 - Officer or employee of the United States:**

"Whoever falsely assumes or pretends to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof, and acts as such, or in such pretended character demands or obtains **any** money, paper, document, or thing of value, shall be fined under this title or imprisoned not more than three years, or both."

**AND;** Title #28, which refers to the FOREIGN CORPORATE STATE, a.k.a. "BRITISH ACCREDITATION REGISTRY," and, also, identifies All Federal, State, County, and Municipal judges & magistrates, and mandates a "**required membership of the bar of the location in which an individual is to serve as a magistrate judge;**"

**SUMMATIONS**

It should be clear to this COURT, and to the US Attorney General, that the Affiants are exercising their Rights as described under;

10

**42 USC § 14141 - Cause of action;**

Unlawful conduct; It shall be unlawful for any governmental authority, or any agent thereof, or any person acting on behalf of a governmental authority, to engage in a pattern or practice of conduct by law enforcement officers or by officials or employees of any governmental agency with responsibility for the administration of juvenile justice or the incarceration of juveniles that deprives persons of rights, privileges, or immunities secured or protected by the Constitution or laws of the United States;"

**AND; 18 USC § 3771 - Crime victims' rights;**

1.      **Rights of Crime Victims.—** A crime victim has the following rights:

   **(1)** The right to be reasonably protected from the accused.

   **(2)** The right to full and timely restitution as provided in law.

   **(3)** The right to proceedings free from unreasonable delay.

   **(4)** The right to be treated with fairness and with respect for the victim's dignity and privacy.

1.      **Enforcement.—(i) In general.— These rights may be enforced by the crime victim** or the crime victim's lawful representative in the manner described in paragraphs (1) and (3) of subsection (d).

   **AND;** *"There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights"*. [**Sherer v. Cullen, 481 F 946.**]

It should stand as FACT, that the Affiants, individually & collectively, present these DEMANDS & NOTICES, without rancor, or contempt.  To "Presume otherwise," would be adding to the "Fiction" already in evidence, and so prevalent in these proceedings.

It is the desire of the Affiants, then, to educate, rather than to admonish, this COURT, and the US Attorney General.  It is NOT the desire of the Affiants to publicly ridicule, or attack any individual, but to allow these individuals to choose a different path than the dangerous & terminal one they have found themselves on.  It is hoped that **Christine M. Arguello**, and **Matthew T. Kirsch**, will, in Good Faith, turn their anger, frustration, and

11

their talents, to seek the expulsion, and the dissolution of the FOREIGN CORPORATIONS that have exploited them for profit, and who have made fools of them before their fellow men & women.

**OATH(S) & ATTESTMENT(S)**

(i/We), am/are the *Breathing, Flesh & Blood man/men & women Living on the Land* & Territory of Colorado with *All* Reserved UnLienable, and Natural Rights granted to, and inherited by, me/us at my/our birth;

**AND**; (We) do Attest & Affirm, that without my/our *Full Knowledge, Informed Consent*, and without the Full Disclosure of the Party, or Parties, so named above, (i/We) sustained multiple *Life-Altering*, and *Life-Threatening Injuries* **CAUSED** by this COURT'S Criminal Intentions & Physical Actions to **"INCORPORATE"** me/us, *Against my/our Will*, into their false, fabricated, fictitous, foreign, and for-profit **"CORPORATE"** legal system of Justice, *WITHOUT* proper, or **LAW**-ful **CAUSE, WRIT OF HABEAS CORPUS**, or **WARRANT** for same;

(i/We), as *"Witness(es) to,"* and as *"Victim(s) of,"* of these heinous, hostile, egregious, and malicious Intentions & Acts, beginning with their fabricated, falsified, and fictious Oath(s) of Office, charge and hold accountable, the individual(s), and/or their "aliases," with the Knowledge & Understanding, that, my/our *"Injuries"* are defined as *"All Invasions of my LAW-ful, and Legal Rights,"* wherein, these *"Invasions"* pertain to, and involve my/our *"Private & UnINCORPORABLE Property,"* either tangible in Nature, or as otherwise defined by me/us, and me/We, alone, to include, but are *NOT* limited to my/our *UnLienable & Natural, Rights, Freedoms, Liberties, and Pursuits*;

(i/We), in exercise of **Reserving ALL** of *my/our UnLienable & Natural Rights, Freedoms, Liberties, and Pursuits*, have made the above statements freely, and without *ANY* intent to defraud, deceive, evade, avoid, or misrepresent *my/our* **TRUTH**, which is **THE WHOLE TRUTH**, and *NOTHING* but the **TRUTH**! So Say, (i/We)

12

X _George Thomas Brokaw_ Date: _1 , 26 , 15_

**George Thomas Brokaw**

X _John Joseph Pawelski_ Date: _1 , 26 , 15_

**John Joseph Pawelski**

X _Mimi Michelle Vigil_ Date: _1 , 26 , 15_

**Mimi Michelle Vigil**

X _Marguit Louise King_ Date: _1 , 26 , 15_

**Witness of Character & Good Faith**

X _____ Date: _1 , 26 , 15_

**Witness of Character & Good Faith**

X _Gordon Reeves_ Date: _1 , 26 , 15_

**Witness of Character & Good Faith**

13

**CERTIFICATE OF SERVICE**

It is attested, that a copy of this document has been delivered, via the USPS, or by hand-delivery to the US Attorney General's Office, with attention to Matthew T. Kirsch.

So Say We all;

X _George Thomas Brokaw_ Date:____/____/____
**George Thomas Brokaw**

X _John Joseph Pawelski_ Date: _1_/_26_/_15_
**John Joseph Pawelski**

X _Mimi Michelle Vigil_ Date: _1_/_26_/_15_
**Mimi Michelle Vigil**

14