**REGISTERED MAIL # RE 548 052 181 US**



# -Mimi Michelle Vigil RESOLUTION TRUST NO.: MMVRT1001-

This Private Resolution Trust replaces and supersedes any/all previous agreements, wills, codicils and the like, if any, and is made as the undersigned solemn Will Act and Deed as a self executing security arrangement between the parties and under the following private and protective terms;

## -PARTIES-

**Grantor:** Vigil, Mimi Michelle (hereinafter-"Grantor")
           as Authorized Agent For the

**Beneficiary**: The Legal Person titled "MIMI MICHELLE VIGIL", Successors, Agents and Assigns (hereinafter-"Beneficiary")

**Postal Location:**      UNITED STATES DISTRICT COURT
                        901 19TH STREET
                        DENVER, CO.80202

**Trustee:** Thomas O'Malley. Authorized Agent for the Legal Person;
                THOMAS O'MALLEY, Office of Chief Financial Officer,
                UNITED STATES DISTRICT COURT
                (hereinafter-"Trustee")

**Postal Location:**      UNITED STATES DISTRICT COURT
                        901 19TH STREET
                        DENVER, CO.80202

## -DEFINITIONS-

1

**REGISTERED MAIL # RE 548 052 181 US**

The following terms shall have the following meanings within this Agreement;

1.  "Trust" means a trust created by will, deed, agreement, declaration or other written instrument and this Agreement.

2.  "Trustee" means the trustee or any successor or added trustee of the trust, whether appointed by or pursuant to the instrument creating the trust, by order of court or otherwise, and includes an individual and a corporation qualified to administer trusts in this State under "An Act to provide for and regulate the administration of trusts by trust companies", as amended, or under "An Act authorizing foreign corporations, including banks, and national banking associations domiciled in other states, to act in a fiduciary capacity in this State upon certain conditions herein set forth", as amended and the Trustee of this Trust;

3.  "Assignment" includes any written stock power, bill of sale, deed, declaration of trust or other instrument of transfer and this Agreement.

4.  "Corporation" means a corporation (private, public or municipal) association or trust organized or created under the laws of this State and issuing a security subject to this Act, and includes the transfer agents and registrars of any of its securities and the "Legal Person" of Grantor/Beneficiary and the Trustee acting in his official capacity.

5.  "Fiduciary" includes a trustee under any trust, expressed, implied, resulting or constructive executor, administrator, guardian, conservator, curator, receiver, trustee in bankruptcy, assignee for the benefit of creditors, partner, agent, officer of a corporation, public or private, public officer, or any other person acting in a fiduciary capacity for any person, trust or estate and the Trustee of this Trust.

6.  "Person" includes a firm or corporation and the Legal Person of the Grantor/Beneficiary and Trustee.

7.  "Security" includes any share of stock, bond, debenture, note or other security of a corporation, which is registered as to ownership on the books of the corporation and the Trust Property.

8.  "Transfer" means a change on the books of a corporation in the registered ownership of a security.

9.  "Principal" includes any person to whom a fiduciary as such owes an obligation and the Grantor/Beneficiary.

2

**REGISTERED MAIL # RE 548 052 120 US**

10 "Real estate," includes lands, tenements, hereditaments, and all legal and equitable rights and interests therein and thereto, including estates for the life of the debtor or of another person, and estates for years, and leasehold estates, when the unexpired term exceeds 5 years and the Trust Property.

11 "Absolute discretion" means the right to distribute principal that is not limited or modified in any manner to or for the benefit of one or more beneficiaries of the trust, whether or not the term "absolute" is used. A power to distribute principal that includes purposes such as best interests, welfare, or happiness shall constitute absolute discretion.

12 "Authorized trustee" means an entity or individual, other than the settlor, who has authority under the terms of the first trust to distribute the principal of the trust for the benefit of one or more current beneficiaries and the Grantor as Trustee of First Trust*.

13 "Current beneficiary" means a person who is currently receiving or eligible to receive a distribution of principal or income from the trustee on the date of the exercise of the power and the Beneficiary of First Trust.

14 "Distribute" means the power to pay directly to the beneficiary of a trust or make application for the benefit of the beneficiary.

15 *"First trust" means an existing irrevocable inter vivos or testamentary trust part or all of the principal of which is distributed in further trust;

16 A thing is done "in good faith" when it is in fact done honestly, whether it be done negligently or not.

17 As used herein words importing the masculine gender include the feminine, words importing the singular number include the plural.

# -RECITALS-

18 Grantor is the holder of all Trust Property, of Corporation stylized as PLAINTIFF. et. al v .MIMI MICHELLE VIGIL;  et. al. Numbered: 13-CR-00392, created on {09/23/2014} whereas PLAINTIFF , UNITED STATES OF AMERICA is Grantor/Beneficiary and Grantor as Trustee. (hereinafter-"First Trust").

19 That the Trust Property is the First Trust and all associated bonds, undertakings, securities, derived therefrom and thereof bearing the registration as above-referenced (hereinafter-"Real Estate").

20. That Grantor as Trustee of the First Trust possesses absolute discretion and full power to transfer, sell, assign, and deal with Real Estate as the only Authorized Trustee for the Legal Person as first above-described.

21. Said Real Estate, represents the possibility of a reverter, rights of re-entry, interest and/or equity that Grantor as Trustee of First Trust, has in First Trust, which cannot be alienated nor devised.

22. That the purpose of this Trust (hereinafter-"Second Trust") is to terminate said Trusteeship over said First Trust in done in good faith pursuance and to transfer, assign, deliver, endorse by Special Deposit Real Estate and any all possibility of a reverter and rights of re-entry of Beneficiary to Trustee to be held in Second Trust as Security for the specific purpose to monetize said Real Estate and distribute the proceeds to privately setoff and terminate First Trust, discharge any and all claims against Grantor as Trustee of First Trust by Current Beneficiary of First Trust, and the property received shall act as a full and complete discharge to the and release Grantor of any and all liabilities as stated as Trustee of First Trust, in accordance with public policy at 48 Stat. 1, 112, and 12 U.S.C. 95a(2).

23. That this Second Trust and all Assignments of Beneficiary to Trustee as extracted shall serve as Notice to Trustee as Bailor.

For the reasons set forth above, and in consideration of the mutual covenants and promises provided in this Agreement.

## -IRREVOCABILITY OF TRUST-

24. This Second Trust is irrevocable and shall not be subject to amendment, alteration, or change. Grantor hereby renounces for himself or herself and his or her estate any interest, either vested or contingent, including any reversionary right or possibility of reverter and/or rights of re-entry, in the principal and income of the First Trust, and any power to determine or control, by alteration, amendment, revocation, or termination, or otherwise, the beneficial enjoyment of the principal or income of the First Trust.

## IT IS MUTUALLY AGREED AS FOLLOWS:

29. **Trust Property.**  The Beneficiary is about to convey or cause to be conveyed to the Trustee by deed, absolute in form, the Real Estate as above-described, which said property shall be held by the

Trustee, in trust, for the aforementioned uses and purposes, under the terms and conditions of this Second Trust.

