UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

```
FILED
UNITED STATES DISTRICT COURT
     DENVER, COLORADO

       FEB 18 2015

    JEFFREY P. COLWELL
                  CLERK
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| v. | § | No. 13-cr-00392-CMA |
| MIMI MICHELLE VIGIL | § | |
| Defendant | § | |
| _____ | § | |

## Notice of Appeal

I hereby appeal the judgment and sentencing of US District Court for the District of Colorado for Case No.13-cr-00392-CMA. The sentencing occurred on February 10, 2015 with Judge Christine Arguello presiding.

Respectfully submitted,

*Mimi Michelle Vigil*
Mimi Michelle Vigil

## CERTIFICATE OF SERVICE

Submitted by first class mail on this the ____17th____ day of February 2015, a true and correct copy of the foregoing was served on the Clerk of the Court. The Clerk of Court shall distribute to all parties of interest and US Appeals Court.

*Debra Brokaw*

Debra Brokaw