**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**February 20, 2015**

Elisabeth A. Shumaker
Clerk of Court

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 15-1057 |
| GEORGE THOMAS BROKAW, | (D.C. No. 1:13-CR-00392-CMA-1) |
| Defendant - Appellant. | |

_____

**ORDER**
_____

On February 18, 2015, George Thomas Brokaw filed a notice of appeal and a motion to dismiss pursuant to Federal Rules of Criminal Procedure 33 and 34. A review of the district court docket reveals that Mr. Brokaw has been sentenced, but the district court has not yet entered final judgment and has not yet ruled on Mr. Brokaw's motion to dismiss. As a result, the notice of appeal is premature. *See* Fed. R. App. P. 4(b)(2), (3). Accordingly, this appeal is abated until the district court has ruled on the motion to dismiss and entered final judgment.

Upon entry of final judgment and an order disposing of the motion to dismiss, the Clerk of the United States District Court for the District of Colorado is directed to supplement the preliminary record in accordance with 10th Cir. R. 3.2(B).

The parties shall promptly notify this court in writing of any change in the status of the case that would affect the abatement. Upon notification that the district court has

ruled on the motion to dismiss and final judgment has been entered, this court will vacate the abatement and the appeal will proceed.

        Entered for the Court
        ELISABETH A. SHUMAKER, Clerk

        *Jane K. Castro*

        by: Jane K. Castro
           Counsel to the Clerk