**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**February 25, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

JOHN J. PAWELSKI,

    Defendant - Appellant.

No. 15-1056
(D.C. No. 1:13-CR-00392-CMA-2)

_____

**ORDER**
_____

    Although the district court entered judgment on February 19, 2015, this appeal remains abated. The defendant filed a motion to dismiss on February 8, 2015, district court docket no. 420, and that motion is still pending before the district court. *See* Fed. R. App. P. 4(b)(3).

    The parties shall notify this court in writing within 10 days of entry of an order by the district court ruling on the pending motion. The district clerk shall file a supplemental preliminary record once the court rules on the motion.

    The parties shall file status reports within 30 days of the date of this order if the district court has not ruled on the motion by that time.

    Entered for the Court
    ELISABETH A. SHUMAKER, Clerk

    by: Ellen Rich Reiter
        Jurisdictional Attorney