IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 13-cr-00392-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. CLARA M. MUELLER,

    Defendant.

## ORDER GRANTING RETURN OF PASSPORT

This matter is before the Court on Defendant's "Motion to Release Ms. Mueller's Passport" (Doc. # 419), filed February 18, 2015.  On September 18, 2014, Defendant's case was dismissed without prejudice.  (Doc. # 271.)  It is, therefore,

ORDERED that Defendant's motion to release her passport (Doc. # 419) is GRANTED, and Defendant's passport shall be returned.

DATED:  February     25     , 2015

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Judge