**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**February 27, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

MIMI M. VIGIL,

   Defendant - Appellant.

No. 15-1058
(D.C. No. 1:13-CR-00392-CMA-3)

_____

**ORDER**
_____

On February 23, 2015, this court issued an order abating proceedings in this appeal pending the district court's entry of final judgment and disposition of Appellant's post-judgment motion. On February 25, 2015, the district court entered final judgment, and on February 26, 2015, the district court issued an order denying the post-judgment motion. Therefore, the abatement of proceedings in this appeal is lifted.

The parties' notices of appearance remain due as set forth in this court's case opening letter of February 19, 2015.

Entered for the Court,

ELISABETH A. SHUMAKER, Clerk

by: Chris Wolpert
    Chief Deputy Clerk