**FILED**  
United States Court of Appeals  
Tenth Circuit

### UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**February 27, 2015**

Elisabeth A. Shumaker  
Clerk of Court

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 15-1056 |
| JOHN J. PAWELSKI, | (D.C. No. 1:13-CR-00392-CMA-2) |
| Defendant - Appellant. | |

_____

### ORDER
_____

The district court has denied the motion for new trial filed by Defendant John J. Pawelski. Accordingly, the abatement of this appeal is lifted.

Mr. Pawelski shall clarify with this court whether he wishes to proceed pro se in this appeal or invoke his Sixth Amendment right to counsel on direct appeal. While there is no right to proceed pro se on direct appeal, *see Martinez v. Court of Appeal of California*, 528 U.S. 152, 163-64 (2000), Mr. Pawelski may elect to do so subject to final approval by this court.

By **March 23, 2015**, Mr. Pawelski shall file either (1) a response acknowledging that he is aware of his Sixth Amendment right to counsel on direct appeal and that he expressly wishes to waive that right to counsel in order to proceed pro se, or (2) a motion for appointment of counsel under the Criminal Justice Act, 18 U.S.C. § 3006A. In the

event Mr. Pawelski fails to file a timely response to this order, the court will appoint counsel to represent him on appeal pursuant to § 3006A.

        Entered for the Court
        ELISABETH A. SHUMAKER, Clerk

        *Ellen Rich Reiter* (signature)

        by: Ellen Rich Reiter
            Jurisdictional Attorney