**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**February 27, 2015**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>MIMI M. VIGIL,<br><br>    Defendant - Appellant. | No. 15-1058 |

_____

**ORDER**
_____

This matter is before the court *sua sponte*, to clarify whether the Defendant – Appellant wishes to proceed *pro se* or invoke her Sixth Amendment right to counsel on direct appeal. While there is no right to proceed *pro se* on direct appeal, *Martinez v. Court of Appeal of California*, 528 U.S. 152 (2000), Defendant – Appellant may elect to do so subject to final approval by the Court.

No later than March 23, 2015, the Defendant – Appellant shall file either (1) a response acknowledging that she is aware of her Sixth Amendment right to counsel on direct appeal, and that she expressly wishes to waive that right to counsel in order to proceed *pro se*; or (2) a motion for appointment of counsel under the Criminal Justice Act, 18 U.S.C. § 3006A. In the event that Defendant – Appellant fails to file a timely

response to this order, the Court will appoint counsel to represent her on appeal pursuant to § 3006A.

                                              Entered for the Court,

                                              ELISABETH A. SHUMAKER, Clerk

                                              by: Chris Wolpert
                                                  Chief Deputy Clerk