OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

13-cr-00392-CMA
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 9 2015

JEFFREY P. COLWELL
CLERK

DOC. 407

neopost
02/02/2015
US POSTAGE $00.48°
ZIP 80294
041L11245087

Mimi M. Vigil
513 Shady Crest Circle
Colorado Springs, CO 80916

NIXIE        802    5E  1   00/09   0002/24/15
        RETURN TO SENDER
        INSUFFICIENT ADDRESS
        UNABLE TO FORWARD