# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
|     Plaintiff | § |
| v. | §    No. 13-cr-00392-CMA |
| JOHN J. PAWELSKI | §    15-1056 |
|     Defendant | § |
| _____ § | |

## Notice of Appeal

I hereby appeal the judgment and sentencing of US District Court for the District of Colorado for Case No.13-cr-00392-CMA. The sentencing occurred on February 10, 2015 with Judge Christine Arguello presiding

Respectfully submitted,

*John Joseph Pawelski*
John Joseph Pawelski

## CERTIFICATE OF SERVICE

Submitted by first class mail on this the _____28th_____ day of February 2015, a true and correct copy of the foregoing was served on the Clerk of the Court. The Clerk of Court shall distribute to all parties of interest and US Appeals Court.

*Debra Brokaw*

Debra Brokaw