Clerk of the Court, U.S. Dist.
901 19th St. Denver, CO.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 12 2015

JEFFREY P. COLWELL
CLERK

From: George T. Brokaw

Re: Case # 13-cr-00392-CMA

Dear Clerk,

I have been at a disadvantage ever since my incarceration, lacking access to court proceedings and mail.

Please send me a certified copy of the official Judgment pronounced by Judge Arguello on Feb. 19, 2015 for case # 13-cr-00392-CMA. Also, please send me all future actions on this case to the address below.

I need this information as I am Pro Se on this case and will need this Certified Copy to proceed with the Appeal.

Thanks in Advance:

George T Brokaw
George T. Brokaw
% Clear Creek County Jail
405 Argentine St.
Georgetown, CO 80444