3/9/15

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 12 2015

JEFFREY P. COLWELL
CLERK

U.S. District Court — Case 13-CR-00392
Clerk of Court
901 19th St
Denver, Co. 80202

Clerk,

Please send a <u>Certified Copy</u> of the Judgment, docket 434 of the above case number. I have no means to pay fees.

You can mail that to me at the Clear Creek County Jail, 405 Argentine St, Georgetown, CO 80444.

Thank You,
John Joseph Pawelski