PS 40 (Rev. 09/10) Notice Regarding United States Passport for Criminal Defendant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

# UNITED STATES DISTRICT COURT
for the
District of Colorado

2015 MAR 27  AM 11: 13

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Services
Legal Affairs Division
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, DC 20037

**FROM:** United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO 80294

☑ **Original Notice**
Date: 10/07/2013
By: Joanna Fox

☐ **Notice of Disposition**
Date: _____
By: _____

Defendant: Clara Mae Mueller
Date of Birth: 02/09/1950
SSN: _____

Case Number: 13-cr-00392-CMA
Place of Birth: Indiana, USA

**Notice of Court Order** (Order Date: _____ )

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☑ The above-named defendant surrendered passport number 491810299 and/or passport card number _____ to the custody of the U.S. District Court on 10/07/2013.

### NOTICE OF DISPOSITION

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☒ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

*Clara Mueller  3-27-15*

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court