United States District Court
901 19th St
Denver Co. 80202

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR - 6 2015
JEFFREY P. COLWELL
CLERK

United States of America
  Plaintiff

V.

John J Pawelski
  Defendant

Case # 13-CR-00392 (MA)

Motion for Transcripts

In order for a proper and detailed appeal its is imperative that I receive transcripts from the trial + the sentencing hearing. The dates in question and docket numbers are 2/25/15, docket number 437, 438, 439, 440, 441 and the sentencing hearing on or about February 10, 2015, unknown docket number.

The previous agreed upon pro-forma paypecs should substantiate payment.

Respectfully,
John Joseph Pawelski

Certificate Of Service

Mailed By U.S. P.O. on April 2, 2015. Clerk will forward copies to the necessary parties. Respondent/Clerk will mail transcript to:

John J Panelski
39965013
Federal Prison Camp
P.O. Box 5000
Florence, CO 81226-5000

Respectfully,
John Joseph Panelski