OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS



F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 8 2015

JEFFREY P. COLWELL
CLERK

John J. Pawelski
Clear Creek County Jail
405 Argentine Street
Geor— — —

13-Cr-392-CmA
# 458

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 80294256099
*1820-01265-12-37