FILED  
**United States Court of Appeals**  
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**April 15, 2015**

_____

**Elisabeth A. Shumaker**  
**Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellee,<br><br>v.<br><br>JOHN J. PAWELSKI,<br><br>  Defendant - Appellant. | No. 15-1056<br>(D.C. No. 1:13-CR-00392-CMA-2)<br>(D. Colo.) |

_____

**ORDER**
_____

Before **BRISCOE**, Chief Circuit Judge.
_____

This matter comes on for consideration of Appellant John J. Pawelski's motion for appointment of counsel. Upon consideration thereof, the motion is granted.

The Federal Public Defender for the District of Colorado and Wyoming ("FPD") is appointed counsel for Mr. Pawelski. The FPD may be reached at 633 17th Street, Suite 1000, Denver CO 80202; the telephone number is 303.294.7002.

The FPD shall file an entry of appearance within 10 days of the date of this order. In addition, the FPD shall file a designation of record and transcript order form by April 29, 2015. The opening brief shall be served and filed within 40 days of the date the record on appeal is filed in this court. Subsequent briefing shall proceed in accordance

with the schedule set forth in the Federal Rules of Appellate Procedure and the Tenth Circuit Rules.

        Entered for the Court
        ELISABETH A. SHUMAKER, Clerk

        by: Ellen Rich Reiter
            Jurisdictional Attorney