**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**April 23, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 15-1058 |
| MIMI M. VIGIL, | (D.C. No. 1:13-CR-00392-CMA-3) (D. Colo.) |
| Defendant - Appellant. | |

_____

## ORDER
_____

Before **BRISCOE**, Chief Judge.
_____

This matter is before the court *sua sponte* for appointment of Criminal Justice Act counsel to represent the Defendant – Appellant, Mimi M. Vigil, on appeal. On February 27, 2015, we issued an order requiring Ms. Vigil to inform the court whether she wishes to proceed *pro se* or invoke her Sixth Amendment right to counsel on direct appeal. The order stated that the court would appoint counsel to represent Ms. Vigil on appeal if she failed to file a timely response indicating that she wished to proceed *pro se*. Ms. Vigil failed to respond to that order by the March 23, 2015 deadline set therein. However, in light of a concern that Ms. Vigil may not have received timely notice of the court's February 27 order, we *sua sponte* extended the deadline for her to respond until April 15, 2015, and we resent the order to her. To date, Ms. Vigil has not responded.

The district court has made the requisite finding of eligibility for appointment of counsel, and attorney Jessica Yates is appointed as counsel for the appellant pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Ms. Yates may be reached at:

> Jessica Yates
> Snell & Wilmer LLP
> 1200 Seventeenth Street, Suite 1900
> Tabor Center
> Denver, CO  80202
> Direct:  (303) 634-2097
> Main:  (303) 634-2000
> Fax:  (303) 634-2020
> Email:  jyates@swlaw.com

Within 10 days from the date of this order, Ms. Yates shall file an appearance in this appeal with the Clerk. Within 20 days from the date of this order, Ms. Yates shall file a designation of record and transcript order form.

The opening brief of the appellant shall be due 40 days from the date of the filing of the record on appeal by the district court Clerk.  *See* Tenth Cir. R. 11.2(A).  The district court shall wait at least 20 days from the date of this order before transmitting a record on appeal to this court.

The Clerk of the U.S. Court of Appeals for the Tenth Circuit shall transmit a copy of this order to all counsel currently of record, to the United States District Court for the District of Colorado, to Mimi M. Vigil, and to Jessica Yates.

    Entered for the Court,
    ELISABETH A. SHUMAKER, Clerk

    by: Chris Wolpert
        Chief Deputy Clerk

**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | April 23, 2015 | Chris Wolpert<br>Chief Deputy Clerk |

Ms. Jessica E. Yates
Snell & Wilmer
1200 17th Street
Suite 1900
Denver, CO 80202

**RE:**   **15-1058, United States v. Vigil**
Dist/Ag docket: 1:13-CR-00392-CMA-3

Dear Counsel:

You have been appointed as counsel for appellant under the Criminal Justice Act (18 U.S.C.A. 3006A). The order appointing you is attached to the docket. You may find the CJA 20 billing workbook, which includes the appropriate voucher form, and instructions for completing it, on our website at www.ca10.uscourts.gov/clerk/showcja.php. Upon conclusion of the appeal, you must submit all required supporting documentation, and the voucher, to claim compensation for services and reimbursement for expenses. The completed packet should be returned by e-mail in the required format(s) per the instructions. If an adverse decision is rendered you must advise your client of the right to seek review of this court's decision by petition for certiorari. If the client requests, and you believe a petition to be legally sound, you must file one with the clerk of the Supreme Court of the United States. See Criminal Justice Act Plan, 10th Cir. R., Addendum I. If you claim compensation on the CJA 20 voucher for services in petitioning for certiorari, you must submit a pdf copy of the petition by e-mail with your payment request.

If you are new to CJA appointments in the Tenth Circuit, you recently moved, or your assignment of the tax consequences of CJA payment has changed, within five (5) days please download a CJA5 Attorney Data Form from the webpage at http://www.ca10.uscourts.gov/clerk/showcja.php, fully complete the form, print it to .pdf and return it by e-mail to 10th_Circuit_CalTeam@ca10.uscourts.gov. The information from this form is used to create your CJA payment system 'file' for this appeal, authorize any travel at government expense, and pay your voucher after final disposition.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     Matthew T. Kirsch
        James C. Murphy
        Martha A. Paluch
        Mimi M. Vigil

EAS/sds

2