UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NUMBER |
| | ) | |
| Plaintiff-Appellee, | ) | District Court No. 13-cr-00392-CMA-2 |
| | ) | |
| vs. | ) | Court of Appeals No. 15-1056 |
| | ) | (if known) |
| JOHN J. PAWELSKI, | ) | |
| | ) | **DESIGNATION OF RECORD ON APPEAL** |
| Defendant-Appellant. | ) | |

NOTE:   THIS DESIGNATION FORM MUST BE COMPLETED AND FILED IN ACCORDANCE WITH THE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.

Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals. (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

The following items should also be included in the record on appeal.  (Portions of transcripts should be designated by hearing dates and page numbers.)

1. Transcript of Arraignment/Discovery/Detention Hearing, held November 1, 2013
2. Transcript of Status Conference, held July 16, 2014
3. Transcript of Motions Hearing, held October 3, 2014
4. Transcript of Final Trial Preparation Conference, held October 9, 2014
5. Transcript of Jury Trial held November 3 - November 7, 2015
6. Presentence Investigation Report, filed January 16, 2015, Doc #390
7. Addendum to Presentence Investigation Report, filed January 16, 2015, Doc #391
8. Second Addendum to Presentence Report, filed February 4, 2015, Doc #413
9. Transcript of Sentencing Hearing held January 28, 2015
10. Transcript of Sentencing Hearing held January 29, 2015
11. Transcript of Sentencing Hearing held February 10, 2015

s/ Madeline S. Cohen
MADELINE S. COHEN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO   80202
Telephone:  (303) 294-7002
E-mail: madeline_cohen@fd.org
Attorney for Defendant-Appellant

I hereby certify that a copy of this designation, with docket sheets attached, was provided to opposing counsel and to the clerk of the court of appeals on  April 29, 2015.

s/ Madeline S. Cohen
MADELINE S. COHEN