

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 30 2015
JEFFREY P. COLWELL
CLERK

RTS
13-CR-392 CMA #460

John J. Pawelski
Clear Creek County Jail
P.O. Box 518
Georgetown, CO 80444

DENVER, CO 812
SPECIAL MAIL
06 APR 15
OPEN ONLY IN THE
PRESENCE OF THE
RETURN TO SENDER

neopost
04/06/2015
US POSTAGE $00.48⁰
ZIP 80294
041L11245087