UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NUMBER |
| Plaintiff-Appellee | ) | |
| | ) | District Court No. <u>1:13-CR-00392-CMA-3</u> |
| vs. | ) | |
| | ) | Court of Appeals No. <u>      15-1058      </u> |
| **MIMI M. VIGIL** | ) | |
| Defendant-Appellant. | ) | **NOTICE OF ERRATA RE** |
| | ) | **DESIGNATION OF RECORD** |
| | ) | **ON APPEAL** |

    Mimi M. Vigil, through undersigned counsel, hereby submits this Notice of Errata pertaining to her Designation of Record on Appeal filed with the United States District Court, and states:

    The Court of Appeals No. stated on the Designation of Record on Appeal filed May 13, 2015 (Doc. No. 472) was 15-058.   The correct Court of Appeals Case No. is 15-1058.

Dated: May 14, 2015

                                                s/Jessica Yates
                                                Snell & Wilmer L.L.P.
                                                1200 Seventeenth Street, Suite 1900
                                                Denver, CO   80202
                                                Telephone:   303.634.2000
                                                Email:jyates@swlaw.com
                                                Counsel for Defendant-Appellant

I hereby certify that a copy of this notice of errata was served on opposing counsel on <u>May 14, 2015</u>.

Signature: *s/ Martha McCleery*