**TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE**

**PART I - TO BE COMPLETED BY APPELLANT WITHIN TEN DAYS OF FILING THE NOTICE OF APPEAL**

SHORT TITLE: United States v. John J. Pawelski         DISTRICT: Colorado
DISTRICT COURT NUMBER: 13-cr-00392-CMA-2     CIRCUIT COURT NUMBER: 15-1056
NAME OF ATTORNEY: Madeline S. Cohen, Assistant Federal Public Defender
    NAME OF LAW FIRM: Federal Public Defender
    ADDRESS OF FIRM: 633 17th Street, Suite 1000, Denver, CO 80202
    TELEPHONE OF FIRM: (303) 294-7002   ATTORNEYS FOR: John J. Pawelski
NAME OF COURT REPORTER: Darlene Martinez    TELEPHONE OF REPORTER: (303) 296-2008

**PART II - COMPLETE SECTION A OR SECTION B**
**SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
        [ ] A TRANSCRIPT IS NOT NECESSARY FOR THIS APPEAL, OR
        [ ] THE NECESSARY TRANSCRIPT IS ALREADY ON FILE IN DISTRICT COURT
        [ ] THE NECESSARY TRANSCRIPT WAS ORDERED PREVIOUSLY IN APPEAL
            NUMBER _____

**SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT:**
(SPECIFY THE DATE AND PROCEEDING IN THE SPACE BELOW)
VOIR DIRE: _____: OPENING STATEMENTS: _____:
TRIAL PROCEEDINGS: _____: INSTRUCTION CNF: _____:
JURY INSTRUCTIONS: _____: CLOSING ARGUMENTS: _____:
POST TRIAL MOTIONS: _____: OTHER PROCEEDINGS: Sentencing Hearing 1/28/15; Sentencing Hearing 1/29/15; Sentencing Hearing 2/10/15        ;
(ATTACH ADDITIONAL PAGES IF NECESSARY)

[ ] APPELLANT WILL PAY THE COST OF THE TRANSCRIPT.
MY SIGNATURE ON THIS FORM IS MY AGREEMENT TO PAY FOR THE TRANSCRIPT ORDERED ON THIS FORM.

[X] THIS CASE IS PROCEEDING UNDER THE CRIMINAL JUSTICE ACT.
NOTE: LEAVE TO PROCEED IN FORMA PAUPERIS DOES NOT ENTITLE APPELLANT TO A FREE TRANSCRIPT. AN ORDER OF THE DISTRICT COURT ALLOWING PAYMENT FOR THE TRANSCRIPT AT GOVERNMENT EXPENSE MUST BE OBTAINED. SEE 28 U.S.C. § 753(f).

**CERTIFICATE OF COMPLIANCE**
I CERTIFY THAT I HAVE READ THE INSTRUCTIONS ON THE REVERSE OF THIS FORMA AND THAT COPIES OF THIS TRANSCRIPT ORDER FORM HAVE BEEN SERVED ON THE COURT REPORTER (IF TRANSCRIPT ORDERED), THE CLERK OF U.S. DISTRICT COURT, ALL COUNSEL OF RECORD OR PRO SE PARTIES, AND THE CLERK OF THE U.S. COURT OF APPEALS FOR THE TENTH CIRCUIT. I FURTHER CERTIFY THAT SATISFACTORY ARRANGEMENTS FOR PAYMENT FOR ANY TRANSCRIPT ORDERED HAVE BEEN MADE WITH THE COURT REPORTER(S).

SIGNATURE OF ATTORNEY/PRO SE: s/ Madeline S. Cohen         DATE: April 29, 2015

**PART III - TO BE COMPLETED BY THE COURT REPORTER**
    UPON COMPLETION, PLEASE FILE ONE COPY WITH THE CLERK OF THE U.S. COURT OF APPEALS AND ONE COPY WITH THE CLERK OF THE U.S. DISTRICT COURT.

DATE ARRANGEMENTS FOR PAYMENT COMPLETED: 5/15/15
ESTIMATED COMPLETION DATE: 6/25/15
ESTIMATED NUMBER OF PAGES: 25
I CERTIFY THAT I HAVE READ THE INSTRUCTIONS ON THE REVERSE SIDE AND THAT ADEQUATE ARRANGEMENTS FOR PAYMENT HAVE BEEN MADE.
SIGNATURE OF COURT REPORTER: Mary J. George         DATE: 5/28/15