CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev 01/08)

| 1 CIR /DIST / DIV CODE | 2 PERSON REPRESENTED George Thomas Brokaw | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3 MAG DKT /DEF NUMBER 13-CR-00392 | 4 DIST DKT /DEF NUMBER | 5 APPEALS DKT /DEF NUMBER 15-1057 | 6. OTHER DKT NUMBER | |
| 7 IN CASE/MATTER OF *(Case Name)* U.S. v. George T Brokaw | 8 PAYMENT CATEGORY ☐ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☑ Appeal | 9 TYPE PERSON REPRESENTED ☑ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | 10 REPRESENTATION TYPE *(See Instructions)* TD | |

11 OFFENSE(S) CHARGED (Cite U S Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense*
18 U.S.C. 286 Conspiracy; 18 U.S.C. 287 False Claim; 18U.S.C. 371 Conspiracy; 26U.S.C. 7212(a) Corrupt Endeavor

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12 PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*
Appeal to Tenth Circuit

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically)* NOTE The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14)
Sentencing Hearing (2/10/15, Court Reporter - Mary George)

14 SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A Apportioned Cost _____ % of transcript with *(Give case name and defendant)*

B ☑ 14-Day ☐ Expedited ☐ Daily ☐ Hourly ☐ Realtime Unedited

C ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal
☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions

D In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act

15 ATTORNEY'S STATEMENT
As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act

Signature of Attorney — 06/03/2015 Date
Jonathan W. Rauchway
Printed Name
Telephone Number (303) 892-7216
☐ Panel Attorney ☑ Retained Attorney ☐ Pro-Se ☐ Legal Organization

16 COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted

Signature of Presiding Judge or By Order of the Court

Date of Order — Nunc Pro Tunc Date

### CLAIM FOR SERVICES

17 COURT REPORTER/TRANSCRIBER STATUS
☐ Official ☐ Contract ☐ Transcriber ☐ Other

18 PAYEE'S NAME AND MAILING ADDRESS

19 SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number

| 20 | TRANSCRIPT | INCLUDE PAGE NUMBERS | NO OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|---|
| | Original | | | | $0.00 | | $0.00 |
| | Copy | | | | $0.00 | | $0.00 |
| | Expense *(Itemize)* | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | | $0.00 |

21 CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services

Signature of Claimant/Payee _____ Date _____

### ATTORNEY CERTIFICATION

22 CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the services were rendered and that the transcript was received

Signature of Attorney or Clerk _____ Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

23 APPROVED FOR PAYMENT

Signature of Judge or Clerk of Court _____ Date _____

24 AMOUNT APPROVED