## TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

**PART I - To be completed by appellant within fourteen days of filing the notice of appeal**

Short Title: United States v. Brokaw          District: Colorado
District Court Number: 1:13-CR-00392-CMA-1)   Circuit Court Number: 15-1057
Name of Attorney: Jonathan W. Rauchway
    Name of Law Firm: Davis Graham & Stubbs LLP
    Address of Firm: 1550 Seventeenth Street, Suite 500, Denver, CO  80202
    Telephone of Firm: 303-892-9400          Attorneys for: Appellant, George Thomas Brokaw
Name of Court Reporter: Darlene Martinez     Telephone of Reporter: 303-335-2312

**PART II - COMPLETE SECTION A OR SECTION B**
**SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
    [] A transcript is not necessary for this appeal, or
    [] The necessary transcript is already on file in District Court
    [] The necessary transcript was ordered previously in appeal
        number _____

**SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT:**
(Specify the date and proceeding in the space below)

Voir dire:_____; Opening Statements:_____;
Trial proceedings: _____; Instruction Cnf:_____;
Jury Instructions: _____; Closing Arguments: _____;
Post Trial Motions: _____; Other Proceedings: Motions Hearing (Dkt. No. 126), 03/17/14 and Sentencing Hearing (Dkt. 416), 02/10/15

(Attach additional pages if necessary)

[] **Appellant will pay the cost of the transcript.**
**My signature on this form is my agreement to pay for the transcript ordered on this form.**

[X] **This case is proceeding under the Criminal Justice Act.**
**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

**CERTIFICATE OF COMPLIANCE**
I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney: s/ Jonathan W. Rauchway          Date: 05/11/15

3776851.1

## PART III - TO BE COMPLETED BY THE COURT REPORTER

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: 6/15/14
Estimated completion date: 7/15/15
Estimated number of pages: 28

I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: Darlene M. Martinez    Date: 6/15/14

-8 Transcript Order Form 4/97