**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**June 16, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

―――――――――――――――――――――

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 15-1056 |
| | (D.C. No. 1:13-CR-00392-CMA-2) |
| JOHN J. PAWELSKI, | (D. Colo.) |
| Defendant - Appellant. | |

―――――――――――――――――――――

## ORDER

―――――――――――――――――――――

Before **BRISCOE**, Chief Judge.

―――――――――――――――――――――

This matter is before the Court on Appellant's Motion to Withdraw and Substitute New Counsel. The motion is granted. The district court has made the requisite finding of eligibility for appointment of counsel, and Ann Marie Taliaferro is appointed as counsel for the appellant pursuant to 18 U.S.C. § 3006A. The Court's April 15, 2015 appointment of the Federal Public Defender for the Districts of Colorado and Wyoming ends with the entry of this order.

Within ten days from the date of this order Appellant's withdrawing counsel shall transmit to Ms. Taliaferro copies of all documents in her possession that are pertinent to this appeal. Also within ten days, Ms. Taliaferro shall file an entry of appearance in this appeal with the Clerk.

A designation of record and a transcript order form have already been filed in the district court. Ms. Taliaferro shall, within 20 days from the date of this order, review the designation of record and transcript order form already filed and, if necessary, shall consult with prior counsel to determine if a supplemental designation of record or supplemental transcript order form might be warranted.

The opening brief of the appellant shall be due 40 days from the date of the filing of the record on appeal by the district court clerk. See Tenth Cir. R. 11.2(A). The district court shall wait at least 20 days from the date of this order before transmitting a record on appeal to this court.

The Clerk of the U.S. Court of Appeals for the Tenth Circuit shall transmit a copy of this order to all counsel currently of record, to the United States District Court for the District of Colorado, and to attorneys Madeline S. Cohen and Ann Marie Taliaferro.

> Entered for the Court
> ELISABETH A. SHUMAKER, Clerk
>
> by: Chris Wolpert
>     Chief Deputy Clerk