1

```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO
 2
     Criminal Action No. 13-cr-0392-CMA-1
 3
     UNITED STATES OF AMERICA,
 4
         Plaintiff,
 5
     vs.
 6
     GEORGE BROKAW,
 7
         Defendant.
 8
     ------------------------------------------------------------
 9
                       REPORTER'S TRANSCRIPT
10                          (Sentencing)

11   ------------------------------------------------------------

12        Proceedings before the HONORABLE CHRISTINE M.

13   ARGUELLO, Judge, United States District Court for the

14   District of Colorado, commencing at 3:02 p.m., on the 10th

15   day of February, 2014, in Courtroom A602, United States

16   Courthouse, Denver, Colorado.

17
                            APPEARANCES
18
          MATTHEW KIRSCH and  MARTHA A. PALUCH, Assistant U.S.
19   Attorneys, 1225 17th Street, Suite 700, Denver, Colorado
     80202, appearing for the plaintiff.
20
          GEORGE BROKAW, Appearing Pro Se.
21

22

23               MARY J. GEORGE, FCRR, CRR, RMR
                901 19th Street, Denver, Colorado 80294
24           Proceedings Reported by Mechanical Stenography
                  Transcription Produced via Computer
25
```

2

1              P R O C E E D I N G S

2        (Call to order of the court at 3:02 p.m.)

3              THE COURT:  Court calls criminal case No. 13 cr

4    00392-CMA-1, encaptioned United States versus George Thomas

5    Brokaw.  Counsel, would you please enter your appearances.

6              MR. KIRSCH:  Good afternoon, Your Honor.  Matthew

7    Kirsch and Martha Paluch of the United States.  We also

8    have our Special Agent Adam Rogkowski with us.

9              THE COURT:  Good afternoon.  Would the defendant

10   please enter his appearance.

11             MR. BROKAW:  I'm here, Your Honor, not as a

12   defendant, I'm here as the living man George Brokaw.

13             THE COURT:  All right.  Mr. Brokaw is here in

14   person.  For the record, the Court also notes that Officers

15   Robert Ford and Gary Burney representing the United States

16   Probation Office are also in attendance for this hearing.

17   Good afternoon.

18             PROBATION OFFICER:  Good afternoon, Your Honor.

19             THE COURT:  This sentencing hearing was originally

20   scheduled for 3:30 on January 27th, 2015, but Mr. Brokaw,

21   who was free on bond, failed to appear as ordered by the

22   Court after his conviction on November 11th, 2014.  The

23   Court ordered that a warrant for his arrest be issued and

24   the marshal arrested him and brought him in for sentencing

25   on January 28th, 2015.

1              Because the defendant requested more time to

2      review the presentence investigation report, this Court

3      continued the sentencing hearing to today.

4              The record shows that after a five-day jury trial

5      on November 11th, 2014, Mr. Brokaw was found guilty and

6      convicted of one count of conspiracy to file false claims

7      for refund, six counts of false claims for refund, one

8      count of conspiracy to corruptly endeavor to obstruct or

9      impede the due administration of the IRS laws, and one

10     count of corruptly endeavoring to obstruct or impede the

11     due administration of the IRS laws.

12             I have received and reviewed the full presentence

13     investigation report including all addenda thereto.  I have

14     also reviewed document No. 387, the defendant's objections,

15     document No. 273, the Government's sentencing statement,

16     and document 384, the Government's supplemental sentencing

17     statement.

18             I -- at the last hearing I believe I struck

19     filings which were irrelevant to this case, documents No.

20     395, 394, and 398.  I also struck document No. 399, which

21     is a writ of habeas corpus.

22             On February 2d, 2015, the defendant was provided a

23     printed copy of his presentence investigation report,

24     recommendation, and addendum by U.S. Probation Officer Gary

25     Burney, at the Clear Creek County Jail, in Georgetown,

1    Colorado.

2           Mr. Brokaw, did you read the presentence

3    investigation report?

4           THE DEFENDANT:  I did.  I did, Judge.  And I have

5    some questions about it, and I'd like to make some comments

6    prior to getting into that if I might -- if I may.

7           THE COURT:  You may not make comments at this

8    point, but you can ask me any questions you have about your

9    presentence report.  I'll let you -- at the end of the

10   hearing before I sentence you, I will allow you to make

11   whatever comments you wish.

12          THE DEFENDANT:  I have a lot of comments about it

13   because I would like to make a couple of previous comments

14   before, because the presentencing investigation report does

15   not identify me properly.  If you look at page 3, it

16   does -- and page 1 and page 3 do not properly identify me

17   as a living man, and that's what -- that's been my

18   contention all through this trial and this -- in this

19   process.

