

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 22 2015
JEFFREY P. COLWELL
CLERK

13-CR-392 CMA #507

RTS in CCSO custody

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost 07/09/2015
US POSTAGE $00.70⁵

FIRST-CLASS MAIL
ZIP 80294
041L11245087

George Thomas Brokaw
Clear Creek County Jail
P.O. Box 518
Geo[rgetown]

NIXIE       802      FE  1   00/07/18/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 80294250099      *0520-06880-09-46