UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br>v.<br><br>JOHN J. PAWELSKI,<br><br>    Defendant-Appellant. | **SUPPLEMENTAL**<br>**DESIGNATION OF RECORD**<br><br>District Court No.  13-CR-00392-CMA-2<br>Court of Appeals No.  15-1056 |

**NOTE:  THIS DESIGNATION FORM MUST BE COMPLETED AND FILED IN ACCORDANCE WITH THE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.**

   Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should also be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals *in addition to the documents previously designated by prior counsel*.  (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)
   The following items should also be included in the record on appeal. (Portions of transcripts should be designated by hearing dates and page numbers.)

1. Transcript:    from 02/19/2014 (Docket No. 97)
2. Transcript:    from 02/26/2014 (Docket No. 107)

/s/ Ann Marie Taliaferro
_____
ANN MARIE TALIAFERRO
Attorney for Appellant
Brown, Bradshaw & Moffat, L.L.P.
10 West Broadway, Suite 210
Salt Lake City, Utah 84101
Telephone: (801) 532-5297
Facsimile: (801) 532-5298
ann@brownbradshaw.com

CERTIFICATE OF SERVICE

   I hereby certify that this document was electronically filed on July 29, 2015, with the Clerk of the Court by using the ECF system, which will send a copy to all ECF system participants as of the time of the filing. I further certify that all required privacy redactions have been made; that the ECF submission is an exact copy of the hard copy filed, if required; and that the ECF submission was scanned for viruses with the most recent version of Symentac, which is continuously updated, and, according to the program, the document is free of viruses.

                 /s/ April Wilson
                 _____
                 APRIL WILSON

K:\AMT\P\5433.wpd