

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

RTS
no longer
At facility

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 31 2015

JEFFREY P. COLWELL
CLERK

DENVER
SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

13-cr-392-CMA

George Thomas Brokaw
Clear Creek County Jail
P.O. Box 518
George

NIXIE    802    7E  1  00/09    0007/28/15
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD

BC: 80294250099    *1620-06837-15-37*

neopost 07/15/2015
US POSTAGE $00.48⁵
ZIP 80294
041L11245087
FIRST-CLASS MAIL