## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker     August 17, 2015     Chris Wolpert
Clerk of Court                                Chief Deputy Clerk

Darlene Martinez
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:** **15-1056, United States v. Pawelski**
Dist/Ag docket: 1:13-CR-00392-CMA-2

Dear Court Reporter:

We filed a Notice of Transcript Order in this case certifying that appellant ordered transcripts (2/19/14 doc. 97 and 2/26/14 doc. 107) from you and made satisfactory arrangements for payment, but we have not received your acknowledgment of that order and estimated completion date. 10th Cir. R., App. B.

Within 10 days of the date of this letter, please complete the Notice of Transcript Order and file a copy with this court. **If you have not made satisfactory arrangements for payment with appellant, or if our information is otherwise incorrect, please notify the court in writing forthwith.**

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Matthew T. Kirsch
      James C. Murphy

  Martha A. Paluch
  Ann Marie Taliaferro

EAS/kf

2