FILED
United States Court of Appeals
Tenth Circuit

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

August 18, 2015

Elisabeth A. Shumaker
Clerk of Court

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

MIMI M. VIGIL,

    Defendant - Appellant.

No. 15-1058
(D.C. No. 1:13-CR-00392-CMA-3)
(D. Colo.)

_____

### ORDER
_____

This matter is before the court on Appellant's Motion to Supplement the Record on Appeal. The motion is granted. The Clerk of the District Court shall forthwith prepare and transmit a supplemental record consisting of the items requested in Appellant's motion, attached to this order.

    Entered for the Court

    *Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER, Clerk

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　Plaintiff-Appellee,<br>v.<br>MIMI M. VIGIL<br>　　　Defendant-Appellant. | Case No. 15-1058<br><br>(D.C. No. 1:13-CR-00392-CMA-3) |

## MOTION TO SUPPLEMENT THE RECORD

Pursuant to 10th Cir. R. 27.3(A)(3), Ms. Vigil, through undersigned counsel, respectfully moves the Court to supplement the record on appeal, stating as follows:

1. On July 18, 2014, the United States District Court for the District of Colorado transmitted the record on appeal to the clerk of this Court.

2. The exhibits admitted during Ms. Vigil's trial were not included in the record.

3. These exhibits are material to the grounds upon which Ms. Vigil is appealing.

4. The following trial exhibits should be filed under seal: 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 50, 51, 52, 53, 60, 61, 62, 63, 70, 72, 73, 80, 81, 82, 83, 97, 98,

100, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 213, 215, 216, 217, 218, 219, 220, 221, 253, 254, 255, 256, 261, 262, 264, 266, 269, 270, 280, 282, 283, 284, 287, 288, 289, 290, 310, and 311.

5. Additionally, while the Minute Entry for proceedings held on August 15, 2014 [CM/ECF Doc. 252] was included in the record, the related transcript was not.

6. The transcript of the August 15, 2014 proceedings contains findings of fact and conclusions of law material to the grounds upon which Ms. Vigil is appealing.

7. Ms. Vigil's counsel contacted the attorneys of record for the United States, who do not oppose this motion.

8. Ms. Vigil is currently in custody at FCI Phoenix, Arizona.

WHEREFORE, Ms. Vigil respectfully requests the Court add the exhibits from the trial and the transcript of the August 15, 2014 proceedings to the record on appeal.

Dated:   August 17, 2015.

Respectfully submitted,

SNELL & WILMER L.L.P.

By: *s/ Neal McConomy*
Jessica E. Yates #378003
Neal McConomy #46299
1200 17th Street, Suite 1900
Denver, Colorado 80202
Telephone: (303) 634-2000
Facsimile:   (303) 634-2020
*Attorneys for Defendant-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2015, a copy of the foregoing **APPELLANT'S MOTION TO SUPPLEMENT THE RECORD** was served via ECF on the following:

Brenda Taylor, Esq.
Judith Smith, Esq.
Bishop Grewell, Esq.
U.S. Attorney's Office-Denver
1225 17th Street, Suite 700
Denver, CO 80202
Brenda.Taylor2@usdoj.gov
Judith.Smith3@usdoj.gov
Bishop.Grewell@usdoj.gov
*Attorney for Plaintiff-Appellee*
*United States of America*

*s/Sandy Braverman*
Snell & Wilmer L.L.P.

22252956.1

3