Scanned by U.S. Marshal

Legal Documents

Christine M. Arguello
Alfred A. Arraj United States Courthouse
901 19th Street  Chamber A 638
Denver, Co 80294

7014 2870 0001 4913 0559


