FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 3 2016

JEFFREY P. COLWELL
CLERK

## NOTICE OF DISCLAIMER OF TRUSTEESHIP

In respect to all the on going charges against me and in the spirit and intent of good conscience of equity, before I proceed any further in this or in any relationship, I, mimi vigil, absolutely disclaim any and all expressed or implied trusteeship, any and all voluntary or involuntary trusteeship, any and all documents drawn up in the courts, you have a mistaken identity, misunderstanding, "I am not the trustee for this court assignment of debt". Case No. 13-cr-00392-CMA

"Special, private, priority   mimi vigil                       "

Witness _____

Witness _____