OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 21 2016

JEFFREY P. COLWELL
CLERK

13-cr-00392-CMA
#537

DENVER CO 802
03 MAR '16
PM 2 L

neopost
03/03/2016
US POSTAGE $00.48⁰
ZIP 80294
041L11245087

Mimi M. Vigil
513 Shady Crest Circle
Colorado Springs, CO 80916

NIXIE      808    7E 1           0003/15/16
          RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD