**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker | | Chris Wolpert |
| Clerk of Court | July 13, 2016 | Chief Deputy Clerk |

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

RE:     **15-1058, United States v. Vigil**
          Dist/Ag docket: 1:13-CR-00392-CMA-3

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

                                                        Sincerely,

                                                        *Elisabeth A. Shumaker*

                                                        Elisabeth A. Shumaker
                                                        Clerk of the Court

cc:      Cody Clayton Bourke
         Matthew T. Kirsch
         Neal John Giersch McConomy
         James C. Murphy
         Martha A. Paluch
         Jessica E. Yates


EAS/dd