FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2016 AUG -9  PM 3: 46

UNITED STATES DISTRICT COURT
For the DISTRICT OF COLORADO   JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) INC. ) | Case number: 13-CR-00392-CMA |
| ) ) | |
| ) | Term: **Special** |
| v. ) | |
| ) ) | |
| GEORGE THOMAS BROKAW, et al ) | **Invoked in Exclusive Equity** |
| ) | |
| <sic>  <misnomer>  ) Defendant in error  ) | |
| ) ) | |
| And/or Aggrieved Defendant  ) ) | |

---

### Notice of non-representative capacity

I, a private, natural common man standing on land hereby appears by *special appearance* in a non-representative capacity as a third party intervenor—subject to my receipt of your written verifiable claim and proof of claim to the contrary—all within three days.

" All rights retained without prejudice"

_____
"george-thomas"
my word is my bond
non-assumpsit, cf. Pub. L. 94-550 1(a), 90 Stat 2534 cf.

## Certificate of Service

I, a woman, hereby certify that on this 9th day of August, 2016, a true and correct copy of the **Notice of non-representative capacity, and copies of the authenticated birth certificate and Dept. of State passport application, recorded in El Paso County, CO. #216046424,** was hand delivered to the following persons:

MARCIA S. KRIEGER, Chief Judge:
UNITED STATES DISTRICT COURT for the District of Colorado
901 19th Street, A901
Denver, CO. 80294-3589

John Walsh, U.S. Attorney
901 19th Street
Denver, CO 80294-3589

*/s/ deborah*
deborah