# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
2016 AUG 09 PM 3:46
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

UNITED STATES OF AMERICA )
Plaintiff )
v. )
GEORGE THOMAS BROKAW, )
et al. )
⟨sic⟩ ⟨Misnomer⟩ )
Defendant in error )
And/or Aggrieved Defendant )

Case number: 13-cr-00392-CMA

Term : Special

Invoked in Exclusive Equity

---

## Notice and Order in Exclusive Equity under Necessity

Comes now "george-thomas" genuine son of george, a living being and a man of God; the flesh lives, the blood flows; and declares as follows in support of this notice and order in exclusive equity under necessity for it is meet and proper:

1. from the beginning, with God as my witness, I "george-thomas", a true man of God, acknowledge all blessings given by God, repent all transgressions against God, and waive all benefits without God;

2. that i, "george-thomas, am not a volunteer to suffer as surety, trustee and/or quasi-trustee for "GEORGE THOMAS BROKAW" (or any other derivation of said commercial nom de guerre/war name) as named in the above-captioned action, as i have not been officially appointed or commissioned as such. Should any person have evidence to the contrary, let them come forward with it now or forever hold their peace;

george — thomas

3. that i, "george-thomas", require my immediate release from any and all liability in reference to any matter created by the adversary above, for his documents are defective, as i am not the man to defend the above captioned cause(s) of action.

therefore, it is safe to say, and i will now for your records, both public and private, that this is a case of mistaken identity or identity theft, for there is no relevance or relation between i and the adversary listed in the above captioned cause(s) of action.

all statements hereinafter are now deemed as moot, irrelevant and rebuttable, for i hereby rebut all statements made in the past, present, and in the near future, now and forever.

deem this as an order for my immediate release from liability for any and all claims, benefits or charges related to the above captioned cause of action, for it is best to err on the side of mercy and peace, as i come in peace as a non-belligerent. for "the spiritual man judgeth of all things and he himself is judged by no man." Unum Sanctam 1302

thank you. the end.

for closure,

_george thomas_

"george-thomas"
my word is my bond
all rights reserved without prejudice,
non-assumpsit, cf. [Pub. L. 94-550 1(a), 90 Stat 2534]

George X - thomas

UNITED STATES DISTRICT COURT
for the DISTRICT OF COLORADO

| | | |
|---|---|---|
| Complainant, | ) | |
| Deborah, Wife of George   ) | | |
| FCI ENGLEWOOD, CO | ) | |
| 9595 West Quincy Avenue | ) | |
| Littleton, Colorado 80123 | ) | Case Number:  13-CR-00392-CMA |
| | ) | |
| versus | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, INC.  ) | | **Term:  Equity** |
| | ) | |
| | ) | WRIT OF |
| Defendant. | ) | **HABEAS CORPUS** |
| | ) | |
| _____ | ) | |

**NOTICE OF**
**WRIT OF HABEAS CORPUS**

**TO THE HONORABLE JUDGE OF THE COURT of this State:**

**To Jeffery P. Colwell, Clerk of the court of the public's trust, I, Deborah of the House of**

**Brokaw, a private, common, natural woman standing on land, issue this notice for _special deposit_, as**

notice to this court of my request for Administrative acknowledgement on my part as per _equity_, and

to alert the adversary/plaintiff, unbeknown to me, hereinafter, shall be known as, the State of

Colorado, a corporate body which operates "at law." For I, "Deborah" of the House of Brokaw,

acknowledge and accept all oaths of office sworn on behalf of the following positions, duties, and job

descriptions of employment, and rebuke those sworn in secrecy (i.e. Yom Kipper), by any and all

natural persons, who swore an oath to honor their offices, to limit their boundaries, and trespasses;

to respect the trust they swore to uphold "the Constitution for the United States of 1789" which is the

highest "in law" of the land.

The prospect that anyone could be imprisoned without legal justification strikes at the heart of
the rule of law.



Abraham Lincoln Emancipation Proclamation on January 1, 1863

"That on the first day of January, in the year of our Lord one thousand eight hundred and sixty-three, all persons held as slaves within any State or designated part of a State, the people whereof shall then be in rebellion against the United States, shall be then, thenceforward, and forever free; and the Executive Government of the United States, including the military and naval authority thereof, will recognize and maintain the freedom of such persons, and will do no act or acts to repress such persons, or any of them, in any efforts they may make for their actual freedom."

