

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 19 2016

JEFFREY P. COLWELL
CLERK

13-CR-392 cmA #544

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
08/10/2016
US POSTAGE $00.67⁵

FIRST-CLASS MAIL
ZIP 80294
041L11245087

George Thomas Brokaw
Clear Creek County Jail
P.O. Box 10
Georgetown

NIXIE   808   DE   1      0008/17/16

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

RTS: No longer
@ this facility