# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 5, 2016

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

      Re:  John J. Pawelski
            v. United States
           No. 16-6302
           (Your No. 15-1056)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on September 30, 2016 and placed on the docket October 5, 2016 as No. 16-6302.

      Sincerely,

      **Scott S. Harris**, Clerk

      by

      Redmond K. Barnes
      Case Analyst