This instrument shall acknowledge the win and collectible of sec filling of 2640220, and
http://annavonreitz.com/estateclaim/publicandprivatelientoholysee.pdf,
http://annavonreitz.com/estateclaim/estateclaimjuly112016.pdf http://www.annavonreitz.com/finaljudgmentandcivilorders.pdf
http://i-uv.com/oppt-absolute/original-oppt-ucc-filings/    Original OPPT UCC Filings.
https://mainerepublicmailalert.com/2017/07/08/july-07-2017-pope-francis-makes-a-law-destroys-every-corporation-in-the-world/

i bring this Claim against my fair share of all assets belonging to the Territorial and Municipal United States, their corporations, their franchises and subsidiaries, as well as all public trusts, escrows, insurance and pension funds, stocks, bonds, accounts, derivatives, copyrights, trademarks, land titles, public buildings, public lands, and other assets wrongfully entrusted to their care knowing that they are trespassers and squatters on the land, they have no valid receipt to prove that they have bought the land from my creator yhwh or his people!

Executed and sealed by the voluntary act of my own hand, on the start of the 7th day on my creators calender and on your roman calender date of 17th day of 9th .month 2017.

This instrument was scribed by mimi vigil.
Acceptance: by a nephesh chey/ living woman being [non corporate, non person]

..............................

Executed without the UNITED STATES, I declare under penalty of perjury under the ancient writings of the torah and/or the [laws of the united states of America that the foregoing is true and correct. Without prejudice, UCC 1-308.]

I, the above named, grant of special power of appointment, exclusive attorney in fact,
do hereby accept the overseeing of the interest/inter rest of the
herein-named CORPORATE factual account/ cestui que account, acknowledgement of the void trust and will execute the herein-duties  "special powers-of-attorney with due diligence".

___*mimi Vigil*___
special power of Attorney in Fact, by way of scribing and seal

witness, _____ .witness _Patricia Albright_

Instrument to avoid the intent for public larceny, transfer into private [Notice]
"notice to foreign agent is notice to foreign principal, notice to foreign principal is notice to foreign agent"    e MAILED TO GMEIUtility.org
                                                                                                                 faxed to pro-bait
court of 4th judicial district court, (fax) Fax: (719) 452-5007 or 04SelfHelp@judicial.state.co.us       e mailed to
https://www.treasurydirect.gov/WF/WebFeedback?site=td01&subject=tbill   and mailed to Bureau of the Fiscal Service, P.O. Box 426, Parkersburg, WV 26106-0426, by certified mail,
e mailed to https://faq.ssa.gov/ics/support/ticketnewwizard.asp?style=classic   and  Social Security [miss]-Administration, Office of [non]-Public Inquiries, 1100 West High Rise, 6401 Security Blvd. Baltimore, MD 21235  by certified mail

