E X H I B I T S

# United States of America

## State of Ohio

## Office of the Secretary of State

I, **JON HUSTED**, Secretary of State, do hereby certify that I am the duly elected, qualified and acting Secretary of State of the State of Ohio, and I further certify that    *JUDITH B. NAGY*

is the duly appointed, State Registrar, Vital Statistics Division , Department of Health, for the State of Ohio.  She is the custodian of the records of Vital Statistics, and that she is the proper official to make said attestation, which is in due form; and that her official acts are entitled to full faith and credit.

This certification certifies only the authenticity of the signature of the official who signed the document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp, which the document bears. This certification does not imply that the contents of the document(s) are correct, nor that they have the approval of this office.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the official Seal of the Secretary of State of Ohio, at Columbus, Ohio, this  16th  day of September, 2014.



**Jon Husted**
*Secretary of State*

SEC4000 (Rev. 1/11)                C 039154

VERIFY  PRESENCE  OF  ODH  WATERMARK       HOLD  TO  LIGHT  TO  VIEW

# STATE OF OHIO
## OFFICE OF VITAL STATISTICS

### CERTIFICATION OF BIRTH

STATE FILE NUMBER        1945121885              DATE RECORD FILED    12/27/1945

NAME        GEORGE THOMAS BROKAW

DATE OF BIRTH    12/11/1945              SEX                    Male

BIRTHPLACE      OHIO

MOTHER'S NAME    HELEN MARIE BROKAW        FATHER'S NAME        GEORGE WILLIAM BROKAW

MAIDEN NAME      MATHEWS

MOTHER'S BIRTHPLACE  OHIO              FATHER'S BIRTHPLACE   OHIO

Note:

This is a true certification of the name and birth facts as recorded in the Office of Vital Statistics, Columbus, Ohio. Witness my signature and seal of the Department of Health this 31 day of January, 2014

State Registrar of Vital Statistics



CENTRAL LOCATION

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

VERIFY  PRESENCE  OF  ODH  WATERMARK       HOLD  TO  LIGHT  TO  VIEW

REV. 6/2006

*subscribed my name and affixed the great*

*Seal of the Secretary of State of Ohio, at*

*Columbus, Ohio, this* 16th *day of*

*September, 2014.*

**Jon Husted**
*Secretary of State*

SEC4000 (Rev. 1/11)

C 039154

AFFIDAVIT OF OWNERSHIP
*of*
CERTIFICATE OF TITLE
*(BIRTH CERTIFICATE)*

TITLE

# GEORGE THOMAS BROKAW

(Exact name of registrant as specified in its certificate)

REGISTERED NUMBER

## 1945121885

(State of Ohio Registrant File Number)

*BE IT KNOWN:* That I, Brokaw, George Thomas, (hereinafter referred to as *Registered Owner/ Entitlement Holder*), a living man having certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness, all secured and protected under Treaties and the Constitution establish for the united States of America known as the "Supremacy Clause" the supreme law of the land.

*WHEREAS,* I, Brokaw, George Thomas, Affiant herein to this Affidavit being duly sworn, declare and state that I am of full age of majority *"18"* and legally competent to have firsthand knowledge of the facts stated herein and believe these facts to be true and correct to the best of my knowledge.

*WHEREAS,* I, Brokaw, George Thomas, also depose and state that I am the Registered Owner of record and Entitlement holder, and hold these truths to be self-evident having owners' equity and beneficial interest in the Certificate of Title *(Birth Certificate)*, Registered Number: 1945121885, whose title *(name)* also appears on the face of the instrument as GEORGE THOMAS BROKAW by reference of an official Certificate of Live Birth *(a valid Trust Instrument)* recorded DECEMBER 27, 1945, and filed in Columbiana County, that further describes property of The George Thomas Brokaw Estate. Said Certificate of Title also appears to be the same certificate held with TRUST in good faith for safekeeping by the State of Ohio Registrar of Titles *(Custodian of Records)*.

*NOW, THEREFORE,* This *Affidavit of Ownership of Certificate of Title* made in good faith is an actual and constructive notice and that any person may rely upon this Affidavit as evidence of ownership of said property and is relieved of any obligation to verify claim of rights and ownership. The Registrar of Titles shall treat Registered Owner/ Entitlement Holder *(Affiant herein)* as the one legally and lawfully entitled to benefit from said property and the only one duly authorized to act, appoint, assign, conveyed, and/ or execute said Certificate of Title, and that no other parties are allowed without consent from Registered Owner/ Entitlement Holder.

