## CERTIFICATE (PROOF) OF SERVICE

I, George Thomas Brokaw, certify that I placed a true and correct copy of the foregoing verified <u>Motion under 28 U.S.C. § 2255</u> with <u>Memorandum in Support</u>, <u>Affidavit of Facts in Support of Grounds One through Four</u>, and <u>Motion for judicial Notice of Statement for Standard of Review for Motion under 28 U.S.C. § 2255</u>, sent First Class Mail, postage prepaid, in the prison mailbox, properly addressed to:

    U.S.D.C., District of Colorado
    Alfred A. Arraj United States Courthouse
    901 19th Street, 2nd Floor
    Denver, CO 80294

    Office of the United States Attorney
    District of Colorado
    1225 17th Street East, Suite 700
    Denver, CO 80202

*George Thomas Brokaw*
Server

Dated: January 15, 2018.