

PS00001035014

EP14F-P-PP
OD: 12.5 x 9.5

**UNITED STATES POSTAL SERVICE**
**PRIORITY MAIL®**

Flat Rate Mailing Envelope

Visit us at usps.com