IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00146-CMA
Criminal Action No. 13-cr-00392-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE THOMAS BROKAW,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed.R.Civ.P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order of Dismissal (Doc. No. 556) of Judge Christine M. Arguello entered on January 22, 2018, it is

    ORDERED that the Motion UNDER 28 U.S.C. § 2255 (Doc. No. 552) is DENIED as time-barred under 28 U.S.C. § 2255(f). It is

    FURTHER ORDERED that the Motion for Judicial Notice (Doc. No. 554), is DENIED AS MOOT. It is

    FURTHER ORDERED that a certificate of appealability is DENIED.

    DATED: January 22, 2018.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    s/S.West
    S.West, Deputy Clerk