November 8, 2017                        *Copy*

Mr. Donald J. Trump,
President of the United States,
Commander and Chief of the Army and Navy,
C/o KellyAnn Conway,
Executive Assistant to the President,
The White House,                    *Exhibit 1*
1600 Pennsylvania Ave. N.W,
Washington, D.C. 20318

General Dunford,
Chief of Staff,
9999 Joint Staff,
The Pentagon,
Washington, D.C. 20318-999

Mr. Inspector General,
U.S. Department of Justice
950 Pennsylvania Ave., N.W.,
Washington, D.C. 20530-0001

      RE: How can the Constitution be the Supreme Law of the Land
      when those chosen to govern the People ignore the
      Constitution as though they are not bound by it?

Dear President Trump, General Dunford and Mr. Inspector General:

    You may recall the undersigned sent you three successive
correspondences concerning the fakery of the contemporary federal
courts that exercise powers they were never granted by the
Constitution and whereupon they pretend to administer justice.
These same fake courts are unempowered to extend due process of
law because they have not been granted Article III judicial
powers and are incapable of rendering final binding judgments on
the disputes brought before them. Ergo, the are empowered to
provide only advisory opinions to parties that go before them,
without a reliable determination of those parties' rights and
privies.

    Did you have an opportunity to entertain the contents of
the letters we sent you which were dated July 24, 1917, August
17, 2017 and September 29, 2017, respectively?

    Those letters establish reliable and verifiable evidence the
undersigned were unlawfully raided by jack booted foreign agents,
armed military style, without any evidence of authority of a
valid warrant or affidavit of probable cause for search. We were
subsequently either falsely arrested or not provided a summons to
appear before the court of first instance. We were not criminally
charged by means of a valid Federal Grand Jury Indictment. We
were impoperly paraded before a magistrate who read the charges

brought against us in a court that was closed and not in session. We were not fully informed of the nature and cause of the subject action brought against us. We were not allowed to present evidence of our innocence or bring witnesses on our behalf for our defense. We were tried before a person who was not a judge and a jury of non-peers composed of twelve special commissioners who were only empowered to give their advisory opinion as to the facts which was suspect and not irrefragable. We were falsely convicted, sentenced in a closed court, kidnapped and falsely imprisoned and compelled under threat of more punishment to slave labor. We have tried to exercise our constitutional right to habeas corpus under U.S. Const. Art. I, § 9, cl. 2, with submission and subsequent docketing into the highest court in the land, the Supreme Court of the United States but were rebuffed without hearing. A hearing on the merits of the questions we presented for review was mandatory and not discretionary for the court after acceptance and docketing, which effected unconstitutional suspension of habeas corpus where there was no rebellion or invasion endangering the safety of the public. Yet when we have complained of such indiscretions and constitutional violations of our private rights to life, liberty, property and pursuit of happiness, our supreme commanders and high officials have chosen to exercise blind indifference to our pleas.

Dear honorable Sirs, you of all people should be enraged upon being informed of the criminal activities egaged in by the judiciary, the legislative and the executive under the administration of Barrak Obama, Erik Holder, Lois Lerner, former pesidential candidate and Secretary of State Hillary Clinton, as well as certain members of Congress. Those officials and others have worked contrary to the public good and interest of the People whom they were sworn to protect. They and others working for the "dark state" have committed treason against the Constitution and the Sovereign People of the American Union. Giving mere lip service to the Constitution and Sovereign People of our Grand Republic shocks the conscience. The Orwellian administration of a government of abusive powers must come to an end.

Administrators of government are so illinformed and poorly educated on the Constitution, that they don't even know what political status they are mandated by the Constitution to possess in order to hold public office.

Present office holders have been falsely indoctrinated into believing they are "U.S. citizens" or "citizens of the United States" called "federal citizens". There is no provision in the Constitution for federal citizens to hold public office. Only the People of the several States recognized as members of the Union having sovereign political status under U.S. Const. Art. I, § 2, cl. 1 who are identified further in cl. 2 as "Citizens of the United States" of a certain age and "Inhabitants" of one of the several States for a certain number of years qualify for public office. These individual State Citizens do not owe their status of citizenship to the Fourteenth Amendment of 1868, which

-2-

incidently was passed at the point of a bayonet after the Civil
War. Federal citizens are not guaranteed a republican form of
government under the Constitution. They are of subject status
under a legislative democracy where the Congress of the United
States wields the powers of an oligarchy over them. They lack
protections of the Bill of Rights for private rights to life,
liberty, the pursuit of happiness, privacy and reputation.

