## CERTIFICATE (PROOF) OF SERVICE

I, George Thomas Brokaw, certify that I placed a true and correct copy of the forgoing verified <u>Travers in Reply to District Court's Opposition to Defendant's Petition Pursuant 28 U.S.C. § 2255</u> in the prison mailbox pursuant UHouston v. Lack, 487 U.S. 266 (1988), First Class Mail, U.S. Postage prepaid, properly addressed to the following:

    Clerk of Court
    U.S.D.C., District of Colorado
    Alfred A. Arraj United States Courthouse
    901 19th Street, 2nd Floor
    Denver, CO 80294

    Office of the United States Attorney
    District of Colorado
    1225 17th Street East, Suite 700
    Denver, CO 80202

*/s/ George Thomas Brokaw*
Server

Dated: February 1, 2018.

I, George Thomas Brokaw, with unsworn declaration, affirm and certifiy under penalty of perjury under the laws of the United States of America, pursuant 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my ability and knowledge.

Executed this 1 day of February, 2018.

By: */s/ George Thomas Brokaw*
    Autograph