U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Postmark
Here

Postage | $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total

Sent To  U.S. Department of State
CA/PPT/L/A
44132 Mercure Circle
Street, Apt. No.  P.O. Box 1227
or PO Box No.
City, State, ZIP+4  Sterling, VA 20166-1227

PS Form 3800, July 2014                See Reverse for Instructions

7014 3490 0001 5489 6483

7014 3490 0001 5489 6483

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7014 3490 0001 5489 6483