UNITED STATES POSTAL SERVICE

13-cr-392-03-CMA.
Vigil

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box •

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 13 2018

JEFFREY P. COLWELL
                CLERK

United States District Court
901 19th Street, Room A105
Denver, CO 80294-3589

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Department of State
   CA/PPT/L/LA
   44132 Mercure Circle
   P.O. Box 1227
   Sterling, VA  20166-1227

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail®          ☐ Priority Mail Express™
   ☐ Registered               ☐ Return Receipt for Merchandise
   ☐ Insured Mail             ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)    7014 3490 0001 5489 6483

PS Form 3811, July 2013          Domestic Return Receipt