May 20, 2020

```
        F I L E D
UNITED STATES DISTRICT COURT
     DENVER, COLORADO

      MAY 26 2020

   JEFFREY P. COLWELL
              CLERK
```

Judge Arguello
901 19th Street
Denver, CO  80294

Re:  Community Service/mimi vigil/13-cr-00392-CMA-03

This is to inform the court that I will not be doing the community service that is part of probation, due to the corona virus.

I am working from home. I only go out for grocery shopping and health care: eye doctor, dentist, chiropractor, massage now that they are open. I am not taking any unnecessary risks and stay home a lot.

I am almost 70 years old, and in the age range of high danger. If I am exposed to the virus by going out to do community service, I am putting my life in jeopardy and will not do that. There is no guarantee that I will be safe and my health will not be compromised or that I will not get the virus and die as a result.

Sincerely,

*by: mimi vigil, a.a.*

mimi vigil

Vigil
2105 Brent Cir
col Spg cs (80920)

Judge Arguello
901 19th Street
Denver, CO 80294