August 26, 2020

```
                    FILED
         UNITED STATES DISTRICT COURT
              DENVER, COLORADO

              AUG 31 2020

         JEFFREY P. COLWELL
                        CLERK
```

Petitioner: John Joseph Pawelski

Case #: 13-cr-00392-CMA

Re: EXCHANGE COURT FINES FOR COMMUNITY SERVICE WORK

I, John Joseph Pawelski, hereby request the court to allow me to exchange the remaining fine for the above noted case with community service in the amount of 130 hours. I am enclosing my statement for the Social Security Administration and Veterans Administration and the Monthly Household Income and Expense Information used in an offer in compromise with the IRS to provide the court with proper documentation of my current income status.

As the court will see the income and expenses leaves no money to provide the court ordered fine payment of $50.00 per month.

*[signature: John Joseph Pawelski]*

John Joseph Pawelski
6547 N. Academy Bl. #613
Colorado Springs, Co. 80918


# Social Security Administration

Date: February 27, 2020
BNC: 20BI978K92613
REF: A

JOHN J PAWELSKI
6547 N ACADEMY BLVD
COLORADO SPRINGS CO 80918-8342

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**
Beginning December 2019, the full monthly Social Security benefit before any deductions is $1,357.80.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,357.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

**Information About Past Social Security Benefits**
From December 2018 to November 2019, the full monthly Social Security benefit before any deductions was $1,336.40.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,336.00.
(We must round down to the whole dollar.)

## Type of Social Security Benefit Information
You are entitled to monthly retirement benefits.

## Date of Birth Information
The date of birth shown on our records is September 05, 1948.

## Medicare Information
You are entitled to hospital insurance under Medicare beginning September 2013.

You are entitled to medical insurance under Medicare beginning August 2019.

Your Medicare number is 3VN6-V98-UM60. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log onto Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

## Suspect Social Security Fraud?
Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions
We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 888-880-0688. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 2306 E Pikes Peak Ave
> COLORADO SPRINGS, CO 80909

# Social Security Administration
# Retirement, Survivors and Disability Insurance
Important Information

Great Lakes Program Service Center
600 West Madison Street
Chicago, Illinois 60661-2474
Date: August 20, 2019
BNC#: 19T2242G73032-A

0002504  00021045      1 MB  0.428 0813M1T2R4PN TR4 P11
JOHN J PAWELSKI
6547 N ACADEMY BLVD
COLORADO SPRINGS CO 80918-8342

We are writing to you about your Social Security benefits.

**What You Should Know**

Based on the information we have, we can pay benefits beginning August 2019.

We are withholding $109.00 of your monthly benefits beginning August 2019 to recover an overpayment.

Effective August 2019, your payments will no longer be sent to a financial institution.

**What We Will Pay And When**

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $807.40 for August 2019 around September 11, 2019.

- After that you will receive $1,227.00 on or about the second Wednesday of each month.



**Information About Medicare**

Since benefits are again payable we will resume withholding your medical premiums due to date.

We are deducting past-due premiums of $419.60 from your check.

When we figured the amount of your payment, we took into account all medical insurance premiums which were already paid or still due through August 2019.

C                                See Next Page



November 18, 2019
JOHN JOSEPH PAWELSKI
6432 ROCKVILLE DR
COLORADO SPGS CO 80923-3811

# We made a decision on your VA benefits.

**We have included with this letter:**
1. Explanation of Payment
2. Additional Benefits
3. Where to Send Written Correspondence
4. VA Form 20-0998
5. Rating Decision

**Contact information:**

Web: www.vets.gov
Phone: 1-800-827-1000
TDD: 711
To send questions online visit https://iris.custhelp.com/

**Social Media:**

Twitter: @VAVetBenefits
Facebook: www.facebook.com/VeteransBenefits

Dear John Pawelski:

This letter will guide you through the information you should know and steps you may take now that VA has made a decision about your benefits.

## Your Benefit Information:
- Service connection for dental condition (also claimed as broken tooth) is denied.
- Service connection for left knee degenerative arthritis (claimed as bilateral knee condition) is denied.
- Service connection for bilateral hearing loss is denied.
- Service connection for right knee condition (claimed as bilateral knee condition) is denied.
- Service connection for right shoulder condition (claimed as bilateral shoulder condition) is denied.
- Service connection for left shoulder condition (claimed as bilateral shoulder condition) is denied.
- Service connection for mental health condition (also claimed as depression and anxiety) is denied.
- Service connection for tinnitus is granted with an evaluation of 10 percent effective August 6, 2019.

Your combined rating evaluation is 10%.

**How to obtain representation:**

We have no record of you appointing an accredited representative. Accredited representatives are trained to help you understand and apply for VA benefits. For more information about how an accredited representative can help you, please visit: https://www.vets.gov/disability-benefits/apply-for-benefits/help/

If you or someone you know is in crisis, call the *Veterans Crisis Line* at 1-800-273-8255 and press 1.

## How VA Combines Percentages

If you have more than one condition, VA will combine percentages to determine your overall disability rating. The percentages assigned for each of your conditions may not always add up to your combined rating evaluation. The following website has additional information about how VA combines percentages:
http://www.benefits.va.gov/compensation/rates-index.asp#howcalc.



File Number: 26522677
PAWELSKI, JOHN J

Your monthly entitlement amount is shown below:

| Monthly Entitlement Amount | Payment Start Date | Reason |
|---|---|---|
| $140.05 | Sep 1, 2019 | Original Award |

If payments are due, you should receive your first payment, if not already in receipt of payments, within 7-10 days of this notice.

See **Explanation of Payment** for more details about your payment.