30. **Consideration.** This CONTRACT OF CONVEYANCE and ACCEPTANCE is neither a gift nor a sale. No consideration was paid by Trustee for such conveyance. The conveyance will be accepted and will be held by Trustee free of all existing encumbrances, easements, restrictions or other clouds or claims against the title thereto, whether the same are of record or otherwise. The property will be held on the trusts, terms and conditions, and for the purposes hereinafter set forth, until the whole of the trust estate is conveyed, free of this trust, as hereinafter provided.

31. **Beneficiaries.** The Legal Person of the Grantor is the Beneficiary of this Trust, and as such, shall be entitled to all of the earnings, avails and proceeds of the Trust Property according to their interests set opposite their respective names and entitled to assign said interest in trust property by assignment.

32. **Interests.** The interests of the Beneficiary shall consist solely of the following rights respecting the Trust Property:

    a.    The right to direct the Trustee to convey or otherwise deal with the title to the Real Estate as hereinafter set out.

    b.    The right to manage and control the Real Estate as extracted and/or assigned.

    c.    The right to receive the proceeds and avails from the rental, sale, mortgage, or other disposition of the Real Estate as extracted and / or assigned.

    d.    The right to quiet enjoyment of the Real Estate as extracted and/or assigned.

The foregoing rights shall be deemed to be personal property and may be assigned and otherwise transferred as such. No Beneficiary shall have any legal or equitable right, title or interest, as realty, in or to any real estate held in trust under this Agreement, or the right to require partition of that real estate, but shall have only the rights, as personally, set out above, and the death of a Beneficiary shall not terminate Second Trust or in any manner affect the powers of the Trustee.

**-POWERS AND DUTIES OF TRUSTEE-**

33.     With the consent of the Beneficiary as Principal, which is hereby granted by Beneficiary and acknowledged hereto by Trustee, the Trustee  as Fiduciary in accordance with Trustees Act shall have the following powers, duties, limitations, immunities and obligations;

   a.   The power and authority to execute any and all documents necessary to effect the settlement and closure of First Trust; Number: 13-cr-00392, in good faith pursuance and reliance upon your [46 U.S.C. 1247], 48 Stat 1, 112, 40 Stat. 411 (12 U.S.C. 95a(2)), including the signing of any drafts or releases necessary to complete the settlement and termination of First Trust, including, but not limited to, Internal Revenue Service Forms, General Services Administration Forms, United States Treasury Forms, negotiable instruments, or other instruments of conveyance, closing and or settlement statements, etc.

   b.    The power and authority to collect, receive and distribute any funds and/or proceeds of the sale of Real Estate of Second Trust to Current Beneficiary of First Trust and necessary to effectuate the said settlement and termination of the First Trust.

   c.    The power and authority to exercise all the rights and powers of an individual owner with respect to shares of stock, bonds or other securities in the Second Trust, including, but not by way of limitation, voting, giving proxies, participating in voting trusts, mergers, consolidations, foreclosures, reorganizations or liquidations, and exercising or selling subscription or conversion rights with regard to the settlement and termination of First Trust and any distributions of Second Trust;

   d.   The duty to pay taxes and reasonable expenses incurred in administering this Second Trust and incurred in the liquidation and distribution of First Trust.

   e.   The duty to deal with the executor, trustee or other representative of any other trust or estate in which a beneficiary of the Second Trust has an interest, notwithstanding the fact that the trustee is an executor, trustee or other representative of the First Trust

   f.    The duty to rely upon an affidavit, certificate, letter or other evidence reasonably believed to be genuine and on the basis of any such evidence to make any payment or distribution in good faith without liability.

g.   The power and authority to have all of the rights, powers and duties given to or imposed upon the trustee by law and the provisions of the First and Second Trust instrument during the period between the termination of the First Trust and the distribution of this Second Trust thereof

34.   **Objects and Purposes of Trust.**  The objects and purposes of this Second Trust shall be to hold title to Real Estate and to protect and conserve it until its sale or other disposition or liquidation as per the terms and conditions contained herein. The Trustee as Fiduciary shall not undertake  any activity not strictly necessary to the attainment of the foregoing objects and purposes, nor shall the Trustee transact business within the meaning of applicable state law, or any other law, nor shall this Agreement be deemed to be, or create or evidence the existence of a corporation, de facto or dejure, or any other type of business trust, or an association in the nature of a corporation, or a co partnership or joint venture by or between the Trustee and the Beneficiary, or by or between the Beneficiary.

35.   **Exculpation.**   The Trustee shall have no power to bind the Beneficiary personally and, in every written contract he may enter into, reference shall be made to this declaration; and any person or corporation contracting with the Trustee, as well as any beneficiary, shall look to the funds and the Trust Property for payment under such contract, or for the payment of any debt, mortgage, judgment, or decree, or for any money that may otherwise become due or payable, whether by reason or failure of the Trustee to perform the contract, or for any other reason, and neither the Trustee nor the Beneficiaries shall be liable personally therefore.

36.   **Dealings with Trustee.**   No party dealing with the Trustee in relation to the Real Estate in any manner whatsoever, and, without limiting the foregoing, no party to whom the property or any part of it or any interest in it shall be conveyed, contracted to be sold, leased or mortgaged by the Trustee, shall be obliged to see to the application of any purchase money, rent or money borrowed or otherwise advanced on the property; to see that the terms of this Second Trust have been complied with; to inquire into the authority, necessity or expediency of any act of the Trustee; or be privileged to inquire into any of the terms and conditions of this Second Trust. Every deed, mortgage, lease or other instrument executed by the Trustee as Fiduciary in relation to Real Estate shall be conclusive evidence in favor of every person claiming any right, title or interest under the Trust that at the time of its delivery the Trust created under this Second Trust and the First Trust was in full force and effect; and that instrument was executed in accordance with the terms and conditions of said Trusts as aforementioned and all its

amendments, if any, and is binding upon all Beneficiary(ies) under it; that the Trustee was duly authorized and empowered to execute and deliver every such instrument; if a conveyance has been made to a successor or successors in trust, that the successor or successors have been appointed properly and are vested fully with all the title, estate, rights, powers, duties and obligations of its, his or their predecessor in Trust.

37. **Recording of Agreement.** This Second Trust shall not be placed on record in the county in which the Real Estate is situated, or elsewhere, and the Trustee shall not be required to file this agreement nor any account in any court but if filed, shall not be considered as notice of the rights of any person under this Second Trust derogatory to the title or powers of the Trustee. Further, that at any time, the Trustee may record, file, or deliver a Certificate of Trust Existence and Powers (Certificate) with or to any clerk, registrar, transfer agent, or other similar agency or office or to any person dealing with the Trustee, said Certificate to contain a verbatim synopsis of certain provisions of this agreement and to be signed and acknowledged by Trustee; any purchaser or person dealing with the Trustee shall be entitled to rely on the Certificate as a full statement of the provisions of this agreement that are pertinent to the particular transaction, and machine copies of the executed Certificate shall have the same effect and authority as the executed Certificate. And Further that the trustee may present a certification of trust to any person in lieu of providing a copy of the trust instrument to establish the existence or terms of the trust. A certification of trust may be executed by the trustee voluntarily or at the request of the person with whom the trustee is dealing and may assume that the trust is in full force and effect, that the Trustee is authorized to act and that his, her, or its act is in accordance with the provisions of the trust instrument.