20          THE COURT:  All right.  So your objection is it

21   doesn't properly identify you.

22          MR. BROKAW:  It does not properly identify me.  I

23   would like to make some comments prior to going into this

24   investigation report.

25          THE COURT:  Well, at this point, you can make any

1    objections you wish.  You've already made the objection

2    that it doesn't properly identify you.  What other

3    objections do you have?

4            THE DEFENDANT:  This -- this presentencing report

5    does not properly identify me.  If I may, may I stand up?

6            THE COURT:  You may.

7            THE DEFENDANT:  May I go to the --

8            THE COURT:  You may.

9            THE DEFENDANT:  Thank you.  What I would like to

10   say, Judge, is that on page 3, this presentencing

11   investigation report indicates a Social Security number

12   that has been changed.  That has been noted and should have

13   been updated on the records of IRS and Treasury.  It should

14   be assigned to a foreign status code D, should not reflect

15   a Social Security number.  Those are assigned to United

16   States citizens.  And where it says citizenship, United

17   States, there are documents out there clearly identifying

18   myself that I am not a United States citizen.  Then -- and

19   I'm a nonresident alien now.  Those should be reflected on

20   updated reports.

21           And I would like to just give you a couple of

22   comments about those things that went out.  That's what I

23   wanted to say before we get into this report.

24           THE COURT:  Well, actually, I don't -- Mr. Brokaw,

25   at this point I just want to hear what objections you have.

1    Those objections are noted.  What other objections do you

2    have?

3                THE DEFENDANT:  Well, I need to -- I need to

4    explain that --

5                THE COURT:  Well, Mr. Brokaw, you can make your

6    objections.  What other objections do you have?

7                THE DEFENDANT:  I appear today as a living man of

8    age of majority.  A natural man, a creation of God, over 18

9    years of age.  That's what I'm trying to say.  That means

10   that no one can speak for me and say that I'm anything

11   other than a living man, or make me something or someone

12   other than I am.

13               I'm a living man, one with my creator, and I'm

14   over the age of 18.  Does anyone in here disagree that I'm

15   a living man?  No?  No one commented.

16               If -- Judge, if in my previous appearances in this

17   court I've seemed disrespectful, I apologize to you and

18   this Court.  It wasn't meant to be that way.  It occurred

19   to me that everything I wrote or said may have been being

20   labeled as nonsense or frivolous by the U.S. Attorneys and

21   by you, Judge.  And then it occurred to me that perhaps I

22   was being viewed as either an infant, an incompetent, and

23   unable to speak for myself, or else as a ghost, because

24   people seems like I would say something and they would look

25   right through me.  So I set about to correct the records by

1   placing the proper documentations on the public record, and

2   in -- on the international record, Judge.  And that's what

3   I want to tell you.

4       And I notified a lot of folks internationally.  I

5   have sent a certified and authenticated birth certificate I

6   have now in my possession.  I now have the notarized

7   certificate of title of that birth certificate.  It's the

8   only authenticated copy.  It was double authenticated by

9   the State of Ohio where I was born a natural birth, and

10  also with the Secretary of State and the United States.

11      I am the majority interest beneficiary of that --

12  of that ben- -- of that trust and estate that's connected

13  with that birth certificate.  I am the beneficiary and I am

14  not the trustee or the security for that account, okay?

15      At age of majority, no one speaks for me now.  I

16  have revoked the election of the United States citizen

17  through the IRS and Treasury.  That's one of the comments

18  that I wanted to make on this report.

19      I have revoked that election and it should -- it

20  should have updated by this time, I would suggest.  So if

21  they have not updated the records, I don't know what to

22  tell you there, but that might take a few more days, Judge.

23      When I was perhaps 14 or 15, they said, You've got

24  to go apply for a Social Security card if you want to go to

25  work.  Well, like as a minor, I did it.  I did what people

1    suggested.  But they didn't tell me the whole story, Judge.

2    They didn't tell me that if I applied for a Social Security

3    card and indicated that I was a U.S. citizen, that I would

4    be trading some of my unalienable God-given rights for some

5    Government privileges and a little bit of financial

6    security later on.  They didn't explain that to me, Judge.

7         Well, I've corrected that now.  I have sent a

8    resignation of post -- a rescission of office of the person

9    to the Postmaster General.  Now I'm not considered a U.S.

10   person with the postmaster.  Everyone gets mail in the

11   mailbox and we receive mail in the mailbox as a U.S. --

12   from the U.S. postal zone, you're considered a U.S. person.