I, Deborah, write this order on behalf of my husband, George of the House of Brokaw, a private, common, natural man standing on land, as he erred by failing to *correct the record* that created this entanglement, in determining, who are "We the People" versus "the U.S. citizen" and of this confusion in law regarding his inherent Rights as per, The Declaration of Independence.  As one of "We the People", a "Man endowed by his Creator with certain unalienable Rights that among these Rights are Life, *Liberty*, and the Pursuit of Happiness—That to secure these Rights, Governments are instituted among Men, deriving their just Powers from the *Consent* of the Governed—those who *consent to be governed.* George is innocent and was unaware of the forgoing wrongful claim of "self" in relation to the "entity" GEORGE BROKAW; and of his status as "native born Ohioan, private, natural man George, House of Brokaw

" If ever the American citizen should be left to the free exercise of his own judgment, it is when he is engaged in the work of forming the fundamental law under which he is to live. That work is his work and it cannot properly be taken out of his hands. All this legislation proceeds upon the contrary assumption that the people of each of these States shall have no constitution, except such as may be arbitrarily dictated by Congress, and formed under the restraint of military rule. A plain statement of facts makes this evident. "
-- Congressional Record, 90th congress, first session, Vol. 113, Part 12, Pg.15643. June 1967

1.        I write this request with the following facts and as my will in seeking release of my husband, from captivity and detainment, via this martial tribunal, during a time of peace.



deborah-sue

2.      That my husband, a godly man by and through Christ, is to be known hereinafter as, "george" located at FCI ENGLEWOOD, CO., a private, common, natural man with a long standing history of being a peaceful Ohioan, man standing on land of good works, a steward of this land and country. A man who repudiates any form of United States citizenship, corporate identity or office, a foreigner of your at laws and administrative encodings for he is not an employee of this government.

3.      Maxims of law states, it is best to err on the side of mercy. Whereby, I, "Deborah, wife of "george" located FCI ENGLEWOOD, CO., ask that this court to forgive him his trespass upon trust as we forgive your trespasses upon "We the people."

4.      For, my husband, "George" located at FCI ENGLEWOOD, CO. is an Ohioan, a man standing on the land jurisdiction of The United States of America MAJOR and flying its CIVIL flag. Whereas, he is a peaceful man, a foreigner with respect to the State created corporate body, local Municipalities and State Created, and that he should have been granted immunity from the Martial due process, as he is a de jure private, common, natural man upholding his pre 1933 status, proclamation 2040.

5.      For my husband, George, FCI ENGLEWOOD, CO. is a private, common, natural man standing on land and is a documented non-citizen national per the attached authenticated passport application, and his authenticated birth certificate attached, per the 14th Amendment, Section 1. Therefore, he is not an "enemy of the state" as declared by President Roosevelt, in his proclamation 2040, but a man who is entitled to exercise his free will and assert his freedoms as per President Lincoln without estopple.

6.      I, Deborah, the complainant, asserts on his behalf, George at FCI ENGLEWOOD, CO., again, is a peaceful man standing on land, an Ohioan of the land and immune to prosecution under any pretense that he is a "rebel" or that he caused any living being harm or damaged any property.

deborah-sue

7.      George, at FCI ENGLEWOOD, CO.,   private, common, natural man standing on land, an Ohioan, was not made aware that he was entering a foreign jurisdiction titled as such, city, county, state and the federal created corporate entities and did not mean to violate *your* codes, statutes, rules and regulations as used in legal[1] proceeding jurisdictions, *not lawful* jurisdictions in courts of competent jurisdiction  because all of you created natural persons (elected persons) freely publish your codes and policies as copyrighted clearly identifies them for use by the natural persons, public entities solely and not for use on all the people in Ohio, namely all men and women standing on this land, because the People are not bound to them.   They are indeed privately copyrighted and only for use as per the Crown Copyright, US Model, with active backing by the Crown and not for use by man. Each one of you created natural persons know or should know that you cannot nor shall make use of **your** codes, statutes, rules and regulations for your personal benefit, for profit, or as a claim of jurisdiction on your fellow countrymen. Therefore, it is safe to believe by these facts, that any act committed by the men and women of this country following the orders of his/her employer, in use of such, do so in willful violation of the right to life, liberty and the pursuit of happiness; for these laws do not apply to "the people" but to the business entity in use of them and cannot be forced upon "the people" at will.

8.      I, Deborah of the House of Brokaw, am deprave of my well-being, and financial stability, as my husband, is under detainment and in captivity by "the State of Colorado" leaving me a private, common natural woman and mother, without recourse or remedy to sustain myself under these circumstances. I, "Deborah" ask this court to convey to the adversary on behalf of my husband, "George" at location, FCI ENGLEWOOD, CO., to be released unto our family, for I have firsthand knowledge of his circumstances at home and work with rights, as per **equity** to make this request.