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**OCT 06 2017**

JEFFREY P. COLWELL
CLERK

*Power of Attorney  OutMATE*
*39967013*

# INSTRUMENT OF EHMETH [TRUTH] affidavit

[IN THE NATURE OF SUPPLEMENTAL RULES FOR ADMINISTRATIVE AND MARITIME CLAIMS RULES C(6)]
"instrument to Grant exclusive power of attorney, special power of attorney to conduct all tax/tribute, business, claim of rightful owner [heir], and legal affairs of what your system perceives to be a principal person."
"SPECIAL APPOINTMENT OF POWER OF ATTORNEY IN FACT"
   the cestui que account of " MIMI VIGIL " or any derivative thereof, indemnity receipt, "STATE OF COLORADO, WATERMARKED CERTIFICATION OF VITAL RECORDS, STATE FILE NUMBER on file and to be transferred and on deposit in the treasury" I as the living woman object and rebut your systems default power of attorney, yet acknowledge a cestui que factual account that your system has misrepresented my ehmeth [true] identity. A void trust evidenced in fact that the contract was for illegal purposes and/or without full disclosure. The chey nephesh/living woman was wrongfully presumed to be a volunteer, surety, or guarantor for the corporate bankruptcy of THE UNITED STATES OF AMERICA? OR WHATEVER NAME. THEY ARE USING TODAY. this instrument, grant, shall appoint mimi vigil a chey nephesh/Living Soul, as rightful owner [heir] knowing that I as the chey nephesh/living soul am and being, have been the only contributor to the real substance and real value. i make this instrument of proclamation as by special appointment granted by my creator, as the living Power of Attorney in Fact. If an objection on your part is to be raised please fax to (303) 798-2693 within 3 days knowing that a felony is in progress by your system, "intent to steal funds that do not belong to them". mimi vigil shall take exclusive charge of, manage, and conduct all of the tax/tribute, business, and legal affairs, and for such purpose to act for herself in name and place without limitation, on the powers necessary to carry out this exclusive/special purpose of attorney in fact as authorized: evidenced in fact that I am not lost but found by my eternal father, not dead but alive and standing forth for my inheritance.  And i rebut and object to having your system act as parens patrie, loco parentis, putitive father that does not know me and I do not know your children of darkness in your father s system!!! and I object and rebut your presumptions that others in your system has a valid "durable power of attorney" and is allowed to make medical and financial decisions for myself!
(a) To take possession of, hold, and manage my real estate and all other property;
(b) To receive money or property paid or delivered to me from any source;
(c) To deposit funds in, make withdrawals from, or sign checks or drafts against any account standing in my name individually or jointly in any bank or other depository, to cash coupons, bonds or certificates of deposits, to endorse checks, notes, or other documents in my name and or CESTUI QUE ACTIONS; to have access to, and place items in or remove them from any safety deposit box standing in my name individually or jointly, and otherwise to conduct bank transactions or business for me in my name and or CESTUI QUE ACTIONS; using the social security banks ROUTING numbers 655060042 and the cestui que account number that ends in xxxxx5833 and/or the treasury direct routing numbers 051736158, and or whatever is need to restore myself for all and any CORPORATE actions evidenced in fact that my original indemnity receipt [bond] is in the treasury. This indemnity receipt is to be placed in the treasury/treasury direct in the private because I would need to lie under penalty of perjury that I am a U.S. PERSON of which I am not, and for your system to not honor the private would be discrimination and larceny with "intent" to to keep my funds.
(d) To pay my just debts and expenses, including reasonable expenses incurred by my special attorney in fact, mimi vigil, in exercising this exclusive power of attorney;
(e) To retain any investments, invest, and to invest in stocks, bonds, or other securities, or in real estate or other property;
(f)  To give general and special proxies or exercise rights of conversion or rights with respect to shares or securities, to deposit shares or securities with, or transfer them out and or to protective committees or similar bodies, to join any reorganization and pay assessments or subscriptions called for in connection with shares or securities;
(g) To sell, exchange, lease, give options, and make contracts concerning real estate or other property for such considerations and on such terms as the special attorney in fact, mimi vigil, may consider prudent;
(h) To improve or develop real estate, to construct, alter, or repair building structures and appurtenances or real estate; to settle boundary lines, easements, and other rights with respect to real estate; to plant, cultivate, harvest, and sell or otherwise dispose of crops and timber, and do all things necessary or appropriate to good husbandry;
(i) To provide for the use, maintenance, repair, security, or storage of my tangible property;
(j) To purchase and maintain such policies of insurance against liability, fire, casualty, or other risks my special attorney in fact, the chey nephesh mimi vigil, may consider prudent.

(k) to facilitate the release of any presumptions that I have your system to act as a parens patria, loco parentis, putitive father. My claim of criminal impersonation and/or object and rebut that the STATE has a valid durable power of attorney, if any actions by the STATE of the past I object or rebut the STATES fraud and swindle system and illegal/void default power of attorney, presumed or alleged power of attorney in any and all matters to benefit a void cestui que trust.