*IN WITNESS WHEREOF,* The Affiant *(Registered Owner/ Entitlement Holder)* has hereunto set his/ her hand and seal

Done this *16* day of *January* , 2015        By: _~Brokaw, George Thomas~_

Brokaw, George Thomas, Registered Owner/ Entitlement Holder

## ACKNOWLEDGMENT OF NOTARY PUBLIC

State of Colorado        )
                         ) SS:
County of El Paso        )

On this date the undersigned named above, personally appeared before me and acknowledged to me on the basis of satisfactory evidence that he or she executed the same in his or hers stated or authorized capacity, and that by his or hers signature on this instrument the person, or entity upon behalf of which the person signed is a free and voluntary act and deed for the uses and purposes therein mentioned.

Date: *1/16/15*        By: _Lorraine E. Throne_ , Notary Public

(NOTARY STAMP
OR SEAL)                My Commission Expires: _____

LORRAINE E. THRONE
Notary Public
State of Colorado
Notary ID: 19924012416
My Commission Expires Oct. 10, 2016

*(1). Property of The George Thomas Brokaw Estate*

**EXHIBIT NO. "2"**

Copy of Certified Application # 172555881 for
United States Pasport Card # C09327391
Identifying George Thomas Brokaw as "Ohioan" by Birth
and
Not a Fourteenth Amendment "citizen of the United States"

No. 16/00037

# United States of America



## DEPARTMENT OF STATE

### To all to whom these presents shall come, Greeting:

*I Certify That* Brykyta K. Shelton

*whose name is subscribed to the document hereunto annexed, was at the time*

*of subscribing the same* Chief, Records Services Division,

Passport Services *, Department of State, United States*

*of America, and that full faith and credit are due to his acts as such.*



*In testimony whereof, I* John F. Kerry

*Secretary of State, have hereunto caused the seal of the*

*Department of State to be affixed and my name subscribed by the*

*Authentication Officer of the said Department, at the city of*

*Washington, in the District of Columbia, this* 23rd

*day of* February *, 20* 16

*Secretary of State.*

*By* _____

*Authentication Officer, Department of State*

Issued pursuant to RS 161.5 USC 22. RS
203.5 USC 158: Sec: 1 of Act of June 25,
1948. 62 St. 946. 28 USC 1733: Sec:4 of
Act of May 26, 1949, 63 St. 111, 5 USC 151c;
and Secs. 104 and 332 of Act of June 27,
1952 66 St. 174 and 253, 8 USC 1104, 1443,
and 5 USC 140.

*This certificate is not valid if it is removed or altered in any way whatsoever*



United States Department of State

*Washington, D.C. 20520*

TO WHOM IT MAY CONCERN:

I, Brykyta K. Shelton, Chief, Records Services Division, Office of Technical Operations, Passport Services Directorate, United States Department of State, certify under penalty of perjury that, as Chief of the Records Services Division, I am the custodian of the passport files.

I further certify that: 1) the passport record attached hereto and listed below, consisting of 11 pages, is a true copy of the original record in the custody of the Passport Services Directorate of the United States Department of State; 2) I am the custodian of this file, and 3) the record attached to this certificate was:

A. Made at or near the time of the issuance of a passport, or the occurrence of the matters set forth therein, by the person executing the record with knowledge of the information provided therein;

B. Kept in the course of regularly conducted activity under the authority of the Secretary of State to grant and issue passports; and,

C. Made during the regularly conducted activity as a regular practice under the authority of the Secretary of State to grant and issue passports.

1. Application #172555881 for United States passport card #C09327391 issued to George Thomas Brokaw on August 5, 2014, by the United States Department of State. **[Released in Part - Pursuant to the Freedom of Information Act, subsection (b)(6) and section (b) of the Privacy Act (5 U.S.C. § 552a). We have redacted material, the release of which would constitute a clearly unwarranted invasion of personal privacy of a third party, namely the passport acceptance or adjudication clerk.]**

- 2 -

I further state that this certification is intended to satisfy the following provisions:

- Rule 44, Federal Rules of Civil Procedure
- Rule 27, Federal Rules of Criminal Procedure
- Rule 902, Federal Rules of Evidence, under Title 28, United States Code Annotated

Sincerely,

Brykyta K. Shelton, Chief
Records Services Division
Office of Technical Operations
Passport Services

Date: _____FEB 2 2 2016_____

00006914-0044

## SEE EXPLANATORY STATEMENTS
## APPLICATION FOR A U.S. PASSPORT

Please Print Legibly Using Black Ink Only

OMB CONTROL NO. 1405-0004
OMB EXPIRATION DATE: 01-31-2017
ESTIMATED BURDEN 85 MIN.