The Federal Government has abridged birthright citizenship
of the People of the several States when they have no powers to
do so whatsoever. They have demanded allegiance to the United
States, its laws and its courts when no allegiance is owed. The
unconstitutional machinations of such government expose the
People of the several States to federal overreach beyond the
seas, capturing and condemning State Citizens to federal prisons
for "quasi crimes" which are not public offenses definable as
"crimes" (felonies and misdemeanors) under common law. Common law
crimes can only be prosecuted in courts of law called courts of
justice having judicial powers under U.S. Const. Art. III, § 2,
cl. 1 and cl. 3.

We the undersigned, have outlined for you all of the
pertinent constitutional provisions that properly apply to a
constitutionally guaranteed judicial system of courts. What is it
that you do not understand or believe you can avoid having a duty
under your oath of office to protect and defend?

We have demanded a fair hearing on the alleged "crimes" we
have been accused of and received nothing resembling a fair
hearing. We have sought other constitutional remedies which have
been unconstitutionally denied us. There is a maxim of law that
says the law shall not deny a remedy. Are we the undersigned
compelled to endure the injustice of unlawful imprisonment,
mandatory separation from our loved ones and denial of any
pursuit of happiness with continued curtailment of our natural
God-given rights? Can we expect no resolution and cure of the
injustices assailed against us? Is there no intervention to be
expected from those we have chosen to serve and protect us? Is
there no one at the helm of government who will effect
cancellation of our unconstitutional and unjust imprisonment?

The President of the United States is so empowered under U.S.
Const. Art. II, § 2. He has a duty to assail violations of the
Constitution effecting false condemnations and false imprisonment
of any of the People of the Several States who are not "persons"
under the laws of the United States nor "persons" under the
Fourteenth Amendment. Omnis Persona est homo, sed non vicissim is
the Latin maxim that expresses "every person is a human being,
but not every human being a person." The Sovereign People of the
several States, delineated "Citizens of the United States" cannot
be called a "person" in statute or the Fourteenth Amendment. They
have sovereign immunity and their servants having public office
have a duty to protect the immunity which is the source of their
innocence for the commission of a wrong under statute without
their consent. They have immunity from suit in the federal

-3-

courts. The People of the several States cannot be differentiated from the States of their nativity by the Eleventh Amendment.

It is well settled that all statutes are prima facie territorial and enforceable where the sovereign has legislative powers. A popular law dictionary confirms this jurisdictional statement and tells us that a "federal offense" is an offense that is operable only in the District of Columbia. See Ballentines Law Dict. 462 (3rd ed. 1969)(defining "federal offense"). We've affirmed to you that a species of legislative court includes U.S. Const. Article IV territorial courts of general jurisdiction. Those courts entertain public rights disputes under administrative powers rather than judicial. Public rights disputes arise between the Government and persons subject to its legislative powers. If private rights of individuals are at risk of being taken by arbitrary action of government, those individuals must be tried in Article III courts having judicial powers, not the Article IV administrative powers of territorial courts. Remember, such courts are capable of providing non-binding advisory opinions on their hypothetical interpretations of the law. Furthermore, the United States must be a party to the "action". And, a legislative court created under Congressional authority lacks authority to strip parties contesting matters of private right by stripping parties of Sixth or Seventh Amendment trial by jury by merely relabling a cause of action or mandating that traditional claims be brought in a court of equity or taken to an administrative tribunal where constitutional trial by jury is unavailable. Due process requires that "no change in ancient procedure can be made which disregards fundamental principles protecting the private rights of individuals by judicial action." See Twining v. New Jersey, 211 U.S. 78, 101, 53 L.ed. 97, 107, 29 S.Ct. 14.

The phrase "due process of law" has and imports exactly the same meaning as the words "the law of the land," in Magna Charta (1215). Hurtado v. California, 101 U.S. 516, 521, 527, 543, 28 L.ed. 232, 235, 241, 4 S.Ct.Rep. 111, 292.