## Please Take Action: Enroll for Payments

We noticed that you did not provide us with your banking information to allow your federal benefits to be sent directly to your bank. The Department of Treasury has mandated that all recurring federal benefits be administered through either Electronic Funds Transfer (EFT) or Direct Express® Debit MasterCard®. If you do not provide your banking information to have your benefits electronically transferred to your bank, the Treasury Department will contact you directly to determine your preferred payment method.

- To have your federal benefits electronically transferred to your designated financial institution (e.g. bank) call VA at 1-800-827-1000 with your banking information or go online to www.ebenefits.va.gov.
- To have your federal benefits issued through Direct Express® Debit MasterCard® issued by Comerica Bank call 1-888-213-1625 to enroll in the program.

## What You Should Do If You Disagree With Our Decision

If you do not agree with our decision, you have one year from the date of this letter to select a review option in order to protect your initial filing date for effective date purposes. You must file your request on the required application form for the review option desired. The table below represents the review options and their respective required application form.

| Review Option | Required Application Form |
|---|---|
| Supplemental Claim | VA Form 20-0995, *Decision Review Request: Supplemental Claim* |
| Higher-Level Review | VA Form 20-0996, *Decision Review Request: Higher-Level Review* |
| Appeal to the Board of Veterans' Appeals | VA Form 10182, *Decision Review Request: Board Appeal (Notice of Disagreement)* |

Page 2



Page 6

**Section 7**      Monthly Household Income and Expense Information

Enter your household's gross monthly income. The information below is for yourself, your spouse, and anyone else who contributes to your household's income. The entire household includes spouse, non-liable spouse, significant other, children, and others who contribute to the household. This is necessary for the IRS to accurately evaluate your offer.

**Monthly Household Income**

Note: Entire household income should also include income that is considered not taxable and may not be included on your tax return.

Round to the nearest whole dollar.

**Primary taxpayer**

| Gross wages | Social Security | Pension(s) | Other income (e.g. unemployment) | Total primary taxpayer income = | (30) $ | 1,514 |
|---|---|---|---|---|---|---|
| $ 0 | + $ 1,358 | + $ 140 | + $ 16 | | | |

**Spouse**

| Gross wages | Social Security | Pension(s) | Other income (e.g. unemployment) | Total spouse income = | (31) $ | 0 |
|---|---|---|---|---|---|---|
| $ N/A | + $ | + $ | + $ | | | |

| | | |
|---|---|---|
| Additional sources of income used to support the household, e.g., non-liable spouse, or anyone else who may contribute to the household income, etc. List source(s) | (32) $ | N/A |
| Interest and dividends | (33) $ | 0 |
| Distributions (e.g., income from partnerships, sub-S Corporations, etc.) | (34) $ | 0 |
| Net rental income | (35) $ | 0 |
| Net business income from Box C | (36) $ | N/A |
| Child support received | (37) $ | 0 |
| Alimony received | (38) $ | 0 |

Round to the nearest whole dollar.
Do not enter a negative number. If any line item is a negative, enter "0" on that line.
Add lines (30) through (38) and enter the amount in Box D =

**Box D**
Total Household Income
$ 1,514

**Monthly Household Expenses**

Enter your average monthly expenses.

Note: For expenses claimed in boxes (39) and (45) only, you should list the full amount of the allowable standard even if the actual amount you pay is less. For the other boxes input your actual expenses. You may find the allowable standards at http://www.irs.gov/Businesses/Small-Businesses-&-Self-Employed/Collection-Financial-Standards.

Round to the nearest whole dollar.

| | | |
|---|---|---|
| Food, clothing, and miscellaneous (e.g., housekeeping supplies, personal care products, minimum payment on credit card). A reasonable estimate of these expenses may be used | (39) $ | 727 |
| Housing and utilities (e.g., rent or mortgage payment and average monthly cost of property taxes, home insurance, maintenance, dues, fees and utilities including electricity, gas, other fuels, trash collection, water, cable television and Internet, telephone, and cell phone) | (40) $ | 847 |
| Vehicle loan and/or lease payment(s) | (41) $ | 0 |
| Vehicle operating costs (o.g., average monthly cost of maintenance, repairs, insurance, fuel, registrations, licenses, inspections, parking, tolls, etc.). A reasonable estimate of these expenses may be used | (42) $ | 0 |
| Public transportation costs (e.g., average monthly cost of fares for mass transit such as bus, train, ferry, taxi, etc.). A reasonable estimate of these expenses may be used | (43) $ | 0 |
| Health insurance premiums | (44) $ | 0 |
| Out-of-pocket health care costs (e.g. average monthly cost of prescription drugs, medical services, and medical supplies like eyeglasses, hearing aids, etc.) | (45) $ | 114 |
| Court-ordered payments (e.g., monthly cost of any alimony, child support, etc.) | (46) $ | 0 |
| Child/dependent care payments (e.g., daycare, etc.) | (47) $ | 0 |
| Term life insurance premiums | (48) $ | 0 |
| Current monthly taxes (e.g., monthly cost of federal, state, and local tax, personal property tax, etc.) | (49) $ | 0 |
| Secured debts (e.g., any loan where you pledged an asset as collateral not previously listed, government guaranteed student loan)    List debt(s) | (50) $ | 109 |
| Enter the amount of your monthly delinquent state and/or local tax payment(s) | (51) $ | 0 |

Round to the nearest whole dollar.
Do not enter a negative number. If any line item is a negative, enter "0" on that line.
Add lines (39) through (51) and enter the amount in Box E =

**Box E**
Total Household Expenses
$ 1,797

Round to the nearest whole dollar.
Do not enter a negative number. If any line item is a negative, enter "0" on that line.
Subtract Box E from Box D and enter the amount in Box F =

**Box F**
Remaining Monthly Income
$ 0

Catalog Number 55896Q      www.irs.gov      Form **433-A (OIC)** (Rev. 3-2019)