38. **Assignment.** The interest of a Beneficiary, or any part of that interest, may be transferred only by a written assignment, executed in duplicate and delivered to the Trustee. The Trustee shall note its acceptance on the original and duplicate original of the assignment, retaining the original and delivering the duplicate original to the assignee as and for evidence of ownership of a beneficial interest under this Agreement. No assignment of any interest under this Agreement, other than by operation of law, that is not so executed, delivered and accepted shall be valid without the written approval of all of the other Beneficiaries who possess the power of direction. No person who is vested with the power of direction, but who is not a Beneficiary under this Agreement, shall assign that power without the written consent of all the Beneficiaries.

39. **Individual Liability of Trustee.** The Trustee shall not be required, in dealing with the Real Estate or in otherwise acting under this

REGISTERED MAIL # RE 548 052 181 US

Agreement, to enter into any individual contract or other individual obligation whatsoever; nor to make himself individually liable to pay or incur the payment of any damages, attorney's fees, fines, and penalties, forfeitures, costs, charges or other sums of money whatsoever. The Trustee shall have no individual liability or obligation whatsoever arising from his ownership, as Trustee, of the legal title to Real Estate, or with respect to any act done or contract entered into or indebtedness incurred by him in dealing with Real Estate or in otherwise acting under this Second Trust, except only as far as the Trust Property and any trust funds in the actual possession of the Trustee as Fiduciary shall be applicable to the payment and discharge of that liability or obligation.

40. **Reimbursement and Indemnification of Trustee.** If the Trustee as Fiduciary shall pay or incur any liability to pay any money on account of this Second Trust, or incur any liability to pay any money on account of being made a party to any litigation as a result of holding title to Real Estate or otherwise in connection with this Second Trust and the First Trust, whether because of breach of contract, injury to person or property, fines or penalties under any law, or otherwise, the Beneficiary, agree that on demand they will pay to the Trustee, with interest at the rate of 6% per annum, all such payments made or liabilities incurred by the Trustee, together with his expenses, including reasonable attorney's fees, and that they will indemnify and hold the Trustee harmless of and from any and all payments made or liabilities incurred by him for any reason whatsoever as a result of this Second Trust and First Trust; and all amounts so paid by the Trustee, as well as his compensation under this Second Trust and First Trust, shall constitute a lien on the Real Estate.

41. **Entire Agreement.** This Agreement contains the entire understanding between the parties and may be amended, revoked, or terminated only by written agreement signed by the Beneficiary.

42. **Governing Law.** This Agreement shall be governed by the organic laws of the united States of America and Colorado Law, if anything in this agreement be deemed, unlawful, then the rest of this Agreement will survive with regard to the intent and purpose of this Agreement;

43. **Binding Effect**. The terms and conditions of this Agreement shall inure to the benefit of and be binding upon any successor trustee under it, as well as upon the executors, administrators, heirs, assigns and all other successors in interest of the Beneficiary.

44. **Trustee's Liability to Beneficiaries.** The Trustee as Fiduciary shall be liable to the Beneficiary as Principal, for the value of his beneficial interests only to the extent of the property held in Trust

by him hereunder and the Beneficiary shall enforce such liability only against the Real Estate and not against the Trustee personally.

45.   **Termination.** This trust may be terminated at any time by the Beneficiary and with thirty (30) days written notice of termination delivered to the Trustee, the Trustee shall execute any and all documents necessary to vest fee simple marketable title to any and all Real Estate in Beneficiary

**IN WITNESS WHEREOF**, said Grantor has hereunto set his hand and Seal. Executed this 26th day of January, 2015 under penalty of perjury without [the] "United States" at El Paso County, Colorado.

By:_____(Seal)

Authorized Agent For Grantor
MIMI MICHELLE VIGIL
Colorado Springs, Colorado, Midwest Territory

State of Colorado               )
County of El Paso               ) sa.          -For Verification Purposes Only-

I _____ a Notary Public in and for the State of Colorado, certify that John Joseph Pawelski personally known to me to be the same person whose name is (or are) subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that he (she or they) signed and delivered the instrument as his (her or their) free and voluntary act, for the uses and purposes therein set forth.  Subscribed and sworn to before me on this 26th day of January, 2015,

By: _____,
Notary Public          Notary Seal>>>

### SELF-PROVING AFFIDAVIT

**State of Colorado**          )          **For Verification Purposes Only**
**County of El Paso**          ) **sa.**

We, the below-named witnesses, being first duly sworn, sign our names to this instrument and do hereby declare the undersigned authority that;

(1) Each of us were present and saw the Grantor sign the Trust Agreement in our presence, and that;
(2) The Trust Agreement was attested by us in the presence of the Grantor and that;

10

**REGISTERED MAIL # RE 548 052 181 US**

(3) We believe the Grantor to be of sound mind and memory at the time of signing or acknowledging the Trust Agreement.

**IN WITNESS WHEREOF**, said Witnesses have hereunto set they're respective hands and Seals.

Executed this 26th day of January, 2015 under penalty of perjury without [the] "United States" at El Paso County, COLORADO.


By:_____
L/S Witness #1
Printed Name: _____


By: _____
L/S Witness #2
Printed Name: _____


Subscribed, sworn to and acknowledged before me by the two aforesaid witnesses this 26th day of January, 2015 who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

By: _____, Notary Public

My Commission Expires: _____;   Notary Seal >>>

REGISTERED MAIL # RE 548 052 045 US

UNITED STATES OF AMERICA et. al.,

            Plaintiff,

V.

MIMI MICHELLE VIGIL, et. al.,

            Named Defendants

**NOTICE OF FILING**

**CASE NO: 13-cr-00392**

---

**NOTICE OF FILING**

     TO:         UNITED STATES DISTRICT Court of Denver Colorado

Honorable Christine M. Arguello
901 19th Street
Denver, CO. 80202

Eric Holder, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue
Washington D.C. 20530-0001

UNITED STATES OF AMERICA
Department of Justice
C/O Matthew Kirsch
1225 17th Street
Suite 700
Denver, CO 80202

1

Notice of Resignation and Substitution of Trustee-Request For Stay of Proceedings

REGISTERED MAIL # RE 548 052 045 US

**PLEASE TAKE NOTICE** that on January 26, 2014, named Defendant, by and through the authorized agent for the Legal Person titled "MIMI MICHELLE VIGIL" as Trustee, filed with the Clerk of the UNITED STATES DISTRICT Court of DENVER  Chancery Division on the above specified date for Extrajudicial Service pursuant to Article V of the Hague Convention of 1965, *NOTICE OF RESIGNATION AND SUBSTITUTION OF TRUSTEE -REQUEST FOR STAY OF PROCEEDINGS*, a copy of which is included herewith and hereby served upon you.