13        I've lawfully removed myself, a living man, from

14   the trust or from the statutory person identified by the

15   all-capped name on the birth certificate.  Now, on the

16   first page of this -- of your presentencing report, got the

17   all-capitalized name.  I have never written my name that

18   way.  I do not write my name that way.  That does not

19   indicate me, the living man, that indicates a statutory

20   person under your statutes.

21        Mailings were sent registered international mail

22   to the officials in the state of Ohio indicating that -- of

23   the change in the birth certificate, the authentication,

24   and indicating that they are now the trustees for that

25   account.  I'm not the trustee, I'm the beneficiary.  And

1    that would include the governor, the Secretary of State,

2    the registrar, and the county clerk in Ohio.

3           I also sent to the commissioner of IRS a notice of

4    revocation of election which established me with -- as a

5    foreign status identifying number, a code D as -- other

6    than as a Social Security number.  I exercised a

7    termination of election per 26 U.S.C. 6013(g)(4)(A).

8           And may I have a sip of water, Your Honor?

9           THE COURT:  You may.

10          THE DEFENDANT:  Thank you.  It's dry.

11          THE COURT:  We have a trial today, so they may

12   have drank most of the water.

13          THE DEFENDANT:  I notified the commissioner of

14   IRS, as I said -- excuse me -- of the revocation of

15   election.  And I exercised a termination of election, and I

16   did mention that was Title 26, 6013(g)(4)(A).  And I

17   declared myself as a private state citizen and American

18   national and not a U.S. citizen, and that's per 8 U.S.C.

19   1101(a)(21).  So those things should be reflected on the

20   record.  If they are not, maybe those records haven't been

21   quite updated by this date, but I think they might have,

22   Your Honor.

23          The matter before this Court is not about money.

24   It's not about money at all.  I have tendered payment for

25   this case, case No. 13 cr 00392, and it has been

1    transferred, endorsed, delivered to the trustee to settle

2    for the account of the United States.  That is being

3    processed right now, I believe, also.

4            The matter before this Court's not about money,

5    it's about holding a man against his will.  It's about

6    slavery in violations of international law.  Involuntary

7    servitude is in direct violation of Foreign Sovereign

8    Immunities Act, the 13th Amendment to the Constitution and

9    international law.

10           In summary, I, George Thomas Brokaw, the living

11   man, spelled in upper and lower case, am a private state

12   citizen, an American national, per 8 U.S.C. 1101(a)(21), a

13   sovereign American national.  That's on the record firmly

14   established.  These things were sent out to these entities

15   all registered mail through the international mail.

16           I'm not subject to the territorial jurisdiction of

17   the statutory United States, meaning the District of

18   Columbia, as a result of my birth in one of the 50 states

19   of the union in the constitutional republic.

20           I'm not -- I don't fall under Article IV of that

21   part of the US Constitution which gives Congress exclusive

22   jurisdiction in the district of Columbia and the

23   territories.  The old Supreme Court case *Yick Wo v. Hopkins*

24   in 1886 confirms this.  The Supreme Court has ruled all

25   federal statutes and regulations applies only within the

1   territorial jurisdiction of the United States, defined as
2   the District of Columbia, as I just mentioned, unless a
3   contrary intent appears.
4           And if you look up the definition of the United
5   States in Title 26 at 7701 under Definitions, No. 9, the
6   definition of United States means District of Columbia.  I
7   don't live or reside in the District of Columbia, I'm not
8   part of that jurisdiction.  That's what I tried to tell
9   these gentlemen over here at the very beginning of this
10  process.
11          I, George Thomas Brokaw, a living man, cannot be
12  compelled, coerced or presumed to associate with the
13  national Government which would be a direct violation of
14  the Foreign Sovereign Immunities Act, 13th Amendment to the
15  constitution, which outlawed slavery and involuntary
16  servitude in the constitutional republic.  Voluntary
17  servitude I assume would still be legal, but I don't choose
18  to volunteer.
19          Now, your presentencing investigation does not
20  apply to me, the living man, it applies to that legal
21  fiction because it's an all-capitalized name.  It applies
22  to the person, a legal fiction, and that's defined at 26
23  U.S.C. 7701(a)(1), the definition of person.  It defines a
24  legal fiction.  It defines a corporation, an estate, a
25  trust, a business entity, a life insurance company.  It

1    doesn't apply to the living man.

2            I am a nonresident alien, American national,

3    defined at 26 U.S.C. 7701(b)(1)(B).  And this is what that

4    statute says:  An individual is a nonresident alien if such

5    individual is neither a citizen of the United States nor a

6    resident of the United States.  And I am neither, Your

7    Honor.  I am not the trustee for the trust or the estate,

8    as I mentioned in this court before.  The all caps name on

9    page 1 of your report does not identify me, it identifies

10   the person, the statutory person, as I mentioned.  The SS

11   number that's identified on page 3 -- it says right at the

12   top of that page, page 3, it says Identifying Data, and it

13   doesn't identify me.  So I would prefer if you want to get

14   this document corrected, we can come back here another day

15   and talk about it then, but this does not identify me.