9.      I ask this court that, this man, my husband, "George" at location, FCI ENGLEWOOD, CO., an Ohioan, a private, common, natural man standing on land, dejure native, be released so that he may

---

[1] Legal is defined in the Britannica dictionary of 1893 as the undoing of God's law.  Lawful is defined as obeying God's law.



be able to provide for me and his family, life, liberty, and protection against those who may trespass or, who may cause us harm, for the head of our household is under state captivity, leaving us vulnerable.

10.     I aver that this detainment has left his heirs, orphaned and depraved.

11.     I aver as fact that by "the state's assemblymen" in captivity of my husband, that I am left to tend to myself and to depend on others without him.  George is my sole caregiver, and I his sole support in this time of need.

12.     I, Deborah, the cross complainant, respectfully consent to by-pass this martial due process court so it will recognize[2] the prejudices used against him as private, common, natural man standing on land, a civilian and as one of, We the People, an Ohioan people, natives of this land of our ancestors and forefathers and our rights to defend this country and our immunities against the corporate bodies assembled against this man, one of the people, owner, creator of the **Rule of Law—** the Declaration of Independence, the Constitution **for** the United States of America of 1789, and the Colorado State Constitution of 1876—as per the Pre-amble and as my husband's status quo, "ante bellum" a de jure, and NOT a defacto U.S. Citizen, Ward, Infant, under general jurisdiction.  See reception number 208012213, 208012214, and, 208012205 as recorded in the El Paso county clerk and recorder's office.

All people may petition for a writ of habeas corpus; this right has been accorded to outside requestors, men and women in cases  such as this, where "George" located at FCI ENGLEWOOD, CO., may have erred in judgment believing, he was responding to his given name for both sound the same unware the State was calling upon GEORGE BROKAW as he was not given full disclosure of the fact that he was therefore, being held captive by a City, County or State Corporate Assembly for which is not an employee of or subject to as a man standing on land.  The writ of habeas corpus is the most efficient safeguard of liberty.  I, Deborah, hereby consent to the issuance of this writ of this habeas corpus on

---

[2] Recognize means to examine in order to determine the truth of a matter. BLD 6th ed. P. 1271.

deborah-sue





behalf of George FCI ENGLEWOOD, CO., as he is non-surety, for the (STATE OF COLORADO), and

Defendant of this cause, GEORGE BROKAW (PRINCIPAL).

**"This is the truth, the whole truth and nothing but the truth, so help me God"**

Respectfully submitted,
Dated:  The ninth day of August, A.D. 2016.

By: "Deborah" House of Brokaw, Claimant
c/o 20380 High Pines Drive
Monument, Colorado

CERTIFICATE OF SERVICE

I, hereby certify that on the ninth day of August, A.D. 2016 a true and correct copy of the
NOTICE OF WRIT OF HABEAS CORPUS was hand delivered to the created, natural person:

JEFFREY P. COWELL, Clerk of court
901 E 19th Street
Denver, CO 80294-3589

MARCIA S. KRIEGER, Chief Judge:
UNITED STATES DISTRICT COURT for the District of Colorado
901 19th Street, A 901
Denver, CO. 80294-3589

John Walsh, U.S. Attorney
901 19th Street,
Denver, CO 80294-3589

15007095-1

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Secretary of State of the State(s) of Ohio, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

*I declare under penalty of perjury that this is a true and correct copy of the authenticated birth certificate registered # 1945 12 1885, per Title 28 sec 1746 (1) without the united states, by Broham, george thomas*

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-first day of November, 2014.

_____
                                                          Secretary of State

By _____
                                      Assistant Authentication Officer,
                                          Department of State

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

P. 12

**United States of America**

**State of Ohio**

**Office of the Secretary of State**

I, **JON HUSTED**, *Secretary of State, do hereby certify that I am the duly elected, qualified and acting Secretary of State of the State of Ohio, and I further certify that*

**JUDITH B. NAGY**

*is the duly appointed, State Registrar, Vital Statistics Division , Department of Health, for the State of Ohio. She is the custodian of the records of Vital Statistics, and that she is the proper official to make said attestation, which is in due form; and that her official acts are entitled to full faith and credit.*

*This certification certifies only the authenticity of the signature of the official who signed the document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp, which the document bears. This certification does not imply that the contents of the document(s) are correct, nor that they have the approval of this office.*

*IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the official Seal of the Secretary of State of Ohio, at Columbus, Ohio, this 16th day of September, 2014.*



**Jon Husted**

*Secretary of State*

SEC4000 (Rev. 1/11)

C 039154

VERIFY PRESENCE OF ODH WATERMARK   HOLD TO LIGHT TO VIEW

# STATE OF OHIO
# OFFICE OF VITAL STATISTICS

## CERTIFICATION OF BIRTH

| | | | |
|---|---|---|---|
| STATE FILE NUMBER | 1945121885 | DATE RECORD FILED | 12/27/1945 |
| NAME | GEORGE THOMAS BROKAW | | |
| DATE OF BIRTH | 12/21/1945 | SEX | Male |
| BIRTHPLACE | OHIO | | |
| MOTHER'S NAME | HELEN MARIE BROKAW | FATHER'S NAME | GEORGE WILLIAM BROKAW |
| MAIDEN NAME | MATHEWS | | |
| MOTHER'S BIRTHPLACE | OHIO | FATHER'S BIRTHPLACE | OHIO |

This is a certification of the name and birth facts as recorded in the Office of Vital Statistics, Columbus, Ohio. Witness my signature and seal of the Department of Health this 31 day of January, 2014.

*State Registrar of Vital Statistics*



H380 58 39

CENTRAL LOCATION

REV. 6/2003

## VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

VERIFY PRESENCE OF ODH WATERMARK    HOLD TO LIGHT TO VIEW

# AFFIDAVIT OF OWNERSHIP
### *of*
## CERTIFICATE OF TITLE
*(BIRTH CERTIFICATE)*

### TITLE

# GEORGE THOMAS BROKAW
(Exact name of registrant as specified in its certificate)

### REGISTERED NUMBER

## 1945121885
(State of Ohio Registrant File Number)

*BE IT KNOWN:*    That I, Brokaw, George Thomas, (hereinafter referred to as Registered Owner/ Entitlement Holder), a living man having having certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness, all secured and protected under Treaties and the Constitution establish for the united States of America known as the "Supremacy Clause" the supreme law of the land.

*WHEREAS,*    I, Brokaw, George Thomas, Affiant hereto to this Affidavit being duly sworn, declare and state that I am of full age of majority "18" and legally competent to have firsthand knowledge of the facts stated herein and believe these facts to be true and correct to the best of my knowledge.

*WHEREAS,*    I, Brokaw, George Thomas, also depose and state that I am the Registered Owner of record and Entitlement holder, and hold these truths to be self-evident having owners' equity and beneficial interest in the Certificate of Title *(Birth Certificate)*, Registered Number: 1945121885, whose title *(name)* also appears on the face of the instrument as GEORGE THOMAS BROKAW by reference of an official Certificate of Live Birth *(a valid Trust Instrument)* recorded DECEMBER 27, 1945, and filed in Columbiana County, that further describes property of The George Thomas Brokaw Estate. Said Certificate of Title also appears to be the same certificate held with TRUST in good faith for safekeeping by the State of Ohio Register of Titles *(Custodian of Records)*.

*NOW, THEREFORE,*    This *Affidavit of Ownership of Certificate of Title* made in good faith is an actual and constructive notice and that any person may rely upon this Affidavit as evidence of ownership of said property and is relieved of any obligation to verify claim of rights and ownership. The Registrar of Titles shall treat Registered Owner/ Entitlement Holder *(Affiant herein)* as the one legally and lawfully entitled to benefit from said property and the only one duly authorized to act, appoint, assign, conveyed, and/ or execute said Certificate of Title, and that no other parties are allowed without consent from Registered Owner/ Entitlement Holder.

*IN WITNESS WHEREOF,*    The Affiant *(Registered Owner/ Entitlement Holder)* has hereunto set his/ her hand and seal

Done this *16* day of *January*, 2015    By: *Brokaw, George Thomas*
Brokaw, George Thomas, Registered Owner/ Entitlement Holder

### ACKNOWLEDGMENT OF NOTARY PUBLIC

State of Colorado          )
                           ) SS.:
County of El Paso          )

On this date the undersigned named above, personally appeared before me and acknowledged to me on the basis of satisfactory evidence that he or she executed the same in his or her stated or authorized capacity, and that by his or her signature on this instrument the person, or entity upon behalf of which the person signed is a free and voluntary act and deed for the uses and purposes therein mentioned.