The chey nephesh/ Living Soul rightful owner, legal claimant [heir] to this cestui que account and actions first and only known contributor. mimi vigil, is hereby authorized by law to act for and in control of the void cestui que trust yet act as special power of attorney for the account. [Non-trust] "I do not trust your system, and your system has given evidence in fact that it does not trust me", yet recovery of any and all derivative's thereof in this account. In addition, through the exclusive special power of attorney, chey nephseh/living woman is authorized to contract for all business and legal affairs of the cestui que account to return all: for the legal entity MIMI VIGIL

The term "exclusive" shall be construed to mean that while these powers of attorney are in force, only I as the nephesh chey/living woman with special attorney in fact may obligate myself to these matters, and I forfeit the capacity to obligate myself with regard to the same for others unless they have damaged or wronged me in the past for their benefit. The grant of special Exclusive Power is irrevocable during the lifetime of the chey nephesh/Living Soul, mimi vigil as commanded by the "eternal father yhwh" that he and I are making known that your system has forfeited all usufruct.

Universal Trust Code (UTC) SECTION 707. DELIVERY OF PROPERTY BY FORMER TRUSTEE. (b) A trustee who has resigned or been removed shall proceed expeditiously to deliver the trust property within the trustee s possession to the cotrustee, successor trustee, or other person entitled to it. Note: as co trustee delivering these funds into the private for this CESTUI QUE account, this account is non-de-pleate able and non-extinguishable,

Fiduciary: one who is entrusted with duties on behalf of another. The law requires the highest level of good faith, loyalty and diligence of a fiduciary, higher than the common duty of care that we all owe one another..

Escheat is the reversion of property to a government entity in the absence of legal claimants or heirs. Escheat is the forfeiture of all property (including bank accounts) to the state treasury if there are no heirs, descendants or named beneficiaries to take the property upon the death of the last known owner. Most states have a long-standing law that any business that finds itself holding any property (cash, goods, etc.) belonging to someone else that is unclaimed must remit this property to the state. The state then has the obligation to find the legitimate owner or heir of the property.

[from the great Colorado payback web site] Unclaimed property always belongs to its owner even if it is never claimed. All unclaimed property is held in trust until the rightful owner(s) or their heirs claim it.

Custodian  A term used by the Uniform Transfers to Minors Act ( UTMA ) and Uniform Gifts to Minors Act ( UGMA ) for the person named to manage property left or given to a child under the terms of either of those Acts.  The custodian manages the property until the child reaches the age specified by state law  --  21,  in most states.  Then the child receives the property outright,   and the custodian has no further role in its management.

Note: When stock certificates are reported as unclaimed property, shares representing those stock certificates are turned over to the Treasury to be held in custody. However, the original stock certificates are, in many cases, still in the owner s possession.

Refunds:  If you have overpaid your remittance due to accounting errors or reporting property that was not abandoned you may obtain a Refund. Simply write a letter to the Holder Compliance Section of the Unclaimed Property Division explaining how the error was made, and attach supporting documentation. Reimbursements and Refunds are important to us and receive priority.

LARCENY : Illegal taking and carrying away of personal property belonging to another with the purpose of depriving the owner of its possession.

It is my claim that any and all of the past custodians, guardians, etc. in your system, such as banks that are operating in bankruptcy, now that the certificate of vital records named above in reference to this cestui que account is now out of bankruptcy and placed in the treasury, if  these funds are not returned to the rightful owner, all others shall become guilty of larceny, and/or  other crimes.

Definition power of appointment

A power of appointment is typically used to refer to the authority given by a person making a will to another,   allowing them to dispose of the property in their estate.   There are two general types of powers of appointment,   a general power of appointment and a   specific power of appointment.

A general power of appointment allows the holder to distribute the property to anyone,   while a specific power of appointment designates that the property be distributed among a specified group or class of people.  If the person holding the power of appointment does not exercise his or her power,   the property may go to others specified in the will or by law as  " takers in default of appointment. " Unlike a trustee,   the holder does not manage the property,   but merely acts to divide or distribute the property.

So I as the chey nephesh/living woman acknowledge this factual account and accounting [void trust] and grant the chey nephesh/living woman of mimi vigil as the special power of appointment and now acknowledge this duty as right full owner [heir] by this instrument of recovery of all over payments, all payments were over-payments, full access into this cestui que account, with all lawful and legal rights, moving all of the so called public funds now into the private to avoid commingling of funds. Replacing back to the private, Movement of these non De-pleat able non extinguishable funds. "Per my creator "yhwh" in scribed in romans (Rom 8:32 ) He that gave up his own Son, yet delivered him up for us all, shall he with him also freely give