Attention: Read WARNING on page 1 of Instructions
Please select the document(s) for which you are applying:

☐ U.S. Passport Book    ☐ U.S. Passport Card    ☐ Both

☐ 52 Page Book (Standard)    ☐ 52 Page Book (Non-Standard)

172555881

**Name:** Brokaw

**First:** George    **Middle:** Thomas

**Date of Birth:** 12/11/1945    **Sex:** X    **Place of Birth:** East Liverpool, Ohio, America

**Email Address:** tombrokaw33@msn.com    **Phone:** 719 599 7813

**Mailing Address:** c/o 2260 Palm Drive

**City:** Colorado Springs    **State:** Colorado    **Zip Code:** [80918]    **Country:** America

---

### STOP! CONTINUE TO PAGE 2
DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT

George T. Brokaw

Issue Date: 12/8/2013    Exp: 12/1/2018    Issued: CO

4824400027

482440027

070827

FOIA: (b)(6)

1148680

07-15-2014

Applicant's Legal Signature

SEE EXPLANATORY STATEMENTS

DS-11 C 09 2013 1

DS-11 08 2013

Page 1 of 2

0000691A-0045

SEE EXPLANATORY STATEMENTS

**Brokaw, George Thomas**  12/11/1945

**George William**   **Brokaw**

0 3 | 1 8 | 1 9 2 1   **East Liverpool, Ohio**

**Helen Marie**   **Mathews**

0 1 | 0 4 | 1 9 1 8   **Youngstown, Ohio**

**Deborah Sue Brokaw**   0 8 | 0 2 | 1 9 4 9   East Liverpool, Ohio

12/03/1966   N/A   N/A

5'7" | Brown | Brown

**c/o 2260 Palm Drive**

**Colorado Springs**   **Colorado**

**Mathew Brokaw**

**Colorado Springs, Colorado**   719-475-8872 | Son

N/A   N/A   N/A

DEPARTMENT OF STATE

FOIA: (b)(6)

DS-11  06-2013   Page 2 of 2

00006914-0046

**Colorado** ★
Driver License

98-244-0037   12-11-2013

GEORGE T BROWN
2901 PALE DRIVE
COLO SPRGS, CO 80916

George Thomas Brokaw
c/o 2260 Palm Drive
Colorado Springs, Colorado, America [80918]

Robert T. Sheeran or Current Director
United States Department of State
Boston Passport Agency
10 Causeway Street; Suite 247
Boston, Massachusetts 02222-1094

## PASSPORT EXPLANATORY STATEMENTS

Dear Mr Sheeran or Current Director,

These Explanatory Statements will remain as a part of this passport application to obtain my united States passport. As a disclosure to the Department of State and United States, the SOLE purpose of this application is for identification purposes. I have no intent right now to travel outside of the united States. I do have a need for a Passport Card for the purposes of Identification only.

I NOW have new information about my Ohio State Citizenship and I am now reapplying for a new Passport with proper information concerning my "united States" Citizenship as a State Citizen

Please review copy of letter from: Susan Bozinko; Acting Director of Legal Affairs and Law Enforcement Liaison

NOTE THE FOLLOWING CONCERNING YOUR REQUEST FOR SSN:
I believe that the passport application form is in error, as it requests a social security number under the authority of Section 6039E of the Internal Revenue Code of 1986  Please be advised that no such authority exists within Section 6039E of the Internal Revenue Code of 1986  This section 6039E(b)(1) requires that anyone with a TIN (if any) provide said number. A TIN is for those who are engaged in a trade or business within the United States.  Therefore, I am exempt from this requirement pursuant to Section 6039E(e). See attachment, and further,

Also, Section 7 of the Privacy Act of 1974 specifically provides that it shall be unlawful for any Federal, State or Local government agency to deny to any individual any right, benefit, or privilege provided by law because of such individual's refusal to disclose his/her social security number.