Article IV courts are incapable of dispensing due process of law and have no lawful territorial reach into the legislative jurisdiction of the several States of the Union.

The Constitution is the law of the land where no person (human being) shall be held to answer for a capital or otherwise infamous crime, unless on presentment of a Grand Jury in open courts, nor deprived of life, liberty or property, without due process of law. See U.S. Const. Fifth Amendment.

There is no excuse for federal officials of any of the departments of government for not knowing the law of the land and the limits of federal authority within the territorial boundaries ascertained by law. They have a fiduciary duty to know the whole people of our country are entitled at all times to demand protection of the ancient principles which shield private rights against arbitrary interference. Such arbitrary and unusual

character is codemned as unknown to the law of the land.

The words of the Magna Charta have been incorporated into our Constitution to secure the individual from the arbitrary exercise of the powers of government unrestrained by the established principles of private rights and distributive justice.

We have informed you honorable men that Congress lacks any powers to alter our birtright citizenship through the Amendment Clause, Art. V, or any other scheme concocted to deprive us of rights and immunities ascribed to birthright citizens of the several States.

The term "law of the land" has general meaning as discussed in the famous Dartmouth College Case, 4 Wheat 581, 4 L.ed. 644, that every citizen shall hold his life, liberty, property and immunities under the protection of the general rules which govern society. Everything which may pass under the form of an enactment is not, therefore, to be considered the law of the land.

There are certain immutable principles of justice which inhere in the very idea of free government, which no member of the Union may disregard. Due process of law means an exertion of the powers of government as the settled maxims of law permit and sanction for the protection of individual rights as those maxims prescribe for the class of cases to which the one being dealt with belongs.

We the undersigned were not fairly dealt with according to the maxims prescribed for our own political status and class to which we belong.

We are entitled to expect your unqualified fidelity to the Constitution and service to each of us as one of the People of the several States to secure our immediate release from the false imprisonment we find ourselves under, especially where the courts of government are actually and technically closed and do not have their actual free course.

Your undelayed and kind response will be anxiously awaited.

Sincerely,

*Gerrit Timmerman, The Third*
Autograph
Gerrit Timmerman, The Third
C/o Reg. No. 19665-081
F.C.I. Englewood (Satellite Camp)
9595 W. Quincy Ave.
Littleton, CO 80123

*George Thomas Brokaw*
Autograph
George Thomas Brokaw
C/o Reg. No. 39966-013
F.C.I. Englewood (Satellite Camp)
9595 W. Quincy Ave.
Littleton, CO 80123

I, Gerrit Timmerman, The Third, a sentient man, and I, George Thomas Brokaw, a sentient man, set our respective autographs, by unsworn declaration under 28 U.S.C. § 1746, under the laws of the United States of America, as injured parties, whose liberty interest has been violated by arbitrary and unconstitutional actions of certain departments of the Federal Government, and that the foregoing letter, notice and request sent to the Joint Chiefs of Staff and the President of the United States, as Commander in Chief of the Army and Navy of the United States, and the Inspector General of the U.S. Department of Justice, is true and correct and not meant to falsify or mislead to the best of our knowledge and belief.

Executed this ___Eighth___ day of November, 2017.


_____          _____
Autograph                                 Autograph
Gerrit Timmerman, The Third               George Thomas Brokaw


CC.   Hon. Chief Justice John Roberts,
      Supreme Court of the United State,
      Washington, D.C. 20543-0001

      Senator Mike Lee,
      2 Bennett Bldg.,
      125 S. State St.,
      Salt Lake City, Utah

      Dr. Larry Arnn, President,
      Hillsdale College,
      33 E. College St.
      Hillsdale, II 49242

      Mark Holden,
      Senior V.P. & General Counsel,
      Koch Industries,
      P.O. Box 2256
      Wichita, KS 67201-2256

      Tom Fitton, President,
      Judicial Watch
      425 Third St. S.W., Ste. 800
      Washington, D.C. 20024

      Mr. Sean Hannity,
      Fox News Channel,
      1211 Ave. of the Americas, 2nd Floor,
      New York, NY 10036

      Judge Andrew Napolitano,
      Fox News Channel
      1211 Ave. of the Americas, 2nd Floor,
      New York, NY 10036