Without Prejudice UCC 1-308;

By: *Mimi michelle vigil*, Agent

For named Defendant MIMI MICHELLE VIGIL

2

REGISTERED MAIL # RE 548 052 045 US

## DECLARATION OF MAILING

### -Acceptance by Recipient(s) Acknowledged by Delivery Thereto-

The undersigned, affirmed and acting in good faith in his official capacity, certifies that the original enclosures as listed below and a copy of the foregoing was served by mailing the same to the addresses indicated below, by USPS registered mail, return receipt requested and/or Courier with Delivery Confirmation before 5:00 p.m. on January 26 2015.

Without Prejudice UCC 1-308;

By: _Mimi Michelle Vigil_, Agent

For named Defendant MIMI MICHELLE VIGIL

**Mimi Michelle Vigil**
**Non-Domestic**
**c/o: 3578 Hartsel Drive  #E**
**Colorado Springs, CO. 80920**

# Mailed To the following Addressee's;

Jacob Lew, in his private capacity   **Registered Mail Number RE 548 052 062 US** stylized as the "Collector of Customs";
per 40 Stat. 411
Department of The Treasury
1500 Pennsylvania Avenue NW---Annex
Washington D.C. 20220

Eric J. Holder, in his private capacity   **Registered Mail Number RE 548 052 059 US** stylized as the "Alien Property Custodian";
per 40 Stat. 411
U.S Department of Justice
950 Pennsylvania Avenue NW
Washington D.C. 20530-0001

Christine M Arguello, in her private capacity **REGISTERED MAIL # RE 548 052 045 US** UNITED STATES DISTRICT COURT
901 19TH ST.

3

Notice of Resignation and Substitution of Trustee-Request For Stay of Proceedings

REGISTERED MAIL # RE 548 052 045 US

DENVER, CO. 80202
Plaintiff
UNITED STATES OF AMERICA
Department of Justice
C/O Matthew Kirsch
1225 17th Street
Suite 700
Denver, CO 80202

UNITED STATES OF AMERICA et. al,

          Plaintiff,

  V.

MIMI MICHELLE VIGIL, et. al.,

          Named Defendants

**NOTICE OF RESIGNATION AND**

**SUBSTITUTION OF TRUSTEE**

**REQUEST FOR STAY OF**

**PROCEEDINGS**

**CASE NO: 13-cr-00392**

**NOTICE OF RESIGNATION AND SUBSTITUTION OF TRUSTEE**

**REQUEST FOR STAY OF PROCEEDINGS**

**UNITED STATES DISTRICT COURT, Chancery Division**   )

**District of Colorado Territory**          ) ss.

**The United States of America**          )

**TO ALL THESE PRESENTS, SHALL COME, GREETINGS:**

**NOTICE: To ALL** Public Officers/Employees of the **HOLY SEE, VATICAN, CROWN**

**OF ENGLAND, UNITED STATES, STATE OF COLORADO, COUNTY OF EL PASO,**

**UNITED STATES DISTRICT COURT DISTRICT OF COLORADO,** to include any and

ALL Judges, Commissioners, Magistrates, Clerks, Bailiffs, The DISTRICT ATTORNEY/

and/or Attorney/Solicitor of Record and any and all officials, claimants, natural persons,

connected to, involved in and or hearing the above-referenced ACCUSATIONS related

4

REGISTERED MAIL # RE 548 052 045 US

to the above-referenced Commercial Tort and are now Actually and Constructively Noticed and forever held and bound to their **MINISTERIAL DUTIES, FUNCTIONS AND ACTS as EVIDENCED BY THEIR OATH OF OFFICIAL OFFICE**, and Risk Management Bonds and or State Tort Claim Policy, in pursuance of and in reliance upon [Thompson v Smith. 155 Va. 376. I54 SE 583, 7I ALR 604 and FRC vs. GE 281 U.S. 464; Keller vs. PE 261 U.S. 428, 1 Stat. 138-178 and AISI v US, 568 F2d 284]. **NOW COMES** named Defendant, by and through the authorized agent for the Legal Person titled "MIMI MICHELLE VIGIL" as Trustee (hereinafter-"Agent") enters a Special Appearance in pursuance and reliance upon section UCC 2-301, with this NOTICE OF RESIGNATION AND SUBSTITUITON OF TRUSTEE as per 46 U.S.C. 1247 and Hereby Notices the following facts for the record:

1. That the laws of equity and the law merchant shall apply to this action.

2. That named Defendant has the possibility of a reverter, rights of re-entry interest and equitable interest in the all of the trust property (hereinafter-"Real Estate") of the named Defendant MIMI MICHELLE VIGIL, pursuant to a certain Complaint (hereinafter-"First Trust") duly executed by Plaintiff's Counsel of Record naming Plaintiff Grantor/Beneficiary and named Defendant as Trustee, filed for record as the above-referenced Case Number pursuant to the terms and conditions as stated within the First Trust.

   (attached and incorporated herein as if fully re-stated by this reference.).

3. That Agent, for and on behalf of the named Defendant hereby actually and constructively notices this court and any all interested parties and non-record holders of named Defendant's resignation and rejection of the Office of Trustee of the First Trust and the transfer, assignment and conveyance in absolute form of any/all possibility of a reverter, rights of re-entry interest and equitable interest in the all of the Real Estate and the

5

pledge of the same to a Private Trust (hereinafter-"Second Trust") whereas the named Defendant is beneficiary, for the specific purpose of transferring, assigning and conveying any and all possibility of a settling and terminating the First Trust, and the terms and conditions of Second Trust and as directed by the named Defendant as beneficiary of Second Trust. (attached and incorporated herein as if fully re-stated by this reference as **Exhibit A-"Assigned Real Estate and Self Proving Affidavit").**

4.   That the Agent for the named Defendant as beneficiary of Second Trust hereby appoints and authorizes Tomas O'Malley (hereinafter-"Successor") Office of Chief Financial Officer of the UNITED STATES DISTRICT COURT, located at 901 19TH St., Denver, CO. 80202 as Successor Trustee and Fiduciary under the Second Trust, legally describing the Real estate as the claims and value as asserted in the First Trust as above-referenced due to beneficiary of First Trust, and hereby conveys, transfers, delivers and assigns to Successor the Real Estate, as security in good faith pursuance and reliance upon Section 5, 40 Stat. 411(12 U.S.C. 95a(2)),  as a Special deposit for the specific purpose of selling Real Estate and distributing the proceeds of said sale to the Beneficiary of the First Trust to induce settlement and termination of First Trust and the full and complete discharge of any and all liabilities of named Defendant as Trustee of First Trust as per the express terms and provisions of the Second Trust and the Assignment of Real Estate of First Trust thereof and thereto, duly executed by named Defendant as beneficiary of Second Trust and delivered to Successor via Registered Mail, with proper postage pre-paid on 01/26/2015 and attached and incorporated herein as if fully re-stated by this reference.