16           The SS number is now a foreign status ID number

17   and it's under a code D with the IRS.  The citizenship on

18   that same page says Citizenship, United States, and that

19   does not reflect me either.  I'm a nonresident alien, an

20   American national.

21           Now, the DOJ, their boss over here, Mr. Holder,

22   was identified -- was notified of all this information

23   through registered mail at -- through international courier

24   also, as was Mr. Lew of the Treasury Department, was

25   notified, as were you, Your Honor, you got this -- these

1   documents also, identifying me as who I am.

2           Judge, you and the prosecuting attorneys in this

3   room have executed an oath of office to support the

4   constitution of the United States; is that correct?

5           THE COURT:  You may proceed.  You're not here to

6   ask me questions, sir.

7           THE DEFENDANT:  Is that correct?

8           THE COURT:  You are not here to ask me questions.

9           THE DEFENDANT:  Well, I accept your oaths of

10  office and my lawful and binding contract to protect my

11  unalienable rights, my God-given rights.

12          And let the record note that the judge didn't

13  answer the question.  Thank you.

14          THE COURT:  All right.  The --

15          THE DEFENDANT:  Closing -- closing, Judge, placing

16  an American national nonresident alien into involuntary

17  servitude is a violation of the 13th Amendment of the

18  constitution, the Foreign Sovereign Immunities Act, and

19  international law.  And these documents have all gone out

20  to a myriad of agencies through registered mail with

21  international law.

22          I notice the Court today, the right thing to do,

23  since this -- since the financial side of this has been

24  tendered, I notice the Court to abrocate case No. 13 cr

25  00392 today, dismiss it with prejudice, reverse, nullify

1    any jury verdicts, and expunge all records of any

2    indictment and conviction from the living man, me.

3         I do not consent to servitude, whether expressed

4    as a sentence or not.  This is the right and lawful thing

5    to do.  There's no value in society in incarcerating me,

6    anyway.  I'll work and help society if I'm on the outside.

7         And that's -- that's my remarks.  My remarks

8    pertain to this report that I was given that Mr. Ford put

9    together, and it appears to be the same document almost

10   verbatim with what Mr. Kirsch had already put together and,

11   as I said, it does not pertain to me, so I object to any

12   further discussion of this document because it does not

13   apply to me, Judge.

14        THE COURT:  All right.

15        THE DEFENDANT:  And that's my statement.

16        THE COURT:  All right.  The defendant's oral

17   objections are noted, but they will not affect the

18   guideline range nor will they --

19        THE DEFENDANT:  I object to being called -- being

20   called "the defendant," Your Honor.  I'm not the defendant.

21   The defendant is a statutory person.

22        THE COURT:  All right.

23        THE DEFENDANT:  I'm a living man.

24        THE COURT:  I have also read document No. 387,

25   Mr. Brokaw's objections to the presentence investigation

1    report, which assert that the probation officer used the

2    wrong statute because 18 United States Code Section 3231 is

3    unconstitutional and this Court can proceed only under a

4    1909 statute.  These are the same type of tax protester

5    arguments regarding the legality of the power of the

6    Government to bring this case and the power of the Court to

7    hear it.  These objections are overruled as patently

8    frivolous and legally meritless.

9            Mr. Kirsch, do you have any objections you wish to

10    make to the presentence report?

11            THE DEFENDANT:  Judge, my -- my life in this

12    courtroom is not patently frivolous.  The objections I'm

13    making are valid and they're coming from a living man.

14    Your statutes apply to the statutory person, not to the

15    living man.

16            THE COURT:  All right.  So noted.  Mr. Kirsch.

17            MR. KIRSCH:  No objections to the presentence

18    report, Your Honor.  I do want to amend the -- our position

19    with respect to the appropriate sentence at the appropriate

20    time.

21            THE COURT:  All right.  The total offense level in

22    this case is 30, Mr. Brokaw's Criminal History Category is

23    a I, which results in an advisory guideline range of 97 to

24    120 months of imprisonment, one to three years of

25    supervised release, and a fine in the range of 15,000 to

1    $150,000.

2           I did not see any requests for downward departure

3    pursuant to the federal sentencing guidelines or any

4    requests for a sentence that varies from the federal

5    sentencing guidelines other than the recommendation from

6    the probation department.

7           THE DEFENDANT:  Judge -- Judge, I object.  I hate

8    to interrupt you, but I object.  I just said that this

9    presentencing investigation report does not identify me --

10          THE COURT:  I heard you, Mr. Brokaw.  I will

11   overrule --

12          THE DEFENDANT:  You are proceeding as if it

13   identifies me.