Date: *1/16/15*    By: *Lorraine E. Throne*    , Notary Public

(NOTARY STAMP    My Commission Expires: _____
  OR SEAL)

> LORRAINE E. THRONE
> Notary Public
> State of Colorado
> Notary ID: 19924012416
> My Commission Expires Oct. 10, 2016

*(1). Property of The George Thomas Brokaw Estate*

P. 11

RECORDER'S NOTE: COPY

Chuck Broerman
05/02/2016  01:09:38 PM
Doc $0.00
Rec $61.00        11       216046424
                Pages

No. 16/00037 _ _ _ _

# United States of America



### DEPARTMENT OF STATE

**To all to whom these presents shall come, Greeting:**

I Certify That _ Brykyta K. Shelton _ _ _ _ _ _ _ _ _ _ _

whose name is subscribed to the document hereunto annexed, was at the time

of subscribing the same _ Chief, Records Services Division, _ _ _ _ _ _ _ _

_ _ _ Passport Services _ _ _ _ _ _ _ _, Department of State, United States

of America, and that full faith and credit are due to his acts as such.

In testimony whereof, I _John F. Kerry_ _ _ _ _ _ _ _ _

Secretary of State, have hereunto caused the seal of the

Department of State to be affixed and my name subscribed by the

Authentication Officer of the said Department, at the city of

Washington, in the District of Columbia, this _23rd_ _ _ _ _

day of _ February _ _ _, 20 _16_

_ _ _ _ _ _ ~John F Kerry~ _ _ _
                              *Secretary of State.*

By _ _ ~Karla Hamill~ _ _ _
        *Authentication Officer, Department of State*

Issued pursuant to RS 161.5 USC 22. RS
203.5 USC 158: Sec: 1 of Act of June 25,
1948, 62 St. 948, 28 USC 1733: Sec:4 of
Act of May 26, 1949, 63 St. 111, 3 USC 151c:
and Secs. 104 and 332 of Act of June 27,
1952 66 St. 174 and 253, 8 USC 1104, 1443,
and 5 USC 140.

*This certificate is not valid if it is removed or altered in any way whatsoever*

Office of County Clerk and Recorder, El Paso County, State of Colorado.
Certified to be a full, true and correct copy of record in my office.
Instrument: 216046424    Book: _____    Page: _____
Date: 08/02/2016    By: _____ Deputy Clerk
Chuck Broerman, El Paso County, CO Clerk & Recorder



United States Department of State

*Washington, D.C. 20520*

TO WHOM IT MAY CONCERN:

I, Brykyta K. Shelton, Chief, Records Services Division, Office of Technical Operations, Passport Services Directorate, United States Department of State, certify under penalty of perjury that, as Chief of the Records Services Division, I am the custodian of the passport files.

I further certify that: 1) the passport record attached hereto and listed below, consisting of 11 pages, is a true copy of the original record in the custody of the Passport Services Directorate of the United States Department of State; 2) I am the custodian of this file, and 3) the record attached to this certificate was:

A. Made at or near the time of the issuance of a passport, or the occurrence of the matters set forth therein, by the person executing the record with knowledge of the information provided therein;

B. Kept in the course of regularly conducted activity under the authority of the Secretary of State to grant and issue passports; and,

C. Made during the regularly conducted activity as a regular practice under the authority of the Secretary of State to grant and issue passports.

1. Application #172555881 for United States passport card #C09327391 issued to George Thomas Brokaw on August 5, 2014, by the United States Department of State. **[Released in Part - Pursuant to the Freedom of Information Act, subsection (b)(6) and section (b) of the Privacy Act (5 U.S.C. § 552a). We have redacted material, the release of which would constitute a clearly unwarranted invasion of personal privacy of a third party, namely the passport acceptance or adjudication clerk.]**

- 2 -

I further state that this certification is intended to satisfy the following provisions:

- Rule 44, Federal Rules of Civil Procedure
- Rule 27, Federal Rules of Criminal Procedure
- Rule 902, Federal Rules of Evidence, under Title 28, United States Code Annotated

Sincerely,

Brykyta K. Shelton, Chief
Records Services Division
Office of Technical Operations
Passport Services

Date: ___FEB 2 2 2016___

00006914-0047

George Thomas Brokaw
c/o 2260 Palm Drive
Colorado Springs, Colorado, America [80918]

Robert T. Sheeran or Current Director
United States Department of State
Boston Passport Agency
10 Causeway Street; Suite 247
Boston, Massachusetts 02222-1094

## PASSPORT EXPLANATORY STATEMENTS

Dear Mr. Sheeran or Current Director;

These Explanatory Statements will remain as a part of this passport application to obtain my united States passport. As a disclosure to the Department of State and United States, the SOLE purpose of this application is for identification purposes. I have no intent right now to travel outside of the united States. I do have a need for a Passport Card for the purposes of identification only.