   Privacy Act; 1974, Section 7
   (a)(1) It shall be unlawful for any Federal, State or local government agency to deny to any individual any right, benefit, or privilege provided by law because of such individual's refusal to disclose his or her social security number. Pub, L.93-579, Section 7; 5 U.S.C. Sec. 552a. Note unless: (2) Disclosure is required by federal statute for welfare recipients to obtain and provide SSNs of children.

Section (b) Any Federal, State or local government agency which requests an individual to disclose his social security account number shall inform that that disclosure is mandatory or voluntary, by what statutory or other authority such number is solicited, and what uses will be made of it.

PLEASE NOTE THE FOLLOWING CONCERNING MY PROPER NATIONALITY AND CITIZENSHIP:
The facts of my birth (East Liverpool, Ohio, America) and with documents I am submitting, determine that my nationality is Ohioan being born in Ohio State and according to the U.S. Government printing Office Style Manual, in section: 5.23  In designating the natives of the States, the following forms will be used, and should be reflected on my passport in the section on "Nationality" - "Ohioan" as opposed to "UNITED STATES OF AMERICA" and therefore because of my birth, habitation and domicile, I am a Citizen of the united States* of America, NOT the same as a U.S. (federal)

1 of 3

00006914-0048

citizen, and entitled to a passport.

**The collective name for the fifty States, which are united by and under the United States Constitution for America (NOT the Federal Government)**

I am NOT a **"Fourteenth Amendment citizen**, born or naturalized in the United States, and **subject to the jurisdiction thereof"**. I am a Citizen of **Ohio**, being an inhabitant in **Ohio State** and therefore a Citizen of the United States* of America, as I stated in my passport application.

**PLEASE NOTE:** The Supreme Court has officially defined the key term "United States" to have three separate and distinct meanings: [Hooven & Allison Co. vs. Evatt, 324 U.S. 652 (1945)]:

  (1)  It may be the name of a sovereign occupying the position of other *sovereigns* in the family of nations.
  (2)  It may designate the limited territory over which the sovereignty of the United States (Federal Government) extends.
  (3)  **It may be the collective name for the fifty States, which are united by and under the U.S. Constitution.**

A person who is a citizen of the United States (*Federal government; Fourteenth Amendment citizen*) is necessarily a citizen of the particular state in which he resides. But a **person may be a citizen of a particular state and not a citizen of the United States** (*Federal government; Fourteenth Amendment citizen*). To hold otherwise would be to deny to the **state the highest exercise of its sovereignty,... the right to declare who are its citizens.**
[State v. Fowler, 41 La. Ann. 380]
[6.S. 602 (1889), emphasis added]

It is quite clear, then, that there is a **citizenship of the United States (***Federal government; Fourteenth Amendment citizen***) and a citizenship of a State**, which are distinct from each other and which depend upon different characteristics or circumstances in the individual.
[Slaughter House Cases, 83 U.S. 36]
[(1873) emphasis added]

I also believe that the **Declaration of Oath Section** of the passport application is written in error. I am a Citizen of the united States* of America, **not the same as a U.S. citizen** and both of my parents were not **U.S. (federal) citizens** (Section 10).

**EXPLANATORY STATEMENT: My Oath with the Proper use of the words "United States" and "Citizen"**
I declare under penalty of perjury under the laws of the United States* of America **(28 USC 1746 (1))** all of the following: 1) I am a Citizen of the united States* of America, being **Ohioan** (by natural birth) and have not, since and acquiring America Citizenship (by birth and proper habitation in one of the *sovereign* states of the Union) performed any of the acts listed under "Acts or Conditions" on the reverse side of this (the) application; 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph submitted with this application is a genuine, current, photograph of me, and 5) I have read and understood the warning on page two of the instructions to the application form.

*The collective name for the fifty States, which are united by and under the United States Constitution for America (NOT the federal Government)

As you well know, the Constitution for the united States of America is the supreme law of the land and as I stated in my passport application. **DECLARATION:** Pursuant to **28 USC 1746(1)** I declare under penalty of perjury under the Laws of the United States of America that the statements made on this passport application and within this statement are true, correct.

D0006914-0049

Title 28 Sec. 1746: Unsworn declarations under penalty of perjury

(1) If executed without the United States (federal government): "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date) (Signature)".

And as provided by law, I claim no privileges or immunities provided by the 14th Amendment to the Constitution, not being a citizen subject to the jurisdiction thereof.

Note: Although I may have been issued a Social Security number and may be providing a Birth Certificate from Ohio and using an Ohio State Driver's License as an identifying document, the use of such documents does not imply that I am a U.S. (federal) citizen.