6

REGISTERED MAIL # RE 548 052 045 US

5.       The Agent hereby declares that said Assignment and delivery thereof to the Successor (and/or anyone acting in his stead), shall upon acceptance by delivery by named Defendant as predecessor Trustee in good faith  to Successor of the Real Estate as Bailor and this Notice, the Successor shall be under no duty to inquire into the acts or doings of the predecessor trustee, and the account rendered and the property received shall be a full and complete discharge of any and all personal liability to the predecessor trustee, without incurring any liability for so doing.

**REQUEST FOR STAY OF PROCEEDINGS**

6.       That Agent requests that this action and any/all proceedings with regard to this action be stayed, due to the giving of security by named Defendant as beneficiary of Second Trust for named Defendant as Trustee for First Trust in good faith.


**ALL RIGHTS RESERVED TO AMEND WITHOUT LEAVE OF COURT**

Autographed and Sealed this 26th day of January, 2015 at El Paso County, Colorado under penalty of perjury, without the "United States" in pursuance and reliance upon your [28 U.S.C 1746].

Without Prejudice UCC 1-308;

By: *mimi michelle vigil*, Agent

For named Defendant MIMI MICHELLE VIGIL

**VERIFICATION-**

1.       I, the undersigned hereby state that I have firsthand knowledge of all of the facts as stated herein and am competent to testify to matters as such and;

2.       That anything stated herein based off of information and belief, I believe the information to be true to the best of my knowledge and;

3.       That this Verification is made under the penalty of perjury without [the] "United States" in accordance with 28 USC 1746;

7

REGISTERED MAIL # RE 548 052 045 US

Done this 26th day of January, 2015 at El Paso County, Colorado.

Without Prejudice UCC 1-308;

By: _Mimi Michelle Vigl_ , Agent
For named Defendant MIMI MICHELLE VIGIL

-EXHIBIT A-

CERTIFIED COPY OF VERDICT

SELF PROVING AFFIDAVIT

Affidavit of ownership, CERTIFICATE OF TITLE

8

**Private Patents & Estates**
**of**
**George Thomas Brokaw**
**John Joseph Pawelski**
**Mimi Michelle Vigil**

January 26, 2015

**Christine M. Arguello**; Court Administrator; Officer of the Court
**United States Federal Court**
Denver, Colorado

**Matthew T. Kirsch**; Assistant US Attorney General; Officer of the Court
**United States Office of Attorney General**
Denver, Colorado

**Robert Ford:** U.S Probation  Office, 212 N. Wahsatch St., Suite 300, Colorado Springs,
CO. 80903

**El Paso County Sheriff Elder,** 27 E. Vermijo, Colorado Springs, CO. 80903

Re: **Case #13-CR-00392cma**

Subject #1: **DEMANDS FOR HABEAS CORPUS**

Subject #2: **REVOCATION OF CONSENT**

   Comes now the alleged "DEFENDANTS," George Thomas Brokaw, John Joseph
Pawelski, and Mimi Michelle Vigil, to DEMAND of this COURT, and the US Attorney
General's Office, that they GRANT, without reservation, obstruction, or delay, the Right
of Habeas Corpus, and to, not ONLY, "produce the body," but "produce the body of
evidence demonstrating this court has LAWful Jurisdiction, Authority, or Power, under
LAWful "Oaths or Affirmations," to have accepted, reviewed, adjudicated, prosecuted,
tried, or convicted the private & Un-INCORPORABLE Natural American individuals
known to all men & women of the Land and Territory of Colorado, as **George Thomas
Brokaw**, **John Joseph Pawelski**, and **Mimi Michelle Vigil**.

1

Set within these DEMANDS, are the Righteous & Courteous Requests under the Colorado Open Records Act, that **Christine M. Arguello**, and **Matthew T. Kirsch**, produce, "to-the-Record." their current "OATHS OF OFFICE," and the Fidelity/Performance/Surety Bonds, with their associated "BOND Registery No.#'s," which securitize & monetize these "OATHS OF OFFICE," a.k.a. "PROMISSORY OATHS," and "PROMISSORY NOTES," in-Commerce.

Should this COURT choose NOT to produce these "COMMERCIAL INSTRUMENTS" for review, or choose NOT to produce these "DOCUMENTS" "to-the-Record," pursuant to C.O.R.A., this COURT, and US Attorney General, shall place "in-the-Record" their "Objection," "Protest," or "Rebuttal," describing, in particularity, and detail, why such "COMMERCIAL INSTRUMENTS" are NOT to be posted "to-the-Record."

Should such choice be made NOT to produce these "DOCUMENTS," ALL such related "CONTRACTS" associated with these "OATHS OF OFFICE," including the "ORIGINAL CRIMINAL COMPLAINTS," "WRITS," and "WARRANTS," in ALL forms, filed in the case against the Private Patents & Estates of the individuals, **George Thomas Brokaw, John Joseph Pawelski**, and **Mimi Michelle Vigil**, SHALL BE VACATED, and determined to be NULL & VOID upon their issuance, and/or execution.

As clearly evidenced in the **US Constitution's IX Amendment**, which states;

*"The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."*

Furthermore; It is "suspected," and "assumed," that, the "Contents" of these "OATHS OF OFFICE," will demonstrate that **Christine M. Arguello**, and **Matthew T. Kirsch**, have uttered, spoken, vowed, attested, and pledged, under a sacred image, or icon, their

2

allegiance to "support, defend, and protect, the Constitution of Colorado, and/or the Constitution of the uNited States of America," and these "OATHS OF OFFICE" were FILED & REGISTERED under the Penalty of Perjury, should they defile their "SOLEMN OATHS."

**18 USC § 1016 - Acknowledgment of appearance or oath;**

"Whoever, being an officer authorized to administer oaths or to take and certify acknowledgments, knowingly makes any false acknowledgment, certificate, or statement concerning the appearance before him or the taking of an oath or affirmation by any person with respect to any proposal, contract, bond, undertaking, or other matter submitted to, made with, or taken on behalf of the United States or any department or agency thereof, concerning which an oath or affirmation is required by law or lawful regulation, or with respect to the financial standing of any principal, surety, or other party to any such proposal, contract, bond, undertaking, or other instrument, shall be fined under this title or imprisoned not more than two years, or both."

NOWHERE, in, or on, these "OATHS OF OFFICE," would it be suspected, or demonstrated, that, **Christine M. Arguello**, or **Matthew T. Kirsch**, would have uttered, spoke, vowed, pledged, or SIGNED, their allegiance to the **UNITED STATES OF AMERICA, INC.**, which Certified Records prove the **UNITED STATES OF AMERICA, INC.** to be a "Private, Foreign, For-Profit, CORPORATION, which filed its "ARTICLES OF INCORPORATION" in the States of Florida, and Delaware, in 1925, wherein the **UNITED STATES OF AMERICA, INC.**, also has its very own **DUN & BRADSTREET NO.# & REGISTRY**. {See US v. Class}.