14          THE COURT:  I've overruled your objections.

15          THE DEFENDANT:  Are you -- in the beginning of my

16   comments, I said I'm the only one that can identify me as a

17   living man.  No -- are you telling me that I'm less than a

18   living man --

19          THE COURT:  Sir --

20          THE DEFENDANT:  -- I'm a statutory fiction?  I --

21   I object to that.

22          THE COURT:  Sir, I've listened to you.  I would

23   appreciate that you not be disrespectful and you listen to

24   me.

25          THE DEFENDANT:  I'm not being disrespectful, but

1    I --

2              THE COURT:  You're interrupting me.

3              THE DEFENDANT:  I refuse to let you classify me as

4    less than a human being, less than a man, which is what you

5    are attempting to do by blowing past what I have just put

6    on the record.  I am not a fiction, I'm not a corporation,

7    I'm not a trust.  I'm a living man, a creation of God, and

8    I stand here firmly in that place.

9              THE COURT:  All right.  Your objection is so

10   noted.

11             THE DEFENDANT:  And I --

12             THE COURT:  Mr. Brokaw --

13             THE DEFENDANT:  And I object to the -- to you

14   continuing sentencing until this document is corrected.

15             THE COURT:  Mr. Brokaw, if you will be seated and

16   I can continue.  At the right time you will be able to make

17   further allocution.

18             Mr. Brokaw is before this Court for sentencing on

19   his first criminal conviction with the exception of his

20   activities against the Internal Revenue Service, and other

21   related governmental agencies.  He has led a law-abiding

22   lifestyle and been a contributor to his community.

23             He does not present any mental health or substance

24   abuse concerns and there does not appear to be any

25   educational or vocational need.

1          The defendant in this case conspired with others

2     to file false documents and claims with the Internal

3     Revenue Service.  He and others also attempted to

4     intimidate investigators and other Government officials

5     involved in the case.  Despite considerable attempts to

6     obtain monies from the Internal Revenue Service to which he

7     was not entitled, the defendant was never successful in

8     receiving any funds.

9          The probation office believes that because the

10    defendant was unsuccessful in receiving illegitimate

11    refunds, that the guideline loss amount of $30 million

12    overstates the impact of the conduct of the defendant;

13    however, the Court is concerned about several factors.

14         First, Mr. Brokaw's criminal conduct that gave

15    rise to this conviction span more than four years, from

16    March of 2008 to April of 2012.  Mr. Brokaw persisted in

17    his efforts to collect fraudulent refunds even after he

18    received repeated warnings from the IRS that his claims

19    were frivolous and would result in sanctions if not

20    withdrawn.

21         He and his codefendants harassed and attempted to

22    intimidate Government employees in their job functions,

23    including submitting claims and statements maintaining that

24    these employees owed the defendants absurd amounts of money

25    and hand-delivering liens against them in the respective

1     amounts of 1.1 and 2.2 billion.

2          Mr. Brokaw refuses to accept any responsibility

3     for his criminal conduct.  He asserts, quote, I know what

4     we were doing was right, end quote.  His history and

5     characteristics suggest that he is more likely to reoffend

6     than other defendants with similar records who have

7     committed similar offenses.

8          The Court doesn't -- has not reached a

9     determination as to whether or not the recommendation of

10    the probation officer, which is essentially that the Court

11    reduce the intended loss amount of more than $30 million in

12    this case because it overrepresents the seriousness of the

13    impact of Mr. Brokaw's conduct.  So at this point, I'm not

14    sure where I would -- whether I would be willing to vary

15    from the recommended guideline range, which is 97 to 120

16    months.

17         Mr. Kirsch, I will hear from the Government with

18    respect to any argument you wish to make as to the

19    appropriate sentence in this case.

20         MR. KIRSCH:  Thank you, Your Honor.

21         Your Honor, the various aggravating factors that

22    the Court has already identified in its recitation, in the

23    Government's view would easily make a sentence within the

24    guideline range a reasonable sentence under the meaning of

25    the law.  As the Court knows, in our supplemental

1    sentencing statement, we had proposed an alternate

2    calculation.  If the Court did find, given the -- given

3    that it was at least unlikely that some of the more

4    outrageous amounts of the claims might get paid, that the

5    Court could engage in a calculation that reduced the

6    guidelines by approximately four levels.  And based on that

7    calculation, we had suggested that a sentence of 72 months

8    of imprisonment might be appropriate.