I NOW have new information about my Ohio State Citizenship and I am now reapplying for a new Passport with proper information concerning my "united States" Citizenship as a State Citizen.

Please review copy of letter from: Susan Bozinko; Acting Director of Legal Affairs and Law Enforcement Liaison

NOTE THE FOLLOWING CONCERNING YOUR REQUEST FOR SSN:
I believe that the passport application form is in error, as it requests a social security number under the authority of Section 6039E of the Internal Revenue Code of 1986. Please be advised that no such authority exists within Section 6039E of the Internal Revenue Code of 1986. This section 6039E(b)(1) requires that anyone with a TIN (if any) provide said number. A TIN is for those who are engaged in a trade or business within the United States. Therefore, I am exempt from this requirement pursuant to Section 6039E(e). See attachment, and further;

Also, Section 7 of the Privacy Act of 1974 specifically provides that it shall be unlawful for any Federal, State or Local government agency to deny to any individual any right, benefit, or privilege provided by law because of such individual's refusal to disclose his/her social security number.

Privacy Act, 1974, Section 7
(a)(1) It shall be unlawful for any Federal, State or local government agency to deny to any individual any right, benefit, or privilege provided by law because of such individual's refusal to disclose his or her social security number. Pub, L.93-579, Section 7; 5 U.S.C. Sec. 552a. Note unless: (2) Disclosure is required by federal statute for welfare recipients to obtain and provide SSNs of children.

Section (b) Any Federal, State or local government agency which requests an individual to disclose his social security account number shall inform that individual whether that disclosure is mandatory or voluntary, by what statutory or other authority such number is solicited, and what uses will be made of it.

PLEASE NOTE THE FOLLOWING CONCERNING MY PROPER NATIONALITY AND CITIZENSHIP:
The facts of my birth (East Liverpool, Ohio, America) and with documents I am submitting, determine that my nationality is Ohioan being born in Ohio State and according to the U.S. Government printing Office Style Manual, in section: 5.23 - In designating the natives of the States, the following forms will be used, and should be reflected on my passport in the section on "Nationality" - "Ohioan" as opposed to "UNITED STATES OF AMERICA" and therefore because of my birth, habitation and domicile, I am a Citizen of the united States* of America, NOT the same as a U.S. (federal)

1 of 3

00006914-0048

citizen, and entitled to a passport.

*The collective name for the fifty States, which are united by and under the United States Constitution for America. (NOT the Federal Government)

I am NOT a "Fourteenth Amendment citizen, born or naturalized in the United States, and subject to the jurisdiction thereof". I am a Citizen of Ohio, being an inhabitant in Ohio State and therefore a Citizen of the united States* of America, as I stated in my passport application.

PLEASE NOTE: The Supreme Court has officially defined the key term "United States" to have three separate and distinct meanings: [Hooven & Allison Co. vs. Evatt, 324 U.S. 652 (1945)]

   (1) It may be the name of a sovereign occupying the position of other sovereigns in the family of nations.
   (2) It may designate the limited territory over which the sovereignty of the United States (Federal Government) extends.
   (3) It may be the collective name for the fifty States, which are united by and under the U.S. Constitution.

A person who is a citizen of the United States *(Federal government; Fourteenth Amendment citizen)* is necessarily a citizen of the particular state in which he resides.  But a person may be a citizen of a particular state and not a citizen of the United States*(Federal government; Fourteenth Amendment citizen).*  To hold otherwise would be to deny to the state the highest exercise of its sovereignty, – the right to declare who are its citizens.
[State v. Fowler, 41 La. Ann. 380]
[6 S. 602 (1889), emphasis added]

It is quite clear, then, that there is a citizenship of the United States *(Federal government; Fourteenth Amendment citizen)* and a citizenship of a State, which are distinct from each other and which depend upon different characteristics or circumstances in the individual.
[Slaughter House Cases, 83 U.S. 36]
[(1873) emphasis added]

I also believe that the Declaration of Oath Section of the passport application is written in error.  I am a Citizen of the united States* of America, not the same as a U.S. citizen and both of my parents were not U.S. (federal) citizens (Section 10).