Pursuant to 28 USC 1746(1), I declare under penalty of perjury under the Laws of the United States of America that the statements made on this passport application and within this statement are true, correct.

With explicit Reservation of All Rights, Without Prejudice, Non Assumpsit, Non Domiciled, Non Resident, Non Person, without the United States 28 USC 1746 (1)

George Thomas Brokaw
c/o 2260 Palm Drive
Colorado Springs, Colorado, America [80918]

## CERTIFICATE OF ACKNOWLEDGMENT

COLORADO _____ State        )
El Paso _____ County        )        For Verification Purposes Only

I hereby certify that on this 15 day of JULY , 2014

George Thomas Brokaw, whom I know (or has satisfactorily proved to me), appeared to attest and affirm that he is the citizen executing the forgoing document. I THEREFORE, set forth my hand a seal in affirmation the execution thereof.

NOTARY:                                        07-15-2014
                                               Date
07-19-2015
My Commission Expires                          Notary Seal

[Notary Seal: NOTARY PUBLIC · NICOLAS RAYNOR · STATE OF COLORADO]

Documentation Enclosure(s)
Passport Application
Birth Certificate from East Liverpool, Ohio, America
Title 28 Section 1746 (1)
Title 26 Sec. 6039E: Information Concerning Resident Status
Title 5 Sec. 552a: Records Maintained on Individuals
U.S. Government Printing Office Style Manual, Section 5.23
Copy of Letter from Susan Bozinko; Acting Director of Legal Affairs and Law Enforcement Liaison; USDOS

3 of 3

00006914-0050

## 28 USC Section 1746 Unsworn declarations under penalty of perjury

Whenever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:

- (1) If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date). (Signature)".

- (2) If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date). (Signature)".

TITLE 26 > Subtitle F > CHAPTER 61 > Subchapter A > PART III > Subpart A > § 6039E

## § 6039E. Information concerning resident status

### (a) General rule
Notwithstanding any other provision of law, any individual who—
  (1) applies for a United States passport (or a renewal thereof), or
  (2) applies to be lawfully accorded the privilege of residing permanently in the United States as an immigrant in accordance with the immigration laws, shall include with any such application a statement which includes the information described in subsection (b).

### (b) Information to be provided
Information required under subsection (a) shall include—
  (1) the taxpayer's TIN (if any),
  (2) in the case of a passport applicant, any foreign country in which such individual is residing,
  (3) in the case of an individual seeking permanent residence, information with respect to whether such individual is required to file a return of the tax imposed by chapter 1 for such individual's most recent 3 taxable years, and
  (4) such other information as the Secretary may prescribe.

### (c) Penalty
Any individual failing to provide a statement required under subsection (a) shall be subject to a penalty equal to $500 for each such failure, unless it is shown that such failure is due to reasonable cause and not to willful neglect.

### (d) Information to be provided to Secretary
Notwithstanding any other provision of law, any agency of the United States which collects (or is required to collect) the statement under subsection (a) shall—
  (1) provide any such statement to the Secretary, and
  (2) provide to the Secretary the name (and any other identifying information) of any individual refusing to comply with the provisions of subsection (a).
Nothing in the preceding sentence shall be construed to require the disclosure of information which is subject to section 245A of the Immigration and Nationality Act (as in effect on the date of the enactment of this sentence).

### (e) Exemption
The Secretary may by regulations exempt any class of individuals from the requirements of this section if he determines that applying this section to such individuals is not necessary to carry out the purposes of this section.

00006914-0052

5 USC Sec. 552a

01/16/96

TITLE 5 - GOVERNMENT ORGANIZATION AND EMPLOYEES
PART I - THE AGENCIES GENERALLY
CHAPTER 5 - ADMINISTRATIVE PROCEDURE
SUBCHAPTER II - ADMINISTRATIVE PROCEDURE

Sec. 552a. Records maintained on individuals

## DISCLOSURE OF SOCIAL SECURITY NUMBER

Section 7 of Pub. L. 93-579 provided that:

"(a)(1) It shall be unlawful for any Federal, State or local government agency to deny to any individual any right, benefit, or privilege provided by law because of such individual's refusal to disclose his social security account number.

"(2) the (The) provisions of paragraph (1) of this subsection shall not apply with respect to -

"(A) any disclosure which is required by Federal statute, or

"(B) the disclosure of a social security number to any Federal, State, or local agency maintaining a system of records in existence and operating before January 1, 1975, if such disclosure was required under statute or regulation adopted prior to such date to verify the identity of an individual.