ALSO IN CLEAR EVIDENCE, "ON-THE-RECORD," are the "ARTICLES OF INCORPORATION" of the **INTERNAL REVENUE SERVICE, INC.**, a.k.a. "I.R.S." whose Corporate Headquarters are in Puerto Rico, a foreign Territory, yet, NOT a State, wherein the "I.R.S." have been assigned their very own **DUN & BRADSTREET NO.# & REGISTRY**, as "Private, Foreign, For-Profit, CORPORATION. **{See US v. Class}.**

3

The **US Constitution's XIth Amendment**, which **Christine M. Arguello**, and **Matthew T. Kirsch**, have "Presumably" given their sworn **"OATHS OF OFFICE,"** and to which all judges, and agents, are bound, to "serve, protect, and defend," states, without ambiguity, or any need of interpretation;

*"The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State."*

It may NOT be well known, to all men & women of the Land, or even those individuals of this COURT, that the "JUDICIARY ACT OF 1789," was effectively "NULLIFIED & VOIDED" by the 1803 US Supreme Court's ruling over Marbury v. Madison, where it was determined, that "practitioners of law," the "majority" of which, were British Crown Templar Agents, whose "INTENTIONS" were, to usurp, obfuscate, and obstruct the "Spirit & Intent" of the Constitution, while committing Acts of Treason in infiltrating the "OFFICES" of the uNited States Government;

WHEREIN; The 1803 US Supreme Court, under John Marshal, had determined, and had "ADMITTED," "On-the-Record," that, it was the "Spirit & Intent," and NOT the "ink-on-parchment," of the US Constitution, which was the manifestation of the "Declaration of Independence," and this "Spirit & Intent" can NEVER be contradicted, abrogated, or abridged, by "Statutes," "Codes," "Rules," "Ordinances," or ANY other "Private Revenue Laws," or "Colors of Law."

John Marshal, in his majority ruling, clearly demonstrated, that, those "practitioners of law," could NOT, being "Non-Citizens," and "foreign agents of a foreign principle," open the uNited States of America's Constitution, and to do so, would be a "solemn mockery," and "equally a crime" against the Constitution, and against the People of the uNited States of America.

Marshal continued to add, that, "All rules, codes, laws, and practices, which are abrogations to, and in contradiction of the Constitution, its People, its "Spirit &

4

Intentions," are deemed to Null & Void upon their issuance.

The "JUDICIARY ACT OF 1789," is one such abrogation, and the "ADMINISTRATIVE ACT of 1946," which made "Judges" into "ADMINISTRATORS" of a "foreign power & state," is, yet, another abrogation.

In giving this COURT, and the US Attorney General, an opportunity to produce its "body of evidence," as in its LAWful, "Territorial," or "Subject-Matter" Jurisdiction, Power, and Authority, over the Natural, UnLienable Rights of these individuals, who, as Affiants, and NOT "Defendants," are, HEREIN, "Declaring their Independence," and placing **NOTICE**, that they are NOT to be "INCORPORATED" against their Will, or charged, prosecuted, tried, and sentenced, without the Full Knowledge & Disclosures, from the COURT, and the US Attorney General, as to their identities, and their intentions, this COURT, and the US Attorney General, will, providing they are operating in "Good Faith," discover that, these individuals have NOT engaged in FRAUD, or War, against the uNited States of America, or any agency of the uNited States of America, but against those CORPORATIONS, who have sought to oppress, enslave, imprison, and conquer the People of the uNited States of America.

As "CORPORATIONS," these entities CANNOT, by any legal, or LAWful definition, be "HARMED," or "INJURED," as they are defined under Black's Law Dictionary, as being "fictions," with their ONLY powers being "the contemplations of law," which CANNOT be manifested, or elevated beyond "mere contemplation" and "fiction." To allow "contemplation," or other forms of "fiction" to rule over the People's "Three-dimensional embodiments," or to deny, obstruct, or otherwise "INCORPORATE" their Unlienable & Natural Rights as Living, Breathing, Flesh & Blood Be'ings, against their Will, is to violate the "Supreme LAWS of the Land," and to deny the existence of God, and to deny the physical LAWS of the Universe. To do so, would be to deny that gravity exists!

It is of important note, as well, that, the Prosecution FAILED to produce a true & genuine flesh & blood individual, who could show & demonstrate his, or her,

5

"INJURIES." WITHOUT "INJURY," of course, there can be NO "CRIME," as alleged in the Original Complaint, and which was "Presumed" during the trial, presented to the Jury, and argued during the case, and thus, this case MUST be remanded to CIVIL LAW, and the Common Law, and dismissed, Forthwith, as described in the Amendment VII of the US Constitution.

It is in the "Spirit & Intent" of "Independence," that, American Nationals, including, the free men & women on the Land, known as **George Thomas Brokaw, John Joseph Pawelski, and Mimi Michelle Vigil**, NOW, seek RELIEF & REMEDY from the COURT, and to protect them, as three of "the Un-INCORPORABLE People of the uNited States of America," from ANY further UnLAWful & UnConstitutional advances, or actions, from the **UNITED STATES OF AMERICA, INC.,** and the **"INTERNAL REVENUE SERVICE, INC."**

Should this COURT choose to continue to operate outside of their own "Foreign, Private, For-Profit, CORPORATE CHARTERS," as defined under the COURT'S, and the AMERICAN BAR ASSOCIATION'S very own "PROFESSIONAL RULES OF CONDUCT, under Rule #8, Section #4; which states;

*"[4] In addition to these representational functions, a lawyer may serve as a third-party neutral, a nonrepresentational role helping the parties to resolve a dispute or other matter. Some of these Rules apply directly to lawyers who are or have served as third-party neutrals. See, e.g., RPC 1.12 and RPC 2.4. In addition, there are Rules that apply to lawyers who are not active in the practice of law or to practicing lawyers even when they are acting in a nonprofessional capacity. For example, **a lawyer who commits fraud in the conduct of a business is subject to discipline for engaging in conduct involving dishonesty, fraud, deceit, or misrepresentation. See RPC 8.4."***

**And;** Section 12, which states;

*"**Self-regulation also helps maintain the legal profession's independence from government domination.** An independent legal profession is an important force in*

*preserving government under law, for abuse of legal authority is more readily challenged by a profession **whose members are not dependent on government for the right to practice."***

**And;** [13], which states; ***"Every lawyer is responsible for observance of the Rules of Professional Conduct."***

..........this COURT, and the US Attorney, are reminded of the multiple & severe Penalties, under LAW, they will be held, individually & collectively, accountable for. These Penalties are clearly defined & described under **Titles #18, #22, #28, and #42.**

In Particularity, this COURT, and the US Attorney General, will want to pay close attention to Unlienable & Natural Rights to Revoke their Consent at any time, when there is evidence of FRAUD, or Acts which may be LAWfully construed to be "Conflicts of Interest."  The true case in point, was the termination, and the firing of "attorneys," a.k.a. "Officers of the Court," who were assigned by the COURT, yet, posturing as the "Client's Counsel."  As fellow BAR members to the COURT'S Administrator, and to the Assistant US Attorney General, these "Conflicts of Interest" are testaments to the seriousness of these "Conflicts," as clearly described under the following Sections of USC Title #18;

   **1).  USC 18 §241; CONSPIRACY AGAINST RIGHTS:** *"If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State in the free exercise or enjoyment of any right they shall be fined under this title or imprisoned not more than ten years, or both."*

   **2).  USC 18 §242; DEPRIVATION OF RIGHTS UNDER COLOR OF LAW:**
   *"Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State the deprivation of any rights shall be fined under this title or imprisoned not more than one year, or both;"*

7

**3).  USC 42 1985; CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS:** *"If two or more persons in any State or Territory conspire for the purpose of depriving, either directly or indirectly, any person's rights the party so injured or deprived may have an action for the recovery of damages against any one or more of the conspirators."*

**4).  USC 42 §1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS:** *"Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State subjects, or causes to be subjected, any person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law."*

With the burden of Habeas Corpus now upon the COURT, and the US Attorney General, the Affiants wish to DECLARE, To-the-Record, their "Revocation of Consent," should there EVER have been ANY "voluntary Consent," given, taken, assumed, presumed, or implied.  Consent, pursuant to the following, can NEVER be waived with Acts of duress, intimidation, threats, or coercion.