9            That recommendation was made, of course, before

10   the latest significant round of disrespect displayed by

11   Mr. Brokaw to the Court, and his latest round of conduct,

12   which has indicated, as he has indicated even today, a

13   refusal to recognize that he has done anything wrong, that

14   the man who is now sitting in the courtroom today is, in

15   fact, the man who committed each and every one of the

16   crimes of which he has been committed.  He is the man who

17   hand-delivered the liens to the IRS officer.  He is the man

18   who filed the false claims for refunds and hopes to collect

19   the money from the federal government, which he now

20   attempts to disavow.

21           And he's the same man who, during at least a

22   portion of the time in which he was committing these

23   offenses, was collecting Social Security benefits under the

24   Social Security number, which he now attempts to disavow.

25           As the Court knows, Mr. Brokaw could be subject to

1    a separate prosecution for his failure to appear for

2    sentencing during the -- when this matter was initially

3    scheduled, and I would suggest that it would be appropriate

4    for the Court that the Court would have the power to take

5    that failure to appear into account and to factor that into

6    the sentence that the Court might fashion now.

7            If Mr. Brokaw were to be separately charged with

8    that offense, the guidelines would be determined under

9    2J1.6.  He would be -- based on this offense, he would,

10   under that guideline, be at a level 12 without acceptance

11   of responsibility, and a level 10 if he accepted

12   responsibility.  He would receive the criminal history

13   points for this conviction, which would put him at a

14   Criminal History Category II.  And at a level 12, the

15   guideline range for failing to appear would be 12 to 18

16   months, and at a level 10, it would be eight to 14 months.

17           The Government suggests that if the Court

18   determines that a sentence approximately four levels lower

19   is the appropriate place to begin with respect to

20   sentencing Mr. Brokaw, then it would also be appropriate to

21   add back in a sentence like the guideline sentence that

22   would result if he were separately charged with failing to

23   appear for his sentence, and that would provide an extra

24   measure of punishment that would be associated with that

25   conduct.

1              That's all I have, unless the Court has any

2      questions for me.

3              THE COURT:  No, I have nothing further.  Thank

4      you.

5              MR. KIRSCH:  Thank you, Your Honor.

6              THE COURT:  Mr. Brokaw, do you wish to make any

7      further statements to me on your own behalf before I impose

8      sentence?

9              THE DEFENDANT:  I do, Your Honor.

10             THE COURT:  You may go ahead.

11             THE DEFENDANT:  Mr. Kirsch alludes to "the man."

12     The man that was brought into this Court and the man that

13     is identified on this presentencing investigation report is

14     the statutory person, the all-capital letters man.  It is

15     not me, the living man.  This is the -- this is the

16     statutory person that's identified here; that is not me.

17             And I would add -- and one thing I didn't add

18     earlier, had I known the things that I know now that I've

19     learned in the last six months or so, and I had put these

20     things all in the proper perspective with the proper people

21     in the -- in the public venue, I wouldn't have gone through

22     all of this because I would have properly identified myself

23     as the living, breathing man, the creation of God, and not

24     the statutory person as listed in your statutes.

25             It clearly defines who the person is in the

1    statutes, Mr. Kirsch, and it clearly defines that it is not

2    me, a living man.   Nowhere in the statutes does it say

3    that.

4          And talking about the statutes, we went back and

5    did some research.   When they codified the United States

6    Codes in 1925 and '26, Your Honor, they were -- they were

7    brought from the statutes at large to the United States

8    Codes.   And there was not agreement by both houses of

9    Congress at the time, so they have come forward all the way

10   down through the years since then as prima facie.   Until

11   they are proven -- they are believed to be the law, until

12   they are proven otherwise.

13         And the thing you mentioned earlier about Title

14   18, that is an ongoing lawsuit right now.   Title 18, it is

15   proven that -- through the Congressional records that Title

16   18 was never passed into positive law back in 1947.   The

17   House of Representatives only voted -- 44 members voted, 38

18   to six, to pass Title 18, and the Senate never voted on it

19   in 1947.

20         That is -- that is on the record and information

21   we provided to this Court.   It may be frivolous for some

22   people, but if Congress doesn't pass it with both houses of

23   Congress, with quorum votes, it is not a law.   And that is

24   still going forward.

25         But Mr. Kirsch's allegation that the man sitting

1    here is the man -- I'm the man sitting here, I'm the living

2    man, but I'm not the man identified on this report.  And I

3    object to any further proceedings on this sentencing

4    hearing until this document is corrected.