EXPLANATORY STATEMENT: My Oath with the Proper use of the words "United States" and "Citizen"
I declare under penalty of perjury under the laws of the United States* of America (28 USC 1746 (1)) all of the following:
1) I am a Citizen of the united States* of America, being Ohioan (by natural birth) and have not, since and acquiring America Citizenship (by birth and proper habitation in one of the sovereign states of the Union) performed any of the acts listed under "Acts or Conditions" on the reverse side of this [the] application; 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph submitted with this application is a genuine, current, photograph of me; and 5) I have read and understood the warning on page two of the instructions to the application form.

*The collective name for the fifty States, which are united by and under the United States Constitution for America. (NOT the Federal Government)

As you well know, the Constitution for the united States of America is the supreme law of the land and as I stated in my passport application: DECLARATION: Pursuant to 28 USC 1746(1), I declare under penalty of perjury under the Laws of the United States of America that the statements made on this passport application and within this statement are true, correct.

2 of 3

00006914-0049

Title 28 Sec. 1746. Unsworn declarations under penalty of perjury
(1) If executed without the United States [Federal government]: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date). (Signature)".

And as provided by law, I claim no privileges or immunities provided by the 14th Amendment to the Constitution; not being a citizen subject to the jurisdiction thereof.

Note: Although I may have been issued a Social Security number and may be providing a Birth Certificate from Ohio and using an Ohio State Driver's License as an identifying document, the use of such documents does not imply that I am a U.S. (federal) citizen.

Pursuant to 28 USC 1746(1), I declare under penalty of perjury under the Laws of the United States of America that the statements made on this passport application and within this statement are true, correct.

With explicit Reservation of All Rights, Without Prejudice, Non Assumpsit, Non Domiciled, Non Resident, Non Person, without the United States 28 USC 1746 (1)

George Thomas Brokaw
c/o 2260 Palm Drive
Colorado Springs, Colorado, America [80918]

CERTIFICATE OF ACKNOWLEDGMENT

Colorado                      State        )
                                           )        For Verification Purposes Only
El Paso                      County        )

I hereby certify that on this 15 day of July , 2014

George Thomas Brokaw, whom I know (or has satisfactorily proved to me), appeared to attest and affirm that he is the Citizen executing the forgoing document. I, THEREFORE, set forth my hand a seal in affirmation the execution thereof.

NOTARY                              07-15-2014
                                    Date
07-14-2015
My Commission Expires               Notary Seal

Documentation Enclosure(s)
Passport Application
Birth Certificate from East Liverpool, Ohio, America
Title 28 Section 1746 (1)
Title 26 Sec. 6039E. Information Concerning Resident Status
Title 5 Sec. 552a. Records Maintained on Individuals
U.S. Government Printing Office Style Manual, Section 5.23
Copy of Letter from Susan Bozinko; Acting Director of Legal Affairs and Law Enforcement Liaison; USDOS

3 of 3

00006914-0050

## 28 USC Section 1746 Unsworn declarations under penalty of perjury

Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:

- (1) If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date). (Signature)".

- (2) If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date). (Signature)".

00006914-0051

**TITLE 26 > Subtitle F > CHAPTER 61 > Subchapter A > PART III > Subpart A > § 6039E**

# § 6039E. Information concerning resident status

### (a) General rule
Notwithstanding any other provision of law, any individual who—
> **(1)** applies for a United States passport (or a renewal thereof), or
> **(2)** applies to be lawfully accorded the privilege of residing permanently in the United States as an immigrant in accordance with the immigration laws, shall include with any such application a statement which includes the information described in subsection (b).

### (b) Information to be provided
Information required under subsection (a) shall include—
> **(1)** the taxpayer's TIN (if any),
> **(2)** in the case of a passport applicant, any foreign country in which such individual is residing,
> **(3)** in the case of an individual seeking permanent residence, information with respect to whether such individual is required to file a return of the tax imposed by chapter 1 for such individual's most recent 3 taxable years, and
> **(4)** such other information as the Secretary may prescribe.

### (c) Penalty
Any individual failing to provide a statement required under subsection (a) shall be subject to a penalty equal to $500 for each such failure, unless it is shown that such failure is due to reasonable cause and not to willful neglect.

### (d) Information to be provided to Secretary
Notwithstanding any other provision of law, any agency of the United States which collects (or is required to collect) the statement under subsection (a) shall—
> **(1)** provide any such statement to the Secretary, and
> **(2)** provide to the Secretary the name (and any other identifying information) of any individual refusing to comply with the provisions of subsection (a).

Nothing in the preceding sentence shall be construed to require the disclosure of information which is subject to section 245A of the Immigration and Nationality Act (as in effect on the date of the enactment of this sentence).