"(b) Any Federal, State, or local government agency which requests an individual to disclose his social security account number shall inform that individual whether that disclosure is mandatory or voluntary, by what statutory or other authority such number is solicited, and what uses will be made of it."

00006914-0054

United States of America

United States Department of State

*Washington, D.C.  20520*
December 19, 2008

███████████████████

Ossipee, NH 03864

Dear Mr. ████████

I refer to your inquiry regarding passport applications filed on behalf of your family, which was forwarded to our office by Congresswoman Carol Shea-Porter's New Hampshire office.  We were previously contacted by Ms. Olga Clough, Director of Ms. Shea-Porter's Constituent Services.

The Secretary of State has exclusive authority to issue passports.  22 U.S.C. §211a. Executive Order No. 11295 of August 5, 1966, provides that the Secretary of State may designate and prescribe rules governing the granting, issuing, and verifying of passports.  In addition, 22 U.S.C. §213 provides that, before a U.S. passport can be issued, the applicant must submit a written application which contains a true recital of each  matter of fact which may be required by law, or by any rules authorized by law.

22 C.F.R. §51.20 provides that an application for a passport shall be made upon such forms as are prescribed by the Department.  These forms cannot be altered.

A review of your family's passport applications shows that the oath on each application was altered by capitalizing the word "citizen" and crossing out "non-citizen national" and "U.S." In addition, you added the words "of America" after "United States", and spelled out the words "United States" in another part of the oath.  These are unacceptable alterations and applications with such alterations are not considered complete.  If you do not agree with the wording of the oath contained on the application, you can submit a separate statement explaining your position. We will also accept the stamp over the signature in which you indicate that the application is signed "without prejudice."  However unless the oath remains unaltered, we cannot accept these applications or issue passports, even if it were to appear that all applicants are entitled to receive passports.

Thank you for your consideration.

Sincerely,

Susan Bozinko
Acting Director
Legal Affairs and Law Enforcement Liaison

**EXHIBIT NO. "3"**

Copy of Certificate of Live Birth
Identifying George Thomas Brokaw in True Name
and
Born to Lawfully Wedded Parents,
Witnessed by Attending Physician U. E. McEldowney, M.D.

# OHIO DEPARTMENT OF HEALTH
## COLUMBUS
### CERTIFICATE OF LIVE BIRTH
Department of Commerce — Bureau of the Census

Reg. Dist. No. _228_

Primary Reg. Dist. No. _8083_

State File No. _____

Registrar's No. _901_

23379

**1. PLACE OF BIRTH:**

(a) County _Col._

(b) _EAST LIVERPOOL_
(City, Village, Township)

(c) Name of hospital or institution: _EAST LIVERPOOL CITY HOSPITAL_
(If not in hospital or institution, give street or location)

(d) Mother's stay before delivery:
In hospital or institution _4 hrs_ this community
(Specify whether years, months, or days)

**2. USUAL RESIDENCE OF MOTHER:**

(a) State _Ohio_

(b) County _Col._

(c) City or village _EAST LIVERPOOL_
(If outside city or village, write RURAL)

(d) Street No. _328 West 6th St._
(If rural, give location)

**3. FULL NAME OF CHILD** _George Thomas Brokaw_

**4. DATE OF BIRTH** _Dec. 11, 1945_
(Month) (Day) (Year)

**5. Sex** _Male_

**6. Twin** _x_   Triplet   If so—born 1st, 2nd, or 3rd _x_

**7. Number months of pregnancy** _9_

**7a. Weight at birth** _9-3½_

**7b. Congenital Malformation** _None_

**8. Is mother married?** _Yes_

| FATHER OF CHILD | MOTHER OF CHILD |
|---|---|
| 9. Full name _George William Brokaw_ | 15. Full maiden name _Helen Marie Mathews_ |
| 10. Color or race _oth._  11. Age at time of this birth _27 yrs._ | 16. Color or race _oth._  17. Age at time of this birth _29 yrs._ |
| 12. Birthplace _EAST LIVERPOOL, Ohio_ (City, town, or county) (State or foreign country) | 18. Birthplace _Youngstown Ohio_ (City, town, or county) (State or foreign country) |
| 13. Usual occupation _Captain_ | 19. Usual occupation _Wife_ |
| 14. Industry or business _U.S. Army_ | 20. Industry or business _T.S. 9-1-45_ |