**TITLE #28, ARTICLE #636,** states;
"**§ 636. Jurisdiction, powers, and temporary assignment;**
(a) Each United States magistrate judge serving under this chapter shall have within the district in which sessions are held by the court that appointed the magistrate judge, at other places where that court may function, and elsewhere as  authorized by law— b) (1) Notwithstanding any provision of LAW to the contrary, and *ONLY "(1) Upon the consent of the parties;"*

**AND;** [All Federal, State, County, and municipal judges & magistrates,] *"shall also advise the parties that they are free to withhold consent without adverse substantive consequences. Rules of court for the reference of civil matters to magistrate judges shall include procedures to protect the voluntariness of the parties' consent;"*

**AND; *"The consent of the parties allows a magistrate judge designated to exercise***

8

*civil jurisdiction under paragraph (1) of this subsection to direct the entry of a judgment of the district court in accordance with the Federal Rules of Civil Procedure."*

Should this COURT, or the US Attorney General, desire more encouragement to "Cease & Desist" all procedings against the Affiants, they need look no further than;

**Colo. Const. Art. XXIX, Section 2** (2012); **Section 2. Definitions;** As used in this article, unless the context otherwise requires:

1.      ***"Government employee"*** *means any employee, including independent contractors, of the state executive branch, the state legislative branch, a state agency, a public institution of higher education, or any local government, **except a member of the general assembly or a public officer**. >>>............*

2.      (6) ***"Public officer"*** *means **any** elected officer, including **all** statewide elected officeholders, the head of any department of the executive branch, and elected and appointed members of state boards and commissions. **"Public officer"** does **not** include a member of the general assembly, (or) **a member of the judiciary!"***

C). ***Colo. Const. Art. XXIX, Section 6** (2012), **Section 6. Penalty;***

*"Any public officer, member of the general assembly, local government official or government employee who breaches the public trust for private gain and any person or entity inducing such breach shall be liable to the state or local jurisdiction for double the amount of the financial equivalent of any benefits obtained by such actions. The manner of recovery and additional penalties may be provided by law."*

Without "Governmental Authority," as a "government employee," or "public officer," this COURT, and the US Attorney General, are operating as criminal imposters, and are criminally trespassing outside of the Federal Limits of Washington, D.C., and criminally misrepresenting the People of the uNited States of America.  These Acts, and their punishments, are clearly, and without ANY ambiguity, whatsoever, detailed under **18 USC § 1025 - False pretenses on high seas and other waters;**

9

"Whoever, upon any waters or vessel within the special maritime and territorial jurisdiction of the United States ("the People's Land"), by **any** fraud, or false pretense, obtains from **any** person anything of value, or procures the execution and delivery of **any** instrument of writing or conveyance of real or personal property, or the signature of **any** person, as maker, endorser, or guarantor, to or upon any bond, bill, receipt, **promissory note**, draft, or check, or **any** other evidence of indebtedness, or fraudulently sells, barters, or disposes of **any** bond, bill, receipt, **promissory note**, draft, or check, or other evidence of indebtedness, for value, **knowing the same to be worthless**, or knowing the **signature of the maker, endorser, or guarantor** thereof to have been obtained by **any** false pretenses, shall be fined under this title or imprisoned not more than five years, or both; but if the amount, value or the face value of anything so obtained does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both."

**AND; 18 USC § 912 - Officer or employee of the United States:**

"Whoever falsely assumes or pretends to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof, and acts as such, or in such pretended character demands or obtains **any** money, paper, document, or thing of value, shall be fined under this title or imprisoned not more than three years, or both."

**AND;** Title #28, which refers to the FOREIGN CORPORATE STATE, a.k.a. "BRITISH ACCREDITATION REGISTRY," and, also, identifies All Federal, State, County, and Municipal judges & magistrates, and mandates a "**required membership of the bar of the location in which an individual is to serve as a magistrate judge;**"

**SUMMATIONS**

It should be clear to this COURT, and to the US Attorney General, that the Affiants are exercising their Rights as described under;

10

**42 USC § 14141 - Cause of action;**

Unlawful conduct; It shall be unlawful for any governmental authority, or any agent thereof, or any person acting on behalf of a governmental authority, to engage in a pattern or practice of conduct by law enforcement officers or by officials or employees of any governmental agency with responsibility for the administration of juvenile justice or the incarceration of juveniles that deprives persons of rights, privileges, or immunities secured or protected by the Constitution or laws of the United States;"

**AND; 18 USC § 3771 - Crime victims' rights;**

1.      **Rights of Crime Victims.—** A crime victim has the following rights;

   **(1)** The right to be reasonably protected from the accused.

   **(2)** The right to full and timely restitution as provided in law.

   **(3)** The right to proceedings free from unreasonable delay.

   **(4)** The right to be treated with fairness and with respect for the victim's dignity and privacy.

1.      **Enforcement.—(i) In general.— These rights may be enforced by the crime victim** or the crime victim's lawful representative in the manner described in paragraphs (1) and (3) of subsection (d).

   **AND;** "*There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights*". [**Sherer v. Cullen, 481 F 946.**]

It should stand as FACT, that the Affiants, individually & collectively, present these DEMANDS & NOTICES, without rancor, or contempt. To "Presume otherwise," would be adding to the "Fiction" already in evidence, and so prevalent in these proceedings.

It is the desire of the Affiants, then, to educate, rather than to admonish, this COURT, and the US Attorney General.  It is NOT the desire of the Affiants to publicly ridicule, or attack any individual, but to allow these individuals to choose a different path than the dangerous & terminal one they have found themselves on.  It is hoped that **Christine M. Arguello**, and **Matthew T. Kirsch**, will, in Good Faith, turn their anger, frustration, and

11

their talents, to seek the expulsion, and the dissolution of the FOREIGN CORPORATIONS that have exploited them for profit, and who have made fools of them before their fellow men & women.