5              THE COURT:  Your objection's noted.

6              THE DEFENDANT:  And I object to any -- you know,

7    I'm not going to consent to any . . .

8              THE COURT:  All right.  As a result of the United

9    States Supreme Court's rulings in *United States v. Booker*

10   and *United States v. Fanfan*, the United States Sentencing

11   Commission Guidelines have become advisory to this Court.

12   While this Court is not bound to apply those guidelines, it

13   has consulted them and taken them into account, along with

14   the sentencing factors identified in 18 United States Code

15   Section 3553(a).

16         The defendant's objections to the presentence

17   report pertain to his contention that this Court has no

18   jurisdiction over him.  For the reasons previously stated

19   orally and in previous written orders of this Court, the

20   defendant's objections are overruled.

21         Neither the Government nor the defendant has

22   challenged any other aspect of the presentence report,

23   therefore, the remaining factual statements and guideline

24   applications are adopted without objection as the Court's

25   finding of fact concerning sentencing.

1          The Court finds that the total offense level is

2     30, the defendant's Criminal History Category is I, which

3     results in an advisory imprisonment range of 97 to 120

4     months, a fine range of 15,000 to $150,000, and a

5     supervised release range of one to three years.

6          The Court has considered the probation officer's

7     recommendation that the Court consider removing the

8     patently outrageous claims that were made by the defendant

9     of 22 million and 5.9 million in fraudulent EFTs from that

10    loss calculation.  To do so would reduce the offense level

11    set forth in the tax tables at United States Sentencing

12    Guideline Section 2T4.1 by four levels, from a level 28 to

13    a level 24, and would yield an adjusted offense level of

14    26.  That would result in a guideline range of 63 to 78

15    months, which seems more appropriate to this Court than the

16    97 to 120 months as calculated.

17         So for these reasons, the Court finds that when

18    the history and characteristics of the defendant, as well

19    as the nature and circumstances of this offense are

20    juxtaposed with the goals of sentencing, a variant sentence

21    in this regard is warranted in this case, and the Court

22    will vary downward.

23         Pursuant -- and despite the disrespectful

24    behavior, which has not been quite so disrespectful from

25    this defendant, although one of the other defendants has

1    been, I don't think it's appropriate for me to take that

2    into account.

3            THE DEFENDANT:   Judge, if I may.   It's not my

4    intention to be disrespectful at all.

5            THE COURT:   Well, I appreciate that.   Thank you.

6            THE DEFENDANT:   I'm speaking from the heart.   I'm

7    not trying to be disrespectful.   I'm telling you I'm a

8    living man and I'm standing on that position.

9            THE COURT:   All right.

10           THE DEFENDANT:   I'm a creation of God and not some

11   fictitious creation.

12           THE COURT:   That's why I did not take into

13   account -- I'm not going to do anything with respect to

14   your ignoring the order to appear here for sentencing, but

15   I do believe that a variant sentence would be justified in

16   this case.

17           Pursuant to the Sentencing Reform Act of 1984, it

18   is the judgment of the Court that the defendant, George

19   Thomas Brokaw, is hereby committed to the custody of the

20   Bureau of Prisons to be imprisoned for a term of 78 months

21   on Count 1 and a term of 60 months on each of Counts 2, 3,

22   4, 5, 6, 7, and 14, and a term of 36 months on Count 15,

23   with all such terms of imprisonment to be served

24   concurrently.

25           Upon release from imprisonment, the defendant

1    shall be placed on supervised release for a term of three

2    years.  This term consists of three years on each of Counts

3    1, 2, 3, 4, 5, 6, 7, and 14, and a term of one year on

4    Count 15.  All such terms to run concurrently.

5          Within 72 hours of release from the custody of the

6    Bureau of Prisons, the defendant shall report in person to

7    the probation office in the district to which the defendant

8    is released.

9          While on supervised release, the defendant shall

10    not commit another federal, state or local crime.  Shall

11    not possess a firearm as defined in 18 United States Code

12    Section 921, and shall comply with the standard conditions

13    that have been adopted by this Court.

14          The defendant shall not unlawfully possess a

15    controlled substance.  The defendant shall refrain from any

16    unlawful use of a controlled substance.

17          The Court waives the mandatory drug testing

18    requirements of 18 United States Code Section 3583(b)

19    because the presentence report indicates a low risk of

20    substance abuse by the defendant.

21          The defendant shall cooperate in the collection of

22    DNA as directed by the probation officer.

23          The Court finds that the following special

24    conditions of supervision are reasonably related to the

25    factors set forth in 18 United States Code Sections 3553(a)

1    and 3583(d).

2            Further, based on the nature and circumstances of

3    the offenses and the history and characteristics of this

4    particular defendant, the following conditions do not

5    constitute a greater deprivation of liberty than reasonably

6    necessary to accomplish the goals of sentencing.