### (e) Exemption
The Secretary may by regulations exempt any class of individuals from the requirements of this section if he determines that applying this section to such individuals is not necessary to carry out the purposes of this section.

00006914-0052

5 USC Sec. 552a

01/16/96

TITLE 5 - GOVERNMENT ORGANIZATION AND EMPLOYEES
PART I - THE AGENCIES GENERALLY
CHAPTER 5 - ADMINISTRATIVE PROCEDURE
SUBCHAPTER II - ADMINISTRATIVE PROCEDURE

Sec. 552a. Records maintained on individuals

DISCLOSURE OF SOCIAL SECURITY NUMBER

Section 7 of Pub. L. 93-579 provided that:

"(a)(1) It shall be unlawful for any Federal, State or local government agency to deny to any individual any right, benefit, or privilege provided by law because of such individual's refusal to disclose his social security account number.

"(2) the (The) provisions of paragraph (1) of this subsection shall not apply with respect to -

"(A) any disclosure which is required by Federal statute, or

"(B) the disclosure of a social security number to any Federal, State, or local agency maintaining a system of records in existence and operating before January 1, 1975, if such disclosure was required under statute or regulation adopted prior to such date to verify the identity of an individual.

"(b) Any Federal, State, or local government agency which requests an individual to disclose his social security account number shall inform that individual whether that disclosure is mandatory or voluntary, by what statutory or other authority such number is solicited, and what uses will be made of it."

00006914-0053

U.S. Government Printing Office Style Manual          A service of the U.S. Government Printing Office.

http://frwebgate.access.gpo.gov/cgi-bin/multidb.cgi

http://frwebgate.access.gpo.gov/cgi-bin/getdoc.cgi?dbname=2008_style_manual&docid=f:chapter5.pdf   Page: 93

## Nationalities, etc.

**5.22.** The table on Demonyms in Chapter 17 "Useful Tables" shows forms to be used for nouns and adjectives denoting nationality.

**5.23.** In designating the natives of the States, the following forms will be used.

| | | |
|---|---|---|
| Alabamian | Louisianian | Ohioan |
| Alaskan | Mainer | Oklahoman |
| Arizonan | Marylander | Oregonian |
| Arkansan | Massachusettsan | Pennsylvanian |
| Californian | Michiganian | Rhode Islander |
| Coloradan | Minnesotan | South Carolinian |
| Connecticuter | Mississippian | South Dakotan |
| Delawarean | Missourian | Tennessean |
| Floridian | Montanan | Texan |
| Georgian | Nebraskan | Utahn |
| Hawaiian | Nevadan | Vermonter |
| Idahoan | New Hampshirite | Virginian |
| Illinoisan | New Jerseyan | Washingtonian |
| Indianian | New Mexican | West Virginian |
| Iowan | New Yorker | Wisconsinite |
| Kansan | North Carolinian | Wyomingite |
| Kentuckian | North Dakotan | |

00009914-0054

United States Department of State

Washington, D.C. 20520
December 19, 2008

████████████████

Ossipee, NH 03864

Dear Mr. ████████:

I refer to your inquiry regarding passport applications filed on behalf of your family, which was forwarded to our office by Congresswoman Carol Shea-Porter's New Hampshire office. We were previously contacted by Ms. Olga Clough, Director of Ms. Shea-Porter's Constituent Services.

The Secretary of State has exclusive authority to issue passports. 22 U.S.C §211a Executive Order No. 11295 of August 5, 1966, provides that the Secretary of State may designate and prescribe rules governing the granting, issuing, and verifying of passports. In addition, 22 U.S.C §213 provides that, before a U.S. passport can be issued, the applicant must submit a written application which contains a true recital of each matter of fact which may be required by law, or by any rules authorized by law.

22 C.F.R. §51.20 provides that an application for a passport shall be made upon such forms as are prescribed by the Department. These forms cannot be altered

A review of your family's passport applications shows that the oath on each application was altered by capitalizing the word "citizen" and crossing out "non-citizen national" and "U.S." In addition, you added the words "of America" after "United States" and spelled out the words "United States" in another part of the oath. These are unacceptable alterations and applications with such alterations are not considered complete. If you do not agree with the wording of the oath contained on the application, you can submit a separate statement explaining your position. We will also accept the stamp over the signature in which you indicate that the application is signed "without prejudice." However, unless the oath remains unaltered, we cannot accept the applications or issue passports, even if it were to appear that all applicants are entitled to receive passports.

Thank you for your consideration.

Sincerely,

Susan Bozinko
Acting Director
Legal Affairs and Law Enforcement Liaison