**21. Children born to this mother, not including this child** _1_

(a) How many other children of this mother are now living? _1_

(b) How many other children were born alive but are now dead? _0_

(c) How many children were born dead? _0_
(The total of a-b-c should equal Item 21)

**22. Mother's usual mailing address:**

_328 W. 6th St._

_East Liverpool, Ohio_

Do not write in this space

**23.** I hereby certify that I attended the birth of this child who was born alive at the hour of _2:47 a_ M on the date above stated and that the information given was furnished by _Helen Brokaw_ related to this child as _Mother_

**24.** Date received by local registrar _12-27-45_

**25.** Registrar's signature _____

**26.** Date on which given name added _Ruth E. Branef_

By _____
(Title)

Signature _U. E. McEldowney, M.D._
(Specify if physician, licensed midwife or other)

Address _Newell, W. Va._

Date signed _12-12-45_

**EXHIBIT "4"**

(26 USC § 7402 prescribes general jurisdiction in district courts)
(in civil actions involving internal revenue. See 28 USC § 1340)

(26 USC § 7403 - Action to enforce lien or to)
(subject property to tax is in rem proceeding in admiralty)
(U.S. v. Rogers, 461 US 677, 695)

TITLE 26 — UNITED STATES CODE

§ 7402.            Jurisdiction of district courts.

(a) **To issue orders, processes, and judgments.**  The district courts of the United States at the instance of the United States shall have such jurisdiction to make and issue in civil actions, writs and orders of injunction, and of *ne exeat republica,* orders appointing receivers, and such other orders and processes, and to render such judgments and decrees as may be necessary or appropriate for the enforcement of the internal revenue laws. The remedies hereby provided are in addition to and not exclusive of any and all other remedies of the United States in such courts or otherwise to enforce such laws.

(b) **To enforce summons.**  If any person is summoned under the internal revenue laws to appear, to testify, or to produce books, papers, or other data, the district court of the United States for the district in which such person resides or may be found shall have jurisdiction by appropriate process to compel such attendance, testimony, or production of books, papers, or other data.

(c) **For damages to United States officers or employees.**  Any officer or employee of the United States acting under authority of this title, or any person acting under or by authority of any such officer or employee, receiving any injury to his person or property in the discharge of his duty shall be entitled to maintain an action for damages therefor, in the district court of the United States, in the district wherein the party doing the injury may reside or shall be found.

(d) **Repealed.**

(e) **To quiet title.**  The United States district courts shall have jurisdiction of any action brought by the United States to quiet title to property if the title claimed by the United States to such property was derived from enforcement of a lien under this title.

(f) **General jurisdiction.**  For general jurisdiction of the district courts of the United States in civil actions involving internal revenue, see section 1340 of title 28 of the United States Code.

(Aug. 16, 1954, ch 736, 68A Stat. 873; Nov. 2, 1966, Title I, § 107(a), 80 Stat. 1140; June 6, 1972, P. L. 93-310, Title II, § 230(d), 86 Stat. 209 .)

USCS                                             1

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

**TITLE 28 — UNITED STATES CODE**

§ 1340.        Internal revenue; customs duties

The district courts shall have original jurisdiction of any civil action arising under any Act of Congress providing for internal revenue, or revenue from imports or tonnage except matters within the jurisdiction of the Court of International Trade.

(June 25, 1948, ch 646, 62 Stat. 932, Oct. 10, 1980, P. L. 96-417, Title V, § 501(21), 94 Stat. 1742 .)

USCS                                        1

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

---

**76 LED2D 236, 461 US 677   UNITED STATES v RODGERS**

---

[461 US 695]

One evident purpose of the federal judicial sale provision enacted in 1868 was to obtain for the federal tax collector some of the advantages that many States enjoyed through in rem tax enforcement.   As one commentator has put it, echoing almost exactly the usual description of state **in rem proceedings**, the § 7403 proceeding

"from its very nature, is a proceeding in rem.  The purchaser receives a complete new title and not just somebody's interest.  The court finds the state of the title to the real estate in question, orders it sold if the United States has a lien on it, and divides the proceeds accordingly.  All prior interests are cut off and the title starts over again in the new purchaser." Rogge, The Tax Lien of the United States, 13 ABA J 576, 577 (1927).

See also G. Holmes, Federal Income Tax 546-547 (1920).