## OATH(S) & ATTESTMENT(S)

(i/We), am/are the *Breathing, Flesh & Blood man/men & women Living on the Land* & Territory of Colorado with *All* Reserved UnLienable, and Natural Rights granted to, and inherited by, me/us at my/our birth;

**AND**; (We) do Attest & Affirm, that without my/our *Full Knowledge, Informed Consent*, and without the Full Disclosure of the Party, or Parties, so named above, (i/We) sustained multiple *Life-Altering*, and *Life-Threatening Injuries* **CAUSED** by this COURT'S Criminal Intentions & Physical Actions to **"INCORPORATE"** me/us, *Against my/our Will*, into their false, fabricated, fictitous, foreign, and for-profit **"CORPORATE"** legal system of Justice, *WITHOUT* proper, or **LAW**-ful **CAUSE, WRIT OF HABEAS CORPUS**, or **WARRANT** for same;

(i/We), as *"Witness(es) to,"* and as *"Victim(s) of,"* of these heinous, hostile, egregious, and malicious Intentions & Acts, beginning with their fabricated, falsified, and fictious Oath(s) of Office, charge and hold accountable, the individual(s), and/or their "aliases," with the Knowledge & Understanding, that, my/our *"Injuries"* are defined as *"All Invasions of my LAW-ful, and Legal Rights,"* wherein, these *"Invasions"* pertain to, and involve my/our *"Private & UnINCORPORABLE Property,"* either tangible in Nature, or as otherwise defined by me/us, and me/We, alone, to include, but are *NOT* limited to my/our *UnLienable & Natural, Rights, Freedoms, Liberties, and Pursuits*;

(i/We), in exercise of **Reserving ALL** of *my/our UnLienable & Natural Rights, Freedoms, Liberties, and Pursuits*, have made the above statements freely, and without *ANY* intent to defraud, deceive, evade, avoid, or misrepresent *my/our* **TRUTH**, which is **THE WHOLE TRUTH**, and *NOTHING* but the **TRUTH**! So Say, (i/We)

X _George Thomas Brokaw_ Date: 1 , 26 , 15
**George Thomas Brokaw**

X _John Joseph Pawelski_ Date: 1 , 26 , 15
**John Joseph Pawelski**

X _Mimi Michelle Vigil_ Date: 1 , 26 , 15
**Mimi Michelle Vigil**

X _Margaret Louise King_ Date: 1 , 26 , 15
**Witness of Character & Good Faith**

X _____ Date: 1 , 26 , 15
**Witness of Character & Good Faith**

X _____ Date: 1 , 26 , 15
**Witness of Character & Good Faith**

13

**CERTIFICATE OF SERVICE**

It is attested, that a copy of this document has been delivered, via the USPS, or by hand-delivery to the US Attorney General's Office, with attention to Matthew T. Kirsch.

So Say We all;

x _George Thomas Brokaw_____ Date:_____/____/_____

**George Thomas Brokaw**

x _John Joseph Pawelski_____ Date:_1_/_26_/_15_

**John Joseph Pawelski**

x _mimi michelle vigil_____ Date:_1_/_26_/_15_

**Mimi Michelle Vigil**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00392-CMA

United States of America,

     Plaintiff,

v.

1. George Thomas Brokaw,
2. John J. Pawelski,
3. Mimi M. Vigil,

     Defendants.

I, the undersigned, Clerk of the
United States District Court for the
District of Colorado, do certify that
the foregoing is a true copy of an
original document remaining on file
and record in my office.
  WITNESS my hand and SEAL of said
Court this day of *Nov 18, 2014*
JEFFREY P. COLWELL
By   s/D. Berardi
       Deputy

---

## VERDICT FORM

---

## Count 1

A.    We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

____NOT GUILTY

_X_ GUILTY

of the charge in Count 1 of the First Superseding Indictment.

B.    We, the Jury, unanimously find the Defendant, John J. Pawelski,

_____ NOT GUILTY

_X_ GUILTY

of the charge in Count 1 of the First Superseding Indictment.



For: MIMI MICHELLE VIGIL as
special deposit, and all interest herein
is hereby transferred, endorsed and
delivered to "Chief financial officer
of Courts and all reversionary to
treasury and for the account of
the United States is per AM Resolution
Trust-Trust Agreement.

By: mimi michelle vigil

C.    We, the Jury, unanimously find the Defendant, Mimi M. Vigil,

_____ NOT GUILTY

__X__ GUILTY

of the charge in Count 1 of the First Superseding Indictment.

## Count 2

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

____NOT GUILTY

__X__ GUILTY

of the charge in Count 2 of the First Superseding Indictment.

## Count 3

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

____NOT GUILTY

__X__ GUILTY

of the charge in Count 3 of the First Superseding Indictment.

## Count 4

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

____NOT GUILTY

__X__ GUILTY

of the charge in Count 4 of the First Superseding Indictment.



### Count 5

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

_____ NOT GUILTY

__X__ GUILTY

of the charge in Count 5 of the First Superseding Indictment.

### Count 6

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

_____ NOT GUILTY

__X__ GUILTY

of the charge in Count 6 of the First Superseding Indictment.

### Count 7

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

_____ NOT GUILTY

__X__ GUILTY

of the charge in Count 7 of the First Superseding Indictment.

### Count 8

We, the Jury, unanimously find the Defendant, John J. Pawelski,

_____ NOT GUILTY

__X__ GUILTY

of the charge in Count 8 of the First Superseding Indictment.

## Count 9

We, the Jury, unanimously find the Defendant, John J. Pawelski,

\_\_\_\_NOT GUILTY

__X__GUILTY

of the charge in Count 9 of the First Superseding Indictment.

## Count 10

We, the Jury, unanimously find the Defendant, John J. Pawelski,

\_\_\_\_\_ NOT GUILTY

__X__ GUILTY

of the charge in Count 10 of the First Superseding Indictment.

## Count 11

We, the Jury, unanimously find the Defendant, John J. Pawelski,

\_\_\_\_ NOT GUILTY

__X__GUILTY

of the charge in Count 11 of the First Superseding Indictment.

## Count 12

We, the Jury, unanimously find the Defendant, Mimi M. Vigil,

\_\_\_ NOT GUILTY

__X__GUILTY

of the charge in Count 12 of the First Superseding Indictment.

**Count 14**

A.    We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

_____NOT GUILTY

_X_ GUILTY

of the charge in Count 14 of the First Superseding Indictment.

B.    We, the Jury, unanimously find the Defendant, John J. Pawelski,

_____NOT GUILTY

_X_ GUILTY

of the charge in Count 14 of the First Superseding Indictment.

C.    We, the Jury, unanimously find the Defendant, Mimi M. Vigil,

_____NOT GUILTY

_X_ GUILTY

of the charge in Count 14 of the First Superseding Indictment.

**Count 15**

We, the Jury, unanimously find the Defendant, George Thomas Brokaw,

_____NOT GUILTY

_X_ GUILTY

of the charge in Count 15 of the First Superseding Indictment.

### Count 16

We, the Jury, unanimously find the Defendant, John J. Pawelski,

_____ NOT GUILTY

__X__ GUILTY

of the charge in Count 16 of the First Superseding Indictment.

### Count 17

We, the Jury, unanimously find the Defendant, Mimi M. Vigil,

_____ NOT GUILTY

__X__ GUILTY

of the charge in Count 17 of the First Superseding Indictment.

_____    Dated: __11/7/14__

Jury Foreperson