7            First, the defendant shall make payment on the

8    financial obligation that remains unpaid at the

9    commencement of supervised release.  Within 60 days of

10   release from confinement, the defendant shall meet with the

11   probation officer to develop a plan for the payment of

12   restitution.  The plan will be based upon the defendant's

13   income and expenses.  The plan will be forwarded to the

14   Court for review and approval.

15           Second, the defendant shall work with the

16   probation officer in development of a monthly budget that

17   shall be reviewed with the probation officer quarterly.

18           Third, the defendant shall not be employed in a

19   fiduciary position.

20           Fourth, the defendant shall not engage in any

21   business activity unless said activity is operating under a

22   formal registered entity such as a corporation, limited

23   liability company, limited liability partnership, limited

24   liability limited partnership, sole proprietorship, or

25   general partnership.

1     Fifth, the defendant shall not register any new

2   business entity, foreign or domestic, without the advanced

3   written approval of the probation officer.

4     Sixth, the defendant shall maintain business

5   records for any business activities in which he engages.

6   The defendant shall provide all requested documentations to

7   the probation officer regarding any of his business

8   activities as requested by the probation officer.

9     Seventh, the defendant shall document all income

10  or compensation generated or received from any source, and

11  provide such information to the probation officer as

12  requested.

13    Eighth, the defendant shall comply with all legal

14  obligations associated with the Colorado Department of

15  Revenue and the Internal Revenue Service regarding federal

16  and state income taxes.  This includes resolution of any

17  tax arrearages, as well as continued compliance with

18  federal and state laws regarding the filing of taxes.

19    Ninth, the defendant shall provide to the

20  probation officer copies of all correspondence and

21  defendant's mail or -- correspondence that the defendant

22  mails or causes to be mailed to the Colorado Department of

23  Revenue, the Internal Revenue Service, and the Department

24  of Treasury.

25    The defendant shall pay a total fine of $15,000,

30

1    and a special assessment of $900, which is $100 per count,

2    which is due and payable immediately.

3         Now, Mr. Brokaw, you are advised that you have the

4    right to appeal this sentence.  If you desire to appeal, a

5    notice of appeal must be filed with the Clerk of the Court

6    within 14 days after entry of judgment or your right to

7    appeal will be lost.  If you are not able to afford an

8    attorney for an appeal, the Court will appoint one to

9    represent you.  And if you request, the Clerk of the Court

10   must immediately prepare and file a notice of appeal on

11   your behalf.

12        Is there any further matter to be brought to the

13   Court's attention?

14        MR. KIRSCH:  Your Honor, I may have just missed

15   it.  I didn't hear whether the Court addressed the matter

16   of interest with respect to the fine.

17        THE COURT:  I actually did not.  I am going to

18   waive the fine because I think his financial circumstances

19   are such that a fine is not -- interest on the fine would

20   not be appropriate.  Thank you.

21        MR. KIRSCH:  Thank you, Your Honor.

22        THE COURT:  All right.  Mr. Brokaw, anything

23   further from you?

24        THE DEFENDANT:  Your Honor, I just -- I just think

25   that's excessive and I do not consent to any servitude.

1    That's just my personal feeling at this time.

2            THE COURT:   All right.   Well, Mr. Brokaw I do want

3    you to know that I take my task of sentencing very

4    seriously, and I do so because I understand on the one hand

5    I have your life, part of it, in my hands and I want to be

6    fair to you, but I also have an obligation to the public

7    and to society to protect them from further crimes like

8    this.   To promote respect for the laws of the United

9    States.   To provide a just punishment, but one that is

10   going to adequately deter similar criminal conduct by you

11   and by others.

12           And I wrestled with this one, but I do believe

13   that a sentence of 78 months here, together with the fine

14   and the special conditions of supervised release, does

15   reflect the seriousness of this offense and is a sufficient

16   but not greater than necessary sentence to achieve the

17   purposes of sentencing.

18           And that's all I can tell you.   It's the hardest

19   thing I have to do is to look at a person like you and say,

20   I don't understand why you do what you do, but it's against

21   the laws of the United States, and I have to hold you

22   accountable for that.

23           So if there's nothing further, the defendant is

24   remanded.

25           Court will be in recess.

32

```
 1              THE DEFENDANT:  I don't consent.  That's all I can
 2       say.
 3           (Proceedings concluded at 3:43 p.m.)
 4
 5                     *     *     *     *     *
 6                     REPORTER'S CERTIFICATE
 7
 8           I certify that the foregoing is a correct transcript
 9       from the record of proceedings in the above-entitled
10       matter.
11           Dated at Denver, Colorado, this 29th day of May, 2015.
12
13
14
15       _                              _
16                     MARY J. GEORGE, FCRR, CRR, RMR
17
18
19
20
21
22
23
24
25
```